## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT URBANA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

BRENDT CHRISTENSEN,
    Defendant.

Case No. 17-MJ-7132



### ENTRY OF APPEARANCE

NOW COMES Evan S. Bruno of Bruno Law Offices, and hereby enters his appearance on behalf of the Defendant in the above-captioned matter.

Respectfully submitted,

BY:   /s Evan S. Bruno, #6308658
       Evan S. Bruno
       Attorney for the Defendant
       Bruno Law Offices
       301 West Green Street
       Urbana, IL 61801
       Telephone: 217-328-6000
       Facsimile: 217-328-6765
       Email: evanbruno@evanbruno.com

**CERTIFICATE OF SERVICE**

I, Evan S. Bruno, hereby certify that on July 3, 2017, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court, who will send notification of such filing to the following:

>Bryan Freres
>Assistant United States Attorney
>201 S Vine St., Suite 226
>Urbana, IL 61801

>Respectfully submitted,

>BY:   /s Evan S. Bruno, #6308658
>Evan S. Bruno
>Attorney for the Defendant
>Bruno Law Offices
>301 West Green Street
>Urbana, IL 61801
>Telephone: 217-328-6000
>Facsimile: 217-328-6765
>Email: evanbruno@evanbruno.com