E-FILED
Wednesday, 05 July, 2017 12:30:37 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT URBANA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

BRENDT CHRISTENSEN,
    Defendant.

Case No. 17-MJ-7132



### ENTRY OF APPEARANCE

NOW COMES Thomas A. Bruno of Bruno Law Offices, and hereby enters his appearance on behalf of the Defendant in the above-captioned matter.

Respectfully submitted,

BY:    /s Thomas A. Bruno, #3126002
          Thomas A. Bruno
          Attorney for the Defendant
          Bruno Law Offices LLC
          301 West Green Street
          Urbana, IL 61801
          Telephone: 217-328-6000
          Facsimile: 217-328-6765
          Email: tombruno@tombruno.com

**CERTIFICATE OF SERVICE**

I, Thomas A. Bruno, hereby certify that on July 5, 2017, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court, who will send notification of such filing to the following:

>Bryan Freres
>Assistant United States Attorney
>201 S Vine St., Suite 226
>Urbana, IL 61801

Respectfully submitted,

BY:  /s Thomas A. Bruno, #3126002
Thomas A. Bruno
Attorney for the Defendant
Bruno Law Offices LLC
301 West Green Street
Urbana, IL 61801
Telephone: 217-328-6000
Facsimile: 217-328-6765
Email: tombruno@tombruno.com