### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>BRENDT CHRISTENSEN,<br>    Defendant. | Case No. 17-MJ-7132 |



### ENTRY OF APPEARANCE

NOW COMES Thomas A. Bruno of Bruno Law Offices, and hereby enters his appearance on behalf of the Defendant in the above-captioned matter.

Respectfully submitted,

BY:   /s Thomas A. Bruno, #3126002
        Thomas A. Bruno
        Attorney for the Defendant
        Bruno Law Offices LLC
        301 West Green Street
        Urbana, IL 61801
        Telephone: 217-328-6000
        Facsimile: 217-328-6765
        Email: tombruno@tombruno.com

**CERTIFICATE OF SERVICE**

I, Thomas A. Bruno, hereby certify that on July 5, 2017, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court, who will send notification of such filing to the following:

>Bryan Freres
>Assistant United States Attorney
>201 S Vine St., Suite 226
>Urbana, IL 61801

>Respectfully submitted,

>BY: /s Thomas A. Bruno, #3126002
>Thomas A. Bruno
>Attorney for the Defendant
>Bruno Law Offices LLC
>301 West Green Street
>Urbana, IL 61801
>Telephone: 217-328-6000
>Facsimile: 217-328-6765
>Email: tombruno@tombruno.com