## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT URBANA

UNITED STATES OF AMERICA,
   Plaintiff,

      v.

BRENDT A. CHRISTENSEN,
   Defendant.

Case No. 17-MJ-7132



### ENTRY OF APPEARANCE

NOW COMES Anthony A. Bruno of Bruno Law Offices, and hereby enters his appearance on behalf of the Defendant in the above-captioned matter.

Respectfully submitted,

/s Anthony A. Bruno, #6302496
Anthony A. Bruno
Attorney for the Defendant
Bruno Law Offices
301 West Green Street
Urbana, IL 61801
Telephone: 217-328-6000
Facsimile: 217-328-6765
Email: lawyerbruno@gmail.com

**CERTIFICATE OF SERVICE**

I, Anthony A. Bruno, hereby certify that on July 6, 2017, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter.

/s Anthony A. Bruno, #6302496
Anthony A. Bruno
Attorney for the Defendant
Bruno Law Offices
301 West Green Street
Urbana, IL 61801
Telephone: 217-328-6000
Facsimile: 217-328-6765
Email: lawyerbruno@gmail.com