E-FILED
Wednesday, 12 July, 2017 03:45:03 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 12 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-CR-200 37 |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Section 1201(a)(1). |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1
(Kidnapping)

THE GRAND JURY CHARGES:

On or about June 9, 2017, in Champaign County, in the Central District of Illinois,

**BRENDT A. CHRISTENSEN,**

defendant herein, willfully and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away Y.Z., and otherwise held her for his own benefit and purpose, and used and caused to be used a means, facility, and instrumentality of interstate commerce, namely, a Motorola cellular telephone and a Saturn Astra motor vehicle, in committing and in furtherance of the commission of the offense.

In violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL.
s/Foreperson

s/John Childress

FOREPERSON

PATRICK D. HANSEN
Acting United States Attorney
BDF   BDF