E-FILED
Wednesday, 12 July, 2017 03:45:03 PM
Clerk, U.S. District Court, ILCD

FILED

JUL 1 2 2017

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-CR-200 37 |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Section 1201(a)(1). |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1
### (Kidnapping)

**THE GRAND JURY CHARGES:**

On or about June 9, 2017, in Champaign County, in the Central District of Illinois,

**BRENDT A. CHRISTENSEN,**

defendant herein, willfully and unlawfully seized, confined, inveigled, decoyed,

kidnapped, abducted, and carried away Y.Z., and otherwise held her for his own benefit

and purpose, and used and caused to be used a means, facility, and instrumentality of

interstate commerce, namely, a Motorola cellular telephone and a Saturn Astra motor

vehicle, in committing and in furtherance of the commission of the offense.

In violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL.
s/Foreperson

s/John Childress

FOREPERSON

s/John Childress

PATRICK D. HANSEN
Acting United States Attorney
BDF  BDF