Scheduling Order Urbana 7/29/2011

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**UNITED STATES OF AMERICA**
    Plaintiff

CASE NO. **17-20037-01**

**Brendt A. Christensen**
    Defendant

## SCHEDULING ORDER IN CRIMINAL CASE

    This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:45 P.M.** on **August 28, 2017** before the Honorable Colin S. Bruce, Courtroom A, at the Urbana Federal Courthouse.

    **IT IS HEREBY ORDERED** this matter is set for JURY SELECTION and JURY TRIAL at **9:30 A.M.** on **September 12, 2017** before the Honorable Colin S. Bruce, Courtroom A, at the Urbana Federal Courthouse.

    **IT IS FURTHER ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

    ENTER this 20th day of July.

    s/Eric I. Long
_____
ERIC I. LONG
U.S. MAGISTRATE JUDGE