IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.

BRENDT CHRISTENSEN,
   Defendant.

Case No. 17-CR-20037

### AGREED MOTION TO CONTINUE

NOW COMES the Defendant, BRENDT CHRISTENSEN, by and through his attorneys, Thomas Bruno, Anthony Bruno and Evan Bruno of Bruno Law Offices, LLC, in agreement with the United States through its attorneys, Patrick Hansen, Acting United States Attorney, Bryan Freres, Assistant United States Attorney and Eugene Miller, Assistant United States Attorney, and hereby jointly move to continue the pretrial conference and trial settings in this matter. In support thereof, the parties state as follows:

1. This matter is scheduled for a pretrial conference August 28, 2017, and for jury trial September 12, 2017.

2. Discovery in this matter is voluminous.

3. The United States has notified Defense Counsel that it plans to tender additional discovery that is not yet available.

4. The ends of justice would be served by continuing this matter.

WHEREFORE, the parties respectfully request this Honorable Court conduct a status conference August 28, 2017, and enter an order continuing the pretrial conference and jury trial settings in this matter.

Respectfully submitted,

BY:   /s Anthony A. Bruno, #6302496
        Anthony A. Bruno

Attorney for the Defendant  
Bruno Law Offices  
301 West Green Street  
Urbana, IL 61801  
Telephone: 217-328-6000  
Facsimile: 217-328-6765  
Email: lawyerbruno@gmail.com

## CERTIFICATE OF SERVICE

I, Anthony A. Bruno, hereby certify that on August 23, 2017, I electronically filed the foregoing Agreed Motion to Continue with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter.

/s/ Anthony A. Bruno, #6302496  
Anthony A. Bruno  
Attorney for the Defendant  
Bruno Law Offices, LLC  
301 West Green Street  
Urbana, Illinois 61801-3200  
Telephone: 217-328-6000  
Facsimile: 217-328-6765  
Email: lawyerbruno@gmail.com