UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Eugene L. Miller, Assistant United States Attorney, hereby enters his appearance as co-counsel of record for the Plaintiff in the above-referenced cause.

Respectfully submitted,

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802
Phone: 217-373-5875
Fax: 217-373-5891
eugene.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of said filing to counsel of record.

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax:  217-373-5891
eugene.miller@usdoj.gov
