# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | USA vs. Brendt Christensen |
| FOR | AT |

SEP 8 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

FILED

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): Brendt A. Christensen

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate:
District Court: 17-20037
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

Kidnapping

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: 5/2017
- How much did you earn per month? $ 2,000
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 2500
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES: _____

**CASH**
- Have you any cash on hand or money in savings or checking account? ☒ Yes ☐ No  IF YES, state total amount $ 2000

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| VALUE | DESCRIPTION |
|---|---|
| $ 2000 | 2000 Camaro |
| $ 3000 | 2008 Saturn Astra |

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**

| APARTMENT OR HOME: Apartment | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| rent/utilities | | $ 0 | $ 900 |
| School loans | | $ 60000 | $ 0 |
| Car loan | | $ 4000 | $ 250 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/8/17

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): s/Brendt Christensen