# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**FILED** SEP 8 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**IN UNITED STATES:** ☒ DISTRICT

**IN THE CASE OF:** USA vs. Brendt Christensen

**AT:** (Urbana, Illinois)

**DOCKET NUMBERS**
District Court: 17-20037

**PERSON REPRESENTED:** Brendt A. Christensen
- 1 ☒ Defendant – Adult

**CHARGE/OFFENSE:** Kidnapping — ☒ Felony

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ No
- IF NO, give month and year of last employment: 5/2017
- How much did you earn per month? $2,000
- If married is your Spouse employed? ☒ Yes
- IF YES, how much does your Spouse earn per month? $2500

**OTHER INCOME**
- Have you received within the past 12 months any income...? ☒ No

**CASH**
- Have you any cash on hand or money in savings or checking account? ☒ Yes — $2000

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles...? ☒ Yes
  - VALUE $2000 — 2000 Camaro
  - VALUE $3000 — 2008 Saturn Astra

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED
- Total No. of Dependents: 0

**DEBTS & MONTHLY BILLS**
- APARTMENT OR HOME: Apartment

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| rent/utilities | $0 | $900 |
| School loans | $60000 | $0 |
| Car loan | $4000 | $250 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/8/17

s/Brendt Christensen

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)**