UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Crim. No.17-20037 |
| BRENDT A. CHRISTENSEN, ) | |
| Defendant. ) | |

MOTION TO APPOINT LEARNED COUNSEL

Brendt A. Christensen, through his attorney, moves the Court to appoint Learned Counsel. In support of the motion Mr. Christensen states as follows:

1. Mr. Christensen has been charged with one count of kidnapping in violation of 18 U.S.C. § 1201(a).

2. At a status conference held Friday, September 8, 2017, the government notified the Court of its intention to seek a superseding indictment charging an offense or offenses with death as an authorized sentence. Additionally, the government informed the Court it would seek authorization from the Attorney General of the United States to seek the death penalty.

3. Based on the government's statements regarding its intention to seek the death penalty the Court granted retained counsels' motion to withdraw and appointed the Federal Public Defender's Office to represent Mr. Christensen.

4. Pursuant to Section VI(B)(1) and (2) of the Amended CJA Plan of the Central District of Illinois ("CJA Plan"), counsel asks the Court to appoint Learned Counsel to be lead counsel in representing Mr. Christensen.

5. As directed in Section VI(C)(1) of the CJA Plan counsel provides the Court with the following four names of attorneys who meet the guidelines for counsel in capital cases as set forth in Section VI(B)(2):

>  1. Robert L. Tucker, Esq. 7114 Washington Ave., St. Louis, MO. 63130.
>
>  2. Jean deSales Barrett, Esq. 47 Park Street, Montclair, N.J. 07042
>
>  3. Jacqueline K. Walsh, 705 2nd Ave., # 501, Seattle, WA 98104
>
>  4. Kevin McNally, 513 Capitol Ave., Frankfort, KY 40601.

Counsel has consulted with the Federal Death Penalty Resource Counsel in compiling the list of qualified counsel. It is counsel's recommendation and the Death Penalty Resource Counsel's recommendation that the Court appoint Robert L. Tucker as lead counsel in this case. Mr. Tucker's location in St. Louis will help minimize travel costs while providing Mr. Christensen with the level of advocacy needed in a death penalty case.

6. If the Court accepts counsel's recommendation Mr. Tucker will immediately apply for admission to this Court's bar. Given the circumstances of this case, counsel requests the Court waive the $231 application fee that normally must be paid to be admitted.

WHEREFORE, the defendant respectfully requests the Court appoint Robert L. Tucker as lead counsel in this case and waive the $231 application fee to become admitted to the Central District of Illinois.

BRENDT A. CHRISTENSEN, Defendant

/s/Thomas W. Patton
Federal Public Defender
Central District of Illinois
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: thomas_patton@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller. A copy was also mailed to the defendant.

/s/Thomas W. Patton
Attorney for Defendant
Federal Public Defender
Central District of Illinois
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: thomas_patton@fd.org