UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY OF APPEARANCE

The undersigned attorney hereby enters his appearance as co-counsel for the Defendant in the above-entitled case.

/s/George F. Taseff
George F. Taseff
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. Bryan David Freres and Mr. Eugene Miller, Assistant United States Attorneys, 201 South Vine, Urbana, IL 61802.

                              /s/*George F. Taseff*
                              George F. Taseff
                              Assistant Federal Public Defender
                              401 Main Street, Suite 1500
                              Peoria, Illinois 61602
                              Phone: 309/671-7891
                              FAX:   309/671-7898
                              Email: george_taseff@fd.org