UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO FOR LEAVE TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, ROBERT TUCKER, GEORGE TASEFF and ELISABETH POLLOCK, and moves for leave to file a reply to the Government's response to his Motion to Continue (R. 29) and in support thereof states as follows:

1.  On October 24, 2017, Mr. Christensen filed a Motion to Continue the Final Pretrial and Trial dates in this cause. (R. 29) The Government was ordered to respond by November 3, 2017.

2.  On November 2, 2017, the Government filed a Response objecting to Mr. Christensen's Motion, in part on the basis that he has not articulated any justifiable reason to continue the trial date of February 27, 2018, other than a need to prepare for a possible death penalty defense. (R. 30)

3.  In fact, there are several other issues which contribute to the need for a continuance that are separate and distinct from the need to prepare for a capital

1

defense. As such, Mr. Christensen requests leave to file a Reply to the Government's Response no later than Tuesday, November 7, 2017.

WHEREFORE, the Defendant respectfully requests that this Court allow him to file a Reply to the Government's Response on or before November 7, 2017, and for any other relief the Court deems appropriate.

Respectfully submitted,

BRENDT A. CHRISTENSEN, Defendant

| | | |
|---|---|---|
| By: | /s/Elisabeth R. Pollock<br>Assistant Federal Public Defender<br>300 West Main Street<br>Urbana, IL 61801<br>Phone: 217-373-0666<br>FAX: 217-373-0667<br>Email: Elisabeth_Pollock@fd.org | /s/ George Taseff<br>Assistant Federal Public Defender<br>401 Main Street, Suite 1500<br>Peoria, IL 61602<br>Phone: 309-671-7891<br>Fax: 309-671-7898<br>Email: George_Taseff@fd.org |
| | /s/ Robert Tucker<br>Robert L. Tucker, Esq.<br>7114 Washington Ave<br>St. Louis, MO 63130<br>Phone: 703-527-1622<br>Email: roberttuckerlaw@gmail.com | |

CERTIFICATE OF SERVICE

    I hereby certify that on November 2, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller. A copy was also mailed to the defendant.

        /s/Elisabeth R. Pollock
        Assistant Federal Public Defender
        300 West Main Street
        Urbana, IL  61801
        Phone: 217-373-0666
        FAX:   217-373-0667
        Email: Elisabeth_Pollock@fd.org