E-FILED
Thursday, 15 March, 2018 03:36:21 PM
Clerk, U.S. District Court, ILCD

FILED
NOV 07 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

November 6, 2017

318 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

Honorable Judge Bruce,

Thank you for your long-time service to our community.

We write to you out of concern for the family of the abducted Chinese scholar, YingYing Zhang. As you know this young woman was last seen getting into the car of Brendt Christensen back on June 9. The emotional stress of not knowing the state of nor the whereabouts of their beloved daughter has been incredibly heavy on this father, mother, brother, and fiancé.

We ask you to hold firm on Christensen's trial date in February. Please do not allow it to be delayed further. Even though the truth will no doubt be painful, these dear people at least need to know what happened so that they can escape the fog of terrible possibilities and find their peace.