UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. | |

## PROPOSED ORDER

Having considered the *Defendant's Motion to Continue Final Pre-Trial and Trial Dates*, *The United States of America's Response to the Defendant's Motion to Continue Final Pre-Trial and Trial Dates*, and the *Defendant's Reply to Government's Response to Defendant's Motion to Continue Final Pretrial and Trial Dates*, the Court finds that this is a complex case with a potential penalty of death and a minimum sentence of life without parole upon conviction of Count One, and that the obligations and responsibilities of defense counsel to fully investigate and prepare this case support a finding that the ends of justice served by continuing this case until October of 2018 outweigh the best interest of the public and the defendant in a speedy trial. Any delay from this date until the trial date will therefore be excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Court further ORDERS:

1) The United States shall provide the defense with all discovery required by Rule 16 of the Federal Rules of Criminal Procedure no later than January 1,

2018. In the event the United States cannot comply with this deadline, it should file a request to extend this deadline no later than January 1, 2018, explaining why it is unable to do so. If such a request is filed, the defendant may file a response within three days of the filing of the request by the United States;

2) The United States shall file any Notice of Intent to seek death not later than July 1, 2018. In the event the government does file such notice, the Court will convene a status conference to schedule future proceedings. The Court encourages the parties to confer in an attempt to reach agreement on a schedule before the status conference;

3) In the event the United States elects not to file a Notice of Intent to Seek Death it should promptly notify the defense and the Court. The Court will convene a status conference upon request of either party to reconsider the present trial date in the event the United States decides not to seek the death penalty;

4) The parties shall meet no later than December 1, 2017, and confer concerning a motions schedule to propose to the Court.

_____
COLIN S. BRUCE
United States District Judge