E-FILED
Monday, 15 January, 2018  02:35:48 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

| Date of Article | Name of Publication | Title of Article/Story | Hyperlink |
|---|---|---|---|
| 6/22/2017 | News-Gazette (Champaign) | Give my daughter back | http://www.news-gazette.com/news/local/2017-06-22/give-my-daughter-back.html |
| 6/22/2017 | News-Gazette (Champaign) | FBI has made search for missing UI scholar a top priority | http://www.news-gazette.com/news/local/2017-06-22/fbi-has-made-search-missing-ui-scholar-top-priority.html |
| 6/30/2017 | News-Gazette (Champaign) | Former grad student arrested in UI scholar's disappearance; FBI presumes her dead | http://www.news-gazette.com/news/local/2017-06-30/updated-former-grad-student-arrested-ui-scholars-disappearance-fbi-presumes-he |
| 6/30/2017 | News-Gazette (Champaign) | The search for Yingying Zhang: Timeline of events | http://www.news-gazette.com/news/local/2017-06-30/search-yingying-zhang-timeline-events.html |
| 6/30/2017 | News-Gazette (Champaign) | THE LATEST: The search for Yingying Zhang | http://www.news-gazette.com/news/local/2017-06-22/latest-search-yingying-zhang.html |
| 7/1/2017 | News-Gazette (Champaign) | It's creepy, how he walked' | http://www.news-gazette.com/news/local/2017-07-01/now-it%E2%80%99s-creepy-how-he-walked'.html |
| 7/1/2017 | News-Gazette (Champaign) | UI leaders: 'Deep sense of grief' over tragic turn | http://www.news-gazette.com/news/local/2017-07-01/ui-leaders-deep-sense-grief-over-tragic-turn.html |
| 7/1/2017 | News-Gazette (Champaign) | For Yingying Zhang, family came first | http://www.news-gazette.com/news/local/2017-07-01/yingying-zhang-family-came-first.html |
| 7/2/2017 | News-Gazette (Champaign) | Evil exists in every community' | http://www.news-gazette.com/news/local/2017-07-02/evil-exists-every-community.html |
| 7/3/2017 | News-Gazette (Champaign) | Christensen due back in court Wednesday for detention hearing | http://www.news-gazette.com/news/local/2017-07-03/now-christensen-due-back-court-wednesday-detention-hearing.html |
| 7/3/2017 | News-Gazette (Champaign) | Accused kidnapper's attorney: Wait for 'whole story' | http://www.news-gazette.com/news/local/2017-07-03/accused-kidnappers-attorney-wait-whole-story.html |
| 7/3/2017 | News-Gazette (Champaign) | Suspect 'different,' workout companion says | http://www.news-gazette.com/news/local/2017-07-03/suspect-different-workout-companion-says.html |
| 7/4/2017 | News-Gazette (Champaign) | Emotions flow outside courthouse as UI scholar remains missing | http://www.news-gazette.com/news/local/2017-07-04/emotions-flow-outside-courthouse-ui-scholar-remains-missing.html |
| 7/4/2017 | News-Gazette (Champaign) | Jim Dey: Not much to see inside federal courtroom | http://www.news-gazette.com/news/local/2017-07-04/jim-dey-not-much-see-inside-federal-courtroom.html |
| 7/5/2017 | News-Gazette (Champaign) | Bail denied; Christensen allegedly described 'characteristics of an ideal victim' at vigil | http://www.news-gazette.com/news/local/2017-07-05/now-bail-denied-christensen-allegedly-described-characteristics-ideal-victim-v |
| 7/6/2017 | News-Gazette (Champaign) | Accused kidnapper held without bail; feds say scholar fought him at apartment | http://www.news-gazette.com/news/local/2017-07-06/accused-kidnapper-held-without-bail-feds-say-scholar-fought-him-apartment.html |
| 7/6/2017 | News-Gazette (Champaign) | Champaign sheriff: No agreement to house federal inmates at county jail | http://www.news-gazette.com/news/local/2017-07-06/champaign-sheriff-no-agreement-house-federal-inmates-county-jail.html |
| 7/6/2017 | News-Gazette (Champaign) | MTD: It's wrong to blame bus driver who didn't stop for scholar | http://www.news-gazette.com/news/local/2017-07-06/mtd-its-wrong-blame-bus-driver-who-didnt-stop-scholar.html |
| 7/7/2017 | News-Gazette (Champaign) | Tom's #Mailbag, July 7, 2017 | http://www.news-gazette.com/news/local/2017-07-07/toms-mailbag-july-7-2017.html |
| 7/8/2017 | News-Gazette (Champaign) | Agendas on display in some reports about missing scholar | http://www.news-gazette.com/news/local/2017-07-08/agendas-display-some-reports-about-missing-scholar.html |
| 7/9/2017 | News-Gazette (Champaign) | Attorneys for the accused | http://www.news-gazette.com/news/local/2017-07-09/attorneys-accused.html |
| 7/12/2017 | News-Gazette (Champaign) | Christensen to be arraigned on federal kidnaping charge on July 20 | http://www.news-gazette.com/news/local/2017-07-12/new-christensen-be-arraigned-federal-kidnapping-charge-july-20.html |
| 7/12/2017 | News-Gazette (Champaign) | UI's surveillance cameras key to missing scholar's case | http://www.news-gazette.com/news/local/2017-07-12/uis-surveillance-cameras-key-missing-scholars-case.html |
| 7/13/2017 | News-Gazette (Champaign) | Flowers, anger, regret as accused kidnapper indicted | http://www.news-gazette.com/news/local/2017-07-13/flowers-anger-regret-accused-kidnapper-indicted.html |
| 7/14/2017 | News-Gazette (Champaign) | Reward for info on UI scholar's whereabouts raised to $50,000 | http://www.news-gazette.com/news/local/2017-07-14/reward-info-ui-scholars-whereabouts-raised-50000.html |
| 7/14/2017 | News-Gazette (Champaign) | Missing UI scholar's family 'will not leave ... without her' | http://www.news-gazette.com/news/local/2017-07-14/missing-ui-scholars-family-will-not-leave-without-her.html |
| 7/20/2017 | News-Gazette (Champaign) | Accused kidnapper's attorney says he'll plead not guilty today | http://www.news-gazette.com/news/local/2017-07-20/accused-kidnappers-attorney-says-hell-plead-not-guilty-today.html |

| Date | Source | Title | URL |
|---|---|---|---|
| 7/21/2017 | News-Gazette (Champaign) | China asks searchers to step up ahead of protracted trial for accused kidnapper | http://www.news-gazette.com/news/local/2017-07-21/china-asks-searchers-step-ahead-protracted-trial-accused-kidnapper.html |
| 08/04/2017 | News-Gazette (Champaign) | Tom's #Mailbag, Aug. 4, 2017 | http://www.news-gazette.com/news/local/2017-08-04/toms-mailbag-aug-4-2017.html |
| 08/09/2017 | News-Gazette (Champaign) | Chief concerns: Anthony Cobb | http://www.news-gazette.com/news/local/2017-08-09/chief-concerns-anthony-cobb.html |
| 08/13/2017 | News-Gazette (Champaign) | Campus safety on minds of foreign students | http://www.news-gazette.com/news/local/2017-08-13/campus-safety-minds-foreign-students.html |
| 08/16/2017 | News-Gazette (Champaign) | Attorney in missing UI scholar case on 'Penny' | http://www.news-gazette.com/news/local/2017-08-16/attorney-missing-ui-scholar-case-penny.html |
| 08/22/2017 | News-Gazette (Champaign) | Emails: UI briefed top Chinese, U.S. government officials on missing scholar | http://www.news-gazette.com/news/local/2017-08-22/emails-ui-briefed-top-chinese-us-government-officials-missing-scholar.html |
| 08/22/2017 | News-Gazette (Champaign) | Missing UI scholar's family appeals to Trump for help finding her | http://www.news-gazette.com/news/local/2017-08-22/missing-ui-scholars-family-appeals-trump-help-finding-her.html |
| 8/22/2017 | News-Gazette (Champaign) | Copy of diary turned over to missing UI scholar's family | http://www.news-gazette.com/news/local/2017-08-22/copy-diary-turned-over-missing-ui-scholars-family.html |
| 08/23/2017 | News-Gazette (Champaign) | Accused kidnapper's lawyers to seek more time from court | http://www.news-gazette.com/news/local/2017-08-23/accused-kidnappers-lawyers-seek-more-time-court.html |
| 08/28/2017 | News-Gazette (Champaign) | Judge 'will be very reluctant to grant a continuance' in Christensen case beyond Feb. 27 | http://www.news-gazette.com/news/local/2017-08-28/new-judge-will-be-very-reluctant-grant-continuance-christensen-case-beyond-feb |
| 9/5/2017 | News-Gazette (Champaign) | Attorneys for accused kidnapper ask to withdraw from case | http://www.news-gazette.com/news/local/2017-09-05/attorneys-accused-kidnapper-ask-withdraw-case.html |
| 9/6/2017 | News-Gazette (Champaign) | PDF: public letter from the Zhang family | http://www.news-gazette.com/pdf/2017-09-06/pdf-public-letter-zhang-family.html |
| 9/8/2017 | News-Gazette (Champaign) | UPDATE: Judge OKs request by alleged kidnapper's attorneys | http://www.news-gazette.com/news/local/2017-09-08/update-judge-oks-request-alleged-kidnappers-attorneys.html |
| 9/10/2017 | News-Gazette (Champaign) | Death penalty raises courtroom stakes | http://www.news-gazette.com/news/local/2017-09-10/death-penalty-raises-courtroom-stakes.html |
| 9/12/2017 | News-Gazette (Champaign) | Candlelight vigil Sunday for Yingying Zhang | http://www.news-gazette.com/news/local/2017-09-12/candlelight-vigil-sunday-yingying-zhang.html |
| 9/12/2017 | News-Gazette (Champaign) | Candlelight vigil Sunday for Yingying Zhang | http://www.news-gazette.com/news/local/2017-09-12/candlelight-vigil-sunday-yingying-zhang.html |
| 10/3/2017 | News-Gazette (Champaign) | Superseding indictment: Christensen charged with kidnapping resulting in scholar's death | http://www.news-gazette.com/news/local/2017-10-03/superseding-indictment-christensen-charged-with-kidnapping-resulting-scholars- |
| 10/4/2017 | News-Gazette (Champaign) | Yingying's family: Sorrowful, grateful, hopeful | http://www.news-gazette.com/news/local/2017-10-04/yingyings-family-sorrowful-grateful-hopeful.html |
| 10/11/2017 | News-Gazette (Champaign) | Scene in court too much for mother of missing UI scholar | http://www.news-gazette.com/news/local/2017-10-11/scene-court-too-much-mother-missing-ui-scholar.html |
| 10/11/2017 | News-Gazette (Champaign) | Christensen court appearance Oct. 11 | http://www.news-gazette.com/image/2017-10-11/christensen-court-appearance-oct-11.html |
| 10/24/2017 | News-Gazette (Champaign) | Accused kidnapper's new attorneys ask for more time to prepare defense | http://www.news-gazette.com/news/local/2017-10-24/accused-kidnappers-new-attorneys-ask-more-time-prepare-defense.html |
| 11/2/2017 | News-Gazette (Champaign) | UPDATED: Feds oppose postponing accused kidnapper's trial — for now | http://www.news-gazette.com/news/local/2017-11-02/updated-feds-oppose-postponing-accused-kidnappers-trial-%E2%80%94-now.html |
| 11/8/2017 | News-Gazette (Champaign) | Accused kidnapper's attorneys want trial delayed until October 2018 | http://www.news-gazette.com/news/local/2017-11-08/accused-kidnappers-attorneys-want-trial-delayed-until-october-2018.html |
| 11/12/2017 | News-Gazette (Champaign) | Search for Yingying Zhang: Family returning to China for mom's health | http://www.news-gazette.com/news/local/2017-11-12/search-yingying-zhang-family-returning-china-moms-health.html |
| 12/3/2017 | News-Gazette (Champaign) | Death penalty decision in missing scholar case could go either way | http://www.news-gazette.com/news/local/2017-12-03/death-penalty-decision-missing-scholar-case-could-go-either-way.html |
| 12/11/2017 | News-Gazette (Champaign) | Top of the morning, 12/11/17 | http://www.news-gazette.com/news/local/2017-12-11/top-the-morning-dec-11-2017.html |
| 12/18/2017 | News-Gazette (Champaign) | Top of the morning, 12/18/17 | http://www.news-gazette.com/news/local/2017-12-18/top-the-morning-dec-18-2017.html |
| 12/26/2017 | News-Gazette (Champaign) | Search for Yingying Zhang reaches 200th day | http://www.news-gazette.com/mary-schenk/2017-12-26/search-yingying-zhang-reaches-200th-day.html |

| | | |
|---|---|---|
| 1/4/2018 News-Gazette (Champaign) | Accused kidnapper's lawyers seek to bar testimony from experts | http://www.news-gazette.com/news/local/2018-01-04/accused-kidnappers-lawyers-seek-bar-testimony-experts.html |
| 1/10/2018 News-Gazette (Champaign) | Prosecutors: Accused kidnapper's lawyers got more evidence than required | http://www.news-gazette.com/news/local/2018-01-10/prosecutors-accused-kidnappers-lawyers-got-more-evidence-required.html |
| 1/11/2018 News-Gazette (Champaign) | **Experts: Feds' use of death penalty in 2 recent cases not bellwether for Christensen's** | http://www.news-gazette.com/news/local/2018-01-11/experts-feds-use-death-penalty-2-recent-cases-not-bellwether-christensens.html |