E-FILED
Monday, 15 January, 2018 02:35:48 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

On the Friday evening that we posted the article on the arrest of Brendt Christensen, out web traffic went haywire. At one moment we had over 6000 viewers (see photo). That week alone, we had over 2 million page views at www.news-gazette.com



7

1 Comment

Like   Comment