UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE PRETRIAL DEADLINES, FINAL PRETRIAL CONFERENCE, AND JURY TRIAL DATES

Defendant Brendt A. Christensen, by and through counsel, respectfully requests that this Court enter an Order vacating all pretrial deadlines, the final pretrial conference, and the jury trial dates in this cause, and set the matter for a Status Conference to address future scheduling matters. In support of this Motion counsel states as follows:

1. On October 3, 2017, a Superseding Indictment was filed charging one count of kidnapping resulting in death in violation of 18 U.S.C. Section 1201 and two counts of false statements in violation of 18 U.S.C. Section 1001. (R. 26)

2. Counsel for the Defendant filed a Motion to Continue the trial date on October 24, 2017. (R. 29) Said Motion was denied by this Court on November 15, 2017, because "[I]mportantly, this case is *not* a death penalty case in its current posture." (R. 34, pg. 5) The denial was premised on the fact that "the prosecution is not seeking the death penalty." (R. 34, pg. 9) However, the Court made clear that should the case

1

become a death penalty case, "the court would welcome a renewed motion to continue the trial" so more appropriate deadlines could be established. (R. 34, pg. 9)

3. On January 19, 2018, the Government filed its Notice of Intent to Seek the Death Penalty. (R. 54)

4. The parties have met and intend to consult regarding a proposed Scheduling Order which would incorporate new pretrial motion deadlines, a new final pretrial conference date, and new trial dates; both parties recognize that a February trial date would be impossible and impractical now that this case carries the possibility of capital punishment. Based on the foregoing, the Defendant requests that all existing deadlines be immediately vacated, that the final pretrial conference and jury trial dates be vacated, and that the Court convert the Final Pre-Trial Conference presently scheduled for February 12, 2018, to a Status Conference to discuss scheduling.

Respectfully submitted,

BRENDT A. CHRISTENSEN, Defendant

By: /s/Elisabeth R. Pollock  /s/ George Taseff
Assistant Federal Defender  Assistant Federal Defender
300 West Main Street  401 Main Street, Suite 1500
Urbana, IL 61801  Peoria, IL 61602
Phone: 217-373-0666  Phone: 309-671-7891
FAX: 217-373-0667  Fax: 309-671-7898
Email: Elisabeth_Pollock@fd.org  Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org