### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 17-CR-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

### THE UNITED STATES OF AMERICA'S RESPONSE TO THE DEFENDANT'S MOTION TO CONTINUE FINAL PRE-TRIAL AND TRIAL DATES

NOW COMES the United States of America, by John E. Childress, United States Attorney for the Central District of Illinois, and Eugene L. Miller and Bryan D. Freres, Assistant United States Attorneys, pursuant to this Court's order of January 24, 2018, and hereby responds to the defendant's motion to continue the final pre-trial and trial dates. (R.55) As represented in a previous filing, because the United States filed notice of an intent to seek a sentence of death in this case, it has no objection to the Court continuing the February 12, 2018, final pretrial conference and the February 27, 2018, trial date to provide the defendant with a reasonable opportunity to prepare a defense.

### FACTUAL AND PROCEDURAL HISTORY

The superseding indictment alleges that the defendant kidnapped and caused the death of the victim on June 9, 2017. The defendant was arrested and charged by criminal complaint with kidnapping on June 30, 2017. A grand jury indicted the defendant for kidnapping on July 12, 2017. Pursuant to the defendant's motion to

continue, the Court scheduled the final pretrial conference on February 12, 2018, and the jury trial to February 27, 2018.

On October 3, 2017, a federal grand jury returned a superseding indictment that alleged that the kidnapping resulted in the death of the victim. On January 19, 2018, the United States filed its notice of intent to seek the death penalty. (R.54) On January 23, 2018, the defendant requested that the Court vacate all existing deadlines and the final pretrial conference and trial dates. The defendant also requested that the Court convert the February 12, 2018, final pretrial conference to a status conference to discuss scheduling. (R.55) On January 24, 2018, this Court held response dates in abeyance and allowed the United States until February 2, 2018, to respond to the defendant's motion to continue.

## RESPONSE

Given that the notice of intent to seek a sentence of death was recently filed, the United States does not object to the defendant's motion to continue the trial date. *See* 18 U.S.C. § 3593(a) (government's notice that it is seeking a sentence of death shall be filed "a reasonable time before trial"); *cf. United States v. Ferebe*, 332 F.3d 722, 737 (4th Cir. 2003) (addressing whether notice that the government is seeking a sentence of death should be dismissed if it is not filed a reasonable time before the trial date). Moreover, the United States understands that the defendant intends to amend and/or supplement his pending motions in light of the notice of intent to seek a sentence of death. Therefore, the United States does not object to the Court vacating any deadlines for the

parties' to respond to pending motions, as well as any deadlines for filing pretrial documents.

The United States acknowledges that it has conferred and will continue to confer with defense counsel regarding a proposed Scheduling Order. The United States would request leave of Court for the parties to file their Proposed Scheduling Orders, or a Joint Proposed Scheduling Order if one can be reached, by February 8, 2018. The United States also joins in the defendant's request that the Court convert the February 12, 2018, final pretrial conference to a status conference to further discuss scheduling.

WHEREFORE the United States of America respectfully requests that the Court grant the defendant's motion to vacate all existing deadlines and continue the pre-trial and trial dates, grant the parties leave to file proposed scheduling orders by February 8, 2018, and convert the February 12, 2018, final pretrial conference to a status conference.

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

s/Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax:  217/373-5891
eugene.miller@usdoj.gov

s/Bryan D. Freres
Bryan D. Freres, Bar No. IL 6294791
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax:  217/373-5891
bryan.freres@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on January 31, 2018, I electronically filed the foregoing Response to the Defendant's Motion to Continue Final Pre-Trial and Trial Dates with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

<div style="margin-left:50%">

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217-373-5891
eugene.miller@usdoj.gov

</div>