E-FILED
Wednesday, 07 February, 2018 09:44:21 PM
Clerk, U.S. District Court, ILCD

# SEALED EXHIBIT D

**SEALED DECLARATION OF COUNSEL**

In our letter to the Capital Case Committee on November 30, 2017, we noted that in light of the deadline of February 1, 2018, for the Notice of Intent to Seek Death, counsel had not had sufficient time to conduct a meaningful mitigation investigation. After noting that we had spent a significant amount of time reviewing discovery that had been provided to that point, but were only just beginning the necessary factual investigation, we advised the Committee that "we have primarily directed our efforts" to attempting to proffer a resolution of the case that would be acceptable to both parties.

Although unstated in the November 30 letter, counsel recognized that such a resolution would likely have to include a sentence of life without parole. Counsel had thus spent a significant amount of time meeting with Mr. Christensen (who had never been incarcerated prior to his arrest in this case) discussing a resolution that would require him to spend the rest of his natural life in prison.

Counsel had discussed the possibility of a plea with the Assistant United States Attorneys on November 27, 2017. On December 5, 2017, the Assistant United States Attorney informed defense counsel that if Mr. Christensen was going to plead guilty, the government needed to know by Friday, December 8, 2017. The following day, Mr. Christensen gave counsel permission to inform the government that he was willing to plead guilty and accept a sentence of life without parole, an offer which was communicated to government counsel that afternoon. Government counsel tendered a conditional plea agreement that evening, subject to the approval of the Attorney General. The tendered plea agreement contained an obligation on the part of the defense that counsel did not feel could be met. Counsel for the parties then

met on December 12, 2017, to discuss the issue. On December 13, 2017, defense counsel proffered a plea agreement proposing alternative language to address the condition imposed by the government. The tendered plea agreement also agreed that Mr. Christensen would plead guilty and accept a sentence of life without parole. In response, the Assistant United States Attorney informed defense counsel that they would present the proposed plea agreement to the Department of Justice and get input from the victim's family.

The defense did not hear back from the Assistant United States Attorney or the Department of Justice until the date of the filing of the Notice of Intent to Seek Death on January 19, 2018.

Based on the above sequence of events, counsel did not file a second motion to continue even though it was apparent by the first of the year that counsel could not have been adequately prepared to try even the non-capital offense by February 27, 2018. For the same reason (as well as the upcoming motions deadline of January 15, 2018), counsel did not file a reply to the government's response to the motion to exclude expert testimony, which was filed on January 9, 2018. By this time, because of the offer to plead guilty and accept a sentence of life without parole, counsel knew that the case would either be resolved on this basis or a Notice of Intent would be filed and, based on the Court's Order of November 17, 2017, denying the initial motion to continue, a capital trial schedule would replace the non-capital trial date of February 27, 2017.[1]

---

[1] Counsel notes ABA Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Case, Guideline 10.7, concerning the obligation to "conduct thorough and independent investigations relating to issues of both guilt and penalty" ("The investigation regarding guilt should be conducted regardless of any admission or statement by the client concerning the facts of the alleged crime . . . ).

/s/ Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL  61801
Phone: 217-373-0666
FAX:     217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, IL  61602
Phone: 309-671-7891
Fax:     309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com