UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE SEALED MOTION

Defendant Brendt Christensen respectfully moves this Court for an Order allowing the filing of a Sealed Motion to Recuse the Court from this case. In support of this Motion, Mr. Christensen states as follows:

1. On November 7, 2017, a Sealed Document was filed with the Court as Docket Number 32. Attempts to access the document by counsel were unsuccessful.

2. On January 15, 2018, Mr. Christensen filed a Motion to Permit Counsel to Access Docket # 32. (R. 37) This Court granted the Motion and allowed counsel for both parties to review the document. However, Docket Number 32 remains sealed from the public.

3. This Court's local rules require that before any sealed document can be filed, the party who has a legal basis to file a document under seal must first seek the permission of the district court via a motion for leave to file the document under seal. CDIL Local Rule 49.9(A)(2). The motion must include an explanation of how the

document in question meets the legal standards for filing sealed documents, and file a copy of the proposed sealed document as a separate docket event. *Id.*

4.	In the present case, out of an abundance of caution, Mr. Christensen requests permission to file the Motion to Recuse the Court under seal. The draft Motion heavily references the contents of Docket Number 32, which is still under seal. So long as Docket Number 32 remains sealed, so should any Motion addressing the contents of that document. A Motion to Unseal Docket # 32 is being filed contemporaneously with this Motion.

                            Respectfully submitted,

                            BRENDT A. CHRISTENSEN, Defendant

By:	/s/ Elisabeth R. Pollock	/s/ George Taseff
	Assistant Federal Public Defender	Assistant Federal Public Defender
	300 West Main Street	401 Main Street, Suite 1500
	Urbana, IL 61801	Peoria, IL 61602
	Phone: 217-373-0666	Phone: 309-671-7891
	FAX:   217-373-0667	Fax:    309-671-7898
	Email: Elisabeth_Pollock@fd.org	Email: George_Taseff@fd.org

	/s/ Robert Tucker
	Robert L. Tucker, Esq.
	7114 Washington Ave
	St. Louis, MO 63130
	Phone: 703-527-1622
	Email: roberttuckerlaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org