UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BRENDT A. CHRISTENSEN, | ) ) |
| Defendant. | )  Case No. 17-20037 |

ADDENDUM TO MEMORANDUM IN SUPPORT
OF PROPOSED SCHEDULING ORDER

Counsel for Defendant Brendt Christensen submits the following Addendum to the Memorandum in Support of Proposed Scheduling Order filed as Docket Number 59:

1. On February 1, 2018, this Court ordered the parties to file a document containing a proposed start date for trial and an estimate as to how long said trial will take. (Text Order 02/01/2018)

2. On today's date, Mr. Christensen filed his Memorandum in Support of a Proposed Scheduling Order, Docket Number 59, with a proposed trial date of June 18, 2019.

3. The Government filed a Response to the Court's Order requesting a trial date of October 16, 2018, and estimating that the guilt phase of trial may take two weeks and the penalty phase, if necessary, may take three weeks. (R. 58)

4. The defense has no reason to question the Government's estimate as to how long its case-in-chief will take. With due respect to the Court's Order, for the reasons set forth in the Memorandum in Support of the Proposed Scheduling Order, Mr. Christensen

1

cannot at this time provide an informed estimate of the length of the defense guilt case-in-chief nor the penalty phase, if any, will take.

                Respectfully submitted,

                BRENDT A. CHRISTENSEN, Defendant

By:	/s/ Elisabeth R. Pollock	/s/ George Taseff
	Assistant Federal Public Defender	Assistant Federal Public Defender
	300 West Main Street	401 Main Street, Suite 1500
	Urbana, IL 61801	Peoria, IL 61602
	Phone: 217-373-0666	Phone: 309-671-7891
	FAX:   217-373-0667	Fax:     309-671-7898
	Email: Elisabeth_Pollock@fd.org	Email: George_Taseff@fd.org

    /s/ Robert Tucker
    Robert L. Tucker, Esq.
    7114 Washington Ave
    St. Louis, MO 63130
    Phone: 703-527-1622
    Email: roberttuckerlaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org