IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-CR-20037 |
| BRENDT A. CHRISTENSEN, | ) |
| Defendant | ) |

NOTICE OF APPEARANCE

The United States hereby notifies the Court that Trial Attorney James B. Nelson hereby enters an appearance as co-counsel on behalf of the United States.

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

*/s/ James B. Nelson*
James B. Nelson, Bar No. NV 9134
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Tel: (202) 598-2872
james.nelson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ James B. Nelson*
James B. Nelson, Bar No. NV 9134
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Tel: (202) 598-2872
james.nelson@usdoj.gov