UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

MOTION FOR LEAVE TO FILE SEALED RESPONSE

Defendant Brendt Christensen respectfully moves this Court for an Order allowing the filing of a Sealed Response to Government's Motion to Strike Docket #60. In support of this Motion, Mr. Christensen states as follows:

1.  On February 7, 2018, Mr. Christensen filed his Memorandum in Support of a Proposed Scheduling Order (R. 59) which referenced four separate exhibits. Three of the exhibits were attached to Docket 59, while the fourth was filed under seal as Docket #60.

2.  On February 14, 2018, the government filed a Motion to Strike Docket #60 or alternatively, to unseal the document and permit a public response thereto. (R. 69)

3.  This Court's local rules require that before any sealed document can be filed, the party who has a legal basis to file a document under seal must first seek the permission of the district court via a motion for leave to file the document under seal. CDIL Local Rule 49.9(A)(2). The motion must include an explanation of how the

document in question meets the legal standards for filing sealed documents, and file a copy of the proposed sealed document as a separate docket event. *Id.*

4. In the present case, counsel filed Docket #60 under seal to prevent sensitive information regarding plea negotiations from becoming public and tainting the jury pool. Mr. Christensen's Response to the government's motion contains similar references, which if made public, could irreparably poison the venire in this case. Therefore, he asks permission to file his Response to Docket #69 under seal, and has filed a copy of the Response as a separate sealed document.

Respectfully submitted,

BRENDT A. CHRISTENSEN, Defendant

By: /s/Elisabeth R. Pollock  
    Assistant Federal Public Defender  
    300 West Main Street  
    Urbana, IL 61801  
    Phone: 217-373-0666  
    FAX: 217-373-0667  
    Email: Elisabeth_Pollock@fd.org

/s/ George Taseff  
Assistant Federal Public Defender  
401 Main Street, Suite 1500  
Peoria, IL 61602  
Phone: 309-671-7891  
Fax: 309-671-7898  
Email: George_Taseff@fd.org

/s/ Robert Tucker  
Robert L. Tucker, Esq.  
7114 Washington Ave  
St. Louis, MO 63130  
Phone: 703-527-1622  
Email: roberttuckerlaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org