E-FILED
Thursday, 01 March, 2018 06:09:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

RESPONSE TO THE GOVERNMENT'S MOTION TO COMPEL
THE DEFENDANT TO PRODUCE PALM PRINT EXEMPLARS

Defendant Brendt A. Christensen, by counsel, submits that he has no objection to Docket Number 70, the government's Motion to Compel the Defendant to Produce Palm Print Exemplars. He does request that any examination of the Defendant's person occur only in the presence of counsel, that all verbal instructions by the examiner be directed through counsel, and that the examiner refrain from any conversation with the Defendant.

Respectfully submitted,

BRENDT A. CHRISTENSEN, Defendant

By:    /s/ Elisabeth R. Pollock          /s/ George Taseff
       Assistant Federal Defender        Assistant Federal Defender
       300 West Main Street              401 Main Street, Suite 1500
       Urbana, IL 61801                  Peoria, IL 61602
       Phone: 217-373-0666               Phone: 309-671-7891
       FAX:   217-373-0667               Fax:   309-671-7898
       Email: Elisabeth_Pollock@fd.org   Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: robberttuckerlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

2