UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-CR-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On February 7, 2018, in support of his Memorandum on Proposed Scheduling Order (#59), Defendant filed a sealed document (#60) that discussed plea negotiations that occurred between Defendant and the government.  On February 12, 2018, a hearing was held before this court on a new Scheduling Order for this case, and the court entered a written version of the new Scheduling Order (#67) on February 14, 2018.  On that same day, as part of its Response (#60) to Defendant's Motion to Unseal Docket Entry #32 (#61), the government requested that the court strike (#60), arguing that the document should be stricken because it violates Federal Rule of Criminal Procedure 11's prohibition against involving the court in plea discussions.  In the alternative, the government requested that if the court decided not to strike (#60), the document should be unsealed and the government allowed to file a response, setting forth relevant and omitted statements made during the plea discussions, to correct what the government contends are inaccurate representations made by Defendant in (#60) about what occurred during said discussions.  Defendant filed a Response (#72) on March 1, 2018,

arguing that the document should not be stricken and should not be unsealed.

The court does not believe that (#60) should have been filed. It was completely irrelevant to the court's decision on determining a new schedule for this case once the government indicated that it was going to seek the death penalty. The court did not consider (#60) in any way in determining a schedule and in fashioning its Scheduling Order (#67). Further, the court does not know if the information in (#60) is accurate or inaccurate and, frankly, does not care. The issue for which the document was filed is now moot, having been decided without reference or consideration of the document, and therefore the document is completely irrelevant and immaterial to the proceedings going forward. For that reason, the court will not strike (#60). Further, the court will not unseal (#60) or allow the government to file a response. No response is necessary, for the reasons already explained. Unsealing the document would be counterproductive and serve no purpose, as it was filed under seal and remains under seal, viewable only to the parties and the court. The court now considers this matter closed.

ENTERED this 16th day of March, 2018.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE