E-FILED
Tuesday, 28 August, 2018  09:38:41 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO STRIKE DOCKET NUMBER 110

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Motion to Strike Docket Number 110 states as follows:

1. On Friday, August 24, 2018, defense counsel filed approximately twenty-five motions in the above-captioned case.

2. Docket Number 110 was entitled "Motion to Strike Aggravating Factor Alleging Future Dangerousness." However, a duplicate copy of the Docket Number 109 (Motion to Strike Non-Statutory Aggravating Factor of "Lack of Remorse") was filed in error.

3. Counsel then filed the correct copy of the "Motion to Strike Aggravating Factor Alleging Future Dangerousness" as Docket Number 122 as an Amended Motion.

4. Because Docket Number 110 unnecessarily duplicates Docket Number 109, it should be stricken from the record.

1

WHEREFORE, Defendant requests that the Court strike Docket Number 110, filed in error as a duplicate copy of Docket Number 109, from the record.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:     309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 28, 2018, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and

Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

<u>/s/Elisabeth R. Pollock</u>
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org