## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>) | **WRIT OF HABEAS CORPUS**<br>**AD PROSEQUENDUM** |
| vs | )<br>) | |
| **BRENDT A. CHRISTENSEN**<br>Defendant | )<br>)<br>) | **CASE NO. 17-20037-JES-JEH** |

**TO: THE SHERIFF of the LIVINGSTON COUNTY JAIL** at 844 W. LINCOLN, ST, PONTIAC, IL.

**WE COMMAND** that you produce the body of **BRENDT A. CHRISTENSEN**, who is in your custody at **the LIVINGSTON COUNTY JAIL** before the United States District Court on **FRIDAY, 10/19/2018 at 10:00 AM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** with counsel for the plaintiff and counsel for the defendant. At the termination of said hearing you may return them to their current regular assignment.

**WITNESS** the Honorable SHIG YASUNAGA, CLERK of the United States District Court for the Central District of Illinois.

DATED: 9/7/2018

_____
SHIG YASUNAGA, Clerk
United States District Court
Central District of Illinois