UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

MOTION FOR PROTECTIVE ORDER DIRECTING LIVINGSTON COUNTY JAIL TO MAINTAIN CONFIDENTIALITY OF EXPERT EVALUATIONS OF DEFENDANT

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Motion for Protective Order Directing Livingston County Jail to Maintain Confidentiality of Expert Evaluations of Defendant, states as follows:

1. On July 12, 2017, Defendant BRENDT A. CHRISTENSEN was charged by Indictment with one count of kidnapping in violation of 18 U.S.C. § 1201(a)(1). (R. 13) A Superseding Indictment was filed on October 3, 2017, alleging one count of kidnapping resulting in death in violation of 18 U.S.C. § 1201(a)(1) and two counts of false statements in violation of 18 U.S.C. § 1001(a)(2). Count 1 of the Superseding Indictment was a death-eligible charge and, on January 19, 2018, the government filed its Notice of Intent to seek the death penalty. (R. 54). Trial is currently scheduled for April 3, 2019.

2. Undersigned counsel are in the process of determining whether there is evidence regarding Mr. Christensen's mental health that should be presented at the

1

guilt and/or penalty phases of his trial. *See* (R. 129). Toward that end, counsel have to date retained two mental health professionals to conduct evaluations of aspects of Mr. Christensen's mental health, and anticipate retaining at least one additional expert in the very near future.

3. As part of their evaluations, counsel's retained experts will need to meet with Mr. Christensen at the Livingston County Jail where he is currently being housed. Jail staff have expressed their willingness to schedule expert meetings as requested by undersigned counsel.

4. At this stage of the proceedings, before undersigned counsel have been able to determine whether or not they will seek to introduce mental health evidence at the trial, the government is not entitled to discover any details regarding the experts retained by the defense or any information regarding their evaluation procedures. *See* Fed. R. Crim. P. 16(b)(1)(C)(ii) (providing that defense counsel shall disclose to the government a written summary of expert testimony it intends to use at trial *if* "the defendant has given notice under Rule 12.2(b) of an intent to present expert testimony on the defendant's mental condition"). Indeed, if the mental health evidence that counsel ultimately decides to present pertains to the penalty phase only, then the government is not entitled to discover the details of the anticipated testimony unless and until "the defendant is found guilty of one or more capital crimes and the defendant confirms an intent to offer during sentencing proceedings expert evidence on mental condition." Fed. R. Crim. P. 12.2(c)(2).

5. These constraints on the government's access to information regarding the defense mental health investigation would be rendered virtually meaningless if the government is permitted to obtain information from the Livingston County Jail regarding the identity of defense experts who meet with Mr. Christensen and the evaluation procedures they employ. Accordingly, undersigned counsel respectfully request that the Court issue an order directing that no employee, contractor or other agent of the Livingston County Jail shall reveal any information regarding meetings between Mr. Christensen and any defense mental health professional to any person who is not an employee, contractor or agent of the facility, including, but not limited to, any member of the United States Attorney's Office for the Central District of Illinois, the United States Department of Justice, the FBI or any law enforcement agency in the State of Illinois.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org