UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cr-20037-JES-JEH |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**PROTECTIVE ORDER**

Now before the Court is Defendant Brendt A. Christensen's Motion (Doc. 135) for Protective Order Directing Livingston County Jail to Maintain Confidentiality of Expert Evaluations of Defendant, to which the United States has filed a Response (Doc. 137). The defense indicates that it has, or will, retain mental health professionals to obtain evaluations of Defendant's mental health. As part of the evaluations, the defense experts will need to meet with Mr. Christensen at the Livingston County Jail, where he is currently being housed.

The Court orders no employee, contractor, or other agent of the Livingston County Jail reveal any information regarding meetings between Mr. Christensen and any defense mental health professional to any person other than as necessary in their duties as employees of Livingston County Jail to schedule and arrange for said meetings.

The Court is aware that Livingston County Jail is not a party to this case and only houses Mr. Christensen as a pretrial detainee. The Court is also aware that Livingston County Jail has expressed a willingness to schedule these meetings as requested by defense counsel. Rule 12.2 of the Federal Rules of Criminal Procedure and the Court's scheduling order provide for timely disclosure of these mental health experts. This Order is entered to further those objectives.

**IT IS THEREFORE ORDERED THAT**

1. No employee, contractor, or other agent of the Livingston County Jail reveal any information regarding meetings between Mr. Christensen and any defense mental health professional to any person other than as necessary in their duties as employees of Livingston County Jail to schedule and arrange for said meetings.

2. The United States Marshal is directed to serve a copy of this Order on the Livingston County Sheriff in his capacity as custodian of the Livingston County Jail.

Signed on this 11th day of October, 2018.

s/ James E. Shadid
James E. Shadid
Chief United States District Judge
