E-FILED
Wednesday, 28 November, 2018  04:49:07 PM
Clerk, U.S. District Court, ILCD

# JUROR QUESTIONNAIRE

The Court asks that you complete the following questionnaire.

Please answer each question as fully and completely as you possibly can. All questions must be answered. If your answer will not fit in the space provided, please turn to the last two pages of the questionnaire, write the number of the question, and then complete your answer in the space provided. **PLEASE DO NOT WRITE ANSWERS ON THE BACK OF A PAGE**.

It is very important that you give complete and truthful answers. On the last page of this questionnaire, you will be asked to swear to this Court that the answers that you have given are truthful and complete. Please be sure to sign that last page of the questionnaire.

The information which you give will be used only by the Court and the attorneys in this case. It will help them in selecting the jury who will hear this case. By providing full and complete answers to this questionnaire, you will save a great deal of time for the Court, the attorneys, and yourself.

Your potential participation as a juror must be based only on evidence that you see and hear in court. Thus, you should not conduct any independent research regarding this matter. After you complete this questionnaire, you should attempt to avoid seeing or hearing anything regarding this matter outside of court, including anything from the newspaper, television, radio, the Internet, or any other source.

Thank you.

1. _____       _____
   Name                                          Juror Number

2. _____       _____
   Age                                           Date of Birth

   City and State of Birth: _____

   Sex: _____ M _____ F          Race: _____

3. City/State/Zip of Residence:
   _____
    (City)      (State)      (Zip Code)
   (STREET ADDRESS NOT NEEDED)

   County: _____

   Number of Years at current residence: _____

   Do you currently: own , rent, or live in someone else's home?
   _____

   List first names of members of your household and their relationship
   to you:
   _____
   _____
   _____
   _____

4. If you have lived at your current residence less than five years, please
   list the city, state, and zip code of each previous residence at which
   you have lived during the last five years:
   _____
   _____
   _____
   _____

2

5.      How long have you lived in Illinois? _____

6.      How much education do you have?
              _____Grade school or less
              _____ Some high school
              _____ High school graduate
              _____ Technical or business school
              _____ Some college
              _____ Graduated from college with a degree in:
        _____
        Major areas of study in college included:  _____
        _____
        _____
              _____ Postgraduate degree held in _____
        _____

        Are you presently a student?  _____ Yes _____ No

        If yes, describe course of study and anticipated date of completion:
        _____
        _____
        _____

7.      List each high school attended, including City and State.
        _____
        _____
        _____

8.      List any college or university you have attended.
        _____
        _____
        _____

9.      Have you earned any professional or vocational license or certificate?
        _____ Yes _____ No

If yes, please state the type of license and year earned. _____
_____

10.     Do you have any special training or skills? _____ Yes _____ No

        If yes, please list that special training or those skills below. _____
        _____
        _____
        _____

11.     What is your occupation?           _____

        Name of your employer:             _____

        Address of employer:               _____
                                           (City/State) (STREET ADDRESS NOT
                                           NEEDED)

        Length of employment:              _____

        Present job description: (describe briefly): _____
        _____

12.     Do you have any supervisory responsibilities at work?
        _____ Yes _____ No

        If yes, how many people are under your supervision? _____

13.     If you are not currently employed outside the home, please check the
        category below that applies to your employment status.

        _____ Homemaker          _____ Stay at home parent
        _____ Retired            _____ Unemployed-looking for work
        _____ Student            _____ Disabled
        _____ Other:  Please explain _____

4

14.    Please list all jobs you have held in the past. Do not include your current employment if you are currently employed. (Please include a brief description of the tasks you performed in each job, how long you held the job, and your reason for leaving the job.)

| Employer | Dates Worked | Duties | Why left job |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

15.    What is/was your father's occupation? _____

16.    What is/was your mother's occupation? _____

17.    Are you: _____ Married      _____ Single _____ Divorced
                  _____ Widowed _____ Living with a significant other
                  _____ Separated

18.    How many times have you been married? _____

19.    Spouse's or significant other's:

       First name: _____

       Occupation: _____

5

Prior Occupations: _____
_____
_____

20.    Do you have children? _____ Yes _____ No

If you have children, please list their sex and age for each child. If the child is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If your children are school-age, do they attend:

_____ Public School _____ Catholic School
_____ Other Religious Private School _____ Other Private School
_____ Home School

21.    Do you have grandchildren? _____ Yes _____ No

If you do have grandchildren, please list the sex and age for each grandchild. If the grandchild is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

22.    What are your hobbies and favorite kinds of recreations? _____
       _____
       _____
       _____
       _____

23.    Please name the three public figures, living or deceased, whom you
       most admire.

       (1)    _____

       (2)    _____

       (3)    _____

24.    Do you read books or listen to books on tape?
       _____ read _____ listen on tape _____ both

25.    How often do you read or listen to books:

       _____ frequently _____ occasionally _____ hardly ever

       What authors and types of books do you tend to read or listen to?
       _____
       _____

       What was the last book you read/listened to?  _____
       _____

       Are you currently reading/listening to a book? _____ Yes _____ No

       If yes, what book are you reading/listening to? _____
       _____

26.   Please list your three favorite books you have ever read or listened to.

(1)   _____

(2)   _____

(3)   _____

27.   Please list your three favorite movies you have ever seen.

(1)   _____

(2)   _____

(3)   _____

28.   Do you enjoy movies? _____ Yes _____   No

When you see movies, what kind of movies do you like? _____
_____

What movie did you see last? _____

29.   What television programs do you watch regularly? _____
_____
_____

30.   When you watch news programs on TV, what channel or channels do you watch (please mark all the ones you watch).

_____ Local Channels (NBC, ABC, CBS, FOX)

_____ CNN

_____ Christian Broadcasting Network

8

_____ C-SPAN

_____ Fox News Channel

_____ MSNBC/CNBC

_____ PBS (Public Broadcasting)

_____ Daily Show (Comedy Central)

_____ Last Week Tonight (HBO)

_____ Other _____

_____ I never watch news programs on TV

31.    Do you watch TV news magazine, interview or talk shows?
       _____ Yes _____ No

       If your answer is yes, please list the names of the shows you watch.
       _____
       _____
       _____


32.    What radio stations do you listen to?_____
       _____
       _____


33.    Do you listen to radio talk shows? _____Yes _____ No

       If your answer is yes, please indicate which radio talk shows you
       listen to. _____
       _____
       _____

Have you ever called a radio talk show to express an opinion?
\_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer is yes, please describe the opinions which you
expressed. _____
_____
_____

34.   What newspapers and magazines do you read? _____
_____
_____
_____

35.   Do you use the Internet? \_\_\_\_\_ Yes \_\_\_\_\_ No

If "yes", for what purposes do you use the Internet? Please mark all
that apply to you.

\_\_\_\_\_ Obtain information          \_\_\_\_\_ Shopping
\_\_\_\_\_ "e-mail"                    \_\_\_\_\_ Obtain local/national news
\_\_\_\_\_ Access "blogs"             \_\_\_\_\_ Instant messaging
\_\_\_\_\_ Access file sharing sites   \_\_\_\_\_ Meet new people and date
\_\_\_\_\_ "chat-rooms"               \_\_\_\_\_ Skype
\_\_\_\_\_ Social media

Other (please explain) _____
_____

36.   Do you have a "web page"? \_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer is "yes", please explain content. _____
_____
_____

37.   Do you have a Facebook page? \_\_\_\_\_ Yes \_\_\_\_\_ No

10

If your answer is yes, please describe how often and for what purposes you access and use Facebook. _____

_____

_____

38.    Do you have a Twitter account? _____ Yes _____ No

If your answer is yes, please describe how often and for what purposes you access and use Twitter. _____

_____

_____

39.    Have you ever used any online dating apps or websites? _____ Yes _____ No

If yes, which apps or websites have you used? _____

_____

40.    Have you ever made posts to You-Tube, Vine, Reddit, or other such sites? _____ Yes _____ No

If your answer is yes, please describe the items you have posted.____

_____

_____

_____

41.    Do you have any bumper stickers on your car? _____ Yes _____ No

If yes, what do the bumper stickers say? _____

_____

_____

42.    Have you read any books or articles about the death penalty? _____ Yes   _____ No

If your answer is yes, please indicate the books or articles you have read. _____

_____

_____

Please describe what impact this reading had on you. _____

_____

_____

_____

43.   Have you seen any movies or television programs about the death penalty?      _____ Yes _____ No

If your answer is yes, please indicate the movies or programs you have watched. _____

_____

Please describe what impact this viewing had on you. _____

_____

_____

44.   Please describe your feelings about the death penalty in your own words. Please describe how strong are those feelings and how long have you had them?

_____

_____

_____

_____

_____

_____

_____

_____

_____

12

45.    Which of the following best describes your feelings about the death penalty? Please read all of the statements carefully, take some time to think, and then mark all of the choices which you believe describe your feelings.

    a.    I am opposed to the death penalty, and I will never vote to impose the death penalty in any case, no matter what the facts.

    b.    I am opposed to the death penalty, and I would have a difficult time voting to impose the death penalty.

    c.    I am opposed to the death penalty, but could vote to impose the death penalty if I believed that the death penalty was called for in light of the facts and the law in the case.

    d.    I have no definite opinions for or against the death penalty. I could vote to impose the death penalty, or I could vote to impose a sentence of life imprisonment without possibility of parole, whichever I believed was called for in light of the facts and the law in the case.

    e.    I am in favor of the death penalty, but I could vote for a sentence of life imprisonment without possibility of parole if I believed that a sentence of life imprisonment without possibility of parole was called for in light of the facts and the law in the case.

    f.    I am strongly in favor of the death penalty, and I would have a difficult time voting for a sentence of life imprisonment without possibility of parole.

    g.    I am strongly in favor of the death penalty, and I would vote for the death penalty in every case in which the person charged is eligible for a death sentence.

13

h.      None of the statements above correctly describes my feelings about the death penalty.

46.    Please read the following two statements carefully, take time to reflect, and check if either statement applies to you. Do not check if neither statement applies to you.

\_\_\_\_\_         I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror.

\_\_\_\_\_         I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror.

47.    If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence? \_\_\_\_\_ Yes        \_\_\_\_\_ No

48.    If the defendant is found guilty of a capital count, would you automatically vote against the death penalty, regardless of the facts and the aggravating evidence? \_\_\_\_\_ Yes        \_\_\_\_\_ No

49.    If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it? \_\_\_\_\_ Yes        \_\_\_\_\_ No

50.    If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?  \_\_\_\_\_ Yes        \_\_\_\_\_ No

51.     Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?
\_\_\_\_\_ Yes  \_\_\_\_\_ No

14

If yes, why? _____
_____
_____
_____
_____
_____
_____

52.     Have you read any books or articles about what life is like for a person doing time in prison? _____ Yes _____ No

If your answer is "yes", please indicate the books or articles you have read. _____
_____
_____
_____
_____

Please describe what impact this reading had on you._____
_____
_____
_____
_____

53.     Have you seen any movies or television programs about what life is like for a person doing time in prison?     _____ Yes _____ No

If your answer is "yes," please indicate the movies or programs you have watched. _____
_____
_____
_____

Please describe what impact this viewing had on you._____
_____
_____

15

_____
_____

54.   Please describe your impression of what life is like for a person doing
      time in prison.

      _____
      _____
      _____
      _____
      _____

55.   In the last 10 years, are there any court cases which you have
      followed with interest?   _____ Yes         _____ No

      If your answer is "yes", please indicate what cases you have
      followed, why you were interested in each such case, and whether
      you agreed or disagreed with the outcome in each such case. _____
      _____
      _____
      _____
      _____

56.   Do you have a religious affiliation or preference?
      _____ Yes   _____ No

      If your answer is yes, what is your religion? _____
      _____

      Do you attend church regularly? _____ Yes _____ No

      If you hold any position or office in your church, please describe the
      position or office which you hold. _____
      _____
      _____

      Do you participate in a Bible study group?  _____ Yes  _____ No

16

57.   Does your spouse/significant other have a religious affiliation?
      _____ Yes  _____ No

      If your answer is yes, what is his/her religion? _____
      _____

      Does he/she attend church regularly? _____ Yes _____ No

      If he/she holds any position or office in the church, please describe
      the position or office which he/she holds. _____
      _____

      Does he/she participate in a Bible study group? _____ Yes _____ No

58.   Would anything about your religious, moral or philosophical beliefs
      make it difficult for you to sit in judgment of another person?
      _____ Yes _____ No

      If your answer is yes, please explain _____
      _____
      _____

59.   Do you belong to any group or organization that is active in trying to
      protect the rights of crime victims, or is active in law enforcement or
      crime prevention? (Examples - Mothers Against Drunk Driving, a
      neighborhood watch group)  _____ Yes _____ No

      If your answer is "yes", please indicate each such group to which you
      belong. _____
      _____
      _____
      _____

60.   Do you belong to any group or organization that is active in
      rehabilitation of people with problems or active in helping people in
      trouble with the law? (Examples - Alcoholics Anonymous, Narcotics

17

Anonymous, support groups for persons with family members in prison such as the Seven Step Foundation?) _____ Yes _____ No

If your answer is "yes", please indicate each such group to which you belong. _____

_____

_____

_____

61.    Please list the names of all other organizations to which you belong, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

_____

_____

_____

_____

_____

If you hold an office or official position in any of the organizations you listed above, please state the organization and the position which you hold:

| Organization | Position Held |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

62.    Please list the names of all organizations to which your spouse/significant other belongs, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the

Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

_____
_____
_____

If your spouse holds an office or official position in any of the organizations you listed above, please state the organization and the position which your spouse holds.

| Organization | Position Held |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

63.   Have you or your spouse or significant other served in the military? (This includes the National Guard)

You: _____ Yes _____ No

Spouse/Significant Other: _____ Yes _____ No

If answer is yes above, please describe branch of service, dates of service, assignments, highest rank attained, medals or commendation, and nature of discharge, etc.: _____

_____
_____
_____
_____
_____
_____

19

64. Are you presently or have you ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)? _____ Yes _____ No

If yes, name agency and position: _____
_____
_____
_____
_____

65. Is your spouse or significant other presently or has your spouse or significant other ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)? _____ Yes _____ No

If yes, name agency and position: _____
_____

66. Have you ever applied for a job with any law enforcement agency, or any other governmental agency? _____ Yes _____ No

If yes, please indicate what agency, what job, and when you applied.

| Agency | Job | When applied |
|--------|-----|--------------|
|        |     |              |
|        |     |              |
|        |     |              |
|        |     |              |

67. Have you or a close family member or close friend ever had an exceptionally good experience involving a law enforcement officer? _____ Yes _____ No

20

If your answer is yes, please describe that experience. If there is more than one exceptionally good experience, please describe each incident. _____

_____

_____

_____

68.  Have you or a close family member or close friend ever had an exceptionally bad experience involving a law enforcement officer? _____ Yes _____ No

If your answer is yes, please describe that experience. If there is more than one exceptionally bad experience, please describe each incident.

_____

_____

_____

_____

_____

69.  In your opinion, how good of a job do you feel local law enforcement officers are doing in your community (local police, sheriff's department)?

_____

_____

_____

_____

_____

70.  In your opinion, how good of a job do you feel federal law enforcement agents, like Federal Bureau of Investigation (FBI) special agents, are doing?

_____

_____

_____

_____

_____

2:17-cr-20037-JES-JEH   # 157-1   Page 22 of 36

71.    Have you ever served on a jury in a criminal or civil case?
       _____ Yes _____ No

       If your answer is "yes", please answer the following:

       a.    Type of case on which you served as a juror _____
             _____

       b.    Was the case in State or Federal court? _____

       c.    If you have been a criminal case juror, for each such case, please
             indicate the kind of case it was (murder, stealing, assault, etc.),
             the place where the case occurred, the approximate date when
             the trial occurred, and whether a verdict was reached.

| Kind of Case | Where | Date | Verdict? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

       d.    Did the jury set punishment in each criminal case which you
             listed above? _____ Yes _____ No

       e.    Were you ever the foreperson of the jury in any of the cases
             above? _____ Yes _____ No

       f.    Have you ever served on a grand jury? _____ Yes _____ No

       g.    Is there anything about your prior jury service that might affect
             your ability to be fair and impartial in this case?
             _____ Yes _____ No

             If yes, please explain: _____
             _____
             _____

22

72.    Have you filed a lawsuit, or had a lawsuit of any kind filed against you, by anyone in Court?  _____ Yes _____ No

If your answer is yes, please indicate who brought the lawsuit, what the lawsuit was about, and the result of the lawsuit

| Who Brought Lawsuit | What Lawsuit was about | Result of Lawsuit |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

73.    Have you ever worked for a lawyer in a law office?
_____ Yes _____ No

If your answer is yes, please list for each such job when you worked at that job, for whom you worked (what lawyer or what firm), what kind of law the lawyer or firm practiced, and what your job duties were.

| Date | Lawyer/Firm | Law Practiced | Your Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

74.    Do you have any legal training or have you taken any law courses?
_____ Yes _____ No

If your answer is yes, please list each training or course you have taken, and when you had that training, or took those courses.

_____

_____

_____

_____

_____

23

75.  Do you have any family members or close friends who are lawyers?
     _____ Yes _____ No

     If your answer is yes, for each person, please list the name of this
     lawyer, what your relationship is to that person, and what kind of
     law that lawyer practices.

| Name of Lawyer | Relationship | Kind of Law Practiced |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

76.  Do you have any family members or close friends who are judges or
     retired judges? _____ Yes _____ No

     If your answer is yes, for each judge, please list the name of the
     Judge, in what state that Judge works, and what your relationship is
     to that Judge._____
     _____
     _____
     _____

77.  Do you have any family members or close friends who work for a
     United States Attorney's Office or a State Prosecutor's Office?
     _____ Yes _____ No

     If your answer is yes, for each such person, please list in what office
     the person works, and what your relationship is to that person.
     _____
     _____
     _____
     _____

78.  Do you have any family members or close friends who work for a
     Public Defender's Office? _____ Yes _____ No

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person. _____

_____
_____
_____
_____

79.    Do you know anyone who works in a courthouse such a bailiff or clerk? _____ Yes _____ No

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

_____
_____
_____
_____

80.    Have you or has anyone close to you ever undergone counseling, treatment or hospitalization for psychiatric, emotional, behavioral or substance abuse (alcohol/drug) problems? _____ Yes _____ No

81.    Do you know someone who has any other diagnosis of mental illness or impairment? _____ Yes _____ No

If yes, please explain: _____
_____
_____

82.    Have you, any family members or any close friends ever been employed in the mental health field? _____ Yes _____ No

If yes, please give details: _____
_____
_____
_____

25

83.  Are you familiar, for any reason with neuropsychiatric testing?
     _____ Yes _____ No

     If yes, please explain: _____
     _____
     _____

84.  Have you, any family members or any close friends ever been
     employed in the medical field? _____ Yes _____ No

     If yes, please give details: _____
     _____
     _____

85.  Have you ever pleaded guilty to or been convicted of a crime other
     than a simple traffic violation? _____ Yes _____ No

     If your answer is "yes", please indicate what the crime was, when it
     occurred, and what punishment you received. _____
     _____
     _____
     _____
     _____

86.  Do you know personally or have you ever known personally anyone
     who has been convicted or pleaded guilty to a crime?
     _____ Yes _____ No

     If yes, for each person, state that person's relationship to you and the
     name of the crime and sentence imposed, including probation:
     _____
     _____
     _____
     _____

26

87.   Have you, your spouse, your significant other, a relative or a close
      friend ever been the victim of a crime?  _____ Yes _____ No

      If your answer was yes please describe each such incident, giving the
      date, who was involved (you or relative/friend), and what kind of
      crime was involved. _____
      _____
      _____
      _____
      _____
      _____

88.   Do you know anyone who has been killed or injured as a result of a
      crime, or who has lost a loved one as a result of a crime?
      _____ Yes _____ No

      If yes, please explain:  _____
      _____
      _____
      _____

89.   Have you or has anyone that you know, been a victim of a sexual
      crime (sexual assault, rape, child molestation, etc.)?
      _____ Yes _____ No

      If yes, please briefly explain: _____
      _____
      _____
      _____

90.   Have you ever been a witness to a crime? _____ Yes _____ No

      Have law enforcement officers ever asked you to assist with a
      criminal investigation? _____ Yes _____ No

If your answer was yes to either of the previous two questions, please describe each incident, giving the approximate date, the kind of incident involved, and whether you were called to court as a witness.

| Date | Kind of Incident | Called as Witness? |
|------|------------------|--------------------|
|      |                  |                    |
|      |                  |                    |
|      |                  |                    |

91.    In your opinion, what are the most important causes of crime?

_____
_____
_____
_____
_____
_____
_____
_____

92.    In your opinion, what things should be done to solve the problem of crime? _____

_____
_____
_____
_____
_____
_____
_____

93.    In your opinion, are there problems with the criminal justice system? _____ Yes _____ No

If your answer is yes, what are those problems as you see them? ____

_____
_____
_____

28

If your answer was yes above, in your opinion, what should be done to solve the problems you have described? _____

_____

_____

_____

94. What is your general impression about criminal case prosecutors?

_____

_____

_____

_____

95. What is your general impression about criminal case defense attorneys?  _____

_____

_____

_____

96. Brendt A. Christensen is the defendant in this case.  Mr. Christensen is 29 years old, and was a graduate student at the University of Illinois, Urbana-Champaign.  Mr. Christensen grew up in Stevens Point, Wisconsin, where he graduated high school, and then attended the University of Wisconsin, Madison.  Do you know or have you heard of Brendt Christensen?  _____ Yes _____ No

If your answer is yes, please describe how you know or have heard of Brendt Christensen _____

_____

_____

97. In this case, Brendt Christensen is being represented by Elisabeth Pollock of Urbana, Illinois; George Taseff and Thomas Patton of Peoria, Illinois; Robert Tucker of St. Louis, Missouri; and Julie Brain of Philadelphia, Pennsylvania.  Do you know or have you heard of any of these attorneys?  _____ Yes _____ No

If your answer is yes, please describe which attorney you know of, and how you know of them. _____

_____
_____
_____
_____

98.     The prosecutors in this case are Assistant United States Attorneys Eugene Miller and Bryan Freres of Urbana, Illinois; and Department of Justice Attorney James Nelson of Washington, D.C.  Do you know or have you heard of any of these attorneys? _____ Yes _____ No

        If your answer is yes, please describe which attorney you know of, and how you know of them. _____

_____
_____
_____
_____

99.     This case involves an alleged kidnapping and murder of Yingying Zhang, a graduate student at the University of Illinois, Urbana-Champaign on or about June 9, 2017.   The defendant, Brendt Christensen, is charged with kidnapping Yingying Zhang from the University of Illinois campus, taking her back to his apartment, and murdering her. Keep in mind that a charge is not evidence. A charge is merely an accusation. Mr. Christensen is presumed to be innocent until the government proves otherwise. In this case, the government is seeking the death penalty against Mr. Christensen. There have been some reports about this case in the newspaper and on the radio and television. Do you have any knowledge about this case obtained from news reports or from any other sources? Do you recall reading, seeing, or hearing anything about this crime, or the people involved? _____ Yes _____ No

If your answer is yes, please describe all that you have read, seen, and heard, and include the source from which you obtained the information (newspaper, television, radio, friends, family, etc.).

_____
_____
_____
_____
_____
_____
_____

100. During this trial, persons described as experts may be called as witnesses by the prosecution and defense to give opinions and testify in the case. The law provides that persons who, by knowledge, skill, training, education or experience, have become expert in some field may state their opinions on matters in that field and may also state the reasons for their opinions. The law provides that expert testimony should be considered just like any other testimony. A jury may accept or reject this testimony, and give the testimony as much weight as they think it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case. Choose all of the following statements which accurately describe how you would consider such expert testimony.

    a.    I would be able to follow the law, and consider expert testimony just like any other testimony. I would give the testimony as much weight as I thought it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case;

    b.    I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the prosecution more than those called by the defense;

31

c.       I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the defense more than those called by the prosecution;

d.       I would not be able to follow the law, and consider expert testimony just like any other testimony; I would disregard anything such a witness would say, regardless of what the law says,

e.       Other (please explain) _____
_____

101.   What is your opinion of psychiatrists, psychologists or other mental health professionals who testify in Court? _____
_____
_____
_____

102.   Do you have physical or medical problems which would make jury duty difficult for you? _____ Yes _____ No

If yes, please explain: _____
_____
_____
_____
_____

103.   Trial of this case is expected to last four to five weeks. Do you have any of the following problems? (Please check all that apply to you)

_____ Hearing difficulties

_____ Vision problems

_____ Regular doctor appointments

32

_____ Someone sick to care for

_____ Small children to care for

_____ An elderly family member to care for

_____ Some other problem which will make it difficult for you to
          serve as a juror for several weeks (please explain)

_____

_____

104. Some people who are called for jury service would like to be chosen
      to serve on a jury, while others would rather not be chosen. How do
      you feel?

_____ I would like to serve
_____ I would rather not serve
_____ I have no opinion
_____ Other (Please explain): _____

_____

105. Did you have any problems reading and understanding this
      questionnaire?     _____ Yes _____ No

      If yes, please explain: _____
      _____
      _____
      _____

106. Is there anything else that you wish to bring to the attention of the
      court or the attorneys in this case? _____ Yes _____ No

      If yes, please explain: _____
      _____
      _____

33

_____

_____

Use the space on this page and on the following pages if you need
additional space to answer any of the questions in this questionnaire:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## **CERTIFICATION**

I do hereby certify that the answers which I have given in this questionnaire are true and complete to the best of my knowledge and belief.

_____
(Signature)

_____
(Date)