UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 17-20037 |
| BRENDT A. CHRISTENSEN, | ) |
| Defendant. | ) |

MOTION FOR LEAVE TO FILE PROPOSED JURY QUESTIONNAIRE
UNDER SEAL

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Motion for Leave to File Proposed Jury Questionnaire Under Seal states as follows:

1. This Court's local rules require that before any sealed document can be filed, the party who has a legal basis to file a document under seal must first seek the permission of the district court via a motion for leave to file the document under seal. CDIL Local Rule 49.9(A)(2). The motion must include an explanation of how the document in question meets the legal standards for filing sealed documents, and file a copy of the proposed sealed document as a separate docket event. *Id.*

2. In the present case, Mr. Christensen's Proposed Jury Questionnaire includes questions addressing topics that would encourage extensive additional media coverage close in time to the scheduled trial date. Furthermore, the Proposed Juror Questionnaire

has been drafted as very inclusive, meaning the questionnaire includes questions addressing issues and topics subject to defense motions *in limine* to preclude various types of evidence that are irrelevant and unduly prejudicial, and public reporting on these issues and topics would needlessly pollute the jury pool with information and knowledge about the evidence that may be excluded by the Court.

3. In the interests of preventing a preview of either party's evidence, Mr. Christensen requests permission to file the Proposed Questionnaire under seal. A copy of the Proposed Questionnaire has been filed contemporaneously herewith.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:     309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org