E-FILED
Monday, 03 December, 2018  05:36:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF INTENT TO PRESENT EXPERT EVIDENCE RELATING TO MENTAL CONDITION ON THE ISSUE OF PUNISHMENT PURSUANT TO FED. R. CRIM. P. 12.2(b)(2)**

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Notice of Intent to Present Expert Evidence Relating to Mental Condition on the Issue of Punishment Pursuant to Fed. R. Crim. P. 12.2(b)(2), states as follows:

Please take notice pursuant to Fed. R. Crim. P. 12.2(b)(2) that, if he is convicted of a capital offense, Mr. Christensen intends to introduce expert evidence relating to a mental disease or defect bearing on the issue of punishment.

Specifically, Mr. Christensen intends to present evidence that he suffers from a Schizophrenia Spectrum or Other Psychotic Disorder as defined in the American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders*, pp. 87-122 (5th ed. 2013), and that he exhibits neurocognitive deficits consistent with a psychotic disorder.

1

The experts that Mr. Christensen currently intends to present are:

1.      **Neuropsychologist.**

The tests that the neuropsychologist has administered are:

   Wechsler Adult Intelligence Scale, Fourth Edition (WAIS-4)

   Wide Range Achievement Test, Fourth Edition (WRAT-4)

   California Verbal Learning Test, Third Edition (CVLT-3)

   Wechsler Memory Scale, Fourth Edition (WMS-4): Logical Memory I & II

   Delis-Kaplan Executive Function System (D-KEFS)

   Rey Complex Figure Test (RCFT)

   Test of Memory Malingering (TOMM)

   Benton Visual Retention Test (BVRT)

   Benton Judgment of Line Orientation (JOLO)

   Benton Face Recognition Test

   Rey 15 Item Memory Test

2.      **Psychiatrist.**

The psychiatrist has not administered any tests.

3.      **Clinical Psychologist.**

The clinical psychologist has not administered any tests.

Following their preliminary assessments, Mr. Christensen's retained experts have indicated that two additional evaluation procedures need to be conducted in order to provide a thorough and complete assessment of his mental condition as it is relevant to the capital sentencing determination. It has not been possible to complete these procedures to date and so Mr. Christensen respectfully requests that he be permitted until February 3, 2019, in which to amend this notice if necessary. The results of these additional procedures, if presented, will only provide further support for the evidence outlined above. There will be no substantive change to the existing notice and therefore no prejudice to the government as a result of any necessary addition at that time.

Additionally, counsel wish to emphasize the fact that, while their experts have completed preliminary assessments of Mr. Christensen and his history sufficient to allow counsel to file the instant Notice, there remains a great deal of work still to be accomplished before the experts will be in a position to finalize their opinions, compile their reports and testify at trial. To meet the applicable standard of care in a forensic capital case, each expert will need to spend a significant amount of additional time continuing to interview Mr. Christensen, reviewing the extensive background materials that they have been provided, reviewing additional records that are being provided on an ongoing basis and consulting with collateral sources.

Respectfully submitted,

/s/Elisabeth R. Pollock                     /s/ George Taseff
Assistant Federal Defender            Assistant Federal Defender
300 West Main Street                     401 Main Street, Suite 1500
Urbana, IL 61801                            Peoria, IL 61602
Phone: 217-373-0666                     Phone: 309-671-7891
FAX:   217-373-0667                       Fax:    309-671-7898
Email: Elisabeth_Pollock@fd.org    Email: George_Taseff@fd.org


/s/ Robert Tucker                            /s/ Julie Brain
Robert L. Tucker, Esq.                     Julie Brain, Esq.
7114 Washington Ave                     916 South 2nd Street
St. Louis, MO 63130                        Philadelphia, PA 19147
Phone: 703-527-1622                     Phone: 267-639-0417
Email: roberttuckerlaw@gmail.com    Email: juliebrain1@yahoo.com


CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and

Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org