IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-CR-20037-JES |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING OF AGREED, PROPOSED JURY QUESTIONNAIRE**

NOW COMES the United States of America, by John E. Childress, United States Attorney for the Central District of Illinois, Eugene L. Miller and Bryan Freres, Assistant United States Attorneys, and Department of Justice Trial Attorney James B. Nelson, and respectfully gives this Notice of Filing of the Parties' Agreed, Proposed Jury Questionnaire.

1. The parties separately filed proposed jury questionnaires on November 28 and 29, 2018. (R. 157, 160).

2. On November 30, 2018, the Court ordered the parties to file an agreed, proposed questionnaire by December 6, 2018. The Court further ordered the parties to file any objections to proposed jury questions by December 7, 2018.

3. The parties have met and conferred, and respectfully submit the attached, agreed-to questionnaire for the Court's review.

4. Defendant has informed undersigned counsel that, notwithstanding the United States' objection, he will be requesting that the Court include certain proposed

questions which will be filed under seal on today's date.  The United States will submit its opposition to those questions on December 7, 2018, in accordance with the scheduling order.

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

| | |
|---|---|
| */s/Eugene L. Miller* | */s/ James B. Nelson* |
| Eugene L. Miller | James B. Nelson |
| Assistant United States Attorney | Trial Attorney |
| 201 S. Vine St., Suite 226 | Capital Case Section |
| Urbana, IL 61802 | United States Department of Justice |
| Phone: 217/373-5875 | 1331 F. Street NW, Room 625 |
| Fax: 217/373-5891 | Washington, DC  20004 |
| eugene.miller@usdoj.gov | Phone: 202/598-2972 |
| | james.nelson@usdoj.gov |

*/s/Bryan D. Freres*
Bryan D. Freres
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
bryan.freres@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ James B. Nelson
James B. Nelson, Bar No. NV 9134
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Tel: (202) 598-2872
james.nelson@usdoj.gov