E-FILED
Thursday, 06 December, 2018  02:48:24 PM
Clerk, U.S. District Court, ILCD

ORDER INSTRUCTING PROSPECTIVE JURORS
[Proposed language to be filed separately]

SUMMARY OF THE CASE
[To be filed separately]

## YOUR BACKGROUND

1.　　Name: _____　　Juror Number: _____

2.　　What is your date of birth and current age? _____

3.　　Gender:　　❑ Male　　　❑ Female

4.　　What is your race or ethnicity and that of your spouse or partner? (This information will not affect your selection for jury service.)

　　　You: _____　Spouse/Partner: _____

5.　　In what city, state and country were you born and raised?

　　　Born: _____　Raised: _____

　　　(a)　　If you were born in another country, when did you move to the U.S. and when did you become a citizen of this country?
　　　　　　_____

　　　(b)　　Where were your parents born?

　　　　　　Father: _____　Mother: _____

6.　　In what city do you reside? _____

7.　　How long have you lived in this area? _____

8.　　Where else have you lived during the last five years?

　　　_____

　　　_____

　　　_____

9.　　What is your current relationship status? _____

　　　(a)　　If you are or were married, please indicate how long: _____ (years)

1

10.   For each person currently living in your residence, please provide the following
information

| Relationship | Age | Occupation |
|---|---|---|
| *E.g. Roommate* | *45* | *Teacher* |

_____

_____

_____

_____

_____

_____

_____

11.   Do you have children or grandchildren who live outside your home?

❑ Yes        ❑ No

(a)    If yes, please provide the following information about each:

| Age | Gender | Highest Level of Education | Occupation/Job |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

12.   How would you describe your overall physical condition?

❑ Good            ❑ Fair            ❑ Poor

If you have a physical condition you believe would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating, please explain:

_____

_____

13.   Do you currently take any prescription medications that could affect your ability to serve as a juror, such as medications that cause drowsiness?

❑ Yes          ❑ No

If yes, please identify the medication, describe the condition the medication treats and how long you have to take the medication.

_____

_____

14.   Have you, or a close family member, undergone counseling, treatment or hospitalization for psychiatric, emotional, family, behavioral, or substance abuse problems?

❑ Yes          ❑ No

(a)      If yes, please tell us who was treated and describe the situation:

_____

_____

15.   What values or principles are important to you or that you aspire to follow in your life?

_____

_____

_____

16.   Would you consider yourself to be a leader? _____

17.   What words best describe you?

1.   _____

2.   _____

3.   _____

3

**EDUCATION**

18.     How far did you go in school, and what was your major and minor field of study if you went to college or graduate school?

        _____

        _____

19.     If you are currently a student, please describe your course of study, your expected date of completion, and your expected academic schedule for Spring 2019.

        _____

        _____

20.     How far did your spouse/partner go in school, and what was his/her major field of study if he/she went to college or graduate school?

        _____

        _____

21.     Do you or anyone in your immediate family have any education in the fields of law, law enforcement, medicine, psychology, psychiatry, or forensics?

        ❑ Yes          ❑ No

        If yes, please explain: _____

        _____

22.     Have you earned any professional or vocational license or certificate?

        ❑ Yes          ❑ No

        If yes, please explain: _____

        _____

23.     Do you have any special skills or interests as a result of self-study or self-education? If so, please describe (please indicate other degrees, certificates, specialized study or training).

        _____

        _____

**EMPLOYMENT**

24.     Are you currently:      (Check all that apply)

❑ Employed full time          ❑ Employed part time          ❑ Self-employed

❑ Employed at multiple jobs          ❑ Homemaker          ❑ Retired

❑ Student          ❑ Unemployed          ❑ Disabled

❑ Other: _____

25.     If currently employed, please tell us the name of your employer, how long you have worked there, your job title and what your job responsibilities are.

_____

_____

26.     Please describe any other places you have worked in the last 10 years, including your title and the length of time at each position. If you retired from any of those positions, please tell us when you retired.

_____

_____

_____

27.     Do you now, or have you ever, supervised others?     ❑ Yes          ❑ No

(a) If so, please describe the type of work, when, and the number of people supervised

_____

_____

28.     Please describe whether, and how, your current job requires you to work more as part of a team or more on your own?

_____

_____

29.     Where is your spouse/partner employed? What are his/her job responsibilities?

        _____

        _____

30.     What are the occupations of your parents and/or step-parents?

        _____

        _____

## HOBBIES AND ACTIVITIES

31.     Do you belong to or support any social clubs, charities, political groups, fraternal or
        religious organizations, volunteer groups or other special interest groups?

        ❏ Yes          ❏ No

        If yes, please identify the organization and the nature of its activities

        _____

        _____

        (a) Have you ever held an office or position of leadership in any of these organizations
            either currently or in the past?

        ❏ Yes          ❏ No

        If yes, please explain: _____

        _____

        _____

32.     What are your hobbies and interests? What do you like to do in your spare time?

        _____

        _____

33.     Do you or others living in your residence belong to clubs, organizations or volunteer groups?

❑ Yes          ❑ No

If yes, please identify the individual's relationship to you and the group or organization to which they belong:

_____

_____

34.     If you read books, which authors and types of books do you like to read?

_____

_____

35.     Please list your three favorite books you have ever read or listened to.

1.          _____

2.          _____

3.          _____

36.     If you watch television, which television shows do you watch most often?

_____

_____

37.     Do you or anyone in your household regularly watch television programs that show real-life or dramatized police or legal activities (for example, Cops, 911, Law and Order, CSI, America's Most Wanted)?

❑ Yes          ❑ No

If yes, please identify: _____

_____

_____

38.     Do you regularly listen to any radio talk shows?

❑ Yes          ❑ No

If yes, please identify: _____

_____

_____

39.     Do you regularly watch any particular television news shows?

❑ Yes          ❑ No

If yes, please identify: _____

_____

_____

40.     When you watch news programs on TV, what channel or channels do you watch (please mark all the ones you watch).

_____   Local Channels (NBC, ABC, CBS, FOX)

_____   CNN

_____   Christian Broadcasting Network

_____   C-SPAN

_____   Fox News Channel

_____   MSNBC/CNBC

_____   PBS (Public Broadcasting)

_____   Daily Show (Comedy Central)

_____   Last Week Tonight (HBO)

_____   Other: _____

_____   I never watch news programs on TV

41.   Which newspapers, magazines or journals do you read most often?

_____

_____

42.   Do you have, use, or share accounts for any of the following social media sites?

❑ Yes          ❑ No

If yes, check all that apply:

___ Facebook                           ___ Twitter

___ LinkedIn                           ___ Instagram

___ Any blog platform/service          ___ Snapchat

___ Other: _____

43.   Which internet websites or blogs do you visit most often?

_____

_____

44.   Have you ever used any online dating apps or websites?

_____ Yes ___ No

If yes, which apps or websites have you used? _____

45.   Have you ever made posts to You-Tube, Reddit, or other such sites?       Yes ___ No

If your answer is yes, please describe the items you have posted. _____

_____

_____

46.   Please list any stickers, placards, signs, patches, symbols, and other messages that you display at home or on an automobile, motorcycle, bicycle, bag, backpack, laptop computer, etc.:

_____

_____

## MILITARY SERVICE

47.     Have you or anyone close to you ever served in any branch of the Armed Forces of the United States (including the Military Reserves, National Guard or ROTC)?

❑ Yes          ❑ No

If yes, please answer the following:

(a)     Please tell us who served, in what branch of service, approximate number of years of service and the highest rank achieved.

_____

(b)     Did you (or they) serve in active combat duty?

❑ Yes          ❑ No

If yes, please tell us who served, in which conflict/war, and where:

_____

(c)     Did you receive any type of specialized training in the military?  If so, please describe:

_____

48.     Did you ever participate in a court martial?

❑ Yes          ❑ No

If yes, please describe your role and the charges?

_____

## POLITICS

49.     How would you describe your political views? _____

_____

_____

_____

10

50.  Have you, or someone close to you, ever been involved in or a member of a group that takes positions on political, social or other similar issues (crime, drug or alcohol abuse, gun policy, etc.)?

❑ Yes        ❑ No

(a) If so, please identify the person and group.

_____

_____

51.  In what ways, if any, might your political views affect your service as a juror?

_____

_____

52.  Have you followed any particular criminal cases or do you follow crimes stories in the news?

❑ Yes        ❑ No

If yes, what case(s) have you followed and what was your interest?

_____

_____

53.  What is your opinion of the criminal justice system as a result of watching particular criminal cases or crime stories in the news:

_____

_____

_____

**RELIGION**

54.  Do you have any religious affiliation or preference?        ❑ Yes        ❑ No

If yes, please name or describe the religion: _____

_____

11

55.     How often do you attend a place of worship?

❑ Regularly          ❑ Occasionally          ❑ Seldom          ❑ Never

56.     How important is religion to you?

❑ Very important          ❑ Important          ❑ Somewhat          ❑ Not very important

57.     In what religion were you raised? _____

_____

58.     When growing up, how often did you attend religious services? _____

_____

59.     Do you belong to any Bible or other religious study group?          ❑ Yes          ❑ No

If yes, please describe: _____

_____

60.     Have you ever attended any religious-based school or received any specific education in any religion?

❑ Yes          ❑ No

If yes, please describe: _____

_____

_____

61.     Have you or anyone in your family ever studied for or served in any position of responsibility in any religious organization?

❑ Yes          ❑ No

If yes, please explain: _____

_____

_____

**CRIMINAL JUSTICE EXPERIENCE**

62.     Have you or anyone close to you ever worked for or been associated with: (check all that apply)

A prosecutor's office ❑ Yes (self) ❑ Yes (other)
A criminal defense attorney's office ❑ Yes (self) ❑ Yes (other)
Any other lawyer or law office ❑ Yes (self) ❑ Yes (other)

If yes, please explain: _____

_____

_____

63.     Have you or anyone close to you ever been employed by, volunteered with, associated with, or applied for work with any law enforcement or security agency, such as the police, sheriff, a prison or jail, FBI, DEA, ATF, Immigration and Customs Enforcement (ICE), INS, Department of Corrections investigator, or a private security firm?

❑ Yes      ❑ No

If yes, please explain (including relationship, agency, job title, responsibilities, and dates of affiliation):

*Example:     Son              FBI Agent, Organized Crime          2007-present*

_____

_____

_____

_____

64.     Do you, any family members, or anyone close to you have any plans to apply for employment with any law enforcement agency or correctional facility?

❑ Yes      ❑ No

If yes, please explain (including person and agency):

_____

_____

_____

13

65.　Have you or anyone close to you ever been arrested, accused, charged, and/or prosecuted for a crime other than a minor traffic violation?

❑ Yes　　❑ No

If yes, please explain (including charge, approximate date, location, and case outcome)

_____

_____

Please explain your thoughts regarding the outcome(s):

_____

_____

_____

66.　Have you, a family member, or someone close to you ever been the victim of a violent crime?

❑ Yes　　❑ No

If yes, please explain: _____

_____

❑ I prefer to respond to this question privately with the judge

(a)  If yes, was the assault reported to the police?

❑ Yes　　❑ No

If not, why not? _____

_____

(b)  If the case was reported to the police, did it proceed through the criminal justice process?

❑ Yes　　❑ No

If yes, what was the result? _____

_____

(c) Do you believe the result was fair?

❑ Yes         ❑ No

If not, why not? _____

_____

67.    Have you, a family member, or someone close to you ever been sexually assaulted?

❑ Yes         ❑ No

If yes, please explain: _____

_____


❑ I prefer to respond to this question privately with the judge

      (a) If yes, was the assault reported to the police?

❑ Yes         ❑ No

If not, why not? _____

_____


      (b) If the case was reported to the police, did it proceed through the criminal justice
          process?

❑ Yes         ❑ No

If yes, what was the result? _____

_____


      (c) Do you believe the result was fair?

❑ Yes         ❑ No

If not, why not? _____

_____

68.  Have you or anyone close to you ever been the victim of any other types of crime?

❑ Yes          ❑ No

If yes, please explain (including crime, approximate date, location, and case outcome):
*Example:        Sister, victim of burglary,  1999,  Chicago IL,    Defendant pled guilty*

_____

_____

_____

Please explain your thoughts regarding the outcome:

_____

_____

_____

69.  Do you know anyone whose family has been affected by violent crime?

❑ Yes          ❑ No

If yes, please explain (including the person's relationship to you, when and where the crime occurred and what happened):

_____

_____

70.  Have you or anyone close to you ever appeared in court as a witness?

❑ Yes          ❑ No

(a)    If yes, please explain:
*Example:        Self, Illinois state court, 2006, witnessed a purse snatching                .*

_____

_____

71.     Do you, any members of your family, or anyone close to you have any strong views for or against law enforcement agencies, such as the local police, sheriff, FBI, DEA, state police, etc.?

❑ Yes          ❑ No

If yes, please explain: _____

_____

_____

72.     Have you or a close family member or close friend ever had an exceptionally good experience involving a law enforcement officer?          ❑ Yes          ❑ No

If your answer is yes, please describe that experience. If there is more than one exceptionally good experience, please describe each incident:_____

_____

_____

73.     Have you or a close family member or close friend ever had an exceptionally bad experience involving a law enforcement officer?          ❑ Yes          ❑ No

If your answer is yes, please describe that experience. If there is more than one exceptionally bad experience, please describe each incident._____

_____

_____

74.     In general, do you tend to believe that a member of law enforcement, such as a federal agent or Sheriff's Deputy, who testifies in court, is (check one):

❑        More likely to tell the truth than other witnesses

❑        About as likely to tell the truth as other witnesses

❑        Less likely to tell the truth than other witnesses

75.     A number of witnesses at the trial will be law enforcement officers from either federal, state, or local law enforcement agencies. The Judge will instruct you to consider and evaluate those persons' testimony just as you consider any other witness' testimony. Do you believe that you will be able to follow that instruction?

❑ Yes          ❑ No

17

If no, please explain: _____

_____

76.     Do you feel that because of any attitudes about, or experiences with law enforcement officers, you would be either more willing or less willing to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer?

❑ Yes          ❑ No

If yes, please explain whether you would be more willing or less willing to believe such a witness and why?

_____

_____

77.     Some of the testimony in this case may come from a psychiatrist, psychologist, social worker, or other mental health professional.

(a) What is your opinion about the scientific reliability of these fields?

_____

_____

(b)  Have you, a family member or anyone close to you, ever sought the services of a psychiatrist, psychologist, social worker, counselor, therapist, mental health professional or mental health facility?

❑ Yes  ❑ No

If yes, please state the person(s) relationship to you and the circumstances

_____

_____

78.     Do you feel that because of any attitudes about, or experiences with, mental health professionals you would be either more willing or less willing to believe the testimony of a mental health professional simply because of his or her status as a mental health professional

❑ Yes          ❑ No

If yes, please explain whether you would be more willing or less willing to believe such a witness and why?

18

_____

_____

_____

79.    Have you ever visited a prison or known anyone who served time in prison?

❑ Yes          ❑ No

(a)    If yes, please describe your relationship to the individual and, if you know approximately how long they were in prison and where they were in prison?

_____

_____

(b)    Please describe how the individual described his prison experience?

_____

_____

80.    Based upon what you know about prisons, what is your opinion about the life that most prisoners lead in prison?

_____

_____

81.    How do you feel about the cost of housing an inmate in prison for life?

_____

_____

82.    How do you feel about the cost of implementing capital punishment?

_____

_____

**PRIOR JURY SERVICE**

83.     Have you ever served as a grand juror or trial juror before?

❑ Yes (grand juror)     ❑ Yes (trial juror)     ❑ No

If yes, complete the following for each jury service:

*Criminal or Civil  Main Charge  When serve?  Did jury reach a verdict (Yes or No)?* ____

_____

_____

_____

_____

Were you ever the foreperson?          ❑ Yes          ❑ No

If you have previously served on a jury, please explain whether you found the experience to be positive or negative and describe your feelings about the process.

_____

_____

_____

84.     Do you know any judges, lawyers, court officers, clerks, court reporters, stenographers, parole or probation officers, or anyone else in the court system?

❑ Yes          ❑ No

If yes, please describe who you know, where they work, and how well you know them.

_____

_____

**CRIMINAL JUSTICE ISSUES**

Brendt Christensen is presumed innocent. This presumption continues throughout the case, including during jury deliberations. It is not overcome unless the government proves his guilt beyond a reasonable doubt. The burden of proof remains with the government throughout the case. Mr. Christensen is not required to prove his innocence, and is not required to produce any evidence at all.

85.     How do you feel about this presumption of innocence? _____

        _____

        _____

86.     How do you feel about the burden of proof resting entirely with the government?

        _____

        _____

        _____

87.     Can you follow the Court's instruction that an indictment is merely an accusation, and is not evidence of Mr. Christensen's guilt?

        ❑ Yes          ❑ No

        Please explain: _____

        _____

        _____

        _____

88.     The Court will instruct you that a criminal defendant has no objection to testify in his own defense, and you may not use his refusal to testify against him in any way. Would you be able to follow that instruction?

        ❑ Yes          ❑ No

        Please explain: _____

        _____

        _____

**KNOWLEDGE OF THIS CASE**
[Specific language to be proposed separately]

89.    This case involves an alleged kidnapping and murder of Yingying Zhang, a graduate
        student at the University of Illinois, Urbana- Champaign on or about June 9, 2017.The
        defendant, Brendt Christensen, is charged with kidnapping Yingying Zhang from the
        University of Illinois campus, taking her back to his apartment, and murdering her. Keep
        in mind that a charge is not evidence. A charge is merely an accusation. Mr. Christensen
        is presumed to be innocent until the government proves otherwise. In this case, the
        government is seeking the death penalty against Mr. Christensen. There have been some
        reports about this case in the newspaper and on the radio and television. Do you have any
        knowledge about this case obtained from news reports or from any other sources? Do you
        recall reading, seeing, or hearing anything about this crime, or the people involved?

        ❏ Yes          ❏ No


        If your answer is yes, please describe all that you have read, seen, and heard, and include
        the source from which you obtained the information (newspaper, television, radio,
        friends, family, etc.).

        _____

        _____

        _____

        _____

90.    Have you read, heard, seen or discussed anything about this case or crime?

        ❏ Yes          ❏ No          ❏ Unsure

        (a)    Please describe what you have read, heard, seen about the incident or any of the
                people involved (regardless of whether you believe the information is accurate or
                not)?

                _____

                _____

                _____

        (b)    From what source did you receive this information?

                _____

                _____

22

_____

_____

(c)     Have you, at any time, made any comment or participated in any discussions about this case with anyone (friends, family, co-workers, associates, other jurors, etc.) or heard other people talking about the case?

❑ Yes          ❑ No          ❑ Unsure

<u>If yes or unsure, please describe what was discussed and identify who was present:</u>

_____

_____

_____

91.     Do you know any of the following persons:

A.     Defense lawyers: Robert Tucker, Julie Brain, Thomas Patton, George Taseff, Elisabeth Pollock
B.     Prosecutors: Eugene Miller, Bryan Freres, James Nelson
C.     The defendant, Brendt Christensen
D.     The victim, Yingying Zhang, or her family members

❑ Yes          ❑ No

If yes, please explain: _____

_____

_____

92.     The trial will be presided over by the Honorable James E. Shadid, United States District Judge, Central District of Illinois.  Do you know Judge Shadid or any member of his staff or anyone else working in the Courthouse?

❑ Yes          ❑ No

If yes, please explain: _____

_____

_____

93.     Do you or anyone close to you know any of the persons involved in any way with the events charged in this case?

❏ Yes        ❏ No

If yes, please explain: _____

_____

_____

94.     The conduct alleged in the charges against Mr. Christensen took place in Champaign-Urbana, Il. Have you ever lived or worked in Urbana, Champaign, or in Champaign County, Il.

❏ Yes        ❏ No

If yes, please explain: _____

_____

_____

95.     Have you ever traveled to Champaign County, Il?

❏ Yes        ❏ No

If yes , please provide details: _____

_____

_____

96.     Are you in any way affiliated with the University of Illinois at Urbana-Champaign, or are any of your relatives employees, alumni, or in any other way affiliated?

❏ Yes        ❏ No

If yes, please explain: _____

_____

_____

**QUESTIONS CONCERNING PUNISHMENT**
[Specific language to be proposed separately]

97.     Please describe your feelings about the death penalty in your own words. Please describe how strong are those feelings and how long have you had them?

_____

_____

_____

_____

98.     Please read the following two statements carefully, take time to reflect, and check if either statement applies to you. Do not check if neither statement applies to you.

_____   I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror.

_____   I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror.

99.     If the defendant is found guilty of a capital count, would you automatically vote *for* the death penalty, regardless of the facts and the mitigating evidence?

❑ Yes          ❑ No

100.    If the defendant is found guilty of a capital count, would you automatically vote *against* the death penalty, regardless of the facts and the aggravating evidence?

❑ Yes          ❑ No

101.    If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?          ❑ Yes          ❑ No

102.    If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?          ❑ Yes          ❑ No

103.    In your opinion, what purpose does the death penalty serve in our society?

_____

_____

_____

_____

104.    If a person is sentenced to life imprisonment without the possibility of release in a federal prison, do you believe in fact that person will spend the rest of his or her life in prison?

_____

_____

_____

105.    If a person is sentenced to the death penalty, how likely do you think it is that the person will actually be put to death?

_____

_____

_____

106.    What does your religious or spiritual affiliation or background, if any, teach regarding the death penalty?

_____

_____

107.    Would this teaching make it difficult for you to serve as a fair and impartial juror in a death penalty case?

_____

_____

_____

108.    Have you read any articles or books, seen any television programs, plays and/or movies regarding the death penalty?

❑ Yes          ❑ No

If yes, please describe what you read or watched:

_____

_____

109.  Have you, a family member or anyone close to you, ever belonged to, supported, signed petitions, attended a rally or donated time or money to any group or organization whose primary purpose involves the support or opposition to the death penalty (check all that apply)?

Supports:     ❑ Yes, myself     ❑ Yes, friends/family     ❑ No
Opposes:      ❑ Yes, myself     ❑ Yes, friends/family     ❑ No

Please explain: _____

_____

_____

110.  Have you ever traveled to the site of a scheduled execution?

❑ Yes        ❑ No

If yes, please explain: _____

_____

_____

111.  Do you have any close friends or family members who would criticize you, or be disappointed in you, even in a very mild way, if you voted for or against the death penalty?

❑ Yes, if I voted for the death penalty
❑ Yes, if I voted against the death penalty
❑ No

If yes, please explain: _____

_____

_____

**QUESTIONS CONCERNING LEGAL PRINCIPLES AND EVIDENCE**

This part explains some of the fundamental legal principles on which the Court will give instruction during the trial.  If you believe you cannot follow these principles, you are duty bound to let the Court know.

**CONCLUDING QUESTIONS**

Please remember that you should not discuss this questionnaire or your answers with anyone, including family members, friends, or other prospective jurors.  You must not make, or attempt to make, any investigation regarding this case.  This includes conducting any internet research or reading any media reports. Thank you for following this directive.

112.    If you are selected as a juror in this case, the judge will instruct you to continue to avoid all media coverage, and not to go on the internet with regard to this case for any purpose. That is, you will be forbidden from reading newspaper articles about this case, "googling" this case, blogging/tweeting about it or posting comments on any social media site, etc.  Do you have any reservations or concerns about your ability or willingness to follow this instruction?

❑ Yes          ❑ No

If yes, please explain: _____

_____

113.    Do you know anyone else who has received a questionnaire from this case?

❑ Yes          ❑ No

If yes, please explain: _____

_____

114.    Is there anything about the nature of this case as it has been explained to you thus far that you feel may affect your ability to be a completely objective and impartial juror in this case?

❑ Yes          ❑ No

28

If yes, please explain: _____

_____

_____

115.   Some people who are called for jury service would like to be chosen to serve on a jury, while others would rather not be chosen. How do you feel?

_____   I would like to serve

_____   I would rather not serve

_____   I have no opinion

_____   Other (Please explain): _____

_____

116.   Did you have any problems reading and understanding this questionnaire?

❑ Yes          ❑ No

If yes, please explain: _____

_____

_____

117.   Is there any other information that you feel you should share with the Judge that you believe may bear upon your service as a juror in this case?

❑ Yes          ❑ No          ❑ I would like to speak privately about this issue

Please explain: _____

_____

_____

I hereby declare under penalty of perjury that the answers that I provide on the questionnaire are true and complete and no one has assisted me in providing information and responding to questions in this questionnaire.

_____          _____
Signature                                                                      Date

Additional Pages to Complete Responses to any Question

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Additional Pages to Complete Responses to any Question

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____