IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>   Plaintiff,                                   )<br>                                                        )<br>        vs.                                          )      Case No. 17-CR-20037<br>                                                        )<br>BRENDT A. CHRISTENSEN,        )<br>                                                        )<br>   Defendant.                              ) | |

### THE UNITED STATES OF AMERICA'S MOTION FOR EXAMINATIONS OF THE DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12.2(c)(1)(B)

NOW COMES the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, Eugene L. Miller and Bryan D. Freres, Assistant United States Attorneys, and Department of Justice Trial Attorney James B. Nelson, and respectfully moves this Court for an Order authorizing its expert witnesses to examine Defendant pursuant to Federal Rule of Criminal Procedure 12.2(c)(1)(B). The bases for this motion follow.

1. On December 3, 2018, the defendant filed notice of his intent to raise mental health evidence in the penalty phase pursuant to Federal Rule of Criminal Procedure 12.2(b)(2).  (R. 161).

2. On December 10, 2018, the United States provided briefing on why examinations of the defendant should be permitted immediately pursuant to Federal Rule of Criminal Procedure 12.2(c)(1)(B); *see also United States v. Curtis*, 328 F.3d 141, 144-45 (4th Cir. 2003); *United States v. Lewis*, 53 F.3d 29, 35 n.9 (4th Cir. 1995)).  (R. 180).

3. On December 10, 2018, the United States also moved the Court for an Order implementing certain procedures with regard to the examination of the defendant and the disclosure of information related to the defendant's Rule 12.2(b)(2) claim. *Id.*

4. The United States respectfully requests that this Court issue an Order allowing the United States' expert witnesses to examine the defendant for the purposes of investigating and, potentially, rebutting his claim according to the procedures recommended by the United States.

Respectfully Submitted

JOHN C. MILHISER
UNITED STATES ATTORNEY

*/s/Eugene L. Miller*
Eugene L. Miller
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
eugene.miller@usdoj.gov

*/s/ James B. Nelson*
James B. Nelson
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Phone: 202/598-2972
james.nelson@usdoj.gov

*/s/Bryan D. Freres*
Bryan D. Freres, Bar No. IL 6294791
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
bryan.freres@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                */s/ James B. Nelson*
                James B. Nelson, Bar No. NV 9134
                Trial Attorney
                Capital Case Section
                United States Department of Justice
                1331 F. Street NW, Room 625
                Washington, DC  20004
                Tel: (202) 598-2872
                james.nelson@usdoj.gov