# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 17-cr-20037-JES-JEH |
| BRENDT A. CHRISTENSEN, | ) ) ) |
| Defendant. | ) |

## PROTECTIVE ORDER

The parties are **ORDERED** to comply with the following in connection with jury materials of the Clerk of Court made available for inspection, reproduction and copying in this case:

1. The parties shall use the records and papers only for the purpose of preparing and presenting a motion challenging compliance with the Jury Selection and Service Act, 28 U.S.C. § 1861 *et seq.*, or a further briefing of such a motion, in this litigation.

2. Public disclosure of the records and papers might be harmful to nonparties. Therefore, the parties shall establish a procedure for handling the records and papers to protect their confidentiality, including methods for identifying, tracking and securing any records or papers copied during inspection.

3. The records and papers may be shared with others who are assisting counsel in this action, provided that each person assisting counsel has read this Protective Order and agrees in writing to abide by the Order and keep the material in a secure location in order to maintain confidentiality. Those assisting counsel shall return the records and papers to counsel, shall not retain a copy, and shall not use the material for any purpose other than to assist with the preparation of this litigation.

4. The parties may use any portion of the records and papers, or the information contained therein, to support or oppose motions only if private personal information from which an individual can be identified is removed or redacted. Such private personal information includes but is not limited to the names of individuals, social security numbers, names of minor children, dates of birth, home addresses, and the items listed in Local Rule 49.12(A). Any party may seek leave to file or maintain such private personal information under seal. *See* Local Rules 49.9(A), 49.12(B).

5. At the conclusion of this litigation, including all appeals and collateral attacks, if any, the parties shall return all copies of any records or papers to the Clerk of Court or shall certify to the Clerk of Court that the copies have been destroyed.

6. Any person who fails to comply with this Protective Order or who otherwise discloses the contents of any record or paper inspected in violation of 28 U.S.C. § 1867(f) is subject to sanctions.

**IT IS SO ORDERED.**

    Signed on this 11th day of December, 2018.

                                    s/ James E. Shadid
                                    James E. Shadid
                                    Chief United States District Judge