E-FILED
Wednesday, 19 December, 2018  10:52:14 AM
Clerk, U.S. District Court, ILCD

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL — DISTRICT OF — ILLINOIS

**FILED**

United States of America

**DEC 18 2018**

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

V.

BRENDT A. CHRISTENSEN

## EXHIBIT AND WITNESS LIST

Exhibits used for portion of motion hrg held 12/17/18
and 12/18/18 for Motions [96][97][100]

Case Number:   17-20037-01

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James E. Shadid | AUSAs Miller, Freres, Nelson | AFPDs Pollock, Taseff & Robert Tucker, Julie Brain |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/17/18 and 12/18/18 | NM | TC |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/17/2018 | X | X | Copy of Search Warrant in Case No. 17-MJ-7109 - Smith |
| 2 | | 12/17/2018 | X | X | Copy of Advice of Rights form signed by Defendant on 6/15/17 - Manganaro |
| 4 | | 12/17/2018 | X | X | Copy of Search Warrant in Case No. 17-MJ-7116 - Manganaro |
| 5 | | 12/17/2018 | X | X | Copy of Search Warrant in Case No. 17-MJ-7115 - Manganaro |
| 6 | | 12/17/2018 | X | X | Copy of Michelle Christensen's Consent to Search form dated 6/15/17 - Tenaglia |
| 9 | | 12/17/2018 | X | X | Copy of FBI Advice of Rights form signed by Defendant on 6/17/17 - Carter |
| 10 | | 12/17/2018 | X | X | Copy of Search Warrant and Inventory from Circuit Court of Champaign Co - Geis |
| 11 | | 12/17/2018 | X | X | Copy of Consent form signed by TB on 616/17 - Huckstadt |
| 12 | | 12/17/2018 | X | X | Copy of Consent form signed by TB on 6/16/17 - Huckstadt |
| 15 | | 12/17/2018 | X | X | Photograph of aviator sunglasses - Huckstadt |
| 16 | | 12/17/2018 | X | X | Screen shot of Michelle Christensen's bank account activity from 6/3/17 to 6/11/17 - Huckstadt |
| 17 | | 12/17/2018 | X | | Affidavit of Michelle Christensen dated 1/11/18 - M. Christensen |
| 18 | | 12/17/2018 | X | X | Screen shot of Michelle Christensen's bank account activity from 6/3/17 to 6/11/17 with medidata- Huckstadt |
| 19 | | 12/18/2018 | X | X | Photograph of aviator sunglasses with medidata - Huckstadt |
| 20 | | 12/18/2018 | X | X | Photographs at Defendant's residence with medidata - Huckstadt |
| 21 | | 12/18/2018 | X | X | Photographs at Defendant's residence with medidata- Huckstadt |
| 22 | | 12/18/2018 | X | X | Listing of photograph of Saturn Astra taken 6/15/17 at 12:03 a.m. with medidata - Huckstadt |
| 23 | | 12/18/2018 | X | X | Listing of photograph of front door of Defendant's residence with medidata - Huckstadt |
| | 1 | 12/17/2018 | X | X | Screen shot of FBI Agent Mark Hill's statement from 6/14/17 - Hill |
| | 2 | 12/17/2018 | X | X | FBI CHS Admonishments form confidential source (TB) signed on 6/16/2017 - Huckstadt |
| | 4 | 12/18/2018 | X | X | Screen shot of DSC_0034.JPG (list of various photos taken during search) - Huckstadt |
| | 5 | 12/18/2018 | X | X | Screen shot of DSC_0017.JPG (list of various photos taken during search) - Huckstadt |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____1_____ Pages