UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-cr-20037-JES-JEH |
| BRENDT A. CHRISTENSEN, | ) ) ) |
| Defendant. | ) |

## ORDER

Now before the Court is Defendant Brendt A. Christensen's Emergency Motion (Doc. 187) for Evidentiary Hearing Regarding Search of Defendant's Cell at Livingston County Jail. One part of Defendant's Motion requests the preservation of evidence pertaining to an alleged search of his cell on December 14, 2018 at the Livingston County Jail. The Court hereby orders the Livingston County Jail to preserve any audio, photographic, or video surveillance of Defendant's cell block recorded on December 14, 2018. The United States Marshal is directed to serve a copy of this order on the Livingston County Sheriff in his capacity as custodian of the Livingston County Jail.

Signed on this 19th day of December, 2018.

/s James E. Shadid
James E. Shadid
Chief United States District Judge