UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

MOTION FOR LEAVE TO FILE EXHIBITS TO R. 198

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Motion to for Leave to file the Exhibits to R. 198 *instanter* states as follows:

1. On January 4, 2019, Defendant filed his Reply to the Government's Response to the Motion to Establish Procedure Under FRCP 12.2(c). (R. 198)

2. The Reply references two exhibits which were inadvertently left off of the filed document.

3. Defendant now requests leave to file Exhibits 1 and 2, attached hereto, *instanter*.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

EXHIBIT 1
2:17-cr-20037-JES-JEH  #199  Page 3 of 6
1

```
 1           IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    NORTHERN DIVISION
 3   UNITED STATES OF AMERICA  ) Docket No.
                               ) 06-80171-CR-HURLEY
 4              Plaintiff,     )
     vs.                       ) West Palm Beach, Florida
 5                             ) November 20, 2008
     DANNY VARELA              )
 6     a/k/a D.V.              )
     DANIEL TROYA              )
 7     a/k/a Homer             )
     RICARDO SANCHEZ, JR.      )
 8     a/k/a Rick              )
     and                       )
 9   LIANA LOPEZ               )
       a/k/a Negra             )
10     a/k/a Isabela Lopez     )
                               )
11              Defendants.    )
     _____  x
12
             STATUS CONFERENCE BEFORE JUDGE DANIEL
13      T. K. HURLEY AND MAGISTRATE JUDGE ANN VITUNAC
14   APPEARANCES:
15   For the Government:       STEPHEN CARLTON, ESQ.
                               JOHN KASTRENAKAS, ESQ.
16                             Assistant U.S. Attorneys
                               RICHARD BIRCH
17
     For the Defendant Varela: JAMES L. EISENBERG, ESQ.
18
     For the Defendant Sanchez: MICHAEL B. COHEN, ESQ.
19
     For the Defendant Troya:  RUBEN M. GARCIA, ESQ.
20                             JAMES L. EISENBERG, ESQ.
21   For the Defendant Lopez:  GREGG S. LERMAN, ESQ.
22   Court Reporter:           Pauline A. Stipes, C.S.R., C.M.
23
24               PAULINE A. STIPES
                  Official Reporter
25              U. S. District Court
```

conversations, and having conversations with them, what kind of testing I think needs to be done. I am also going to be providing them a packet of information, probably the same sort of stuff they provided their own expert, school records, things like that.

THE COURT: First, get me the case law on the right of counsel to be present.

MR. KASTRENAKES: Okay.

THE COURT: Let me see what that shows.

MR. MURRELL: Judge, that brings up another issue we haven't touched on, the type of testing that ought to be done here.

The only testing that we intend to introduce results on bears on our client's I.Q.

The Government keeps alluding to the tests we want done.

THE COURT: I think they are talking about the tests they want done.

MR. MURRELL: It should be simply I.Q. testing to rebut or cooperate our testing, not a broad psychological investigation --

THE COURT: I am not prepared to deal with that at this point. I am going to allow the testing previously indicated in my order.

Wait a minute, everybody.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s)

UNITED STATES OF AMERICA,
   Plaintiff,

vs.

DANNY VARELA, et. al.,
   Defendants.
_____/

### ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND MOTION TO COMMIT DEFENDANTS TROYA AND SANCHEZ FOR MENTAL HEALTH EXAMINATION PURSUANT TO 18 U.S.C. §§ 4244, 4247(b), (c) and FRCP 12.2(c)(2)

The Court having considered the Government's Unopposed Motion for Enlargement of Time and to Commit Defendants Ricardo Sanchez, Jr., and Daniel Troya to the custody of the Attorney General for mental examinations, the factual basis in support thereof, and relevant legal authority cited in the Government's Motion, has determined that it should and ought to be granted. Defendants Ricardo Sanchez, Jr. and Daniel Troya already are in the Custody of the United States Marshal, and accordingly it appears that their examination by government mental health specialists is warranted and necessary. Accordingly, it is this __25th__ day of __Nov.__ ____, 2008,

ORDERED that the Government's Motion is GRANTED, and it is further

EXHIBIT 2

ORDERED that, (1) defendants Daniel Troya and Ricardo Sanchez are to be examined while in custody, pursuant to 18 U.S.C. Section 4244 and FRCP 12.2(c), for their respective mental health and mental status for purposes of sentencing; (2) such examinations be conducted at the Palm Beach County Jail by U.S. Bureau of Prisons staff psychologists and neuro-psychologists, including Dr. Jorge Luis; (3) a report of those examinations be prepared and forwarded to this Court no later than January 2, 2009 under seal, as directed until such further time as ordered by the Court; and (4) the United States Marshal is directed to forward immediately a copy of this Order to the appropriate officials in the Bureau of Prisons.

ANN E. VITUNAC
United States Magistrate Judge

Copies to: Counsel of record

2