E-FILED
Tuesday, 15 January, 2019  08:58:00 AM
Clerk, U.S. District Court, ILCD



FEDERAL PUBLIC DEFENDER
CENTRAL DISTRICT OF ILLINOIS

August 24, 2018

Eugene Miller
Bryan Freres
U.S. Attorney's Office
201 S. Vine Street, 2nd Floor
Urbana, IL  61801

*Via E-Mail Transmittal*

James B. Nelson
Trial Attorney, Capital Case Section
1331 F. Street NW, Room 625
Washington, DC 20004

Re:   *United States v. Christensen*  - Expert Notification

Dear Mr. Miller, Mr. Freres and Mr. Nelson:

Pursuant to the existing Scheduling Order, R. 67, enclosed please find the defense disclosure of non-Rule 12.2 expert witnesses that we intend to call at trial in this case. Please be aware that as of this date, we have not yet identified and/or retained all of the individual witnesses who will testify in the following categories. As a result, we endeavor to provide at a minimum the subject matter area in which we intend to present evidence. We recognize our obligations under Fed.R.Cr.P. 16(b)(1)(C) to disclose all written summaries of any testimony that we intend to offer as soon as it becomes available. With that said, the defense intends to elicit expert testimony, not including mental health evidence subject to Rule 12.2, on the following subjects:

1. BDSM and sexual behavior in modern society, including but not limited to its prevalence, acceptance, and frequency among Americans. The specific expert on this topic has not yet been identified.

2. Computer Forensics, to rebut the government expert's testimony if necessary, and to provide a description of additional forensic extractions that the government does not present during its case-in-chief. The specific expert on this topic has not yet been identified, although he/she will be associated with and/or employed by Cyber Forensics, Inc., 7450 Griffin Road, Suite 260, Davie, FL, 33314.

ATTACHMENT A

| FEDERAL PUBLIC DEFENDER | ASSISTANT DEFENDERS | | OFFICES | |
|---|---|---|---|---|
| Thomas W. Patton | Robert Alvarado | Karl Bryning | | 600 E. Adams St., 3rd Fl. |
| | Johanna Christiansen | Peter Henderson | 401 Main St., Ste 1500 | Springfield, IL 62701 |
| | Daniel Hillis | Johanes Maliza | Peoria, IL 61602 | (217) 492-5070 |
| SENIOR LITIGATOR | Brian Mullins | Elisabeth Pollock | (309) 671-7891 | (217) 492-5077 (fax) |
| George Taseff | Douglas J. Quivey | Colleen Ramais | (309) 671-7898 (fax) | 300 W. Main Street |
| | | | | Urbana, IL 61801 |
| | | | | (217) 373-0666 |
| | | Website  http //ilc.fd.org | | (217) 373-0667 (fax) |

3. DNA, to rebut the government's expert testimony if necessary, and to challenge the reliability of the DNA and serology results from the FBI Laboratory in Quantico, Virginia. The specific expert on this topic has not yet been identified, although he/she will be associated with and/or employed by Forensic Bioinformatics, 2850 Presidential Drive, Suite 160, Fairborn, OH, 45324.

4. Eyewitness identification, to rebut the testimony of Kara Kearney and Emily Hogan, and to challenge the reliability of eyewitness identification. The defense expert in this subject matter will be Dr. Geoffrey Loftus, Department of Psychology, University of Washington, Guthrie Hall, Room 222, Seattle, WA, 98195-1525. His curriculum vitae is attached hereto.

5. Canine cadaver searches, to rebut the testimony of Detective Jeremy Bruketta and to challenge the reliability of canine cadaver identification. The defense expert in this subject matter will be Dr. Mary Cablk, Desert Research Institute, Division of Earth and Ecosystem Sciences, 2215 Raggio Parkway, Reno, NV, 89512. Her curriculum vitae is attached hereto.

As stated above, as soon as any written reports are made available to the defense, they will be disclosed pursuant to our obligations under Rule 16 and the existing Scheduling Order.

Sincerely yours,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com