UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 17-20037 |
| v. ) | |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

ENTRY OF APPEARANCE

The undersigned attorney hereby enters his appearance as co-counsel for the Defendant in the above-entitled case.

The Office of the Federal Public Defender for the Central District of Illinois has obtained approval for the temporary federal defender staff loan of Matthew Rubenstein. Mr. Rubenstein serves as director of the Capital Resource Counsel Project, a national federal capital trial project which was established by the Judicial Conference Committee on Defender Services. Mr. Rubenstein shall be appearing as co-counsel in this case as an Assistant Federal Public Defender from the Office of the Federal Public Defender for the Central District of Illinois.

Respectfully submitted,

/s/ Matthew Rubenstein
Matthew Rubenstein
Capital Resource Counsel
Appearing as an Assistant Federal Public Defender
from the Office of the Federal Public Defender for
the Central District of Illinois

Capital Resource Counsel Project
101 SW Main Street, Suite 1700
Portland, Oregon 97204
503-780-3535
Email: matt@matthewrubenstein.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

/s/ Matthew Rubenstein
Matthew Rubenstein
Capital Resource Counsel
Appearing as an Assistant Federal Public Defender
from the Office of the Federal Public Defender for
the Central District of Illinois

Capital Resource Counsel Project
101 SW Main Street, Suite 1700
Portland, Oregon 97204
503-780-3535
Email: matt@matthewrubenstein.com