UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES OF AMERICA'S
UNOPPOSED MOTION TO CONTINUE HEARING

COMES NOW the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, and Eugene L. Miller and Bryan D. Freres, Assistant United States Attorneys, and James B. Nelson, Department of Justice Trial Attorney, and hereby requests, without objection from the defendant, that the Court continue any hearing related to Defendant's Motion to Exclude Expert Testimony Regarding Cadaver Sniffing Canine, and Request for *Daubert* Hearing (R.118) from February 4, 2019, to February 11, 2019.

1.  On August 24, 2018, the defendant provided the United States with a name and curriculum vitae for his proposed expert on canine cadaver issues. He did not provide the proposed expert's report at that time. On that same day, the defendant filed his Motion to Exclude Expert Testimony Regarding Cadaver Sniffing Canine, and Request for *Daubert* Hearing (hereinafter "canine cadaver motion") (R.118).

1

2. On October 16, 2018, the day the United States' response to the defendant's canine cadaver motion was due, the defendant still had not provided a report from his proposed expert. The United States requested at least 30 days after the defendant completed his expert disclosure to respond to the canine cadaver motion (and others). (R.148) The Court granted the United States' request for additional time on November 26, 2018.

3. The United States received the defendant's proposed canine expert's report on the afternoon of Friday, January 25, 2019, ten days before a scheduled hearing on the motion. Given the Court's prior rulings and the timing of the disclosure, the United States requests additional time to review the report, both to determine how to appropriately respond and to determine what witnesses, if any, may be necessary for the hearing. The defendant's disclosure would give the United States until February 25 to respond to the canine cadaver motion under the Court's previous ruling. Nevertheless, the United States believes it can provide a meaningful response in advance of February 11.

4. The United States conferred with defense counsel about continuing the hearing to February 11, and defense counsel does not object to the requested continuance.

WHEREFORE, the United States of America respectfully requests that this Court continue any hearing on Defendant's Motion to Exclude Expert Testimony Regarding Cadaver Sniffing Canine, and Request for Daubert Hearing (R.118) from February 4, 2019, to February 11, 2019.

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

*/s/Eugene L. Miller*
Eugene L. Miller
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
eugene.miller@usdoj.gov

*/s/Bryan D. Freres*
Bryan D. Freres
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
bryan.freres@usdoj.gov

*/s/ James B. Nelson*
James B. Nelson
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Tel: (202) 598-2872
james.nelson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robert Tucker, Julie Brain, George Taseff, and Elisabeth Pollock.

*/s/ Bryan D. Freres*