UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Crim. No. 17-20037 |
| BRENDT A. CHRISTENSEN, | ) ) ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE DNA
TEST RESULTS UNDER SEAL

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Motion for Leave to File a Supplemental Memorandum in Support of the Motion to Exclude DNA Test Results Under Seal states as follows:

1. This Court's local rules require that before any sealed document can be filed, the party who has a legal basis to file a document under seal must first seek the permission of the district court via a motion for leave to file the document under seal. CDIL Local Rule 49.9(A)(2). The motion must include an explanation of how the document in question meets the legal standards for filing sealed documents, and file a copy of the proposed sealed document as a separate docket event. *Id.*

2. On August 24, 2018, Mr. Christensen filed a Motion to Exclude DNA and

Serology Test Results and Request for *Daubert* Hearing. (R. 119) Said Motion is set for hearing on February 11, 2019.

    3.  Mr. Christensen is now filing a Supplement to that Motion which includes as exhibits proprietary information, including the exact components of a DNA profile, which should not be revealed to the public. As such, he requests that the Supplemental Memorandum be sealed pursuant to local rule.

    4.  A copy of the Supplemental Memorandum has been filed contemporaneously herewith.

    Respectfully submitted,

| | |
|---|---|
| /s/Elisabeth R. Pollock | /s/ George Taseff |
| Assistant Federal Defender | Assistant Federal Defender |
| 300 West Main Street | 401 Main Street, Suite 1500 |
| Urbana, IL 61801 | Peoria, IL 61602 |
| Phone: 217-373-0666 | Phone: 309-671-7891 |
| FAX:   217-373-0667 | Fax:     309-671-7898 |
| Email: Elisabeth_Pollock@fd.org | Email: George_Taseff@fd.org |
| | |
| /s/ Robert Tucker | /s/ Julie Brain |
| Robert L. Tucker, Esq. | Julie Brain, Esq. |
| 7114 Washington Ave | 916 South 2nd Street |
| St. Louis, MO 63130 | Philadelphia, PA 19147 |
| Phone: 703-527-1622 | Phone: 267-639-0417 |
| Email: roberttuckerlaw@gmail.com | Email: juliebrain1@yahoo.com |

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org