### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-CR-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF STANDBY FIREWALL COUNSEL

NOW COMES the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, Eugene L. Miller and Bryan D. Freres, Assistant United States Attorneys, and Department of Justice Trial Attorney James B. Nelson, and respectfully gives notice of its standby firewall counsel in this case.

1. Pursuant to the Court's Order on Rule 12.2 Procedures (R.220), the United States compiled a list of experienced AUSAs who could serve as standby firewall counsel according to the procedures outlined by the Court.

2. After having conferred with defense counsel, who does not object, the United States has selected Supervisory Assistant United States Attorney Randall M. Eggert of the Western District of Missouri as its standby firewall counsel in this case.

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

| | |
|---|---|
| */s/Eugene L. Miller* | */s/ James B. Nelson* |
| Eugene L. Miller | James B. Nelson |
| Assistant United States Attorney | Trial Attorney |
| 201 S. Vine St., Suite 226 | Capital Case Section |
| Urbana, IL 61802 | United States Department of Justice |
| Phone: 217/373-5875 | 1331 F. Street NW, Room 625 |
| Fax: 217/373-5891 | Washington, DC  20004 |
| eugene.miller@usdoj.gov | Phone: 202/598-2972 |
| | james.nelson@usdoj.gov |

*/s/Bryan D. Freres*
Bryan D. Freres, Bar No. IL 6294791
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
bryan.freres@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

        */s/ James B. Nelson*
        James B. Nelson
        Trial Attorney
        Capital Case Section
        United States Department of Justice
        1331 F. Street NW, Room 625
        Washington, DC  20004
        Tel: (202) 598-2872
        james.nelson@usdoj.gov