UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Crim. No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN,   ) | |
| ) | |
| Defendant.   ) | |

MOTION TO EXTEND DEADLINE FOR FILING RESPONSES TO
ALL PENDING MOTIONS IN LIMINE

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Motion to Extend the Deadline for Filing Responses to all pending Motions in Limine, states as follows:

1. Pursuant to this Court's scheduling Order, the parties shall file their responses to all pending motions in limine on or before March 8, 2019.

2. That one of Defendant's counsel, George F. Taseff, recently underwent surgery and has been on medical leave before returning to work on March 5, 2019.

3. That the undersigned defense counsel, and particularly defense counsel Taseff, need additional time to file their responses to the various motions in limine filed by the Government.

1

4. That on March 6, 2019, AUSA Eugene Miller advised defense counsel Taseff that the government has no objection to an extension of time up to and including March 18, 2019, for counsel to file responses to the Government's pending motions in limine, so long as the government is also granted an extension of time up to and including March 18, 2019, to file its response to all of the Defendant's pending motions in limine.

WHEREFORE, Defendant requests the entry of an Order granting an extension of time up to and including March 18, 2019, for both parties to file their respective responses to all pending motions in limine.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

    /s/George F. Taseff
    Assistant Federal Public Defender
    401 Main St., Suite 1500300 West Main Street
    Peoria, IL 61602
    Phone: 309-671-7891
    FAX:   309-671-7898
    Email: george_taseff@fd.org