UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

RESPONSE TO MOTION *IN LIMINE* TO EXCLUDE IMPROPER OPINION EVIDENCE FROM THE PENALTY PHASE

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and respectfully submits this Response the government's Motion *In Limine* to Exclude Improper Opinion Evidence from the Penalty Phase, (R. 253). Mr. Christensen has no intention of eliciting any of the types of opinion evidence that the government seeks to preclude and thus the Motion is moot.

I. **Mr. Christensen Has No Intention of Eliciting Any Witness's Opinion Regarding the Death Penalty or his Likely Future Adjustment to Incarceration**

It is unclear from the government's Motion whether it seeks to bar testimony regarding witness's opinions of the death penalty in the abstract or just opinions regarding the appropriateness of the death penalty in this particular case. (R. 253 at 1.) Regardless, Mr. Christensen has no intention of eliciting either type of evidence. A witness's personal opinion regarding the death penalty in general lacks relevance to the penalty determination that the jury must make in an individual defendant's case. *See*

1

Fed. R. Evid. 401. And, as the government correctly states, the Supreme Court has squarely held that witnesses may not render opinions regarding "the crime, the defendant [or] the appropriate punishment." *Bosse v. Oklahoma*, 137 S. Ct. 1 (2016).

Similarly, Mr. Christensen will not seek to elicit speculative opinion testimony regarding his possible future adjustment to prison that is unmoored from the witness's personal observations, experience or evaluation of Mr. Christensen's character, such as that condemned by the Fourth Circuit in *United States v. Lighty*, 616 F.3d 321, 364 (4th Cir. 2010). He reserves the right to present lay testimony concerning the issue of future dangerousness consistent with notice he has provided the government pursuant to Fed. R. Evid. 16(b)(1)(C).

WHEREFORE, Defendant respectfully requests that the Court deny the government's Motion as moot.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org