UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO EXTEND DEADLINE FOR FILING RESPONSES TO THE GOVERNMENT'S MOTIONS (R. 263, R. 264, AND R. 265)

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Motion to Extend the Deadline for Filing his Proposed Jury Questionnaire states as follows:

1.  On March 13, 2019, the government filed three Motions, two of which were filed under seal, challenging the admissibility of three of Mr. Christensen's proffered experts. (R. 263, 264, 265)

2.  The following day, the parties appeared for hearings on jury selection procedures and the government's Motion to Reconsider Rule 12.2 Procedures. At the conclusion of the hearing, the Court set a deadline for Mr. Christensen to respond to R. 263, R. 264, and R. 265 by March 21, 2019. The government was given a reply deadline of March 26, 2019, and a hearing was scheduled for April 8, 2019, to discuss potential *Daubert* hearings.

1

3. Mr. Christensen requires additional time to confer with his experts and to formulate responses to the aforementioned Motions. He requests a new response deadline of April 1, 2019.

4. This will allow the government the same time period to file replies, if necessary, in advance of the scheduled hearing on April 8, 2019.

5. Counsel reached out to the government to see if there was an objection to this Motion but the government has not responded.

WHEREFORE, Defendant requests that the Court allow this Motion for Extension of Time and set a new response deadline of April 1, 2019, and a new reply deadline of April 8, 2019.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org