E-FILED
Wednesday, 27 March, 2019  12:57:26 PM
Clerk, U.S. District Court, ILCD

Writ of ad Prosequendam Telephone Dft (7/29/2011)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD PROSEQUENDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 17-20037** |
| **BRENDT A. CHRISTENSEN** | ) | |
| Defendant | ) | |

**TO:  THE SHERIFF of the LIVINGSTON COUNTY JAIL** at **844 W. LINCOLN ST., PONTIAC, IL**.

**WE COMMAND** that you produce the body of **BRENDT A. CHRISTENSEN**, who is in your custody at **the LIVINGSTON COUNTY JAIL** before the United States District Court on **MONDAY, 4/8/2019 at 1:30 PM CDT** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** with counsel for the plaintiff and counsel for the defendant. At the termination of said hearing you may return them to their current regular assignment.

WITNESS the Honorable SHIG YASUNAGA, CLERK of the United States District Court for the Central District of Illinois.

DATED:  3/27/2019

SHIG YASUNAGA, Clerk
United States District Court
Central District of Illinois