IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 17-CR-20037 |
| | ) |
| BRENDT A. CHRISTENSEN, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

John C. Milhiser, United States Attorney for the Central District of Illinois, and Kit R. Morrissey, Assistant United States Attorney, hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JOHN C. MILHISER
United States Attorney

*s/ Kit R. Morrissey*
KIT R. MORRISSEY
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
E-mail:  Kit.Morrissey@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 17-CR-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, I caused to be electronically filed the foregoing

ENTRY OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the defendant's counsel of record.

Respectfully submitted,

JOHN C. MILHISER
United States Attorney

*s/ Kit R. Morrissey*
KIT R. MORRISSEY
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
E-mail:  Kit.Morrissey@usdoj.gov