# APPOINTMENT AFFIDAVITS

Special Assistant US Attorney
(Position to which Appointed)

03/19/2019
(Date Appointed)

DOJ
(Department or Agency)

USAO ILC
(Bureau or Division)

Fairview Heights, IL
(Place of Employment)

I, Kit R. Morrissey, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*Kit R. Morrissey*
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 25th day of March, 2019

at Fairview Heights (City)   Illinois (State)

OFFICIAL SEAL
LINDA K VOELKER
NOTARY PUBLIC (SEAL) ILLINOIS
MY COMMISSION EXPIRES 10/19/20

Commission expires 10/19/20
(If by a Notary Public, the date of his/her Commission should be shown)

*Linda K. Voelker*
(Signature of Officer)

Notary Public
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

## STATEMENT OF APPOINTMENT CONDITIONS

I, __Kit R. Morrissey__, hereby agree to the following as a condition to my appointment pursuant to 28 U.S.C. section 515 as a Special Attorney for the Central District of __Illinois__ to assist with: __U.S. v. Brendt Christensen__

1. If I require access to restricted information involving a matter other than that to which I have been appointed, I shall request authorization from the United States Attorney.

2. I agree to sign a Grand Jury confidentiality statement, as appropriate.

Signature: __Kit R. Morrissey__

Date: __3/25/2019__



**U.S. Department of Justice**

United States Attorney
Central District of Illinois
Headquarters Office

318 South 6th Street          TEL: (217) 492-4450
Springfield, IL 62701-1806    FAX: (217) 492-4512

March 19, 2019

Kit R. Morrissey
SDIL USAO

9 Executive Drive
Fairview Heights, IL 62208

Dear Kit,

Pursuant to 28 U.S.C. § 543, effective the date of this letter you are hereby appointed as a Cross-Designated United States Attorney for the Central District of Illinois, subject to the following conditions:

1. You are appointed to assist the District with U.S. v. Christensen prosecution.

2. Your appointment expires on March 18, 2020 unless extended.

3. You will report to and act under the direction of the Assistant United States Attorney, Eugene Miller with regard to any matters handled.

4. You understand and agree to serve without compensation other than that which you are now receiving under your existing appointment.

5. This appointment may be terminated at any time without cause or notice.

6. You must execute and return to the Personnel Staff within 14 days the enclosed Appointment Affidavit containing the oath of office, Statement of Appointment Conditions, and a signed copy of this letter. Your signature in the space provided below acknowledges your agreement to the terms and conditions of this appointment.

Sincerely,

*[signature]*

John C. Milhiser
United States Attorney

Enclosures

cc:  Eugene Miller, Supervisory AUSA
     Clerk of the Court

The foregoing terms and conditions are hereby agreed to and accepted:

*[signature]*
Kit R. Morrissey                              Date: 3/25/19