UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cr-20037-JES-JEH |
| | ) |
| BRENDT A. CHRISTENSEN, | ) |
| | ) |
| Defendant. | ) |

## PROTECTIVE ORDER

The parties are **ORDERED** to comply with the following in connection with juror questionnaires provided to the parties on April 24, 2019 by the Clerk of Court pursuant to the Court's Order (Doc. 301) Establishing Juror Selection Procedures:

1. The parties shall use the questionnaires only for the purpose of preparing for jury selection in this litigation.

2. Public disclosure of the questionnaires might be harmful to nonparties. Therefore, the parties must take care to protect the confidentiality of the potential jurors' identities and answers to the questionnaires, and shall not disclose any juror information except as allowed in this Order.

3. The questionnaires may be shared with others who are assisting counsel in this action, provided that each person assisting counsel has read this Protective Order and agrees in writing to abide by the Order and keep the material in a secure location in order to maintain confidentiality. Those assisting counsel shall return the questionnaires to counsel, shall not retain a copy, and shall not use the material for any purpose other than to assist with the preparation of this litigation.

4. The parties may use any portion of the questionnaires, or the information contained therein, to support or oppose motions only if private personal information from which an individual can be identified is removed or redacted. Such private personal information includes but is not limited to the names of individuals, names of minor children, dates of birth, home addresses, and the items listed in Local Rule 49.12(A). Any party may seek leave to file or maintain such private personal information under seal. *See* Local Rules 49.9(A), 49.12(B).

5. At the conclusion of this litigation, including all appeals and collateral attacks, if any, the parties shall return all copies of the questionnaires to the Clerk of Court, or shall certify to the Clerk of Court that the copies have been destroyed.

6. Any person who fails to comply with this Protective Order or who otherwise improperly discloses the contents of any questionnaire in violation of this Order may be subject to sanctions or other discipline.

**IT IS SO ORDERED.**

Signed on this 24th day of April, 2019.

s/ James E. Shadid
James E. Shadid
Chief United States District Judge