UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Crim. No. 17-20037 |
| BRENDT A. CHRISTENSEN, | ) ) ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL OF INTENT TO PRESENT EXPERT EVIDENCE RELATING TO MENTAL CONDITION ON THE ISSUE OF PUNISHMENT PURSUANT TO FED. R. CRIM. P. 12.2(B)(2) (R. 161)

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, hereby provides Notice of the Withdrawal of Docket Number 161, the Intent to Present Expert Evidence Relating to Mental Condition on the Issue of Punishment Pursuant to Fed. R. Crim. P. 12.1(b)(2). Mr. Christensen first filed his Notice of Intent to Present Expert Mental Health Evidence on December 3, 2018. (R. 161) On April 25, 2019, Mr. Christensen decided to formally withdraw said Notice. Defense counsel notified government counsel of the withdrawal of his 12.2(b) notice as soon as possible and explained that Mr. Christensen will not be speaking to the government's mental health experts next week.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org