IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CR-20037 |
| | ) |
| BRENDT A. CHRISTENSEN, | ) |
| | ) |
| Defendant. | ) |

**THE UNITED STATES OF AMERICA'S MOTION FOR CLARIFICATION
REGARDING THE PROFFERED TESTIMONY OF DR. SUSAN ZOLINE**

NOW COMES the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, Eugene L. Miller and Bryan Freres, Assistant United States Attorneys, and Department of Justice Trial Attorney James B. Nelson, and respectfully moves for clarification with regard to Dr. Susan Zoline's proffered testimony regarding the "standard of care." The bases for the United States' motion are as follows:

1. On March 13, 2019, the United States moved the Court to preclude the testimony of Dr. Susan Zoline, a late-noticed expert witness that the defendant intended to call during the penalty phase. (R.264). The defendant filed a responsive pleading on March 29, 2019, and the United States replied on April 5, 2019. (R.289, 294).

2. After hearing oral argument regarding the scope of Dr. Zoline's proffered testimony, the Court issued a minute entry order on April 8, 2019, granting the United States' motion to preclude with regard to the issue of standard of care. The Court gave

the defendant until May 6, 2019, to provide an amended disclosure with regard to Dr. Zoline's expert testimony to describe alternative bases for her expert testimony.

    3.    On May 6, 2019, the defendant sent a letter to the United States, which noted that:

> With respect to Dr. Zoline, we believe our prior disclosure dated February 20, 2019, satisfies the requirements of Fed. R. Crim. Proc. 16(b)(1)(C). She did not examine the defendant and will not be providing a written report, rather she will testify consistent with the summary we provided to you.

The defendant did not follow the Court's instruction to provide an amended disclosure of testimony for Dr. Zoline.  Quite the contrary – the defendant reiterated his intent to call Dr. Zoline to testify with regard to the "standard of care," notwithstanding the Court's order precluding that testimony.

    4.    Given the defendant's failure to provide an amended disclosure, the United States respectfully submits that there are no new issues to consider with regard to Dr. Zoline's proffered testimony and, as such, there is no basis to disturb the Court's April 8, 2019, ruling on this issue.

    5.    The United States respectfully requests clarification from the Court that, given the defendant's failure to provide an alternative basis for calling her as an expert witness, the testimony of Dr. Zoline remains precluded and the United States need not retain an expert witness to testify in rebuttal.

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

*/s/Eugene L. Miller*
Eugene L. Miller
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
eugene.miller@usdoj.gov

*/s/ James B. Nelson*
James B. Nelson
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Phone: 202/598-2972
james.nelson@usdoj.gov

*/s/Bryan D. Freres*
Bryan D. Freres, Bar No. IL 6294791
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
bryan.freres@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ James B. Nelson*
James B. Nelson
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Tel: (202) 598-2872
james.nelson@usdoj.gov
