UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Crim. No. 17-20037 |
| BRENDT A. CHRISTENSEN, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Stuart Inman, Jail Administrator at the Livingston County Jail in Pontiac, Illinois, is hereby ordered to permit investigators and/or attorneys from Mr. Christensen's defense team to enter the jail for the purpose of interviewing Mr. Christensen's cellmates or any other inmate who may have information relevant to Mr. Christensen's defense at trial, subject to whatever conditions Mr. Inman deems appropriate.

s/ James E. Shadid

May 17, 2019

United States District Judge