UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S EXHIBIT LIST

Now comes the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and lists the following Exhibits to be used at trial in this cause:

1. Christensen Genogram (Family History Summary)

2. Christensen Family Home Videos

3. Photographs of Brendt Christensen

4. Email between Mike and Brendt Christensen dated 6/22/2014

5. Email between Mike and Brendt Christensen dated 12/26/2016

6. Facebook conversations between Brendt Christensen and Andrea Christensen, Matt Christensen, Michelle Zortman, Deb Mitchell, Ellen Williams, Andrew Kieper, and Andrew Tolstedt

7. American Express financial records of Brendt and Michelle Christensen

8. Busey Bank financial records of Brendt and Michelle Christensen

9. UW Madison Credit Union financial records of Brendt and Michelle Christensen

10. Illinois Valley Central High School Yearbook 2012-2013

11. OK Cupid records of Brendt Christensen

12. OK Cupid records of Miranda Downer

13. Photographs of "The Blend" Coffee Shop

14. Educational records of Brendt Christensen, including Stevens Point Area Senior High School, Midwest Technical College, University of Wisconsin-Madison, University of Illinois, and University of Wisconsin-Stevens Point

15. Brendt Christensen records of Teaching Assistant Performance and student reviews from the University of Illinois

16. University of Illinois graduate school application

17. Emails with Elaine Schulte

18. Emails with Nadya Mason

19. Text Messages from Brendt Christensen's cellular telephone

20. Text Messages from Terra Bulllis's cellular telephone

21. Brendt Christensen's employment applications from Spring 2017

22. Brendt Christensen's Macon County Jail Inmate file

23. Brendt Christensen's Livingston County Jail Inmate file

24. FetLife.com messages of Brendt Christensen

25. FetLife.com records of Terra Bullis

26. Web Browsing History extracted from Brendt Christensen's computers and cellular telephones

27. Medical records of Brendt Christensen from Shopko Pharmacy, CVS Pharmacy, Walgreens Pharmacy, McKinley Health Center, University of Illinois Counseling Center, Point Family Practice, Aspirus Wasau, Ascension St. Michael's, Meriter Hospital, Ministry Medical Group, Orthopaedic Associates of Wisconsin

28. Email from Jennifer Maupin regarding follow-up to Counseling Center visit on March 27, 2017

29. Video from University of Illinois Counseling Center dated 3/27/2017

30. Selected Medical Records of Ellen Williams from St Michael's Hospital, Medicaid, Aurora Health, Rice Medical Center, Point Family Practice, Affiliated Clinical Services, Quad Med

31. Social Security Records of Ellen Williams

32. Social Security Records of Michael Christensen

33. Stevens Point Area High School Conduct Report for Andrea Christensen

34. Selected Medical Records of Andrea Christensen from Point Family Practice

35. University of Wisconsin Eau Claire records for Andrea Christensen

36. U.S. Marine Corps Records of Charles Barklind

37. Death Certificate of Stella Jurgilanis

38. Power of Attorney for Stella Jurgilanis

39. Death Certificate of Aaron Barklind

40. Obituary of Aaron Barklind

41. Children's Services Records of Mavis and Georgia Barklind from Sheltering Arms

42. Isanti County Court records of Christian Christensen

43. Anoka County Court records of Shaun Christensen

44. Court Records (Order of Protection) of David Barklind

45. "Ghost Killers" – Book by Lynn Toseland

46. Military Records from the National Archive for Oscar Lahmann

47. Military File of Oscar Lahmann

48. Military Records of Charles Barklind

49. Northern State Hospital Records of Stancy Barklind

50. Northern State Hospital Records of Mavis Barklind

51. Divorce Records of Mavis Barklind

52. Washington County Court Records of Grant Boysa

53. Traffic Court Records of Alex Christensen

54. Northern State Hospital records of Stancy Barklind

55. Record of emergency calls placed by Shaun Christensen

56. Rochester State Hospital Patient Register for Ruben Barklind

57. State Hospital Admission card for Ruben Barklind

58. Connecticut Department of Corrections records of Jeremiah Bynsdorp

59. Navy discharge records of Jeremiah Bynsdorp

60. Racine County criminal records of Jeremiah Bynsdorp

61. Wisconsin driving abstract of Jeremiah Bynsdorp

62. Nursing home records of Christian Christensen from Gracepointe Crossing Gables East

63. State hospital admissions records of Spencer Christensen

64. Allina Health records of Melissa Lotzow

65. Noran Neurological Clininc Records of Melissa Lotzow

66. Excerpts of Mr. Christensen's jail communications (phone calls, text messages, video calls) previously disclosed by the government

Mr. Christensen also reserves the right to utilize any exhibits presented by the government or created from previously disclosed discovery.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org