UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ORDER THAT THE GOVERNMENT PROVIDE ADVANCE NOTICE OF WITNESSES TO BE CALLED AND INCIDENTS TO BE COVERED DURING A TRIAL WEEK**

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Motion for Order that the Government Provide Advance Notice of Witnesses to be Called and Incidents to be Covered During a Trial Week states as follows:

The purpose of this motion is to ensure that the defense has adequate and timely notice of the Government's intent to call given witnesses and to cover specified incidents during the course of an upcoming trial week. Based on a review of the discovery, the defense is generally aware of the contours of the Government's evidence. But particularly because of the logistical issues involved in ensuring that counsel have the necessary materials, exhibits, and the like prepared in a timely way, and necessary materials prepared for court (and where necessary assisting experts available to attend court), the defense is requesting that the Government be directed to provide the defense

notice of its intent to call specified witnesses and to cover given events by the Friday before the next trial week.

The defense is prepared to follow suit and to provide the Government the same level of notice during his case-in-chief.

WHEREFORE, Defendant requests that the relief requested in the Motion be granted.

Respectfully submitted,

/s/Elisabeth R. Pollock  
Assistant Federal Defender  
300 West Main Street  
Urbana, IL 61801  
Phone: 217-373-0666  
FAX:   217-373-0667  
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff  
Assistant Federal Defender  
401 Main Street, Suite 1500  
Peoria, IL 61602  
Phone: 309-671-7891  
Fax:    309-671-7898  
Email: George_Taseff@fd.org

/s/ Robert Tucker  
Robert L. Tucker, Esq.  
7114 Washington Ave  
St. Louis, MO 63130  
Phone: 703-527-1622  
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain  
Julie Brain, Esq.  
916 South 2nd Street  
Philadelphia, PA 19147  
Phone: 267-639-0417  
Email: juliebrain1@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org