# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

UNITED STATES OF AMERICA
V.
BRENDT A. CHRISTENSEN

**EXHIBIT LIST**

Case Number:    17-CR-20037

| PRESIDING JUDGE<br>The Honorable James E. Shadid | PLAINTIFF'S ATTORNEY<br>Eugene L. Miller, Bryan D. Freres, and James B. Nelson | DEFENDANT'S ATTORNEY<br>Elisabeth Pollock, Robert Tucker, George Taseff, Julie Brain, and Matthew Rubenstein |
|---|---|---|
| TRIAL DATE (S)<br>June 3, 2019 – July 31, 2019 | COURT REPORTER<br>Nancy Mersot | COURTROOM DEPUTY<br>Jeremy Kelly |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1A.-1C. | | | | | Photographs of Y.Z. |
| 1D. | | | | | Photograph of Y.Z., Y.Z.'s parents, and X.H. |
| 1E. | | | | | Photograph of Y.Z. with parents at train station |
| 2A. | | | | | Champaign-Urbana Map |
| 2B. | | | | | University of Illinois Campus Map |
| 2C. | | | | | Map of Champaign-Urbana Mass Transit District bus routes on June 9, 2017 |
| 2D. | | | | | Map of area surrounding Goodwin and Clark streets in Urbana, Illinois, including path of Y.Z. and 2008 Saturn Astra |
| 2E. | | | | | Map of area surrounding Goodwin and Clark streets in Urbana, Illinois, including path of 2008 Saturn Astra claimed by defendant |
| 2F. | | | | | Map of area surrounding Busey and Stoughton streets in Urbana, Illinois, including path of E.H. and 2008 Saturn Astra |
| 3A.-3C. | | | | | Photographs of professor's office and Y.Z.'s workspace at Turner Hall |

| | | | | | |
|---|---|---|---|---|---|
| 4A. | | | | | Compact disk containing assembled video from the Champaign-Urbana Mass Transit District of Y.Z. and/or Saturn Astra on June 9, 2017 |
| 4B. | | | | | Still photograph from Exhibit 4A of Y.Z. boarding MTD bus at Orchard Downs at approximately 1:35 p.m. on June 9, 2017 |
| 5A. | | | | | Compact disk containing assembled video from the University of Illinois of Y.Z. and/or Saturn Astra on June 9, 2017 |
| 5B. | | | | | Still photograph from Exhibit 5A of Y.Z. and Saturn Astra at Clark and Goodwin at approximately 2:04 p.m. on June 9, 2017 |
| 5C. | | | | | Zoomed-in photograph from Exhibit 5A of Y.Z. and Saturn Astra at Clark and Goodwin at approximately 2:04 p.m. on June 9, 2017 |
| 5D. | | | | | Still photograph from Exhibit 5A showing right front hubcap of Saturn Astra on June 9, 2017 |
| 6. | | | | | AT&T phone records for June of 2017 for 217-648-8796 (Y.Z.'s phone number) |
| 7A. | | | | | Photographs of text messages between 217-648-8796 (Y.Z.) and R.S. on June 9, 2017 |
| 7B. | | | | | Y.Z.'s application for One North Apartments |
| 8. | | | | | JPMorgan Chase records for checking account ending 9255 (Y.Z.'s account) for June of 2017 |
| 9A. | | | | | Missing person bulletin/flyer for Y.Z. |
| 9B. | | | | | Crimestoppers flyer requesting information related to Y.Z. |
| 10. | | | | | Toothbrush of Y.Z. seized from bathroom sink of 2013 S. Orchard, Apt. D, Urbana, Illinois on June 14, 2017 (FBI Lab Item 53; UIPD 44661) |

|        |  |  |  |  |  |
|--------|--|--|--|--|--|
| 11A.   |  |  |  |  | Diagram of interior of 2013 S. Orchard, Apt. D, Urbana, Illinois |
| 11B.   |  |  |  |  | Y.Z.'s journal seized from nightstand in bedroom of 2013 S. Orchard, Apt. D, Urbana, Illinois on June 20, 2017 (ISP 115) |
| 11C.   |  |  |  |  | Toothbrush of Y.Z. seized from 2013 S. Orchard, Apt. D, Urbana, Illinois on June 20, 2017 (FBI Lab Item 62; ISP 118) |
| 11D.   |  |  |  |  | Toothbrush of Y.Z. seized from 2013 S. Orchard, Apt. D, Urbana, Illinois on June 20, 2017 (FBI Lab Item 71 ISP 110) |
| 12-1. to 12-164. |  |  |  |  | Photographs of 2013 S. Orchard, Apt. D, Urbana, Illinois taken on June 20, 2017 |
| 13.    |  |  |  |  | Illinois Secretary of State printout of Saturn Astras registered in Champaign County in June of 2017 |
| 14-1 to 14-273. |  |  |  |  | Photographs of 2008 Saturn Astra registered to defendant |
| 15A.   |  |  |  |  | FBI consent to search 2503 W. Springfield, Apt. B2, Champaign, Illinois, signed June 15, 2017 |
| 15B.   |  |  |  |  | Black computer tower (defendant's) seized from under left side of desk at 2503 W. Springfield, Apt. B2, Champaign, Illinois on June 15, 2017 (FBI Item 1; CART QSI1) |
| 15C.   |  |  |  |  | Samsung solid state hard disk drive from Exhibit 15B (CART QSI1_1) |
| 15D.   |  |  |  |  | Black computer tower (M.Z.'s) seized from under right side of desk at 2503 W. Springfield, Apt. B2, Champaign, Illinois on June 15, 2017 (FBI Item 2; CART QSI6) |
| 15E.   |  |  |  |  | Crucial solid state hard disk drive from Exhibit 15D (CART QSI6_1) |
| 15F.   |  |  |  |  | Black Motorola Moto G cellular telephone seized from desk at 2503 W. Springfield, Apt. B2, Champaign, Illinois on June 15, 2017 (FBI Item 3; CART QSI2) |

| | | | | | |
|---|---|---|---|---|---|
| 15G. | | | | | Mirrored aviator-style sunglasses seized from table at 2503 W. Springfield, Apt. B2, Champaign, Illinois on June 15, 2017 (FBI Item 7) |
| 15H. | | | | | Mirrored aviator-style sunglasses provided to FBI by M.Z. |
| 16-1. to 16-144. | | | | | Photographs of 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| 17A. | | | | | FBI advice of rights form signed by the defendant on June 15, 2017 |
| 17B. | | | | | Compact disk containing recorded interview of the defendant at the FBI office on June 15, 2017 |
| 17B-TR. | | | | | Transcript of Exhibit 17B |
| 18A. | | | | | Overhead photograph (Google Earth) of Stonegate Village, 2503 W. Springfield Avenue, Champaign, Illinois on June 15, 2017 |
| 18B. | | | | | Diagram of interior of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois |
| 18C. | | | | | Swab taken from stain on mattress in master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (FBI Lab Item 31; ISP 13) |
| 18D. | | | | | Swab taken from stain on mattress in master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (FBI Lab Item 32; ISP 13) |
| 18E. | | | | | Swab taken from stain on mattress in master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (FBI Lab Item 33; ISP 13) |
| 18F. | | | | | Swab taken from stain on baseball bat in master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (FBI Lab Item 40; ISP 15) |

| | | | | | |
|---|---|---|---|---|---|
| 18G. | | | | | Baseball bat seized from master bedroom floor of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (ISP 17) |
| 19-1 to 19-257. | | | | | Photographs of 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by ISP on June 15-16, 2017 |
| 20. | | | | | Compact disk containing recording of phone conversation between defendant and T.B. on June 16, 2017 |
| 20-TR. | | | | | Transcript of Exhibit 20 |
| 21A. | | | | | FBI advice of rights form signed by the defendant on June 17, 2017 |
| 21B. | | | | | Compact disk containing audio & video of the recorded interview of the defendant by the FBI on June 17, 2017 |
| 21B-TR. | | | | | Transcript of Exhibit 21B |
| 21A. | | | | | Compact disk containing audio (only) of the recorded interview of the defendant by the FBI on June 17, 2017 |
| 22. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 17, 2017 |
| 22-TR. | | | | | Transcript of Exhibit 22 |
| 23. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 19, 2017 |
| 23-TR. | | | | | Transcript of Exhibit 23 |
| 24. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 20, 2017 |
| 24-TR. | | | | | Transcript of Exhibit 24 |
| 25. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 21, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 25-TR. | | | | | Transcript of Exhibit 25 |
| 26. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 22, 2017 |
| 26-TR. | | | | | Transcript of Exhibit 26 |
| 27. | | | | | Compact disk containing recording of phone call between the defendant and T.B. on June 23, 2017 |
| 27-TR. | | | | | Transcript of Exhibit 27 |
| 28. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 27, 2017 |
| 28-TR. | | | | | Transcript of Exhibit 28 |
| 29. | | | | | Compact disk containing recording (redacted) of meeting between the defendant and T.B. at Memorial Walk on June 29, 2017 |
| 29-TR. | | | | | Transcript (redacted) of Exhibit 29 |
| 30A. | | | | | FBI diagram of interior of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 30-July 1, 2017 |
| 30B. | | | | | Blue Lenovo laptop computer seized from couch of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 30, 2017 (FBI Item 1; CART QSI1B131) |
| 30C. | | | | | Roll of silver duct tape seized from floor in office of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 30, 2017 (FBI Item 17) |
| 30D. | | | | | 2016-2017 Planner seized from floor in office of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 30, 2017 (FBI Item 39) |
| 31-1 to 31-248. | | | | | Photographs of 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Springfield ERT on June 30, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 32A. | | | | | Large carpet square with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 (FBI Lab Item 158; FBI Item 53) |
| 32B. | | | | | Swabbing of stain from Exhibit 32A (FBI Lab Item 158(1)) |
| 32C. | | | | | Drywall with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 (FBI Lab Item 159; FBI Item 55) |
| 32D. | | | | | Swabbing of stain from Exhibit 32C (FBI Lab Item 159(1)) |
| 32E. | | | | | Baseboard with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 from Room D (FBI Lab Item 160; FBI Item 55) |
| 32F. | | | | | Tack strip with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 Room D (FBI Lab Item 161; Item 55) |
| 32G. | | | | | Swabbing of stain from Exhibit 32F (FBI Lab Item 161(1)) |
| 33-1 to 33-97. | | | | | Photographs of 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| 34. | | | | | Summary exhibit prepared by FBI Senior Forensic Examiner William O'Sullivan of user actions on Exhibits 15B, 15D, 15F, and 30B between 2/6/17 and 6/30/17 |
| 35A-P. | | | | | Screen shots of browser tabs seized from Exhibit 15F (CART QSI2) for Akuma689 on Fetlife.com |
| 36A. | | | | | Paper titled "A Critical Analysis of Research Related to the Criminal Mind of Serial Killers," downloaded on Exhibit 15B-C, on February 6, 2017 |
| 36B. | | | | | Article related to decomposition downloaded on Exhibit 15F on February 25, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 36C. | | | | | Photograph of image from Exhibit 15F (CART QSI2) downloaded on April 16, 2017 @ 10:13 pm (female bound with duct tape) |
| 36D. | | | | | Photograph of image from Exhibit 15F (CART QSI2) downloaded on April 16, 2017 @ 10:17 pm (bound female) |
| 36E. | | | | | Photograph of image from Exhibit 15F (CART QSI2) downloaded on April 17, 2017 @ 8:05 am (female handcuffed to PVC pipe) |
| 36F. | | | | | Photograph of image from Exhibit 15F (CART QSI2) downloaded on April 17, 2017 @ 8:06 am (chained and gagged female) |
| 37A. | | | | | Amazon.com, Inc. records regarding the defendant and/or 2503 W. Springfield Ave., Apt. B2, Champaign, Illinois from March through June of 2017 |
| 37B. | | | | | Summary of Exhibit 37A |
| 37C. | | | | | Super Tough Heavyweight Cotton Canvass Duffle Bag – Size Colossal 72" x 22" |
| 38. | | | | | UPS records regarding the defendant and/or 2503 W. Springfield Ave., Apt. B2, Champaign, Illinois from March through June of 2017 |
| 39A. | | | | | Fetlife records of Akuma689 |
| 39B. | | | | | Summary of Exhibit 39A |
| 40A. | | | | | Google records of brendtchristensen@gmail.com and lovemachine689@gmail.com |
| 40B. | | | | | Summary of Exhibit 40A |
| 41A. | | | | | Reddit records of bacbac |

| | | | | | |
|---|---|---|---|---|---|
| 41B. | | | | | Summary of Exhibit 41A |
| 42A. | | | | | Craigslist records of lovemachine689@gmail.com |
| 42B. | | | | | Summary of Exhibit 42A |
| 43. | | | | | Busey Bank records regarding the defendant |
| 44. | | | | | Facebook records regarding the defendant |
| 45. | | | | | Sprint records for 715-310-9880 (defendant's cellular telephone) |
| 46A. | | | | | Compact disk containing Schnucks video of the defendant dated June 9, 2017 from 7:49 to 7:51 am |
| 46B. | | | | | Schnucks receipt of the defendant dated June 9, 2017 at 7:51 am |
| 47A. | | | | | Compact disk containing Schnucks video of the defendant dated June 12, 2017, from 3:14 to 3:21 pm |
| 47B. | | | | | Schnucks receipt of the defendant dated June 12, 2017 (debit card purchase) at 15:20 |
| 47C. | | | | | Schnucks receipt of the defendant dated June 12, 2017 (cash purchase) at 3:21 pm |
| 48A. | | | | | Compact disk containing Walmart video of the defendant dated June 11, 2017 |
| 48B. | | | | | Walmart receipt of the defendant dated June 11, 2017 at 11:58 am |
| 49A. | | | | | Google records regarding Y.Z.'s account |
| 50. | | | | | Compact disk containing video from MLK Elementary School, Urbana, Illinois of Saturn Astra on June 9, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 51A. | | | | | FBI FD-472, agreement to record conversations, executed by T.B. on June 16, 2017 |
| 51-1. to 51-40. | | | | | Text messages between the defendant and T.B. from March through June of 2017 |
| 52A. | | | | | Compact disk containing Macon County Jail call of the defendant on July 2, 2017 at 6:25 pm |
| 52B. | | | | | Compact disk containing Macon County Jail call of the defendant on July 4, 2017 at 4:03 pm |
| 52C. | | | | | Compact disk containing Macon County Jail calls of the defendant on July 22 at 3:01 pm, July 25 at 10:55 am, and July 28 at 4:26 pm |
| 53. | | | | | Maintenance request for 2503 W. Springfield, Apt. B2, Champaign, Illinois created on June 13, 2017 at 3:22 pm |
| 54. | | | | | Compact disk containing recording of the defendant's interview at the University of Illinois Counseling Center on March 21, 2017 |
| 55A. | | | | | Summary exhibit prepared by FBI Special Agent Greg Catey regarding cellular records analysis report of telephone numbers 715-310-9880 (defendant) and 217-648-8796 (Y.Z.) on June 9, 2017 |
| 55B. | | | | | Photograph of AT&T tower in Champaign, Illinois |
| 56-1 to 56-64. | | | | | Photographs of items contained in safety deposit box #93 (defendant's) at Busey Bank, Champaign, Illinois on June 20, 2017 |
| 57. | | | | | Photographic line-up viewed by E.H. on June 14, 2017 |
| 58. | | | | | Book "American Psycho" defendant gave to T.B. |
| 59. | | | | | Summary timeline of key events from February 6, 2017 to July 4, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 60A. | | | | | Compact disk containing video from WCIA of defendant and T.B. at Memorial Walk on June 29, 2017 |
| 60B.-60F. | | | | | Photographs/images of defendant at Memorial Walk on June 29, 2017 |
| 61. | | | | | Summary of defendant's internet search activity, including downloads, between December 2016 to July 2017 |
| 62. | | | | | Compact disk containing Busey Bank ATM video of the defendant dated June 8, 2017 at 11:15 am |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

                                                s/ Eugene L. Miller
                                                Eugene L. Miller, Bar No. IL 6209521
                                                Assistant United States Attorney
                                                201 S. Vine St., Suite 226
                                                Urbana, IL 61802
                                                Phone:  217/373-5875
                                                Fax:  217-373-5891
                                                eugene.miller@usdoj.gov