# Trial | Sentencing Trial

## Threshold Determination

### Indictment

**Count 1. Kidnapping Resulting in Death**
[capital]

**Count 2. False Statement**
[non-capital]

**Count 3. False Statement**
[non-capital]

### Mental Intent Factor

The defendant

- <u>intentionally killed</u>; and or
- <u>intentionally inflicted serious bodily</u> injury that resulted in the death; and or
- <u>intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used</u> (victim died)
- <u>intentionally and specifically engaged in an act of violence</u>, knowing that the act created a grave risk of death to a person (constituted a reckless disregard and victim died)

**and**

### Statutory Aggravating Factor

- The death, or injury resulting in death, occurred <u>during the commission</u> of, or during the immediate flight from the commission of, a <u>kidnapping</u>.
- Committed the offenses in an <u>especially heinous, cruel, and depraved manner</u> in that it involved torture or serious physical abuse to the victim.
- The defendant committed the offense after <u>substantial planning and premeditation</u> to cause the death of a person.

Guilty ➡ Unanimously Found

Not Guilty 🛑 Not Found Unanimously 🛑

## Weighing Determination

Aggravating Factors (Statutory & Non statutory)    Mitigating Factors

Each juror must decide what weight or value is to be given to a particular Aggravating or Mitigating Factor in the decision-making process.

### Other (Non-Statutory) Aggravation

- Unanimous Finding
- Beyond a Reasonable Doubt
- Only those specifically listed

### Mitigation

- Individual Finding
- More Likely than Not
- Listed by Court or Identified by a Juror

"shall consider whether all the aggravating factor or factors found to exist sufficiently outweigh all the mitigating factor or factors found to exist to justify a sentence of death"

Unanimous                           Unanimous / Not Unanimous
**Death**                           **Life wo Release**

