# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cr-20037-JES-JEH |
| | ) |
| BRENDT A. CHRISTENSEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is Defendant Brendt A. Christensen's Motion (Doc. 371) to Compel Disclosure of Records. Therein, he moves for an order compelling the United States to disclose records in its possession pertaining to recent mental health treatment provided to T.B. Defendant's Motion (Doc. 371) is GRANTED, and the United States is DIRECTED to provide to defense counsel all records in its possession pertaining to recent mental health treatment provided to T.B., to wit, the receipts for payments to healthcare professionals and for prescription medications that the United States provided to defense counsel in chambers on June 11, 2019.

Signed on this 11th day of June, 2019.

s/ James E. Shadid
James E. Shadid
United States District Judge