# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
BRENDT A. CHRISTENSEN

**AMENDED EXHIBIT LIST**

Case Number: 17-CR-20037

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable James E. Shadid | Eugene L. Miller, Bryan D. Freres, and James B. Nelson | Elisabeth Pollock, Robert Tucker, George Taseff, Julie Brain, and Matthew Rubenstein |
| TRIAL DATE (S) June 3, 2019 – July 31, 2019 | COURT REPORTER Nancy Mersot | COURTROOM DEPUTY Jeremy Kelly |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1A.-1C. | | | | | Photographs of Y.Z. |
| 1D. | | | | | Photograph of Y.Z., Y.Z.'s parents, and X.H. |
| 1E. | | | | | Photograph of Y.Z. with parents at train station |
| 2A. | | | | | Champaign-Urbana Map |
| 2B. | | | | | University of Illinois Campus Map |
| 2C. | | | | | Map of Champaign-Urbana Mass Transit District bus routes on June 9, 2017 |
| 2D. | | | | | Map of area surrounding Goodwin and Clark streets in Urbana, Illinois, and route of 2008 Saturn Astra/afternoon of June 9, 2017 |
| 2E. | | | | | Map of area surrounding Goodwin and Clark streets in Urbana, Illinois, including path of 2008 Saturn Astra claimed by defendant |
| 2F. | | | | | Map of area surrounding Busey and Stoughton Streets in Urbana, Illinois, and route of 2008 Saturn Astra/morning of June 9, 2017 |
| 3A.-3C. | | | | | Photographs of professor's office and Y.Z.'s workspace at Turner Hall |

| | | | | | |
|---|---|---|---|---|---|
| 4A. | | | | | Compact disk containing assembled video from the Champaign-Urbana Mass Transit District of Y.Z. and/or Saturn Astra on June 9, 2017 |
| 4B. | | | | | Still photograph from Exhibit 4A of Y.Z. boarding MTD bus at Orchard Downs at approximately 1:35 p.m. on June 9, 2017 |
| 5A. | | | | | Compact disk containing assembled video from the University of Illinois of Y.Z. and/or Saturn Astra on June 9, 2017 |
| 5B. | | | | | Still photograph from Exhibit 5A of Y.Z. and Saturn Astra at Clark and Goodwin at approximately 2:04 p.m. on June 9, 2017 |
| 5C. | | | | | Zoomed-in photograph from Exhibit 5A of Y.Z. and Saturn Astra at Clark and Goodwin at approximately 2:04 p.m. on June 9, 2017 |
| 5D. | | | | | Still photograph from Exhibit 5A showing front passenger side hubcap of Saturn Astra on June 9, 2017 |
| 6. | | | | | AT&T phone records for June of 2017 for 217-648-8796 (Y.Z.'s phone number) |
| 7. | | | | | Photographs of text messages between 217-648-8796 (Y.Z.) and R.S. on June 9, 2017 |
| 8. | | | | | JPMorgan Chase records for checking account ending 9255 (Y.Z.'s account) for June of 2017 |
| 9A. | | | | | University of Illinois Police Department Missing person bulletin/flyer for Y.Z. |
| 9B. | | | | | FBI kidnapping bulletin for Y.Z. |
| 9C. | | | | | Crimestoppers flyer requesting information related to Y.Z. |
| 9D. | | | | | Photograph of Kidnapping Billboard |
| 9E. | | | | | Missing Person bulletin distributed at Memorial Walk |

| | | | | | |
|---|---|---|---|---|---|
| 10. | | | | | Toothbrush of Y.Z. seized from bathroom sink of 2013 S. Orchard, Apt. D, Urbana, Illinois on June 14, 2017 (FBI Lab Item 53; UIPD 44661) |
| 11A. | | | | | Diagram of interior of 2013 S. Orchard, Apt. D, Urbana, Illinois |
| 11B. | | | | | Y.Z.'s journal seized from nightstand in bedroom of 2013 S. Orchard, Apt. D, Urbana, Illinois on June 20, 2017 (ISP 115) |
| 11C. | | | | | Toothbrush of Y.Z. seized from 2013 S. Orchard, Apt. D, Urbana, Illinois on June 20, 2017 (FBI Lab Item 62; ISP 118) |
| 11D. | | | | | Toothbrush of Y.Z. seized from 2013 S. Orchard, Apt. D, Urbana, Illinois on June 20, 2017 (FBI Lab Item 71 ISP 110) |
| 12-1 to 12-27. | | | | | Photographs of 2013 S. Orchard, Apt. D, Urbana, Illinois taken on June 20, 2017 |
| 13. | | | | | Illinois Secretary of State printout of Saturn Astras registered in Champaign County in June of 2017 |
| 14-1 to 14-15. | | | | | Photographs of 2008 Saturn Astra registered to defendant |
| 15A. | | | | | FBI consent to search 2503 W. Springfield, Apt. B2, Champaign, Illinois, signed June 15, 2017 |
| 15B. | | | | | Black computer tower (defendant's) seized from under left side of desk at 2503 W. Springfield, Apt. B2, Champaign, Illinois on June 15, 2017 (FBI Item 1; CART QSI1) |
| 15C. | | | | | Black computer tower (M.Z.'s) seized from under right side of desk at 2503 W. Springfield, Apt. B2, Champaign, Illinois on June 15, 2017 (FBI Item 2; CART QSI6) |
| 15D. | | | | | Black Motorola Moto G cellular telephone seized from desk at 2503 W. Springfield, Apt. B2, Champaign, Illinois on June 15, 2017 (FBI Item 3; CART QSI2) |

| | | | | | |
|---|---|---|---|---|---|
| 15E. | | | | | Mirrored aviator-style sunglasses seized from table at 2503 W. Springfield, Apt. B2, Champaign, Illinois on June 15, 2017 (FBI Item 7) |
| 16-1 to 16-15. | | | | | Photographs of 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| 17A. | | | | | FBI advice of rights form signed by the defendant on June 15, 2017 |
| 17B. | | | | | Compact disk containing recorded interview of the defendant at the FBI office on June 15, 2017 |
| 17B-TR. | | | | | Transcript of Exhibit 17B |
| 18A. | | | | | Overhead photograph (Google Earth) of Stonegate Village, 2503 W. Springfield Avenue, Champaign, Illinois on June 15, 2017 |
| 18B. | | | | | Diagram of interior of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois |
| 18C. | | | | | Swab taken from stain on mattress in master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (FBI Lab Item 31; ISP 13); Swab taken from stain on mattress in master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (FBI Lab Item 32; ISP 13); Swab taken from stain on mattress in master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (FBI Lab Item 33; ISP 13) |
| 18D. | | | | | Swab taken from stain on baseball bat in master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (FBI Lab Item 40; ISP 15) |
| 18E. | | | | | Baseball bat seized from master bedroom floor of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (ISP 17) |
| 19-1 to 19-37. | | | | | Photographs of 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by ISP on June 15-16, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 20. | | | | | Compact disk containing recording of phone conversation between defendant and T.B. on June 16, 2017 |
| 20-TR. | | | | | Transcript of Exhibit 20 |
| 21A. | | | | | FBI advice of rights form signed by the defendant on June 17, 2017 |
| 21B. | | | | | Compact disk containing audio & video of the recorded interview of the defendant by the FBI on June 17, 2017 |
| 21B-TR. | | | | | Transcript of Exhibit 21B |
| 22. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 17, 2017 |
| 22-TR. | | | | | Transcript of Exhibit 22 |
| 23. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 19, 2017 |
| 23-TR. | | | | | Transcript of Exhibit 23 |
| 24. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 20, 2017 |
| 24-TR. | | | | | Transcript of Exhibit 24 |
| 25. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 21, 2017 |
| 25-TR. | | | | | Transcript of Exhibit 25 |
| 26. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 22, 2017 |
| 26-TR. | | | | | Transcript of Exhibit 26 |
| 27. | | | | | Compact disk containing recording of phone call between the defendant and T.B. on June 23, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| 27-TR. | | | | | Transcript of Exhibit 27 |
| 28. | | | | | Compact disk containing recording of meeting between the defendant and T.B. on June 27, 2017 |
| 28-TR. | | | | | Transcript of Exhibit 28 |
| 29. | | | | | Compact disk containing recording (redacted) of meeting between the defendant and T.B. at Memorial Walk on June 29, 2017 |
| 29-TR. | | | | | Transcript (redacted) of Exhibit 29 |
| 30A. | | | | | Blue Lenovo laptop computer seized from couch of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 30, 2017 (FBI Item 1; CART QSI1B131) |
| 30B. | | | | | Roll of silver duct tape seized from floor in office of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 30, 2017 (FBI Item 17) |
| 31-1 to 31-37. | | | | | Photographs of 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Springfield ERT on June 30, 2017 |
| 32A. | | | | | Large carpet square with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 (FBI Lab Item 158; FBI Item 53) |
| 32B. | | | | | Drywall with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 (FBI Lab Item 159; FBI Item 55) |
| 32C. | | | | | Baseboard with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 from Room D (FBI Lab Item 160; FBI Item 55) |
| 32D. | | | | | Tack strip with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 Room D (FBI Lab Item 161; Item 55) |

| | | | | | |
|---|---|---|---|---|---|
| 33-1 to 33-46. | | | | | Photographs of 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| 34. | | | | | Summary exhibit prepared by FBI Senior Forensic Examiner William O'Sullivan of user actions on Exhibits 15B, 15D, 15F, and 30B between 2/6/17 and 6/30/17 |
| 35. | | | | | Screen shots of browser tabs seized from Exhibit 15F (CART QSI2) for Akuma689 on Fetlife.com |
| 36A. | | | | | Paper titled "A Critical Analysis of Research Related to the Criminal Mind of Serial Killers," downloaded on Exhibit 15B-C, on February 6, 2017 |
| 36B. | | | | | Article related to decomposition downloaded on Exhibit 15F on February 25, 2017 |
| 36C. | | | | | Photograph of image from Exhibit 15F (CART QSI2) downloaded on April 16, 2017 @ 10:13 pm (female bound with duct tape) |
| 36D. | | | | | Photograph of image from Exhibit 15F (CART QSI2) downloaded on April 16, 2017 @ 10:17 pm (bound female) |
| 36E. | | | | | Photograph of image from Exhibit 15F (CART QSI2) downloaded on April 17, 2017 @ 8:05 am (female handcuffed to PVC pipe) |
| 36F. | | | | | Photograph of image from Exhibit 15F (CART QSI2) downloaded on April 17, 2017 @ 8:06 am (chained and gagged female) |
| 37A. | | | | | Amazon.com, Inc. records regarding the defendant and/or 2503 W. Springfield Ave., Apt. B2, Champaign, Illinois from March through June of 2017 |
| 37B. | | | | | Super Tough Heavyweight Cotton Canvass Duffle Bag – Size Colossal 72" x 22" |

| | | | | | |
|---|---|---|---|---|---|
| 38. | | | | | UPS records regarding the defendant and/or 2503 W. Springfield Ave., Apt. B2, Champaign, Illinois from March through June of 2017 |
| 38A. | | | | | Summary of Exhibits 37A and 38 |
| 39A. | | | | | Fetlife records of Akuma689 |
| 39B. | | | | | Summary of Exhibit 39A |
| 40A. | | | | | Google records of brendtchristensen@gmail.com and lovemachine689@gmail.com |
| 40B. | | | | | Summary of Exhibit 40A |
| 41A. | | | | | Reddit records of bacbac |
| 41B. | | | | | Summary of Exhibit 41A |
| 42. | | | | | Photograph of Michelle Christensen gas purchase on June 8, 2017 |
| 43. | | | | | Busey Bank records regarding the defendant |
| 43A. | | | | | Summary of Exhibit 43 |
| 44. | | | | | Compact disk containing Busey Bank ATM video of the defendant dated June 8, 2017 at 11:15 am |
| 45. | | | | | Sprint records for 715-310-9880 (defendant's cellular telephone) |
| 46A. | | | | | Compact disk containing Schnucks video of the defendant dated June 9, 2017 from 7:49 to 7:51 am |
| 46B. | | | | | Schnucks receipt of the defendant dated June 9, 2017 at 7:51 am |

| | | | | | |
|---|---|---|---|---|---|
| 47A. | | | | | Compact disk containing Schnucks video of the defendant dated June 12, 2017, from 3:14 to 3:21 pm |
| 47B. | | | | | Schnucks receipt of the defendant dated June 12, 2017 (debit card purchase) at 15:20 |
| 47C. | | | | | Schnucks receipt of the defendant dated June 12, 2017 (cash purchase) at 3:21 pm |
| 48A. | | | | | Compact disk containing Walmart video of the defendant dated June 11, 2017 |
| 48B. | | | | | Walmart receipt of the defendant dated June 11, 2017 at 11:58 am |
| 49A. | | | | | Google records regarding Y.Z.'s account |
| 50. | | | | | Compact disk containing video from MLK Elementary School, Urbana, Illinois of Saturn Astra on June 9, 2017 |
| 51A. | | | | | FBI FD-472, agreement to record conversations, executed by T.B. on June 16, 2017 |
| 51-1 to 51-3. | | | | | Text messages between the defendant and T.B. from March through June of 2017 |
| 52A. | | | | | Compact disk containing Macon County Jail calls of the defendant on July 2, 2017 at 4:14 pm and 6:22 pm |
| 52B. | | | | | Compact disk containing Macon County Jail call of the defendant on July 4, 2017 at 4:03 pm |
| 52C. | | | | | Compact disk containing Macon County Jail calls of the defendant on July 22 at 3:01 pm, July 25 at 10:55 am, and July 28 at 4:26 pm |
| 53. | | | | | Maintenance request for 2503 W. Springfield, Apt. B2, Champaign, Illinois created on June 13, 2017 at 3:22 pm |

| | | | | | |
|---|---|---|---|---|---|
| 54. | | | | | Compact disk containing recording of the defendant's interview at the University of Illinois Counseling Center on March 21, 2017 |
| 55A. | | | | | Summary exhibit prepared by FBI Special Agent Greg Catey regarding cellular records analysis report of telephone numbers 715-310-9880 (defendant) and 217-648-8796 (Y.Z.) on June 9, 2017 |
| 55B. | | | | | Photograph of AT&T tower in Champaign, Illinois |
| 56-1 to 56-13. | | | | | Photographs of items contained in safety deposit box #93 (defendant's) at Busey Bank, Champaign, Illinois on June 20, 2017 |
| 56A. | | | | | Brendt Christensen's Passport |
| 57. | | | | | Photographic line-up viewed by E.H. on June 14, 2017 |
| 58. | | | | | Book "American Psycho" defendant gave to T.B. |
| 59. | | | | | Summary timeline of key events from February 6, 2017 to July 4, 2017 |
| 60A. | | | | | Compact disk containing video from WCIA of defendant and T.B. at Memorial Walk on June 29, 2017 |
| 60B.-60L. | | | | | Photographs/images of defendant at Memorial Walk on June 29, 2017 |
| 61. | | | | | Compact Disk containing video from 501 E. University, Champaign, Illinois, on June 9, 2017 |

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ James B. Nelson*
James B. Nelson
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Tel: (202) 598-2872
james.nelson@usdoj.gov
