## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-cr-20037-JES-JEH |
| BRENDT A. CHRISTENSEN, | ) |
| Defendant. | ) |

## ORDER

Defendant Brendt A. Christensen has filed a Motion (Doc. 375) to Continue Based on the Civil Suit Filed on Behalf of the Zhang Family Against Thomas G. Miebach, Jennifer R. Maupin, and the Defendant. The civil suit was filed on June 7, 2019 on behalf of the family of Ms. Zhang and against Defendant and two counselors at the University of Illinois Counseling Center. *See Dennen v. Miebach*, No. 19-cv-2149 (C.D. Ill.). The Motion to Continue was filed on June 12, 2019, an hour and a half before the scheduled start of the criminal trial in this matter.[1]

Defendant asks for a continuance until discovery closes in the civil case. In effect, Defendant asks for what could be a two-year continuance. They allege mitigating evidence will be produced in civil discovery, including but not limited to depositions, interrogatories, and document production. Although it is true that Defendant may not have been able to depose the two counselors named in the civil suit or propound interrogatories, the Defendant was able to subpoena documents from the counseling center and will be able to call the two counselors to testify at trial. Defendant has also secured an expert, Dr. Zoline, to testify about the counseling Mr. Christensen received.

---

[1] Defense counsel informed the Court on the morning of June 11, 2019 that it would be filing a motion to continue.

Given the timing of the requested continuance, the extensive preparation of both sides for trial, the scheduling of witnesses for trial and the overall history and posture of the case to this point, a request to indefinitely reschedule, or for any other delay in trial at this point, does not serve the interests of justice. Accordingly, the Motion (Doc. 375) is respectfully DENIED.

Signed on this 12th day of June, 2019.

s/ James E. Shadid
James E. Shadid
United States District Judge