IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CR-20037 |
| | ) |
| BRENDT A. CHRISTENSEN, | ) |
| | ) |
| Defendant. | ) |

## STIPULATIONS

NOW COMES the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, and Eugene L. Miller and Bryan D. Freres, Assistant United States Attorneys, and James B. Nelson, Department of Justice Trial Attorney, and the Defendant, Brendt A. Christensen, by his attorneys, Robert Tucker, Julie Brain, and Matthew Rubenstein, and Elisabeth Pollock and George Taseff, Assistant Federal Public Defenders, and hereby stipulate to the following facts and other matters during the trial of this proceeding:

1. The following government exhibits are each admissible as a record of regularly conducted activity pursuant to Rule 803(6) of the Federal Rules of Evidence because each is an authentic record of the matters set forth made at or near the time of their occurrence by a person with knowledge of those matters and kept in the course of a regularly conducted business activity, and it was the regular practice of that business activity to make the report:

      a.      Government Exhibit 6 (AT&T records for 217-648-8796)

      b.      Government Exhibit 8 (J.P. Morgan Chase records)

      c.      Government Exhibit 37A (Amazon records for the defendant)

      d.      Government Exhibit 38 (UPS records)

      e.      Government Exhibit 39A (FetLife records for Akuma689)

      f.      Government Exhibit 40A (Google records related to defendant)

      g.      Government Exhibit 41A (Reddit records of bacbac)

      h.      Government Exhibit 43 (Busey Bank records)

      i.      Government Exhibit 45 (Sprint records for 715-310-9880)

      j.      Government Exhibit 46B (Schnuck's receipt dated June 9, 2017)

      k.      Government Exhibit 47B (Schnuck's receipt dated June 12, 2017)

      l.      Government Exhibit 47C (Schnuck's receipt dated June 12, 2017)

      m.      Government Exhibit 48B (Walmart receipt dated June 11, 2017)

      n.      Government Exhibit 49A (Google records for Yingying Zhang)

2.    Government Exhibit 13 (Illinois Secretary of State records printout of Saturn Astra motor vehicles registered in Champaign County, Illinois) is admissible as a public record pursuant to Rule 803(8) of the Federal Rules of Evidence.

3.    On June 13, 2017, defendant Brendt Christensen submitted an online maintenance request for his apartment located at 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois 61821. Government Exhibit 53 is the record generated by his request, and is a record of regularly conducted activity pursuant to Rule 803(6) of the Federal Rules of Evidence because it is an authentic record of the matters set forth made

at or near the time of their occurrence by a person with knowledge of those matters and kept in the course of a regularly conducted business activity, and it was the regular practice of that business activity to make the record.

4. The following government exhibits are authentic audio and video recordings under Rule 901 of the Federal Rules of Evidence:

- a. Government Exhibit 4A (Champaign-Urbana Mass Transit District from June 9, 2017)
- b. Government Exhibit 5A (University of Illinois video from June 9, 2017)
- c. Government Exhibit 44 (Busey Bank ATM video from June 8, 2017)
- d. Government Exhibit 46A (Schnuck's video from June 9, 2017)
- e. Government Exhibit 47A (Schnuck's video from June 12, 2017)
- f. Government Exhibit 48A (Walmart video from June 11, 2017)
- g. Government Exhibit 50 (MLK Elementary School video from June 9, 2017)
- h. Government Exhibit 52A (Macon County jail call from July 2, 2017)
- i. Government Exhibit 52B (Macon County jail call from July 4, 2017)
- j. Government Exhibit 52C (Macon County jail calls from July 22, 2017, July 25, 2017, and July 28, 2017)
- k. Government Exhibit 54 (University of Illinois Counseling Center video from March 21, 2017)
- l. Government Exhibit 60A (Memorial Walk video from June 29, 2017)
- m. Government Exhibit 61 (Video from 501 E. University, Champaign, IL, from June 9, 2017)

5. A proper chain of custody has been maintained on the following government exhibits:

    a. Government Exhibit 10 (toothbrush seized from Yingying Zhang's apartment on June 14, 2017)

    b. Government Exhibit 11B (journal seized from Yingying Zhang's apartment on June 20, 2017)

    c. Government Exhibit 11C (toothbrush seized from Yingying Zhang's apartment on June 20, 2017)

    d. Government Exhibit 11D (toothbrush seized from Yingying Zhang's apartment on June 20, 2017)

    e. Government Exhibit 15B (black computer tower seized from 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on June 15, 2017)

    f. Government Exhibit 15C (black computer tower seized from 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on June 15, 2017)

    g. Government Exhibit 15D (black Motorola Moto G cellular telephone seized from 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on June 15, 2017)

    h. Government Exhibit 15E (aviator-style sunglasses seized from 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, June 15, 2017)

    i. Government Exhibit 18C (swab taken from mattress stain in bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on June 15, 2017)

    j. Government Exhibit 18D (swab taken from stain on baseball bat seized in bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on June 15, 2017)

    k. Government Exhibit 18E (baseball bat seized from bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on June 15, 2017)

l.  Government Exhibit 30A (blue Lenovo laptop seized from 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on June 30, 2017)

m.  Government Exhibit 30B (roll of duct tape seized from 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on June 30, 2017)

n.  Government Exhibit 32A (large carpet square seized from 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on July 1, 2017)

o.  Government Exhibit 32B (drywall with stain seized from 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on July 1, 2017)

p.  Government Exhibit 32C (baseboard with stain seized from 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on July 1, 2017)

q.  Government Exhibit 32D (tack strip with stain seized from 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois, on July 1, 2017)

r.  Government Exhibit 56A (defendant's passport seized on June 20, 2017)

FOR THE DEFENDANT:                    FOR THE UNITED STATES:

s/ Elisabeth Pollock                  s/ Eugene Miller
_____              _____
ELISABETH POLLOCK                     EUGENE L. MILLER
Attorney for Defendant                Assistant United States Attorney