UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-20037 |
| BRENDT A. CHRISTENSEN, | ) |
| Defendant. | ) |

### MOTION FOR ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH SUBPOENA DUCES TECUM

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and respectfully moves the Court for an order directing the University of Illinois to show cause why it should not be held in contempt for failure to comply with a subpoena duces tecum served upon it by Mr. Christensen.

On May 30, 2019, Mr. Christensen served a subpoena duces tecum upon the University of Illinois, demanding production, inter alia, of the following:

> Any written communication, note, document, or other recording concerning the assessment and treatment of Brendt A. Christensen, DOB: 6/30/1989, at the University of Illinois Counseling Center between March 15, 2017, and June 9, 2017. Specifically, any written or electronic correspondence between staff members of the Center and/or between staff members of the Center and any other employee or agent of the University of Illinois, and any documentation thereof, concerning Mr. Christensen's assessment and treatment by the counseling center.

In an email to Associate University Counsel Collin Richmond on June 11, 2019, Mr. Christensen's counsel further advised the University that documents previously provided need not be re-produced and that the records sought  the subpoena included

1

"emails between staff members about the situation, emails with higher-ups in the administration, any after-action reports, etc." On June 12, 2019, Mr. Richmond responded by email as follows: "The University objects to the Subpoena to the extent it seeks data or information protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege. The University will not provide documents, data or information protected by such privileges, including privileged communications between the Counseling Center and counsel for the University." Mr. Christensen thereafter asked the University to file a motion to quash the subpoena if it believed that it had grounds to do so, but the University declined. Mr. Christensen therefore files this Motion for Order to Show Cause to obtain compliance with his subpoena.

Rule 17(g) of the Federal Rules of Criminal Procedure provides that "[t]he court may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district." Mr. Christensen acknowledges the possibility that some of the records he seeks may ultimately be deemed exempt from disclosure on grounds of privilege. However, the University is not free to make its own determination of what it considers to be privileged and thereafter ignore the subpoena. Rather, the documents should be submitted to the Court for in camera review so that the Court can determine whether the documents are required to be produced.

WHEREFORE, Mr. Christensen respectfully requests that this Motion be granted and that the Court issue an order directing the University of Illinois to show cause why

it should not be held in contempt for failure to comply with the subpoena duces tecum served upon it.

.    Respectfully submitted,

| | |
|---|---|
| /s/Elisabeth R. Pollock | /s/ George Taseff |
| Assistant Federal Defender | Assistant Federal Defender |
| 300 West Main Street | 401 Main Street, Suite 1500 |
| Urbana, IL 61801 | Peoria, IL 61602 |
| Phone: 217-373-0666 | Phone: 309-671-7891 |
| FAX:   217-373-0667 | Fax:    309-671-7898 |
| Email: Elisabeth_Pollock@fd.org | Email: George_Taseff@fd.org |
| | |
| /s/ Robert Tucker | /s/ Julie Brain |
| Robert L. Tucker, Esq. | Julie Brain, Esq. |
| 7114 Washington Ave | 916 South 2nd Street |
| St. Louis, MO 63130 | Philadelphia, PA 19147 |
| Phone: 703-527-1622 | Phone: 267-639-0417 |
| Email: roberttuckerlaw@gmail.com | Email: juliebrain1@yahoo.com |

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock  
Assistant Federal Public Defender  
300 West Main Street  
Urbana, IL 61801  
Phone: 217-373-0666  
FAX:    217-373-0667  
Email: Elisabeth_Pollock@fd.org
