UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Petitioner, BRENDT A. CHRISTENSEN, by and through his attorneys, respectfully represents to this Honorable Court that **KEVIN RANDOLPH, #40784,** a material witness in the above-captioned cause, is now confined in the Livingston County Jail, Pontiac, Illinois, in the custody of the Sheriff of said institution, and that a jury trial in the above cause has been set for Monday, July 8, 2019 at 9:00 a.m. in this Court.

**WHEREFORE**, your petitioner prays that a Writ of Habeas Corpus Ad Testificandum be directed to the Sheriff of Livingston County Jail, Pontiac, Illinois, and/or the United States Marshal for the Central District of Illinois, respectively, commanding the production of said **KEVIN RANDOLPH, #40784,** before this Court at the Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on Monday, July 8, 2019 at 9:00 a.m., and from day to day thereafter as may be necessary; and at the termination of the proceedings herein, return **KEVIN**

**RANDOLPH, #40784,** to the custody of the Livingston County Jail, Pontiac, Illinois.

Respectfully submitted,

BRENDT A. CHRISTENSEN, Defendant

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming on to be heard on the Petition of the Defendant, BRENDT A. CHRISTENSEN, and it appearing to the Court that **KEVIN RANDOLPH, #40784,** is presently incarcerated in the Livingston County Jail, Pontiac, Illinois; it further appearing that **KEVIN RANDOLPH, #40784,** was named as a material witness in the above-entitled cause and his appearance is necessary in connection with these proceedings on Monday, July 8, 2019 at 9:00 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Sheriff of the Livingston County Jail, Pontiac, Illinois, and/or the United States Marshal for the Central District of Illinois, to transport the said **KEVIN RANDOLPH, #40784,** to the Central District of Illinois, and to produce the said **KEVIN RANDOLPH, #40784,** on Monday, July 8, 2019 at 9:00 a.m. in the Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present the said **KEVIN RANDOLPH,**

**#40784** before the Court and from day to day thereafter as may be necessary.

**ENTERED** this_____day of June, 2019.

                                              JAMES E. SHADID
                                              UNITED STATES DISTRICT JUDGE
                                              CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-20037 |
| | ) |
| BRENDT A. CHRISTENSEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE SHERIFF OF THE LIVINGSTON COUNTY JAIL, PONTIAC, ILLINOIS, AND TO ANY UNITED STATES MARSHAL:

G R E E T I N G S:

WE COMMAND that you produce and deliver the body of **KEVIN RANDOLPH, #40784,** now in your custody in the Livingston County Jail, Pontiac, Illinois, before the Honorable James E. Shadid, United States District Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on Monday, July 8, 2019 at the hour of 9:00 a.m. in order that **KEVIN RANDOLPH, #40784,** may be present for the purposes of testifying as a material witness in the jury trial in the above-entitled cause and after said hearing and the disposition of said matters that you return **KEVIN RANDOLPH, #40784,** under safe and secure conduct to the custody of the Livingston County Jail, Pontiac, Illinois.

DATE: _____        _____
                                   SHIG YASUNAGA, Clerk
                                   United States District Court
                                   Central District of Illinois