UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Petitioner, BRENDT A. CHRISTENSEN, by and through his attorneys, respectfully represents to this Honorable Court that **TRAVIS J. CRANE, #R22632,** a material witness in the above-captioned cause, is now confined in the Sheridan Correctional Center, Sheridan Illinois, in the custody of the Warden of said institution, and that a jury trial in the above cause has been set for Monday, July 8, 2019 at 9:00 a.m. in this Court.

**WHEREFORE**, your petitioner prays that a Writ of Habeas Corpus Ad Testificandum be directed to the Warden of Sheridan Correctional Center, Sheridan, Illinois, and/or the United States Marshal for the Central District of Illinois, respectively, commanding the production of said **TRAVIS J. CRANE, #R22632,** before this Court at the Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on Monday, July 8, 2019 at 9:00 a.m., and from day to day thereafter as may be necessary; and at the termination of the proceedings herein,

return **TRAVIS J. CRANE, #R22632,** to the custody of the Sheridan Correctional Center, Sheridan, Illinois.

                        Respectfully submitted,

                        BRENDT A. CHRISTENSEN, Defendant

| /s/Elisabeth R. Pollock | /s/ George Taseff |
|---|---|
| Assistant Federal Defender | Assistant Federal Defender |
| 300 West Main Street | 401 Main Street, Suite 1500 |
| Urbana, IL 61801 | Peoria, IL 61602 |
| Phone: 217-373-0666 | Phone: 309-671-7891 |
| FAX:   217-373-0667 | Fax:    309-671-7898 |
| Email: Elisabeth_Pollock@fd.org | Email: George_Taseff@fd.org |
| /s/ Robert Tucker | /s/ Julie Brain |
| Robert L. Tucker, Esq. | Julie Brain, Esq. |
| 7114 Washington Ave | 916 South 2nd Street |
| St. Louis, MO 63130 | Philadelphia, PA 19147 |
| Phone: 703-527-1622 | Phone: 267-639-0417 |
| Email: roberttuckerlaw@gmail.com | Email: juliebrain1@yahoo.com |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming on to be heard on the Petition of the Defendant, **BRENDT A. CHRISTENSEN**, and it appearing to the Court that **TRAVIS J. CRANE, #R22632,** is presently incarcerated in the Sheridan Correctional Center, Sheridan, Illinois; it further appearing that **TRAVIS J. CRANE, #R22632,** was named as a material witness in the above-entitled cause and his appearance is necessary in connection with these proceedings on Monday, July 8, 2019 at 9:00 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of the Sheridan Correctional Center, Sheridan, Illinois, and/or the United States Marshal for the Central District of Illinois, to transport the said **TRAVIS J. CRANE, #R22632,** to the Central District of Illinois, and to produce the said **TRAVIS J. CRANE, #R22632,** on Monday, July 8, 2019 at 9:00 a.m. in the Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present the said **TRAVIS J. CRANE,**

**#R22632** before the Court and from day to day thereafter as may be necessary.

**ENTERED** this_____day of June, 2019.

                                                                         JAMES E. SHADID  
                                                                        UNITED STATES DISTRICT JUDGE  
                                                                        CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Case No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   THE WARDEN OF THE SHERIDAN CORRECTIONAL CENTER, SHERIDAN, ILLINOIS, AND TO ANY UNITED STATES MARSHAL:

## G R E E T I N G S:

WE COMMAND that you produce and deliver the body of **TRAVIS J. CRANE, #R22632,** now in your custody in the Sheridan Correctional Center, Sheridan, Illinois, before the Honorable James E. Shadid, United States District Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on Monday, July 8, 2019 at the hour of 9:00 a.m. in order that **TRAVIS J. CRANE, #R22632,** may be present for the purposes of testifying as a material witness in the jury trial in the above-entitled cause and after said hearing and the disposition of said matters that you return **TRAVIS J. CRANE, #R22632,** under safe and secure conduct to the custody of the Sheridan Correctional Center, Sheridan, Illinois.

DATE: _____

                                                                                    _____
                                                                                    SHIG YASUNAGA, Clerk
                                                                                    United States District Court
                                                                                    Central District of Illinois