UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is Defendant's Motion for Order to Show Cause (Doc. 381), seeking an order directing the University of Illinois to show cause why it should not be held in contempt for failure to comply with a subpoena duces tecum served upon it by Defendant on May 30, 2019. The University, by and through its legal representatives, is hereby ORDERED to appear at 9:00am on Monday, June 24, in the United States District Court for the Central District of Illinois, Room 202, 100 NE Monroe Street, Peoria, IL, 61602. The University is further ORDERED to produce on that date and time any and all records in its possession responsive to the May 30, 2019, subpoena for in camera review by the Court.

Entered on the 18th day of June, 2019.

s/ James E. Shadid
James E. Shadid
United States District Judge