UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming on to be heard on the Petition of the Defendant, BRENDT A. CHRISTENSEN, and it appearing to the Court that **KEVIN RANDOLPH, #40784,** is presently incarcerated in the Livingston County Jail, Pontiac, Illinois; it further appearing that **KEVIN RANDOLPH, #40784,** was named as a material witness in the above-entitled cause and his appearance is necessary in connection with these proceedings on Monday, July 8, 2019 at 9:00 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Sheriff of the Livingston County Jail, Pontiac, Illinois, and/or the United States Marshal for the Central District of Illinois, to transport the said **KEVIN RANDOLPH, #40784,** to the Central District of Illinois, and to produce the said **KEVIN RANDOLPH, #40784,** on Monday, July 8, 2019 at 9:00 a.m. in the Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present the said **KEVIN RANDOLPH,**

**#40784** before the Court and from day to day thereafter as may be necessary.

**ENTERED** this __18th__ day of June, 2019.

                                         _s/ James E. Shadid_
                                         JAMES E. SHADID
                                         UNITED STATES DISTRICT JUDGE
                                         CENTRAL DISTRICT OF ILLINOIS