E-FILED
Tuesday, 18 June, 2019  03:35:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming on to be heard on the Petition of the Defendant, BRENDT A.

CHRISTENSEN, and it appearing to the Court that **TRAVIS J. CRANE, #R22632,** is

presently incarcerated in the Sheridan Correctional Center, Sheridan, Illinois; it further

appearing that **TRAVIS J. CRANE, #R22632,** was named as a material witness in the

above-entitled cause and his appearance is necessary in connection with these

proceedings on Monday, July 8, 2019 at 9:00 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum

be issued commanding the Warden of the Sheridan Correctional Center, Sheridan,

Illinois, and/or the United States Marshal for the Central District of Illinois, to

transport the said **TRAVIS J. CRANE, #R22632,** to the Central District of Illinois, and

to produce the said **TRAVIS J. CRANE, #R22632,** on Monday, July 8, 2019 at 9:00 a.m.

in the Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois,

in connection with this cause and then and there to present the said **TRAVIS J. CRANE,**

**#R22632** before the Court and from day to day thereafter as may be necessary.

**ENTERED** this  18th  day of June, 2019.

s/ James E. Shadid

JAMES E. SHADID
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS