UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-20037 |
| BRENDT A. CHRISTENSEN, | ) ) |
| Defendant. | ) ) ) ) |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   THE WARDEN OF THE SHERIDAN CORRECTIONAL CENTER, SHERIDAN, ILLINOIS, AND TO ANY UNITED STATES MARSHAL:

## G R E E T I N G S:

WE COMMAND that you produce and deliver the body of **TRAVIS J. CRANE, #R22632,** now in your custody in the Sheridan Correctional Center, Sheridan, Illinois, before the Honorable James E. Shadid, United States District Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on Monday, July 8, 2019 at the hour of 9:00 a.m. in order that **TRAVIS J. CRANE, #R22632,** may be present for the purposes of testifying as a material witness in the jury trial in the above-entitled cause and after said hearing and the disposition of said matters that you return **TRAVIS J. CRANE, #R22632,** under safe and secure conduct to the custody of the Sheridan Correctional Center, Sheridan, Illinois.

DATE: 6/18/2019

SHIG YASUNAGA, Clerk
United States District Court
Central District of Illinois