# UNITED STATES DISTRICT COURT
CENTRAL     DISTRICT OF     ILLINOIS

UNITED STATES OF AMERICA
V.
BRENDT A. CHRISTENSEN

**EXHIBIT AND WITNESS LIST**

Case Number: 17-20037

| PRESIDING JUDGE | GOVT'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Hon. James E. Shadid | B. Freres, E. Miller, J. Nelson | R. Tucker, E. Pollock, J. Brain, G. Taseff |
| **HEARING DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 6/12/2019 to 6/24/2019 | N. Mersot | J. Kelly |

| Obj or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | 6/12/19 | | | Ezzard Hoskins |
| no obj. | 12-1 | | 6/12/19 | Y | Y | Photograph taken on 6/20/17 of exterior of 2013 S. Orchard, Apt. D, Urbana, Illinois |
| no obj. | 12-5 | | 6/12/19 | Y | Y | Photograph taken on 6/20/17 of Officer Hoskins' business card placed outside of 2013 S. Orchard, Apt. D, Urbana, Illinois |
| | | | 6/12/19 | | | Xiaolin Hou |
| no obj. | 1A | | 6/12/19 | Y | Y | Photograph of Y.Z. with green grass in background |
| no obj. | 1B | | 6/12/19 | Y | Y | Photograph of Y.Z. at restaurant |
| no obj. | 1C | | 6/12/19 | Y | Y | Photograph of Y.Z. at palace in China |
| no obj. | 1D | | 6/12/19 | Y | Y | Photograph of Y.Z. with her parents and Mr. Hou |
| no obj. | 4B | | 6/12/19 | Y | Y | Still photograph from Exhibit 4A of Y.Z. boarding MTD bus at Orchard Downs at approximately 1:35 p.m. on June 9, 2017 |
| | | | 6/12/19 | | | Randy Fouts |
| no obj. | 4A | | 6/12/19 | Y | Y | CD containing assembled video from the Champaign-Urbana Mass Transit District (CUMTD) of Y.Z. and/or Saturn Astra on June 9, 2017 |
| no obj. | 4A1 | | 6/12/19 | Y | Y | Still of 15 Cameras on CUMTD Bus |
| no obj. | 2C | | 6/12/19 | Y | Y | Map of Champaign-Urbana Mass Transit District Bus Routes on 6/9/17 |
| | 2C-1 | | 6/12/19 | | | Witness Fouts Mark-Up of Govt Exhibit 2C |
| | | | 6/12/19 | | | Kaiyu Guan |
| no obj. | 3A | | 6/12/19 | Y | Y | Professor Gua's Office |
| no obj. | 3B | | 6/12/19 | Y | Y | Professor Gua's Lab |
| no obj. | 3C | | 6/12/19 | Y | Y | Professor Gua's Office Space for Students/Researchers |
| no obj. | 9E | | 6/12/19 | Y | Y | Missing Person Bulletin distributed around Champaign-Urbana Area, including the Memory Walk for Y.Z. |
| | | | 6/12/19 | | | Rontrez Stone |
| no obj. | 7 | | 6/12/19 | Y | Y | 2 Photographs of Text Messages between Y.Z. and Mr. Stone |
| | | | 6/12/19 | | | Tara Hurless |
| | 4A-1.2 4A-1.3 | | 6/12/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 4A) Bus Video Surveillance Clips |

\* *Include a notation as to the location of any exhibit not held with the case file or not available*:

Page 1 of ___15___ Pages

AO 187A (Rev. 7/87)                            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | USA | vs. | | CHRISTENSEN | CASE NO. **17-20037** |
|---|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 4A-4 to 4A-20 | | 6/12/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 4A) Bus Video Surveillance Clips | |
| | 2C-2 | | 6/12/19 | | | Witness Hurless/Atty Miller Mark-up of Govt Exhibit 2C | |
| | 4A11-1 | | 6/12/19 | | | Witness Hurless mark-up of still image of Govt Exhibit 4A | |
| | 2C-3 | | 6/12/19 | | | Witness Hurless mark-up of Govt Exhibit 2C | |
| | | | 6/12/19 | | | | Kenneth Costa |
| no obj. | 5A | | 6/12/19 | Y | Y | CD containing assembled video from UofI of Y.Z. and/or Saturn Astra on 6/9/17 | |
| | 5A-26 | | 6/12/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video Clip | |
| no obj. | 5B | | 6/12/19 | Y | Y | Still Image of Govt Ex 5A showing Y.Z. and Saturn Astra at Clark and Goodwin Streets | |
| no obj. | 5C | | 6/12/19 | Y | Y | Zoomed-In still from Govt Ex 5A showing Y.Z. and Saturn Astra at Clark and Goodwin Streets at approx. 2:04 PM on 6/9/2017 | |
| | | | 6/12/19 | | | | George Sandwick |
| no obj. | 10 | | 6/12/19 | Y | Y | Toothbrush with teal handle recovered from Y.Z.'s Apartment | |
| no obj. | 12-2 | | 6/12/19 | Y | Y | Exterior photograph taken on 6/20/17 from bottom of stairs to the door of 2013 S. Orchard, Apt. D, Urbana, Illinois | |
| no obj. | 12-7 | | 6/12/19 | Y | Y | Photograph taken on 6/20/17 of interior (living room area) of 2013 S. Orchard, Apt. D, Urbana, Illinois | |
| no obj. | 12-10 | | 6/12/19 | Y | Y | Photograph taken on 6/20/17 of bathroom inside of 2013 S. Orchard, Apt. D, Urbana, Illinois | |
| no obj. | 12-3 | | 6/12/19 | Y | Y | Photograph taken on 6/20/17 of exterior door of 2013 S. Orchard, Apt. D, Urbana, Illinois showing 5 evidence tapes on door frame | |
| no obj. | 12-4 | | 6/12/19 | Y | Y | Photograph taken on 6/20/17 of exterior door of 2013 S. Orchard, Apt. D, Urbana, Illinois showing close up of 2 evidence tapes on door frame | |
| | | | 6/12/19 | | | | James Carter |
| no obj. | 5D | | 6/12/19 | Y | Y | Still photograph from Govt Exhibit 5A showing front passenger side hubcap of Saturn Astra on June 9, 2017 | |
| no obj. | 5D-1 | | 6/12/19 | Y | Y | Witness Carter mark-up of Govt Exhibit 5D | |
| | | | 6/13/19 | | | | Gene Moore |
| no obj. | 9A | | 6/13/19 | Y | Y | Missing person bulletin/flyer for Y.Z. | |
| no obj. | 8 | | 6/13/19 | Y | Y | JPMorgan Chase records for checking account ending 9255 (Y.Z.'s account) for June of 2017 | |
| | | | 6/13/19 | | | | Joel Smith |
| no obj. | 13 | | 6/13/19 | Y | Y | Illinois Secretary of State printout of Saturn Astras registered in Champaign County in June of 2017 (5 pages) | |
| no obj. | 50 | | 6/13/19 | Y | Y | CD containing video from MLK Elementary School, Urbana, Illinois of Saturn Astra on June 9, 2017 | |
| no obj. | 14-1 | | 6/13/19 | Y | Y | Photograph of Front of Defendant's Saturn Astra | |
| no obj. | 14-2 | | 6/13/19 | Y | Y | Photograph of Passenger side of Defendant's Saturn Astra | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | | vs. | | CHRISTENSEN | CASE NO. 17-20037 |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| no obj. | 14-3 | | 6/13/19 | Y | Y | Close-up Photograph of Front Right tire/hub-cap of Defendant's Saturn Astra |
| | | | 6/13/19 | | | David Morgan |
| no obj. | 46A | | 6/13/19 | Y | Y | CD containing Schnucks video of the defendant dated 6/9/17 from 7:49 to 7:51 am |
| | 46A-1 | | 6/13/19 | | Y | (CD admitted 6/13/19, Govt Ex 46A) Screenshot of several camera shots at Schnucks on 6/9/17 |
| | 46A-2 | | 6/13/19 | | Y | (CD admitted 6/13/19, Govt Ex 46A) Video of Defendant entering front door at Schnucks on 6/9/17 |
| | 46A-3 | | 6/13/19 | | Y | (CD admitted 6/13/19, Govt Ex 46A) Video of Defendant in the Liquor Aisle at Schnucks on 6/9/17 |
| | 46A-5 | | 6/13/19 | | Y | (CD admitted 6/13/19, Govt Ex 46A) Video of Defendant making purchase at cash register in Schnucks on 6/9/17 |
| | 46A-6 | | 6/13/19 | | Y | (CD admitted 6/13/19, Govt Ex 46A) Video of Defendant exiting store with items purchased at Schnucks on 6/9/17 |
| no obj. | 46B | | 6/13/19 | Y | Y | Receipt from Schnucks dated 6/9/17 for purchase of Admiral Nelson Spiced Rum |
| no obj. | 47A | | 6/13/19 | Y | Y | CD containing Schnucks video of the defendant dated 6/12/17, from 3:14 to 3:21 pm |
| | 47A-1 | | 6/13/19 | | Y | (Govt Ex 47A) Video of Defendant entering front door at Schnucks on 6/12/17 |
| | 47A-2 | | 6/13/19 | | Y | (Govt Ex 47A) Video of Defendant making purchase at cash register in Schnucks on 6/12/17 |
| | 47A-3 | | 6/13/19 | | Y | (Govt Ex 47A) Video of Defendant exiting store with items purchased at Schnucks on 6/12/17 |
| no obj. | 47B | | 6/13/19 | Y | Y | Schnucks receipt of the defendant dated 6/12/17 (debit card purchase) at 3:20 PM |
| no obj. | 47C | | 6/13/19 | Y | Y | Schnucks receipt of the defendant dated 6/12/17 (cash purchase) at 3:21 PM |
| | | | 6/13/19 | | | Agent Anthony Manganaro |
| no obj. | 57 | | 6/13/19 | Y | Y | Photographic line-up (6 photos) viewed by E.H. on June 14, 2017 |
| no obj. | 9B | | 6/13/19 | Y | Y | Missing person bulletin/flyer as to Y.Z. from FBI |
| no obj. | 9D | | 6/13/19 | Y | Y | Missing person bulletin for billboard use as to Y.Z. from FBI |
| no obj. | 17B | | 6/13/19 | Y | Y | CD containing recorded interview of the defendant at the FBI office on June 15, 2017 |
| no obj. | 17BTR | | 6/13/19 | Y | Y | Transcript of Govt Ex 17B |
| no obj. | 17A | | 6/13/19 | Y | Y | FBI advice of rights form signed by the defendant on 6/15/2017 |
| no obj. | 2A | | 6/13/19 | Y | Y | Reference Map of Champaign-Urbana |
| no obj. | 61 | | 6/13/19 | Y | Y | CD containing Surveillance Video Footage from business at 501 E. University, Champaign, Illinois |
| no obj. | 2D | | 6/13/19 | Y | Y | Map of streets in Urbana, Illinois, including points where surveillance video captured 2008 Saturn Astra the *afternoon* of 6/9/2017 |
| no obj. | 2F | | 6/13/19 | Y | Y | Map of streets in Urbana, Illinois, including points where surveillance video captured 2008 Saturn Astra the *morning* of 6/9/2017 |

AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | USA | vs. | | CHRISTENSEN | CASE NO. 17-20037 |
|---|---|---|---|---|---|

| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | 5A-13 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 1 on Govt Ex 2F |
| | 5A-14 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 2 on Govt Ex 2F |
| | 5A-15 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 3 on Govt Ex 2F |
| | 5A-16 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 4 on Govt Ex 2F |
| | 5A-17 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 4 on Govt Ex 2F |
| | 5A-18 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 5 on Govt Ex 2F |
| | 5A-19 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 6 on Govt Ex 2F |
| | 5A-20 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 7 on Govt Ex 2F |
| | 5A-21 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 8 on Govt Ex 2F |
| | 5A-22 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 9 on Govt Ex 2F |
| | 5A-23 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 10 on Govt Ex 2F |
| | 5A-24 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 11 on Govt Ex 2F |
| | 5A-25 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 12 on Govt Ex 2F |
| | 5A-1 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 1 on Govt Ex 2D |
| | 5A-2 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 1 on Govt Ex 2D |
| | 5A-3 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 1 on Govt Ex 2D |
| | 5A-4 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 1 on Govt Ex 2D |
| | 5A-5 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5A) Surveillance Video: Box 2 on Govt Ex 2D |
| | 4A-14 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 4A) Surveillance Video: Box 3 on Govt Ex 2D |
| | 61-1 | | 6/13/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 61) Surveillance Video: Box 4 on Govt Ex 2D |
| | 5A-6 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5a) Surveillance Video: Box 5 on Govt Ex 2D |
| | 5A-7 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5a) Surveillance Video: Box 6 on Govt Ex 2D |
| | 5A-8 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5a) Surveillance Video: Box 6 on Govt Ex 2D |
| | 5A-9 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5a) Surveillance Video: Box 6 on Govt Ex 2D |
| | 5A-10 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5a) Surveillance Video: Box 7 on Govt Ex 2D |
| | 5A-11 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5a) Surveillance Video: Box 7 on Govt Ex 2D |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | USA   vs.   CHRISTENSEN | CASE NO. 17-20037 |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 5A-12 | | 6/13/19 | | Y | (Disc admitted on 6/12/19, Govt Ex 5a) Surveillance Video: Box 8 on Govt Ex 2D |
| | 50-1 | | 6/13/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 50) Surveillance Video: Box 9 on Govt Ex 2D |
| | 50-2 | | 6/13/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 50) Surveillance Video: Box 9 on Govt Ex 2D |
| | 2D-1 | | 6/13/19 | | | Witness Manganaro mark-up of Govt Ex 2D |
| no obj. | 43 | | 6/13/19 | Y | Y | CD containing Busey Bank Records as to Defendant |
| no obj. | 44 | | 6/13/19 | Y | Y | CD containing Busey Bank Video Surveillance Footage |
| no obj. | 37A | | 6/13/19 | Y | Y | CD containing Amazon.com Purchase Records as to Defendant and/or 2503 W. Springfield Ave., Apt. B2, Champaign, Illinois from March through June of 2017 |
| no obj. | 38 | | 6/13/19 | Y | Y | UPS Records of Shipments as to Defendant and/or 2503 W. Springfield Ave., Apt. B2, Champaign, Illinois from March through June of 2017 |
| no obj. | 38A | | 6/13/19 | Y | Y | Summary Exhibit of Amazon Purchases and UPS Delivery Records |
| no obj. | 43A | | 6/13/19 | Y | Y | Summary of Busey Bank Records as to Defendant |
| no obj. | 37B | | 6/13/19 | Y | Y | Same model of duffel bag purchased from Amazon by Defendant |
| | 44-3 | | 6/13/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 44) Busey Bank Video of Defendant at ATM |
| | 46A-4 | | 6/13/19 | Y | Y | (Disc admitted on 6/13/19, Govt Ex 46A) Still from Govt 46A, Schnucks Video of Defendant in Liquor Aisle |
| no obj. | 40A | | 6/13/19 | Y | Y | CD containing Google records of brendtchristensen@gmail.com and lovemachine689@gmail.com |
| no obj. | 40B | | 6/13/19 | Y | Y | Summary Exhibit of Govt Exhibit 40A |
| | | | 6/14/19 | | | Michael Carter |
| no obj. | 16-2 | | 6/14/19 | Y | Y | Photograph of Defendant's Guest Bedroom/Office at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 15B | | 6/14/19 | Y | Y | Computer Tower (left side of room in photo, Govt Ex 16-2) seized from 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 15C | | 6/14/19 | Y | Y | Computer Tower (right side of room in photo, Govt Ex 16-2) seized from 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 15D | | 6/14/19 | Y | Y | Black Motorola Cell phone located on desk in Guest Bedroom/Office 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 21B | | 6/14/19 | Y | Y | CD containing Recorded Interview of Defendant with FBI Agents on 6/17/2017 |
| no obj. | 21B-TR | | 6/14/19 | Y | Y | Transcript of Govt Exhibit 21B |
| no obj. | 21A | | 6/14/19 | Y | Y | Advice of Rights form provided by FBI and signed by Defendant during 6/17/17 interview |
| no obj. | 2E | | 6/14/19 | Y | Y | Map of area surrounding Goodwin and Clark streets in Urbana, Illinois, including path of 2008 Saturn Astra claimed by Defendant |
| no obj. | 48A | | 6/14/19 | Y | Y | CD containing Walmart video of the defendant dated June 11, 2017 |
| no obj. | 48B | | 6/14/19 | Y | Y | Walmart receipt of the defendant dated June 11, 2017 at 11:58 am |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | USA | | vs. | | CHRISTENSEN | CASE NO. 17-20037 |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | 6/14/19 & 6/17/19 | | | Andrew Huckstadt |
| no obj. | 15A | | 6/14/19 | Y | Y | Consent to Search form signed by Defendant's then wife on 6/15/17 for search of apartment |
| no obj. | 16-1 | | 6/14/19 | Y | Y | Photograph of Front door of Apt at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-3 | | 6/14/19 | Y | Y | Photograph of Computer Tower seized from office/guest bedroom at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-4 | | 6/14/19 | Y | Y | Photograph of Second Computer tower seized from Guest Bedroom/Office at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-5 | | 6/14/19 | Y | Y | Photograph of Defendant's Wallet, Drivers License, and Debit Card at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-6 | | 6/14/19 | Y | Y | Photograph of Back of Black Cell Phone at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-7 | | 6/14/19 | Y | Y | Photograph of Front of Black Cell Phone at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-8 | | 6/14/19 | Y | Y | Photograph of Canon Power Shot Camera at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-9 | | 6/14/19 | Y | Y | Photograph of External Hard-drive labeled WD Elements at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-10 | | 6/14/19 | Y | Y | Photograph of Aviator Sunglasses at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-11 | | 6/14/19 | Y | Y | Photograph of Laptop at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-12 | | 6/14/19 | Y | Y | Photograph of Second Laptop at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-13 | | 6/14/19 | Y | Y | Photograph of LG Cell Phone at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-14 | | 6/14/19 | Y | Y | Photograph of Computer Tower from the Living Room at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 16-15 | | 6/14/19 | Y | Y | Photograph of Hair Clippings in Evidence Bag at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |
| no obj. | 15E | | 6/14/19 | Y | Y | Aviator Suglasses |
| no obj. | 54 | | 6/14/19 | Y | Y | CD containing audio/video recording of the defendant's interview at the University of Illinois Counseling Center on March 21, 2017 |
| | 54-1 | | 6/14/19 | | Y | (Govt 54 admitted) Clip at the beginning of the counseling session. |
| | 54-5 | | 6/14/19 | | Y | (Govt 54 admitted) Clip later into session |
| no obj. | 51A | | 6/14/19 | Y | Y | FBI FD-472, agreement to record conversations, executed by T. B. on June 16, 2017 |
| no obj. | 20 | | 6/14/19 | Y | Y | CD containing recording of phone conversation between defendant and T.B. on June 16, 2017 |
| no obj. | 22 | | 6/14/19 | Y | Y | CD containing recording of meeting between the defendant and T.B. on June 17, 2017 |
| no obj. | 23 | | 6/14/19 | Y | Y | CD containing recording of meeting between the defendant and T.B. on June 19, 2017 |
| no obj. | 24 | | 6/14/19 | Y | Y | CD containing recording of meeting between the defendant and T.B. on June 20, 2017 |
| no obj. | 25 | | 6/14/19 | Y | Y | CD containing recording of meeting between the defendant and T.B. on June 21, 2017 |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | USA | | vs. | | CHRISTENSEN | CASE NO. **17-20037** |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| no obj. | 26 | | 6/14/19 | Y | Y | CD containing recording of meeting between the defendant and T.B. on June 22, 2017 |
| no obj. | 27 | | 6/14/19 | Y | Y | CD containing recording of phone call between the defendant and T.B. on June 23, 2017 |
| no obj. | 28 | | 6/14/19 | Y | Y | CD containing recording of meeting between the defendant and T.B. on June 27, 2017 |
| no obj. | 20TR | | 6/14/19 | Y | Y | Transcript of Govt Ex 20 |
| no obj. | 22TR | | 6/14/19 | Y | Y | Transcript of Govt Ex 22 |
| no obj. | 23TR | | 6/14/19 | Y | Y | Transcript of Govt Ex 23 |
| no obj. | 24TR | | 6/14/19 | Y | Y | Transcript of Govt Ex 24 |
| no obj. | 25TR | | 6/14/19 | Y | Y | Transcript of Govt Ex 25 |
| no obj. | 26TR | | 6/14/19 | Y | Y | Transcript of Govt Ex 26 |
| no obj. | 27TR | | 6/14/19 | Y | Y | Transcript of Govt Ex 27 |
| no obj. | 28TR | | 6/14/19 | Y | Y | Transcript of Govt Ex 28 |
| | 22-1 | | 6/14/19 | | Y | (CD admitted on 6/14, Govt Ex 22) Clip of Defendant and T.B. |
| | 22-2 | | 6/14/19 | | Y | (CD admitted on 6/14, Govt Ex 22) Clip of Defendant and T.B. |
| | 22-3 | | 6/14/19 | | Y | (CD admitted on 6/14, Govt Ex 22) Clip of Defendant speaking to Agent on telephone |
| | 22-4 | | 6/14/19 | | Y | (CD admitted on 6/14, Govt Ex 22) Clip of Defendant speaking to T.B. on her front porch |
| | 28-1 | | 6/14/19 | | Y | (CD admitted on 6/14, Govt Ex 28) Clip of Defendant speaking to T.B. |
| obj. | 58 | | 6/14/19 | Y | Y | Paperback version of the Book "America Psycho" |
| no obj. | 60B | | 6/14/19 | Y | Y | Photograph of Defendant and T.B. at Memorial Walk on 6/29/2019 (In group) |
| no obj. | 60C | | 6/14/19 | Y | Y | Photograph of Defendant and T.B. at Memorial Walk on 6/29/2019 (excerpt zoomed in) |
| no obj. | 60D | | 6/14/19 | Y | Y | Photograph of Defendant and T.B. at Memorial Walk on 6/29/2019 (Large Group – showing Defendant to back right on stairs in photo) |
| no obj. | 60E | | 6/14/19 | Y | Y | Photograph of Defendant and T.B. at Memorial Walk on 6/29/2019 (Photo taken from behind of Defendant and T.B.) |
| no obj. | 60F | | 6/14/19 | Y | Y | Photograph of Defendant and T.B. at Memorial Walk on 6/29/2019 (Second Photo taken from behind of Defendant and T.B.) |
| no obj. | 60A | | 6/14/19 | Y | Y | CD containing video of Defendant and T.B. walking at the Memorial Walk on 6/29/2017 |
| no obj. | 29 | | 6/14/19 | Y | Y | CD containing Audio Recordings of Defendant and T.B. at the Memorial Walk on 6/29/2017 |
| no obj. | 29TR | | 6/14/19 | Y | Y | Transcript of Govt Ex 29 |
| no obj. | 30A | | 6/14/19 | Y | Y | Lenovo Laptop and Charger seized from 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI on June 15, 2017 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | USA | vs. | | CHRISTENSEN | CASE NO. 17-20037 |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 1 | 6/17/19 | | | Records from FetLife.com |
| | | 2 | 6/17/19 | | | Conversation between the Defendant and another user on FetLife.com |
| | 29-23 | | 6/17/19 | | Y | (CD admitted on 6/14, Govt Ex 29) Clip of Defendant calling M.C. |
| no obj. | 62 | | 6/17/19 | Y | Y | Facebook Messenger conversation with the Defendant and another user |
| | | | 6/17/19 | | | William O'Sullivan, *Expert* |
| no obj. | 35 | | 6/17/19 | Y | Y | Screen shots of browser tabs seized from Govt Ex 15F (CART QSI2) for Akuma689 on Fetlife.com |
| no obj. | 34 | | 6/17/19 | Y | Y | Summary exhibit prepared by FBI Senior Forensic Examiner William O'Sullivan of user actions on Govt Exhibits 15B, 15D, 15F, and 30B between 2/6/17 and 6/30/17 |
| no obj. | 36A | | 6/17/19 | Y | Y | Paper titled "A Critical Analysis of Research Related to the Criminal Mind of Serial Killers," downloaded on Govt Ex 15B-C, on February 6, 2017 |
| no obj. | 36B | | 6/17/19 | Y | Y | Article related to decomposition downloaded on Govt Ex 15F on February 25, 2017 |
| no obj. | 36C | | 6/17/19 | Y | Y | Photograph of image from Govt Exhibit 15F (CART QSI2) downloaded on April 16, 2017 @ 10:13 pm (female bound with duct tape) |
| no obj. | 36E | | 6/17/19 | Y | Y | Photograph of image from Govt Exhibit 15F (CART QSI2) downloaded on April 17, 2017 @ 8:05 am (female handcuffed to PVC pipe) |
| no obj. | 36F | | 6/17/19 | Y | Y | Photograph of image from Govt Exhibit 15F (CART QSI2) downloaded on April 17, 2017 @ 8:06 am (chained and gagged female) |
| | | | 6/17/19 | | | Eric Stiverson |
| | 2C-4 | | 6/17/19 | | | Witness Stiverson's mark-up of Govt Exhibit 2C |
| | 17B-1 | | 6/17/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 17B) Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 17B-2 | | 6/17/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 17B) 2nd Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 17B-3 | | 6/17/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 17B) 3rd Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 17B-5 | | 6/17/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 17B) 5th Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 17B-7 | | 6/17/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 17B) 7th Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 17B-8 | | 6/17/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 17B) 8th Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 17B-9 | | 6/17/19 | | Y | (Disc admitted on 6/13/19, Govt Ex 17B) 9th Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | | | 6/17/19 | | | Brian Schenkelberg |
| | 21B-1 | | 6/17/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 21B) Clip of FBI Interview of Defendant on 6/17/2017 |
| | 21B-2 | | 6/17/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 21B) 2nd Clip of FBI Interview of Defendant on 6/17/2017 |
| | 21B-3 | | 6/17/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 21B) 3rd Clip of FBI Interview of Defendant on 6/17/2017 |
| | | | 6/17/19 | | | December Melville |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | USA | vs. | | CHRISTENSEN | CASE NO. **17-20037** |
|---|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| no obj. | 18A | | 6/17/19 | Y | Y | Overhead photograph (Google Earth) of Stonegate Village, 2503 W. Springfield Avenue, Champaign, Illinois on June 15, 2017 | |
| | 18A-1 | | 6/17/19 | | | Witness Melville's mark-up of Govt Ex 18A | |
| no obj. | 19-1 to 19-37 | | 6/17/19 | Y | Y | Photographs of 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by ISP on June 15-16, 2017 | |
| no obj. | 18B | | 6/17/19 | Y | Y | Diagrams/Blueprints of interior of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois (3 pages) | |
| no obj. | 18D | | 6/17/19 | Y | Y | Swabs taken from stain on baseball bat in master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (FBI Lab Item 40; ISP 15) | |
| no obj. | 18E | | 6/17/19 | Y | Y | Baseball bat seized from master bedroom floor of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 (ISP 17) | |
| | 19-32-1 | | 6/17/19 | | | Witness Melville's mark-up of Govt Exhibit 19-32 | |
| | 19-33-1 | | 6/17/19 | | | Witness Melville's mark-up of Govt Exhibit 19-33 | |
| no obj. | 18C | | 6/17/19 | Y | Y | Swabs taken from stains on mattress in master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on June 15-16, 2017 | |
| | | | 6/17/19 | | | Timothy LeMasters | |
| no obj. | 12-27 | | 6/17/19 | Y | Y | Close-up Photograph taken on 6/20/17 of exterior door of 2013 S. Orchard, Apt. D, Urbana, Illinois showing re-seal of evidence tape | |
| no obj. | 11A | | 6/17/19 | Y | Y | Diagram/Blueprint of interior of 2013 S. Orchard, Apt. D, Urbana, Illinois | |
| no obj. | 12-6 | | 6/17/19 | Y | Y | Photograph taken on 6/20/17 of living room at 2013 S. Orchard, Apt. D, Urbana, Illinois | |
| no obj. | 12-8 | | 6/17/19 | Y | Y | Photograph taken on 6/20/17 of living room/kitchen at 2013 S. Orchard, Apt. D, Urbana, Illinois | |
| no obj. | 12-9 | | 6/17/19 | Y | Y | Photograph taken on 6/20/17 of kitchen at 2013 S. Orchard, Apt. D, Urbana, Illinois | |
| no obj. | 12-12 to 12-25 | | 6/17/19 | Y | Y | Various Interior Photographs taken on 6/20/17 at 2013 S. Orchard, Apt. D, Urbana, Illinois | |
| no obj. | 11B | | 6/17/19 | Y | Y | Journal recovered from Y.Z.'s Apartment | |
| no obj. | 11C | | 6/17/19 | Y | Y | All pink Toothbrush recovered from Y.Z.'s Apartment | |
| no obj. | 12-11 | | 6/17/19 | Y | Y | Photograph taken on 6/20/17 of bedroom closet at 2013 S. Orchard, Apt. D, Urbana, Illinois | |
| no obj. | 11D | | 6/17/19 | Y | Y | Toothbrush with pink and clear handle recovered from Y.Z.'s Apartment | |
| no obj. | 12-26 | | 6/17/19 | Y | Y | Photograph taken on 6/20/17 of exterior door of 2013 S. Orchard, Apt. D, Urbana, Illinois showing re-seal of evidence tape | |
| | | | 6/18/19 | | | John Clark | |
| no obj. | 53 | | 6/18/19 | Y | Y | Maintenance request for 2503 W. Springfield, Apt. B2, Champaign, Illinois created on June 13, 2017 at 3:22 pm (2 pages) | |
| | 19-10-A | | 6/18/19 | | | Witness Clark mark-up of Govt Ex 19-10 | |
| | | | 6/18/19 | | | Tom Geis | |
| no obj. | 56-1 to 56-13 | | 6/18/19 | Y | Y | Photographs of items contained in safety deposit box #93 (defendant's) at Busey Bank, Champaign, Illinois on June 20, 2017 | |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | USA | vs. | | CHRISTENSEN | CASE NO. 17-20037 |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| no obj. | 56A | | 6/18/19 | Y | Y | Defendant's Passport seized from safety deposit box |
| | 2A-1 | | 6/18/19 | | | Witness Geis mark-up of Govt Ex 2A |
| | | | 6/18/19 | | | Katherine Tenaglia |
| no obj. | 30B | | 6/18/19 | Y | Y | Roll of duct tape seized from Defendant's apartment |
| | | | 6/18/19 | | | Emily Hogan |
| | 2F-1 | | 6/18/19 | | | Witness Hogan mark-up of Govt Ex 2F |
| | 2F-3 | | 6/18/19 | | | Witness Hogan mark-up of Govt Ex 2F |
| | | | 6/18/19 | | | Charles Hill |
| | | | 6/18/19 | | | Michael Maguire |
| no obj. | 14-4 to 14-15 | | 6/18/19 | Y | Y | Photographs of 2008 Saturn Astra registered to defendant |
| no obj. | 31-1 to 31-37 | | 6/18/19 | Y | Y | Photographs of 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Springfield ERT on June 30, 2017 |
| | 31-19A | | 6/18/19 | | | Witness Maguire mark-up of Govt Ex 31-19 |
| | | | 6/18/19 | | | Jeremy Bruketta |
| | | | 6/18/19 | | | Douglas Seccombe |
| no obj. | 33-29 | | 6/18/19 | Y | Y | Photograph of carpet showing footprint at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| no obj. | 33-31 to 33-36 | | 6/18/19 | Y | Y | Photographs of carpet at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| no obj. | 33-25 to 33-28 | | 6/18/19 | Y | Y | Photographs of carpet and wall at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| no obj. | 33-30 | | 6/18/19 | Y | Y | Photograph of carpet showing footprint with ruler at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| no obj. | 33-1 to 33-24 | | 6/18/19 | Y | Y | Photographs of interior at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| no obj. | 33-39 | | 6/18/19 | Y | Y | Photograph of carpet at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| no obj. | 33-43 to 33-45 | | 6/18/19 | Y | Y | Photographs of master bedroom at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| no obj. | 32A | | 6/18/19 | Y | Y | Large carpet square with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 (FBI Lab Item 158; FBI Item 53) |
| no obj. | 32D | | 6/18/19 | Y | Y | Tack strip with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 Room D (FBI Lab Item 161; Item 55) |
| no obj. | 32B | | 6/18/19 | Y | Y | Drywall with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 (FBI Lab Item 159; FBI Item 55) |
| no obj. | 32C | | 6/18/19 | Y | Y | Baseboard with stain seized from master bedroom of 2503 W. Springfield Avenue, Apt. B2, Champaign, Illinois on July 1, 2017 from Room D (FBI Lab Item 160; FBI Item 55) |
| | | 3 | 6/18/19 | | | Witness Seccombe's mark-up of Govt Ex 18B |
| | | | 6/18/19 | | | Courtney Corbett |

Page __10__ of __15__ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | USA | vs. | CHRISTENSEN | CASE NO. 17-20037 |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 18B-A | 6/18/19 | | | Witness Corbett's mark-up of Govt Ex 18B |
| no obj. | 33-42 | | 6/18/19 | Y | Y | Photograph of bathroom at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| no obj. | 33-37 | | 6/18/19 | Y | Y | Photograph of bottom of door 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| no obj. | 33-46 | | 6/18/19 | Y | Y | Photograph of Apt door at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| | 33-42A | | 6/18/19 | | | Witness Corbett's mark-up of Govt Ex 33-42 |
| | | | 6/19/19 | | | Amanda Bakker, *Expert* |
| | | | 6/19/19 & 6/20/19 | | | Terra Bullis |
| no obj. | 51-1 | | 6/19/19 | Y | Y | Photographs of cell phone with text messages between the defendant and T.B. |
| | 22-1 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 22) Clip of recording of conversation between the defendant and T.B. on June 17, 2017 |
| | 22-2 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 22) Clip of recording of conversation between the defendant and T.B. on June 17, 2017 |
| | 22-4 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 22) Clip of recording of conversation between the defendant and T.B. on June 17, 2017 |
| | 22-5 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 22) Clip of recording of conversation between the defendant and T.B. on June 17, 2017 |
| | 22-6 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 22) Clip of recording of conversation between the defendant and T.B. on June 17, 2017 |
| | 23-1 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 23) Clip of recording of meeting between the defendant and T.B. on June 19, 2017 |
| | 23-2 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 23) Clip of recording of meeting between the defendant and T.B. on June 19, 2017 |
| | 23-3 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 23) Clip of recording of meeting between the defendant and T.B. on June 19, 2017 |
| | 24-1 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 24) Clip of recording of meeting between the defendant and T.B. on June 20, 2017 |
| | 24-2 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 24) Clip of recording of meeting between the defendant and T.B. on June 20, 2017 |
| | 24-3 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 24) Clip of recording of meeting between the defendant and T.B. on June 20, 2017 |
| | 25-1 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 26) Clip of recording of meeting between the defendant and T.B. on June 22, 2017 |
| | 26-1 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 26) Clip of recording of meeting between the defendant and T.B. on June 22, 2017 |
| | 26-2 | | 6/19/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 26) Clip of recording of meeting between the defendant and T.B. on June 22, 2017 |
| no obj. | 51-2 | | 6/19/19 | Y | Y | Photographs of cell phone with text messages between the defendant and T.B. from June 23, 2017 |
| | 28-1 | | 6/20/19 | | | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| | 28-2 | | 6/20/19 | | | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| | 28-3 | | 6/20/19 | | | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | USA | | vs. | CHRISTENSEN | CASE NO. 17-20037 |

| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | 28-4 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| | 28-5 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| | 28-6 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| | 28-7 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| | 28-8 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| | 28-9 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| | 28-10 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| | 28-11 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| | 28-12 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 28) Clip of recording of meeting between the defendant and T.B. on June 27, 2017 |
| no obj. | 51-3 | | 6/20/19 | Y | Y | Photographs of cell phone with text messages between the defendant and T.B. from June 29-30, 2017 |
| no obj. | 60G | | 6/20/19 | Y | Y | Photograph of Defendant sitting on stairs at Memorial Walk on 6/29/2019 |
| no obj. | 60H | | 6/20/19 | Y | Y | Photograph of Defendant and T.B. sitting on stairs at Memorial Walk on 6/29/2019 |
| no obj. | 60I | | 6/20/19 | Y | Y | Photograph of Defendant and T.B. sitting on stairs at Memorial Walk on 6/29/2019 |
| no obj. | 60J | | 6/20/19 | Y | Y | Photograph of Defendant and T.B. walking away from stairs at Memorial Walk on 6/29/2019 |
| no obj. | 60K | | 6/20/19 | Y | Y | Photograph of Defendant and T.B. in crowd at Memorial Walk on 6/29/2019 |
| no obj. | 60L | | 6/20/19 | Y | Y | Photograph of Defendant and T.B. in crowd at Memorial Walk on 6/29/2019 |
| | 29-1 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-2 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-3 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-4 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-5 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-6 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-8 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-9 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-10 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-11 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | USA vs. CHRISTENSEN | | | CASE NO. 17-20037 |
| | 29-12 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-13 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-14 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-16 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-17 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-18 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-19 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-20 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-21 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | 29-22 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 29) Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| no obj. | | 4 | 6/20/19 | Y | Y | Print-out of defendant's FetLife.com profile |
| no obj. | | 5 | 6/20/19 | Y | Y | Message Exchange between the defendant and T.B. |
| obj. | | 7-2 | 6/20/19 | Y | Y | Text Message Exchange between defendant and T.B. dated 4/6/2017 |
| obj. | | 7-5 | 6/20/19 | Y | Y | Text Message Exchange between defendant and T.B. dated 4/17/2017 |
| obj. | | 7-9 | 6/20/19 | Y | Y | Text Message Exchange between defendant and T.B. dated 4/29/2017 |
| obj. | | 8 | 6/20/19 | | | (Portion of Govt Ex 22-TR) Transcript of 6/17/2019 Conversation with Defendant and T.B. |
| obj. | | 7-12 | 6/20/19 | | | Text messages between T.B. & M.C. |
| | | | 6/20/19 | | | Greg Catey, *Expert* |
| no obj. | 6 | | 6/20/19 | Y | Y | AT&T telephone records of Y.Z. |
| no obj. | 45 | | 6/20/19 | Y | Y | CD containing Sprint telephone records as to the Defendnat |
| no obj. | 55A | | 6/20/19 | Y | Y | Summary exhibit prepared by FBI S.A. G. Catey regarding cellular records analysis report of defendant's and Y.Z.'s telephone numbers on June 9, 2017 |
| | 55A-1 | | 6/20/19 | | | Witness Catey's mark-up of Govt Ex 55A |
| | 55A-2 | | 6/20/19 | | | Witness Catey's mark-up of Govt Ex 55A |
| no obj. | 55B | | 6/20/19 | Y | Y | Photographs of AT&T tower in Champaign, Illinois |
| | | | 6/20/19 | | | Andrew Huckstadt |
| no obj. | 42 | | 6/20/19 | Y | Y | Photograph of Bank Activity of defendant and M.Z.'s account |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | | |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |

USA vs. CHRISTENSEN    CASE NO. 17-20037

| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | 42-A | | 6/20/19 | | | Witness Huckstadt's mark-up of Govt Exhibit 42 |
| | 48A-2 | | 6/20/19 | | Y | (Disc admitted on 6/14/19, Govt Ex 48) Clip of defendant at Walmart on June 11, 2017 |
| | 64-1 | | 6/20/19 | | | Syllabus for UofI Course titled Sociology of Deviants |
| | 64-2 | | 6/20/19 | | | Outline of Course readings for UofI Course titled Sociology of Deviants |
| | 64-3 | | 6/20/19 | | | Course Announcements for UofI Course titled Sociology of Deviants |
| | 64-4 | | 6/20/19 | | | 37 individual readings assigned for UofI Course titled Sociology of Deviants |
| | 64 | | 6/20/19 | | | Photocopies of textbook for UofI Course titled Sociology of Deviants |
| no obj. | 41-A | | 6/20/19 | Y | Y | CD containing Reddit account records of the defendant |
| no obj. | 41B | | 6/20/19 | Y | Y | Summary of Reddit account records |
| no obj. | 52A | | 6/20/19 | Y | Y | CD containing Macon County Jail call of the defendant on July 2, 2017 |
| no obj. | 52B | | 6/20/19 | Y | Y | CD containing Macon County Jail call of the defendant on July 4, 2017 |
| | 52B-1 | | 6/20/19 | | Y | (Disc admitted on 6/20/19, Govt Ex 52B) Clip of defendant speaking to M.Z. |
| | 52A2-2 | | 6/20/19 | | Y | (Disc admitted on 6/20/19, Govt Ex 52A) Clip of defendant speaking to M.Z. |
| | 52A2-1 | | 6/20/19 | | Y | (Disc admitted on 6/20/19, Govt Ex 52A) Clip of defendant speaking to M.Z. |
| | 52A2-3 | | 6/20/19 | | Y | (Disc admitted on 6/20/19, Govt Ex 52A) Clip of defendant speaking to M.Z. |
| | 52A1-1 | | 6/20/19 | | Y | (Disc admitted on 6/20/19, Govt Ex 52A) Clip of defendant speaking to M.Z. |
| | 52A1-3 | | 6/20/19 | | Y | (Disc admitted on 6/20/19, Govt Ex 52A) Clip of defendant speaking to M.Z. |
| no obj. | 49A | | 6/21/19 | Y | Y | CD containing Google Records of Y.Z. |
| no obj. | 39A | | 6/21/19 | Y | Y | CD containing Fetlife records of Akuma689 |
| | | | 6/21/19 | | | Anthony Manganaro |
| | | | 6/21/19 | | | Alan Profancik |
| | | | 6/21/19 | | | Michelle Zortman |
| no obj. | | 9A | 6/21/19 | Y | Y | Photograph of defendant and M.Z.'s kitchen with cooking equipment shown |
| no obj. | | 9B | 6/21/19 | Y | Y | Photograph of cookbooks from defendant and M.Z.'s kitchen |
| no obj. | | 9C | 6/21/19 | Y | Y | Photograph of 2nd half of Cookie Recipe on Fridge in defendant and M.Z.'s kitchen |
| | | 10 | 6/21/19 | | | Text Messages between defendant and M.Z. |

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | USA | | vs. | | CHRISTENSEN | **CASE NO. 17-20037** |
|---|---|---|---|---|---|---|
| *Obj. or No* | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | 6/21/19 | | | Andrew Huckstadt |
| *no obj.* | | 12 | 6/21/19 | Y | Y | CD containing full counseling session with UICC Counselor |
| *obj.* | | 13 | 6/21/19 | | | Notes of UICC Counselor from Dft's session |
| *no obj.* | | 12TR | 6/21/19 | Y | Y | Transcript of Dft Ex 12 |
| | | 11 | 6/21/19 | | | Paperwork from FBI showing payment to T.B. |
| | | | 6/21/19 | | | Loren Moneypenny |