IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-CR-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES OF AMERICA'S MOTION TO EXCLUDE
IMPROPER OPINION TESTIMONY REGARDING THE
DEFENDANT'S MENTAL HEALTH AS A TEENAGER**

NOW COMES the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, Eugene L. Miller and Bryan Freres, Assistant United States Attorneys, and Department of Justice Trial Attorney James B. Nelson, and respectfully files this motion to preclude evidence of the defendant's mental health status from the penalty phase. The bases for the United States' motion follow.

**FACTUAL BACKGROUND**

On March 18, 2019, the defendant submitted a 26-page letter to the United States Attorney for the Central District of Illinois and the Acting Chief of the Department of Justice's Capital Case Section. That letter was accompanied by 277 pages of medical records. This letter includes unsupported allegations that the defendant suffered from mental health issues as a child and teenager, which carried into his adult years. *Id.* It also contains allegations of the mental health defense that the defendant has since withdrawn. (R.317).

**ARGUMENT**

1. <u>**Rule 12.2 Prohibits the Defendant From Presenting Expert Testimony with Regard to the Defendant's Mental Health**</u>

    Rule 12.2(b)(2) requires advanced written notice if the defendant intends to present expert testimony with regard to a "mental disease or defect or any other mental condition" during the penalty phase of a capital trial. As the Court noted at the conclusion of the April 30, 2019, hearing, there is no Rule 12.2 notice on the record in this case. By withdrawing his Rule 12.2 notice, and refusing to be examined by the United States' experts, and withdrawing his notice, the defendant has prevented the United States from gathering the evidence necessary to rebut the unsupported allegations in the March 18, 2019, letter. As such, the defendant should be precluded from introducing evidence of unsupported allegations of the defendant's mental health issues as a teenager through any expert witness during the penalty phase.

2. <u>**FRE 701 Prohibits the Defendant from Presenting Lay Opinion Testimony with Regard to the Defendant's Mental Health**</u>

    Lay witnesses may give opinion testimony, so long as their opinion is "not based on scientific, technical, or other specialized knowledge within the scope of Rule 702." FRE 701. In other contexts, the defendant has moved the Court *in limine* to preclude lay witnesses from rendering opinions as to the defendant's mental condition at various points in time. (R.239, at 29-31, 33-37). If such witnesses exist, the defendant may call lay witnesses to testify about their observations of the defendant's behavior, but they should not be permitted to speculate about the inner workings of the defendant's mind or any potential diagnoses. (R.324, at 12, 14-16). This is particularly true given that the

2

defendant's withdrawal of his Rule 12.2 notice will prevent the United States from meaningfully rebutting any such speculation with regard to diagnosis.

WHEREFORE the United States respectfully requests that the Court prohibit the defendant from introducing improper opinion testimony regarding the defendant's mental health as a teenager.

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

*/s/Eugene L. Miller*
Eugene L. Miller
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
eugene.miller@usdoj.gov

*/s/ James B. Nelson*
James B. Nelson
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Phone: 202/598-2972
james.nelson@usdoj.gov

*/s/Bryan D. Freres*
Bryan D. Freres
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
bryan.freres@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

>*/s/ James B. Nelson*
>James B. Nelson
>Trial Attorney
>Capital Case Section
>United States Department of Justice
>1331 F. Street NW, Room 625
>Washington, DC  20004
>Tel: (202) 598-2872
>james.nelson@usdoj.gov