The Jury has reached a verdict on all 3 counts.

s/ Foreperson

FILED
JUN 2 4 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS