UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**FILED**

JUN 2 4 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 17-20037 |
| BRENDT A. CHRISTENSEN, | ) |
| Defendant. | ) |

### VERDICT

We, the Jury, find the Defendant, BRENDT A. CHRISTENSEN,

__Guilty__ of the offense of kidnapping
(Guilty/Not Guilty)

resulting in death as charged in Count 1 of the Superseding Indictment.

s/ Juror                                s/ Juror

s/ Juror                                s/ Juror

s/ Juror                                s/ Juror

s/ Juror                                s/ Juror

s/ Juror                                s/ Foreperson

s/ Juror                                Foreperson

Date: 6/24/19

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JUN 2 4 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,                )
                             )
vs.                          )    Crim. No. 17-20037
                             )
BRENDT A. CHRISTENSEN,       )
                             )
    Defendant.                )

## VERDICT

We, the Jury, find the Defendant, BRENDT A. CHRISTENSEN,

__Guilty_____ of the offense of making a
(Guilty/Not Guilty)

false statement as charged in Count 2 of the Superseding Indictment.

s/ Juror                          s/ Juror

s/ Juror                          s/ Juror

s/ Juror                          s/ Juror

s/ Juror                          s/ Juror

s/ Juror                          s/ Juror

s/ Juror                          s/ Foreperson

                                  Foreperson

Date: 6/24/19

UNITED STATES DISTRICT
COURT CENTRAL DISTRICT OF
ILLINOIS URBANA DIVISION

**FILED**
JUN 2 4 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
vs.                         )   Crim. No. 17-20037
                            )
BRENDT A. CHRISTENSEN,      )
                            )
        Defendant.          )

## VERDICT

We, the Jury, find the Defendant, BRENDT A. CHRISTENSEN,

__Guilty__ of the offense of making a (Guilty/Not Guilty) false statement as charged in Count 3 of the Superseding Indictment.

s/ Juror                        s/ Juror

s/ Juror                        s/ Juror

s/ Juror                        s/ Juror

s/ Juror                        s/ Juror

s/ Juror                        s/ Juror

s/ Juror                        s/ Foreperson
                                Foreperson

Date: 6/24/19