UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 17-20037 |
| ) | |
| BRENDT A. CHRISTENSEN, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S AMENDED EXHIBIT LIST

Now comes the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and lists the following Exhibits to be used at trial in this cause:

1. Christensen Genogram (Family History Summary)
2. Christensen Family Home Videos
3. Photographs of Brendt Christensen
4. Email between Mike and Brendt Christensen dated 6/22/2014
5. Email between Mike and Brendt Christensen dated 12/26/2016
6. Facebook conversations between Brendt Christensen and Andrea Christensen, Matt Christensen, Michelle Zortman, Deb Mitchell, Ellen Williams, Andrew Kieper, and Andrew Tolstedt
7. American Express financial records of Brendt and Michelle Christensen
8. Busey Bank financial records of Brendt and Michelle Christensen
9. UW Madison Credit Union financial records of Brendt and Michelle Christensen

10. Illinois Valley Central High School Yearbook 2012-2013

11. Educational records of Brendt Christensen, including Stevens Point Area Senior High School, Midwest Technical College, University of Wisconsin-Madison, University of Illinois, and University of Wisconsin-Stevens Point

12. Brendt Christensen records of Teaching Assistant Performance and student reviews from the University of Illinois

13. University of Illinois graduate school application

14. Emails with Elaine Schulte

15. Emails with Nadya Mason

16. Text Messages from Brendt Christensen's cellular telephone

17. Text Messages from Terra Bulllis's cellular telephone

18. Brendt Christensen's employment applications from Spring 2017

19. Brendt Christensen's Macon County Jail Inmate file

20. Brendt Christensen's Livingston County Jail Inmate file

21. FetLife.com messages of Brendt Christensen

22. Web Browsing History extracted from Brendt Christensen's computers and cellular telephones

23. Medical records of Brendt Christensen from Shopko Pharmacy, CVS Pharmacy, Walgreens Pharmacy, McKinley Health Center, University of Illinois Counseling Center, Point Family Practice, Aspirus Wasau,

      Ascension St. Michael's, Meriter Hospital, Ministry Medical Group, Orthopaedic Associates of Wisconsin

24. Email from Jennifer Maupin regarding follow-up to Counseling Center visit on March 27, 2017

25. Video from University of Illinois Counseling Center dated 3/27/2017

26. Selected Medical Records of Ellen Williams from St Michael's Hospital, Medicaid, Aurora Health, Rice Medical Center, Point Family Practice, Affiliated Clinical Services, Quad Med

27. Social Security Records of Ellen Williams

28. Social Security Records of Michael Christensen

29. Stevens Point Area High School Conduct Report for Andrea Christensen

30. Selected Medical Records of Andrea Christensen from Point Family Practice

31. University of Wisconsin Eau Claire records for Andrea Christensen

32. U.S. Marine Corps Records of Charles Barklind

33. Death Certificate of Stella Jurgilanis

34. Power of Attorney for Stella Jurgilanis

35. Death Certificate of Aaron Barklind

36. Obituary of Aaron Barklind

37. Children's Services Records of Mavis and Georgia Barklind from Sheltering Arms

38. Isanti County Court records of Christian Christensen

39. Anoka County Court records of Shaun Christensen

40. Court Records (Order of Protection) of David Barklind

41. "Ghost Killers" – Book by Lynn Toseland

42. Military Records from the National Archive for Oscar Lahmann

43. Military File of Oscar Lahmann

44. Military Records of Charles Barklind

45. Northern State Hospital Records of Stancy Barklind

46. Northern State Hospital Records of Mavis Barklind

47. Divorce Records of Mavis Barklind

48. Washington County Court Records of Grant Boysa

49. Traffic Court Records of Alex Christensen

50. Northern State Hospital records of Stancy Barklind

51. Record of emergency calls placed by Shaun Christensen

52. Rochester State Hospital Patient Register for Ruben Barklind

53. State Hospital Admission card for Ruben Barklind

54. Connecticut Department of Corrections records of Jeremiah Bynsdorp

55. Navy discharge records of Jeremiah Bynsdorp

56. Racine County criminal records of Jeremiah Bynsdorp

57. Wisconsin driving abstract of Jeremiah Bynsdorp

58. Nursing home records of Christian Christensen from Gracepointe Crossing Gables East

59. State hospital admissions records of Spencer Christensen

60. Allina Health records of Melissa Lotzow

61. Noran Neurological Clinic Records of Melissa Lotzow

62. Excerpts of Mr. Christensen's jail communications (phone calls, text messages, video calls) previously disclosed by the government

63. Civil Lawsuit filed in Case Number 19-CV-02149, *Daniel Deneen, as Independent Administrator of the Estate of Yingying Zhang, Deceased, vs. Thomas G. Miebach, Jennifer R. Maupin, and Brendt A. Christensen*

64. Court records from Champaign County Case Number 2019-P-155, *In the Matter of the Estate of Yingying Zhang, Deceased*

65. Documents from the University of Illinois in response to FOIA Request, including Hospitalization Guidelines, Therapeutic Services Manual, Emergency Policies and Practices, Trauma Response Protocol

66. Livingston County Jail Inmate Handbook

Mr. Christensen also reserves the right to utilize any exhibits presented by the government or created from previously disclosed discovery.

Respectfully submitted,

/s/Elisabeth R. Pollock  
Assistant Federal Defender  
300 West Main Street  
Urbana, IL 61801  
Phone: 217-373-0666  
FAX:   217-373-0667  
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff  
Assistant Federal Defender  
401 Main Street, Suite 1500  
Peoria, IL 61602  
Phone: 309-671-7891  
Fax:    309-671-7898  
Email: George_Taseff@fd.org

/s/ Robert Tucker  
Robert L. Tucker, Esq.  
7114 Washington Ave  
St. Louis, MO 63130  
Phone: 703-527-1622  
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain  
Julie Brain, Esq.  
916 South 2nd Street  
Philadelphia, PA 19147  
Phone: 267-639-0417  
Email: juliebrain1@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock  
Assistant Federal Public Defender  
300 West Main Street  
Urbana, IL 61801  
Phone: 217-373-0666  
FAX:   217-373-0667  
Email: Elisabeth_Pollock@fd.org