AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

| UNITED STATES OF AMERICA V. BRENDT A. CHRISTENSEN | | | | SUPPLEMENTAL EXHIBIT LIST  Case Number:  17-CR-20037 | |
|---|---|---|---|---|---|

| PRESIDING JUDGE  The Honorable James E. Shadid | | | | PLAINTIFF'S ATTORNEY  Eugene L. Miller, Bryan D. Freres, and James B. Nelson | DEFENDANT'S ATTORNEY  Elisabeth Pollock, Robert Tucker, George Taseff, Julie Brain, and Matthew Rubenstein |
|---|---|---|---|---|---|
| TRIAL DATE (S)  June 3, 2019 – July 31, 2019 | | | | COURT REPORTER  Nancy Mersot | COURTROOM DEPUTY  Jeremy Kelly |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1.-66 | | | | | All Exhibits Previously Disclosed on the Government's Exhibit List filed on May 28, 2019 and/or Previously Admitted at Trial |
| 100A-Z.. | | | | | Family photographs of Yingying Zhang |
| 101. | | | | | Video of the family home of Yingying Zhang |
| 102. | | | | | Video of Yingying Zhang singing |
| 103. | | | | | Video of Yingying Zhang's schools |
| 104A-Z. | | | | | Photographs of items in Yingying Zhang's Orchard Downs apartment on July 28, 2017 |
| 105A-Z. | | | | | Photographs of Yinying Zhang while working as visiting scholar for the University of Illinois |
| 106. | | | | | Video of Ye Cai, friend of Yingying Zhang (victim impact evidence) |
| 106-TR. | | | | | Transcript (English translation) of Exhibit 106 |
| 106A-J. | | | | | Photographs of items and photographs re: Ye Cai and Yingying Zhang |
| 107. | | | | | Video of Lisha Feng, friend of Yingying Zhang (victim impact evidence) |
| 107-TR. | | | | | Transcript (English translation) of Exhibit 107 |

| | | | | | |
|---|---|---|---|---|---|
| 107A-J. | | | | | Photographs of items and photographs re: Lisha Feng and Yingying Zhang |
| 108. | | | | | Video of Yanyu Li, friend of Yingying Zhang (victim impact evidence) |
| 108-TR. | | | | | Transcript (English translation) of Exhibit 108 |
| 108A-J. | | | | | Photographs of items and photographs re: Yanyu Li and Yingying Zhang |
| 109. | | | | | Video of Zujuan Qi, friend of Yingying Zhang (victim impact evidence) |
| 109-TR. | | | | | Transcript (English translation) of Exhibit 109 |
| 109A-J. | | | | | Photographs of items and photographs re: Zujuan Qi and Yingying Zhang |
| 110. | | | | | Video of Shuang Wu, friend of Yingying Zhang (victim impact evidence) |
| 110-TR. | | | | | Transcript (English translation) of Exhibit 110 |
| 110A-J. | | | | | Photographs of items and photographs re: Shuang Wu and Yingying Zhang |
| 111. | | | | | Video of Xiao Zhang, friend of Yingying Zhang (victim impact evidence) |
| 111-TR. | | | | | Transcript (English translation) of Exhibit 111 |
| 111A-J. | | | | | Photographs of items and photographs re: Xiao Zhang and Yingying Zhang |
| 112. | | | | | Video of Kaiyu Zhao, friend of Yingying Zhang (victim impact evidence) |
| 112-TR. | | | | | Transcript (English translation) of Exhibit 112 |
| 112A-J. | | | | | Photographs of items and photographs re: Kaiur Zhao and Yingying Zhang |
| 113. | | | | | Compact disk containing clip of Macon County Jail call of the defendant on July 3, 2017 around 3:45 pm |
| 113-TR. | | | | | Transcript of Exhibit 113 |

| | | | | | |
|---|---|---|---|---|---|
| 114. | | | | | Compact disk containing clip of Macon County Jail call of the defendant on July 3, 2017 around 5:00 pm |
| 114-TR. | | | | | Transcript of Exhibit 114 |
| 115. | | | | | Compact disk containing clip of Macon County Jail call of the defendant on July 17, 2017 around 12:47 pm |
| 115-TR. | | | | | Transcript of Exhibit 115 |
| 116. | | | | | Compact disk containing clip of Macon County Jail call of the defendant on August 26, 2017 around 3:26 pm |
| 116-TR. | | | | | Transcript of Exhibit 116 |
| 117. | | | | | Compact disk containing clip of Macon County Jail call of the defendant on September 2, 2017 around 3:30 pm |
| 117-TR. | | | | | Transcript of Exhibit 117 |
| 118. | | | | | Compact disk containing clip of Macon County Jail call of the defendant on September 3, 2017 around 3:44 pm |
| 118-TR. | | | | | Transcript of Exhibit 118 |
| 119. | | | | | Compact disk containing clip of Macon County Jail call of the defendant on September 5, 2017 around 4:17 pm |

| | | | | | |
|---|---|---|---|---|---|
| 119-TR. | | | | | Transcript of Exhibit 119 |
| 120. | | | | | Compact disk containing clip of Livingston County Jail call of the defendant on October 23, 2017 around 8:24 pm |
| 120-TR. | | | | | Transcript of Exhibit 120 |
| 121. | | | | | Compact disk containing clip of Livingston County Jail call of the defendant on November 12, 2017 around 4:01 pm |
| 121-TR. | | | | | Transcript of Exhibit 121 |
| 122. | | | | | Compact disk containing clip of Peoria County Jail call of the defendant on June 19, 2019 around 10:42 am |
| 122-TR. | | | | | Transcript of Exhibit 122 |
| 123A. | | | | | Tinder records for the account of brendtchristensen@gmail.com from March 29, 2017 to June 30, 2017 |
| 123B. | | | | | Summary of Exhibit 123A |
| 124A. | | | | | OKCupid records for the account of WorldsApart689 affiliated with lovemachine689@gmail.com from March 28, 2017 to June 30, 2017 |
| 124B. | | | | | Summary of Exhibit 124A |

| | | | | | |
|---|---|---|---|---|---|
| 125. | | | | | Handwritten note of the defendant seized from the Macon County Jail on August 29, 2017 |
| 126-1 to 126-5 | | | | | Photographs of items seized from the defendant at the Livingston County Jail on December 14, 2018 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax:  217-373-5891
eugene.miller@usdoj.gov