## PROPOSED FACTUAL STIPULATION

The defendant sought treatment from the McKinley Health Center on January 21, 2016. The defendant met with Dr. Peggy Pearson nine times between February 2016 and February 2017.



The defendant was prescribed antidepressants and sleep aids.

Dr. Pearson referred the defendant to the Alcohol and Other Drug Program on January 19, 2017.

Dr. Pearson met with the defendant again on February 16, 2017, and again encouraged the defendant to contact the Alcohol and Other Drug Program.