UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No.17-20037 |
| BRENDT A. CHRISTENSEN, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S CLARIFICATION REGARDING
WITHDRAWAL OF DR. SORENSEN**

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and clarifies for the record the reasons for his withdrawal of defense expert Dr. Sorensen.

The defense properly noticed Dr. Sorensen as an expert witness on Mr. Christensen's lack of future danger in a prison setting. On June 27, 2019, the defense filed a motion in limine to preclude improper cross-examination of Dr. Sorensen by specific instances of violence in the Bureau of Prisons. Doc. 425. The Court denied the motion, ordering the government to provide advance notice to the defense of any specific instances of violence with which it planned to cross examine Dr. Sorensen. Doc. 431 at 5. The Court later ruled that such notice should be provided following Dr. Sorensen's direct examination. Tr. 7/8/2019 at 134.

The Court's ruling declining to preclude cross-examination regarding specific instances of violence in the Bureau of Prisons, and its refusal to require the government to provide advance notice concerning any specific instances until *after* Dr. Sorensen

1

testified, left the defense no choice but to withdraw Dr. Sorensen as a witness.

        Respectfully submitted,

| | |
|---|---|
| /s/Elisabeth R. Pollock | /s/ George Taseff |
| Assistant Federal Defender | Assistant Federal Defender |
| 300 West Main Street | 401 Main Street, Suite 1500 |
| Urbana, IL 61801 | Peoria, IL 61602 |
| Phone: 217-373-0666 | Phone: 309-671-7891 |
| FAX:   217-373-0667 | Fax:     309-671-7898 |
| Email: Elisabeth_Pollock@fd.org | Email: George_Taseff@fd.org |
| | |
| /s/ Robert Tucker | /s/ Julie Brain |
| Robert L. Tucker, Esq. | Julie Brain, Esq. |
| 7114 Washington Ave | 916 South 2nd Street |
| St. Louis, MO 63130 | Philadelphia, PA 19147 |
| Phone: 703-527-1622 | Phone: 267-639-0417 |
| Email: roberttuckerlaw@gmail.com | Email: juliebrain1@yahoo.com |

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL  61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org