

A

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. Brendt A. Christensen | ) | Case No. 17-cr-20037 |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: University of Illinois, Office for University Relations
108 Henry Administration Building
506 S. Wright Street, MC-370
Urbana, IL 61801

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. Courthouse 100 NE Monroe St Peoria, IL 61602 | Courtroom No.: | Hon. James Shadid |
|---|---|---|---|
| | | Date and Time: | 07/15/2019 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

Any and all documents, reports, communications, memoranda, correspondence or other records, in whatever form maintained, by any office or department, referencing in any way Brendt Christensen and/or the kidnapping and murder of Yingying Zhang on June 9, 2017, including, but not limited to: records of any investigation, after-action review, disciplinary proceeding, conference, report, policy and procedure review or amendment, offers to indemnify, contact with insurance providers or contact with any threat assessment organization.
Records previously provided need not be re-produced.

(SEAL)

Date: 07/12/2019

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing (name of party) Brendt A. Christensen
_____, who requests this subpoena, are:

Elisabeth R. Pollock
Federal Public Defender's Office
300 W. Main St.
Urbana, IL 61801
elisabeth_pollock@fd.org

# B

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Brendt A. Christensen | ) | Case No. | 17-cr-20037 |
| | ) | | |
| Defendant | ) | | |

**RECEIVED**

MAY 3 0 2019

**UNIVERSITY COUNSEL**

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: University of Illinois
Office for University Relations
108 Henry Administration Building
506 S. Wright Street, MC-370

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. Courthouse<br>100 NE Monroe St<br>Peoria, IL 61602 | Courtroom No.: | Hon. James Shadid |
|---|---|---|---|
| | | Date and Time: | 06/03/2019 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See attached.

(SEAL)

Date: 05/28/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Brendt A. Christensen

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

Elisabeth R. Pollock
Federal Public Defender's Office
300 W. Main St.
Urbana, IL 61801
elisabeth_pollock@fd.org



FEDERAL PUBLIC DEFENDER
CENTRAL DISTRICT OF ILLINOIS

May 23, 2019

Rec'd
5/30/19
-YG

**RECEIVED**

MAY 3 0 2019

**UNIVERSITY COUNSEL**

University of Illinois
Office for University Relations
108 Henry Administration Building
506 S. Wright Street, MC-370
Urbana, IL 61801

Re: Freedom of Information Act Request

To whom it may concern:

This is a request for public records made pursuant to the Illinois Freedom of Information Act, 5 I.L.C.S. § 140. As the requestor is a government entity, this request should be fulfilled at no cost. Any response should be forwarded to:

> Elisabeth R. Pollock
> Assistant Federal Public Defender
> 300 West Main Street
> Urbana, IL 61801
> (217) 373-0666
> Elisabeth_Pollock@fd.org

The information requested is as follows:

1) Any written communication, note, document, or other recording concerning the assessment and treatment of Brendt A. Christensen, DOB 6/30/1989, at the University of Illinois Counseling Center between March 15, 2017, and June 9, 2017. Specifically, any written or electronic correspondence between staff members of the Center and/or between staff members of the Center and any other employee or agent of the University of Illinois, and any documentation thereof, concerning Mr. Christensen's assessment and treatment by the counseling center are requested.

FEDERAL PUBLIC DEFENDER
Thomas W. Patton

SENIOR LITIGATOR
George Taseff

ASSISTANT DEFENDERS
Robert Alvarado
Johanna Christiansen
Peter Henderson
Johanes Maliza
Elisabeth Pollock

Karl Bryning
Joe Hertzler
Daniel Hillis
Brian Mullins
Colleen Ramais

OFFICES
401 Main St., Ste 1500
Peoria, IL 61602
(309) 671-7891
(309) 671-7898 (fax)

600 E. Adams St., 3rd Fl.
Springfield, IL 62701
(217) 492-5070
(217) 492-5077 (fax)

300 W. Main Street
Urbana, IL 61801
(217) 373-0666
(217) 373-0667 (fax)

**EXHIBIT B**

2) Any written or recorded policy, handbook, instruction manual, or other document setting forth the rules and procedures to be followed by employees and agents of the University of Illinois Counseling Center including, but not limited to, procedures to be followed with regard to patients who may be at risk for suicidal and/or homicidal ideation or behavior or are otherwise at risk of harming themselves or others.

Sincerely yours,

/s/ Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:   309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

# C

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
| Brendt A. Christensen | ) | 17-cr-20037 |
| v. | ) | Case No. |
| | ) | |
| Defendant | ) | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To: University of Illinois
Office for University Relations
108 Henry Administration Building
506 S. Wright Street, MC-370

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. Courthouse<br>100 NE Monroe St<br>Peoria, IL 61602 | Courtroom No.: | Hon. James Shadid |
| | | Date and Time: | 07/08/2019 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See attached.

(SEAL)

Date: 07/02/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Brendt A. Christensen___, who requests this subpoena, are:

Elisabeth R. Pollock
Federal Public Defender's Office
300 W. Main St.
Urbana, IL 61801
elisabeth_pollock@fd.org

## ATTACHEMENT

Any written or recorded policy, handbook, instruction manual, or other document setting forth the rules and procedures to be followed by students, employees and agents of the University of Illinois, with regard to students and staff who may be at risk for suicidal and/or homicidal ideation or behavior or are otherwise at risk of harming themselves or others, including, but not limited to, (1) the University's Campus Violence Prevention Plan, version(s) in effect in 2017; the Campus Administrative Manual as it pertains to Campus Violence Threat Assessment (current and version(s) in effect in 2017); and (3) the Campus Administrative Manual as it pertains to suicide risk and intervention (current and version(s) in effect in 2017).