IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-CR-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES OF AMERICA'S MOTION
FOR AN INSTRUCTION REGARDING THE DEFENDANT'S
PRESENTATION OF MENTAL HEALTH TESTIMONY IN MITIGATION**

NOW COMES the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, Eugene L. Miller and Bryan Freres, Assistant United States Attorneys, and James B. Nelson, Department of Justice Trial Attorney, and respectfully requests that the Court issue the following jury instruction:

There is a legal procedure under the Federal Rules of Evidence and Criminal Procedure which allow a defendant to present evidence of his mental health condition as a mitigating factor in a capital case.

The Rules require the defendant to give notice of the particular mental health condition that he will raise, as well as any witnesses he will call and what they will testify about regarding the mental health condition.

The Rules provide that, once the defendant gives notice, the United States may have its own psychologists examine the defendant to determine whether he does, in fact, suffer from that mental health condition. The United States' psychologists would then be permitted to testify at trial about their examination.

In this case, the defendant has proposed mitigating factors related to various mental health conditions. The defendant did not give notice of

1

his intent to do this as required by the Rules.  Because the defendant did not give the required notice, the United States did not have an opportunity to have its psychologists examine the defendant.  In fact, the defendant refused to be examined by the United States' psychologists.

You may consider this fact in weighing the credibility of the evidence and testimony presented by the defendant with regard to his mental condition in mitigation.

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

*/s/Eugene L. Miller*
Eugene L. Miller
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
eugene.miller@usdoj.gov

*/s/Bryan D. Freres*
Bryan D. Freres
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
bryan.freres@usdoj.gov

*/s/ James B. Nelson*
James B. Nelson
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Phone: 202/598-2872
james.nelson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ James B. Nelson
James B. Nelson
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Tel: (202) 598-2872
james.nelson@usdoj.gov