I want to remind you that questions by lawyers are not evidence.

You just heard a question posed by the government concerning what Mr. Christensen may have ever read or seen while in custody.

There was no evidence of what books Mr. Christensen did or did not have in his possession, read, or look at while in custody, and therefore you should not draw any inference whatsoever from that question.

The government's question about a book on the occult posed to Correctional Officer Nicholas Melvin was improper, designed to interject spurious, unfounded issues into this case, and may not be considered by you.

FILED
JUL 1 5 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I want to remind you that questions by lawyers are not evidence.

You just heard a question posed by the government concerning what Mr. Christensen may have ever read or seen while in custody.

There was no evidence of what books Mr. Christensen did or did not have in his possession, read, or look at while in custody, and therefore you should not draw any inference whatsoever from that question.

FILED

JUL 1 5 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS