**From:** Elisabeth Pollock [mailto:Elisabeth_Pollock@fd.org]
**Sent:** Wednesday, June 12, 2019 6:27 PM
**To:** Richmond, Collin Frederick <cfrichmo@uillinois.edu>
**Subject:** RE: Christensen testimony

Collin:
I understand your position, but the appropriate remedy when you are declining to comply with a federal subpoena is to file a Motion to Quash. We understand the privilege issues and are willing to have the Judge rule on the disclosure *in camera*, but as of right now, the issue is not before the Court. If you do not want to contest the subpoena, we will have to file a Motion to Compel to bring the issue before the Court in that manner. Please let me know your preference.
Thanks,
Lis

**From:** Richmond, Collin Frederick <cfrichmo@uillinois.edu>
**Sent:** Wednesday, June 12, 2019 12:25 PM
**To:** Elisabeth Pollock <Elisabeth_Pollock@fd.org>
**Subject:** RE: Christensen testimony

Lis,

As you acknowledge, the University previously produced the session notes, intake notes, a copy of the video from 3/21/17, and a few instant messages exchanged between Carin Molenaar and others on 3/21/17. I double-checked with the Counseling Center about additional records. The Director of the Counseling Center confirmed that there are no additional, non-privileged records responsive to the request. The University objects to the Subpoena to the extent it seeks data or information protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege. The University will not provide documents, data or information protected by such privileges, including privileged communications between the Counseling Center and counsel for the University.

Also, as we previously discussed, I would appreciate it if you could return to me a completed copy of the attached authorization, signed by your client and witnessed.

Best,

Collin

**COLLIN RICHMOND** | Associate University Counsel | Office of University Counsel | University of Illinois
258 Henry Administration Building MC-340| 506 South Wright Street | Urbana, IL 61801
217-333-0560 | *fax:* 217-244-2370 | cfrichmo@uillinois.edu | www.legal.ullinois.edu

**I ILLINOIS**

1

**EXHIBIT A**

**CONFIDENTIALITY NOTICE:** *This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure. Any dissemination, distribution or copying of this communication by anyone other than the intended recipient or the person responsible for its delivery is strictly prohibited. If you have received this communication in error, please call 217-333-0560 immediately and either destroy the communication or return it to the sender.*

**From:** Elisabeth Pollock [mailto:Elisabeth_Pollock@fd.org]
**Sent:** Tuesday, June 11, 2019 6:19 PM
**To:** Richmond, Collin Frederick <cfrichmo@uillinois.edu>
**Subject:** RE: Christensen testimony

We received multiple documents from the Counseling Center, including the session notes, intake notes, a copy of the video from 3/21/17, and a few instant messages exchanged between Carin Molenaar and others on 3/21/17. We received no additional correspondence (emails between staff members about the situation, emails with higher-ups in the administration, any after-action reports, etc). We are assuming there is additional information to be disclosed because it seems unlikely that there would be no letters, emails, memos, or other documentation of this incident. If we are incorrect, then please let us know.
Thanks,
Lis

**From:** Richmond, Collin Frederick <cfrichmo@uillinois.edu>
**Sent:** Tuesday, June 11, 2019 6:15 PM
**To:** Elisabeth Pollock <Elisabeth_Pollock@fd.org>
**Subject:** Re: Christensen testimony

I don't understand this additional subpoena. The requested records were previously produced, I believe multiple times. I can get exact dates when I'm back in the office.

On Jun 11, 2019, at 6:11 PM, Elisabeth Pollock <Elisabeth_Pollock@fd.org> wrote:

> Hi Collin. We received the FOIA response, which was denied in part because it sought FERPA information. We need those documents, and we believe that the subpoena requires them to be disclosed, or else a motion to quash needs to be filed. Please let me know when we can expect a response to that request, specifically:
>
> 1) Any written communication, note, document, or other recording concerning the assessment and treatment of Brendt A. Christensen, DOB 6/30/1989, at the University of Illinois Counseling Center between March 15, 2017, and June 9, 2017. Specifically, any written or electronic correspondence between staff members of the Center and/or between staff members of the Center and any other employee or agent of the University of Illinois, and any documentation thereof, concerning Mr. Christensen's assessment and treatment by the counseling center are requested.
>
> Thanks!
> Lis

>> **From:** Richmond, Collin Frederick <cfrichmo@uillinois.edu>
>> **Sent:** Wednesday, June 5, 2019 2:12 PM
>> **To:** Elisabeth Pollock <Elisabeth_Pollock@fd.org>
>> **Subject:** RE: Christensen testimony

Hi Lis,

I was out of the office last week and the first part of this week, so I am just seeing the attached subpoena and FOIA request today. My understanding is the FOIA request is in process. However, the subpoena attaches the FOIA request. Can you please clarify? Do you simply want documents in response to the FOIA request? Are you wanting testimony in court from someone in the Office for University Relations?

Thanks,

Collin

**COLLIN RICHMOND** | Associate University Counsel | Office of University Counsel | University of Illinois
258 Henry Administration Building MC-340 | 506 South Wright Street | Urbana, IL 61801
217-333-0560 | *fax:* 217-244-2370 | cfrichmo@uillinois.edu | www.legal.ullinois.edu

<image001.png>

***CONFIDENTIALITY NOTICE:*** *This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure. Any dissemination, distribution or copying of this communication by anyone other than the intended recipient or the person responsible for its delivery is strictly prohibited. If you have received this communication in error, please call 217-333-0560 immediately and either destroy the communication or return it to the sender.*

**From:** Elisabeth Pollock [mailto:Elisabeth_Pollock@fd.org]
**Sent:** Tuesday, June 4, 2019 9:17 AM
**To:** Vishveshwara, Smitha <smivish@illinois.edu>
**Cc:** Richmond, Collin Frederick <cfrichmo@uillinois.edu>
**Subject:** RE: Christensen testimony

Hello there. Thank you for contacting me. We are currently engaged in the jury selection in the trial, and I am not sure when I will be available to set up the meeting. I will be in touch when I get back to Urbana; it may have to be over the weekend, or if that is not possible, by telephone perhaps. We don't anticipate your testimony until July, so we have some time to work with.
Thanks,
Lis

**From:** Vishveshwara, Smitha <smivish@illinois.edu>
**Sent:** Monday, June 3, 2019 1:23 PM
**To:** Elisabeth Pollock <Elisabeth_Pollock@fd.org>
**Subject:** Christensen testimony

Dear Public Defender Pollock,
 My name is Smitha Vishveshwara and I am on the faculty in the department of physics at the University of Illinois at Urbana-Champaign.

 I was contacted by our University Counsel with regards to your office seeking my testimony during the penalty phase of the trial of Brendt Christensen.
 Furthermore, arranging a prior meeting with you/defense counsel was also discussed.

 I am contacting you in this regard.
 Please let me know how we should proceed.

3

With regards to possible scheduling, I had also expressed an inclination to have University Counsel present, and Collin Richmond, from the counsel is agreeable to this.

Yours Sincerely,
Smitha

---

Smitha Vishveshwara
Associate Professor, Department of Physics,
University of Illinois at Urbana-Champaign
http://www.physics.uiuc.edu/people/Vishveshwara/