# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

UNITED STATES OF AMERICA
V.
BRENDT A. CHRISTENSEN

**EXHIBIT AND WITNESS LIST**

Case Number:  17-20037

| PRESIDING JUDGE | GOVT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James E. Shadid, Chief Judge | E. Miller, B. Freres, & J. Nelson | R. Tucker, E. Pollock, J. Brain, & G. Taseff |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/8/2019 to 7/16/2019 | N. Mersot | J. Kelly |

| Obj or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | 7/8/19 | | | Shirley Galdony, *Expert* |
| ✗ *no obj.* | 107 | | 7/8/19 | Y | Y | Video of Lisha Feng, friend of Yingying Zhang (victim impact evidence) |
| ✗ *no obj.* | 107TR | | 7/8/19 | Y | Y | Transcript (English Translation) of Govt Ex 107 |
| ✗ *no obj.* | 108 | | 7/8/19 | Y | Y | Video of Yanyu Li, friend of Yingying Zhang (victim impact evidence) |
| ✗ *no obj.* | 108TR | | 7/8/19 | Y | Y | Transcript (English Translation) of Govt Ex 108 |
| ✗ *no obj.* | 109 | | 7/8/19 | Y | Y | Video of Zujuan Qi, friend of Yingying Zhang (victim impact evidence) |
| ✗ *no obj.* | 109TR | | 7/8/19 | Y | Y | Transcript (English Translation) of Govt Ex 109 |
| ✗ *no obj.* | 111 | | 7/8/19 | Y | Y | Video of Xiao Zhang, friend of Yingying Zhang (victim impact evidence) |
| ✗ *no obj.* | 111TR | | 7/8/19 | Y | Y | Transcript (English Translation) of Govt Ex 111 |
| | | | 7/8/19 | | | Fiona You, *Expert* |
| ✗ *no obj.* | 110 | | 7/8/19 | Y | Y | Video of Shuang Wu, friend of Yingying Zhang (victim impact evidence) |
| ✗ *no obj.* | 110TR | | 7/8/19 | Y | Y | Transcript (English Translation) of Govt Ex 110 |
| ✗ *no obj.* | 112 | | 7/8/19 | Y | Y | Video of Kaiyu Zhao, friend of Yingying Zhang (victim impact evidence) |
| ✗ *no obj.* | 112TR | | 7/8/19 | Y | Y | Transcript (English Translation) of Govt Ex 112 |
| | | | 7/8/19 | | | Catherine Chang, *Expert* |
| ✗ *no obj.* | 106 | | 7/8/19 | Y | Y | Video of Ye Cai, friend of Yingying Zhang (victim impact evidence) |
| ✗ *no obj.* | 106TR | | 7/8/19 | Y | Y | Transcript (English Translation) of Govt Ex 106 |
| | | | 7/8/19 & 7/9/19 | | | Xiaolin Hou |
| ✗ *no obj.* | 127 | | 7/8/19 | Y | Y | Map of China highlighting relevant locations |
| | | ↖1D | 7/8/19 | | Y | Photograph of Yingying Zhang with her parents and Mr. Hou |
| ✗ *no obj.* | 107D | | 7/8/19 | Y | Y | Photograph of Yingying Zhang and two friends |

KEY:   * Include a notation as to the location of any exhibit not held with the case file or not available:

✗ *no objections, given the Court's prior rulings – but objection preserved for the record.*

↖ *Previously admitted during the first phase of trial, the "guilt phase"*

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | USA | | vs. | | CHRISTENSEN | CASE NO. **17-20037** |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| ✗ no obj. | 106A-H & O-S | | 7/8/19 | Y | Y | Photographs of items and photographs re: Ye Cai and Yingying Zhang |
| ✗ no obj. | 107A-C | | 7/8/19 | Y | Y | Photographs of items and photographs re: Lisha Feng and Yingying Zhang |
| ✗ no obj. | 110D | | 7/8/19 | Y | Y | Photograph of Yingying Zhang with three friends after a graduation |
| ✗ no obj. | 100A | | 7/8/19 | Y | Y | Photograph of Yingying Zhang and Xiaolin Hou after a graduation |
| ✗ no obj. | 111A | | 7/8/19 | Y | Y | Photograph of Yingying Zhang and her three roommates |
| ✗ no obj. | 100H | | 7/8/19 | Y | Y | Photograph of group of people at Memorial Walk including Yingying Zhang's Father and Mr. Hou |
| ✗ no obj. | 102 | | 7/8/19 | Y | Y | CD containing Audio/Video clip of Yingying Zhang's Band |
| ✗ no obj. | 112A-H | | 7/9/19 | Y | Y | Photographs of items and photographs re: Kaiur Zhao and Yingying Zhang |
| | 112E-1 | | 7/9/19 | | | Witness Hou mark-up of Govt Ex 112E |
| | 112G-1 | | 7/9/19 | | | Witness Hou mark-up of Govt Ex 112G |
| | 112H-1 | | 7/9/19 | | | Witness Hou mark-up of Govt Ex 112H |
| ✗ no obj. | 110A | | 7/9/19 | Y | Y | Photograph of Yingying Zhang with two friends |
| | 110A-1 | | 7/9/19 | | | Witness Hou mark-up of Govt Ex 110A |
| ✗ no obj. | 110E | | 7/9/19 | Y | Y | Photograph of Yingying Zhang and friend in front of stadium from the Olympic Games held in China |
| ✗ no obj. | 110B | | 7/9/19 | Y | Y | Photograph of message in a notebook written by Yingying Zhang to a friend |
| ✗ no obj. | 110C | | 7/9/19 | Y | Y | Photograph of back of same notebook shown in Govt Ex 110B |
| ✗ no obj. | 100B-F | | 7/9/19 | Y | Y | Various Photographs of Yingying Zhang from Peking University |
| | 📌11B | | 7/9/19 | | Y | Yingying Zhang's Journal recovered from her apartment |
| | | | 7/9/19 | | | Anthony Manganaro |
| | 📌17B-13 | | 7/9/19 | | Y | (CD, Govt Ex 17B) Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 📌17B-14 | | 7/9/19 | | Y | (CD, Govt Ex 17B) Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 📌17B-15 | | 7/9/19 | | Y | (CD, Govt Ex 17B) Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 📌17B-16 | | 7/9/19 | | Y | (CD, Govt Ex 17B) Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 📌17B-19 | | 7/9/19 | | Y | (CD, Govt Ex 17B) Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 📌17B-20 | | 7/9/19 | | Y | (CD, Govt Ex 17B) Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 📌17B-21 | | 7/9/19 | | Y | (CD, Govt Ex 17B) Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | | vs. | | CHRISTENSEN | CASE NO. 17-20037 |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 17B-24 | | 7/9/19 | | Y | (CD, Govt Ex 17B) Clip of interview of Dft at FBI offices on 6/15/2017 with Agent Manganaro and Detective Stiverson |
| | 48B | | 7/9/19 | | Y | Walmart receipt of the defendant dated June 11, 2017 at 11:58 am |
| | 47B | | 7/9/19 | | Y | Schnucks receipt of the defendant dated 6/12/17 (debit card purchase) at 3:20 PM |
| | 21B-6 | | 7/9/19 | | Y | (CD, Govt Ex 21B) Clip of interview of Dft at FBI offices on 6/17/2017 |
| | 21B-7 | | 7/9/19 | | Y | (CD, Govt Ex 21B) Clip of interview of Dft at FBI offices on 6/17/2017 |
| | 14-7 | | 7/9/19 | | Y | Photograph of interior of 2008 Saturn Astra registered to defendant |
| | 21B-8 | | 7/9/19 | | Y | (CD, Govt Ex 21B) Clip of interview of Dft at FBI offices on 6/17/2017 |
| | 21B-10 | | 7/9/19 | | Y | (CD, Govt Ex 21B) Clip of interview of Dft at FBI offices on 6/17/2017 |
| | 2E | | 7/9/19 | | Y | Map of area surrounding Goodwin and Clark streets in Urbana, Illinois, including path of 2008 Saturn Astra claimed by Defendant |
| | 55A | | 7/9/19 | | Y | Summary exhibit prepared by FBI S.A.G.Catey regarding cellular records analysis report of defendant's and Y.Z.'s telephone numbers on June 9, 2017 |
| | 40B | | 7/9/19 | | Y | Summary Exhibit of Govt Exhibit 40A |
| | 33-2 | | 7/9/19 | | Y | Photograph of interior at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| | 33-35 | | 7/9/19 | | Y | Photograph of carpet at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| | 33-37 | | 7/9/19 | | Y | Photograph of bottom of door 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| | 53 | | 7/9/19 | | Y | Maintenance request for 2503 W. Springfield, Apt. B2, Champaign, Illinois created on June 13, 2017 at 3:22 pm (2 pages) |
| | 33-12 | | 7/9/19 | | Y | Photograph of interior at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| | 33-18 | | 7/9/19 | | Y | Photograph of interior at 2503 W. Springfield, Apt. B2, Champaign, Illinois taken by FBI Chicago ERT on July 1, 2017 |
| | 52A2-1 | | 7/9/19 | | Y | Clip of defendant speaking to M.Z. |
| | 52A2-3 | | 7/9/19 | | Y | Clip of defendant speaking to M.Z. |
| | 52A1-1 | | 7/9/19 | | Y | Clip of defendant speaking to M.Z. |
| | 52A1-3 | | 7/9/19 | | Y | Clip of defendant speaking to M.Z. |
| | 52A2-2 | | 7/9/19 | | Y | Clip of defendant speaking to M.Z. |
| | 52B-1 | | 7/9/19 | | Y | Clip of defendant speaking to M.Z. |
| | 41B | | 7/9/19 | | Y | Summary of Reddit account records |
| | 35 | | 7/9/19 | | Y | Screen shots of browser tabs seized from Govt Ex 15F (CART QSI2) for Akuma689 on Fetlife.com |

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | | |
|---|---|---|---|---|---|---|
| | USA | | vs. | | CHRISTENSEN | CASE NO. 17-20037 |
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | ✎34 | | 7/9/19 | | Y | Summary exhibit prepared by FBI Senior Forensic Examiner William O'Sullivan of user actions on Govt Exhibits 15B, 15D, 15F, and 30B between 2/6/17 and 6/30/17 |
| | ✎38A | | 7/9/19 | | Y | Summary Exhibit of Amazon Purchases and UPS Delivery Records |
| | ✎40B | | 7/9/19 | | Y | Summary Exhibit of Govt Exhibit 40A |
| | ✎2F | | 7/9/19 | | Y | Map of streets in Urbana, Illinois, including points where surveillance video captured 2008 Saturn Astra the morning of 6/9/2017 |
| | ✎2D | | 7/9/19 | | Y | Map of streets in Urbana, Illinois, including points where surveillance video captured 2008 Saturn Astra the afternoon of 6/9/2017 |
| | | | 7/9/19 | | | Xinyang Zhang |
| ✗ no obj. | 108A-D | | 7/9/19 | Y | Y | Photographs of items and photographs re: Yanyu Li and Yingying Zhang |
| ✗ no obj. | 1E | | 7/9/19 | Y | Y | Photograph of Yingying Zhang with her mother and father |
| | 1E-1 | | 7/9/19 | | | Witness Xinyang Zhang mark-up of Govt 1E |
| | | | 7/9/19 | | | Ronggao Zhang |
| ✗ no obj. | 101 | | 7/9/19 | Y | Y | Video of the family home of Yingying Zhang |
| ✗ no obj. | 100J | | 7/9/19 | Y | Y | Photograph of Yingying Zhang's mother and brother in her room in China |
| ✗ no obj. | 100I | | 7/9/19 | Y | Y | Photograph of Memorial Stone placed in Champaign/Urbana, IL |
| ✗ no obj. | 128 | | 7/9/19 | Y | Y | Video testimony of Victim's mother (victim impact evidence) |
| | | | | | | Andrew Huckstadt |
| | ✎29-19 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✎29-33 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✎28-16 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 27, 2017 |
| | ✎29-36 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✎29-25 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✎29-26 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✎29-27 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✎29-28 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✎29-29 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✎29-30 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✎29-31 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | | |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |

| | USA | | vs. | | CHRISTENSEN | CASE NO. 17-20037 |

| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | ✒22-7 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 17, 2017 |
| | ✒22-8 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 17, 2017 |
| | ✒24-4 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 20, 2017 |
| | ✒26-4 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 22, 2017 |
| | ✒28-13 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 27, 2017 |
| | ✒28-14 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 27, 2017 |
| | ✒28-15 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 27, 2017 |
| | ✒28-17 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 27, 2017 |
| | ✒28-18 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 27, 2017 |
| | ✒28-19 | | 7/9/19 | | Y | Clip of Defendant speaking to T.B on June 27, 2017 |
| | ✒60D | | 7/9/19 | | Y | Photograph of Defendant and T.B. at Memorial Walk on 6/29/2019 (Large Group – showing Defendant to back right on stairs in photo) |
| | 60D-1 | | 7/9/19 | | | Witness Huckstadt mark-up of Govt Ex 60D |
| | ✒29-7 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✒29-9 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✒29-24 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✒29-32 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✒29-18 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✒29-20 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✒29-34 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✒29-35 | | 7/9/19 | | Y | Clip of recording of the defendant and T.B. at the Memorial Walk on June 29, 2017 |
| | ✒34 | | 7/9/19 | | Y | Summary exhibit prepared by FBI Senior Forensic Examiner William O'Sullivan of user actions on Govt Exhibits 15B, 15D, 15F, and 30B between 2/6/17 and 6/30/17 |
| no obj. | 113 | | 7/9/19 | Y | Y | CD containing clip of Macon County Jail call of the defendant on July 3, 2017 around 3:45 pm |
| no obj. | 114 | | 7/9/19 | Y | Y | CD containing clip of Macon County Jail call of the defendant on July 3, 2017 around 5:00 pm |
| no obj. | 115 | | 7/9/19 | Y | Y | CD containing clip of Macon County Jail call of the defendant on July 17, 2017 around 12:47 pm |
| no obj. | 116 | | 7/9/19 | Y | Y | CD containing clip of Macon County Jail call of the defendant on August 26, 2017 around 3:26 pm |
| no obj. | 117 | | 7/9/19 | Y | Y | CD containing clip of Macon County Jail call of the defendant on September 2, 2017 around 3:30 pm |

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | USA | | vs. | | CHRISTENSEN | CASE NO. 17-20037 |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| no obj. | 118 | | 7/9/19 | Y | Y | CD containing clip of Macon County Jail call of the defendant on September 3, 2017 around 3:44 pm |
| no obj. | 119 | | 7/9/19 | Y | Y | CD containing clip of Macon County Jail call of the defendant on September 5, 2017 around 4:17 pm |
| no obj. | 120 | | 7/9/19 | Y | Y | CD containing clip of Livingston County Jail call of the defendant on October 23, 2017 around 8:24 pm |
| no obj. | 121 | | 7/9/19 | Y | Y | CD containing clip of Livingston County Jail call of the defendant on November 12, 2017 around 4:01 pm |
| no obj. | 122 | | 7/9/19 | Y | Y | CD containing clip of Peoria County Jail call of the defendant on June 19, 2019 around 10:42 am |
| no obj. | 113TR-122TR | | 7/9/19 | Y | Y | Transcripts of Govt Ex 113, 114, 115, 116, 117, 118, 119, 120, 121, & 122 |
| | | | 7/10/19 | | | Michael Christensen |
| no obj. | | 100 | 7/10/19 | Y | Y | CD containing Audio recording from jail of phone call between the Defendant and Michael Christensen on 10/15/2018 |
| no obj. | | 101 | 7/10/19 | Y | Y | Photograph of Defendant dressed as a Power Ranger as a child |
| no obj. | | 102 | 7/10/19 | Y | Y | Photograph of Defendant as a child with family pet. |
| no obj. | | 103 | 7/10/19 | Y | Y | Photograph of Defendant at 19 years old after an accident |
| no obj. | | 104 | 7/10/19 | Y | Y | Photograph of Defendant and Michelle Zortman at their wedding |
| no obj. | | 105 | 7/10/19 | Y | Y | Photograph of Defendant with mother, father (Michael Christensen), and sister at college graduation |
| no obj. | | 106 | 7/10/19 | Y | Y | Email dated 12/26/2016 from Defendant to Michael Christensen |
| | | | 7/10/19 | | | Mark Christensen |
| | | | 7/10/19 | | | Robert Lahmann |
| no obj. | | 107 | 7/10/19 | Y | Y | Photograph (Black & White) of Defendant's grandfather and two other family members (1 male, 1 female) |
| | | | 7/10/19 | | | Jeanette Handrich |
| no obj. | | 108 | 7/10/19 | Y | Y | Explanation of the "Nova Program" |
| no obj. | | 109 | 7/10/19 | Y | Y | Photograph of Defendant (standing far right) and two classmates (one sitting center, the other standing far left) when children |
| no obj. | | 110 | 7/10/19 | Y | Y | Photograph of Defendant and three classmates as children (all standing) |
| no obj. | | 111 | 7/10/19 | Y | Y | Photograph of Witness Handrich holding photo album that contained Dfts Ex 108, 109 & 110 |
| | | | 7/10/19 | | | Deborah Mitchell |
| no obj. | | 112 | 7/10/19 | Y | Y | Photograph of home of friend of Christensen family, Deborah Mitchell |
| no obj. | | 113 | 7/10/19 | Y | Y | Photograph of Christensen family home |
| no obj. | | 114 | 7/10/19 | Y | Y | Photograph of Defendant – grade school portrait |

AO 187A (Rev. 7/87)                                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | USA vs. CHRISTENSEN | | | CASE NO. 17-20037 |
| no obj. | | 115 | 7/10/19 | Y | Y | Photograph of Defendant – Boy Scout portrait |
| no obj. | | 116 | 7/10/19 | Y | Y | Photograph of Defendant – High school portrait |
| no obj. | | 117 | 7/10/19 | Y | Y | Photograph of the Christensen family |
| no obj. | | 118 | 7/10/19 | Y | Y | Facebook Messenger Chat between Defendant and Deborah Mitchell |
| | | | 7/10/19 | | | Thomas Mitchell |
| | | | 7/10/19 | | | Andrew Kieper |
| no obj. | | 121 | 7/10/19 | Y | Y | Photograph of Defendant standing with another friend seated in wheelchair |
| no obj. | | 119 | 7/10/19 | Y | Y | Photograph of Defendant with three friends at his wedding |
| no obj. | | 120 | 7/10/19 | Y | Y | Photograph of Defendant with group of friends at his wedding |
| no obj. | | 122 | 7/10/19 | Y | Y | Facebook Messenger conversation between the Defendant and Andrew Kieper |
| | | | 7/11/19 | | | Smitha Vishveshwara |
| | | | 7/11/19 | | | Rita Garrido-Menacho |
| | | | 7/11/19 | | | David Belk |
| no obj. | | 123 | 7/11/19 | Y | Y | Photograph of Defendant in group track team picture in junior high |
| no obj. | | 124 | 7/11/19 | Y | Y | Photograph of Defendant running track in junior high |
| | | | 7/11/19 | | | Telemachos Mouschovias |
| no obj. | | 125 | 7/11/19 | Y | Y | Emails between the Defendant and Telemachos Mouschovias from early 2017 |
| | | | 7/11/19 | | | Elaine Schulte |
| no obj. | | 126 | 7/11/19 | Y | Y | Emails between the Defendant and Elaine Schulte from Spring 2017 |
| no obj. | | 127 | 7/11/19 | Y | Y | Emails between the Defendant and Elaine Schulte from Spring 2017 |
| | | | 7/11/19 | | | Nadya Mason |
| no obj. | | 128 | 7/11/19 | Y | Y | Emails between the Defendant and Nadya Mason from March 24, 2016 |
| | | | 7/11/19 | | | Lance Cooper |
| no obj. | | 130 | 7/11/19 | Y | Y | Defendant's Application record from U of I |
| no obj. | | 129 | 7/11/19 | Y | Y | Defendant's grade transcripts while enrolled in the graduate program at U of I |
| no obj. | | 131 | 7/11/19 | Y | Y | Defendant's Certification for Master's Degree from U of I |

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | USA | | vs. | | CHRISTENSEN | CASE NO. 17-20037 |
|---|---|---|---|---|---|---|
| Obj. or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | 7/11/19 | | | Matthew Herndon |
| no obj. | | 132 | 7/11/19 | Y | Y | Recommendation Letter written by Matthew Herndon for the Defendant to use when applying to graduate school(s) |
| | | | 7/12/19 | | | Michelle Zortman |
| no obj. | | 133 | 7/12/19 | Y | Y | Photograph of Defendant and Michelle Zortman (sitting in bedroom) |
| no obj. | | 134 | 7/12/19 | Y | Y | Photograph of Defendant and Michelle Zortman (sitting in bedroom) |
| no obj. | | 135 | 7/12/19 | Y | Y | Photograph of Defendant and Michelle Zortman (standing) |
| no obj. | | 136 | 7/12/19 | Y | Y | Photograph of Defendant and Michelle Zortman at their wedding |
| no obj. | | 137 | 7/12/19 | Y | Y | Photo booth strip of Defendant and Michelle Zortman on their honeymoon |
| no obj. | | 138 | 7/12/19 | Y | Y | Photograph of Defendant and Michelle Zortman in front of Saturn Astra on date of purchase |
| no obj. | | 139 | 7/12/19 | Y | Y | Photograph of Defendant and M. Zortman in Apartment – Dft in graduation gown |
| no obj. | | 140 | 7/12/19 | Y | Y | Photograph of Defendant and M. Zortman after Dft's graduation. Zortman looking at Dft. |
| no obj. | | 141 | 7/12/19 | Y | Y | Photograph of Defendant and M. Zortman facing each other – her hands on his chest |
| no obj. | | 142 | 7/12/19 | Y | Y | Photograph of Defendant and M. Zortman facing each other – her hands on his back |
| | | | 7/12/19 | | | Felicia Li |
| no obj. | | 151 | 7/12/19 | Y | Y | Portion of Article II of the U of I Student Code |
| | | | 7/12/19 | | | Jennifer Maupin |
| no obj. | | 154 | 7/12/19 | Y | Y | Copy of file from U of I counseling center re the Defendant |
| no obj. | | 150 | 7/12/19 | Y | Y | U of I Suicide and Prevention Team Policy and Procedure Manual |
| obj. | | 157 | 7/12/19 | Y | Y | U of I Violence Threat Assessment Plan dated 2018 (red cover page) |
| obj. | | 153 | 7/12/19 | | | U of I Behavioral Intervention Team (BIT) Information from website |
| | | | 7/12/19 | | | Thomas Miebach |
| obj. | | 152 | 7/12/19 | | | Complaint from CDIL Case 19-2149 |
| no obj. | | 155 | 7/12/19 | Y | Y | Copy of U of I counseling centers Therapeutic Services manual |
| | | | 7/12/19 | | | Dr. Susan Zoline, *Expert* |
| no obj. | | 143 | 7/12/19 | Y | Y | Dr. Zoline's Curriculum Vitae |
| | | | 7/15/19 | | | Stuart Inman |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | USA | vs. | CHRISTENSEN | CASE NO. **17-20037** |
|---|---|---|---|---|---|---|
| *Obj. or No* | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| no obj. | | 144 | 7/15/19 | Y | Y | Livingston County Jail Detainee Handbook |
| no obj. | 132 | | 7/15/19 | Y | Y | Defendant's Inmate Record/File at the Livingston County Jail |
| | | | 7/15/19 | | | Donald Niles |
| | | | 7/15/19 | | | Keesha Burns |
| | | | 7/15/19 | | | Patricia Perez |
| | | | 7/15/19 | | | Kurt Williams |
| | | | 7/15/19 | | | Ellen Williams |
| no obj. | | 146 | 7/15/19 | Y | Y | Flash-drive containing family home videos of Defendant |
| | | | 7/15/19 | | | Andrea Christensen |
| no obj. | | 149 | 7/15/19 | Y | Y | Photograph of Defendant and brother, Matt Christensen |
| obj. | | 147 | 7/15/19 | | | National Institute on Alcohol Abuse and Alcoholism article titled "Genetics of Alcohol Use Disorder" |
| obj. | | 148 | 7/15/19 | | | National Institute on Alcohol Abuse and Alcoholism article titled "Common Genetic Factors Found in 5 Mental Disorders" |
| | | | 7/16/19 | | | Andrew Huckstadt |
| | | 122 | 7/16/19 | | Y | *Previously admitted during this phase of trial on 7/9/2019:* CD containing clip of Peoria County Jail call of the defendant on June 19, 2019 around 10:42 am |
| ✗ no obj. | 133 | | 7/16/19 | Y | Y | Facebook Messenger Chat between Defendant and Deborah Mitchell |
| ✗ no obj. | 135 | | 7/16/19 | Y | Y | CD containing telephone call between the Defendant and his mother, Ellen Williams, on 10/31/2017 |
| ✗ no obj | 135TR | | 7/16/19 | Y | Y | Transcript of Govt Ex 135 |
| ✗ no obj | 130 | | 7/16/19 | Y | Y | CD containing telephone call between the Defendant and his father, Michael Christensen, on 7/4/2017 |
| ✗ no obj | 130TR | | 7/16/19 | Y | Y | Transcript of Govt Ex 130 |
| no obj. | 106TR-2-112TR-2 | | 7/16/19 | Y | Y | Transcripts of Clips played from Govt Exhibits 106-112 |
| no obj. | 129 | | 7/16/19 | Y | Y | Full Video and Audio files of Govt Exhibits 106-112 & 113-122 (Which are "clips") |