UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO PAY WITNESS' RENTAL CAR EXPENSE**

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and moves this Court to authorize the United States Marshal's Service to reimburse witness Telemachos Mouschovias' rental car expense.

Mr. Telemachos Mouschovias testified during the penalty phase of Mr. Christensen's trial pursuant to subpoena. The Court entered an Order pursuant to Federal Rule of Criminal Procedure 17(b) authorizing the issuance of the subpoena without prepayment of costs due to Mr. Christensen indigent status. Mr. Mouschovias' personal vehicle was not sufficiently reliable to get him to and from Urbana for his testimony in Peoria. Additionally, there was no available public transportation.

Mr. Mouschovias spoke with someone in the United States Marshal's office in Urbana about his situation and was told to rent a car. He did so and appeared as required by the subpoena. Ordinarily, the Marshal's service must preapprove a rental vehicle in order to reimburse a witness for incurring that expense.

Counsel has been informed by the Marshal's service that it can reimburse Mr.

Mouschovias for the rental car (about $34) if the Court enters an Order finding "unusual circumstances" justify the reimbursement. Accordingly, Mr. Christensen respectfully requests the Court find unusual circumstances justify reimbursing Mr. Mouschovias for the expense he incurred in renting a car to attend court in compliance with the properly issued and served subpoena.

        Respectfully submitted,

        BRENDT A. CHRISTENSEN, Defendant

        BY:s/ Thomas W. Patton
        THOMAS W. PATTON
        Federal Public Defender
        PA ID No. 88653
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        Fax: (309) 671-7898
        E-mail: Thomas_Patton@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to opposing counsel. A copy was also mailed to the defendant.

        BRENDT A. CHRISTENSEN, Defendant

        BY: s/ Thomas W. Patton
        THOMAS W. PATTON
        Federal Public Defender
        PA ID No. 88653
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        Fax: (309) 671-7898
        E-mail: Thomas_Patton@fd.org