E-FILED
Monday, 22 July, 2019 09:01:30 AM
Clerk, U.S. District Court, ILCD

7/19/19 @ 7:55 pm

**B. Future Dangerousness of the Defendant**

Do you, the jury, unanimously find that the Government proved, beyond a reasonable doubt, that the defendant BRENDT A. CHRISTENSEN is likely to commit criminal acts of violence in the future that would constitute a continuing and serious threat to the lives and safety of others, as evidenced by his demonstrated lack of remorse for his serious acts of violence; his expressed desire to be known as a killer; and his claims of additional victims and expertise in avoiding detection?

s/ James E. Shadid

YES _____    NO _____

To JUDGE 3:15 pm

(IN PRISON?? or IF he was free)

We want to know if this aggravating factor pertains to his time in prison or if he had never been caught?

s/ foreperson