Mitigating Factors

- Are we to quantify the number of jurors who agree that the Defense proved by a preponderance of the evidence, each of the listed mitigating factors?

(YES)

- Are we to consider at this stage whether we would personally consider the listed factors to be mitigators in this case?

over —

s/ juror

s/ foreperson

s/ James E. Shadid

G 3:31PM

E-FILED
Monday, 22 July, 2019  09:01:30 AM
Clerk, U.S. District Court, ILCD