E-FILED
Monday, 22 July, 2019 09:01:30 AM
Clerk, U.S. District Court, ILCD

We would like to break for the day at 5:00 pm. We would start at 9:00 am tomorrow.

s/ foreperson

4:30 PM

YOU MAY, THANK YOU. SEE YOU TOMORROW AT 9 AM.

s/ James E. Shadid

YOU ARE REMINDED OF YOUR ADMONISHMENTS TO ONLY DISCUSS THIS WITH EACH OTHER AND REFRAIN FROM ANY NEWS COVERAGE

THANK YOU

s/ James E. Shadid