E-FILED
Monday, 22 July, 2019, 09:01:30 AM
Clerk, U.S. District Court, ILCD

We are asked to report the number of jurors that find a mitigating factor true based on the preponderance of the evidence. If reported, what can the information be used for?

s/ foreperson