E-FILED
Monday, 22 July, 2019 09:01:31 AM
Clerk, U.S. District Court, ILCD

(9:54 AM)

Please review page 18
sec 11, Introduction to Mitigating
factors and p. 24-25
sec 12, Weighing Aggravating
and Mitigating Factors.

If I understand your
question you should find
your answer there.

If I misunderstood
the question feel free
to send another.

—s/ James E. Shadid

Judge

@ 9:58 AM

Moving forward, After the trial,
what can our ~~Misc~~ Mitigating factors
results be used for? (Ie: appeals?)

We are inclined not to share our results.

—s/ juror