10:16 AM (10:30 AM) JEK

E-FILED
Monday, 22 July, 2019 09:01:31 AM
Clerk, U.S. District Court, ILCD

You should not consider any potential appeal or proceeding other than the sentencing issue before you in this case.

As part of the instructions you were asked, but not required, to report the total number of jurors that find a particular mitigating factor established by a preponderance of the evidence.

s/ James E. Shadid

JUDGE