E-FILED
Monday, 22 July, 2019 09:01:31 AM
Clerk, U.S. District Court, ILCD

We need help — the jury would like ~~the~~ to know what the results are ~~from~~ if there is no unanimous decision. Section VI #3 page 19 is not clear.

s/ juror

(over)