E-FILED
Monday, 22 July, 2019 09:01:31 AM
Clerk, U.S. District Court, ILCD

Judges Only

1:50 pm

I refer you back to page 30 instruction 16 Duty to deliberate for your review.

Having said that, if after weighing the aggravating and mitigating factors as instructed, you are still unable to unanimously agree as to a sentence of life without possibility of release, or a sentence of death, and you so inform the Court of that, The Court will impose a sentence of life without the possibility of release.