E-FILED
Monday, 22 July, 2019 09:01:31 AM
Clerk, U.S. District Court, ILCD

7/18 @9:08AM

The Jury is ready to present their findings.

s/ foreperson