Please refer to page 24,
see 12, "Weighing Aggravating and
Mitigating Factors" to determine
when to engage in the
weighing process

s/ J. Shadid