E-FILED
Friday, 30 August, 2019  12:18:29 PM
Clerk, U.S. District Court, ILCD

August 13, 2019

'

Paul Cicchini
509 S. Neil St.
Champaign, IL 61820


Hon. James Shadid
U.S. Dist. Judge
Central Dist. of Illinois
204 U.S. Courthouse
100 N.E. Monroe St.
Peoria, IL 61602


Your Honor,


I am writing to request that you unseal all the remaining sealed documents in the case of USA vs. Brendt A. Christensen, case number 17-20037. The disappearance and death of Yingying Zhang and subsequent investigation, trial and verdict against Mr. Christensen have not only garnered state and national attention, but international media coverage, as well.

The information contained within the documents is, without question, of great public interest. Ms. Zhang's disappearance captivated the campus of the University of Illinois, international students, families across Illinois, and families who've considered sending their children, not just to the U of I, but any college or university campus in the U.S.

Further, it impacted taxpayers across the country who had to foot the bill for the investigative work. They should have access to the results of the man hours accumulated by the FBI, U of I Police, DOJ and others from federal, state and local levels of law enforcement, as well as the prosecution and defense.

Additionally, it does not appear Mr Christensen is appealing his conviction. Therefore, the case is, for all intents and purposes, closed. There's no risk of evidentiary exposure were the case files to be unsealed.

Lastly,  we've learned Mr. Christensen's defense has revealed to the prosecution the possible location of Ms. Zhang's remains. While there's been some transparency with regard to a potential plea deal in the past, it would serve the public interest at this time to answer any and all remaining questions about the invetigative steps taken from the beginning of the investigation to locate Ms Zhang and bring justice to Mr. Christensen.


Sincerely,

Paul Cicchini







509 S. Neil St., Champaign, IL 61820

Hon. James Shadid
US Dist Judge
204 US Courthouse
100 NE Monroe St
Peoria, IL 61602

61602-109799

US POSTAGE $00.50°
ZIP 61820
041L11236621
08/14/2019