IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 17-CR-20037 |
| BRENDT A. CHRISTENSEN, | ) ) ) | |
| Defendant. | ) | |

**THE UNITED STATES OF AMERICA'S MEMORANDUM OF LAW
REGARDING UNSEALING DOCUMENTS**

NOW COMES the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, Eugene L. Miller and Bryan D. Freres, Assistant United States Attorneys, and Department of Justice Trial Attorney James B. Nelson, and respectfully files this brief, concurring with the Court that all of the sealed documents in this case should be unsealed, but requesting the redaction of the name of an alleged victim who was not permitted to testify during the trial, and the names of any other potential witnesses who did not testify.

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Comm., Inc.,* 435 U.S. 589, 597-98 (1978). The right, however, is not absolute. In an effort to protect ongoing criminal investigations and to ensure a defendant is not unfairly prejudiced by extrajudicial statements, courts routinely seal materials to protect an ongoing criminal matter. *See Times Mirror Co. v. United States,* 873 F.2d 1210, 1218-19 (9th

Cir. 1989); *In re Search Warrant*, 855 F.2d 569, 573, 575 (8th Cir. 1988); *Matter of Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256 (9th Cir. 1979). *See also Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975); *In re State (Bowman Search Warrants)*, 781 A.2d 988, 994 (N.H. 2001).

Now that this case has been resolved and the Court's judgment is final, those valid reasons for sealing court filings (*i.e.,* protecting ongoing criminal investigations and the defendant's right to a fair trial) no longer exist. Therefore, the United States concurs that, pursuant to *Nixon,* the sealed judicial documents in this case should be unsealed and available to the public.

The United States proposes, however, that the name of an alleged victim be redacted from those unsealed documents, specifically, docket entries 238, 239, 282, 316, 351, and 365. (The proposed redactions are attached hereto as exhibits.) This alleged victim was not permitted to testify during the case. Therefore, public disclosure of the alleged victim's name would serve no purpose other than potentially to embarrass or harass the alleged victim.

The United States also proposes that the names of any other potential witnesses who did not testify be redacted, as well. Disclosure of their names would also serve no purpose other than embarrassment or harassment. Specifically, the United States proposes that the names of the potential witnesses identified by the defendant in docket entry 239 be redacted. (The proposed redactions are attached hereto as exhibits.)

WHEREFORE, the United States concurs with the Court that the sealed judicial documents in this matter be unsealed, but respectfully requests that the Court redact the names of individuals who were not permitted to or did not testify during the trial.

Respectfully Submitted

JOHN C. MILHISER
UNITED STATES ATTORNEY

/s/Eugene L. Miller
Eugene L. Miller
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
eugene.miller@usdoj.gov

/s/ James B. Nelson
James B. Nelson
Trial Attorney
Capital Case Section
United States Department of Justice
1331 F. Street NW, Room 625
Washington, DC  20004
Phone: 202/598-2972
james.nelson@usdoj.gov

/s/Bryan D. Freres
Bryan D. Freres
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
bryan.freres@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/Eugene L. Miller
Eugene L. Miller
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
eugene.miller@usdoj.gov