# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-cr-20037-JES-JEH |
| BRENDT A. CHRISTENSEN, | ) |
| Defendant. | ) |

## SEALED ORDER

Now before the Court is Defendant's Sealed Motion (Doc. 238) to Preclude the Testimony of ▉▉▉▉, and for a Pretrial Reliability Hearing. The United States has filed a Sealed Response (Doc. 282). The Court DEFERS RULING on the issue of precluding ▉▉▉▉ testimony until the guilt phase of the trial is concluded. *See* Doc. 310, at 19–21. Should a guilty verdict be returned on the capital charge, the Court will schedule a hearing before the penalty phase begins in order to determine ▉▉▉▉ reliability.

Signed on this 26th day of April, 2019.

/s James E. Shadid
James E. Shadid
United States District Judge