UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> BRENDT A. CHRISTENSEN,  ) <br> ) <br> Defendant.  ) | Crim. No. 17-20037 |

**RESPONSE TO THE GOVERNMENT MEMORANDUM OF LAW REGARDING UNSEALING DOCUMENTS**

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Response to the Government's Memorandum of Law Regarding Unsealing Documents states as follows:

1. Defendant has reviewed the Government's Memorandum of Law Regarding Unsealing Documents, filed on today's date.

2. Defendant does not dispute any of the proposed redactions contained therein.

3. To supplement the Government's request, Defendant proposes that Docket Numbers 462 and 463 remain sealed. Said documents were proffers of information, which was never presented in Court, concerning the Defendant's medical records, mental health history, and those of his entire family. The proffered exhibits include dates of birth, social security numbers, and intimate medical and mental health information of both the Defendant and

1

his relatives, the release of which would cause embarrassment or harassment and would serve no purpose. (See Gov't Memo pg. 2)

WHEREFORE, Defendant requests that in addition to the Government's proposed redactions, Docket Numbers 462 and 463 remain sealed.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

2

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org