# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 17-cr-20037-JES-JEH |
| BRENDT A. CHRISTENSEN, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is now before the Court on the letter from Paul Cicchini requesting that the Court unseal all remaining sealed documents in this case. (ECF No. 489). The Government and Defendant have provided a response. (ECF Nos. 490 and 491). On October 24, 2019, the Court entered an Order directing the Clerk of the Court to unseal the remaining documents; provided however, the Clerk was further directed to replaced certain documents with redacted versions provided by the Government. (TEXT ONLY ORDER dated 10/24/2019). This Order is intended to provide some additional clarification regarding the extent of the unsealing of documents.

Documents containing original signatures, where redacted versions of the documents are contained in the records, will not be unsealed. (See e.g. ECF Nos. 488, 485, 482, 428, 407, 405, 378, 347, 190, 27, 14, 9, and 2). Documents that are used for administrative purposes by the Court, and traditionally sealed, will not be unsealed. (See e.g. ECF Nos. 486, 476, 28, 22, and 7); see also ILCD-LR 32.1. *Ex parte* motions requesting subpoenas will not be unsealed. Document (ECF No. 32) will not be unsealed, and the description of the document and reasons for sealing are thoroughly explained in the Order dated January 18, 2019 (ECF No. 52), which will be unsealed.

SO ORDERED this 30th day of October 2019.

                                                                                 s/ James E. Shadid  
                                                                                    James E. Shadid  
                                                          United States District Court Judge  
                                                               Central District of Illinois