1          UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF ILLINOIS.
2

3

UNITED STATES OF AMERICA,
4                              Docket No. 17-20037
           Plaintiff,
5
   vs.                         Peoria, Illinois
6                              July 8, 2019
                               1:10 p.m.
7  BRENDT A. CHRISTENSEN,

8          Defendant.

9

10

11          SENTENCING -- July 8, 2019 (Afternoon)

12

13

14      BEFORE THE HONORABLE JAMES E. SHADID

15          UNITED STATES DISTRICT JUDGE

16

17

18

19

20
        LISA KNIGHT COSIMINI, RMR-CRR
21          U.S. District Court
            201 South Vine
22        Urbana, Illinois 61802
            217-355-4227
23

24

Proceedings recorded by mechanical stenography;
25 transcript produced by computer.

```
1   A P P E A R A N C E S :

2   For the Plaintiff:        EUGENE L. MILLER, ESQUIRE
                              BRYAN D. FRERES, ESQUIRE
3                             Assistant United States Attorneys
                              201 South Vine Street
4                             Urbana, Illinois 61802
                              217-373-5875
5
                              JAMES B. NELSON, ESQUIRE
6                             U.S. DEPARTMENT OF JUSTICE
                              Capital Case Section
7                             1331 F Street NW, Suite 625
                              Washington, DC 20004
8                             202-598-2872

9
    For the Defendant:        GEORGE F. TASEFF, ESQUIRE
10                            Assistant Federal publish Defender
                              401 Main Street, Suite 1500
11                            Peoria, Illinois 61602
                              309-671-7891
12
                              ELISABETH R. POLLOCK, ESQUIRE
13                            Assistant Federal publish Defender
                              300 West Main Street
14                            Urbana, Illinois 61801
                              217-373-0666
15
                              ROBERT L. TUCKER, ESQUIRE
16                            Robert L. Tucker, Esq
                              7114 Washington Avenue
17                            St. Louis, Missouri 63130
                              703-527-1622
18
                              JULIE C. BRAIN, ESQUIRE
19                            Attorney at Law
                              916 South 2nd Street
20                            Philadelphia, Pennsylvania 19147
                              267-639-0417
21

22

23

24

25
```

I N D E X

Page

PRELIMINARY MATTERS Outside Presence of Jury ....... 4
    (Review of Preliminary Instructions to Jury)

PRELIMINARY INSTRUCTIONS TO THE JURY:

    By Judge Shadid ................................. 13

OPENING STATEMENTS:

    By Mr. Nelson ................................... 28
    By Ms. Brain .................................... 38

GOVERNMENT WITNESSES IN AGGRAVATION:

XUELI ZHAO-GALDONY
    Direct Examination by Mr. Miller ............... 55
    Cross-Examination by Ms. Pollock ............... 63

FIONA YIU
    Direct Examination by Mr. Miller ............... 66

CATHERINE CHANG
    Direct Examination by Mr. Miller ............... 71

XIAOLIN HOU
    Direct Examination by Mr. Miller ............... 77

SENTENCING -- July 8, 2019 (Afternoon)

```
 1              (In open court; jury absent; 1:10 p.m.)
 2         THE COURT:  Let me go through these preliminary
 3   instructions, and -- have you had a chance to look at
 4   them?  I just want to confirm that they are as we
 5   discussed.
 6         The first one, paragraph 4, changed "penalty"
 7   to "sentencing determination."
 8         Paragraph 6, "sentencing findings."
 9         The notes part on paragraph 8 was reduced.
10         Paragraph 9, then, I reworded but it uses the
11   same language the defense had, but I thought it set up
12   better the procedure to follow.  So now it says, "The law
13   does not presume the death penalty is appropriate or
14   required for every defendant, or that every defendant
15   convicted of murder is legally eligible to receive a
16   sentence of death," and then we go to procedure.  Given
17   my previous rulings, the parties wish to be heard on that
18   change?
19         MR. FRERES:  No, Your Honor.
20         THE COURT:  Okay.  Page 2, second factor, I
21   used "gateway intent factors," and then I set it out A,
22   B, C, D; added "the defendant" before "intentionally" in
23   B, C, and D to be consistent with A.
24         Then on page 3, "If, after fair and impartial
25   consideration of all of the evidence, you do not
```

SENTENCING -- July 8, 2019 (Afternoon)

1  unanimously find the government proved the defendant's

2  age," then I added "at least one gateway."  I changed

3  this a little bit.  It says -- hold on a minute; let me

4  find it.  I think this is correct.  The government has to

5  prove the defendant's age, at least one gateway intent

6  factor, and at least one statutory aggravating factor

7  before we can move on, correct?

8            MR. MILLER:  That's correct, Your Honor.

9            MR. FRERES:  Yes, sir.

10            THE COURT:  The defense version did not say

11  that; like, it had to find it all.  I just added these.

12  Okay?

13            All right, then, page -- and then I set them

14  out in a list, 1 through 5.

15            Then page 4 starts with, "A unanimous finding

16  is not required regarding mitigating factors.  Any one of

17  you may find the existence of a mitigating factor

18  regardless of the number of other jurors that may agree."

19            "The defendant has proposed the following" --

20  there are now 50.

21            18, as I understand, was withdrawn.

22            I struck only two and that is 48 and 52.

23            And I took 38 out for right now.  That was the

24  plea negotiation issue until or unless it's otherwise

25  resolved.  Is that resolved?

SENTENCING -- July 8, 2019 (Afternoon)

1          MS. POLLOCK:  It's not 100 percent resolved,

2    Your Honor, but we're well on our way to reaching that

3    resolution.

4          THE COURT:  You want to leave it out for right

5    now?

6          MS. POLLOCK:  We do want to leave it out, but

7    we're going to attempt to confer again tonight.

8          THE COURT:  Okay.  Now, how is it going to

9    be -- is it going to be addressed in the government's

10   case in any way, or opening statement?

11         MR. MILLER:  I believe it's briefly going to be

12   discussed in the government's opening statement since we

13   understand it's going to come into evidence.

14         THE COURT:  Okay.  In what way?  I mean, what

15   way?  I mean, will that -- without an agreement, is

16   there -- well --

17         MR. MILLER:  We believe we can bring in

18   evidence --

19         MS. BRAIN:  We would object to that.  We

20   haven't -- until we know what the stipulation is going to

21   look like, we can't make a final decision as to whether

22   we're going to introduce it or not; and so we would ask

23   that neither party address it or anything.

24         MR. NELSON:  Well, and here's the problem, Your

25   Honor.  I certainly understand their point, but this is

SENTENCING -- July 8, 2019 (Afternoon)

1   why we asked for a ruling by last week, Monday, so that

2   we could prepare our opening statement.  And if it's

3   going to -- if it's going to come in, then we have to

4   open on it; we have to address it.  We don't want to

5   create a situation where they can play *Gotcha* and wait

6   until the last minute to introduce it.

7           So, I don't -- I don't know what the right

8   resolution of this is.  I certainly wasn't going to

9   mention it because we didn't think it should come in; but

10  now that it is coming in, we want to address it.  And I

11  would defer to the Court.

12          MS. BRAIN:  It is, because of Rule 410 -- or

13  408; I always get them confused -- it's up to Mr.

14  Christensen whether or not this evidence comes in.  The

15  government can't use it against him.  They can only

16  address it if we, if we introduce it.  And we have -- are

17  not in a position to make that determination yet.

18          THE COURT:  Okay.  That's a fair statement,

19  right?

20          MR. MILLER:  That is a statement, Your Honor.

21  The Court had ruled, though, that it did come in; and, as

22  you recall, we addressed this to ask the defense to tell

23  us by last Monday if they were going to present it or

24  not, and so --

25          THE COURT:  So --

1          MR. MILLER:  I guess -- well, I guess our

2    interest would then be that it's -- we won't discuss it

3    in opening statement.  That's fine.  But before it is

4    introduced by any party, then that has to be addressed by

5    the Court as to how it can first be introduced into

6    evidence.

7          MS. BRAIN:  That's fine, Your Honor.

8          THE COURT:  Okay.  All right, so then it's --

9    that's out.

10          And then, other than that, I took out the full

11    paragraph on the second page of the defense proposal that

12    has, had to do with weighing aggravating and mitigating

13    factors -- "If any one of you determines" -- because that

14    is still left for another issue, and that would be on the

15    last page.

16          Otherwise, I think on the last page, the first

17    paragraph, is a fair -- is an accurate statement.  "After

18    making your findings about the aggravating and mitigating

19    factors and whether they exist in this case, each of you

20    will then engage in a weighing process.  In doing so, you

21    must unanimously decide whether the aggravating factor or

22    factors that you have found to exist sufficiently

23    outweigh the mitigating factor or factors that you have

24    found so as to justify the imposition of a death

25    sentence."

SENTENCING -- July 8, 2019 (Afternoon)                9

```
1              All right?  Everybody good?

2              MR. FRERES:  Yes, Your Honor.

3              THE COURT:  Okay.  So with that in mind, these

4    will be the preliminary instructions that I'll read to

5    the jury.  I have a clean set to, for, with some -- I did

6    make corrections on spellings in paragraphs 1 and 2 of

7    the defense, the defense version.  I've corrected those

8    for the scanning.

9              Then is there anything else we need to address

10   before we bring the jury in?

11             I plan to voir dire them about whether or not

12   they have read or heard anything about the case in the

13   last week and a half or two since we've been gone and, if

14   so -- depending on an answer may depend on whether we

15   have to do individual voir dire.

16             Mr. Taseff, you're standing.

17             MR. TASEFF:  That was going to be our request,

18   Your Honor, that the Court conduct individual sequestered

19   voir dire as to each juror about news accounts seen,

20   heard, or discussed since the filing of June 25th.

21             THE COURT:  I would, I would think that it

22   would be sufficient for me to ask all of them; and then

23   if somebody has read, seen, or heard, then we could

24   resume to individual.  If they haven't, wouldn't we be

25   able to accept their representation?
```

SENTENCING -- July 8, 2019 (Afternoon)

1              Mr. Miller, --

2          MR. MILLER:  I would agree.  And I would even

3     go -- I think we had discussed this when the filing was,

4     was made the day after jury selection, that I think the

5     Court could even further ask:  *Is there anything about*

6     *that that* -- because it's going to be hard for them not

7     to have seen anything, given the circumstances; I think

8     we've all known that -- but asking them, *Is there*

9     *anything about that that would affect your ability to be*

10    *fair and impartial?*  And if anybody raises their hand on

11    that, then I think we would have to do that

12    individualized.

13          MR. TASEFF:  I think it's imperative that we

14    inquire -- number one, that we advise the jurors:  They

15    are under oath as the Court poses that question.  And,

16    secondly, have any of them seen, heard, or discussed any

17    news account pertaining to this case since June 25th?

18    And then we individually voir dire them.

19          THE COURT:  After they've answered that?

20          MR. TASEFF:  [Inaudible.]

21          THE COURT:  Even if they answer no?

22          MR. TASEFF:  If they answer yes; if they say,

23    yes, they have, --

24          THE COURT:  Oh, yeah.

25          MR. TASEFF:  -- then we inquire further of each

SENTENCING -- July 8, 2019 (Afternoon)

1   individual so that we can accurately then assess whether

2   that would have affected them in any way, as opposed to

3   them just telling us, *I may have seen something or heard*

4   *something that had no effect whatsoever.*  I think we need

5   to inquire further about this before we accept the

6   juror's answer.

7            THE COURT:  All right.  Well, let's find out

8   first if anybody's seen or heard.

9            So, *Have any of you seen, heard, or discussed*

10  *this matter with anyone since we recessed two weeks ago?*

11  That's the question, first question.  Is that the only

12  question if the answer is "no" from everybody?  You want

13  me to ask it a different way?

14            MR. MILLER:  That's fine, Your Honor.

15            THE COURT:  All right.  Then with that in mind,

16  let's -- where's Jeremy?

17                  (Brief pause in proceedings; discussion off

18                  the record between Court staff.)

19            THE COURT:  Okay.  Let's bring the jury down.

20                  (Brief pause in proceedings.)

21                  (Jury present, 1:21 p.m.)

22            THE COURT:  All right.  Thank you, everybody.

23  Please be seated.

24            Ladies and gentlemen, welcome back, and I

25  appreciate your promptness once again.  I hope that you

```
1    had a nice break.
2            I need to ask you one question before we begin,
3    and then I'll give you some preliminary instructions on
4    this process.  Remember now that you're all under oath as
5    well, from previous.
6            Have any of you seen, heard, or discussed this
7    matter with anybody since we recessed two weeks ago?
8    That includes all the alternates.  And let me just ask
9    each of you to say "yes" or "no" in open court, if you
10   don't mind, starting from my right.
11           JUROR NUMBER 100387953:  No.
12           JUROR NUMBER 100391122:  No.
13           JUROR NUMBER 100388370:  No.
14           JUROR NUMBER 100392526:  No.
15           JUROR NUMBER 100388721:  No.
16           JUROR NUMBER 100390947:  No.
17           JUROR NUMBER 100392815:  No.
18           JUROR NUMBER 100392898:  No.
19           JUROR NUMBER 100392714:  No.
20           JUROR NUMBER 100384905:  No.
21           JUROR NUMBER 100392666:  No.
22           JUROR NUMBER 100391928:  No.
23           JUROR NUMBER 100392076:  No.
24           JUROR NUMBER 100389765:  No.
25           JUROR NUMBER 100387302:  No.
```

 1          JUROR NUMBER 100389150:  No.

 2          JUROR NUMBER 100389557:  No.

 3          JUROR NUMBER 100389839:  No.

 4          THE COURT:  Okay, very good.  And I do -- and I

 5    truly appreciate that because I know how difficult that

 6    actually must have been.  There was some attention to

 7    this matter; but for this process to work, you must

 8    follow my admonitions, and I am grateful and appreciative

 9    that you did, in fact, do so.

10          Okay, with that in mind then, we're going to

11    put up some preliminary instructions for you that will

12    help guide you.  Once again, like last time, you're going

13    to get complete written instructions at the conclusion of

14    the case.

15          And if you're taking notes, again, you're going

16    to get complete, written instructions at the conclusion

17    of the case; but this will help guide you through this

18    process as we begin.

19          Members of the jury, you have unanimously found

20    the defendant, Brendt Christensen, guilty of the capital

21    offense of kidnapping resulting in death, as charged in

22    Count 1 of the indictment.

23          You must now consider, after hearing additional

24    evidence, whether Brendt Christensen should be sentenced

25    to death or to life imprisonment without the possibility

SENTENCING -- July 8, 2019 (Afternoon)

1 of release.

2          The law leaves this decision exclusively to

3 you, the jury.  Whichever sentence you choose, death or

4 life imprisonment without the possibility of release, the

5 Court is required to impose that sentence.

6          I am now providing you with some preliminary

7 instructions to give you an overview of your role in

8 making the sentencing determination.

9          I will give you more detailed instructions

10 after the sentencing hearing is concluded, and I will

11 give you more -- and I will also provide you with a

12 special verdict form that will function, in part, as a

13 checklist which will help you make your decision that is

14 required of you and will assist you in organizing your

15 findings.

16          In making your sentencing findings, you may

17 consider all of the evidence that you heard at the

18 earlier portion of the trial, as well as any additional

19 evidence to be presented at the sentencing phase.

20          You will also follow the same instructions I

21 provided to you during the guilt phase regarding

22 consideration of the evidence and witness credibility

23 determinations, which I will restate for you after the

24 evidence has been presented in the sentencing hearing of

25 the trial.

SENTENCING -- July 8, 2019 (Afternoon)

1           As you were previously told, you may take

2    notes; but they are only aids to your memory.  If your

3    memory differs from your notes, you should rely on your

4    memory and not your notes.

5           The law does not presume that the death penalty

6    is appropriate or required for any defendant, or that

7    every defendant convicted of murder is legally eligible

8    to receive a sentence of death.

9           There is a procedure that you will follow to

10   determine if the defendant, Brendt Christensen, is

11   legally eligible for the death sentence.

12          If you find that he is not legally eligible for

13   death, then your deliberations will be over.

14          If, however, the government proves beyond a

15   reasonable doubt that -- the facts that make the

16   defendant legally eligible for a death sentence, you will

17   then enter a second stage of the procedure in which you

18   will decide whether or not a death sentence should be

19   imposed.  That involves a weighing process in which you

20   will consider information on, that's favor-- information

21   that's favorable to the defendant, along with evidence

22   against him.  And then you'll decide whether a sentence

23   of death is appropriate.

24          I will explain all of this to you in more

25   detail after you've heard the evidence, but for now I

1  want to give you an overview of the process.

2          Before you may consider whether to impose a

3  sentence of death, you must make each of the following

4  three findings unanimously and beyond a reasonable doubt:

5          First, you will decide if the government has

6  proven beyond a reasonable doubt that, on the date of the

7  capital crime charged in the superseding indictment, the

8  defendant was at least 18 years of age.

9          Second, you will decide whether the government

10  has proven beyond a reasonable doubt at least one of the

11  following gateway intent factors:  Whether (A) the

12  defendant intentionally killed Yingying Zhang; (B) the

13  defendant intentionally inflicted serious bodily injury

14  that resulted in the death of Yingying Zhang; (C) the

15  defendant intentionally participated in an act

16  contemplating that a person's life would be taken and

17  intending that lethal force would be used in connection

18  with a person, and Yingying Zhang died as a result of the

19  act; or (D) the defendant intentionally and specifically

20  engaged in an act of violence, knowing that the act

21  created a grave risk of death to a person such that

22  participation in the act constituted a reckless disregard

23  for human life, and Yingying Zhang died as a direct

24  result of the act.

25          Third, you will then decide whether the

1  government has proven beyond a reasonable doubt the

2  existence of at least one statutory aggravating factor.

3  The factors you will consider at this point are called

4  "statutory aggravating factors" because Congress

5  specifically listed them in a statute.  I will define the

6  term "aggravating factor" for you in a minute.

7          The statutory aggravating factors that the

8  government alleges are:  (1) that the death, or injury

9  resulting in death, occurred during the commission or

10  attempted commission of, or during the immediate flight

11  from the commission of, kidnapping; (2) that the

12  defendant committed the offense in an especially heinous,

13  cruel, or depraved manner in that it involved torture or

14  serious physical abuse to the victim, Yingying Zhang; (3)

15  that the defendant committed the offense after

16  substantial planning and premeditation to cause the death

17  of a person.

18          If, after fair and impartial consideration of

19  all the evidence in the case, you do not unanimously find

20  that the government proved the defendant's age, at least

21  one gateway intent factor, and at least one statutory

22  aggravating factor beyond a reasonable doubt, your

23  deliberations will be over.

24          However, if you do unanimously find that these

25  three elements have been proved beyond a reasonable

SENTENCING -- July 8, 2019 (Afternoon)

1   doubt, you will then proceed to determine whether you

2   unanimously find that the government has proved the

3   existence of any nonstatutory aggravating factors beyond

4   a reasonable doubt.

5        The five nonstatutory aggravating factors which

6   the government alleges to support their position that

7   death, a sentence of death is appropriate are:  (1) the

8   defendant caused injury, harm, and loss to Yingying Zhang

9   and loss to her family, friends, and coworkers.

10       The second nonstatutory aggravating factor is

11  that the defendant is likely to commit criminal acts of

12  violence in the future that would constitute a continuing

13  and serious threat to the lives and safety of others.

14       The third nonstatutory aggravating factor is

15  that the defendant has demonstrated, by statements he

16  made following the offense, that he lacked remorse for

17  the kidnapping resulting in the death of Yingying Zhang.

18       The fourth nonstatutory aggravating factor is

19  that the victim, Yingying Zhang, was particularly

20  vulnerable due to her small stature and limited ability

21  to communicate in English.

22       The fifth nonstatutory aggravating factor is

23  that the defendant attempted to obstruct the

24  investigation of this offense by at least making false

25  statements to investigators, destroying or concealing the

1  victim's remains, and sanitizing the crime scene.

2        After you consider whether the government has

3  proven the aggravating factors beyond a reasonable doubt,

4  you will then decide whether any of you find that the

5  defendant has proved any mitigating factors.  The

6  defendant has the burden of proving any mitigating

7  factors.  However, there's a different standard of proof

8  as to mitigating factors.

9        You need not be convinced beyond a reasonable

10  doubt about the existence of a mitigating factor.  You

11  need only be convinced that a mitigating factor exists by

12  a preponderance of the evidence, which means that it is

13  something -- that something is more likely true than not

14  true.

15        A unanimous finding is not required regarding

16  mitigating factors.  Any one of you may find the

17  existence of a mitigating factor regardless of the number

18  of other jurors that may agree.

19        The defendant has proposed the following

20  mitigating factors for your consideration.  They are as

21  follows:

22        Mr. Christensen has no prior criminal record,

23  no prior arrests, and no prior incarcerations.

24        Mr. Christensen's mother struggled with severe

25  suicidal depression and anxiety when he was growing up.

SENTENCING -- July 8, 2019 (Afternoon)

```
 1            Mr. Christensen's mother became a chronic
 2    alcoholic during his childhood and required both
 3    inpatient and outpatient treatment for her alcoholism.
 4            There is an extensive history of mental illness
 5    on Mr. Christensen's mother's side of the family.
 6            There is an extensive history of mental illness
 7    on Mr. Christensen's father's side of the family.
 8            Mr. Christensen has demonstrated the capacity
 9    to be a loving and caring person.
10            Mr. Christensen was a gentle child and
11    displayed no aggressive or violent behavior toward others
12    while growing up.
13            Mr. Christensen provided emotional support to
14    his sister, Andrea, while she was growing up.
15            Mr. Christensen's mother, Ellen, loves him and
16    cares about him and is willing to support him during a
17    sentence of life without release.
18            If Mr. Christensen is executed, his mother will
19    suffer grief and loss.
20            Mr. Christensen's father, Michael, loves him
21    and cares about him and is willing to support him during
22    a sentence of life without release.
23            If Mr. Christensen is executed, his father will
24    suffer grief and loss.
25            Mr. Christensen's sister, Andrea, loves him and
```

SENTENCING -- July 8, 2019 (Afternoon)

1    cares about him and is willing to support him during a

2    sentence of life without release.

3            If Mr. Christensen is executed, his sister will

4    suffer grief and loss.

5            Mr. Christensen has a long history of brain

6    injury and dysfunction, including sleep disorders

7    (including parasomnia, sleep terrors, and sleep

8    paralysis), concussions, and chronic migraines.

9            Mr. Christensen suffered from symptoms of

10   depression throughout his life.

11           Mr. Christensen suffered from symptoms of

12   anxiety throughout his life.

13           Mr. Christensen struggled with addiction to

14   alcohol beginning in college.

15           Mr. Christensen struggled with addiction to

16   prescription drugs, including Vicodin and Ambien,

17   beginning in college.

18           Mr. Christensen and his wife, Michelle, did not

19   socialize with anyone else during their time together

20   (2009 through 2017), and Michelle was Mr. Christensen's

21   best and only friend.

22           Mr. Christensen sought medical treatment --

23   and, ultimately, prescription medications -- for his

24   psychiatric issues at the University of Illinois in

25   January of 2016.

SENTENCING -- July 8, 2019 (Afternoon)

1          Mr. Christensen accepted the advice of his

2     wife, Michelle, and advisor in seeking psychiatric

3     treatment in January of 2016.

4          Mr. Christensen continued to suffer from

5     depression, anxiety, and sleep problems, despite medical

6     treatment from January 2016 through June of 2017.

7          Mr. Christensen sought professional counseling

8     for his alcohol and drug abuse in March of 2017 at the

9     University of Illinois Counseling Center.

10          During two separate meetings with UICC staff in

11     March of 2017, Mr. Christensen repeated to the counselors

12     that he was having thoughts of suicide and homicide.

13          Mr. Christensen confessed to the counselors at

14     the UICC that he had a plan for how to commit a murder,

15     that he had purchased items to facilitate his plan to

16     commit a murder, that he knew his thoughts were wrong and

17     disturbing to others, and that he did not want to be that

18     kind of person.

19          Mr. Christensen sought professional

20     psychological counseling for his alcohol and drug abuse

21     in March of 2017 at the University of Illinois Counseling

22     Center, where he told the counselor he could not see a

23     path forward without his wife, Michelle.

24          There is an extensive history of alcoholism

25     and/or substance abuse on both sides of Mr. Christensen's

1  family, which is a factor suggesting his own

2  predisposition to alcoholism and/or substance abuse.

3         Mr. Christensen abused alcohol and prescription

4  drugs in an attempt to self-medicate and control his

5  psychological problems.

6         The breakdown of Mr. Christensen's marriage

7  caused him severe emotional distress.

8         In order to save his marriage, Mr. Christensen

9  agreed to his wife Michelle's proposal that they both be

10  free to date and have sex with other people.

11         Mr. Christensen was particularly distressed the

12  weekend of June 9, 2017, because his wife, Michelle, went

13  on a weekend trip with another man to the place where

14  they spent their honeymoon.

15         After Mr. Christensen sought help for his

16  substance abuse and intrusive suicidal and homicidal

17  thoughts in March of 2017, the University Counseling

18  Center did not refer and coordinate with mental health

19  professionals at the University Health Center.

20         After Mr. Christensen sought help for his

21  substance abuse and intrusive suicidal and homicidal

22  thoughts in March of 2017, the University Counseling

23  Center did not obtain medical records and did not develop

24  a treatment and safety plan to address the homicidal and

25  suicidal ideations he expressed.

SENTENCING -- July 8, 2019 (Afternoon)

1          After Mr. Christensen sought help for his

2     substance abuse and intrusive suicidal and homicidal

3     thoughts in March of 2017, the University Counseling

4     Center did not conduct a follow-up with him.

5          After Mr. Christensen sought help for his

6     substance abuse and intrusive suicidal and homicidal

7     thoughts in March of 2017, the University Counseling

8     Center did not assess and evaluate the specifics of the

9     homicidal and suicidal ideations he expressed.

10         While incarcerated, following his arrest on

11    June 30, 2017, Mr. Christensen has had no disciplinary

12    reports or violations.

13         During two years of pretrial incarceration, Mr.

14    Christensen has never possessed a weapon.

15         Mr. Christensen has never threatened jail staff

16    while incarcerated in jail.

17         Mr. Christensen has never threatened any other

18    prisoners while incarcerated at the jail.

19         Mr. Christensen has never attempted to engage

20    in criminal activity with outside persons while at the

21    jail.

22         Mr. Christensen has been respectful to all male

23    correctional officers when incarcerated at the jail.

24         Mr. Christensen has been respectful to all

25    female correctional officers when incarcerated at the

1  jail.

2          Mr. Christensen has been respectful to all of

3  his fellow inmates and did not cause disturbances within

4  the jail.

5          Mr. Christensen has adapted very well to being

6  incarcerated.

7          Mr. Christensen is unlikely to commit a serious

8  act of violence while serving a sentence of life without

9  possibility of release.

10          Mr. Christensen behaved respectfully during the

11  trial in this cause.

12          The penalty of life without the possibility of

13  release is a severe sentence.

14          All lives are valuable, including Mr.

15  Christensen's life.

16          Sentencing Mr. Christensen to death will not

17  undue the harm and suffering he has caused Ms. Zhang's

18  family and loved ones.

19          Now, I have just used the terms "aggravating

20  factors" and "mitigating factors," and I will define

21  these for you.  Generally speaking, these are things that

22  concern the circumstances of the crime or the personal

23  traits, character, or background of the defendant.

24          The word "aggravate" means to make worse or

25  more offensive, or to intensify.  The word "mitigate"

1    means to make less severe or to moderate.

2              An aggravating factor is a factor or

3    circumstance which would tend to support imposition of

4    the death penalty.

5              A mitigating factor is an aspect of the

6    defendant's character, record, or background, and any

7    other circumstances of the offense or any other relevant

8    fact or circumstance, which might indicate that the

9    defendant should not be sentenced to death but should,

10   instead, be sentenced to life imprisonment without the

11   possibility of release.

12             After making your findings about the

13   aggravating and mitigating factors and whether they exist

14   in this case, each of you will then engage in a weighing

15   process.  In doing so, you must unanimously decide

16   whether the aggravating factor or factors that you have

17   found to exist sufficiently outweigh the mitigating

18   factor or factors that you have found so as to justify

19   the imposition of a death sentence.

20             I will give you detailed instructions on this

21   weighing of aggravating and mitigating factors before you

22   begin your deliberations.  However, I instruct you now

23   that you must not simply -- you must not simply count the

24   number of aggravating and mitigating factors and reach a

25   decision based on which number is greater.  You must,

1    instead, consider the weight and the value of each

2    factor.

3              Whether or not the circumstances in this case

4    justify a sentence of death on the one hand or life

5    imprisonment without the possibility of release on the

6    other is a decision the law leaves entirely to you.  The

7    law never requires you to find in favor of a death

8    sentence.

9              You should not take anything that I have said

10   or done during the guilt phase of this case or anything

11   that I say or do during this sentencing phase as

12   indicating what I think of the evidence or what I think

13   your decision would be -- should be.

14             With that overview, we'll now commence with the

15   sentencing hearing portion of the trial.  We'll do that

16   by hearing first a brief opening statements from each

17   side.  Remember -- and I instructed you this before --

18   what the lawyers say in opening statement is not

19   evidence, and you should disregard it unless it is

20   supported by what the evidence, in fact, shows.

21             So with that in mind, opening statement first

22   from the government, Mr. Nelson.

23             MR. NELSON:  Thank you, Your Honor.

24             THE COURT:  All right, one second, Mr. Nelson.

25             Is that screen not working?

SENTENCING -- July 8, 2019 (Afternoon)

```
 1              COURTROOM IT TECHNICIAN:  Working on it.  It
 2   was off.
 3              THE COURT:  How about the other one?  Is the
 4   other one working?
 5              COURTROOM IT TECHNICIAN:  Yes.
 6              THE COURT:  Okay.  Do you want us to wait, or
 7   do you want us -- can we proceed?  We'll proceed --
 8              COURTROOM IT TECHNICIAN:  Go ahead.
 9              THE COURT:  -- if we don't bother you?  All
10   right.
11              Mr. Nelson, opening statement.
12              MR. NELSON:  Thank you, Your Honor.
13              Good afternoon.
14              Life is too short to be ordinary.  That
15   poignant, seven-word phrase was one of the last things
16   that Yingying Zhang wrote in her journal in June of 2017.
17   It was one of the very few things written in English.
18   Life is too short to be ordinary.
19              When she wrote this, Yingying had no way of
20   knowing just how short her life would be.  But by then,
21   she was already far from ordinary.  In fact, she was
22   extraordinary.
23              So far in this case, the only thing you've
24   learned about Yingying Zhang is the way that she died.
25   But in order for you to render a just sentence in this
```

1  case, you must know about the way that she lived because

2  only then will you understand the impact that her murder

3  has had.  Only then will you know just how large a hole

4  the defendant created when he made Yingying disappear.

5         You see, Yingying was far more than just an

6  international scholar.  It's true that, although she was

7  born to a modest family -- her father is a driver, and

8  her mother is a homemaker -- she was able to attain a

9  graduate degree; and she traveled to the University of

10 Illinois to pursue her dream of obtaining a Ph.D. in

11 environmental engineering.

12        You'll hear that she wanted to be a professor.

13 She wanted to inspire others the way she had been

14 inspired.  And she also knew that by becoming a

15 professor, she could help improve her family's

16 conditions.

17        And so she traveled from Nanping, China, to

18 Champaign, Illinois, to study photosynthesis in corn and

19 soybeans, hoping to help develop science that would lead

20 to sustainable harvests, even in changing weather and

21 climate patterns.

22        That was what she was doing.  That's not the

23 sum total of who she was.

24        You'll hear that Yingying was a devoted and

25 loving daughter, the kind of daughter that every parent

1  hopes their child grows up to be.  In fact, you'll hear

2  that she was the hope of the family.  She was the first

3  one to go to college.

4         Yingying's father was incredibly proud of her

5  and her achievements; and her loss has been devastating

6  for him, so much so that he still has difficulty looking

7  at her photographs.

8         You'll hear that Yingying and her mother were

9  very close, that they talked almost daily; and that once

10  Yingying reached adulthood, they were more like sisters

11  than anything else.

12         And it was Yingying who always encouraged her

13  brother to do his best, whether at school or at work.

14         In fact, you'll hear that Yingying lived up to

15  her name.  She was the brightly shining light of her

16  family.

17         But it wasn't just her family.  You've heard --

18  and you will hear again -- from Xiaolin Hou that he and

19  Yingying were to be married in October of 2017; that

20  while she was in the United States, they spoke almost

21  every day, even though separated by thousands of miles

22  and a dozen time zones.  Two years later, he still longs

23  for her to be by his side.

24         And Yingying loved her friends almost as much

25  as she loved her family.  She was always giving them

SENTENCING -- July 8, 2019 (Afternoon)

1  encouragement, always giving them reasons to smile, and

2  often spending what little money she had to buy them

3  gifts or trinkets, just because they reminded her of

4  them.

5          Finally, you'll hear that Yingying had a

6  beautiful voice, and she loved to sing.  She sang

7  whenever she could, for her friends, for Xiaolin, or even

8  performing in her band.

9          But on June 9, 2017, that beautiful voice fell

10  silent.  And the brightly shining light that warmed so

11  many hearts was replaced by darkness, and that darkness

12  goes on forever.

13          Ladies and gentlemen, this was not an ordinary

14  loss; it was extraordinary.

15          It was also not an ordinary crime.  It was

16  cold.  It was calculated.  It was cruel.  And it was

17  months in the making.  You've already heard evidence that

18  in the spring of 2017, as Yingying was saying goodbye to

19  Xiaolin and her parents and traveling to the United

20  States to pursue her dreams, the defendant was finalizing

21  the plans that would ultimately take her life.

22          And you've heard about those plans.  You've

23  heard that they entailed kidnapping, sexual assault,

24  choking, a baseball bat, and a knife.  And then, finally,

25  making her body disappear.

SENTENCING -- July 8, 2019 (Afternoon)

1          It might be hard for you to imagine that a

2    crime that sinister, that actions that heinous, could

3    take place in a town like Champaign, Illinois.  But just

4    because it's hard to imagine doesn't mean you won't be

5    able to recognize it for what it is.  Just because it's

6    hard to imagine doesn't mean that you won't be able to

7    assign a just punishment.

8          Now, the Court has instructed you on the

9    procedures in this phase of trial.  He has instructed you

10   that your decision on the sentence must be based solely

11   on the evidence admitted in court, the testimony from

12   people at that witness stand, and the evidence that's

13   been presented through them.  And he's instructed you

14   that you can consider the guilt phase evidence, the

15   evidence you've already heard, because it's still in

16   evidence; and, in fact, much of that evidence is relevant

17   to both phases of trial.  And you'll hear that the

18   procedure in both phases are nearly identical, so the

19   procedure that we followed in the first phase is largely

20   what we'll follow in this phase as well.

21         Here, the United States will present evidence

22   of aggravating factors that we believe support the death

23   penalty in this case.  The defendant will present

24   evidence of mitigating factors, factors he believes

25   support a sentence of life imprisonment.

SENTENCING -- July 8, 2019 (Afternoon)

1          The Court has instructed you on the burdens of

2   proof; and it's up to you to decide, first, whether those

3   factors have been proven and, second, whether they

4   support a sentence one way or the other.  Because once

5   you decide whether those factors have been proven, you

6   have to engage in a weighing process; and that weighing,

7   as you've been instructed, is not about numbers.  It does

8   not matter how many aggravating factors or mitigating

9   factors there are because the weight must be determined

10  based on what those factors are worth to you in deciding

11  a sentence in this case.  You may decide -- and you're

12  allowed to decide -- that one factor outweighs all the

13  others combined.

14         The eight aggravating factors that we have

15  alleged in this case will all be proven beyond a

16  reasonable doubt by the evidence that we present to you.

17  And as I mentioned, you've already heard evidence of some

18  of them.

19         For example, you've heard evidence that

20  Yingying's death occurred during the course of a

21  kidnapping offense.  The same evidence that was presented

22  in the first phase of trial will prove beyond a

23  reasonable doubt that aggravating factor.

24         You've also heard evidence of the substantial

25  planning and premeditation that went into this offense;

SENTENCING -- July 8, 2019 (Afternoon)

1   the heinous, cruel, and depraved manner of the killing in

2   this case.  Much of that evidence, of course, was

3   presented through the defendant's own words, and you

4   heard it in the defendant's own voice.

5           But you also heard that the forensic evidence

6   matches what the defendant said in that statement.

7   Yingying's DNA was found on the baseball bat in his

8   bedroom.  Yingying's DNA was found in the mattress.

9   Yingying's DNA was found in the pool of blood soaked into

10  the underside of his carpet underneath the bed.  The DNA

11  in that blood, you heard, was from a single source; and

12  the odds that the source that that DNA was someone other

13  than Yingying is 1 in 97 octillion.

14          You've also heard evidence that Yingying was

15  vulnerable due to her size and her limited ability to

16  communicate in English.  You'll hear that her English

17  capability is relevant because the evidence will show

18  that she was likely to trust someone that she believed to

19  be a police officer.  And her petite size fit the

20  defendant's description of his ideal victim, someone who

21  was small, someone who would be easy to dispose of.

22          You've also heard evidence of the defendant's

23  obstruction.  You've seen and heard his lies to the FBI.

24  You've seen the search warrant photos with cleaning

25  products shining like moonlight underneath the

1  alternative light source.  Further proof of the extensive

2  efforts that the defendant took to erase all forensic

3  evidence in this case, just like he made Yingying's body

4  disappear.  In this phase, you'll hear more evidence and

5  argument of why those aggravators support the death

6  penalty.

7          You'll also hear new evidence, evidence that's

8  only relevant to punishment.  You'll hear that the

9  defendant poses a risk of future dangerousness.  That

10  will be based on the defendant's description of himself

11  and his intent.

12          You'll hear that the defendant lacks remorse.

13  This will also come in the form of the defendant's words

14  and the defendant's voice.

15          You'll hear again how the defendant laughed

16  when he described cutting off Yingying's head.

17          You'll hear again how the defendant bragged

18  that Yingying was gone forever.

19          And you'll hear the defendant's telephone calls

20  from jail which show that his remorselessness lasted long

21  after he was arrested in this case.

22          Finally, you'll hear about the impact that this

23  crime has had on Yingying's family, friends, and fiance.

24  They had every right to expect that she would realize her

25  vast potential, in both her personal life and her

1    professional life; that she would marry Xiaolin; that she

2    would obtain her Ph.D.; that she would become a

3    professor; and that she would start a family of her own.

4    What they wouldn't give to see her smile, to hear her

5    voice, to feel her embrace, if only one more time.

6            But, of course, the defendant didn't stop at

7    killing Yingying Zhang. He made her body disappear.  And

8    you'll hear evidence that that was the cruelest cut of

9    all because the Chinese have a saying that *a fallen leaf*

10   *returns to its roots.*  Not only did the defendant deprive

11   Yingying's family of her presence, he ensured that that

12   wound would never heal.  There will be no proper burial

13   in China.  There will be no closure.

14           In the first phase, you heard the defendant

15   gloat about Yingying's family going home to China

16   empty-handed.  In this phase, you will see and you will

17   hear the anguish that this has caused.

18           Ladies and gentlemen, the evidence that you

19   will hear in this phase of trial will prove to you and

20   paint for you an indelible picture, a picture of a man

21   who was driven by premeditated cruelty and a belief that

22   he could commit murder and get away with it; a man who,

23   in his own words, was willing to destroy humanity in

24   order to be remembered; and in order to be remembered, he

25   committed a gruesome and heinous murder and then bragged

1   that the media attention it received was all for him.

2   The defendant's actions show that he's a risk of future

3   dangerousness, and his words show that he has zero

4   remorse for what he did.

5        Ralph Waldo Emerson wrote, "The only person you

6   are destined to become is the person you decide to be."

7   Your destiny is the sum of your decisions, your actions,

8   and your beliefs; and it's as personal as your DNA.  The

9   evidence will show that the defendant's decisions and

10  actions and beliefs made up who he was and who he is as

11  he sits here before you.  It's who he told his wife that

12  he was in December of 2016.  It's who he told Terra

13  Bullis he was on June 29, 2017.  The defendant determined

14  his own destiny, and he was determined to be remembered

15  as a serial killer.

16        Ladies and gentlemen, this is not an ordinary

17  crime, and it's not an ordinary case.  The evidence that

18  you hear will prove to you that this crime deserves an

19  extraordinary punishment; and that's why, at the end of

20  this phase, we will be returning to this podium and

21  asking you to sentence the defendant to death.

22        Thank you.

23        THE COURT:  Thank you, Mr. Nelson.

24        For the defense.

25        MS. BRAIN:  Yes, Your Honor.  Thank you.

1            THE COURT:  Ms. Brain.

2            MS. BRAIN:  Jeremy, may we have the screen?

3            COURTROOM DEPUTY:  Yes.

4               (Brief pause in proceedings.)

5            MS. BRAIN:  Good afternoon.

6            Good afternoon, everybody.

7            By your guilty verdict on July 24th of this

8    year, you have appropriately ensured that Brendt

9    Christensen will die in prison.  He will die in federal

10   prison alone, among strangers, without the loving touch

11   of his family; and the only question that remains is

12   whether that death -- when that death will occur, at the

13   end of his natural life or before, on a date selected by

14   the government for his execution.

15           No one who knew Brendt when he was growing up

16   would ever have thought that his life would end that way.

17   In August of 2013, from all outward appearances, Brendt

18   Christensen's life was a success story.  He had had to

19   work hard, but he had accomplished many good things, and

20   he seemed on the cusp of accomplishing still more.

21           Looking from the outside in, his life was going

22   very well.  He had just graduated from the prestigious

23   University of Wisconsin-Madison with a degree in both

24   physics and mathematics.  He had been accepted into

25   perhaps the best Ph.D. program in physics in the country

1  at the University of Illinois in Urbana-Champaign.  And

2  he was happily married to his wife, Michelle, who was

3  truly his soulmate and the love of his life.

4          Though everything seemed fine on the outside,

5  on the inside Brendt was struggling; and his mental

6  functioning was in steep decline.  In less than four

7  years later, he committed a horrific act that caused

8  unimaginable pain and loss to the Zhang family.  He took

9  their beloved daughter away from them and created a void

10  in their lives that clearly will never, ever be filled.

11          So what happened?  What made this young man --

12  so smart, so loved, with such promise who had never been

13  in trouble before, ever, of any kind, with the law --

14  what made him do such a terrible thing?

15          Unfortunately, we probably won't ever really

16  know the complete answer to that unless science makes

17  some great leaps forward in understanding how the brain

18  works and how it can go wrong.  And we, who have been

19  working on behalf of Brendt, certainly don't pretend to

20  have all the answers.  Far from it.

21          But it basically comes down to this:  This

22  young man had been secretly struggling with his mental

23  health for his whole life.  Because he was so smart,

24  because he was so determined, he'd been able to push it

25  away, to keep it underground.  But by the time he got to

SENTENCING -- July 8, 2019 (Afternoon)

1   graduate school, he began to unravel bit by bit by bit.

2           The way that he saw and experienced the world,

3   his thought processes, his ability to cope with life

4   profoundly changed.  And for the four years before this

5   terrible crime occurred, he gradually became more and

6   more undone.  His mental functioning declined and

7   declined.  His academic functioning declined and

8   declined.  And his life slowly, but surely, fell apart.

9           And because of that, we're asking you to

10  sentence Brendt to life imprisonment without the

11  possibility of release.  This was Brendt's crime.

12  Brendt's fault.  Brendt's responsibility.  And we're

13  asking you to punish him, and we're asking you to do it

14  by ordering that he be held in prison for the rest of his

15  life until he dies, never to see the light of day, never

16  to experience a single day of freedom.

17          Start from the very beginning.  Everyone who

18  knew Brendt -- his family, his friends, his coaches, his

19  teachers -- they all say Brendt was a great kid, a really

20  good kid.  He was polite.  He was gentle.  He was quiet.

21  He never got in any trouble, not at home and not in

22  school.

23          You'll hear from some of these folks, and

24  they'll tell you:  Brendt was the kind of kid who would

25  slow down and wait for a friend who was slower than him

SENTENCING -- July 8, 2019 (Afternoon)

1   when running track so the friend didn't get left behind.

2   He was the kind of kid who showed exceptional

3   thoughtfulness and kindness to a friend of his -- another

4   friend -- who had become paralyzed in a tragic wrestling

5   accident that Brendt actually witnessed.

6           And in addition to being sweet and kind, Brendt

7   was super smart.  Everybody knew that.  The school system

8   recognized right away his superior intelligence in

9   kindergarten, before he was even six years old.  He was

10  put in a special gifted and talented program because,

11  when they tested him, his intellectual skills were in the

12  very top 1 percent of all the kids in his class, so he

13  was smarter than 99 percent of all the other kids in the

14  school district.

15          Even when he was still small, though, you'll

16  hear that there were signs that something might be wrong

17  with Brendt and with how his mind worked.  Before he was

18  even born, he was marked from the beginning because there

19  was a significant history of mental illness in his family

20  that rendered him genetically vulnerable to developing

21  problems himself.  You'll hear from a number of Brendt's

22  family members about the existence of mental health

23  difficulties and substance abuse on both sides of

24  Brendt's family.  So that's where he started out.

25          As a little kid, he had terrible, awful night

1  terrors.  For his whole childhood, he used to wake up in

2  the middle of the night screaming; terrified, literally,

3  out of his mind.

4         He also walked in his sleep.  He walked through

5  the house, wandering on his own in the darkness.  It

6  wasn't cute or funny.  It was another source of terror

7  and confusion for that little boy.

8         And he was plagued with debilitating migraine

9  headaches, headaches so bad that he couldn't stand to be

10  in the light.

11        And this wasn't a passing phase for Brendt.  He

12  didn't grow out of these sleep disturbances or these

13  crushing headaches.  Instead, he was plagued by similar

14  problems throughout his life up until the time that he

15  was arrested in this case.  For Brendt, these were signs

16  that there was truly something deeper going on.

17        And then when he was 15 years old, a truly

18  horrifying thing happened.  He was home sick from school.

19  He was lying on the couch in the family home.  And his

20  father and brother were also home -- they were in

21  different parts of the house -- when suddenly they saw

22  Brendt running across the back deck of the house,

23  barefoot.  It was January in Wisconsin.  There was ice

24  and snow on the ground.  It was freezing cold.

25        He ran across the back deck.  He jumped four

SENTENCING -- July 8, 2019 (Afternoon)

1    feet down onto a low roof.  Then he jumped more -- eight

2    more feet down to some steps which he tumbled, fell down.

3    He picked himself up.  He ran out the front driveway and

4    straight into the side of a passing van.

5         He somehow managed to get himself back into the

6    house, into the house because when the paramedics arrived

7    he was lying on the kitchen floor, completely out of his

8    mind, talking about things that made absolutely no sense.

9    He was combative and struggling.  He was seeing things,

10   clearly, that weren't there.

11        Throughout the ambulance trip to the hospital,

12   he was wrestling with the paramedics.  He didn't

13   understand where he was or who they are, and at one point

14   he eventually ripped the IV out of his arm.

15        The paramedics were sure this, this kid had to

16   be on some kind of illegal drugs.  But he wasn't.  When

17   they got him to the hospital, they tested for all of

18   that, and Brendt had not taken anything.

19        He finally came to at the hospital, but he was

20   really disturbed about what happened to him and even told

21   the doctors he was worried that something like that might

22   happen to him again, and he might hurt somebody else.

23        And after this incident, Brendt began to

24   struggle in school.  His grades plummeted.  He failed

25   some classes, and he barely managed to graduate from high

 1    school with his diploma.  His grades were so poor that

 2    his dream of attending University of Wisconsin-Madison at

 3    first was dashed.  His application was summarily

 4    rejected.

 5            But Brendt rallied.  He enrolled himself in the

 6    local technical college.  He went there for a year.  He

 7    did so well he was allowed to transfer the next year into

 8    the University of Wisconsin-Stevens Point, which was the

 9    town where he grew up.  He spent a year there.  He did so

10    well again that finally he was allowed in the fall of

11    2009 to transfer into the University of Wisconsin at

12    Madison, where he wanted to be all along.

13            He started a relationship with Michelle.  She

14    became his girlfriend.  She moved to Madison with him,

15    and in 2011 they were married.  Brendt initially did well

16    in Madison, even making the Dean's List in his very first

17    semester.

18            By the spring of his second year there, he was

19    struggling again.  Things that should have been

20    manageable, or even easy for him to do, seemed somehow

21    beyond his grasp.  He couldn't cope with the demands of

22    being a full-time student.  He dropped classes and went

23    down to part-time status.

24            But he soldiered on.  He worked at it, and he

25    worked at it.  And in the spring of 2013, he graduated;

1   and not only that, he was accepted into the University of

2   Illinois Physics Ph.D. Program.  And so it was:  In

3   August of 2013 Brendt and his wife, Michelle, packed up

4   all of their belongings and moved to Champaign, Illinois.

5          Looking from the outside in, Brendt's life was

6   going great.  Newly married with a bright future in a

7   prestigious program and a clear path to a successful and

8   meaningful career.

9          What happened next was a four-year battle

10  between Brendt and his demons that little by little he

11  lost.

12         As the demands of his graduate program

13  increased, Brendt became overwhelmed, and his ability to

14  cope with those demands slipped away.  In the beginning,

15  he was taking structured classes, the kind of classes

16  that he had taken in undergrad, in college; and he did

17  well.  He knew how to do that.

18         But in the graduate program, he was

19  increasingly called upon to conduct research and study

20  independently, without supervision; and under those

21  circumstances, his performance declined rapidly.

22         By the fall of 2015, the beginning of his third

23  year in Illinois, Brendt couldn't hide his struggles any

24  longer.  Both his wife, Michelle, and his Ph.D. advisor,

25  Dr. Nadya Mason, recognized he needed mental health

1  treatment, and they urged him to go get it.  And he did.

2        In January of 2016, Brendt started seeing

3  University Health Center psychiatrist Dr. Peggy Pearson

4  for regular visits and psychiatric medication.  He was

5  treated for symptoms of depression, anxiety, panic

6  attacks, sleeping problems, and a burgeoning problem with

7  alcohol and drug abuse.

8        But despite going to see Dr. Pearson regularly,

9  his symptoms persisted.  She tried him on a couple --

10  several different types of medication, but nothing worked

11  for any significant length of time.

12        In the summer of 2016, Brendt and Michelle

13  decided he should just give up his failing attempt to get

14  the Ph.D. in his program, the program that had been a

15  dream come true just two years before and, instead,

16  finish out his requirements and leave at the end of the

17  year with a Master's Degree.

18        In the fall semester of 2016, Brendt received

19  Fs in every single one of his courses.  He was failing in

20  every way at his job as a teaching assistant in the

21  Physics Department.

22        And then his marriage fell apart.  Because she

23  lived with him day-to-day, Brendt couldn't hide his

24  internal struggles from his wife, Michelle.  His sickness

25  put a heavy, heavy burden on the marriage; and he could

SENTENCING -- July 8, 2019 (Afternoon)

1  no longer give her what she needed, and he wasn't getting

2  any better.

3       In December of 2016, one night Brendt confided

4  in his wife he had been having terrible thoughts --

5  awful, violent thoughts of hurting people, killing people

6  even -- that he didn't want, but he couldn't control.

7  Understandably, Michelle was terrified to hear this, and

8  the marriage was never the same again.

9       In March of 2017, she told him she wanted a

10 divorce, and Brendt was devastated.  He persuaded her to

11 stay, to not leave at that point; and she agreed but only

12 on the condition that she be allowed to engage in a

13 sexual relationship with another man, a coworker of hers.

14       By then, Michelle was Brendt's sole source of

15 support.  As his deterioration progressed, he'd become

16 more and more and more isolated.  He had virtually no

17 contact with his family or friends back in Wisconsin, and

18 he had no family or friends in Champaign.  And as she

19 became more and more preoccupied with her new

20 relationship, even Michelle was increasingly unavailable

21 to Brendt.

22       Brendt tried to deal with what was happening to

23 him by self-medication.  He drank massive amounts of

24 alcohol and took all the prescription and

25 over-the-counter drugs that he could get his hands on in

1   an attempt to beat back these dark, terrible thoughts

2   that were beginning to overwhelm him.  But it didn't

3   work.

4           On March 21, 2017, a little after -- a little

5   over two months before the tragic murder of Ms. Zhang,

6   Brendt made an appointment with the University of

7   Illinois Counseling Center to seek help for his drinking

8   and his drug abuse and to try to save his marriage.  But

9   when he was there, he told them a lot more about what was

10  happening to him than just his drinking and his drug use.

11          You know some of this already because you saw

12  and heard the videotape that was made of his first

13  interview at the Counseling Center with the intern.  You

14  know he told them he was having thoughts of suicide, that

15  he didn't want to live if his wife left him; and that he

16  was thinking about killing himself by inhaling nitrogen

17  gas.

18          He also told them that he was having thoughts

19  of harming other people.  He'd developed a fascination

20  with serial killers.  That he had made a plan to kill

21  someone and had even bought things that would aid in the

22  execution of that plan.  During this phase of the trial,

23  we'll be able to tell you a little bit more about what he

24  told the Counseling Center staff and what they did and

25  didn't do in response.

1    You'll hear that, before that videotape that

2  you've already seen ever got rolling, Brendt took a test

3  that asked him about the symptoms he was having.  And in

4  his answers, he said, *I feel disconnected from myself.*

5    *I don't enjoy being around people as much as I*

6  *used to.*

7    *I feel isolated and alone.*

8    *I lose touch with reality.*

9    *I feel worthless.*

10   *I feel helpless.*

11   *I feel sad all of the time.*

12   *I have thoughts of ending my life.*

13   *I have unwanted thoughts I can't control.*

14   *My heart races for no good reason.*

15   *I have sleep difficulties.*

16   *My thoughts are racing.*

17   *I have spells of terror and panic.*

18   *I feel tense.*

19   *I experience nightmares or flashbacks.*

20   *There are many things I am afraid of.*

21   You will hear that both University policy and

22  basic mental health care require that the staff of the

23  Counseling Center recognize the seriousness of what

24  Brendt was telling them and to act on that, to ensure not

25  only his safety but, more importantly, the safety of the

SENTENCING -- July 8, 2019 (Afternoon)

 1  broader campus community.

 2          But they didn't act.  Brendt was sent out of

 3  the Counseling Center, back onto campus with no more

 4  resources to help him than he had gone in with.

 5          But he kept trying.  He went back a week later

 6  and saw two different counselors.  Again, he told them he

 7  had thoughts of hurting himself.  Again, he told them he

 8  had thoughts of harming others; that he had made plans to

 9  act on those thoughts; that he had bought things to help

10  in the transportation and disposal of a body.

11          And, again, at the end of the hour, he was sent

12  out, back on the campus.

13          Later that afternoon, he got an email from one

14  of the counselors with the contact information of a local

15  public mental health clinic, suggesting he contact them,

16  as they offered a range of services and, therefore, were

17  ideal for one-stop shopping.

18          Two months later, Ms. Zhang was dead.

19          And you'll hear the counselors that Brendt

20  interacted with at those two visits are now being sued in

21  Federal Court by Ms. Zhang's estate for their failures in

22  this case.

23          Now, I want to be clear.  We are in no way

24  whatsoever trying to lay blame for what happened to Ms.

25  Zhang on the Counseling Center.  Absolutely not.  We were

SENTENCING -- July 8, 2019 (Afternoon)

1   clear in the first phase about the case, and we aim to be

2   just as clear in this phase also.  Brendt did it.  He

3   must be punished for it.  And he will be punished for it

4   severely.  Your guilty verdict made sure of that.  And

5   his mental struggles that I've been talking about don't

6   change that at all.

7          But the fact that Brendt went to the Counseling

8   Center for help to try to stop drinking, to try and save

9   his marriage; that he told the staff not once but twice

10  he was having thoughts of harming himself and harming

11  others; that he had made plans; that he had terrible,

12  horrible thoughts, intrusive thoughts, about harming

13  people; and that he was sent away with nothing but a

14  telephone number -- they do help us a little bit,

15  understand a little bit about what led up to Brendt

16  committing this awful, awful act.

17         And it was -- they also inform the decision,

18  the decision that you must make as to whether the death

19  penalty is the only option in this case, or whether this

20  is a case in which a life sentence without possibility of

21  release is more appropriate.

22         This is not a case that calls for the death

23  penalty.  Despite his ridiculous, drunken claims to Terra

24  Bullis, he is not a serial killer.  He's a young man who

25  had promise.  He had potential.  He had a future.  And

SENTENCING -- July 8, 2019 (Afternoon)

1    all of that is now gone forever.

2            Nor is he likely to be dangerous in the future

3    as the government is asking you to find.  Quite the

4    contrary.  He's shown absolutely no signs of that

5    whatsoever in the two years that he's been in jail.

6            You're going to hear from career correctional

7    officers, both men and women, who will tell you Brendt's

8    done everything required of him at all times.  He's never

9    had a disciplinary write-up of any kind, and he's never

10   caused a moment of trouble, either for staff or for

11   inmates.

12           Now, your job as jurors is a little different

13   in this part of the trial than it was in the first part.

14   When you decided guilty or not guilty, you were deciding

15   facts.  You heard the evidence.  You talked about it

16   together in deliberations; and when all twelve of you

17   agreed the government had met its burden of proof beyond

18   a reasonable doubt, you were duty-bound -- and you did --

19   to vote guilty.

20           Your decision in this portion of the trial is a

21   bit different.  You again hear evidence from both sides.

22   You will again discuss it with each other during

23   deliberations.  But the decision about the appropriate

24   sentence is less a factual determination than a moral

25   one.  It requires each of you to make your own individual

1    assessment of what is right based on your conscience,

2    your values, and your own unique life experiences.

3            The death penalty is never required by law.

4    Judge Shadid just told you that.  Not in this case or in

5    any other case.  It is each of you that decides what

6    happens to Brendt.

7            And as the judge will instruct you at the end

8    of the case, once you've arrived at your decision, once

9    you've decided what is right, you are never required to

10   do violence to your conscience or surrender your opinion.

11   You're never required to fall in line with the views of

12   others.  Each of you has the right under the law to have

13   your decision heard and respected.

14           You're about to hear what will undoubtedly be

15   harrowing, painful testimony about what Brendt has done

16   to the Zhang family.  Nothing we can say or do will

17   change that.  We simply honor it with respect,

18   compassion, and empathy.

19           If the pain that the Zhang family endured and

20   continues to endure were the only factor that mattered in

21   this sentencing proceeding, I imagine that the decision

22   would be a fairly easy one for you.

23           But the question of whether Brendt should live

24   is more complicated than that.  Of course, you must

25   consider the crime he committed, the harm he has caused;

SENTENCING -- July 8, 2019 (Afternoon)

1    but you also must consider the mitigating evidence, those

2    factors that provide a reason to vote for life.

3         None of us is defined by the worst thing we've

4    ever done.  We are complex, multifaceted, flawed, unique

5    human beings.  And Brendt is no exception.

6         We ask that you keep an open mind to the other

7    sides of Brendt that you're going to hear about and, in

8    the end, to temper justice with mercy and choose life.

9         Thank you very much.

10        THE COURT:  All right.  Do we need to break

11   before we start with a witness, or are we ready to go?

12        MR. MILLER:  I think we -- if we can turn the

13   podium, Your Honor, we can be ready to go.

14        THE COURT:  All right.  Let me see counsel one

15   second.

16        (Sidebar proceedings, 2:18 p.m.)

17        THE COURT:  I don't want to hear the word

18   "mercy" again until I decide at the end of this case.

19   Understood?

20        MS. BRAIN:  Crystal clear.  Thank you.

21        (In open court, 2:18 p.m.)

22        THE COURT:  Okay.  Ready for the first witness?

23        MR. MILLER:  Yes.  The United States would call

24   Xueli Galdony.

25        (Brief pause in proceedings.)

```
1              XUELI ZHAO-GALDONY, sworn, 2:19 p.m.

2              DIRECT EXAMINATION BY MR. MILLER:

3      Q    Could you please tell the jurors your name and

4  spell your first and last name for the court reporter?

5      A    My name is Xueli Galdony.  X-u-e-l-i, that's

6  the first name.  Last name is Z-h-a-o dash G-a-l-d-o-n-y.

7      Q    Where are you employed?

8      A    Federal Bureau of Investigation.

9      Q    And how long have you been employed by the FBI?

10     A    Total, almost 12 years.  I was a contract

11 linguist for about ten years; and in 2017, I became a

12 full-time employee.

13     Q    And you mentioned a contract linguist.  What is

14 your current role with the FBI?

15     A    I'm a ling-- language specialist.

16     Q    And what are your duties as a language

17 specialist?

18     A    My daily work include translation, which

19 includes verbatim for audio and document and summary for

20 audio and document and interpretation help with

21 interviews and interrogations; and also such as person--

22 personality assessment and background about Chinese

23 culture and language, et cetera.

24     Q    And have you done -- were those your duties for

25 both your two years as a language specialist and in your
```

SENTENCING -- July 8, 2019 (Afternoon)

1   ten years as a contract language specialist?

2        A    Could you repeat that?

3        Q    Yeah.

4             Were those your duties for the last 12 years

5   with the FBI?

6        A    Yes.  Both contract linguist and language

7   specialist, that's my duties.

8        Q    Could you tell us if you have a college

9   education?

10       A    Yes, I do.

11       Q    And where is your degree in?

12       A    Bachelor degree in English language and

13  literature.

14       Q    And where did you obtain that degree?

15       A    I went to Nankai University in China.

16       Q    And could you spell that university for the

17  court reporter?

18       A    Yeah.  It's N-a-n-k-a-i University.

19       Q    Prior to joining the FBI, did you also work in

20  language skills?

21       A    Yes.  Part of my jobs -- I mean, some -- one of

22  my job description in my prior work, which is Motorola

23  and CTS Wireless Components, I was a coordinator between

24  China and American plants regarding material purchase and

25  planning.

1      Q    And that involved you then translating both --

2      A    Yes.

3      Q    -- English to Chinese and Chinese to English?

4      A    Yes, both.

5      Q    And just for clarity of the record, when we

6   refer to "Chinese," is that usually referring to what's

7   called the Mandarin dialect?

8      A    Yes, Mandarin Chinese.

9      Q    Let me ask you:  When did you first learn to

10  speak Chinese?

11     A    In elementary school, fourth grade.

12     Q    And where did you grow up?

13     A    In China.

14     Q    Okay.  And so is Chinese your first language?

15     A    Chinese is my first language.  Yes.

16     Q    So I think -- so did you learn to speak Chinese

17  from the time you were born?

18     A    Yes.

19     Q    Okay.  When you did you first learn to speak

20  English?

21     A    Oh, did you ask Chinese earlier?  I'm sorry.

22  Fourth grade, elementary school.

23     Q    And have you also had some -- well, I guess

24  that was your major, was -- English was your major in

25  college, correct?

SENTENCING -- July 8, 2019 (Afternoon)

1      A    Yes.

2      Q    And how long have you lived in the United

3  States?

4      A    Since 2000.

5      Q    Do -- now that you live in the United States,

6  do you speak English the majority of the time?

7      A    Yes.

8      Q    Do you also have training, then, in translating

9  from the Chinese to the English language and the English

10  language to the Chinese language?

11      A    Both.

12      Q    And could you just summarize for us that

13  training that you've received?

14      A    In the University or --

15      Q    Like you --

16      A    -- work --

17      Q    -- attended workshops where you've had to, been

18  trained on translating?

19      A    With the Bureau, FBI, we had these workshops

20  which provide trainings for both -- mostly from Chinese

21  to English; but we do have trainings with other linguists

22  and, either within the Bureau or outside the Bureau.

23      Q    And is there a certification that the FBI gives

24  to linguists?

25      A    Yeah.  We have a certification.

SENTENCING -- July 8, 2019 (Afternoon)

1      Q     All right.  And is that -- what is that -- do
2   you have to take a test?
3      A     Yes.
4      Q     And could you just describe that to the members
5   of the jury?
6      A     To become linguist, we have to pass a certain
7   test; and after we become the linguist, we, we receive
8   the trainings for it to, you know, improve our
9   translation skills.
10     Q     And does that testing include translating
11  spoken Chinese into written English?
12     A     Yes.
13     Q     Okay.  And have you passed all of those tests?
14     A     The -- it's not really -- for that
15  certification, we have practice; but there's no, no test
16  but --
17     Q     Your first certification, did you take a test?
18     A     Yes.  That test I passed to become linguist.
19  We have to.
20     Q     Okay, very good.
21           How many times have you translated the spoken
22  Mandarin Chinese into English during your career?
23     A     Oh, thousands of hours.
24           MR. MILLER:  Okay.  I would at this time tender
25  the witness as an expert witness to translate Chinese

1    language into the English language.

2             THE COURT:  Would the defense like to inquire?

3             MS. POLLOCK:  No, Your Honor.

4             THE COURT:  All right, very good.

5             Go ahead.

6    BY MR. MILLER:

7        Q    I will now show you some exhibits, if I may

8    approach.

9             First, I'll ask you to take a look at the CD,

10   Government Exhibit 107, and the accompanying transcript,

11   107-TR.

12       A    Okay.

13       Q    Do you recognize that?

14       A    Yes.

15       Q    And is that a video recording of an individual

16   by the name of Lisha Fang -- L-i-s-h-a, F-a-n-g -- that

17   you reviewed?

18       A    Yes, I did.

19       Q    And is 107-TR a transcript, an English language

20   transcript, of that video that was, involved the spoken

21   Chinese language?

22       A    Yes.

23       Q    And did you translate the spoken Chinese on 107

24   into English on 107-TR?

25       A    I'm the reviewer.  Yeah.

SENTENCING -- July 8, 2019 (Afternoon)

1      Q     Very good.

2            So did you review, then, that transcript with

3      the spoken language?

4      A     Yes.

5      Q     And what is the -- when you reviewed it, did

6      you determine that the English language correctly

7      reflected the spoken Mandarin Chinese?

8      A     Yes.

9      Q     And approximately -- I'll just ask you for this

10     one -- approximately how long does it take you to

11     translate approximately one minute of spoken Chinese?

12     A     Normally, it takes one hour for one minute of

13     spoken Chinese into English.

14     Q     And I'm going to ask you, then, if you'll look

15     at Exhibit 108 and ask you if you reviewed the video of

16     Yanyu Li and reviewed the transcript of that recording,

17     108-TR?

18     A     Yes.

19     Q     Did you -- were you able to determine that that

20     transcript contained the accurate spoken English of

21     the -- I'm sorry, the accurate written English of the

22     spoken Chinese?

23     A     Yes.

24     Q     And if you could look at Government

25     Exhibit 109, did you have an opportunity -- opportunity

1  to review the video of Zujuan Qi?

2        I'm going to spell that.  Z-u-j-u-a-n Q-i.

3  A    Yes.

4  Q    And did you have an opportunity to review

5  Government Exhibit 109-TR, the English transcript of that

6  recording?

7  A    Yes.

8  Q    And does Government Exhibit 109-TR accurately

9  relay in English the spoken Chinese words on Government

10 Exhibit 109?

11 A    Yes.

12 Q    And, finally, if you would look at Government

13 Exhibit 111, did you have an opportunity to review the

14 spoken Chinese on an interview of Xiao Zhang?

15 A    Yes.

16 Q    And did you review that with Government

17 Exhibit 111-TR?

18 A    Yes.

19 Q    And does Government Exhibit 111-TR accurately

20 reflect the English, written English translation of that

21 spoken Chinese?

22 A    Yes.

23        MR. MILLER:  Your Honor, we would move to admit

24 Government Exhibits 107, 108, 109, 111, and Government

25 Exhibits 107-TR, 108-TR, 109-TR, and 111-TR.

SENTENCING -- July 8, 2019 (Afternoon)

```
 1              THE COURT:  Any objection?

 2              MS. POLLOCK:  Your Honor, subject to the

 3    Court's prior ruling, no; but we'd like to preserve.

 4              THE COURT:  Very good, so noted.

 5              MR. MILLER:  Okay.  We have no --

 6              THE COURT:  Mr. Miller.

 7              MR. MILLER:  We have no further questions of

 8    the witness, Your Honor.

 9              THE COURT:  All right.  Cross-examination.

10                CROSS-EXAMINATION BY MS. POLLOCK:

11       Q    Good afternoon.

12       A    Hi.

13       Q    Do you recall when you received the videos for

14    the translation to occur?

15       A    To review?  It's -- I want to say early this --

16    no.

17                (Brief pause in proceedings.)

18       A    Either March or April.

19       Q    Okay.  Are you aware of when the videos were

20    actually taken?

21       A    It was October, I want to say.

22       Q    October of 2018?

23       A    Of 2018.

24       Q    Thank you.

25            Now, when you were reviewing the videos, --
```

1      A      Uh-huh.

2      Q      -- I assume you were able to hear the parties

3    that were in the video?

4      A      Yes.

5      Q      And you were able to make a list for your

6    translation of -- identifying people that were present?

7      A      What do you mean "list"?

8      Q      I believe at the beginning of your

9    translations, aren't there initials of who was present?

10     A      Yes.  Yeah.

11     Q      And they would include the government attorney,

12   correct?

13     A      Uh-huh.

14     Q      And they include the Chinese law enforcement

15   officials?

16     A      At the time, when translator -- any translator

17   with FBI, when we listen to the video or look -- I mean,

18   audio or look at a video, we don't know -- they are

19   identified, like unknown female or male to represent the

20   voice that we're not sure.

21     Q      Okay.

22     A      So I didn't know whether that's attorney or --

23   yeah, just to make sure.

24     Q      Understood.

25     A      Yeah.

1      Q    Well, let me ask you this:  Nobody from the

2  defense team was present during those videos in October

3  of 2018, correct?

4      A    When I was doing the review, I wasn't -- I

5  wasn't aware.

6      Q    Are you aware that these videos were disclosed

7  to the defense several days ago?

8      A    Can you --

9      Q    Sure.

10         Do you know when these videos were provided to

11  the defense?

12     A    No.

13         MS. POLLOCK:  Thank you.  Nothing further.

14         MR. MILLER:  Your Honor, I don't know if it

15  would be appropriate to -- there's a suggestion there --

16  that there should be an instruction that there's been no

17  ruling by the Court that there was anything improper done

18  by the government regarding videos.

19         THE COURT:  We can address that --

20         MR. MILLER:  Okay, --

21         THE COURT:  -- at some point.

22         MR. MILLER:  -- very good.

23         THE COURT:  All right.

24         MR. MILLER:  We have no further questions, Your

25  Honor.

SENTENCING -- July 8, 2019 (Afternoon)

```
 1              THE COURT:  Thank you.

 2         You may step down.

 3              (Witness Galdony excused, 2:33 p.m.)

 4              MR. MILLER:  The United States would call Fiona

 5    Yiu.

 6              (Brief pause in proceedings.)

 7              FIONA YIU, sworn, 2:33 p.m.

 8              DIRECT EXAMINATION BY MR. MILLER:

 9         Q    Could you please tell the jurors your name and

10    spell your first and last name for the court reporter?

11         A    My name is Fiona Yiu.  First name spelled

12    F-i-o-n-a; last name spelled Y-i-u.

13         Q    Where are you employed?

14         A    The FBI.

15         Q    And how long have you been employed by the FBI?

16         A    Three years.

17         Q    And what is your title with the FBI?

18         A    Language specialist.

19         Q    What are your duties as a language specialist?

20         A    I translate any Chinese-related documents,

21    anything written in Chinese in the form of checks,

22    emails -- any written form -- that's for translation.

23    And I also provide interpretation between Chinese and

24    English.

25         Q    And prior to joining the FBI as a full-time
```

SENTENCING -- July 8, 2019 (Afternoon)

1  employee, did you work as a contractor?

2       A    Yes, I did.

3       Q    And how long did you work as a contractor?

4       A    Three years.

5       Q    And what were your duties as a contractor with

6  the FBI?

7       A    Same as the duties I perform now as an

8  employee.

9       Q    Do you have a graduate degree?

10      A    Correct.

11      Q    And what is your graduate degree?

12      A    A Ph.D. in chemistry.

13      Q    Where did you obtain that?

14      A    North Carolina State University.

15      Q    In Raleigh, North Carolina?

16      A    Correct.

17      Q    And let me ask you:  When did you first learn

18  to speak Chinese?

19      A    When I first learned to speak.

20      Q    And so let me ask:  Where were you born?

21      A    1974, September 8th.

22      Q    Oh, I'm sorry.  Where were you born?

23      A    Guangzhou, China.

24      Q    And when did you first learn to speak English?

25      A    Third grade, when I was nine years old.

SENTENCING -- July 8, 2019 (Afternoon)

1      Q     Have you had formal training in translating
2  from Chinese to English?
3      A     Will you please define "formal training"?
4      Q     Yes.  Have you -- is there training at the FBI
5  that you attend, workshops and type things --
6      A     Yes.
7      Q     -- to assist in your translation activities?
8      A     Correct.  As an FBI employee, we continue to
9  participate in training courses for translation as well
10 as interpretation.
11     Q     Okay.  And prior to being able to translate for
12 the University of -- I'm sorry -- for the FBI, is there a
13 certification that's involved, a testing process?
14     A     Yes.
15     Q     And could you describe that for the jury?
16     A     Before, before becoming an FBI language
17 specialist, I took the FBI language test, which is a
18 battery of four tests -- actually five:  Chinese
19 reading -- Chinese reading, listening, translation from
20 Chinese to English, then speaking in Chinese and English.
21     Q     And did you pass that test?
22     A     Correct.  Yes.
23     Q     How many times over the course of your career
24 have you translated the spoken Chinese into written
25 English?

SENTENCING -- July 8, 2019 (Afternoon)

```
 1      A    Countless.  I don't know the exact number.

 2      Q    Is that something you do on a --

 3      A    Daily basis.

 4      Q    -- daily basis?

 5      A    Correct.

 6      Q    Okay.  I'm going to show you what --

 7           MR. MILLER:  Oh, I will tender the witness,

 8   Your Honor.

 9           MS. POLLOCK:  No objection.

10           THE COURT:  All right.  Proceed.

11   BY MR. MILLER:

12      Q    I show you what's been marked as Government

13   Exhibit 110 and 112 and 110-TR and 112-TR.

14           Do you recognize Government Exhibit 110 as a

15   video of Shuang Wu that was interviewed in China back in

16   October of 2018?

17      A    Yes, I do.

18      Q    And do you recognize Government Exhibit 110-TR

19   as an English translation of her spoken Mandarin?

20      A    Yes, I do.

21      Q    And did you, in fact, review Government

22   Exhibit 110-TR to make sure that it accurately reflected

23   in English the spoken Mandarin?

24      A    Yes, I did.

25      Q    And do you believe Government Exhibit 110-TR,
```

SENTENCING -- July 8, 2019 (Afternoon)

1    as you sit there, is a fair translation of Government

2    Exhibit 110?

3         A    Yes, I do.

4         Q    And I'll ask you the same questions, then, for

5    Government Exhibit 112.  Do you recognize Government

6    Exhibit 112 as a video of Kaiyun Zhao that was taken in

7    China in October of 2018?

8         A    Yes, I do.

9         Q    And is Government Exhibit 112-TR an English

10   translation of that spoken Chinese?

11        A    Yes.

12        Q    And did you review Government Exhibit 112-TR?

13        A    Yes, I did.

14        Q    And do you believe it is a fair translation in

15   English of the spoken Chinese on Government Exhibit 112?

16        A    Yes, I do.

17             MR. MILLER:  And, Your Honor, we'd move to

18   admit Government Exhibits 110, 112, and 110-TR and

19   112-TR.

20             THE COURT:  Ms. Pollock.

21             MS. POLLOCK:  No objection, subject to prior

22   preservation.

23             THE COURT:  Very good.  Be admitted.

24             MR. MILLER:  And we have no further questions,

25   Your Honor.

SENTENCING -- July 8, 2019 (Afternoon)

1        MS. POLLOCK:  No questions, Your Honor.

2        THE COURT:  You may step down.  Thank you.

3            (Witness Yiu excused, 2:39 p.m.)

4        MR. MILLER:  The United States would call

5   Catherine Chang.

6            (Brief pause in proceedings.)

7        CATHERINE CHANG, sworn, 2:39 p.m.

8        DIRECT EXAMINATION BY MR. MILLER:

9        Q    Could you please tell the jurors your name and

10  spell your first and last name for the court reporter?

11       A    My name is Catherine Chang.

12       Q    And could you spell that for the court

13  reporter?

14       A    Catherine, C-a-t-h-e-r-i-n-e.  Chang,

15  C-h-a-n-g.

16       Q    Where are you currently employed?

17       A    The Federal Bureau of Investigation.

18       Q    And how long have you been employed by the FBI?

19       A    Seven months as an employee and three years as

20  a contractor.

21       Q    And were your duties as -- are your duties as

22  an employee the same as they were as a contractor?

23       A    Yes.

24       Q    And what are your duties?

25       A    I do translation -- document translation, oral

SENTENCING -- July 8, 2019 (Afternoon)

1   interpretation, provide cultural knowledge, and sometimes

2   do personality assessment.

3       Q    Do you have a graduate degree?

4       A    Yes.

5       Q    And what is your graduate degree?

6       A    I have received a Ph.D. in Asian and

7   Comparative Law at the University of Washington in

8   Seattle.

9       Q    And prior to joining the FBI, did you -- were

10  you engaged in activities that involved teaching Chinese?

11      A    Yes.

12      Q    And could you describe that for the members of

13  the jury?

14      A    I have taught at private college preparatory

15  boarding school for nine years.  I taught Chinese Level 1

16  through 5.

17      Q    And when did you first learn to speak Chinese?

18      A    It's like my second native language.

19      Q    Okay.  And can you just tell us:  What is your

20  first native language?

21      A    My mother tongue is Hakka.  It's a Chinese

22  dialect, but I also learned Mandarin Chinese at home and

23  at school.

24      Q    And could you spell that, your native language,

25  for the court reporter?

1     A     H-a-k-k-a.

2     Q     And just to step back then, where were you born

3  and raised?

4     A     I was born and raised in Taiwan.

5     Q     And when did you learn to speak English?

6     A     In middle school.

7     Q     And have you -- once you -- before working as a

8  linguist with the FBI, did you have to pass some

9  certification tests?

10    A     In order to be employed?

11    Q     Yes.

12    A     Yes.

13    Q     And could you please describe that for the

14 members of the jury?

15    A     Okay.  We had to take a written test that

16 includes listening and reading.  We also had to take a

17 spoken test that requires us to speak to somebody in

18 English and in Chinese.

19    Q     And did you pass that test?

20    A     Yes.

21    Q     How many times in the course of your duties

22 have you interpreted the spoken Chinese language into

23 written English?

24    A     During my employment with the FBI?

25    Q     With -- yes.

SENTENCING -- July 8, 2019 (Afternoon)

1       A    Oh, numerous times.

2       Q    Is that what you do on a daily basis?

3       A    Not necessarily daily basis.  On a daily basis,

4   I do more document translation.

5       Q    Okay.  Written language from one language to

6   another?

7       A    Yes.

8            MR. MILLER:  And, Your Honor, we would tender

9   the witness at this time.

10           MS. POLLOCK:  No objection.

11           THE COURT:  You may proceed.

12  BY MR. MILLER:

13      Q    I show you what's been marked as Government

14  Exhibit 106 --

15      A    Okay.

16      Q    -- and 106-TR.

17           Do you recognize Government Exhibit 106 as a

18  video of Ye Cai that was taken in China in October of

19  2018?

20      A    Yes.

21      Q    And do you recognize Government Exhibit 106-TR

22  as a transcript of that video recording in English,

23  translating the Chinese to English?

24      A    Yes.

25      Q    And did you, in fact, review Government

SENTENCING -- July 8, 2019 (Afternoon)

1   Exhibit 106-TR to make sure that it fairly translated the

2   spoken Chinese language to the written English language?

3       A    Yes.

4       Q    And do you believe the Government Exhibit

5   106-TR does fairly translate Government Exhibit 106 into

6   the written English language?

7       A    Yes, to my best ability.

8            MR. MILLER:  Your Honor, we would move to admit

9   Government Exhibits 106 and 106-TR.

10           MS. POLLOCK:  We have no objection; same

11   waiver.

12           THE COURT:  Very good.  Be admitted with the

13   same record made.

14           Go ahead.

15           MR. MILLER:  We have no further questions, Your

16   Honor.

17           THE COURT:  All right.

18           MS. POLLOCK:  Nothing, Your Honor.

19           THE COURT:  Thank you.  You may step down.

20               (Witness Chang excused, 2:44 p.m.)

21           MR. MILLER:  Your Honor, we can begin our next

22   witness.  He'll be a longer witness, but if we wanted --

23           THE COURT:  Why don't we take 15 minutes.

24   We'll resume at 3:00.

25               Please do not discuss this matter with anybody,

SENTENCING -- July 8, 2019 (Afternoon)

```
 1   including yourselves.  Thank you.
 2                 (Jury absent, 2:44 p.m.)
 3             THE COURT:  Okay, 3:00.  Thank you.
 4                 (Recess, 2:45 p.m. to 3:02 p.m.)
 5             THE COURT:  All right.  Anything we need to
 6   address before we bring the jury back and resume?
 7             MS. POLLOCK:  No, Your Honor.  I believe that
 8   the government's plan of action is to present these video
 9   clips next; and due to the fact that we have not actually
10   seen them, we will be objecting contemporaneously if
11   anything arises.
12             THE COURT:  Right.
13             MS. POLLOCK:  But I do not want to reiterate my
14   previous objections based on cumulativeness, et cetera,
15   the scope of victim impact; so we'll just preserve those
16   for the record.
17             THE COURT:  Understood.
18             MS. POLLOCK:  Thank you.
19             THE COURT:  All preserved.
20             Okay, very good.
21             And did we resolve the issue with Urbana?
22             COURTROOM DEPUTY:  Yes, sir.
23             THE COURT:  Okay.  And is that video working
24   now?
25             COURTROOM DEPUTY:  It is.
```

1          THE COURT:  Okay.  Let's get the jury in.

2               (Brief pause in proceedings.)

3               (Jury present, 3:04 p.m.)

4          THE COURT:  All right, thank you.  Please be

5     seated everybody.

6               Next witness for the government.

7          MR. MILLER:  The United States would call

8     Xiaolin Hou.

9               XIAOLIN HOU, sworn, 3:04 p.m.

10              DIRECT EXAMINATION BY MR. MILLER:

11         Q    Could you please tell the jurors your name and

12    spell your name for the court reporter?

13         A    My name is Xiaolin Hou.  Yeah, I'm the

14    boyfriend of Yingying.

15         Q    And could you spell your name for the court

16    reporter?

17         A    X-i-a-o-l-i-n, H-o-u.

18         Q    Okay.  And you testified in this case -- I

19    guess it was almost four weeks ago -- correct?

20         A    Yes.

21         Q    And so let's just briefly remind the jury your

22    background.  How old are you?

23         A    30 years old.

24         Q    And where do you live?

25         A    Beijing, China.

SENTENCING -- July 8, 2019 (Afternoon)

 1     Q     And were you born and raised in China?

 2     A     In Hubei Province.

 3     Q     I show what's been previously marked as

 4  Government Exhibit 127.  Do you recognize Government

 5  Exhibit 127?

 6     A     Yes.

 7     Q     And what is Government Exhibit 127?

 8     A     It is a map of China.

 9     Q     And do you believe it's a fair and accurate

10  representation of China?

11     A     Yes.  I think so.

12           MR. MILLER:  Your Honor, we'd move to admit

13  Government Exhibit 127.

14           THE COURT:  Any objection?

15           MR. TASEFF:  Was that on the exhibit list?

16           MR. MILLER:  Yes.

17           MS. POLLOCK:  No.  They added it later.

18           MR. MILLER:  Oh, it's in the exhibit book.  Do

19  you need it?

20           I'll give Mr. Taseff a copy.  I tried to show

21  it.

22                (Brief pause in proceedings.)

23           THE COURT:  All right.  It will be admitted

24  without objection.

25           MR. MILLER:  If we could publish Government

SENTENCING -- July 8, 2019 (Afternoon)

1    Exhibit 127.

2              THE COURT:  You may.

3    BY MR. MILLER:

4        Q    Could you please tell us what universities

5    you've attended?

6        A    I went to Sun Yat-Sen University in Guangzhou.

7    That is the dark green part.

8        Q    Okay.  And did you obtain a degree from there?

9        A    Yes.  I obtain bachelor degree in 2013 from Sun

10   Yat-Sen University.

11       Q    In what area?

12       A    In environmental science.

13       Q    Did you then attend graduate school?

14       A    Yes.

15       Q    And where did you attend graduate school?

16       A    I went to graduate school in Peking University

17   for Ph.D. degree.

18       Q    Okay.  And at what campus did you go to?

19       A    I went to the campus in Beijing.

20       Q    And does Peking University have another campus?

21       A    Yes, in Shenzhen.

22       Q    Okay.  And is that located very near Guangzhou?

23       A    Yes.

24       Q    Now that you -- do you -- what degree did you

25   obtain from Peking University?

SENTENCING -- July 8, 2019 (Afternoon)

1        A    The degree of Ph.D. of environmental

2    engineering.

3        Q    And now that you have your doctorate, do you

4    have a job lined up?

5        A    Yes.

6        Q    And what job is that?

7        A    I will be a volunteer teacher to some poor and

8    rural area in northwest of China, to be a volunteer

9    teacher to teach children there for two years.  That is

10   in Gansu Province, Northwest of China.

11       Q    And that's the bluish area there?

12       A    Yes.

13       Q    Let me just ask:  Where did you and Yingying

14   first meet?

15       A    We meet in our college year, when we were in

16   Guangzhou, Sun Yat-Sen University.

17       Q    And when did you meet there?

18       A    In 2009.

19       Q    And can you tell us about how you met her?

20       A    We met -- because we're in the same class, we

21   share the same major; so I met her the first day.  We

22   just, just -- I got into that class.  Yeah.

23       Q    And if we could publish Government Exhibit 1D,

24   which was previously admitted into evidence.

25            And if you could just remind the jury, then,

SENTENCING -- July 8, 2019 (Afternoon)

1  who we see in this photograph?

2      A    Yes.  This is Yingying, me, Yingying's mom, and

3  Yingying's dad.

4      Q    Physically, how tall was Yingying?

5      A    Probably 160 centimeters.

6      Q    Okay.  And is that approximately 5-foot-3,

7  5-foot-4, if you know?

8      A    Yes.

9      Q    And about how much did she weigh?

10     A    25 -- no, 45 kilograms.

11     Q    And is that around 100 pounds?

12     A    I think so.

13     Q    Did you eventually begin a dating relationship

14  with Yingying?

15     A    Yes.

16     Q    And how would you describe her personality?

17     A    She's kind.  She's brave.  She's smart, active,

18  independent, optimistic.  She's the best girl I've ever

19  met.

20     Q    Did -- when you were at Sun Yat-Sen University,

21  did you take your studies seriously?

22     A    Yes.

23     Q    And did Yingying take her studies seriously?

24     A    Yeah.

25     Q    Did -- was one of the things you did study

1  together?

2      A    Yes.  We spend a lot of time studying together

3  in the laboratory.  Yeah.

4      Q    Did Yingying make close friends when you were

5  both at Sun Yat-Sen University?

6      A    Yes.  A lot of friends and maybe -- some of

7  them very close to her.

8      Q    Okay.  I show you Government Exhibit 107D.  Do

9  you recognize that?

10     A    Yes.

11     Q    And what is Government Exhibit 107D?

12     A    Yingying and her two roommates and also close

13  friends.

14          MR. MILLER:  Your Honor, we'd move to admit and

15  publish Government Exhibit 107D.

16          MR. TASEFF:  No objection.

17          THE COURT:  No objection?  It will be admitted.

18          MR. TASEFF:  Subject to --

19          THE COURT:  Oh, there is an objection?

20          MR. TASEFF:  Subject to --

21          THE COURT:  Oh, subject to the record

22  previously made?

23          MR. TASEFF:  [Nodding head up and down.]

24          THE COURT:  Okay.  It will be admitted.  Thank

25  you.

 1          MR. MILLER:  And if we could publish Government

 2   Exhibit 107D.

 3   BY MR. MILLER:

 4      Q    And could you identify for us the people in

 5   this photograph?

 6      A    Yes.  Yingying in the middle and Ye Cai on the

 7   right and Lisha Fang on the left.

 8      Q    Have you discussed Yingying's loss with Ye Cai

 9   and Lisha Fang?

10      A    Yes.

11      Q    And has it had an impact on them?

12      A    Yes.

13      Q    Did you ask them to share this impact on video?

14      A    Yeah.

15          MR. MILLER:  And, Your Honor, we'd move to

16   publish what's already been admitted now as Exhibit 106.

17      Q    But before we do that, I just wanted to ask

18   you:  Were you aware that Ye Cai had made this video in

19   approximately October of 2018?

20      A    Yes.

21      Q    And did that video -- was that made in

22   Guangzhou?

23      A    Yes.  Correct.

24      Q    And as we discussed, is that where Sun Yat-Sen

25   University is located?

SENTENCING -- July 8, 2019 (Afternoon)

1        A     Yes.

2              MR. MILLER:  We would move to publish

3    Government Exhibit 106.

4              THE COURT:  It can be published --

5              MR. MILLER:  With the --

6              THE COURT:  -- subject to the record previously

7    made.

8              MR. TASEFF:  Thank you, Judge.

9              THE COURT:  All right.

10             (Government Exhibit 106 is published,

11              3:12 p.m. to 3:33 p.m.

12   BY MR. MILLER:

13       Q     I'll show you some photographs from the, that

14   we saw, some of the items on the video.

15             If you could look at Government Exhibit 106--

16   actually, if you could look at all of those exhibits:

17   106C -- there's also P, Q, R, and S and O, D, E, F, G,

18   and H.

19             Do you recognize:  Are those photographs that

20   are related to the video that we just saw?

21       A     Yes.

22             MR. MILLER:  And, Your Honor, we would move to

23   admit and publish those exhibits.

24             MR. TASEFF:  Judge, subject to earlier

25   objections, as well as cumulative.  We just saw those on

SENTENCING -- July 8, 2019 (Afternoon)

1   the video, I believe.

2           THE COURT:  All right, very good.  Objection

3   noted, and you may publish.

4           MR. MILLER:  If we could publish --

5           THE COURT:  Be admitted.

6           MR. MILLER:  -- Government Exhibit 106C.

7   BY MR. MILLER:

8       Q    And what is Government's Exhibit 106C?

9       A    Those are some postcards, some keys, a notebook

10  from -- some pictures -- just those keys and postcards

11  from Yingying to Ye Cai.

12      Q    Did you -- you also attended Sun Yat-Sen

13  University with Ye Cai?

14      A    Yes.

15      Q    And did you observe Yingying and Ye Cai to be

16  close friends?

17      A    Yes, very close.

18      Q    If we could publish 106P.

19           And can you identify the individuals in that

20  photograph?

21      A    Yes.  Yingying in the middle and Ye Cai on the

22  right; Lisha Fang on the left.

23      Q    And I think you already commented, but is --

24  Lisha Fang, on the left, was also a close friend of hers

25  from Sun Yat-Sen University?

SENTENCING -- July 8, 2019 (Afternoon)

```
 1        A     Yes.  The three are roommates.

 2        Q     If we could publish Government Exhibit 106Q.

 3              And can you identify these individuals?

 4        A     Yeah.  Yingying and Ye Cai.

 5        Q     And Yingying's on the left?

 6        A     Yes.

 7        Q     And if we could publish Government

 8   Exhibit 106R.

 9              And, again, do you recognize these individuals?

10        A     Yeah.  Four roommates and Yingying on the

11   right.

12        Q     And is this a location that you recognize?

13        A     Yes.  This is Yingying's dormitory.

14        Q     At Sun Yat-Sen University?

15        A     Yes.

16        Q     And if we could publish Government

17   Exhibit 106S.

18              What is Government Exhibit 106S?

19        A     Yingying and the four other, other classmates,

20   when we are graduating.  We can see they are wearing the

21   traditional Chinese uniform.

22        Q     And where is Yingying located?

23        A     Yingying is in the middle.

24        Q     There was some discussion about travel.  Did

25   Yingying like to travel?
```

1      A     Yes.  She likes travel very much.

2      Q     Okay.  And if we could publish Government

3   Exhibit 106-O.

4            There was some discussion of, of a text on

5   WeChat.  What is WeChat?

6      A     WeChat is a -- social media; and in Chinese, we

7   all have, all over, WeChat.  It's like Facebook.

8      Q     And what was the text that Yingying sent Ye Cai

9   over WeChat here?

10     A     She said, "I don't know how large the world is.

11  I want to measure the world with my feet."

12     Q     And if we could publish 106D.

13           What is -- what do we see in 106D?

14     A     This is the postcard from Yingying to Ye Cai,

15  and Yingying said, "Lady" --

16     Q     And let me stop you there.  What --

17     A     Okay.

18     Q     Do you know what the reference to -- the "Lady"

19  reference is?

20     A     Yes.  Yingying and Ye Cai, they, they used to

21  call "Lady" each other.  That is their, their nickname.

22  They call each other ladies.  Yep.

23     Q     Okay.  What was this postcard?

24     A     Yingying said, "Lady, this is really beautiful.

25  This is really beautiful small town, Fenghuang.  I walk

 1   around here and feel this small town.  I love the

 2   beautiful scenery on the river and the quiet, and it's

 3   very, very beautiful.  I wish you and your boyfriend to

 4   be together forever."

 5       Q    And you said, named the town.  Is that

 6   F-e-n-g-h-u-a-n-g?

 7       A    Yes.  I think so.

 8       Q    And if we could publish Government

 9   Exhibit 106E.

10            MS. POLLOCK:  Your Honor -- Judge, could we

11   have a sidebar, please?

12                 (Sidebar, 3:38 p.m.)

13            MS. POLLOCK:  Your Honor, these postcards and

14   writings are in Chinese.  I understand that Xiaolin might

15   speak Chinese and English, but he's not a certified

16   translator.  We have not seen them apart from the

17   photographs.  We haven't had time to get them translated.

18   And he's simply repeating a lot of the things in the

19   video.  If we're going to do this, repeat things where

20   the video plays and then Xiaolin summarizes all of it and

21   repeats it, that all is absolutely cumulative.

22            MR. MILLER:  Cumulative is not an objection in

23   the penalty --

24            MS. POLLOCK:  It is.

25            MR. MILLER:  -- thought it was misleading or

SENTENCING -- July 8, 2019 (Afternoon)

1    confusing.  They didn't go through the details.  He

2    clearly can testify as to what he can read on the

3    postcard.  They can cross-examine him on it.  And I

4    believe this is appropriate victim impact.

5           MS. POLLOCK:  How are we going to cross-- we

6    don't speak Chinese.  We, we have had no time to get any

7    of this stuff translated.

8           THE COURT:  I understand that.  But to the

9    extent that -- and I know cumulative's not an objection.

10   But to the extent that the person on the video, the

11   friend already said, read what the postcard was, does he

12   have to repeat every one?

13          MR. MILLER:  No.  No.  That's all right.  I

14   think there's only two more.  I don't think she said all

15   the postcards.  She just said:  I got this from her from

16   there -- whatever.

17          MS. POLLOCK:  With regards to the cumulative

18   objection, I think maybe a better way to phrase it is

19   that this is exceeding the scope of appropriate victim

20   impact to have multiple people in -- we talk about the

21   "glimpse in the life" information and believe, having not

22   actually been through all these clips, but these people

23   all say the exact same thing.  They all say she is a nice

24   person.  This is over and over and over again.

25          THE COURT:  Well, I know, but it's, it's six of

SENTENCING -- July 8, 2019 (Afternoon)

1   them.

2           MS. POLLOCK:  Seven.

3           THE COURT:  Seven.  It's not, it's not overly

4   long.

5           MS. POLLOCK:  But it's going to be if Mr. Hou

6   continues to repeat everything.

7           THE COURT:  Well, we'll see how it goes.  This

8   is the first one.

9           MR. MILLER:  This is the only postcard we have,

10  Your Honor.

11          THE COURT:  All right.

12              (In open court, 3:40 p.m.)

13          THE COURT:  Go ahead, Mr. Miller.

14          MR. MILLER:  If we could publish what we were,

15  Government Exhibit 106E.

16  BY MR. MILLER:

17      Q    And if you could tell us what Yingying was

18  writing to Ye Cai here.

19      A    Yingying said, "Dear Lady" -- and this is Xi'an

20  City.  "I didn't dare to climb to the top because it's

21  too cliffy and scary.  But I guess the scenery on the top

22  of the mountain must be very beautiful.  Here it's

23  beautiful.  I love the Xi'an City.  A lot of food here is

24  great, and this is my first time to be in a city in the

25  North China.  And the road here is very flat and wide.

1  Is too well behaved in the region."

2          And she said, "I prefer the road in my

3  hometown, in Guangzhou, because the road there is more

4  free and lovely" -- because, you know, in the -- she's

5  actually joking with the road because the -- there's a

6  lot of hills in the southern part of China.  So the road

7  is like this.  It's not flat and wide.  So, so she said

8  the road there is free and lovely.  She loved the road

9  there.  Yeah.

10     Q    Now, we talked about Yingying liking to travel.

11  Is that something that the two of you enjoyed doing

12  together?

13     A    Yes.

14     Q    And could you describe for us some of -- how

15  you traveled together?

16     A    We, we traveled to a lot of places in China.

17  For example, we traveled to Changsha City in Hunan

18  Province when we were in our college year.  And during

19  that trip, there are a lot of delicious food in Changsha;

20  and especially there are a lot of snacks on the street,

21  so she really enjoyed the food.  And she loved spicy food

22  in Changsha.

23          We also went to Zhongnan and Hunan University

24  to visit some of our friends.  We went to a museum there

25  and some historical places.  We enjoyed the trip.

SENTENCING -- July 8, 2019 (Afternoon)

1    Q    And then some discussion -- while you were in

2    college with Yingying, did she engage in volunteer

3    teaching?

4    A    Yes.

5    Q    And can you just describe that for us?

6    A    She used to teach in Guizhou Province in China.

7    There are some rural and poor areas, and a lot of

8    children there cannot get equal opportunity to, to -- for

9    good education.  So during that summer vacation, she went

10   there to teach children.  Yeah.

11            After that, she, she came back to me.  She, she

12   said -- she knows the people there are only -- they eat,

13   almost eat potatoes every day because they don't have

14   many kinds of vegetables to eat.  So she, she talked to

15   me that she think there are still a lot of people in poor

16   area of China.  They need our help.

17   Q    And did that impact your decision to become a

18   volunteer teacher?

19   A    I think so.  Yeah.  This is also my own dream,

20   but we shared the same dream.  Yeah.

21   Q    Were there other times that the two of you

22   volunteered together?

23   A    Yes.  We, we used to volunteer together when we

24   are in Sun Yat-Sen University.  For example, we

25   volunteered in the Asian games held in Guangzhou in

SENTENCING -- July 8, 2019 (Afternoon)

1   2010 -- in Guangzhou.  Yeah.  I worked for the airport,

2   but she work for the central stadium, yes, but we are in

3   the same game.

4        Q    And if we could publish Government

5   Exhibit 106A.

6             So we can see the journal that Ye Cai

7   discussed.  What does it say on the front of this

8   journal?

9        A    "We are who we choose to be."

10       Q    And if we could publish 106B.

11            And do you recognize the handwriting in here?

12       A    Yes.

13       Q    And whose, whose handwriting is that?

14       A    Yingying's.

15       Q    And what, what did this sentiment convey?

16       A    Yingying said, "Dear YeYe."  She, she call --

17  sometimes call her "Lady" and sometimes call her "YeYe."

18  She said, "Dear YeYe.  You don't blame me, but for me I'm

19  so sorry to lost your favorite notebook.  So now I --

20  this is also my favorite book, so now I give it to you to

21  replace your, yours."  Yeah.

22       Q    Okay.  Did you also discuss with Lisha Fang,

23  discuss the impact of Yingying's loss on her?

24       A    Yes.

25       Q    And did you know Lisha Fang when you were in

1    the Sun Yat-Sen University?

2        A    Yes.  I know her very well.

3             THE COURT:  Before we move on, these last two

4    photos I don't think were ever admitted, or were they

5    admitted as a group?

6             MR. MILLER:  I believe they were all admitted

7    as part of a group, Your Honor.

8             THE COURT:  That first group?  They were

9    included?

10            MR. MILLER:  They were, Your Honor.

11            THE COURT:  Very good.  I'm sorry.  Go ahead.

12            MR. MILLER:  And so if we could publish

13   Government Exhibit 107.

14                 (Government Exhibit 107 is published,

15                  3:46 p.m. to 4:06 p.m.)

16   BY MR. MILLER:

17       Q    I'm going to show you Government Exhibits 107A,

18   B, and C.

19            Do you recognize those photos?

20       A    Yes.

21       Q    And are those photos of Yingying with her, with

22   Lisha Fang?

23       A    Yes.

24            MR. MILLER:  Your Honor, we'd move to admit

25   Government Exhibits 107A, B, and C.

SENTENCING -- July 8, 2019 (Afternoon)

```
 1              MR. TASEFF:  Subject to same.
 2              THE COURT:  It will.  Admitted subject to the
 3    prior record made.
 4              MR. MILLER:  If we could publish Government
 5    Exhibit 107A.
 6    BY MR. MILLER:
 7        Q    Can you identify the individuals in this photo?
 8        A    Yeah.  This is when Yingying was graduating
 9    from Peking University in Shenzhen, and she was in the
10    middle in the uniform; and Lisha Fang on the right and Ye
11    Cai on the left.
12        Q    And so those were friends from undergrad going
13    to her graduate graduation?
14        A    Yes.  They went to Shenzhen from Guangzhou to
15    visit her.
16        Q    If we could publish 107B.
17              And can you identify the people in 107B?
18        A    Yes.  This is Yingying in the uniform; and Ye
19    Cai, Lisha Fang, and her boyfriend.
20        Q    Okay.  Is that who became her husband?
21        A    Yes.
22        Q    And did you know him as well?
23        A    Yes.  He was my roommate in my college.
24        Q    And if we could publish 107C.
25              And can you identify the people in this
```

SENTENCING -- July 8, 2019 (Afternoon)

1  photograph?

2      A    Yes.  Yingying and Lisha Fang.

3      Q    What was the Environmental Protection

4  Association at Sun Yat-Sen University?

5      A    That was a student group which, doing --

6  holding some activities towards environmental protecting

7  promotions, something like that.  They have different

8  things.  For example, they do garbage classification or

9  water savings, something like that.  Yeah.

10     Q    And was Yingying a member of that group?

11     A    Yes.  Yingying was the leader of that group.

12     Q    Did you have an opportunity to observe

13  Yingying's relationship with her family?

14     A    Yes.  They have very close relationship, and

15  they are very happy family.  They lead a happy life.

16  Yingying stay away from home for a long time because she

17  study at college graduate school; but she talked to her

18  mom and dad on Sunday, every Sunday, and she think about

19  them all the time.

20          She will just save some of her scholarship to

21  buy them gifts, to her family.  For example, she, she

22  bought herself -- to the mom bought an air, small air

23  conditioner, micro oven to the family.

24          Actually, her, her scholarship is more limited.

25  She need to save that for her own living in the

SENTENCING -- July 8, 2019 (Afternoon)

1    university.  But she, she still just saves money to buy

2    gifts for her parents.

3            And I, I can remember that during, on the

4    phone; and she always tell the mom to just, not to be too

5    tired and just to sleep early.  Don't work too much.  And

6    she, she would tell -- she will tell the dad that, don't

7    smoke too much.  And she, she just care about her parents

8    very much.

9        Q    And how would you describe her relationship

10   with her younger brother?

11       A    Yeah.  Very good relationship.  They, they

12   didn't stay together, but they keep in touch on the phone

13   and social media.  They share a lot of, a lot of secret.

14   For example, they sometimes complain about their parents

15   together.  Yeah.

16       Q    Did you and Yingying do well academically at

17   Sun Yat-Sen University?

18       A    Yes.

19       Q    What was your class rank?

20       A    I was the first one.

21       Q    And what was her class rank?

22       A    The second one.

23       Q    And after you graduated, did you continue your

24   schooling?

25       A    Yes.

SENTENCING -- July 8, 2019 (Afternoon)

1      Q      And where did you continue your schooling?

2      A      I went to Peking University in Beijing.

3      Q      And where did she go?

4      A      Also the same University, Peking University,

5   but in Shenzhen, the campus in Shenzhen.

6      Q      And was there a reason you went to different

7   campuses?

8      A      Actually, that's because her professor and her

9   lab was in Shenzhen at the time, so she need to go to

10   Shenzhen to study and do the research.

11      Q      And there was some discussion -- then when you

12   were apart, were there times when you had some

13   difficulties in your relationship?

14      A      Just -- sometimes.  Yeah.

15      Q      Yeah.

16             Were those the typical type of relationship

17   difficulties as a couple might have?

18      A      Yes.  Those difficult doesn't, doesn't affect

19   our relationship.

20      Q      Did you continue dating while you were both at

21   Peking University?

22      A      Yes.

23      Q      And did Yingying also make close friends at

24   Peking University?

25      A      Yes.

SENTENCING -- July 8, 2019 (Afternoon)

1      Q     And if we could -- oh, let me show you here.

2  Actually, if we could publish Government Exhibit 110D,

3  which is already in evidence.

4            And could you identify the individuals in this

5  photograph?

6      A     Yes.  They are four roommates, three roommates

7  and Yingying herself in the photo; and they're in the

8  uniform when they are graduating from Peking University.

9      Q     Okay.  Did -- let me ask you:  When you and

10 Yingying were at Sun Yat-Sen University, did -- Sun

11 Yat-Sen University, excuse me --

12     A     Yes.

13     Q     -- did the two of you fall in love?

14     A     Yes.

15     Q     And if we could publish Government

16 Exhibit 100A.

17           Oh, I'm sorry, yeah; that hasn't been admitted.

18 Thank you.

19             (Brief pause in proceedings.)

20           THE COURT:  Mr. Miller, and the last one?

21 These most recent photos --

22           MR. MILLER:  That was -- the last one --

23           COURTROOM DEPUTY:  110 is admitted, but 110D

24 isn't.

25           MR. MILLER:  Oh, I'm sorry.  We'll come back to

SENTENCING -- July 8, 2019 (Afternoon)

1  110D.

2          I'm going to show him now Government

3  Exhibit 100A.

4          THE COURT:  All right.

5  BY MR. MILLER:

6      Q    Do you recognize Government Exhibit 100A?

7      A    Yes.

8      Q    And what is Government Exhibit 100A?

9      A    This is Yingying and me.

10         MR. MILLER:  And, Your Honor, we'd move to

11  admit and publish Government Exhibit 100A.

12         MR. TASEFF:  Subject to --

13         THE COURT:  It will be admitted.

14         MR. MILLER:  If we can publish Government

15  Exhibit 100A.

16  BY MR. MILLER:

17     Q    And if you can describe this photograph for us?

18     A    This is Yingying and me; and we are, at that

19  time, we are graduating from Sun Yat-Sen University, and

20  we are holding some gifts from our friends in our hand.

21     Q    And if we could then -- I would move -- let

22  me -- now I'm going to show you Government Exhibit 110D.

23         And do you recognize that?

24     A    Yes.

25     Q    And that is a photograph of her with her

SENTENCING -- July 8, 2019 (Afternoon)

1   friends at Peking University?

2       A    Correct.

3            MR. MILLER:  And, Your Honor, we'd move to

4   admit at this time now and publish 110D.

5            THE COURT:  It will be admitted.  Same

6   continuing --

7            MR. TASEFF:  Yes.

8            THE COURT:  -- for the record.

9   BY MR. MILLER:

10      Q    Have you discussed Yingying's loss with her --

11  these three friends from Peking University?

12      A    Yes.

13      Q    And has it had an impact on them?

14      A    Yes.

15      Q    And did you ask them to share this impact on

16  video?

17      A    Yes.

18      Q    And we would then move to publish Government

19  Exhibit 111, which has been admitted into evidence.

20           (Government Exhibit 111 is published,

21            4:14 p.m. to 4:26 p.m.)

22      Q    And did you personally observe Yingying and

23  Xiao Zhang to be close friends?

24      A    Yes.

25      Q    I show you Government Exhibit 111A.  Do you

SENTENCING -- July 8, 2019 (Afternoon)

1   recognize that?

2       A    Yes.

3       Q    And what is Government Exhibit 111A?

4       A    Yingying and her three roommates, close

5   friends.

6       Q    And is that the photo we just saw from a

7   distance that Xiao Zhang had?

8       A    Yes.

9            MR. MILLER:  Your Honor, permission to publish

10  Government Exhibit 111A.

11           MR. TASEFF:  Subject to same.

12           THE COURT:  Subject to same, yes, you may.

13  BY MR. MILLER:

14      Q    And if you can identify for us, in Government

15  Exhibit 111A, which person is Yingying?

16      A    On the bottom.

17      Q    Did Yingying like to sing?

18      A    Yes.

19      Q    And is that something, in fact, that the two of

20  you did together?

21      A    Yeah.  Yeah.  We share a lot of hobbies; but,

22  among them, singing may be the biggest one.

23      Q    And what types of things did you do together to

24  share your singing?

25      A    We used to -- when we were in college, we used

SENTENCING -- July 8, 2019 (Afternoon)

1  to recommend different songs which we like, and we feel

2  is good to each other.  We both like folk and pop songs.

3  We would share our feelings and point of view about a

4  song.

5          And we also went to some karaoke rooms around

6  our campus to, to spare -- just to sing for one or

7  two hours, you know, in our spare time, and we sing

8  together.  We really enjoy the time.

9      Q    Is that one of the reasons you gave a concert,

10  then, at the Memorial Walk for Yingying?

11     A    Yes.

12     Q    I show you Government Exhibit 100H.  Do you

13  recognize that?

14     A    Yes.

15     Q    And what is Government Exhibit 100H?

16     A    It was a walk, begins at the Krannert Center in

17  Champaign.

18          MR. MILLER:  And, Your Honor, permission to

19  admit and publish Government Exhibit 100H?

20          THE COURT:  You may.

21  BY MR. MILLER:

22     Q    And can you identify yourself in the photo, and

23  Yingying's father?

24     A    Yes.  I was in the middle and the father on the

25  left of me.

SENTENCING -- July 8, 2019 (Afternoon)

1      Q    Did -- was there a particular song that you

2 sang at the Memorial Walk?

3      A    Yes.

4      Q    And why was it you sang that song?

5      A    That was a song I had written for Yingying in

6 my college year, and the name of the song is *To Dream*

7 *Like a Child.*  Yeah.

8      Q    And after you finished that song, did, did the

9 crowd stand and clap?

10     A    Yes.

11     Q    Did Yingying start a band when she was at

12 Peking University?

13     A    Yes.

14     Q    And what was the name of that band?

15     A    Cute Horse.

16     Q    Let me show you what's been marked as

17 Government Exhibit 102.

18          Do you recognize that?

19     A    Yes.

20     Q    And is that an audio clip of her performing

21 with her band?

22     A    Yes.

23          MR. MILLER:  Your Honor, we'd move to admit and

24 publish Government Exhibit 102.

25          MR. TASEFF:  Your Honor, subject to our earlier

SENTENCING -- July 8, 2019 (Afternoon)

```
 1    objection.
 2              THE COURT:  It will be admitted subject to
 3    that.
 4                  (Government Exhibit 102 is published,
 5                  4:30 p.m. to 4:32 p.m.)
 6    BY MR. MILLER:
 7         Q    And was that Yingying singing in that video?
 8         A    Yes.
 9         Q    Did she also play the guitar?
10         A    Yeah.
11         Q    And how did she learn to play the guitar?
12         A    She know to play guitar little when she was in
13    the high school; but I taught her to play when we are in
14    the college year, and we used to play together.
15         Q    And did she buy a guitar after she came to the
16    University of Illinois?
17         A    Yes.
18         Q    And do you know how that occurred?
19         A    Actually, she bought a guitar from a graduate
20    who is -- I think he is living in Champaign and just
21    graduating from U of I, and so she bought the guitar from
22    him.
23              Sometimes she, she tell me that she feels a
24    little lonely here because it's far away from home.  But
25    she regards guitar as a friend, so she just wanted a
```

SENTENCING -- July 8, 2019 (Afternoon)

1  guitar to be there just as a, some kind of company.

2  Yeah.

3      Q    And --

4      A    But, but just my memory, she was quite busy

5  during that time; so, actually, she didn't -- she seldom

6  played, but just is a company for her.

7      Q    You -- I think you indicated Kaiyun Zhao was

8  also one of her friends at Peking University?

9      A    Yes.

10     Q    And if we could publish Government Exhibit 112.

11          (Government Exhibit 112 is published,

12          4:33 p.m. to 4:51 p.m.)

13          MR. MILLER:  And Your Honor, I don't know -- we

14  have about a half hour left -- how, if the Court would

15  want to finish in the morning or --

16          THE COURT:  And then what does tomorrow look

17  like?  Maybe we'll -- we've had a long day.  Maybe we

18  can -- if it's a natural break point, we can just resume

19  in the morning.

20          MR. MILLER:  That would be fine, Your Honor.  I

21  think it is.

22          THE COURT:  All right.  Is that okay with you,

23  ladies and gentlemen?  We'll resume with the government

24  case tomorrow morning at 9:00.  At this point, we'll

25  recess for the day.

SENTENCING -- July 8, 2019 (Afternoon)

1          I'll give you an idea tomorrow morning what

2    tomorrow looks like and then, as each day goes on, give

3    you an idea like I did at the trial what each day looks

4    like to the best that I can.

5          At this point, please be safe going home.  Any

6    problems with starting tomorrow morning at 9:00?  We'll

7    start tomorrow morning at 9:00.

8          Please do not discuss this matter with anybody,

9    including yourselves.  It has received much attention.  I

10   can't tell you how thankful I am that you are following

11   my admonishments so that you only decide this case based

12   on what you hear in this courtroom.  Thank you.

13         We'll see you tomorrow.

14              (Jury dismissed for the day, 4:52 p.m.)

15         THE COURT:  Okay.  Please be seated for one

16   moment.

17         If you don't mind, could you give us a preview

18   of what you think tomorrow looks like?

19         MR. MILLER:  We could, Your Honor, and this

20   will be our longest witness.  We -- I don't want to

21   commit to it, but we could finish tomorrow with our case.

22   We have -- we'll finish Mr. Hou.  Then we have -- I

23   believe Agent Manganaro would testify, and then we would

24   have Yingying's brother testify and Special Agent

25   Huckstadt testify and finish with Yingying's father, and

SENTENCING -- July 8, 2019 (Afternoon)

1    then we'd play the video of the mother with the father.

2    I believe that would complete our penalty phase case.

3             THE COURT:  Okay.  In the event that it is

4    either late tomorrow or first thing Wednesday, there will

5    be a few matters we'll probably have to address; but

6    where, where do you think you are with the potential

7    witnesses, Ms. Pollock?

8             MS. POLLOCK:  Your Honor, our first scheduled

9    witness will be Mike Christensen, and he is here in town

10   and ready to proceed.  We think he'll be on the stand for

11   maybe a couple of hours.

12            THE COURT:  Okay.

13            MS. POLLOCK:  So if we finish early tomorrow,

14   we can put him on and begin our case-in-chief in the

15   afternoon.

16            THE COURT:  All right.  And then after that, do

17   you have witnesses that will be available within

18   pretty -- relatively short notice?

19            MS. POLLOCK:  We're working on it.

20            THE COURT:  Okay.

21            MS. POLLOCK:  I mean, we, we're trying to have

22   everybody come in the day before they're scheduled to

23   testify.  Unfortunately, the marshals are making the

24   majority of those arrangements, and so there's always

25   hiccups with travel and things like that, but we're doing

SENTENCING -- July 8, 2019 (Afternoon)

1    our best to get it set up so that it goes smoothly.

2                THE COURT:  Okay, very good.

3                All right, we'll see everybody tomorrow

4    morning.  Thank you.

5                COURTROOM DEPUTY:  Court is adjourned.

6                (Trial adjourns, 4:54 p.m.)

7

8                    *  *  *  *  *  *  *  *  *  *

9

10                   REPORTER'S CERTIFICATE

11           I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

12   that the foregoing is a correct transcript from the

13   record of proceedings in the above-entitled matter.

14           Dated this 10th day of September, 2019.

15

16

17           _____  s/Lisa Knight Cosimini_____
                    Lisa Knight Cosimini, RMR-CRR
18                  Illinois License # 084-002998

19

20

21

22

23

24

25