```
 1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS.
 2


 3
    UNITED STATES OF AMERICA,
 4                                 Docket No. 17-20037
                Plaintiff,
 5
       vs.                         Peoria, Illinois
 6                                 July 9, 2019
                                   1:31 p.m.
 7  BRENDT A. CHRISTENSEN,

 8              Defendant.

 9


10


11            SENTENCING -- July 9, 2019 (Afternoon)

12


13


14         BEFORE THE HONORABLE JAMES E. SHADID

15            UNITED STATES DISTRICT JUDGE

16


17


18


19


20
              LISA KNIGHT COSIMINI, RMR-CRR
21               U.S. District Court
                 201 South Vine
22             Urbana, Illinois 61802
                  217-355-4227
23


24
    Proceedings recorded by mechanical stenography;
25  transcript produced by computer.
```

SENTENCING -- July 9, 2019 (Afternoon)

```
1    A P P E A R A N C E S :

2    For the Plaintiff:        EUGENE L. MILLER, ESQUIRE
                               BRYAN D. FRERES, ESQUIRE
3                              Assistant United States Attorneys
                               201 South Vine Street
4                              Urbana, Illinois 61802
                               217-373-5875
5
                               JAMES B. NELSON, ESQUIRE
6                              U.S. DEPARTMENT OF JUSTICE
                               Capital Case Section
7                              1331 F Street NW, Suite 625
                               Washington, DC 20004
8                              202-598-2872

9
     For the Defendant:        GEORGE F. TASEFF, ESQUIRE
10                             Assistant Federal publish Defender
                               401 Main Street, Suite 1500
11                             Peoria, Illinois 61602
                               309-671-7891
12
                               ELISABETH R. POLLOCK, ESQUIRE
13                             Assistant Federal publish Defender
                               300 West Main Street
14                             Urbana, Illinois 61801
                               217-373-0666
15
                               ROBERT L. TUCKER, ESQUIRE
16                             Robert L. Tucker, Esq
                               7114 Washington Avenue
17                             St. Louis, Missouri 63130
                               703-527-1622
18
                               JULIE C. BRAIN, ESQUIRE
19                             Attorney at Law
                               916 South 2nd Street
20                             Philadelphia, Pennsylvania 19147
                               267-639-0417
21

22

23

24

25
```

SENTENCING -- July 9, 2019 (Afternoon)

I N D E X

Page

GOVERNMENT WITNESSES IN AGGRAVATION:

XINYANG ZHANG
    Direct Examination by Mr. Miller ................  105

RONGGAO ZHANG
    Direct Examination by Mr. Miller ................  114

    Video Presented During Ronggao Zhang's testimony:
    LIFENG TE
    Videotaped Direct Examination by Mr. Miller .....  125
    (Answers translated live via certified interpreter)

LIFENG TE (Video with Live Interpreter)
    Direct Examination by Mr. Miller ................  125

ANDREW HUCKSTADT
    Direct Examination by Mr. Nelson ................  155
    Cross-Examination by Ms. Pollock ................  176

SENTENCING -- July 9, 2019 (Afternoon)

```
 1              (In open court; jury absent; 1:31 p.m.)

 2              THE COURT:  All right.  Anything we should

 3   address before we bring the jury in?

 4              MR. MILLER:  Your Honor, I don't know the

 5   Court's preference and defense preference, but I think it

 6   makes sense to have the court interpreter qualified

 7   outside the presence of the jury.  I mean, we can have

 8   her sworn in the presence of the jury, and I believe the

 9   clerk has a -- but we want to just make a record on her

10   qualifications as a court interpreter.

11              THE COURT:  Okay.  Defense wish to be heard on

12   that?  Is that agreeable?  Is there a question of her

13   qualifications?

14              MS. BRAIN:  No, Your Honor.  There aren't.

15              We did mention to Mr. Miller a moment ago when

16   we were, she was kindly interpreting the video for us to

17   watch, she did become a slight bit emotional.  We brought

18   that up with her, and she said that her training was to

19   reflect the emotion of the person she's interpreting.

20              We wonder if the Court would be -- could just

21   ask her to keep the emotion down?

22              THE COURT:  Mr. Miller.

23              MR. MILLER:  That's fine.  And we actually

24   raised that with her, to do her best to just interpret

25   the words.
```

SENTENCING -- July 9, 2019 (Afternoon)

1              THE COURT:  Yeah.  I think that's fair.

2              Is she in the courtroom?

3              MR. MILLER:  She is, Your Honor.

4              And if they don't have an objection to her,

5    then she can just be sworn.

6              THE COURT:  And, ma'am, do you understand that?

7              First of all, there's no objection to the

8    qualifications, so she can just be sworn.

9              You'll be sworn in front of the jury, and

10   then -- but I would ask you if you'd just interpret the

11   words, the best you can, and leave any emotion out.

12             THE INTERPRETER:  Yes.

13             THE COURT:  Okay.  With that in mind, then,

14   should we bring the jury in?  And would it be fair for me

15   to tell the jurors that I expect the government may

16   conclude their case today?  If not, it will be sometime

17   tomorrow morning?  Would that be a fair statement?

18             MR. MILLER:  That's a fair statement, Your

19   Honor.

20             MS. BRAIN:  We did have an objection to one of

21   the jail calls the government's proposing to play.  We

22   don't have to do it now -- at the Court's convenience.

23             THE COURT:  When do you plan to play it?

24             MR. MILLER:  It would be after the two

25   witnesses that would use the interpreter, so we could

SENTENCING -- July 9, 2019 (Afternoon)

1   address it after them.

2           THE COURT:  Do you think that would be a break

3   point?

4           MR. MILLER:  I think that would probably be a

5   break point, Your Honor.  Yes.

6           THE COURT:  All right, very good.

7           Okay, let's have the jury in.

8               (Brief pause in proceedings.)

9               (Jury present, 1:35 p.m.)

10          THE COURT:  Okay.  Thank you.  Please be

11  seated.

12          All right.  Ladies and gentlemen, before we

13  resume, I'll tell you that it appears that the government

14  will rest their case either by the end of the day today

15  or sometime tomorrow morning, and then we would move into

16  the defense case.  Okay?  So I'll just keep you posted as

17  to the progress we're making.

18          With that in mind, the next witness for the

19  government.

20          MR. MILLER:  The United States would call

21  Xinyang Zhang.

22          THE COURT:  Okay.  You want to come forward,

23  please.

24          MR. MILLER:  And, Your Honor, we'll need the

25  interpreter sworn first so that he can be sworn.

SENTENCING -- July 9, 2019 (Afternoon)

 1          THE COURT:  And ladies and gentlemen, we're

 2   going to have an interpreter in open court.

 3          Just hold on one second, sir.

 4          We're going to have an interpreter in open

 5   court to translate for you.  She will be seated in this

 6   chair.  She will hear the witnesses' -- the question.

 7   She will repeat the question to the witness.  The witness

 8   will answer.  She'll repeat the answer to you.

 9          I've situated her there so that she can see the

10   witness but, yet, then turn and say what she needs to say

11   to you.

12          Would you please raise your right hand and be

13   sworn.

14              (Interpreter sworn, 1:36 p.m.)

15          THE COURT:  Now, if you'd raise your right

16   hand, sir, and she'll interpret it to you, please.

17          MR. MILLER:  I believe we need the lapel mic,

18   Your Honor.

19          THE COURT:  He'll step up.  Yep.

20       XINYANG ZHANG, sworn and testifies as follows

21              via an interpreter, 1:36 p.m.

22          THE COURT:  Please be seated.

23          And would you please, before we even begin,

24   instruct the witness to please answer the questions out

25   loud instead of a nod of head.  Okay.

SENTENCING -- July 9, 2019 (Afternoon)

```
 1              (Brief pause in proceedings.)

 2              WITNESS XINYANG ZHANG:  Yes.

 3              THE COURT:  Okay, very good.

 4              Go ahead, Mr. Miller.

 5                 DIRECT EXAMINATION BY MR. MILLER:

 6        Q     Please tell us your name.

 7        A     Xinyang Zhang.

 8        Q     How old are you?

 9        A     25.

10        Q     What is your hometown?

11        A     Province of Fujian, Nanping, Nanping City,

12   District of Jianyang.

13              THE COURT:  Can we raise the volume on her

14   lapel?

15              COURTROOM DEPUTY:  She's up as high as I can

16   get her.

17              THE INTERPRETER:  Should I repeat the last?

18              THE COURT:  You can wait for the next question

19   now.  Thank you.

20   BY MR. MILLER:

21        Q     How long have you lived there?

22        A     25 years.

23        Q     Who are your parents?

24        A     Lifeng Ye, Ronggao Zhang.

25        Q     How far did you go in school?
```

SENTENCING -- July 9, 2019 (Afternoon)

1    A    The eighth grade.

2    Q    What is your current job?

3    A    I am a cook apprentice in a restaurant.

4    Q    How long have you worked as a cook?

5    A    A year and a half.

6    Q    What other jobs did you have before becoming a

7   cook?

8    A    I used to sell cell phone headsets.

9    Q    Was Yingying Zhang your sister?

10    A    Yes.

11    Q    How much older was she than you?

12    A    Three years.

13    Q    Did she have good friends when she was in high

14   school?

15    A    Yes.

16    Q    Was one of her friends Yanyu Li?

17    A    Yes.

18    Q    Could you describe their friendship?

19    A    It is, it is customary that over the weekends

20   she will always come to our house to hang out with my

21   sister, to study with my sister, to spend time there with

22   her.

23         Do their homeworks together.

24    Q    Did Yanyu Li make a video describing the impact

25   of Yingying's loss?

SENTENCING -- July 9, 2019 (Afternoon)

1      A    Yes.

2           MR. MILLER:  And, Your Honor, we would ask to

3      publish Government Exhibit 108, which has already been

4      admitted into evidence.

5           THE COURT:  You may.

6                (Government Exhibit 108 is published,

7                 1:44 p.m. to 1:53 p.m.)

8      BY MR. MILLER:

9      Q    I'm going to show you what's been marked as

10     Government Exhibits 108A, B, C, and D.

11          Are these photographs related to the interview

12     of Yanyu Li?

13     A    Yes.

14          MR. MILLER:  Your Honor, we'd move to admit and

15     publish Government Exhibits 108A, B, C, and D.

16          THE COURT:  You may.

17          MR. MILLER:  If we could publish 108A.

18          And if we could publish 108B.

19          And if we could publish 108C.

20     BY MR. MILLER:

21     Q    Is Exhibit 108C a photograph of your sister?

22     A    Yes.

23     Q    And if we could publish 108D.

24          Is this also a photograph of your sister?

25     A    Yes.

SENTENCING -- July 9, 2019 (Afternoon)

```
 1        Q     How did it affect you when Yingying went off to

 2   Sun Yat-Sen University?

 3        A     I felt very sad.

 4        Q     Did you continue to live at home after she went

 5   to college?

 6        A     Yes.

 7        Q     Had anyone in your family been to college

 8   before?

 9        A     No.

10        Q     What was Yingying like as a big sister?

11        A     She is especially good older sister.  She has

12   always took good care of me and be concerned about my,

13   what is good for me.

14              THE INTERPRETER:  Your Honor, I need to ask the

15   witness to raise his voice.  I can barely hear, and his

16   mouth is covered.  I cannot read his lips.

17              Can you lower the thing a little bit so I can

18   read his lips?  Yeah.  There you go.  Try again.

19              THE COURT:  All right.

20        A     So at the time when I was not going to school,

21   she's often concerned and then worried about finding

22   things, different things that I could apply myself in

23   obtaining income as a job.

24              Even after she went to the United States, she

25   was still concerned about trying to find jobs and things
```

1    that I can do for me.

2         Q    When Yingying came home from college, what

3    types of things did you do together?

4         A    We would have a lot of conversation, both happy

5    and unhappy ones.  We will share a lot of what's going on

6    in our lives.

7              We will go out and have fun together.

8              And when evening time comes, sometimes we'll

9    sneak out -- just she and I -- to go out and have

10   something to eat.

11        Q    Did Yingying have a good relationship with your

12   parents?

13        A    Very good.

14             She and her mother -- she and my mother -- it

15   seems like they have endless things to talk about.

16        Q    Where did you say goodbye to Yingying when she

17   came to the United States?

18        A    The train station at Jianyang District.

19        Q    I'm going to show you what's been marked as

20   Government Exhibit 1E.

21             Do you recognize this photo?

22        A    Yes.

23        Q    And is this -- does this reflect the last time

24   that you saw Yingying in person?

25        A    Yes.

SENTENCING -- July 9, 2019 (Afternoon)

1          MR. MILLER:  Your Honor, we'd move to admit and

2   publish Government Exhibit 1E.

3          THE COURT:  Any objection?

4          No objection, you may.

5   BY MR. MILLER:

6      Q    Could you identify for us the people in this

7   photo?

8      A    On the right is Yingying; in the middle is Mom,

9   and on the left is Dad.

10     Q    I'm going to ask if -- ask him if he would

11  circle Yingying.

12     A    [Complying with counsel's request.]

13     Q    If we could clear that and have him do that

14  again.

15          If he would now circle Yingying?

16     A    [Complying with counsel's request.]

17     Q    And is she standing --

18          MR. MILLER:  I'm sorry, if we could print this;

19  mark it Government Exhibit 1E-1.

20     Q    Is Yingying standing between your parents?

21     A    Yes.

22     Q    Where are you when this photograph was taken?

23     A    I was the one taking the picture.

24     Q    Have you had an opportunity to observe how

25  Yingying's loss has impacted your parents?

1       A       Yes.

2       Q       And could you describe that for us?

3       A       It is -- it's been affecting them very, very

4   deeply.

5               Since it, the onset of what happened, Opa and

6   Oma has not been, have not able to have a good night of

7   sleep.

8               Especially in the nighttime, Mom will often

9   start reminiscing about Yingying.

10      Q       How has Yingying's loss personally affected you

11  as her brother?

12      A       It is even greater.

13              What Yingying is to me, she is a sister; she is

14  a friend, and she's also a teacher.

15              So now since her loss -- since I lost her, I

16  felt -- I felt lost because I no longer have my teacher

17  to guide me.

18              MR. MILLER:  I have no further questions, Your

19  Honor.

20              THE COURT:  Mr. Taseff.

21              MR. TASEFF:  Sir, we are terribly sorry for

22  your loss.

23              And for the pain that you and your family have

24  experienced.

25              Your Honor, I have no questions.

1          THE INTERPRETER:  I could not hear you.  I'm

2     sorry.

3          MR. TASEFF:  I have no questions, Your Honor.

4          THE COURT:  Okay.

5          MR. MILLER:  Your Honor, I --

6          THE COURT:  Just save it.  We'll address it

7     later.

8          All right.  Any further questions?

9          MR. MILLER:  No, Your Honor.

10         THE COURT:  All right.  You may step down, sir.

11    Thank you.

12              (Witness Xinyang Zhang excused, 2:03 p.m.)

13         THE COURT:  Next witness.

14         MR. MILLER:  The United States would call

15    Ronggao Zhang.

16         THE COURT:  Okay.  And while -- as soon as he's

17    sworn, I want to see everybody for one second.

18     RONGGAO ZHANG, sworn and testifies as follows

19              via an interpreter, 2:03 p.m.

20         THE COURT:  All right.  Ask him to have a seat,

21    and we'll be right there.

22              (Sidebar, 2:04 p.m.)

23         THE COURT:  Okay.  As delicate as I can be, I'm

24    not commenting on those, but those weren't questions.  I

25    know you're -- I know you're sorry.  I believe you're

SENTENCING -- July 9, 2019 (Afternoon)

1  personally sorry, --

2          MR. TASEFF:  I am, Your Honor.

3          THE COURT:  -- but I don't know that that's

4  appropriate.

5          MR. TASEFF:  I apologize.

6          THE COURT:  I don't even think you need to

7  apologize.  I just don't -- I wanted to get you before

8  the father testifies.

9          I don't -- I think you were about to make an

10  objection, but I don't want that to be aired in court.

11          MR. MILLER:  Yeah.

12          THE COURT:  And I don't -- and I'm not casting

13  any -- but I'm not sure that you -- you've got to ask

14  questions.

15          MR. TASEFF:  Very well.  And I'm sorry.

16          MR. MILLER:  And you understand our concern is

17  an expression -- that they would make an argument it's an

18  expression from the defendant --

19          THE COURT:  I understood.

20          MR. MILLER:  -- and it's coming through --

21          THE COURT:  Understood.

22          MR. TASEFF:  I apologize --

23          THE COURT:  No need -- all right.

24              (In open court, 2:05 p.m.)

25          THE COURT:  Okay, go ahead, Mr. Miller.

SENTENCING -- July 9, 2019 (Afternoon)

```
 1                DIRECT EXAMINATION BY MR. MILLER:

 2       Q    Could you please tell us your name?

 3       A    Ronggao Zhang.

 4       Q    How old are you?

 5       A    This year, I'm 55 years old.

 6       Q    What is your hometown?

 7       A    The City of Nanping, District of Jianyang.

 8       Q    How long have you lived there?

 9       A    It's about 30 years.

10       Q    Are you married?

11       A    Yes.

12       Q    Who is your wife?

13       A    Lifeng Ye.

14       Q    How long have the two of you been married?

15       A    It's about 30 years.

16       Q    What do you do for a living?

17       A    I am a driver for a company.

18       Q    And how long have you worked for your current

19   employer?

20       A    About eight years.

21       Q    What did you do before this job?

22       A    I was also a driver.

23       Q    Can you read and write in Chinese?

24       A    So to read and write in Chinese, I can write

25   some.
```

SENTENCING -- July 9, 2019 (Afternoon)

1      Q      Does your wife read and write in Chinese?

2      A      She can't.

3      Q      Have you and your wife had any children during

4   your marriage?

5      A      Yes.

6      Q      How many?

7      A      Two.

8      Q      Who was your first child?

9      A      Yingying is my first child.

10     Q      Sorry, if you could -- is your first child

11   Yingying Zhang?

12     A      Yes.

13     Q      What year was she born?

14     A      She was born in 1990.

15     Q      What did you call her when she was little?

16     A      I did not understand.

17     Q      Did you have a pet name for her when she was

18   small?

19     A      At times we will call her Little Ying.

20     Q      Was she raised in Nanping City?

21     A      In the District of Jianyang.

22            MR. MILLER:  And just for the court reporter --

23   do you have Jianyang spelling?

24            COURT REPORTER:  If you want to spell it --

25            MR. MILLER:  J-i-a-n-y-a-n-g.

```
 1              COURT REPORTER:  Thank you.
 2   BY MR. MILLER:
 3       Q    Do you still live in the home where Yingying
 4   was raised?
 5       A    Yes.
 6       Q    How long have you lived there?
 7       A    It's about 30 years as well.
 8       Q    I'm going to show you what's been marked as
 9   Government Exhibit 101.
10            Is this a video of the home where you live?
11       A    Yes.
12            MR. MILLER:  Your Honor, we would ask to admit
13   and publish Government Exhibit 101.
14            THE COURT:  Any objection?
15            MR. TASEFF:  Subject to.
16            THE COURT:  Be admitted.
17              (Government Exhibit 101 is published,
18               2:10 p.m. to 2:13 p.m.)
19   BY MR. MILLER:
20       Q    The last room we saw on the video, whose room
21   is that?
22       A    That is -- that was the attic that Yingying
23   used to study in there.
24       Q    Was there -- did she always live in that room?
25       A    No.  When she was little, she used to live on
```

SENTENCING -- July 9, 2019 (Afternoon)

1    the second floor.

2           Q    Was there a reason she moved up to the attic?

3           A    Because she felt that on the second floor she

4    can often hear noise from the neighbors playing Mahjong,

5    and she decided that she wanted to move up to the attic

6    when she studying and doing her homework.

7           Q    I'm going to show you what's been marked

8    Government Exhibit 100J.

9                Is that a photograph of your wife and son in

10   Yingying's room?

11          A    It's my wife and my son.

12               MR. MILLER:  And, Your Honor, we would move to

13   admit and publish Government Exhibit 100J.

14               THE COURT:  Any objection?

15               It will be admitted.

16   BY MR. MILLER:

17          Q    Was Yingying a good student?

18          A    Yes.

19          Q    Did she get along well with her teachers?

20          A    Very good.

21          Q    Was one of her high school headmasters named

22   Zujuan Qi?

23          A    Yes.

24          Q    And did that teacher describe the impact of

25   Yingying's loss on a video?

SENTENCING -- July 9, 2019 (Afternoon)

1      A     Yes.

2            MR. MILLER:  Your Honor, we would ask to

3   publish Exhibit 109.

4            THE COURT:  You may.

5                (Government Exhibit 109 is published,

6                2:16 p.m. to 2:19 p.m.)

7   BY MR. MILLER:

8      Q     What kind of a daughter was Yingying?

9      A     She is such a smart daughter.

10            THE INTERPRETER:  Your Honor, I'm going to ask

11   the witness to repeat.

12      A     She is part of me as if my life without her

13   would not be complete.

14      Q     How would you describe her personality?

15      A     She's an outgoing child, very smart, and likes

16   to make friends.

17      Q     Did you --

18      A     I --

19      Q     Oh.

20      A     She is also into helping people.  She enjoys

21   helping people a lot.

22      Q     Did she have a good relationship with her

23   brother?

24      A     Very good relationship.

25      Q     Did she have a good relationship with her

1  mother?

2      A    They got along super well.

3      Q    Had anyone been to college in your family

4  before Yingying?

5      A    No.

6      Q    And how did you feel about Yingying's success

7  in college?

8      A    I am so pleased.

9      Q    How did you feel with Yingying wanting to

10  travel to the United States to study?

11      A    I was in agreement to that because she has her

12  dreams.

13      Q    And if we could publish Government Exhibit 1E,

14  which has already been admitted.

15          Could you tell us about this photograph?

16      A    This is the picture of when we were saying

17  goodbye to Yingying at the train station when she was on

18  her way to the United States.

19      Q    And was this the last time you saw Yingying in

20  person?

21          (Brief pause in proceedings.)

22          THE COURT:  Would you tell him that there's

23  tissue and a glass of water here.

24          WITNESS RONGGAO ZHANG:  Thank you.

25          THE COURT:  You're welcome.

SENTENCING -- July 9, 2019 (Afternoon)

1          MR. MILLER:  And we could -- if you would ask

2     the witness if he would prefer a break.

3          MR. TASEFF:  Yes, Judge, I would join that.

4          WITNESS RONGGAO ZHANG:  That's okay.  We can

5     continue.

6          THE COURT:  Tell him that anytime he wants to

7     take a break to let you know.

8          WITNESS RONGGAO ZHANG:  I don't need that.

9     BY MR. MILLER:

10     Q    Did you come to the United States to look for

11    Yingying?

12     A    Yes.

13     Q    And if we could publish Government Exhibit 100H

14    that's been already admitted.

15          Is this a photograph when you were in the

16    United States?

17          THE INTERPRETER:  Your Honor, I need to ask the

18    witness to repeat what he said.

19          THE COURT:  Go ahead.

20     A    I did not understand the question.

21     Q    Oh.  Is -- are you in this photograph?

22     A    Yes.

23     Q    And was this when you were in the United

24    States?

25     A    Yes.

SENTENCING -- July 9, 2019 (Afternoon)

1    Q    I'm going to show you what's been marked as

2    100I.

3         And is Exhibit 100I a photograph of a memorial

4    for Yingying on the University of Illinois campus?

5    A    Yes.

6    Q    And have you visited that location?

7    A    I have.

8         MR. MILLER:  Your Honor, we'd move to admit and

9    publish Government Exhibit 100I.

10        THE COURT:  You may.

11   BY MR. MILLER:

12   Q    How has Yingying's loss impacted her mother?

13   A    I feel like the blow of this on her mother is

14   even greater than that is on myself.

15   Q    And did Yingying's mother -- first of all, has

16   she traveled to Peoria with you?

17   A    Yes.

18   Q    And has she described the loss on a video?

19   A    Yes.

20        MS. POLLOCK:  Your Honor, can we have a brief

21   sidebar real quick?

22            (Sidebar, 2:27 p.m.)

23        MS. POLLOCK:  We were able to review the video

24   over lunch, and we don't have any objection to the

25   majority of it.

 1          There is one little part at the end where she

 2   makes a motion with her finger across her throat and says

 3   that she wants to commit suicide and that she cannot

 4   survive.  And there is some case law which, we can

 5   provide to the Court and the government, where it states

 6   that a defendant cannot be held responsible infinitely

 7   for actions taken on by family and friends who feel that

 8   way.

 9          We think it's pretty prejudicial to have the

10   motion with the language of suicide, and we'd ask that

11   the, the Court to stop playing -- or the government to

12   stop playing the video before that motion.  It's more --

13          MS. BRAIN:  It's at 14:40 -- around 14:40 to

14   14:50.

15          MS. POLLOCK:  She says, I think, three or four

16   times that she wants to kill herself.

17          MR. MILLER:  I think she can testify to how

18   this has impacted her.  I mean, we have testimony here

19   about the defendant talking about suicide.

20          MS. POLLOCK:  We can't --

21          MR. MILLER:  He wouldn't be held responsible if

22   she committed; we're not saying that.  Just her statement

23   of how she feels.

24          MS. POLLOCK:  I don't think it's equitable to

25   compare Defendant's suicide in prison to her suicide

SENTENCING -- July 9, 2019 (Afternoon)

1    threat for victim impact.  It's a limited slice of the

2    victim's life.

3           MR. MILLER:  I don't think it's a threat.  I

4    think it's her expressing her emotions.

5           MS. POLLOCK:  Well, she expresses her emotions

6    pretty thoroughly before she says *I would like to kill*

7    *myself* three times.

8           THE COURT:  So at the end of the video she's

9    making an expression that she would like to commit

10   suicide?

11          MS. POLLOCK:  Yes.

12          MR. MILLER:  Yes.

13          MR. TASEFF:  There's three other instances

14   where she says that she does not wish to go on living.

15          THE COURT:  Are there questions between any of

16   these?  Or does she just keep repeating?

17          MR. TASEFF:  There's a narrative response

18   that --

19          MR. MILLER:  We'd have to look to see what else

20   was said after the 14:40.

21          We can play it now up until that point, 14:40.

22          THE COURT:  Or do you want to take a break now

23   and then look at it and then address this?  What do you

24   want to do?

25          MS. POLLOCK:  What do you want to do?

1      MR. MILLER:  It might be -- why don't we play

2  it up to 14:40, and then we can take a break then.

3      THE COURT:  If we do that, it's going to draw a

4  lot more attention to it; but -- if the parties are

5  understanding, if we break and I rule to allow it, it's

6  going to be --

7      MS. POLLOCK:  But there's nothing, there's

8  nothing after that.  It's like 14-- and you guys -- she

9  said something about "the bad man" that you guys cut.

10     MR. MILLER:  And we cut that.

11     MS. POLLOCK:  Right.  And so this is the last

12  thing before it ends.  There's nothing that's after that.

13     MR. MILLER:  And we're fine, Judge.  We'll play

14  it up to 14:40.  If we think there is something else

15  there that we want to come in, we can address that later.

16  We'll finish the testimony of this witness.  I don't want

17  to keep him up there any longer.

18     MS. POLLOCK:  Okay.

19           (In open court, 2:30 p.m.)

20     THE COURT:  Okay.  Go ahead.

21     MR. MILLER:  Based on the discussion, we'd move

22  to admit and publish Government Exhibit 128.

23     THE COURT:  Go ahead.  You may.

24     MR. MILLER:  We'll need the interpreter to

25  interpret the spoken words.

SENTENCING -- July 9, 2019 (Afternoon)

 1          THE COURT:  Would it help you to be at the

 2  podium?

 3          And for the court reporter's sake here, she

 4  will be repeating -- taking down what the interpreter

 5  says.

 6          MR. MILLER:  Yes.  We'll need --

 7          THE COURT:  Okay.  We'll need a record of that.

 8  Very good.

 9          THE INTERPRETER:  So will someone be

10  controlling this to stop?

11          MR. MILLER:  Yes.

12          THE INTERPRETER:  Okay, thank you.

13          PARALEGAL KLAYER:  Raise your hand at me when

14  you want me to stop.

15                      * * * * * *

16  LIFENG TE, appears on prerecorded video, which is stopped

17   after each answer to allow for open-court translation of

18                  Mandarin to English

19    VIDEOTAPED DIRECT EXAMINATION BY MR. MILLER:

20      Q    Please tell us your name.

21      A    Lifeng Te.

22      Q    How old are you?

23      A    50.

24      Q    What is your home town?

25      A    Nanping, Jianyang.

SENTENCING -- July 9, 2019 (Afternoon)

1  Q   How long have you lived there?

2  A   30 years.

3  Q   Are you married?

4  A   Yes.

5  Q   Who is your husband?

6  A   (Interpreter) Are you married?

7      Yes.

8      Who is your husband?

9      Ronggao Zhang.

10  Q   How long have the two of you been married?

11  A   Also 30 years.

12  Q   What does your husband do for a living?

13  A   Yeah.  He's a driver.

14  Q   Do you work outside the home?

15  A   I do odds and ends jobs when it's available to

16  me.

17      I do not have a job.

18  Q   How is your health?

19  A   I have a chronic lower back problem.

20  Q   Have you and your husband had any children

21  during your marriage?

22  A   Yes.

23  Q   Who is your first child?

24  A   Yingying.

25  Q   What year was she born?

```
 1      A    19-- 19-- 19-- 1990.

 2           1990, '90.

 3      Q    How old were you when she was born?

 4      A    When she was born, I was 21.

 5      Q    Why did you name her Yingying?

 6      A    This name was given by my best friend.

 7      Q    What was Yingying like as a baby?

 8      A    Can you repeat that, please?

 9           She's a very, very good child.

10      Q    Did you call her by a pet name?

11      A    I didn't really have a nickname for her.  I

12 just called her Yingying.

13           My daughter is just a very good child.

14           Very, very good child.

15      Q    How old was Yingying when her brother was born?

16      A    She was three years old.  She's three years

17 older than her little brother.

18      Q    How did she feel about her brother?

19      A    She loves her brother very much.

20      Q    Did Yingying do well in school?

21      A    Very good.

22      Q    Did Yingying think of others when she was in

23 primary school?

24      A    She has been a very, very nice child; very good

25 child from a very, very young age.
```

1          She's very good about thinking about others'
2     needs and welfare.
3          This child is so different from any other child
4     that I have ever seen.
5          She's very mature.  She has always been very
6     mature to her age.
7     Q    When she was in elementary school, how was
8     that?
9     A    Well, elementary school, yeah.  So let's say
10    she has always been excellent student.
11         And she will make all the efforts to get to
12    where she needs to be.
13         Everything that she needed in assignments, she
14    would just taken initiative and get it done.
15         So when she comes back from school, if there's
16    something that needs to be helped chore-wise at home, she
17    will just do it.
18         And if not, she'll just go straight upstairs to
19    her room to do her homework.
20         She's always very independent.
21         She has always been very independent from the
22    very start.
23    Q    Has she helped other kids, colleagues in class
24    from when she was in elementary school?
25    A    Yes.  In elementary school, there are times

SENTENCING -- July 9, 2019 (Afternoon)

1  when donations were requested; and when that's done, and

2  she will volunteer to donate.

3          So she'll come back home and she'll tell us,

4  "There is a donation request.  I would like to do that."

5  Of course, these requests are about small sums of money.

6          So she would say she'd like to be able to

7  contribute using her efforts and what she has.

8          So we will usually give her full support; so

9  whatever she says is, is whatever -- we will do our best

10  to contribute.

11      Q    Did she continue to put others first in middle

12  school?

13      A    Yes.

14          Yes.  She continued to do so.

15          She often on the helping side whenever somebody

16  is in need.

17          If there's a, colleagues who do not know how to

18  do their homework or assignments, she will also teach

19  them.

20          She was never a selfish child.  Whatever she

21  knows, she's never selfish to share to whoever she sees

22  there's a need to do so.

23          She's always helping everybody.

24          And she has always been selected to be the, the

25  head of the class.

1      Q     In high school, did she help out other less

2   fortunate students?

3      A     In high school time, yes.  Our family was going

4   through some financial difficulties at the time, so it

5   was offered, and we were actually -- she was actually

6   entitled to receive financial aid if she will petition to

7   have one, and she actually did petition one.

8            However, once the financial aid would come in,

9   she oftentimes will not keep it.  Instead, she will

10  donate that to people who she finds to be less fortunate,

11  according to her view.

12     Q     Please tell us about Yingying volunteering to

13  teach in college.

14     A     She would say, "Mama, mama -- I mean, that is

15  such a sad place to be.  I see so many people suffering,

16  Mom."

17           "They're in such a hardship because, see,

18  they're eating preserved vegetables because they don't

19  have access to fresh ones."

20           So I say, "So what, what do you want me to do?

21  What are we supposed to do?  Because we're not able to

22  help anybody at this point."

23           She will say, "Don't worry.  Don't you be

24  concerned about this.  Here's Yingying.  I'll take care

25  of it."

1              She said, "I'm here, Mom.  I'll take care of

2      it."

3              She said, "Don't you worry."

4              So I said, "Okay.  Since you're saying so, I

5      have this promise from you then.  I feel better," and

6      then I'm very, very touched.

7              As a mother, I'm deeply touched that I have

8      such a wonderful daughter.

9              Is just very wonderful.

10     Q     What kind of a daughter was Yingying?

11     A     She's a very, very independent daughter.

12            She is my everything.

13            This wonderful daughter of mine, she is my

14     everything.

15     Q     And how would you describe her personality?

16     A     Well, her personality, I'm not gonna go into a

17     lot.  She is just a very, very good child.

18            She never really wants to worry me with

19     anything.

20            And she will never really wait for me to tell

21     her to do this and do that.  When she comes home, if she

22     sees any chores that needs to be done, she will just go

23     and do it.

24            I never have to really scold her or tell her,

25     "You need to do this and do that."  I never really had to

SENTENCING -- July 9, 2019 (Afternoon)

1  do that.

2          Yes.  Truly, truly, I have to tell you:  My

3  daughter is a very, very good daughter.

4          So, you know, it is just not me who says that

5  because sometimes when I get mad for whatever reason,

6  friends of mine or people who knows us will say, "How

7  dare you get mad when you have such a wonderful child.

8  How dare you even think of getting mad."

9          Yeah, so many people will come and tell me how

10  wonderful my daughter is.

11          And she's also very polite.  Whenever we take

12  her somewhere and she sees any acquaintance on the

13  street, she will just automatically nod her head as to

14  say "hi."

15          She will smile.

16          She is my daughter.  She is such a wonderful

17  child.

18          So now, you know, you see me.  I no longer have

19  my daughter.  How am I supposed to carry on living?  How

20  am I supposed to carry on?

21          I really don't know how to carry on without

22  her.

23      Q    How often did you speak with Yingying after she

24  went to college?

25      A    On Sundays.

SENTENCING -- July 9, 2019 (Afternoon)

1    So because actually she advised me.  She said,

2 "If you don't have anything urgent, Mom, please don't

3 call me or look for me."

4    "Because I'm very busy."

5    "I have so many things I need to do and so many

6 things to take care of it," and then she actually goes

7 off into a library.

8    So you know what the library is, right?  Yeah,

9 yeah, that library.  That's right.

10  Q When Yingying came home from college, did you

11 spend time with her?

12  A So, whenever she comes back home, it makes me

13 so happy.

14    She will sleep with me.

15    So she starting actually even when she comes

16 back home and then she doing her assignment, by the time

17 she finishes it and then come down to where I am, I, I am

18 already sleeping.

19    So what she would do is she would be so careful

20 in lifting the blanket and try to squeeze herself in so

21 she will lay by my side, and she's so careful about not

22 to disturb me or to wake me up.

23    So because I, I told her -- I asked her

24 specifically, "See, daughter, you came back home.  I

25 would like you to sleep with me at night 'cause I really

1   miss you."

2           Such a short amount of time that you can stay.

3   It's only a week of time.

4           So I say, you know, "Daughter, I really, really

5   would like you to sleep with me."

6       Q   Did Yingying sometimes refer to you as her

7   sister?

8       A   Yeah.  She's very happy to do so.  She does

9   address me as such because she says she's so happy that

10  her mom is so young.

11          "Everybody says my mom is so young."

12          So she'll come back and tell me that.

13      Q   And do you know Xiaolin Hou?

14      A   Yes.

15      Q   How did you feel about Yingying dating Xiaolin?

16      A   I was very, very pleased.

17          I told her that as long as she likes him and

18  she approves him, I am satisfied.

19          So I tell her, "I be in agreement with you to

20  pursue further education, but I really want you to have a

21  child as soon as possible so I can take care of child."

22          So when I do so, she will come back and say,

23  "How come you keep on telling me to have a child; have a

24  child?"

25          "I want to finish my education.  I want to

SENTENCING -- July 9, 2019 (Afternoon)

1   finish at once first."

2        Q    You knew they planned to get married?

3        A    So when she was going to United States, she did

4   tell me, "I will go to United States, and then I will --

5   you know, soon afterwards I'm going to give you an

6   answer."

7             So she told me that her answer is that she will

8   come back, and she will go meet Xiaolin Hou's mother; and

9   then together, you know, we are going to meet each other.

10            And that will be in Beijing, and that was -- I

11  told her, "I am so pleased.  I am totally in agreement,

12  and I am so pleased to do so."

13            I just really want to see her married as soon

14  as possible.

15            To have a family of her own as soon as

16  possible.

17            I really, really wanted her to have a family of

18  her own.

19            I wanted to have a grandchild.

20            I really wanted to have a grandchild.

21            I also, I also so much wanted to see her in

22  this, in a wedding dress.

23            I wanted to see her in this dress that people

24  wear when they get married.

25            So now when I see other people's daughter

SENTENCING -- July 9, 2019 (Afternoon)

1    getting married, I, I cannot attend.  I cannot go.  I

2    don't have the guts to go.

3              I really cannot go.

4              In Chinese custom, when there's something happy

5    or good -- and marriage is a happy thing -- you cannot

6    cry.

7              You cannot shed tears, and so I really cannot

8    be there.

9              I feel in such a pain.

10             My daughter did not get to wear wedding dress.

11             I do not get to see her get married.

12             I really wanted to see her married.

13        Q    Did you hope to one day become a grandmother to

14   Yingying's child?

15        A    Yes.  I really wanted to have it happen.

16             I really wanted to be a grandmother.

17             I really --

18             (Juror Number 100384905 arises and exits.)

19             THE COURT:  Ma'am?

20             All right.  Let's -- why don't you find out

21   what --

22             (Brief pause in proceedings.)

23             THE COURT:  Let's take, let's take 15 minutes.

24   Thank you.

25             (Jury absent, 2:57 p.m.)

SENTENCING -- July 9, 2019 (Afternoon)

```
 1              THE COURT:  Okay.  All right.  Let's take

 2    15 minutes.

 3                   (Recess, 2:57 p.m. to 3:16 p.m.)

 4              THE COURT:  Thank you.  Please be seated.

 5              First of all, did you get a chance to review

 6    the video, and is there anything else to be heard on that

 7    matter?

 8              MR. MILLER:  I think we're in agreement, Your

 9    Honor, as far as where it will end.

10              THE COURT:  All right, good enough.

11              We'll have Mr. Zhang back on the witness stand.

12              And is there anything to address before we

13    bring the jury in?

14              MS. POLLOCK:  Yeah.  Yeah, there is.

15              We had a juror -- do we know why she ran out of

16    the courtroom?

17              THE COURT:  My clerk reported that he -- as she

18    was going up past him, up the stairs, she said she needed

19    a moment.  She went back upstairs.  She went to the

20    bathroom.

21              After all the jurors were up, my clerk went up

22    there, asked if she was all right, and she said that she

23    was fine.  She needed a moment.

24              MS. POLLOCK:  Why?

25              THE COURT:  I don't know.
```

SENTENCING -- July 9, 2019 (Afternoon)

1          MS. POLLOCK:  Was she crying?

2          THE COURT:  Was she crying when she came out of

3  the bathroom?

4          MS. POLLOCK:  What about when she went into the

5  bathroom?

6          THE COURT:  Just tell me:  When she went past

7  you to first go up the stairs, was she crying?

8          COURTROOM DEPUTY:  She appeared to be crying.

9  Yes.

10          THE COURT:  Appeared to be crying.

11          When she came out of the bathroom, was she

12  crying?

13          COURTROOM DEPUTY:  No longer crying, no.

14          THE COURT:  All right, no longer crying.

15          Okay, so --

16          MS. POLLOCK:  We think there has to be

17  something done about that, Your Honor.

18          THE COURT:  Well, what is it?  Tell me what you

19  think.

20          MS. POLLOCK:  Well, it's the first time I've

21  ever seen a juror get up in the middle of questioning and

22  run out of the courtroom because she couldn't contain her

23  emotions.

24          And if I remember correctly, that particular

25  juror was one that we had asked to excuse for hardship

1    because her daughter is having a high-risk pregnancy and

2    was due right around this time period to have the baby.

3         And I have serious concerns that her ability to

4    be fair and impartial has been compromised; and although

5    she may have said she could be fair and impartial during

6    jury selection, that clearly is not the case.

7         I don't know if anyone on the government team

8    has ever seen a juror stand up in the middle of the

9    courtroom and run out while court was in session, but I

10   have not.  And I think that's a pretty severe indication

11   that we have some issues going on here that need to be

12   addressed.  Otherwise, the fairness to Mr. Christensen's

13   constitutional rights are going to be compromised.

14        THE COURT:  Mr. Miller.

15        MR. MILLER:  Well, I mean, the response to that

16   is:  How many capital sentencings have we had a jury in

17   front of?  This is the only one that I've been in front

18   of where we've had a defendant who has been convicted of

19   murdering the daughter of the person testifying.  So I

20   think to try to compare it to other cases doesn't make

21   sense.

22        I don't think there's anything about that that

23   would indicate a juror cannot be emotional or touched by

24   the evidence.

25        I think that the fact that she left and said

SENTENCING -- July 9, 2019 (Afternoon)

1    she's okay and ready to continue would indicate that she

2    is ready to continue.

3              We take jurors, obviously, at their, at their

4    word.

5              And I -- so -- I mean, it's almost like she's

6    saying she can't be fair and impartial because she was

7    moved by the testimony.  But, clearly, jurors can be

8    moved by the testimony, so we don't believe there's any

9    grounds to -- I'm not sure what the motion was.  To

10   strike her as a juror?  But it seems like she has the --

11   she was qualified by the Court, and there's nothing about

12   what has happened here that would suggest that she can't

13   be fair and impartial.

14             THE COURT:  And, and just back to one point;

15   but I think maybe, given the issue that Ms. Pollock

16   raised, I think maybe in another few minutes we can call

17   her down and, in chambers.  But I'm not going to have --

18   we're not all going in chambers, so pick a lawyer that's

19   coming in from both tables.  And we'll just take a few

20   minutes.  We'll get right to the point, and we'll see how

21   she's doing and what she's -- and what she's thinking.

22             But I don't recall whether she was one that you

23   moved to challenge for cause or not.

24             MS. POLLOCK:  It wasn't cause, Your Honor.  We

25   asked to excuse her for hardship.

SENTENCING -- July 9, 2019 (Afternoon)

```
 1              THE COURT:  Okay.
 2              THE INTERPRETER:  The interpreter has a
 3   question because the witness, when he was in the, sitting
 4   back there, he had an earphone on him; and everything
 5   that was going on regarding the case, he was being aware
 6   of.
 7              THE COURT:  Who --
 8              THE INTERPRETER:  Now should I --
 9              THE COURT:  Who's that?  Mr. Zhang?
10              THE INTERPRETER:  Yes.  So should I also make
11   him aware of the conversation?  Because he was looking at
12   me and I was not sure how to proceed.
13              THE COURT:  Oh, I see what you're saying.
14              Do you think that's necessary at this point or
15   not?
16              MR. MILLER:  I don't believe it's necessary.
17              MS. POLLOCK:  I don't think so.
18              THE COURT:  All right.  You can tell him that,
19   just that he's just fine, just to sit tight.  In fact,
20   we'll ask him to step down for a moment.
21              We're going to grab that juror.
22              And then who's coming in from the government,
23   and who's coming in from the defense?
24              MR. MILLER:  And, Your Honor, if we are going
25   to do it in chambers, I do believe, based on our prior
```

SENTENCING -- July 9, 2019 (Afternoon)

1   motion, I think the Court would need to make a finding

2   that it would be appropriate to conduct that voir dire.

3          THE COURT:  First of all, is that the -- does

4   the defendant -- is the defense agreeable to conducting

5   that in chambers?

6          MS. POLLOCK:  Yes, Your Honor.

7          THE COURT:  All right.

8          MR. MILLER:  And that's fine, Your Honor.  I

9   mean, I understand that, of course; but I believe we

10  would need to make a finding --

11         THE COURT:  And is the government agreeable to

12  moving into chambers with this?

13         MR. MILLER:  It's always that tough call.  As

14  you know, we can't -- the Department of Justice -- can't

15  agree to close the courtroom, but we do agree that the

16  Court could make the findings that would allow this to

17  take place.

18         THE COURT:  Well, I am going to make that

19  finding that this inquiry, given the circumstance, should

20  be made in chambers.  It will be very quick.  And then

21  once the inquiry's made and we proceed, I'll make a

22  record in open court as to what occurred.  Okay?

23         MR. MILLER:  And just to be clear on the

24  record, the attorneys will be present but will not speak,

25  and it will just be the Court that speaks?

SENTENCING -- July 9, 2019 (Afternoon)

1            THE COURT:  Correct.  Only I will.  All right,

2     thank you.

3                  (In camera, 3:26 p.m.)

4            COURTROOM DEPUTY:  Judge, I have Ms. ███████.

5            THE COURT:  We didn't think you'd want a crowd

6     in here, so Mr. Miller and Ms. Pollock are present.

7            But given the circumstance, when you left, I

8     assumed it had something to do with the video or the

9     stage of the video or something, but why don't you tell

10    us.

11           JUROR████████ (#100384905):  I think it was just

12    the whole sleeping thing that kind of hit me.  I was

13    trying not to relate to it; but I just left my daughter,

14    who's in the Air Force.

15           THE COURT:  Okay.

16           JUROR████████ (#100384905):  And this past

17    weekend, we visited her.

18           THE COURT:  Not the one that's pregnant?

19           JUROR████████ (#100384905):  No, it didn't -- and

20    believe it or not, it had nothing to do with pregnancy,

21    and I thought, *Oh, gosh, everyone's going to think* --

22           THE COURT:  That's what I thought.

23           JUROR████████ (#100384905):  I'm trying not to

24    relate to it, so I do apologize, but --

25           THE COURT:  So it has -- it caught you -- if I

SENTENCING -- July 9, 2019 (Afternoon)

1  understand you, your daughter left this past weekend for

2  the Air Force?

3  JUROR ████ (#100384905):  No.  She is in the

4  Air Force.

5  THE COURT:  In the Air Force.

6  JUROR ████ (#100384905):  And we visited her,

7  in the hotel.  My husband had to take the couch, and she

8  slept with me; so that's what kind of hit me.

9  THE COURT:  I got you.

10  All right, so tell me now how you're doing?

11  JUROR ████ (#100384905):  I'm okay.

12  THE COURT:  Okay.  And do you think that you

13  can proceed?

14  JUROR ████ (#100384905):  I do.

15  THE COURT:  And do you think that anything

16  that's happened so far -- because we've -- we had this

17  discussion here, and I'm just going to go over it again.

18  JUROR ████ (#100384905):  Right.

19  THE COURT:  The government is in their case.

20  Then we're going to move to the defense case.  And can

21  you stay open until you've heard all the evidence --

22  JUROR ████ (#100384905):  Definitely.

23  THE COURT:  -- before you begin your

24  deliberations?

25  Okay.  So there's nothing wrong with being

1   emotional, so --

2           JUROR███████ (#100384905):  I know I'm

3   vulnerable now.  Everyone's going to look at me when I go

4   in there.

5           THE COURT:  No.  All that's important to me is,

6   first, that you're okay.

7           JUROR███████ (#100384905):  I am.  Thank you.

8           THE COURT:  All right.  And, second, that, that

9   you're okay to proceed; that you haven't started making

10  up your mind or --

11          JUROR███████ (#100384905):  I have not.

12          THE COURT:  -- or in any way, shape, or form --

13          JUROR███████ (#100384905):  No.  No.  And I

14  really was not trying to relate to her as a mother.

15          THE COURT:  Understood.

16          JUROR███████ (#100384905):  That moment just

17  happened so -- just vividly was in my head from just this

18  past weekend, so it just --

19          THE COURT:  And -- all right.  And so nothing

20  that just occurred has predisposed you one way or

21  another; --

22          JUROR███████ (#100384905):  It has not.

23          THE COURT:  -- is that what you're telling me?

24          JUROR███████ (#100384905):  It has not.  So --

25          THE COURT:  All right, very good.  Thank you.

1          All right, if you'll go back --

2          JUROR ██████ (#100384905):  I'm sorry.  I

3     apologize.

4          THE COURT:  Do not apologize.

5          That's all right.

6          Shut that door, please.

7          (Juror ██████, #100384905, exits chambers.)

8          THE COURT:  I would have continued to ask the

9     question in different ways; but, but her expression and

10    her reaction was emphatic, at least to me, to make me

11    believe that she's okay.

12         MS. POLLOCK:  I think that's right.  I think

13    that's fine.

14         THE COURT:  Okay.

15         MS. POLLOCK:  And the only concern that we

16    would have was that when a juror gets up and runs out of

17    the courtroom crying in front of all the other jurors,

18    having been severely affected by the testimony of the

19    victim's family --

20         THE COURT:  My first thought was it had to do

21    with her daughter, the pregnancy; and her blood pressure

22    was an issue, the hardship issue.

23         MS. POLLOCK:  Right.

24         THE COURT:  But as it turns out, it was this

25    and she explained it.  So --

SENTENCING -- July 9, 2019 (Afternoon)

```
1              MS. POLLOCK:  Yeah.  We're good.

2              THE COURT:  -- we're good to go?

3                 (In open court, 3:27 p.m.)

4              THE COURT:  Okay.  Thank you.  Please be

5    seated.

6              Before we resume, we'll call the jury down here

7    momentarily, but I did visit with the juror who had to --

8    or that left.

9              Mr. Miller and Ms. Pollock were present.  The

10   court reporter was present.  I inquired as to why she

11   left, and she explained why.

12             I inquired then as to whether she was okay

13   to -- now.

14             And she said that she was.

15             I asked if she was okay to proceed.

16             She said she was.

17             I then asked a few questions that I think were

18   relevant, or needed to be asked, about fair and

19   impartiality; and her answers to me were satisfactory.

20             And given that, I think we're ready to proceed;

21   but I would ask either side now if they have any motion

22   to make with regard to that specific juror.

23             MS. POLLOCK:  No, Your Honor.

24             MR. MILLER:  No, Your Honor.

25             THE COURT:  Okay, very good.
```

SENTENCING -- July 9, 2019 (Afternoon)

1          Let's bring the jury in.

2          Let's get Mr. Zhang back on the witness stand,

3   if you would, please.

4                    (Brief pause in proceedings.)

5                    (Jury present, 3:29 p.m.)

6          THE COURT:  All right.  Please be seated,

7   everyone.

8          And before we resume, let me say this.  I'm not

9   sure that there's ever a good time to time an

10  interruption, but it was perfectly timed.  It would have

11  been our afternoon break point, so we're ready to go

12  again.

13         MR. MILLER:  All right.  And, Your Honor, and

14  we just, for the record, would say that Ronggao Zhang is

15  on the witness stand, and we were -- we had published

16  part of Exhibit 128.  I believe there are about three

17  minutes left, and we would then ask to publish the, those

18  remaining three minutes.

19         THE COURT:  All right, very good.  Let's resume

20  at that point.

21         THE INTERPRETER:  Go back a little bit, please.

22                    (Video of Lifeng Te continues, 3:30 p.m.)

23    A    (Lifeng Te, via Interpreter):  Yes.  It is

24  true.  I really, really wanted to be a grandma.

25         I really, really wanted to hold my grandchild,

SENTENCING -- July 9, 2019 (Afternoon)

1  to be a grandmother.

2       Q    How did you feel about Yingying wanting to

3  travel to the United States to study?

4       A    In the beginning, I was not in agreement that

5  she would make that decision.

6            But since she was determined to do so, I

7  decided to give her my full support.

8       Q    And when did Yingying leave China to travel to

9  the United States?

10      A    In April.

11      Q    Where did you say goodbye to her?

12      A    So you're talking about the farewell, the

13  saying goodbye this time?

14           Yeah, in the 19 train station.

15      Q    Okay.  I'm going to show you --

16      A    We said goodbye there.

17      Q    -- what we'll mark as Government Exhibit 1E.

18  Do you recognize this photo?

19      A    Yeah.  This is where my -- saw her for the last

20  time.

21           It's been two years.

22           So the last time, when she was coming to the

23  United States, and it was two years ago.

24           I really miss my daughter.  I really, really

25  miss her so much.

SENTENCING -- July 9, 2019 (Afternoon)

```
 1      Q    Was this the last time you saw -- oh, I'm
 2  sorry.  Okay.
 3           Was this the last time you saw Yingying in
 4  person?
 5      A    She told me to hug.
 6           "Mom, we should hug."
 7           My daughter hug me.
 8           She really hug me.
 9           And she told me to get together for a picture.
10      Q    How often did you speak with Yingying after she
11  went to the United States?
12      A    On Sundays.
13      Q    How has Yingying's loss impacted you and your
14  family?
15      A    It is really, really painful.  It is really,
16  really hard.
17           It is so, so difficult.
18           Our entire family do not know how to carry on.
19           It is just so hard.  This two years.
20           It has been so hard to -- when someone relate
21  to the other even, it is just so painful.
22           Really, really painful.
23           My pain, I am turning it to God.
24           (Video of Lifeng Ye concludes, 3:34 p.m.)
25                     * * * * * *
```

```
 1              (Examination of Ronggao Zhang continues.)

 2   BY MR. MILLER:

 3        Q    We heard from your wife.  Would you be able to

 4   share with the jury how Yingying's loss has personally

 5   impacted you as her father?

 6        A    To tell you the truth, from the night of June

 7   until today, we basically have not rested.  That is a

 8   very basic and simple reality.

 9              Because I -- we have spent nights outside our

10   home not being able to go back home, and this is just

11   really, really difficult.

12              THE INTERPRETER:  Your Honor, I'll ask the

13   witness to please repeat.

14        A    And my wife, she is in severe depression.

15              Actually, I am also very much not my old self.

16   I am not able to concentrate.  In fact, I had a fall when

17   I was doing the stairs the other day, and I broke some of

18   my ribs.

19              My wife as well, she is -- she's just -- the

20   entire process, just very unbearable to her.

21              It's completely unbearable.

22              I, I -- I tell you the truth.  I do not know

23   how to live the remaining of my life.

24              Yingying is, in actuality, she's my pride; and

25   she is also my everything.
```

```
1      Q     Okay.  Thank you.

2            Could you ask if he --

3      A     I cannot lose her.

4      Q     Has he completed his answer?

5      A     That's all for now.

6            MR. MILLER:  Okay, thank you.

7            I have no further questions, Your Honor.

8            THE COURT:  Okay.  Cross-examination?

9            MR. TASEFF:  We have no questions, Judge.

10           THE COURT:  All right.  You can tell him he may

11     step down.

12                (Witness Ronggao Zhang excused, 3:38 p.m.)

13           THE COURT:  Next witness for the government.

14           MR. NELSON:  Thank you, Your Honor.  The United

15     States calls Special Agent Andrew Huckstadt.

16            ANDREW HUCKSTADT, sworn, 3:39 p.m.

17           MS. POLLOCK:  Your Honor -- I apologize --

18     before we get started, there was an issue of one of the

19     pieces of evidence we wish to discuss, and we did not do

20     that during the break.  Would you like to do that now at

21     sidebar?

22           THE COURT:  Yeah.  Now I'm trying to remember.

23     Oh, yes.  Let's do that at sidebar.

24                (Sidebar, 3:39 p.m.)

25           MS. BRAIN:  Yes, Your Honor.  122-TR, this is
```

SENTENCING -- July 9, 2019 (Afternoon)

1  more prejudicial than probative.  All the talking is

2  being done by Michelle Zortman, not Mr. Christensen.

3  She's saying nasty things about Ms. Bullis, and so we

4  would ask them not to do that.

5        MR. NELSON:  He's laughing along and joking

6  with Michelle Zortman's wishing of harm to befall Terra

7  Bullis right before she testifies.  It's very clearly

8  lack of remorse, Your Honor.

9        MS. BRAIN:  There's nothing about the victim.

10  I mean, --

11        MR. NELSON:  It doesn't need to be about the

12  victim to be lack of remorse, Your Honor.

13        THE COURT:  And this was apparently on the

14  day --

15        MR. NELSON:  June 19.

16        THE COURT:  -- Ms. Bullis testified?

17        MR. NELSON:  Yes, Your Honor.

18        THE COURT:  Okay, and based upon the transcript

19  here, he's responding by either laughing or saying,

20  "There's a joke right now I can make, but I can't make

21  it.  No comment."

22        MS. BRAIN:  He's responding to his wife and

23  what his wife is saying.  I mean, obviously, it's

24  terribly unflattering, but it's way more prejudicial than

25  probative in a capital penalty phase here.  He's just

SENTENCING -- July 9, 2019 (Afternoon)

1   going along with what she's saying.

2           We submit it's not truly probative of his state

3   of mind when he's being -- he's responding to something

4   rather than bringing it up.

5           THE COURT:  Well, he could have shut it down,

6   too.

7           I think that it's probative, and I think that

8   it won't cause any prejudice or misleading or confusion

9   of the jury.  I'll overrule the objection, and it will be

10  played.

11          MR. NELSON:  Thank you, Your Honor.

12          MS. BRAIN:  Thank you, Judge.

13          MR. NELSON:  Your Honor, just foreshadowing:

14  Can we get a ruling now that we will be permitted to

15  replay the memorial videos and all Terra Bullis's

16  recordings in clip form, in short clip form?  We've

17  already covered this, but I just anticipate an objection,

18  and I just --

19          THE COURT:  I think, actually, those types of

20  things -- if you want to make an objection on the record,

21  I'll rule on the record.

22          MS. BRAIN:  We had filed a motion on it, and

23  the Court had ruled.

24          MR. NELSON:  That's fine.  I just wanted to

25  save us all a trip here.

SENTENCING -- July 9, 2019 (Afternoon)

1          THE COURT:  Very good.

2               (In open court, 3:42 p.m.)

3          DIRECT EXAMINATION BY MR. NELSON:

4     Q    Good afternoon, sir.

5     A    Good afternoon.

6     Q    Would you please restate your name and respell

7 your last name for the record?

8     A    My name is Andrew Huckstadt, H-u-c-k-s-t-a-d-t.

9     Q    And I know that you've testified previously,

10 but if you would, just please re-summarize your

11 educational history and your professional experience.

12    A    I have a bachelor's degree from the University

13 of Illinois in aerospace engineering.  I served just

14 under six years in the U.S. Air Force as an officer, and

15 I've been in the FBI for approximately 11 years.  About

16 half that time, I was in the Memphis, Tennessee, Field

17 Office and the other half in the Springfield Division out

18 of the Champaign Office.

19    Q    And at some point in time, did you become the

20 case agent in this case?

21    A    Yes, I did.  Approximately mid-March of 2018.

22    Q    Could you please remind the jury about your

23 role in working with Terra Bullis?

24    A    I was the, the primary handler.  I was

25 responsible for giving her tasking, supervising what she

1    did, interacting with her, making sure that whatever she

2    did was within the boundaries of policy.

3        Q    Okay.  And through the course of your

4    investigation, and also in preparation for this trial,

5    have you become familiar with the recorded conversations

6    between Terra Bullis and the defendant which were dated

7    between June 17th and June 29th of 2017?

8        A    Yes.

9        Q    And are those recordings already in evidence?

10       A    Yes, they are.

11       Q    Now, prior to your testimony today, have you

12   re-reviewed those recordings?

13       A    I have.

14       Q    And are there portions of those recordings that

15   are relevant to the aggravating factors that have been

16   alleged?

17       A    Yes.

18       Q    And were clips made of those portions?

19       A    Yes.

20       Q    Now, during the defendant's conversations with

21   Terra Bullis, did he make comments on whether she would

22   be in danger if she cooperated with the FBI?

23       A    Yes.

24       Q    Ms. Klayer, if we could please publish clip

25   29-19.

SENTENCING -- July 9, 2019 (Afternoon)

1          PARALEGAL KLAYER:  Would the jurors like to use

2    their headphones?

3          MR. NELSON:  That's a good -- with regard to

4    Exhibit 29, it may be best with the headphones, I've been

5    reminded.

6          THE COURT:  All right.

7          (Brief pause in proceedings.)

8          (Clip is published, 3:45 p.m.)

9    BY MR. NELSON:

10     Q    Now, Special Agent Huckstadt, did the defendant

11   also make comments about his desire in the future with

12   regard to killings?

13     A    Yes.

14     Q    Can we please publish clip 29-33.

15          (Clip is published, 3:46 p.m.)

16     Q    Special Agent Huckstadt, during the defendant's

17   conversations with Terra Bullis, did he discuss

18   Yingying's English speaking capability?

19     A    Yes, he did.

20     Q    And was that on June 27, 2017?

21     A    Yes.

22     Q    Can we please publish clip 28-16.

23          (Clip is published, 3:46 p.m.)

24     Q    And was there also a conversation about the

25   ideal size for the defendant's victims?

SENTENCING -- July 9, 2019 (Afternoon)

1      A     Yes.

2      Q     Could we publish clip 29-36.

3            (Clip is published, 3:46 p.m.)

4      Q     Now, Special Agent Huckstadt, were you in court

5   when Xiaolin Hou testified?

6      A     Yes.

7      Q     And what did Xiaolin Hou say about how much

8   Yingying weighed?

9      A     Approximately 100 pounds.

10     Q     Now, during the defendant's discussions with

11  Terra Bullis, did he make comments about the manner in

12  which he killed Yingying Zhang?

13     A     Yes, he did.

14     Q     Ms. Klayer, can we please publish clip 29-25?

15           (Clip is published, 3:48 to 3:49 p.m.)

16     Q     Special Agent Huckstadt, during that clip, did

17  the defendant also discuss Yingying's English-speaking

18  ability?

19     A     Yes.  He said that she had broken English.

20     Q     Ms. Klayer, can we please publish clip 29-26.

21           (Clip is published, 3:50 p.m.)

22     Q     Ms. Klayer, can we please publish clip 29-27.

23           (Clip is published, 3:50 p.m.)

24     Q     Ms. Klayer, can we please publish clip 29-28.

25           (Clip is published, 3:51 to 3:52 p.m.)

SENTENCING -- July 9, 2019 (Afternoon)

1    Q    Ms. Klayer, can we please publish clip 29-29.

2         (Clip is published, 3:52 p.m.)

3    Q    Ms. Klayer, could we please publish clip 29-30.

4         (Clip is published, 3:52 to 3:54 p.m.)

5    Q    Ms. Klayer, can we please publish clip 29-31?

6         (Clip is published, 3:54 p.m.)

7    Q    Special Agent Huckstadt, did the defendant make

8    statements to Terra Bullis regarding how he wanted her to

9    answer questions that the FBI might ask her?

10   A    Yes.

11   Q    Did that include statements about how to

12   respond to certain pieces of evidence?

13   A    Yes.

14   Q    Ms. Klayer, could we switch off of the

15   headphones, please, and publish clip 22-7.

16        (Clip is published, 3:55 p.m.)

17   Q    And Special Agent Huckstadt, just for the

18   record, was that conversation on June 17th?

19   A    Yes, it was.

20   Q    And did the defendant also comment on other

21   evidence that day?

22   A    Yes.

23   Q    Ms. Klayer, can we please publish clip 22-8

24        (Clip is published, 3:56 p.m.)

25   Q    And Special Agent Huckstadt, were you present

1    in court when Ms. Bullis testified?

2        A    Yes, I was.

3        Q    Did she have an explanation for why her blood

4    could not be on that bed?

5        A    Yes.  She said she had a platelet disorder and

6    she would have known.

7        Q    Okay.  And do you know whether Yingying Zhang's

8    DNA was found on the baseball bat in the defendant's

9    house?

10       A    It was.

11       Q    Did they have another conversation along these

12   lines on June 20, 2017?

13       A    Yes.

14       Q    Ms. Klayer, can we please publish clip 24-4.

15            (Clip is published, 3:57 p.m.)

16       Q    Now, during his conversations with Terra

17   Bullis, did the defendant comment on the strength of the

18   FBI's investigation?

19       A    Yes, he did.

20       Q    Was one of those comments on June 22nd?

21       A    Yes.

22       Q    Can we please publish clip 26-4, please?

23            (Clip is published, 3:58 p.m.)

24       Q    And can we please publish clip 28-13.

25            (Clip is published, 3:58 p.m.)

SENTENCING -- July 9, 2019 (Afternoon)

1     Q    And for the record, Special Agent Huckstadt,

2 was that on June 27th?

3     A    Yes.

4     Q    Could we please publish clip 28-14.

5          (Clip is published, 3:58 to 3:59 p.m.)

6     Q    Ms. Klayer, can we please publish clip 28-15.

7          (Clip is published, 3:59 to 4:00 p.m.)

8     Q    Ms. Klayer, can we please publish clip 28-17.

9          (Clip is published, 4:00 p.m.)

10    Q    Can we publish clip 28-18, please.

11         (Clip is published, 4:00 to 4:01 p.m.)

12    Q    And, Ms. Klayer, can we please publish clip

13 28-19.

14         (Clip is published, 4:01 p.m.)

15    Q    Now, Special Agent Huckstadt, did the defendant

16 also make boastful claims about his crime?

17    A    Yes, he did.

18    Q    And when did those occur?

19    A    Those occurred throughout several points, but

20 there were several boastful claims on the 29th of June.

21    Q    And what else happened on June 29th, if you

22 would?

23    A    June 29th was the date of the Memorial Walk.

24    Q    All right.  Now, I'd like to show you -- let's

25 bring up Exhibit 100H, which is in evidence, please.

1        Do you recall both Xiaolin Hou and Yingying's

2   father -- and I apologize for not being able to correctly

3   pronounce his name -- in this photograph?  Do you recall

4   them testifying about it?

5        A    Yes.

6        Q    Have you seen another version of this

7   photograph that's not so zoomed-in?

8        A    Yes, I have.

9        Q    Can we please publish 60D which is in evidence.

10            Is this, essentially, the same photograph?

11       A    Yes.

12       Q    And is the defendant located in the photograph?

13       A    Yes.  He's on the upper right-hand side,

14   standing on the steps, with his arm on the rail.

15       Q    Would you circle him, please?

16       A    [Complying with counsel's request.]

17            MR. NELSON:  Mr. Kelly, if we could have a

18   screenshot of this; mark it 60D-1.

19            COURTROOM DEPUTY:  Yes.

20   BY MR. NELSON:

21       Q    Ms. Klayer, if we could switch back to the

22   headphones, please, and publish clip 29-7.

23            (Clip is published, 4:03 p.m.)

24       Q    Now, Special Agent Huckstadt, were you present

25   when Xiaolin Hou testified about the concert?

SENTENCING -- July 9, 2019 (Afternoon)

1      A      Yes, I was.

2      Q      Okay.  And he testified that he performed?

3      A      Yes.

4      Q      Okay.  And did he say anything with regard to

5  the applause that he received at the end of his song?

6      A      He said he received a standing ovation.

7      Q      And do you recall Ms. Bullis's testimony here?

8      A      Yes, I do.

9      Q      Did she testify about a standing ovation?

10     A      She did.

11     Q      Did she describe the defendant's behavior

12  during the standing ovation?

13     A      Yes.  She said the defendant remained seated

14  and clapped slowly.

15     Q      Could we please publish clip 29-9.

16            (Clip is published, 4:04 p.m.)

17     Q      If we could please publish clip 29-24.

18            (Clip is published, 4:04 to 4:05 p.m.)

19     Q      Ms. Klayer, can we please publish clip 29-32.

20            (Clip is published, 4:05 p.m.)

21     Q      Could we please publish clip 29-18.

22            (Clip is published, 4:05 p.m.)

23     Q      Could we please publish clip 29-20.

24            (Clip is published, 4:05 to 4:06 p.m.)

25     Q      Could we please publish clip 29-34.

164

SENTENCING -- July 9, 2019 (Afternoon)

1              (Clip is published, 4:06 to 4:07 p.m.)

2        Q    Ms. Klayer, can we please publish clip 29-35.

3              (Clip is published, 4:07 to 4:08 p.m.)

4        Q    Now, Special Agent Huckstadt, I'd like to go

5   back in time to June 9, 2017, the day Yingying was

6   abducted.

7              Have you reviewed the CART report of the

8   defendant's electronic devices?

9        A    Yes, I have.

10       Q    And could you please refresh the jury's

11  recollection as to what a CART report is?

12       A    A CART report is a computer forensics report.

13  Our computer forensic examiner, William O'Sullivan,

14  testified to that, his work in terms of analyzing and

15  extracting data from various digital devices, including

16  his cell phone and computers.

17       Q    Okay.  And if we could please bring up

18  Exhibit 34, is this the CART report in this case?

19       A    Yes, it is.

20       Q    Okay.  And if we could please publish page 5

21  and highlight the text messages that begin at 16:53.

22             Special Agent Huckstadt, these are the

23  defendant's first text messages to Terra Bullis after he

24  kidnapped and murdered Yingying Zhang?

25       A    Yes.

SENTENCING -- July 9, 2019 (Afternoon)

1     Q    Okay.  And if you could just read the first

2  two?

3     A    The first one to Terra Bullis says, "How's your

4  day been?"

5          And the second one says, "I'm exhausted."

6     Q    And these are approximately 4:53 in the

7  afternoon?

8     A    Correct.

9     Q    And then the text messages continue for a

10  while; is that correct?

11     A    Yes.

12     Q    And if we could please publish page 6.  At the

13  top of this page, text messages continue, both to Ms.

14  Bullis and also to the defendant's then-wife?

15     A    Yes.

16     Q    If we could please highlight, starting at

17  21:40 that evening and going through 21:49.

18          Now, this is that same evening, about 9:40 in

19  the evening?

20     A    Yes.

21     Q    Okay.  And what's the defendant doing here on

22  his computer?

23     A    He appears to be accessing folders that contain

24  adult pornography.

25     Q    Okay.  And again, for the record, what time was

1    Yingying abducted?

2         A    Approximately 2:04 p.m.

3         Q    Okay.  And about, almost three hours later, he

4    texts Terra Bullis to say that he's exhausted?

5         A    Correct.

6         Q    Okay.  And do you recall in Exhibits 29 and 35,

7    the clip, how long the defendant said it took him to kill

8    and dispose of Yingying Zhang?

9         A    I believe it was -- I don't know if it

10   encompassed the whole time to kill her, but he did make a

11   reference to 20 minutes.

12        Q    Okay.

13        A    Yeah.

14        Q    And he also said something about, "I was able

15   to do this within a matter of hours"?

16        A    Yeah.  It's not completely clear in that

17   context what he means by that, if that meant --

18        Q    I understand.

19        A    -- simply the killing or the killing and the

20   disposal.

21        Q    I understand.

22        A    Yes.

23        Q    So at this point, we're talking between 2:00

24   and now almost 5:00.  Is there any way to know whether

25   the defendant had cleaned his apartment at this point?

SENTENCING -- July 9, 2019 (Afternoon)

1      A    I don't think so.

2      Q    Okay.  And is it possible to know whether

3  Yingying's body might still be in the apartment?

4      A    It's a possibility.

5      Q    Okay.  And then sometime after sending these

6  text messages, about 9:00 in the evening/9:40 in the

7  evening, the defendant opens pornography?

8      A    Yes.

9      Q    And he looks at it for how long?

10     A    I'd have to go back and review the report, but

11  it was for a few minutes.

12     Q    Okay.  Now, did the defendant continue to make

13  statements commenting on the strength of the

14  investigation after he was arrested?

15     A    Yes.

16          MR. NELSON:  May I approach, Your Honor?

17          THE COURT:  You may.

18  BY MR. NELSON:

19     Q    Now, Special Agent Huckstadt, I've just handed

20  you some CDs marked as Government Exhibits 113 to 122,

21  inclusive.  Do you have all of those?

22     A    Yes.

23     Q    All right.  What are those?

24     A    These are CDs that contain jail call

25  recordings, starting in July of 2017 and entering -- or

SENTENCING -- July 9, 2019 (Afternoon)

1    ending, excuse me, in June of 2019.

2        Q    Okay.  And how did you acquire those calls?

3        A    These were downloaded from the system that the

4    jails used to record the calls.

5        Q    Okay.  And did you listen to each of these

6    exhibits?

7        A    Yes.

8        Q    How do you know that you listened to each of

9    them?

10       A    I initialed and dated these.

11       Q    And when you listened to the exhibits, did you

12   recognize any voices that you had previously heard?

13       A    Yes.

14       Q    Did you recognize and hear the defendant's

15   voice?

16       A    Yes.

17            MR. NELSON:  Your Honor, I'd offer Exhibits 113

18   through 132, inclusive.

19            THE COURT:  Any objection?

20            MS. POLLOCK:  No objection.

21            THE COURT:  Be admitted.

22   BY MR. NELSON:

23       Q    Special Agent Huckstadt, do you also have

24   Exhibits 113-TR through 122-TR?

25       A    Yes, I do.

SENTENCING -- July 9, 2019 (Afternoon)

1      Q    What are those?

2      A    These are transcripts of the jail recordings in

3  Government Exhibits 113 through 122.

4      Q    Okay.  And have you read through these

5  transcripts?

6      A    I have.

7      Q    And when you read through them, were you also

8  listening to the corresponding audio?

9      A    Yes.

10     Q    And are these exhibits fair and accurate

11  transcriptions of the audio recordings?

12     A    Yes.

13     MR. NELSON:  Your Honor, I'd offer Exhibits

14  113-TR through 122-TR.

15     THE COURT:  Any objection?

16     MS. POLLOCK:  No.

17     THE COURT:  They'll be admitted.

18  BY MR. NELSON:

19     Q    Now, let's start with Exhibit 113, Special

20  Agent Huckstadt.  Do you have that transcript in front of

21  you?

22     A    Yes, I do.

23     Q    All right.  Who is that conversation with?

24     A    That's a conversation between the defendant and

25  Michelle Zortman, who was still Michelle Christensen at

1    the time.

2         Q    And I apologize if I've already asked you that,

3    but what's the date on that call?

4         A    July 3, 2017.

5         Q    Okay.  Can we please publish Exhibit 113.

6              (Government Exhibit 113 is published,

7              4:14 p.m. to 4:15 p.m.)

8         Q    And this was on July 3rd -- if you could

9    please, for the record, state what day the defendant was

10   arrested?

11        A    June 30, 2017.  So this is approximately four

12   days later.

13        Q    Thank you.

14             Now, Exhibit 114, who was that a telephone call

15   with?

16        A    It's a telephone call between the defendant and

17   one of his friends, Andrew Kieper.

18        Q    Okay.  And do they also comment on the strength

19   of the investigation?

20        A    Yes.

21        Q    Can we please publish Exhibit 114.

22             (Government Exhibit 114 is published,

23             4:16 p.m. to 4:18 p.m.)

24        Q    And Special Agent Huckstadt, if we can go to

25   Exhibit 115, what's the date on that call?

SENTENCING -- July 9, 2019 (Afternoon)

```
1        A      July 17, 2017.

2        Q      So about two weeks after this last one we just

3   heard?

4        A      Yes.

5        Q      Who's that conversation with?

6        A      This is a call between the defendant and his

7   father, Michael Christensen.

8        Q      Okay.  And are they talking about the evidence

9   in the case?

10       A      Yes.

11       Q      Can we please publish Exhibit 115.

12              (Government Exhibit 115 is published,

13              4:18 p.m. to 4:19 p.m.)

14       Q      Would you take a look, Special Agent Huckstadt,

15   at Exhibit 116.  What's the date on that call?

16       A      That is August 26, 2017.

17       Q      So about a month later?

18       A      Yes.

19       Q      And who's this conversation with?

20       A      This is a call between the defendant and his

21   mother, Ellen Williams.

22       Q      Okay.  And are they also talking about the

23   evidence in the case?

24       A      Yes.

25       Q      Would you please publish Exhibit 116, Ms.
```

SENTENCING -- July 9, 2019 (Afternoon)

1  Klayer.

2              (Government Exhibit 116 is published,

3              4:19 p.m. to 4:20 p.m.)

4      Q    Special Agent Huckstadt, would you please take

5  a look at Exhibit 117 and tell me what the date is on

6  that call?

7      A    September 2, 2017.

8      Q    Okay.  So about a week after the Exhibit 16

9  tape?

10     A    Yes.

11     Q    All right.  And who's this call with?

12     A    This is a call between the defendant and

13 Michelle Zortman, who was Michelle Christensen still at

14 the time.

15     Q    Okay.  And in this exhibit, are they discussing

16 the recording of the Memorial Walk, which is in evidence

17 at Exhibit 29?

18     A    Yes.

19     Q    Can we please publish Exhibit 117.

20             (Government Exhibit 117 is published,

21             4:21 p.m. to 4:22 p.m.)

22     Q    Special Agent Huckstadt, if we could please

23 take a look at Exhibit 118, if you could tell me what

24 date that is?

25     A    That is September 3, 2017.

SENTENCING -- July 9, 2019 (Afternoon)

1    Q    Okay.  And so this is the following day?

2    A    Yes.

3    Q    This is coming up on three months or so after

4  Yingying went missing?

5    A    Correct.

6    Q    And who's this call with?

7    A    This is also a call between the defendant and

8  Michelle Zortman, who was Michelle Christensen at the

9  time.

10    Q    Okay.  And during this call, are they

11  discussing the possibility of finding Yingying?

12    A    Yes.

13    Q    Would you please publish Exhibit 118.

14         (Government Exhibit 118 is published,

15         4:23 p.m. to 4:24 p.m.)

16    Q    And if we could please take a look now, Special

17  Agent Huckstadt, at Exhibit 119.  If you would state the

18  record -- or the date on that call, please?

19    A    September 5, 2017.

20    Q    Okay.  And who is this call with?

21    A    It's a call involving the defendant and his

22  mother, Ellen Williams.

23    Q    Okay.  And is this -- during this conversation,

24  do they discuss what might have happened to Yingying?

25    A    Yes.

SENTENCING -- July 9, 2019 (Afternoon)

```
 1         Q    Could we please publish Exhibit 119.

 2              (Government Exhibit 119 is published,

 3              4:24 p.m. to 4:26 p.m.)

 4         Q    Special Agent Huckstadt, would you please take

 5    a look at Exhibit 120 and tell us what date that call is?

 6         A    October 23, 2017.

 7         Q    So we're now about six weeks later than

 8    Exhibit 119?

 9         A    Yes.

10         Q    Okay.  And who is this call with?

11         A    This is a call involving the defendant and his

12    mother, Ellen Williams.

13         Q    Could we please publish Exhibit 120.

14              (Government Exhibit 120 is published,

15              4:27 p.m.)

16         Q    Special Agent Huckstadt, please take a look at

17    Exhibit 121 and tell us the date on that call.

18         A    November 12, 2017.

19         Q    Okay.  So this is now five months, or a little

20    more than that, after Yingying has gone missing?

21         A    Yes.

22         Q    And who's this conversation with?

23         A    This is a call involving the defendant and his

24    father, Michael Christensen.

25         Q    And is this a discussion of the investigation?
```

SENTENCING -- July 9, 2019 (Afternoon)

1      A    Yes.

2      Q    Can we please publish Exhibit 121.

3           (Government Exhibit 121 is published,

4           4:27 p.m. to 4:28 p.m.)

5      Q    Now, Special Agent Huckstadt, I'd like to refer

6  your attention to Exhibit 122.  Would you tell us the

7  date on that call?

8      A    June 19, 2019.

9      Q    What was happening on June 19, 2019?

10     A    We were in trial.

11     Q    And that's this trial?

12     A    Yes.

13     Q    Who is that a conversation with?

14     A    This is a conversation involving the defendant

15  and Michelle Zortman.

16     Q    Okay.  And are they discussing one of the

17  witnesses in the case?

18     A    Yes.  They're discussing Terra Bullis.

19     Q    If we could publish Exhibit 122.

20          (Government Exhibit 122 is published,

21          4:29 p.m.)

22     Q    Can we stop this.  Is there a reason why the

23  sound is not --

24          PARALEGAL KLAYER:  You want to use the

25  headphones?

SENTENCING -- July 9, 2019 (Afternoon)

```
 1            MR. NELSON:  Yes, please.

 2            If we could restart with the headphones, thank

 3   you.

 4                 (Brief pause in proceedings.)

 5                 (Government Exhibit 122 is published,

 6                 4:29 p.m. to 4:31 p.m.)

 7            MR. NELSON:  I have no further questions, Your

 8   Honor.

 9            THE COURT:  Cross-examination.

10              CROSS-EXAMINATION BY MS. POLLOCK:

11       Q    Hi there.

12       A    Hello.

13       Q    Again.  We're going to set a record in this

14   trial.

15            So, the jail calls that you just testified to,

16   how long has Brendt been in custody?

17       A    He's been in custody since June 30, 2017.

18       Q    Can you do some quick math and tell me how long

19   that is?

20       A    That's approximately two years.

21       Q    Two years?

22       A    Yes.

23       Q    And we just heard -- one, two, three, four,

24   five, six, seven, eight, nine -- ten total calls,

25   correct, --
```

SENTENCING -- July 9, 2019 (Afternoon)

1      A      Yes.

2      Q      -- Exhibits 113 through 122?

3             How many calls has the defendant made since

4   he's been in custody over the last two years?

5      A      I'm not sure.  It -- in the beginning, he made

6   a lot of calls.  Then when he was transferred to a

7   different facility, a lot of it became text messages.  So

8   it's hard for me to come up with a number.  There were,

9   there were a lot.

10     Q      Would you say hundreds?

11     A      I would say that's probably fair.  Yes.

12     Q      And then you said some of it, when he switched

13  facilities, it became writing instead of calls?

14     A      A little bit of both; but primarily writing,

15  yes.

16     Q      And would you say there's hundreds of pages of

17  that?

18     A      Yes.

19     Q      Okay.  So what about each of the calls that we

20  just heard.  Number 113, I think we heard, maybe, a

21  minute or so of that?

22     A      Yes.

23     Q      How long is the actual total phone call?

24     A      So these were in Macon County.  I believe it

25  kind of ranged from, like, 15 to 30 minutes.

SENTENCING -- July 9, 2019 (Afternoon)

1    Q    Okay.  Because at some point the phone will

2  cut -- like, you have a certain set period of time you

3  can talk until it cuts you off?

4    A    That's correct.  Yes.

5    Q    And so it's fair to say that what we just heard

6  in the last 20 minutes are cut clips of those calls,

7  correct?

8    A    Yes.  They're just clips from various calls.

9  Yeah.

10    Q    Okay.  And so of the hundreds of calls and

11  hundreds of text messages and the thousands of minutes

12  that Mr. Christensen has talked on the phone or been in

13  communication with his friends and family since he was

14  arrested, those are clips that you chose to play for the

15  biggest impact that you thought they'd have on the

16  jury -- and by "you," I mean your team of people --

17  correct?

18    A    We chose them because we felt they went to

19  certain factors that we were trying to prove.  Yes.

20    Q    Okay.  Safe to say that there's hours and hours

21  and hours and hours and hours of tape that we're not

22  hearing?

23    A    Absolutely, yes.  That's correct.

24    Q    Okay.  In your experience as an agent -- I'm

25  assuming you've arrested many people in your career,

SENTENCING -- July 9, 2019 (Afternoon)

1   correct?

2       A     Yes.

3       Q     Many people who you knew, based on the evidence

4   that you collected, you knew they were guilty, correct?

5       A     Yes.

6       Q     And they did not admit that right away,

7   correct?

8       A     That's correct.

9       Q     As a matter of fact, it's very common for

10  people to take some time to adjust to the idea of

11  pleading guilty or being guilty, correct?

12      A     Yeah.  I would say that's fair.

13      Q     And it's fair to say that *Denial ain't just a*

14  *river in Egypt*?

15      A     That's one way of putting it, I guess.

16      Q     I know it's a colloquial saying, but one that

17  holds truth, correct?

18      A     Yes.

19      Q     And it's also fair -- you've heard the saying

20  *delaying the inevitable*?

21      A     I have heard that.  Yes.

22      Q     Okay.  So, for the first -- most of those calls

23  that you played -- actually, all of them except the last

24  one -- were within the first few months that Brendt was

25  in custody; is that correct?

SENTENCING -- July 9, 2019 (Afternoon)

1          A    Yeah.  Approximately the first, I think, maybe

2    six months.

3          Q    Four months?

4          A    Well, it went through November, I thought.

5          Q    Seven -- eleven minus seven, is that not four?

6    Or is that five?

7          A    Yeah, five.

8          Q    Okay, five.

9          A    Yeah.

10         Q    Five months.

11              And so there were 15 -- no, not 15 -- what's

12   two years minus five months?  How many is that?

13         A    You put me on the spot with the math here.

14         Q    Sorry.  19?  Somebody say 19?  Thank you.

15   19 months.

16              So for the 19 months -- I really was not good

17   at math as a child -- 19 months after those, the first

18   calls that you played, we didn't hear anything from those

19   months from you, correct?

20         A    After -- are you talking about after the

21   last --

22         Q    After the November -- between the November call

23   and that last one we heard, we didn't hear any calls from

24   then, correct?

25         A    For the last one we heard, you're talking about

SENTENCING -- July 9, 2019 (Afternoon)

1    the June 19, --

2        Q    Correct.

3        A    -- 2019?

4             Yes.  That's the last one we played.  Yes.

5        Q    Okay.  And it's fair to say, though, that you

6    played calls from -- Michelle Zortman, Michael

7    Christensen, and Ellen Williams are the primary contacts

8    that he had?

9        A    Yes.

10       Q    We heard a call from Andrew Kieper, a childhood

11   friend of his.  How many calls were there between Brendt

12   and Andrew Kieper?

13       A    Not many.

14       Q    Two?

15       A    I believe so.

16       Q    Okay.

17       A    That sounds right.

18       Q    And so would you agree that the vast majority

19   of contact -- almost all of it, in fact, except for just

20   a couple -- were with his father, his mother, and his now

21   ex-wife?

22       A    Yes.

23       Q    And you're aware, having heard Michelle

24   Christensen/now Michelle Zortman testify, that she

25   divorced him, right?

SENTENCING -- July 9, 2019 (Afternoon)

1      A    Yes.

2      Q    And she is mov-- or moving on, or trying to

3   move on with her life?

4      A    Yes.

5      Q    But that she still supports him because she

6   loves him?

7      A    Correct.

8      Q    And so that explains to you, and to everyone,

9   why she continues to have conversations with him even

10  though they're divorced?

11     A    That's her explanation.  Yes.

12          MS. POLLOCK:  Your Honor, at this time, there

13  are two phone messages between Brendt and Michelle

14  Zortman that I would like to play.  They are -- one of

15  them is from April of 2019.  One of them is from August

16  of 2018.  They are calls that were provided to me by the

17  government.

18          I understand there is a potential objection to

19  me playing those calls at this time, so I wanted to raise

20  it with the Court.

21          MR. NELSON:  Just because we don't know what

22  they are.  We haven't received them; they're not in

23  evidence.  She can obviously present them.  They're going

24  to have a case.  So, it's not like she'll be prevented

25  from putting this in evidence; but if she doesn't have

SENTENCING -- July 9, 2019 (Afternoon)

1  them and they're not ready, there's no way for this

2  witness to, you know, identify them or anything, or know

3  what he's even being asked to listen to.

4        MS. POLLOCK:  So they do have them because they

5  came from them.  They are the government's calls.  They

6  obtained them from the jail and provided them to us;

7  otherwise, I would not possess them.

8        In regards to the fact that I don't have a CD,

9  that's correct.  They're ready to play on the audio on my

10  laptop.

11        In regards to playing them during our

12  case-in-chief, I think we can all agree that we just

13  heard a call where Michelle Zortman sounded fairly

14  nasty --

15        THE COURT:  Well, why don't the two of you just

16  confirm for one moment while we're all here and you show

17  Mr. Nelson which ones they are, and then we'll see if

18  there's an objection.  Fair enough?

19        MR. NELSON:  Fair enough, Your Honor.

20        (Counsel conferring, 4:37 p.m. to 4:40 p.m.)

21        MS. POLLOCK:  Your Honor, we do not have

22  agreement.

23        MR. NELSON:  I think the issue, Judge, is that

24  the -- she just wants to play a call to hear how Ms.

25  Zortman sounds with regard to her tone of voice, not with

SENTENCING -- July 9, 2019 (Afternoon)

1    regard to a particular call; but we'd stipulate that she

2    doesn't always sound the way she sounded in that

3    particular call, --

4            MS. POLLOCK:  Your Honor, --

5            MR. NELSON:  -- if that's the issue.

6            MS. POLLOCK:  -- that's, that's not entirely

7    the issue.  It seems --

8            THE COURT:  What's the purpose?

9            MS. POLLOCK:  The purpose is that we've

10   selected, out of a group of jail calls -- of hundreds of

11   jail calls and thousands of hours and writings and

12   everything -- these little samples.  And they picked the

13   ones they want to play, and now I have one that I'd like

14   to play for the same witness who just testified to the

15   rest of the jail calls.

16           THE COURT:  Let me clarify.  I gather that the

17   clips picked by the government went to support their

18   position as an aggravating factor; I gather lack of

19   remorse, correct?

20           MR. NELSON:  Yes, Your Honor.

21           MS. POLLOCK:  And they pick up --

22           THE COURT:  So do these go to, in a sense,

23   rebut that lack of remorse, or cross on those, that lack

24   of remorse?  Or do they go to any particular mitigating

25   factor in your case?

SENTENCING -- July 9, 2019 (Afternoon)

1          MS. POLLOCK:  They do.  They go to several

2     mitigating factors.  So we're going to have execution

3     impact as a factor.  We're going to have -- oh, goodness;

4     there's 50 of them, you know, and I can go back and

5     actually make the analogy to which particular one you'd

6     like.

7          But, in addition, the inference from this is

8     that Michelle Zortman is that kind of a human being; and

9     we are showing, in fact, that she and Mr. Christensen

10    still have a supportive relationship, that he's a loved

11    person, that he can be caring, et cetera.  Those are all

12    mitigating factors.

13         And it is this person who is the foundational

14    witness.

15         THE COURT:  All right.  So if -- Mr. Nelson.

16         MR. NELSON:  I would just say:  If it's going

17    to a mitigating factor, she can put it into her case and

18    have a chance to have a transcript.

19         MS. POLLOCK:  It's cross, Your Honor.  I can, I

20    can enter evidence on cross.  There's no rule that says

21    I'm not -- not to mention the fact the Rules of Evidence

22    don't apply in a capital sentencing.

23         THE COURT:  How long, how long is each clip?

24         MS. POLLOCK:  Five minutes.

25         THE COURT:  Totally, each clip is five minutes

SENTENCING -- July 9, 2019 (Afternoon)

1    total?

2              MS. POLLOCK:  That's correct.

3              MR. NELSON:  I would submit that her mitigators

4    are beyond the scope of the cross-examination.

5              THE COURT:  Well, I would say:  If this doesn't

6    address the issue on direct that has to do with lack of

7    remorse -- and under the circumstances, I normally would

8    allow us to do things with one witness at -- to get it

9    done.

10             But if it's going to go to a mitigator, then I

11   would suggest that, if that means Agent Huckstadt has to

12   be recalled, he has to be recalled.

13             So let's limit the cross to the direct

14   examination.

15             MS. POLLOCK:  Okay.  Well, I'm sorry to

16   continue to push this point.

17             THE COURT:  It's all right.

18             MS. POLLOCK:  But the direct examination

19   included a certain lack of remorse on behalf of Michelle

20   Zortman and Brendt Christensen.

21             THE COURT:  On behalf of Mr. Christensen.

22             MS. POLLOCK:  That's true.  But he wasn't the

23   one talking, Your Honor.  It was Michelle Zortman who was

24   the one who was talking, and so she has now been entered

25   in evidence as having that testimony given.

SENTENCING -- July 9, 2019 (Afternoon)

1             I want Agent Huckstadt to listen to her talk in

2    a normal tone of voice to Mr. Christensen -- in a nice,

3    supportive way -- and then be able to have him testify

4    regarding that.

5             MR. MILLER:  It was the defendant's agreement

6    with the statements.  It's not her statements that are at

7    issue; it's his agreement with the statements.

8             THE COURT:  I understand.

9             MR. MILLER:  Yep.

10            THE COURT:  And you'll be able to do that.  I'm

11   just asking you now:  If that's the point and it goes to

12   mitigating, then we'll do it in your case.  And if you

13   have to call him back, you call him back.

14            MS. POLLOCK:  You may step down.

15            THE COURT:  All right.  So you have no further

16   questions?

17            MS. POLLOCK:  Nope.

18            THE COURT:  All right.

19                (Witness Huckstadt excused, 4:43 p.m.)

20            THE COURT:  Anything further from the

21   government?

22            MR. MILLER:  No, Your Honor.

23            THE COURT:  In the matter of the stipulation,

24   we're not going to address today; that will be another

25   time?

SENTENCING -- July 9, 2019 (Afternoon)

1          MS. POLLOCK:  Correct, Your Honor.

2          THE COURT:  Okay, very good.

3          So the government is going to rest.  It's 20 to

4    5:00.  Maybe we'll just take the rest of the day, make

5    sure that all of the exhibits that you want in are in.

6    We'll recess the jury until tomorrow morning.

7          Is the defense prepared to go forward tomorrow

8    morning?

9          MS. POLLOCK:  We are.

10         THE COURT:  All right.  So, ladies and

11   gentlemen, the government has -- I'll have the government

12   formally rest in the morning after they have reviewed

13   whether all of their exhibits are in, but it appears that

14   the government's case is concluded at this point.

15         So we'll recess until tomorrow morning at 9:00.

16   The defense will begin their case; and as I have done, I

17   will continue to update you as we go through each day as

18   to what to expect in terms of witnesses and length of

19   time.

20         In the meantime, please be safe.  Do not

21   discuss this matter with anybody, including yourselves.

22   And I can't express to you my appreciation that you have

23   listened to and adhered to the admonishments, and I'll

24   ask you to continue to do so.  Thank you.

25              (Jury dismissed for the day, 4:45 p.m.)

SENTENCING -- July 9, 2019 (Afternoon)

1          THE COURT:  Okay, if we can just have a moment.

2          What can we expect tomorrow?  What's tomorrow

3   to look like?  If you can.

4          MS. POLLOCK:  Your Honor, we will be calling

5   Mr. Christensen first.  He'll be, I'm assuming, based on

6   cross, a couple of hours.  And then we have a series of

7   shorter witnesses, all of whom will be between 15 and

8   30 minutes; and they're all lined up and ready to go,

9   thanks to the wonderful services of the U.S. Marshal's

10  Office.

11         THE COURT:  Okay.  All right, we'll start

12  promptly at 9:00.

13         MR. MILLER:  Could we know their names?

14         THE COURT:  Would you share their names with

15  the government before we leave, --

16         MS. POLLOCK:  Yeah.

17         THE COURT:  -- if you wish.

18         MR. NELSON:  And just to clarify, I think I

19  understand; but just to clarify, the "Mr. Christensen" is

20  the defendant's father, not the defendant?

21         THE COURT:  I understood that.

22         MR. NELSON:  I just wanted to make sure who to

23  prepare for.

24         THE COURT:  And then the parties will alert me

25  as to what point the stipulation is.

SENTENCING -- July 9, 2019 (Afternoon)

1          MS. POLLOCK:  Yeah.

2          THE COURT:  And at what point -- do you expect

3     that Dr. Zoline or Pearson or Sorensen will be tomorrow?

4          MS. POLLOCK:  No.  Your Honor, I believe the

5     experts will all be Friday and Monday.

6          THE COURT:  All right, very good.

7          Okay, anything else?

8          MS. POLLOCK:  No.

9          THE COURT:  All right, we'll be in recess until

10    tomorrow morning, 9:00.

11         COURTROOM DEPUTY:  Court is adjourned.

12              (Sentencing hearing adjourns, 4:47 p.m.)

13

14                   *  *  *  *  *  *  *  *  *  *

15

16                   REPORTER'S CERTIFICATE

17         I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

18    that the foregoing is a correct transcript from the

19    record of proceedings in the above-entitled matter.

20         Dated this 10th day of September, 2019.

21

22

23         _____  s/Lisa Knight Cosimini_____
                    Lisa Knight Cosimini, RMR-CRR
24                  Illinois License # 084-002998

25