1           UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF ILLINOIS
2

3

UNITED STATES OF AMERICA,
4                                Docket No. 17-20037
            Plaintiff,
5
     vs.                         Peoria, Illinois
6                                July 10, 2019
                                 9:04 a.m.
7  BRENDT A. CHRISTENSEN,

8           Defendant.

9

10

11       SENTENCING -- July 10, 2019 (Morning)

12

13

14    BEFORE THE HONORABLE JAMES E. SHADID

15       UNITED STATES DISTRICT JUDGE

16

17

18

19

20       NANCY MERSOT, CSR-RPR
         Official Court Reporter
21       U.S. District Court
         100 N.E. Monroe Street
22       Peoria, Illinois 61602
            309-671-4244
23

24
Proceedings recorded by mechanical stenography;
25 transcript produced by computer.

```
 1
    For the Plaintiff:      EUGENE L. MILLER, ESQUIRE
 2                          BRYAN D. FRERES, ESQUIRE
                            Assistant United States Attorneys
 3                          201 South Vine Street
                            Urbana, Illinois 61802
 4                          217-373-5875

 5                          JAMES B. NELSON, ESQUIRE
                            U.S. DEPARTMENT OF JUSTICE
 6                          Capital Case Section
                            1331 F Street NW, Suite 625
 7                          Washington, DC 20004
                            202-598-2872
 8

 9  For the Defendant:      GEORGE F. TASEFF, ESQUIRE
                            Assistant Federal Public Defender
10                          401 Main Street, Suite 1500
                            Peoria, Illinois 61602
11                          309-671-7891

12                          ELISABETH R. POLLOCK, ESQUIRE
                            Assistant Federal Public Defender
13                          300 West Main Street
                            Urbana, Illinois 61801
14                          217-373-0666

15                          ROBERT L. TUCKER, ESQUIRE
                            Robert L. Tucker, Esq
16                          7114 Washington Avenue
                            St. Louis, Missouri 63130
17                          703-527-1622

18                          JULIE C. BRAIN, ESQUIRE
                            Attorney at law
19                          916 South 2nd Street
                            Philadelphia, Pennsylvania 19147
20                          267-639-0417

21

22

23

24

25
```

1                        I N D E X

2                                                    Page

3

4    DEFENDANT'S WITNESSES:

5

6         MICHAEL CHRISTENSEN

7    Direct Examination                               15
     Cross Examination                                77
8    Redirect Examination                             88

9         MARK CHRISTENSEN

10
     Direct Examination                               92
11   Cross-Examination                               116

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (In open court, 9:00 a.m.)
 2              THE COURT:  Thank you.
 3         Okay.  Does the government plan to rest this
 4  morning formally?
 5              MR. MILLER:  Yes, Your Honor.
 6              THE COURT:  And all of your exhibits you've
 7  addressed, they are in?
 8              MR. MILLER:  I guess we should make sure of
 9  that, Your Honor.  I believe we did admit all during
10  the phase that we intended to admit, so, yes.
11              THE COURT:  Then before we bring the jury
12  in, is the defense then ready to proceed?
13              MR. MILLER:  We are, Your Honor.
14              MS. POLLOCK:  We are, Your Honor.
15              THE COURT:  Let me say something.  At the
16  end of something, Ms. Pollock, you asked to play a
17  couple of clips.  In hindsight then, when you didn't
18  ask any further questions it appeared to me that or
19  occurred to me that was all basically, all you were
20  going to do in cross, so I would have -- in
21  hindsight, I think I would have just allowed you to
22  play them while the witness was on the stand, but I
23  thought the cross was going to have more to do with
24  more mitigation, and I thought that it would be
25  cleaner to keep the aggravating and the mitigation
```

1  separate.

2        So with that in mind, feel free to call the

3  agent back and play those clips as you wish.

4        MS. POLLOCK:  Thank you.

5        THE COURT:  All right.  With that in mind,

6  are we ready for the jury?

7        MS. POLLOCK:  Your Honor, about five minutes

8  we ago filed a motion for mistrial.

9        THE COURT:  Let's pull it up and address it.

10  I'll do it.  I will get it right here.

11        Let me call the case while we are on the

12  record here, 17-20037, the United States v.

13  Mr. Christensen.

14        Present is Mr. Christensen with his

15  attorneys:  Mr. Tucker, Ms. Brain, Ms. Pollock,

16  Mr. Taseff.

17        For the government:  Mr. Miller, Mr. Nelson,

18  Mr. Freres.

19        I have it in front of me now, okay,

20  Document 456, a motion for a mistrial.

21        Okay.  Has to do with the juror that left

22  the courtroom.

23        MS. POLLOCK:  It does.

24        THE COURT:  The impact that it might be on

25  other jurors and the evidence presented during the

1  victim's mother's testimony.

2          Who wishes to be heard?

3          MS. POLLOCK:  I will, Your Honor.

4          Your Honor, after court yesterday, we

5  conferred with the Federal Capital Resource Counsel

6  to inquire as to whether or not any of them had ever

7  experienced something like we experienced with a

8  juror standing up and leaving the courtroom in a

9  hurry in tears.  None of them ever experienced it,

10 and they were -- the advice that we received and

11 what we, after further reflection believe that the

12 impact of that needs to be explored further,

13 potentially with the rest of the jury.

14         When we recessed yesterday, when that juror

15 ran out of the courtroom, the rest of the jurors

16 immediately went up to the jury room and were with

17 her.  We don't know what they talked about up there.

18         But it's pretty fair to say that after

19 spending two weeks together during the guilt phase

20 of the trial, they'd probably gotten to know each

21 other fairly well.  There could be concern for her,

22 and we don't know what was said between the jurors

23 as to the explanation as to why she was upset.  The

24 interview that we did with her when we voir dired

25 her, she was triggered by the victim's mother's

 1  testimony, and we just believe that there is such a
 2  shadow of potential unfairness over the
 3  deliberations at this point not knowing what effect
 4  that had on the other jurors, and the effect on her
 5  clearly was pretty substantial.  I know that she
 6  said she could be fair and impartial, but the fact
 7  that she could not control herself to the point of
 8  exiting the courtroom in that manner is concerning,
 9  particularly after --
10       THE COURT:  If the defense -- before I hear
11  from the government -- if it would be helpful, I'm
12  more than happy to recess or not for the next half
13  hour, 45 minutes and bring each juror in one by one
14  and find -- and ask if there was any effect on them
15  and -- like we did with the juror, and then ask that
16  juror now that some time has passed and she's slept
17  on it, how is she today as well.  I'm willing to do
18  that if that's what you're requesting.  Or if you
19  request that there is a mistrial based solely on
20  that and what we did yesterday, then feel free to
21  finish your argument.
22       MS. POLLOCK:  That's the argument, Your
23  Honor.
24       THE COURT:  Mr. Miller.
25       MR. MILLER:  Your Honor, we do have concerns

```
 1  that once the jurors have been sworn, as they have
 2  now, to get into what they -- start to invade sort
 3  of their privacy on what they are doing, they are
 4  instructed already Do not let sympathy, prejudice,
 5  or public opinion influence you.  They have been
 6  instructed not to discuss the case among themselves.
 7          They've already received the instructions;
 8  they made it clear that they follow the Court's
 9  instruction regarding, for example, pretrial
10  publicity.  So at this point we think that we will
11  just highlight what took place.  The Court has made
12  it clear they are not supposed to be affected by
13  sympathy, and so we don't believe that it would be
14  appropriate at this time to then begin questioning
15  the juror about -- jurors about what has taken place
16  in there when they go out of the courtroom as long
17  as they follow the Court's instruction.
18          THE COURT:  Miss Pollock?
19          MS. POLLOCK:  Your Honor, I agree with
20  Mr. Miller, that individual voir dire would only
21  highlight the issue; the point is that we don't know
22  what they said.  And we don't know how they felt and
23  we don't know how she behaved in the jury room after
24  she ran out of here crying.  So it really -- it's a
25  conundrum because if we individually voir dire them
```

1  then it's going to just highlight the issue and

2  overemphasize the grief that she felt when she

3  watched that video.  If we don't, then we don't get

4  to know what happens and it is just a black box of

5  potential prejudice, that's the basis for the motion

6  for mistrial.

7          THE COURT:  So is there a request for

8  individual voir dire or is it simply to ask for a

9  mistrial?

10         MS. POLLOCK:  It is not for individual voir

11  dire.

12         THE COURT:  It is not?

13         MS. POLLOCK:  No, we don't want to do that

14  but we would ask to excuse that juror.

15         And, Your Honor, we do have four alternates

16  and we are almost through --

17         THE COURT:  We have six alternates.

18         MS. POLLOCK:  That's what I mean, we have

19  six alternates and that's even better.

20         THE COURT:  I'm not -- I'm less concerned

21  about the individual juror than the affect on the

22  others; that's not to say that I have any concern

23  about the affect on others because I think that,

24  frankly, this jury has done everything that we've

25  asked, and for them to be off two weeks with all of

1  the attention this case has received during those

2  two weeks, and for them to follow my admonishments

3  is encouraging to me that they are clearly following

4  my admonishments.

5      The juror that we interviewed yesterday that

6  went out, it was clear by her answers and her -- but

7  not only that -- her facial expressions and her

8  responses, that she needed a moment; she took it.

9  She was sorry for it.  But that she was good.  She

10  was fine to go.

11      So a mistrial based upon that would be

12  respectfully denied.  Removing her, I think, would

13  not make -- there is no justification for that.  And

14  I don't want to unduly highlight the moment, but I

15  did offer to individually ask each of the jurors if

16  there was an affect on them that changes any of

17  admonitions they received or their ability to be

18  fair and impartial and to focus going forward; and

19  I'm still willing to do that, but if not, if that's

20  not being requested, then I won't.

21      MS. POLLOCK:  That's correct, Your Honor,

22  and we understand.

23      THE COURT:  Okay.  Very good then.

24      MR. MILLER:  And just one more matter, Your

25  Honor.

1         Yesterday counsel before the jury expressed
2  sympathy and remorse to the victim's family.  We
3  would just want to make sure that today through none
4  of their witnesses, defense counsel or through the
5  witnesses' testimony, there is any improper attempts
6  to ingratiate themselves to the jury by expressing
7  sympathy or remorse to the victim's family, which
8  would not be appropriate testimony.
9         THE COURT:  Go ahead, Ms. Pollock.
10        MS. POLLOCK:  I don't think that's correct.
11 I think the witnesses, as long as they don't
12 represent Mr. Christensen's feelings, the witnesses
13 can say how they feel about how the case has
14 affected their family and the victim's family, and
15 it's all fair game.  It's not improper for them to
16 apologize and say that on behalf of their family
17 member they feel terrible, which they do.
18        MR. MILLER:  How can they testify how it's
19 affected the victim's family, Your Honor?
20        THE COURT:  Well, I don't know that they can
21 testify how it has affected the victim's family, but
22 I do --
23        MS. POLLOCK:  That's not what I meant.
24        THE COURT:  I do anticipate that there could
25 be testimony from a family member that is sorry that

1 they find Mr. Christensen, their brother, their

2 nephew, or whatever it is, in this situation; they

3 are sorry that they find the victim's family in this

4 situation.  I can see that that kind of testimony

5 would be appropriate.  I can also see how it can go

6 over the line and come across as an attempt to

7 ingratiate, which might be less than sincere as

8 well.  I think that is the balance that defense has

9 to address, but I don't see how -- I do see that

10 there is an area that that could occur.

11          MS. POLLOCK:  And, Your Honor, just for the

12 record, at one point during the guilt phase of the

13 trial, members of Miss Zhang's family reached out to

14 members of Mr. Christensen's family and were

15 instructed, we and our -- Mr. Christensen's

16 relatives were instructed by the government and by

17 their attorney not to have communication with them.

18 So the opportunity for the two families, both of

19 whom are suffering in this case, they have not been

20 able to say anything to each other.  And so, it's --

21          MR. MILLER:  Your Honor, that's not proper.

22 That's all outside of the courtroom.  The question

23 is what is going to be presented to the jury and

24 what's appropriate to be presented to the jury.  We

25 disagree with that factual characterization.  The

1  question is what is going to be presented to the

2  jury.

3          MS. POLLOCK:  And, Your Honor --

4          THE COURT:  I think there are some

5  boundaries.  I've identified them.  I think that you

6  understand what they are.  I think that there are

7  some limits.  If a witness is going to spend all of

8  her time testifying as to the impact on the victim's

9  family, that's not really mitigating evidence.  So

10 we will try to keep it as mitigating evidence, but I

11 do think that there is -- there is in play some

12 characteristics about just being sorry about the

13 whole set of circumstances, not specifics, not too

14 much more than that, but I do think that there is an

15 appropriate -- there is room for that.  So we will

16 just see how it goes.  If it turns out otherwise, we

17 will address it as the day goes on.

18         MR. MILLER:  And you understand our position

19 is that how the witness feels does not mitigate --

20         THE COURT:  Understood.  I do understand

21 that.  But it does bring up the next point, and we

22 addressed it in the sidebar; if people are going to

23 the podium, it's to ask questions not to make

24 comments.

25         Okay.  With that in mind, are we ready to

 1  go?

 2          MS. POLLOCK:  Yes, Your Honor.

 3          THE COURT:  Very good.

 4          (Jury present, 9:13 a.m.)

 5          THE COURT:  All right.  Please be seated.

 6          Still everybody following the admonishments?

 7  Has anybody seen, read, heard, or discussed this

 8  matter with anybody?

 9          And all indicating "no."

10          All right.  Very good.

11          Anything further from the government?

12          MR. MILLER:  Your Honor, the government

13  rests.

14          THE COURT:  All right.  Let's move on to the

15  defendant's case please.

16          Ms. Pollock, first witness.

17          MS. POLLOCK:  Your Honor, the defendant

18  calls Michael Christensen.

19          THE COURT:  Please come forward, sir, and we

20  will get you situated.

21          (Witness sworn.)

22          THE COURT:  Whenever you're ready,

23  Ms. Pollock.

24          MS. POLLOCK:  Thank you, Your Honor.

25                  MICHAEL CHRISTENSEN,

 1  after having been duly sworn, testified as follows:
 2                    DIRECT EXAMINATION
 3  BY MS. POLLOCK:
 4  Q.   Good morning.
 5  A.   Morning.
 6  Q.   Will you please state your full name and spell
 7  your last name for the court reporter?
 8  A.   Michael Harold Christensen,
 9  C-h-r-i-s-t-e-n-s-e-n.
10  Q.   And you are Brendt's dad, correct?
11  A.   Yes.
12  Q.   Make sure to speak into the microphone.  Where
13  do you live?
14  A.   In two states.  I've remarried two years ago;
15  and I'm a resident of Michigan, upper peninsula.  I
16  have sort of a house there that I'm building, and
17  then I live in Minnesota, also, with my wife, who is
18  a resident there.  And so I'm back and forth all the
19  time.
20  Q.   Okay.  Are you employed right now?
21  A.   Self-employed.
22  Q.   How are you employed?
23  A.   Currently as computer programing.
24  Q.   Is that a business that you work out of your
25  home?

 1 A.    Anywhere, yes.

 2 Q.    Anywhere?

 3 A.    Wherever.

 4 Q.    Including here?

 5 A.    When I have time, yes.

 6 Q.    Is that a living that you make; that you can --

 7 can you live on it?

 8 A.    In Michigan I can live on it, that takes me very

 9 little to live there; $500 a month.

10 Q.    In Michigan?

11 A.    Yes.  In Minnesota, no.  It would be impossible.

12 Q.    How is that?

13 A.    Well, the bills, and, you know, there is just

14 all kind of expenses in a city.  And I don't live in

15 a city; I have no utilities; I grow most of my food;

16 and I do like going out, but, yeah, it's very cheap

17 to live there.

18 Q.    Okay.  And you said because the cost of living

19 in Minnesota is higher?

20 A.    Oh, yes.

21 Q.    Can you describe a little bit about what your

22 home in Michigan is like?

23 A.    It's more like a work camp.  It's very

24 comfortable.  I have all of the amenities.  I have

25 electricity, solar; I have a well; I have a full

1  septic system, indoor plumbing.  I have everything

2  there.  I'm building a cabin and just haven't had

3  time to complete it yet.

4  Q.   Okay.  Keep your voice up at the end of your

5  sentences because I think that you're trailing off a

6  little bit.

7  A.   Okay.  Sorry.

8  Q.   So you said it's like a work camp, cabin; how

9  did you get indoor plumbing?

10  A.   I do it myself.

11  Q.   What about the electricity?

12  A.   The same.  I learned from master electricians,

13  master plumbers, heating, everything from when I was

14  a carpenter.

15  Q.   Have you built the entire house on your own?

16  A.   Yes.

17  Q.   Is it completed?

18  A.   No.  Well, the temporary structure is but not

19  the cabin, the log cabin, no.

20  Q.   Has Brendt ever been to that property before?

21  A.   Oh, yes.

22  Q.   When?

23  A.   When he was younger.  You know, all my kids have

24  been there quite a bit.  They enjoy camping.

25  Q.   When did you acquire that property in Michigan?

1  A.   It was two months after my daughter was born,
2  1994.
3  Q.   Okay.  When did you start building the cabin?
4  A.   It was quite a few years later.  There was no
5  road to it and it just took a while.  With finances
6  and stuff it took a while.
7  Q.   You said that there was no road to it?
8  A.   No.
9  Q.   Is there a road now?
10  A.   Sort of.  It's -- it's six miles long.  It's an
11  ATV road.  I use either an ATV or snowmobile or
12  walk, which I've had to do.
13  Q.   Six miles?
14  A.   Yes, one way.
15  Q.   So when you go to your cabin, where do you park?
16  A.   Along the highway there is like a parking lot.
17  Q.   Along the highway?
18  A.   Yes.
19  Q.   And then you ATV or walk in six miles?
20  A.   Yes, by choice.
21  Q.   I don't suppose that you have any neighbors
22  there, do you?
23  A.   No, that was the purpose.  I'm not antisocial, I
24  like talking to people.  I just -- I like the
25  seclusion.  I like the woods.  It's odd, I know; I

1  like to call myself more unique, but people -- yeah.

2  Q.   And have you ever talked to your son about your

3  progress on the property since he's been in jail?

4  A.   Yes, a few times.

5  Q.   You're aware that your jail calls are recorded,

6  right?

7  A.   Oh, yes, yeah.  So I can't tell him lots of

8  things.  He can't tell me lots of things.

9  Q.   But you know that when you're being recorded,

10 including when you're talking about the property,

11 that that's going to be on some system somewhere,

12 right?

13 A.   Oh, yes; I have nothing to hide.

14        MS. POLLOCK:  Okay.  Your Honor, I'm walking

15 up with Defendant's 100, which is an audio copy of a

16 digital call between Michael and Brendt Christensen

17 on October 15, 2018.

18        And with Your Honor's permission, I would

19 like to publish that to the jury.

20        MR. NELSON:  No objection.

21        THE COURT:  You may.

22        MS. POLLOCK:  Mr. Kelly, I don't need the

23 screen; I need the audio.

24        (Playing audio.)

25

1  BY MS. POLLOCK:

2  Q.   You heard yourself talking to your son about the

3  property, correct?

4  A.   Yes.

5  Q.   And describing to him that you had a job to do

6  and then you would maybe get paid soon?

7  A.   Yes, I get a few jobs occasionally.  It takes a

8  while, I'm sorry, to get paid.

9  Q.   You mentioned at that time your account balance

10  was zero?

11  A.   Yes.  As long as I make enough money to live on,

12  it makes no difference to me.

13  Q.   Remember to keep your voice up.

14  A.   I'm sorry.

15  Q.   What's your annual income?

16  A.   It varies being self-employed, of course;

17  anywhere 10,000, 20,000.  I mean, I only need 6 or

18  8,000 to live on, actually, live on very well.

19  Between 10 and 20,000.

20  Q.   Okay.

21  A.   Because I don't work that much, I have to work

22  building the cabin.  So I don't have time to work,

23  that's strange, but it's true.

24  Q.   What about retirement accounts or saving

25  accounts or anything like that?

SENTENCING -- July 10, 2019 (Morning)        21

1  A.   Self-employed, no, I do not have anything.

2  Q.   You attended the guilt phase of this trial,

3  didn't you?

4  A.   Yes.

5  Q.   And with no checking account, no savings

6  account, no retirement account, how are you

7  affording that?

8  A.   Well, in a campground right now.

9  Q.   You said that you're in a campground?

10  A.   Yes.  I can't afford a hotel for a month, that's

11  not possible.

12  Q.   Can you describe the campground a little bit?

13        MR. MILLER:  Your Honor, I'm going to

14  object; the victim's family can't testify as to the

15  affect of the prosecution on them.  I don't see how

16  it's open for --

17        MS. POLLOCK:  Your Honor, this goes to

18  several mitigating factors, execution, impact, the

19  feeling that he will continue to support his son no

20  matter what, in custody for life without release, et

21  cetera.

22        THE COURT:  I'll allow the line of

23  questioning.

24        MS. POLLOCK:  Thank you.

25

 1  BY MS. POLLOCK:

 2  Q.   Describe the campground.

 3  A.   Noisy.  It's an RV park.  A party campground,

 4  which I don't get much sleep.  I am changing today.

 5  Q.   Was your plan when the trial got set to stay in

 6  a campground?

 7  A.   No.  Initially, I was going to try and sleep in

 8  the car.  I've done that in the past.  I was going

 9  to -- planned to go to the police, see if there is a

10  place that I could do that because it would be

11  affordable and I would be able to stay here.  Right

12  now I'm charging the entire time; it's almost maxed

13  out, should be enough to last the entire trial.

14  Q.   Okay.  This is a difficult for you financially.

15  So can you tell the jury why you are going into debt

16  to be here?

17  A.   Well, I'm his parent.  I have to be here.  I

18  love him.  Nothing is going to stop that.

19  Q.   Okay.  Thank you.

20  A.   I have no choice.

21  Q.   Let's talk a little bit about your personal

22  history.

23  A.   Okay.

24  Q.   So, how old are you?

25  A.   Going to be 63, I think, in December.

1  Q.  Okay.  Where did you -- well, first of all,

2  where were you born?

3  A.   Territory of Alaska, Anchorage.

4  Q.   Did you grow up there?

5  A.   For the first ten years of my life, yes.

6  Q.   And then where did you move after that?

7  A.   We moved down to Minnesota in a transition

8  period of about three years, moved down, three and a

9  half years, moved down to Minnesota.

10  Q.   It took three and a half years to move?

11  A.   Yes.  My dad was in construction and had

12  equipment to sell, couldn't bring it down, and so it

13  took three and a half years to sell his equipment.

14  Q.   Okay.  So you attended school in Alaska during

15  your first ten years of life?

16  A.   No.  I'm -- I think I was seven or eight when we

17  started moving.  And so I would have two schools

18  every year, until the last year I had three schools.

19  But I was lucky, Alaska for some reason, their grade

20  school was about two years ahead of the lower 48,

21  which really was advantageous because of the moves

22  that I had.

23  Q.   Okay.  Was it just you or did your parents have

24  other kids?

25  A.   I have an older brother and younger brother.

```
 1  Q.   What are their names?
 2  A.   Mark is my older brother, Charlie is my younger.
 3  Q.   What were your parents' name?
 4  A.   Georgia, her nickname is Joe; my dad was
 5  Christian; he would be called Chris, Skeets, or
 6  Grumpy.
 7  Q.   Grumpy?
 8  A.   Yeah, it was a handle that he didn't give
 9  himself -- other truck drivers; he was a truck
10  driver when he moved down to the states and they
11  gave him his handle.
12  Q.   Okay.
13  A.   He was grumpy, yeah.
14  Q.   So, do you know anything about your parents'
15  family of origin, where they came from?
16  A.   Yeah.  Well, my dad's mom moved from --
17  basically, she came directly from Denmark.  She --
18  my dad's dad had died when he was two months old, so
19  he really didn't know him, and she remarried, and he
20  died soon after, bathtub booze, way back when.
21  Q.   You said what?
22  A.   Bathtub booze.
23  Q.   Bathtub booze?
24  A.   Just homemade booze made during the prohibition
25  and it was tainted, or whatever, we imagine; I don't
```

 1  know the specifics, just what my grandma would tell
 2  me.
 3  Q.   Okay.  Do you know anything about your mom's
 4  parents?
 5  A.   Yeah, Stansy and David.  I only saw them three
 6  or four times in my life; they lived in Washington.
 7  Q.   Washington state?
 8  A.   Mostly I saw them when we were traveling back
 9  and forth moving.  Apparently I had saw them earlier
10  than that but I was too young.
11  Q.   Can you spell Stancy's name for the court
12  reporter?
13  A.   It is unusual.  For many years, I thought that
14  it was Stacy; but Stancy, S-t-a-n-c-y; it's unusual.
15  Q.   Thank you.  And did Stancy and David, who were
16  your grandparents, did they raise all of their
17  children at home?
18  A.   No, they did not.  Depression; my mom was put in
19  an orphanage.  I think her sister was, too.  I'm not
20  sure, but mom was in an orphanage.
21  Q.   In an orphanage?
22  A.   Yes.
23  Q.   Do you know anything about the consumption of
24  alcohol among your family members?
25  A.   A few, yes.

1 Q.   Okay.  Can you start with your dad?  Did he
2 drink alcohol?
3 A.   Yes, quite a bit.
4 Q.   What was he like as a dad growing up?
5 A.   He wasn't really -- I didn't know any better.  I
6 didn't know that there was -- how a father should
7 act.  I was young.  So he was gone most of the time.
8 He would be in the Bush in Alaska making roads with
9 a bulldozer for six months at a time, when he came
10 home, he didn't do anything with us.  I didn't think
11 anything of it.  I do now but back then I didn't
12 think anything of it.  He rarely played with us.  I
13 don't think he knew how.
14 Q.   Okay.  What about his alcohol consumption?  Was
15 that a consistent and frequent thing?
16 A.   I noticed it mostly when we moved on to the
17 lower 48.  Even as a preteen, I could tell when
18 somebody was drunk, even to his extent; he was,
19 yeah, especially on weekends.
20 Q.   I'm sorry.
21 A.   Especially on weekends.  I'm sorry about that.
22 Let me adjust that.
23 Q.   Thank you.  Anybody else in your family struggle
24 with alcohol?
25 A.   My older brother.

1  Q.   Can you say his name again?

2  A.   Mark Christensen.

3  Q.   Okay.  And how did he struggle?

4  A.   He was on alcohol, drugs, you name it, for years

5  and years even when his kids were little.  He would

6  buy things that were odd.  Instead of feeding his

7  kids, he would buy fax machines and things like

8  that.  It's just very irresponsible, and he changed,

9  but, yeah.

10  Q.   Did you two have any issues with each other over

11  that behavior?

12  A.   Yes.  One time we were working together, my dad

13  had a company formed.  We were doing asphalt

14  construction and we were doing a driveway for him

15  for nothing and don't know where it happened, but he

16  walked up to my younger brother's car, who was

17  sitting in it, open window, started punching him

18  out.  My older brother was a boozer and drunk is

19  what I called him, got very aggressive when he

20  drank.  And I didn't talk to him over 20 years until

21  he finally grew up, about 55.

22  Q.   What do you mean "grew up"?

23  A.   He started taking responsibility for his actions

24  and realized what he had done in his past.  It took

25  him 20 years, which now I talk to him, which is a

1  good thing.

2  Q.   During that 20 years, based on the knowledge of

3  your family, was he still drinking and doing drugs?

4  A.   I'm sorry, say that again.

5  Q.   Is part of the reason that you didn't talk to

6  him for 20 years is because of his drug and alcohol

7  abuse?

8  A.   Yeah, because of the way he was, for him to do

9  that you couldn't trust him.  He still owes me $20.

10  Q.   Is he done with that behavior now?

11  A.   No, no.

12  Q.   I meant is he done with that behavior?

13  A.   Yes, yes, he is; sorry.

14  Q.   And when you were growing up with your dad, was

15  he ever affectionate with you?

16  A.   One time when we were down in Minnesota and my

17  mom and him were separating.  He actually came in my

18  room and gave me a hug; that's the first and only

19  hug, until I got older, I hugged him; he didn't have

20  a choice.  But he never, except for that one time;

21  that's the first time I saw him show emotion at all.

22  Q.   Does that affect the way that you decided to

23  parent your own children?

24  A.   Oh, geez.  There are so many things even that

25  I've seen as a young kid that there was no way that

 1  I could do that.  My kids got lots of hugs, whether
 2  they wanted them or not, in front of their
 3  classmates.  I hug and kiss them every morning,
 4  deliberately.  Their classmates seemed to almost be
 5  jealous; but, no, that and to teach them, to do
 6  things with them; I wanted to be there, you know.
 7  There is --
 8  Q.   When you were growing up with your dad, was he
 9  ever violent with you?
10  A.   Spankings.
11  Q.   Did he ever treat you in a way that upset you?
12  A.   Oh, yeah.  Yeah, yeah.  It was a birthday cake,
13  I believe a birthday; it was a cake.  And I kept
14  asking for it, like kids will.  I didn't think I was
15  asking over and over and over but I guess I did.  He
16  said, "Here is your cake."  Took my head and put my
17  face in it.  My mom got so mad.  My dad had to leave
18  the room.  He never mentioned it afterwards.  My mom
19  apologized.
20  Q.   What about his marriage, was he faithful to your
21  mother?
22  A.   No.  Faithful?  No, when I got older, he was
23  treating me more like an adult and he kept bragging
24  about all of the women that he had, and, you know,
25  because he was a trucker, he'd be -- I told him I

1 | didn't want to hear it all; that he had women
2 | everywhere.
3 | Q.   Yeah.
4 | A.   Yeah.
5 | Q.   Did that affect the way that you lived your
6 | life?
7 | A.   Yeah, it's -- he wasn't -- he wasn't a good dad,
8 | father, and he definitely wasn't a good husband.  He
9 | was not something that you would want to become and
10 | that helped me because I did the opposite.  Bigotry
11 | and everything, there was no way that I was going to
12 | be like him.  And that's all, and it worked; my kids
13 | are the same way, there is no way.
14 | Q.   Did he have a gambling problem?
15 | A.   Yeah, between the alcohol and he would go to Las
16 | Vegas or Reno, and there were times when he would
17 | spend the entire paycheck.
18 | Q.   And at any point in your life did you try to
19 | help your mom out financially?
20 | A.   I didn't try.  My mom came to me one time.  I
21 | had an elementary school savings account I built up
22 | to a hundred dollars.  And they -- my mom asked me
23 | if they could use that for a boat payment because
24 | they didn't have enough money.
25 | Q.   Did you help her?

A.   Well, of course, yeah, took her --

Q.   What about your younger brother, Charlie; did he ever have any struggles with alcohol?

A.   No, I cannot remember anything.

Q.   Okay.  All right.  So, we talked about it took you three and a half years to move to Minnesota. After that, did you stay in Minnesota for your education?

A.   Graduated from high school.  I went to University at Stevens Point.

Q.   Stevens Point, Wisconsin?

A.   Yes.

Q.   And why did you choose to go there?

A.   Wildlife program.  I had a choice of any school in the country, really, and Colorado State University, I chose, or Stevens Point.  I chose Stevens Point because of reciprocity, instate tuition; I was close to Minneapolis where I would work during the summer.

Q.   Stevens Point, is that where you eventually settled with your family?

A.   Yes.

Q.   Is that where you met your wife?

A.   Yes.

Q.   I mean, Ellen, your first wife?

```
 1  A.   Yes, I understood.
 2  Q.   And how did you meet her?
 3  A.   I was -- I played a lot of fuze ball.  It was
 4  very popular then, and I was in a bar, and, yes,
 5  that's where I met her, in a bar.
 6  Q.   And how long did it take for you guys to get
 7  together?
 8  A.   After meeting her?  A year and a half or more.
 9  She, you know -- various reasons.  And then when she
10  -- finally she was free and I was free and we got
11  together and never was apart after.
12  Q.   When did you move in?
13  A.   After we actually starting dating about a month.
14  Q.   Did you get married immediately?
15  A.   No, no, she wanted to after about a year, but I
16  wanted to wait a little bit, because I knew too many
17  marriages.  They didn't really get to know the
18  person.  I wanted to make sure, and so we waited.
19  Q.   What was your relationship with Ellen like in
20  the beginning?
21  A.   Fantastic.  She was -- people talk about
22  soulmates and I thought that she was, I really did.
23  You know --
24  Q.   Why?
25  A.   I thought we thought alike.  We did everything
```

1  together.  She was a friend.  We didn't need anyone
2  else.  We stopped going to bars.  We didn't need to
3  go to bars anymore.
4  Q.   Did you have a wide social circle as a married
5  couple?
6  A.   Not really, no.  She had some people at work she
7  knew but we never hung around with anybody, we had
8  each other.  We did everything together.
9  Q.   Okay.  And approximately -- well, I'll say after
10  you got married she was working, do you remember
11  where she was working?
12  A.   After we got married?
13  Q.   After you got married.
14  A.   Reliance Electric.  She was sort of a secretary
15  but then became -- she learned everything there.
16  She was no dummy.  She learned everything there and
17  got raises.  She was making more than her boss.
18  Good thing her boss didn't know.
19  Q.   And what did you do at that time for work?
20  A.   Oh, boy, various things.  You know, with a
21  degree or whatever, I found out it was a recession
22  and there was just no jobs.  I remember putting out
23  a hundred resumes and two responses; trailblazing,
24  one as a gate-keeper at a park.  And the doctorate
25  got -- or the master's degree got the gatekeeping,

1  and a doctorate got the trailblazing.  It is very
2  competitive but it didn't bother me.  I went to
3  school to learn, not to get a job in my field; it
4  wasn't my field, it was just something that I wanted
5  to know.
6  Q.   Did you just work a variety of jobs, whatever
7  you could get your hands on?
8  A.   Yes.  First job was a delivery job delivering
9  furniture.
10 Q.   And what other kind of jobs?
11 A.   Sales jobs, which I couldn't do after a while
12 because they insisted upon you lying and I quit many
13 of those jobs as a result of that.  Ended up in a
14 warehouse, and then became foreman within a year.
15 Q.   Okay.  And what year -- let's say this, how many
16 kids do you and Ellen have together?
17 A.   We had three.
18 Q.   Can you name them and say what years they are
19 born?
20 A.   Of course.  Well, Matt, March 28, 1987; Brendt,
21 June 30, 1989; Andrea, September 30, 1994.
22 Q.   So Matt was your oldest?
23 A.   Yes.
24 Q.   Was Ellen's pregnancy pretty normal with him?
25 A.   Yeah, absolutely.

1  Q.   Did she have any issues when he was first born,

2  any emotional issues?

3  A.   I didn't notice any.

4  Q.   How about after Brendt was born?

5  A.   Well, there was something with Matt -- I'm

6  sorry, go back to Matt.  She did stop drinking

7  Pepsi.  She was drinking over a case a week and she

8  stopped drinking Pepsi.

9       And with Brendt she stopped wanting pizza,

10  which kind of bothers me; it's a mainstay; I like

11  pizza.

12  Q.   But no physical issues?

13  A.   No, other --

14  Q.   Apart from appetite changes?

15  A.   No, no issues; we loved having kids.

16  Q.   Now after Brendt was born.  Did you make a

17  decision about your employment situation?

18  A.   Oh, yes, yeah.  I took care of Matt the very

19  first year that he was born.  I was able to -- I

20  became self-employed doing small engine mechanic.  I

21  chose that to do, so I learned it and did it.

22       I was able to take care of him for the first

23  year.  Then Brendt was on his way, and I couldn't

24  take care of two kids at home.  We could not find

25  any -- what we determined to be adequate daycare.

1  We didn't want daycare anyways. So I had an
2  opportunity, a friend of mine, my previous landlord
3  who I became friends with had a job in Stevens
4  Point. I met him when the boys were in school. So
5  we decided to move there with one income. We could
6  survive on one income there that way one of us could
7  stay home and take care of kids and so we moved.
8  Q.   That's when you settled in Stevens Point?
9  A.   Yes.
10 Q.   What did Ellen do at that time?
11 A.   She took care of the kids and the house, that's
12 a full-time job.
13 Q.   Yes, it is. When Brendt was a kid -- we'll
14 start as a baby. Did he have any health issues as a
15 baby?
16 A.   As a baby, no, not Brendt.
17 Q.   Sleep good, eat good?
18 A.   Yes.
19 Q.   What about when he moved into his younger
20 elementary years, like between the ages of 4 and 8,
21 did he develop any issues?
22 A.   Yeah, something strange happened. I never heard
23 of them before it happened. We had heard screaming
24 from the bedroom, and then it happened again. And I
25 managed to go in there when it happened, you know,

1  because I caught it right away.  And he was sitting

2  straight up in bed screaming.  His eyes were open

3  but he didn't see me.  Seeing something else.

4  Scared the heck out of him.  And that happened

5  within a month probably three different times.  I

6  witnessed all of them.  And the last time -- it's

7  unusual -- later on I did research and found out it

8  does happen.  He actually -- I said something to him

9  and he responded.  But he didn't answer my question.

10 Something -- he heard something else, but he did

11 respond to me.  Something was in front of him,

12 scared him.  It was coming at him.  It just -- but

13 he wasn't awake.  It wasn't a dream.  It wasn't a

14 nightmare I found out later.  Night terrors happen

15 before dreaming, it's the strangest.  I never knew

16 about them.  And the doctor said that he will just

17 grow out of them.

18 Q.   So, the doctor said that he'd grow out of them.

19 Are you privy to any information about how he slept

20 as an adult that -- did he grow out of them?

21 A.   No, he did not.  15 years old --

22 Q.   Well, let's take it one at a time.

23 A.   Okay.

24 Q.   So let's get through elementary school, shall

25 we?

1  A.   Oh, okay.

2  Q.   Then we will talk about -- that the only

3  question was did he grow out of them and you said

4  that's a no, right?

5  A.   I know that he didn't because of his episode at

6  15.

7  Q.   Did you ever have a conversation with him in his

8  20s where he talked about that with you?

9  A.   Yes.  I called him and asked him, and he said

10  that he wouldn't want to talk about it but he

11  emailed me then.

12  Q.   Okay.  We can talk about that later.

13  A.   Okay.

14  Q.   All right.  So when Brendt was in elementary

15  school, first of all, was he in any sort of special

16  program educationally?

17  A.   Yeah, they couldn't -- it was easier for them to

18  provide -- they were giving him extra work, all of

19  my kids, extra work because they were ahead of

20  everyone.  And it was easier for them to put them

21  into the special program; it is called NOVA, I

22  believe.

23  Q.   NOVA?

24  A.   It basically was like an accelerated program for

25  all subjects, you know; and, yeah, he was in that

1  for quite a while.

2  Q.   Do you remember what grades he was in that?

3  A.   I think it was -- I don't know when it started,

4  second grade, it could have been first because he

5  could read, write, do math before kindergarten, all

6  of my kids could; it was easy for them.  I don't

7  remember exactly when he went in, put him in second

8  grade, but I know it was until fifth grade.

9  Q.   And when he was around that age, did he have any

10  special interests or hobbies?

11  A.   Oh, well, that age, besides cartoon type stuff,

12  Power Rangers and dinosaurs.  He knew all of the

13  dinosaurs, of course, at that time; he's forgotten

14  them since, I'm sure, but....

15        MS. POLLOCK:  Can I approach?

16        THE COURT:  Yes.

17  BY THE WITNESS:

18  A.   Yeah.

19  BY MS. POLLOCK:

20  Q.   I've handed you what has been marked as

21  Defendant's Exhibit 101.

22        Do you recognize that?

23  A.   Yeah.

24  Q.   What is it?

25  A.   Mr. B and a Power Ranger suit.

 1  Q.   What color is the Power Ranger suit?

 2  A.   What color?

 3  Q.   Yes.

 4  A.   Red.

 5  Q.   Was that his favorite Power Ranger?

 6  A.   Yes, of course, it is.  I don't remember which

 7  one it was.  He liked red.  He loved Michelangelo,

 8  too, I believe.

 9        MS. POLLOCK:  Your Honor, permission to

10  admit and publish Defendant's Exhibit 101.

11        THE COURT:  Any objection?

12        MR. NELSON:  No, Your Honor.

13  BY MS. POLLOCK:

14  Q.   That's him?

15  A.   Yes.

16  Q.   Was that like on Halloween or something?

17  A.   Yes.

18        MS. POLLOCK:  Okay.  Thank you, Mr. Kelly.

19  BY MS. POLLOCK:

20  Q.   Did Brendt have any physical problems as a young

21  child besides the night terrors?

22  A.   No, no ailments, no broken bones, no issues

23  physically, not when he was a child.

24  Q.   So you mention that he was in the NOVA program

25  through fifth grade.  Was he in it after fifth

1  grade?

2  A.   No, I pulled him out.

3  Q.   Why did you do that?

4  A.   There was one instructor in particular who was

5  causing self-esteem issues mostly with the male

6  students.  She was displaying favoritism to the

7  girls and the self-esteem of the boys were going

8  down.

9       There was another person I believe also that

10 got pulled, another parent did the same thing.

11 Q.   Did he just attend regular classes in middle

12 school and high school?

13 A.   Yes.  I think that he was in some AP courses in

14 high school.  I'm not sure.

15 Q.   When he was in grade school, you said that he

16 liked Power Rangers.  He liked Teenage Mutant Nina

17 Turtles; but did he do any activities outside of

18 watching cartoons and hanging out with the family?

19 A.   At what ages?

20 Q.   Elementary school.

21 A.   Elementary, just a kid.  He had Tommy as a

22 friend.

23 Q.   Can you say that again?

24 A.   Tommy; he played with a Tommy a lot.

25 Q.   Who is Tommy?

 1  A.   It's a -- basically it will be a lifelong
 2  friend, I'm sure.  They were born on the same date,
 3  same hospital, adjoining rooms, that's how they met.
 4  Wife met her mother -- his mother at -- they met at
 5  a park and found all of these years they were
 6  actually in the same hospital, the same room at one
 7  year old so they have known each other since one
 8  year old.
 9  Q.   What is Tommy's last name?
10  A.   Mitchell.
11  Q.   Did the two of them do anything like Cub Scouts
12  or sports?
13  A.   Oh, yes, Cub Scouts; Pine Wood Derby.  The Pine
14  Wood Derby, that was so cool.  His Pine Wood Derby
15  car he made it in the shape of a carrot.
16  Q.   Can you tell -- the people don't know what the
17  Pine Wood Derby is.
18  A.   Something that Cub Scouts do.  My kids loved it.
19  They take a block of wood they have to add wheels.
20  They put the wheels on and just designed whatever
21  they want to design and paint it up.  Then they have
22  races.  They put it on a track, a premade track and
23  they race it down.
24  Q.   You said that Brendt's was a carrot?
25  A.   A carrot, yeah.

Q.   What other kinds of hobbies did he have?  Did he play sports?  Did he play music?

A.   In grade school no overall sports.  He did what the gyms do or whatever else.  Music, early on, I was very envious of him; he would listen to a song, even Mozart, and we had an old piano, and he would play it from memory.  And you would see him concentrating, he would be, it's not quite right. In his head, he knew the notes that were supposed to be.  He couldn't read music.  I thought that was incredible.  I just -- I was very jealous.

Q.   Did he play piano for a while?

A.   Just on his own.  I think when they made him learn music, he lost interest, you know, the notes and everything.

Q.   What about around the house when you guys were -- when Brendt was young, did you guys have any pets around the house?

A.   Yes, we started with two sister cats, Misty and Shadow.  Two classic tabbies, then we got Putz, just an orange tiger.

Q.   How did Brendt do with the pets?

A.   He loved animals.  Yes, his was -- basically a cat chooses the owner.  Misty, one of the two sister female cats, was his cat, but he liked them all.

SENTENCING -- July 10, 2019 (Morning)        44

1        MS. POLLOCK:  May I approach, Your Honor?

2        THE COURT:  You may.

3  BY MS. POLLOCK:

4  Q.   I just handed you what's been marked as

5  Defendant's Exhibit 102 for identification.  What is

6  that?

7  A.   I'm sorry, I was looking.

8  Q.   What is it in the picture?

9  A.   That's Brendt with Putz.  And Putz died

10 recently, relatively recently.  He was a really good

11 cat and obviously very tolerant.

12       MS. POLLOCK:  Your Honor, permission to

13 admit and publish Defendant's 102.

14       THE COURT:  Any objection?

15       MR. NELSON:  No, Your Honor.

16 BY MS. POLLOCK:

17 Q.   So that is Brendt with Putz?

18 A.   Yes, that's Putz and Brendt.

19 Q.   Is that why you said Putz was a tolerant cat?

20 A.   Yes, yes.

21       MS. POLLOCK:  Thank you, Mr. Kelly.

22 BY MS. POLLOCK:

23 Q.   Did Brendt, what happened to Misty, Brendt's

24 cat?

25 A.   Well, he went off to college, and so he couldn't

1  bring a cat to college immediately.  Him and

2  Michelle got married, but he wanted Misty, and, you

3  know, so he tried to take Misty.  Michelle had a

4  really -- she was very allergic to cats.  They were

5  willing to try it.  I don't know if it lasted three

6  or six months, a short time; Michelle couldn't

7  handle it.  Can't blame them, but they tried.

8  Q.   So, at some point -- I think you said Andrea was

9  born in '95, so was Brendt five when Andrea was

10  born?

11  A.   Close to it, '94, the --

12  Q.   So Matt and Brendt were close together, and

13  Andrea was younger?

14  A.   Yes.

15  Q.   How was Ellen's pregnancy with Andrea?

16  A.   It was fine.  Find out later it was different

17  but there was no noticeable signs.

18  Q.   You said that you found out later it was

19  different.  What do you mean by that?

20  A.   Doctors -- she got depressed and the doctors

21  diagnosed it as post-partum depression, that's what

22  she told me.

23  Q.   And did she get medicated for that, that you're

24  aware of?

25  A.   I knew that she was seeing a psychiatrist or

1  whatever, a psychiatrist or psychologist.  I don't
2  know which, but I think that they were giving her
3  something.  I didn't know what it was.
4  Q.    How long did that depression last?
5  A.    As long as the rest of my marriage.
6  Q.    When you said "postpartum," did you later find
7  out that it was more than postpartum depression?
8  A.    Not completely, but there was many, many,
9  factors that made it, that first depression much,
10 much worse.
11 Q.    Okay.  Can you tell us about those?
12 A.    Well, she went on some drugs.  Andrea, my
13 daughter, when we do research, we research for hours
14 and hours, our whole family.  It is going on a site
15 and you research; and she found out that these were
16 psychotropic drugs, hormonal drugs, and they could
17 actually do strange things to your personality.  I
18 said, geez, that explains part of it then.  And then
19 she started drinking.  Severely.  We are talking a
20 quart, not just a fifth.  Many times a quart of
21 Vodka or sometimes gin a day, per day.  She was not
22 a big lady 130, 135 pounds, and then within about a
23 two year period she also had early menopause.  And
24 so, yeah, she changed quite a bit.
25 Q.    So when she started drinking like that, how old

1 was Andrea or how old were the kids?

2 A.   Brendt and Andrea were in grade school.  And

3 Matt was in junior high.

4 Q.   And how did you know that she was drinking that

5 much?

6 A.   Well, I noticed it.  I lived with her at that

7 time for about 22 years, and we didn't drink much at

8 all, wine coolers occasionally, you know, and I

9 found a bottle and I went, "what the heck," and I

10 kept an eye on it.  She was drinking quite a bit.

11 Q.   Did it affect her behavior?

12 A.   Yes.

13 Q.   Did it affect her behavior with the kids?

14 A.   Yes, especially toward the end it did, yes.

15 Q.   Okay.  Now, has -- to your recollection while

16 Ellen was drinking, did she ever put the kids in

17 danger?

18 A.   Yeah.  I almost got a restraining order against

19 her, but, yeah, she -- early on with -- even on the

20 property had taken an ATV.  I thought that I caught

21 all of her hidden bottles, apparently I didn't.  And

22 she took Matt and Brendt on the ATV and flipped it.

23 Q.   Was everybody okay?

24 A.   Everybody was okay.  The kids just laughed it

25 off.  They thought it was funny.  She did other

1  things.  She would drive them drunk in the parking

2  lot, hit poles; the kids thought that was funny.

3  She hit the side of the road.  I could tell by the

4  tires, she was hitting curbs all the time, hit the

5  garage, hit the house.  Ended up where I would

6  disable the van.  She was doing vending at the time,

7  actually doing work while she was drinking.  But, I

8  mean, taking my kids out in the car like that.  I

9  started disabling the van for the weekends where she

10  couldn't use it.  And had to come back from jobs, I

11  would be an hour away, but I would have to come back

12  at 3:30 to pick up Andrea and Matt from grade school

13  because she would be picking them up; I couldn't

14  allow that.  Did that for two years until --

15  Q.  Did you try to conceal or hide her drinking from

16  the family?

17  A.  Well, they are kids; they didn't know she was

18  drinking.  They didn't know what drunk was at that

19  age.  Even Matt in junior high didn't really know

20  what people act like when they were drunk, even from

21  TV.  She became almost a functional drunk at that

22  time.  I had to make a decision, do I tell them and

23  have them never listen to their mother and show no

24  respect?  I couldn't have that.  I made a decision.

25  I don't know if it was right or wrong, but I decided

1  to hide it.

2  Q.  Okay.  Now, so, as Brendt was going through

3  elementary school and middle school, even though

4  Ellen was pretty severely an alcoholic, do you think

5  he knew about it?

6  A.  I don't think Brendt knew about it at all.

7  Q.  Did you ever try to get Ellen to go to rehab?

8  A.  Oh, yes, I hadn't given up on her.  I was hoping

9  she could come back.  I mean, she was like my

10  soulmate.  I spent a full year taking away the booze

11  and everything else, trying to prevent her from

12  doing it.  But I was working, and like I said

13  before, I was within one week of getting a

14  restraining order against her for the kids, but

15  Debbie, caught me before that happened.  Her best --

16  Q.  Debbie?

17  A.  Debbie Mitchell, that's Tommy Mitchell's -- and

18  Debbie's my wife's best friend.  They met one year

19  after Brendt was born and Tommy was born.  They

20  became good friends, very good friends.  So she said

21  she would help me.  So she spent the next year with

22  me trying to get her sober.  And we did it finally.

23  It took two years for me and a year with Debbie to

24  get her sober.

25  Q.  How long did she stay sober?

 1  A.   We got her into treatment but she signed herself
 2  out after about a week, a week and a half.  About a
 3  year and a half she started drinking again but only
 4  at night, every night.  And she went to work every
 5  day and she was a functional alcoholic for sure.
 6  Q.   Okay.  Did she ever go back into treatment after
 7  that that you're aware of?
 8  A.   Not that I'm aware of.
 9  Q.   Okay.  How did Brendt do in elementary and
10  middle school academically?
11  A.   As far as I know he got all As.  He was so far
12  ahead of everyone.  He was like -- I felt sorry for
13  Andrea because her two brothers, you know, they were
14  so high -- but she was, too; she didn't have a
15  problem either.  They all got As.  They were very
16  smart.
17  Q.   Now you mentioned something earlier about Brendt
18  in high school, you said age 15 something happened.
19  What are you referring to?
20  A.   He had another night terror at 15.  It is not
21  unheard of; it is not likely at that age.  So I
22  wasn't sure about it, what happened.  He talked to
23  my older boy.  All he saw was Brendt running down
24  the hall.  But how it happened is I was outside in
25  the storage.  I took over my wife's vending, and she

1  got a job.  I was out there.  It was insulated,

2  almost soundproof.  I think it was Andrea that came

3  in and said, "Dad, you have to come in, something

4  happened to Brendt."  So I went inside and I saw

5  Brendt laying on the floor not moving.  No one was

6  saying anything.  And I'm able to keep my emotions

7  under.  I'm very logical.  I try -- I'm able to

8  control them, usually, and because it messes with

9  your thinking, otherwise you can't think if you're

10 not logical.  So I've always controlled them and

11 that was a big test, because no one said a word to

12 me.  I was able to ask is he alive or dead.  And

13 finally somebody said something.  Nobody said a

14 word.  And here he was completely still laying on

15 the floor.

16 Q.   How did you feel when you saw him like that?

17 A.   Oh, God, did I lose him?  At that age?  No, no,

18 no; I was able to control it.  I was lucky.  That

19 time.

20 Q.   So you said you came in and saw him laying on

21 the floor, who was there and what was happening?

22 A.    EMTs were there, the police there, my wife was

23 there.  Andrea was there, of course.  Matt -- I

24 don't remember seeing Matt in the room.  I don't

25 remember seeing Matt.  He must have been there but I

1  don't remember seeing him.  They all were saying,
2  "Where's the drugs, where's the drugs?"
3         I was like, "He's not on drugs," but I found
4  out his actions, yeah, it looked like he was
5  probably on PCP or something.
6  Q.   Let's stop there for a second.  You said his
7  actions and people thought he might be on drugs.
8  What actions are you referring to?
9  A.   Oh, his actual episode I found out -- and Brendt
10 actually talked to me about it later -- he ran
11 outside.  He jumped off the upper deck.  We had two
12 floors.  The upper deck was for the upstairs.  It's
13 about from the top of the railing down to the other
14 deck was about 12 feet.  And he was trying to kill
15 himself.  And he landed on a table, crushed the
16 table, didn't get hurt.  So he said -- this is him
17 telling me, he threw himself down the stairs, of
18 course, that's only four feet.  And he thought to
19 himself, well, that was dumb.  So he decided to run
20 out into the street into an ongoing car.  And he ran
21 out there and luckily the van coming down the street
22 saw him and actually stopped before Brendt hit him.
23 The car didn't hit Brendt, Brendt hit the car.  And
24 I guess, according to what I was told not from
25 Brendt but the other people that he was laying on

1  the ground outside, just incoherent, and this and

2  that, and brought him inside and that's when I

3  finally saw him laying on the floor.

4  Q.   What was he behaving like?  You said that he

5  woke up, right?

6  A.   Eventually, he woke up.

7  Q.   What was he behaving like when he woke up?

8  A.   Tired.  Exhausted.

9  Q.   Was that at the hospital?

10  A.   Yes, at the hospital.

11  Q.   Did you see him at the hospital?

12  A.   Yeah, like I say, he was exhausted.  He wouldn't

13  talk much, but, yeah, I saw him in the hospital.

14  Q.   Is that when he told you about what happened?

15  A.   No, it was later on.  It was later on when I

16  actually could talk to him coherently.

17  Q.   Did he actually explain to you that he was

18  trying to kill himself?

19  A.   Oh, yeah, and he didn't know why, but he knew

20  that he was trying to kill himself, but he couldn't

21  explain why he wanted to kill himself.

22  Q.   How was his demeanor?  Did he appear scared,

23  angry when he was telling you about how he felt?

24  A.   Well, I think he was confused.  He was confused.

25  Q.   So, you mentioned that people thought that he

1  was on drugs.  Was he on drugs?

2  A.    No.  And they even had to test him.  They

3  wouldn't believe us.  No, he was on nothing.

4  Q.    And they tested him, you said that was at the

5  hospital?

6  A.    Yes.

7  Q.    So with regards to -- I think you said that he

8  was 15 when that happened?

9  A.    Yes.

10  Q.    So he is in high school.  During that time when

11  he was in high school, and even before when Ellen

12  was drinking again, how did that affect your

13  marriage?

14  A.    His episode?

15  Q.    No, her drinking.

16  A.    How did it affect my marriage?  Marriage is

17  pretty much over.  We were no longer on the same

18  page, as she put it.  She said I had changed, and,

19  you know, but I found out different later; you don't

20  know if you have changed.  You have to ask somebody

21  else, an outside reference.  But, yeah, it changed

22  things, definitely.  I could no longer trust her to

23  take care of the kids satisfactorily.  Yeah, it

24  affected the marriage, absolutely.

25  Q.    But again, do you think it affected the kids?

1  A.   Probably indirectly.  I mean she did still pay
2  attention to the kids, but probably not as much as
3  she should have or could have if she hadn't been
4  drinking.  Like a lot of times she was on the couch
5  sleeping; so, yeah, not a good thing.
6  Q.   When Brendt was in high school, even before and
7  after this van incident, was he in any activities,
8  sports, music?
9  A.   Yeah, he went in his -- the field part of track
10  and field.  I don't think he ever did any running,
11  hop, skip and jump, did very will at it; wrestling.
12  He did really well at that.  I was stronger than him
13  but I wouldn't want to wrestle him.  Let's see.
14       Music, I think that he played violin.
15  Q.   So --
16  A.   My daughter did.
17  Q.   So he was in several activities?
18  A.   Pardon?
19  Q.   He was in several activities?
20  A.   Oh, yes, yes.
21  Q.   Okay.  What about Matt?  Was Matt in activities
22  as well?
23  A.   Yeah, Matt was in football mostly.  Brendt was,
24  too, for a time, that's right.  But Matt, just
25  football.

1  Q.   How do the two of them get along?
2  A.   Okay.  Not as well as I'd hoped.  We had them
3  planned two years apart.  I was four years apart
4  from my brothers and didn't have anything in common.
5  So we actually planned them to be two years apart
6  thinking that they'd become friends.  No, they
7  pretty much ignored each other.  Matt would --
8  Q.   Did they ever fight?
9  A.   Matt was an older brother.
10  Q.   Did they ever fight?
11  A.   Yes, he was an older brother.  He would hit
12  Brendt and things like that until I warned Matt,
13  "Brendt is getting big, watch out, by next year you
14  don't want to be doing this" and he stopped.
15  Q.   Okay.  Did Matt have a certain temper or violent
16  tendencies?
17  A.   I always worried about Matt, yeah.  Especially
18  -- he had temper before that; yeah, he was -- even
19  though my wife was drinking, you know, he had no
20  call to do it.  He was being belligerent to her.  He
21  wouldn't listen to her, talking back, raised voice,
22  getting really mad.  I raised my kids -- corporal
23  punishment is fine.  Used time-outs on my kids.
24  They all worked.  But he is 13 years old, can't get
25  a timeout.  Timeout is not going to work.  I ended

1  up -- first time ever, only kid ever -- I spanked

2  him at 13.  And, no, he never was belligerent again.

3  Q.   How about Brendt, was Brendt like that?

4  A.   No.  All my kids -- they are not perfect, of

5  course, but they are easy kids, intelligent.  You

6  know, people say that I'm blessed.  They were just

7  good kids.  I got really lucky.  Brendt was the

8  easiest going, most gentle person I have probably

9  ever met.  Animals, he just loved animals.  When he

10  was younger -- I don't know how that thing

11  disappear -- but I thought for sure he just loved

12  animals.  He thought that they were his friends, you

13  know.  Andrea's the same way, but, yeah.

14  Q.   What was Brendt's relationship like with his

15  sister?

16  A.   It was really good.  I thought that -- they

17  became friends.  They were doing things together.

18  Especially when Michelle -- even when they got

19  married, Andrea thought of Michelle as her sister,

20  and, you know.

21  Q.   Andrea would have been a teenager when they got

22  married?

23  A.   Yeah.

24  Q.   Okay.  But they had a good relationship?

25  A.   Yes, they did.

 1  Q.   Did Brendt ever get into any fights when he was
 2  in high school?
 3  A.   If you could call it a fight.  Yeah, I remember
 4  him saying one time, you know, I heard about it
 5  where -- I'm not sure -- it could have been 11th
 6  grade.  I think it was inside of a classroom.  This
 7  guy wanted to fight Brendt.  Brendt was stronger
 8  than him.  He could have taken him easy.  The guy
 9  started punching Brendt and punching him and
10  punching him.  Brendt didn't fight back.  Brendt
11  knew he could take him.  He didn't fight.  That kid
12  either got, I'm not sure, suspended or expelled and
13  Brendt didn't get in trouble at all; he didn't do
14  anything.
15  Q.   Is that the only fight that you're aware of?
16  A.   Yeah, that's the only time.  None of my kids had
17  fights.  Matt, even with his temper, Matt never had
18  a fight, so that was it.
19  Q.   How about how Brendt behaved towards other
20  people?  For example, like if you were shopping in a
21  store and somebody lost something, would he return
22  it?
23  A.   Oh, yeah.  Oh, that was cool.  We were in
24  Walmart and we turned around and -- my wife at the
25  time, Ellen -- where is Brendt?  He was gone for

1  about 20 minutes, 15 or 20 minutes.  He shows back
2  up, "Where were you?"  He said, "Well, I had to go
3  to customer service and return this cash card I
4  found."  $500 cash.  It wasn't nobody's name.  And
5  we found out later -- this sounds like a story --
6  but it was a father and daughter and that was the
7  only money they had for Christmas presents.  I went,
8  "Oh, Brendt."  I was so proud of him.  That was so
9  cool.
10 Q.   That was when Brendt was in high school?  At any
11 point did his academic performance change from good
12 to something else?
13 A.   In a way, yes.  I found out that -- he hid it
14 from me, which is odd, because I have spies all
15 over, every parent does.  He actually was able to
16 hide it from the school.  He almost, apparently,
17 didn't even go to his junior year of high school.
18 He went for tests and still passed.  Then as a
19 senior, he realized, whoops, so he got straight As.
20 Wasn't good enough to even get into Stevens Point.
21 Q.   So you said that he couldn't get into Stevens
22 Point.  What did he do instead?
23 A.   He went to Midstate Technical College, which
24 accepted him.  They will take like a C average, I
25 believe or even, I don't know, very low standards.

 1  Q.   Do you know how he performed there?
 2  A.   He got straight As, which then Stevens Point
 3  would accept him then; then he got straight As.
 4  Then he went to Madison, which has, I think, it is a
 5  3.8 requirement in his field.  And he got in because
 6  they only look back two years, so he got in there.
 7  Q.   Okay.  Well, was he working at all when he was
 8  attending Midstate and Stevens Point, particularly
 9  construction?
10  A.   Yes, yes.  He -- oh, that was terrible.  19th
11  birthday, I get a call and Brendt fell off a roof;
12  he is in the hospital.  And find out that, yeah, it
13  was the construction company's fault and everything,
14  but he fell off a roof on to cement.  That was lucky
15  because I guess anywhere else it was big boulders.
16          MS. POLLOCK:  Your Honor, may I approach?
17          THE COURT:  You may.
18  BY MS. POLLOCK:
19  Q.   I show what you is marked as Number 103.
20          Do you recognize that?
21  A.   Yes.
22  Q.   What is that?
23  A.   That is Mr. B after his injury.
24  Q.   Okay.  And describe what he looks like?
25  A.   Helpless.

1          MS. POLLOCK:  Your Honor, I move to admit

2    and publish Defendant's 103.

3          MR. NELSON:  No objection, Your Honor.

4          THE COURT:  You may.

5    BY MS. POLLOCK:

6    Q.   So what is going on here with this?

7    A.   Well, as I understand it, he dislocated and

8    broke his left elbow.  And he dislocated and

9    shattered his right wrist.  Other than that, I think

10   that he had a little bit of a leg injury.  I don't

11   think that he hit his head.  I don't believe it

12   caused too many back problems, but falling I think

13   he said 16 feet; it could have been.  It was a

14   commercial building type so that's a long ways to

15   fall down.

16         MS. POLLOCK:  Thank you, Mr. Kelly.

17   BY MS. POLLOCK:

18   Q.   So did he move in with you guys and did you help

19   him after he was injured in that accident?

20   A.   Oh, yeah, yeah.  We had to.  He couldn't do

21   anything.

22   Q.   How did he react to that, to having the

23   surgeries and being hurt like that?

24   A.   He seemed fine.  You know, he had pain

25   medication.  I knew that because his wrist and the

1  doctor said that, you know, he is going to have to

2  have surgery about every ten years, is what he said,

3  forever.  So I told Brendt don't sign off on that

4  because this is going to be a forever thing and

5  these people were responsible.

6          MS. POLLOCK:  Your Honor, I have about 15

7  minutes left.  Would you like to break or would you

8  like to --

9          THE COURT:  No, why don't you keep going if

10 you are prepared to do so.  Thank you, Ms. Pollock,

11 for asking.

12 BY MS. POLLOCK:

13 Q.   Do you remember when he met Michelle?

14 A.   Not when he met her.  I remember the first time

15 seeing her.

16 Q.   Was it after that injury?

17 A.   Yes, yeah.

18 Q.   And did they eventually decide to get married?

19 A.   Yes.

20 Q.   How do you feel about Michelle?

21 A.   I think she really would be good for him because

22 she could see through his smile.  I warned her,

23 actually, I said, "You know, you realize that smile,

24 he can get away with anything; you're aware of it."

25 She said, "Yeah, he won't get away with anything

SENTENCING -- July 10, 2019 (Morning)       63

1  with me."  So I knew that she was smart enough to
2  see that.
3        I found out later she was a valedictorian
4  and Brendt needed somebody like that.  You needed
5  somebody close in knowledge, at least in abilities,
6  to converse and stuff; so it was a good thing.  I
7  liked her.
8        MS. POLLOCK:  May I approach, Your Honor?
9        THE COURT:  You may.
10  BY MS. POLLOCK:
11  Q.   I just handed you what has been marked for
12  identification as Defendant's 104.
13        Do you recognize that?
14  A.   Yes.
15  Q.   What is it?
16  A.   Michelle and Brendt when they got married.
17        MS. POLLOCK:  Your Honor, motion to admit
18  and publish Defendant's 104.
19        THE COURT:  Any objection?
20        MR. NELSON:  No, Your Honor.
21        THE COURT:  You may.
22  BY MS. POLLOCK:
23  Q.   So this their wedding?
24  A.   Yes, very simple.
25  Q.   And everybody is wearing jeans.

 1  A.   Very casual.

 2  Q.   Did you go to the wedding?

 3  A.   Yes.

 4  Q.   Do you remember about how many people were

 5  there?

 6  A.   I'm sorry, what?

 7  Q.   Do you remember how many people were there?

 8  A.   Oh, very few.  There was five, six people is

 9  all.

10  Q.   Okay.

11  A.   Smaller than my wedding, which was small.

12  Q.   At some point did you see Brendt less than you

13  used to when he was younger?

14  A.   Well, yeah, he got married.  He has his own

15  life; that's what happens, kids get older and they

16  have their own life.  I understood.  I didn't get to

17  talk to him as much as I used to but that was his

18  life.

19  Q.   Is that the way it was when you and Ellen were

20  married?

21  A.   Oh, yeah, yeah.  We had each other.  And, you

22  know, I regret it now not talking to my mom more and

23  stuff, and -- before she died and everything else,

24  but I understood, I understood.  Ellen didn't

25  understand really but I did.

```
 1  Q.   Did you attend Brendt's college graduation?
 2  A.   Absolutely.
 3          MS. POLLOCK:  May I approach?
 4          THE COURT:  You may.
 5  BY THE WITNESS:
 6  A.   That's a good one.
 7  BY MS. POLLOCK:
 8  Q.   I hand you what's marked for identification as
 9  Defendant's 105.  Do you recognize that photo?
10  A.   Yes.
11  Q.   Who is in it?
12  A.   It's myself; my daughter, Andrea; Brendt; and my
13  ex-wife, Ellen.
14          MS. POLLOCK:  Move to admit and publish,
15  Your Honor.
16          THE COURT:  Any objection?
17          MR. NELSON:  No, Your Honor.
18          THE COURT:  You may.
19  BY MS. POLLOCK:
20  Q.   So you are there on the left?
21  A.   Yes.
22  Q.   And obviously Brendt has the cap and gown.
23  Ellen, is that your ex-wife on the right?
24  A.   Yes.
25  Q.   And Andrea in between you and Brendt?
```

 1  A.   Yes.

 2        MS. POLLOCK:  Thank you.  Thank you,

 3  Mr. Kelly.

 4  BY MS. POLLOCK:

 5  Q.   So, you mentioned that, you know, that Brendt

 6  had Michelle; you didn't talk to him as much.  Were

 7  you at all aware of his drinking problem or drug

 8  problem in college?

 9  A.   No.  I would have stepped in.  I wish he would

10  have told me.  I wish Michelle would have.

11  Q.   Were you aware of when he was in graduate

12  school?

13  A.   No, not at all.

14  Q.   Did you have communication with him in graduate

15  school?

16  A.   Oh, yeah, occasionally.  You know, I made

17  sure -- I wanted to see him a lot more, but he was

18  pretty far away, but, yeah, we talked occasionally.

19        MS. POLLOCK:  Okay.  May I approach?

20        THE COURT:  You may.  You don't have to keep

21  asking either.

22        MS. POLLOCK:  Thank you.

23        THE COURT:  You're welcome.

24  BY MS. POLLOCK:

25  Q.   I just handed you what has been marked as

1  Defense 106.

2          Do you recognize that?

3  A.    Yes, yes, I do.

4  Q.    What is it?

5  A.    It's an email I got from Brendt, you know.  I

6  asked him for a -- he mentioned something that he

7  had pictures of Putz and he sent them to me.

8  Q.    Putz, the cat?

9  A.    Yeah, my cat.  Because he died.  And, yeah.

10 Also when he couldn't talk on the phone about, you

11 know, his night terrors and stuff.  He emailed me

12 and explained a little bit of what he was talking

13 about; and, yeah, they pretty much coincided; he was

14 still having them as an adult.

15 Q.    Just a moment.

16         MS. POLLOCK:  Motion to admit 106.

17         THE COURT:  Any objection?

18         MR. NELSON:  No, Your Honor.

19         THE COURT:  Admitted.  You may publish.

20         MS. POLLOCK:  Thank you.

21 BY MS. POLLOCK:

22 Q.    So can you tell the jury -- just a second.

23 Sorry.

24         MS. POLLOCK:  Publish, Your Honor.  May I

25 publish this?

1  BY MS. POLLOCK:

2  Q.   Is this the email that you're talking about?

3  A.   Yes.

4  Q.   Okay.  And do you see what date that is?

5  A.   Yes, December 26, 2016.

6  Q.   Okay.  And so you see that he says that he has

7  attached the pictures of Putz, and then he says

8  "about the night terrors."  So had you talked to him

9  previously about that?

10  A.   Yeah, on the phone.  And, you know, like you

11  said here, he couldn't talk, you know, about them at

12  that time.

13  Q.   So did he describe the night terrors?

14  A.   From here, yes, yeah.

15  Q.   Could you please read the paragraph that begins

16  "they"?

17  A.   "They basically come in two forms" -- which I

18  was unaware of, by the way.  "The first are actual

19  nightmares that all end up with me waking myself up

20  and Michelle by yelling really loudly.  They always

21  have me approaching something very ominous.  It's

22  like it has an ora of some kind that I can feel but

23  not see.  Sometimes I'm searching for it.  And I'm

24  really afraid of it.  It took this weird black

25  staticy form once that might have been a waking

1  dream since it was in the bedroom with me."

2  Q.   Continue.

3  A.   "The other form, or sleep paralysis, which lasts

4  a minute or two.  It's pretty standard sleep

5  paralysis where I'm semi-conscious, can't move and

6  have my eyes closed and in terror and feel like

7  somebody is watching me."

8         MS. POLLOCK:  Thank you, Mr. Kelly.

9  BY MS. POLLOCK:

10  Q.   So, when he's talking about the dark staticy

11  thing and screaming, waking up in the night, et

12  cetera, did that sound familiar to you?

13  A.   Absolutely.  It's what I pictured when he is

14  five, six, whatever age it was when he had his

15  initial night terrors.  Especially that last time

16  that it occurred where he actually could respond to

17  me and was seeing these things; it was very

18  disturbing.

19  Q.   Thank you.

20         So, obviously you and Brendt's mother are

21  not together anymore?

22  A.   Correct.

23  Q.   When were you divorced?  When were you divorced?

24  A.   When?  I believe, September 17, 2013.

25  Q.   Was Brendt at home or out of the house at that

1  time?

2  A.   He was out of the house.

3  Q.   Living his own life?

4  A.   Yes.

5  Q.   Were you proud of your son?

6  A.   Absolutely.

7  Q.   And are you still proud of your son?

8  A.   For his past accomplishments, absolutely, yes,

9  and who he is.

10 Q.   Now, you know from being here during the guilt

11 phase of the trial, you know that he murdered

12 Yingying Zhang; right?

13 A.   Yes.

14 Q.   And do you still love him?

15 A.   Oh, God, yeah.  I'll be there for him always.

16 Q.   Do you still support him?

17 A.   Yeah, of course.

18 Q.   Have you been in contact with him since he has

19 been incarcerated?

20 A.   Not privately.

21 Q.   But have you --

22 A.   Whenever I can, yes, phone call, messages, here.

23 Q.   Okay.  Do you feel completely free to talk to

24 him on those calls?

25 A.   No.

1  Q.   Why not?

2  A.   Can't.  They are monitored.  And things can be

3  so misconstrued by anyone.  Take -- I can't talk to

4  him about the case.  Can't talk to him about

5  anything really.  So not really, just surface,

6  nothing but surface.

7  Q.   But you still try to do that for him, right?

8  A.   Oh, yeah.  He's got to know that somebody is

9  here.  I will always be here.

10 Q.   If he is sentenced to life without release, are

11 you going to continue to be there for him?

12 A.   Yeah, I mean, yeah.  I have to.

13 Q.   And you plan to support him in any way you can?

14 A.   Yes.

15 Q.   Now, you were here when the guilty verdict was

16 read in the guilt phase of this trial, correct?

17 A.   Yes.

18 Q.   How do you feel about that?

19 A.   It was expected.  It didn't surprise me.  The

20 jury did what they had to do.  There was -- they had

21 no choice.

22       MR. NELSON:  Objection to that comment, Your

23 Honor.  Move to strike.

24       THE COURT:  Ms. Pollock.

25       MS. POLLOCK:  Don't know what is

1  objectionable.  He is saying that he expected his
2  son to be convicted of a murder and it goes to his
3  feelings towards his child and continuing to support
4  him.
5        THE COURT:  Mr. Nelson?
6        MR. NELSON:  "The jury did what they had to
7  do," I don't think that they should be commenting on
8  their process.
9        THE WITNESS:  Oh, okay.
10       THE COURT:  All right.  Overruled.  Let's
11  move on.
12       MS. POLLOCK:  Okay.
13  BY MS. POLLOCK:
14  Q.   Even though you know the phones are monitored,
15  have you still sometimes continued or sometimes
16  talked to him about the case and how he feels?
17  A.   Oh, yeah, like, you know, like I said before but
18  they had an objection; yeah, I asked him.  I told
19  him that I don't blame the jury, of course not.
20  They did what they had to do.  Brendt agreed.
21  Q.   Do you remember having contact with him about
22  the arraignment that took place when he was charged
23  with the death eligible crime?
24  A.   Yeah, I remember that day, I think.  You're
25  talking about when Yingying's mother broke down and

1  had to leave the court?

2  Q.  Yeah.

3  A.  October 11th, I believe.

4  Q.  Did you ever have a conversation with Brendt

5  about that day?

6  A.  Yes, yes.  He told me -- I didn't ask him

7  anything about that.  He told me that, you know, he

8  wished he could have said something --

9          MR. NELSON:  Objection.

10         THE WITNESS:  I'm sorry.

11         THE COURT:  Ms. Pollock.

12         MR. NELSON:  Can we have a sidebar, Your

13  Honor?

14         (Proceedings held at sidebar.)

15         MR. NELSON:  This witness can't express the

16  defendant's remorse.  That's completely improper.

17         MS. POLLOCK:  Well, he can say what his son

18  told him about it.  He is going to say that that day

19  was hard for him in court.  I don't know what --

20         THE COURT:  Is there a phone call to that

21  extent so that can be verified?

22         MS. POLLOCK:  I don't know.  There are

23  hundreds of calls.

24         MR. NELSON:  If they don't have a call to

25  back it up, it is extra objectionable.  It is

1  totally self-serving.  This is what they said that

2  they weren't going to do, is put someone else on to

3  explain his remorse through some sort of a, you

4  know, hearsay conduit witness.

5        We filed a motion on this.  They said they

6  weren't going to do it, so you dismissed the motion

7  as moot.  Now they are trying to do this.  This is

8  completely improper.  If he wanted to express his

9  remorse, he can do it.

10        MS. POLLOCK:  We will withdraw the question.

11        THE COURT:  You are going to withdraw the

12  question?

13        MS. POLLOCK:  Yeah.

14        (Proceedings held in open court.)

15        THE COURT:  Okay.  Miss Pollock, is the

16  question being withdrawn?

17        MS. POLLOCK:  Yes.

18        THE COURT:  Okay.  Very good.  Let's move

19  on.

20  BY MS. POLLOCK:

21  Q.  You have been here in court for the -- during

22  the entire guilt phase.  You were not allowed to be

23  in the courtroom before now for this phase?

24  A.  Yes, the guilt phase I was.  But the only

25  exclusion was when the victim impact statements were

 1  done.

 2  Q.  Okay.  So you didn't see that testimony?

 3  A.  No, I did not.

 4  Q.  Her family is here watching somewhere.  Do you

 5  have anything you want to express on your own behalf

 6  about that?

 7          MR. NELSON:  Continuing objection, Your

 8  Honor.

 9          THE COURT:  Objection noted.

10  BY THE WITNESS:

11  A.  Well, yeah, I've said it before, but I'm just

12  sorry my son -- sorry my son was the cause of their

13  pain.  I can't believe there -- okay.  Whoo.  Sorry

14  if my son is the one that caused their pain.

15  BY MS. POLLOCK:

16  Q.  Thank you.  You can take a minute.  Just a

17  second.

18          THE COURT:  Do you need some water?

19  BY THE WITNESS:

20  A.  Give me a second.  It's not working.

21  BY MS. POLLOCK:

22  Q.  I only have one more question, Mike, and we can

23  take a break.

24  A.  Okay.

25  Q.  Okay.

1  A.   It takes me a while sometimes.  I'm not used to

2  them not being able to be subdued.

3          THE COURT:  All right.  Go ahead,

4  Ms. Pollock.

5  BY MS. POLLOCK:

6  Q.   One more question, Mike.

7  A.   Yes.

8  Q.   You know your son is facing the death penalty in

9  this case.

10 A.   Yeah.

11 Q.   If he receives a death verdict, how is that

12 going to affect you?

13 A.   A death sentence I could handle, but not the

14 actual death.  I've tried to think about it.  And am

15 able to handle my emotions most of the time.  But

16 this, it's tailed me.  And a couple days ago I had a

17 flash of him on the table going to be injected and I

18 had to put it away.  I had to stop.  I can't.  I

19 can't think about it.

20 Q.   Okay.

21 A.   He has too much to offer.  He's --

22 Q.   Thank you, Mike.

23         MS. POLLOCK:  No further questions, Your

24 Honor.

25         THE COURT:  Okay.  Ladies and gentlemen, why

```
 1  don't we take 15 minutes this morning, and then we
 2  will resume with cross-examination.
 3          All right.  You may step down.
 4          (Jury absent, 10:29 a.m.)
 5          THE COURT:  15 minutes.
 6          (Recess, 10:29 a.m. to 10:50 a.m.)
 7          THE COURT:  All right.  Anything before we
 8  bring the jury in?
 9          MS. POLLOCK:  No.
10          MR. NELSON:  No, Your Honor.
11          THE COURT:  Okay.  Let's have the jury.
12          Who is going to cross?
13          MR. NELSON:  I will, Your Honor.
14          THE COURT:  All right.
15          THE COURT:  Mr. Christensen, do you want to
16  come up?
17          (Jury present, 10:50 a.m.)
18          THE COURT:  Thank you.  Please be seated.
19          We will resume with cross-examination,
20  Mr. Nelson.
21          MR. NELSON:  Thank you, Your Honor.
22                     CROSS-EXAMINATION
23  BY MR. NELSON:
24  Q.  Good morning, sir.
25  A.  Good morning.
```

 1  Q.   It's fair to say that you're going to support
 2  your son no matter what happens; is that right?
 3  A.   In any case, yes, absolutely.
 4  Q.   Of course.  Now you raised your children in
 5  Stevens Point for the most part; is that right?
 6  A.   Correct.
 7  Q.   And you had three children, right?
 8  A.   Yes.
 9  Q.   Okay.  And Andrea is the youngest, the defendant
10  is the middle child, Matt is the oldest; is that
11  right?
12  A.   Yes.
13  Q.   Now I believe you testified that part of your
14  parenting philosophy was based on how you were
15  raised and wanting to change a few things; is that
16  fair?
17  A.   For a good part of it, yes.
18  Q.   Okay.  And I believe you -- would it be accurate
19  to say that you tried to learn from your past and
20  tried to pass your values on to your children?
21  A.   Yes, that's pretty typical; that's what parents
22  do, yes.
23  Q.   Sure.  I think you testified that you had to
24  leave sales work because lying was bad; you couldn't
25  stomach it; is that right?

1  A.   Sales, yes, I was -- yes, I can't lie.
2  Q.   Right.  And I believe you testified from your
3  past experience that you thought having a lot of
4  women was not a good thing, right?
5  A.   I'm sorry, I couldn't hear.
6  Q.   Being married and having women on the side was
7  not a good thing, right?
8  A.   Correct.
9  Q.   And I think it's fair, based on your
10 description, you're a hard working person, right?
11 A.   Yes, I take my jobs very seriously.
12 Q.   And that was a value that you tried to instill
13 in your children also?
14 A.   Absolutely.
15 Q.   Okay.  Now, you testified that when he was a
16 younger person and even continuing through high
17 school, the defendant loved animals, right?
18 A.   Yes.
19 Q.   Okay.  He would never hurt an animal?
20 A.   Better not.  No, never showed any animosity
21 toward any animal.  Loved them.
22 Q.   Okay.  Now, you also testified about a couple of
23 instances, particularly one when he was 15 years
24 old; do you recall that?
25 A.   Yes.

 1  Q.  Now, is it fair to say that you're not a doctor,

 2  right?

 3  A.  Correct.

 4  Q.  And you're not a psychiatrist?

 5  A.  Correct.

 6  Q.  And I know you testified that the doctors told

 7  you about the results of the tests but you don't

 8  know what those tests were or what they tested for;

 9  is that right?

10  A.  Let me think.  Which instance are you talking

11  about when they took him in for drug testing or are

12  you talking about the neurologist that tested him

13  later?

14  Q.  I guess that I was talking about the drug

15  testing.  You said that they told you results, but

16  you don't have them memorized what they tested for

17  or anything?

18  A.  I assume they tested him for at least PCP

19  because they mentioned that they thought that he was

20  on PCP or something similar to that.

21  Q.  Okay, fair enough.

22        Now, you said, also, as a result of this

23  episode the defendant told you he was trying to

24  commit suicide?

25  A.  Yes.  He was intentionally trying to kill

 1  himself, yes.

 2  Q.   And did you send him to counseling after that?

 3  A.   No, the neurologist said that it was a perfect

 4  storm; that what happened was between his high

 5  temperature, lack of sleep, being sick, and his

 6  night terrors combined is what causes ambulatory

 7  night terrors.  He said it would not happen again.

 8  Q.   I'm sorry to interrupt you.

 9       So you didn't think that he needed to be

10  committed or anything like that?

11  A.   No.  Doctors never indicated that to me.

12  Q.   And it sounded like a lot of your recitation of

13  things that happened to the defendant in school, for

14  example, the fight and those kinds of things, that

15  was based on what he told you; is that fair?

16  A.   Him and his friends told me, yes, not just him.

17  Q.   And you also testified about an email that he

18  sent you; is that right?

19  A.   Yes.

20       MR. NELSON:  Is it possible to bring up

21  Defendant's Exhibit 106.

22       MS. POLLOCK:  Just a second.

23       THE CLERK:  We would have to do it from the

24  ELMO.

25       MS. POLLOCK:  I can put it up if he just

1 give me two seconds.

2         MR. NELSON:  Sorry, about that Lis.

3 BY MR. NELSON:

4 Q.  Do you remember testifying about this email,

5 sir?

6 A.  Yes.

7 Q.  Okay.  And this is an email, it's December 26,

8 2016; is that the date?

9 A.  Correct.

10 Q.  And this is an email where the defendant is

11 telling you about night terrors, correct?

12 A.  Yes.

13 Q.  Okay.  And in this email, or any other email at

14 this time, the defendant didn't tell you about his

15 fascination with serial killers, did he?

16 A.  Could you say that again?  I didn't catch the

17 first part.

18 Q.  Did he tell you in this email that he had a

19 fascination with serial killers?

20 A.  In the email, no, he did not.

21 Q.  And did he tell you in this email that he had

22 drug and alcohol problems?

23 A.  No, he did not.

24 Q.  And did he tell you that he was having

25 difficulty in graduate school in this email?

 1  A.    No.
 2  Q.    Did he tell you that he was having thoughts of
 3  killing other people in this email?
 4  A.    No.
 5          MR. NELSON:  We can bring that down.  Thank
 6  you.
 7  BY MR. NELSON:
 8  Q.    Now, prior to the defendant's arrest on
 9  June 30th of 2017, the last time you had seen him
10  previous to that was in 2013, correct?
11  A.    Actually seen him, 2013.
12  Q.    Yes.
13  A.    Yes.  Yes, actually saw him, yeah.
14  Q.    Okay.  And you testified about some of the
15  issues that were present in the defendant's
16  childhood, but, nevertheless, he was able to
17  graduate from the University of Wisconsin-Madison,
18  isn't that right?
19  A.    Correct.
20  Q.    And that was with a double major in physics in
21  mathematics?
22  A.    Yeah, he only had two.
23  Q.    And he did well in the GRE exam, right?
24  A.    In the what exam?
25  Q.    GRE, to get into graduate school?

 1  A.   I wasn't privy to that, sir.
 2  Q.   But you know that he did go to the University of
 3  Illinois to get a Ph.D. in physics?
 4  A.   Yes.
 5  Q.   Are you aware that that is a pretty good physics
 6  program?
 7  A.   Yes.  He said it was one of the best in the
 8  nation.  They had their own little super glider,
 9  which is what he was after at the time.
10  Q.   Okay.  And, in fact, he earned a Master's Degree
11  in Physics from that institution, did he not?
12  A.   Yes, I guess in May of that year.
13  Q.   Okay.  And that's a marketable degree, right;
14  you can get a job with that degree?
15  A.   Yeah.  He had told me that he had a job all
16  lined up for the final or second interview before he
17  was arrested.  He said he had an ideal job lined up.
18  Q.   Okay.  And when the defendant was first
19  arrested, he told you that he was innocent, didn't
20  he?
21  A.   The chair moved.  I couldn't hear.
22  Q.   When the defendant was first arrested, he told
23  you that he was innocent, didn't he?
24  A.   When we were on a monitored phone.  We couldn't
25  talk about anything even at that time.  He said

 1  innocent; he wasn't going to say anything else but
 2  that.
 3  Q.   Okay.
 4  A.   I knew exactly what he meant, sir.
 5  Q.   Okay.  He told you that the prosecution was
 6  political, didn't he?
 7  A.   If he didn't, I probably did.
 8  Q.   Okay.  You believed the prosecution was
 9  political?
10  A.   Not completely, sir, no.
11  Q.   And the defendant -- you know that the defendant
12  told you more about his case than he told his
13  mother, right?
14  A.   No, I don't know how much he talked to her.
15  Q.   Okay.  He didn't tell you that he kept his
16  mother in the dark?
17  A.   Let me think.
18  Q.   Take your time.
19  A.   Let me listen to the phone calls.
20  Q.   I'm just asking if you remember it.
21  A.   I'm remembering now.  I have to go back.
22  Q.   I'm sorry.
23  A.   I'm sorry.  I'm not ignoring you, sir.
24  Q.   I understand.
25  A.   I do that.

1          He mentioned something like that, that he

2   hadn't told his mom everything.

3   Q.   Okay.  And the defendant led to you believe that

4   it was ridiculous that he got arrested, right?

5   A.   I don't remember the word "ridiculous."

6   Q.   Okay.  And do you remember that based on what

7   the defendant told you, you believed that the police

8   were letting the guilty party get away?

9   A.   That it was possible.  I didn't say they were.

10  I said that it was possible because they weren't

11  pursuing any other avenues, of which I could see

12  many, many, different scenarios in which it could

13  have happened.  I didn't have all of the evidence in

14  front of me, and you didn't have all of the evidence

15  in front of you; it was an unknown, sir.

16  Q.   I'm not going to ask you to comment on what I

17  had in front of me at the time.

18  A.   Right.  And I don't know that, sir.

19  Q.   Right.  In fact, there was a point when you

20  believed that the defendant would be exonerated,

21  right?

22  A.   Did I believe he was going -- there is a

23  distinct possibility because I didn't know any of

24  the facts, yes.

25  Q.   And in fact you told your son that when he was

1  exonerated you were going to find Yingying's father
2  and tell him that he should be ashamed of himself,
3  didn't you?
4        MS. POLLOCK:  Your Honor, could we get some
5  foundation for this please?  Dates?
6        THE COURT:  Can you lay some foundation for
7  it?
8        MR. NELSON:  Sure.
9        THE COURT:  Go ahead.
10 BY MR. NELSON:
11 Q.   During a phone call on July 4 of 2017, did you
12 tell your son that when he was exonerated, you were
13 going to find Yingying's father and tell him that he
14 should be ashamed of himself?
15 A.   I don't recall saying I would find him.  I
16 remember saying and it wasn't just -- that's a
17 little out of context I believe.  There are other
18 statements made in regard to all of the comments
19 made on line.  Brendt was arrested and people
20 assumed right away, the media, comments on the media
21 by people; that he was guilty, right then and there.
22 There was no doubt of innocence.  And yet there were
23 many situations that I could think of that, yeah, he
24 could have been innocent, absolutely, but everybody
25 said that he was guilty.

SENTENCING -- July 10, 2019 (Morning)       88

1        Now, if he was exonerated, yeah, I would
2  have told Mr. Zhang, Xiaolin, and all of the other
3  commoners that I have had, hundreds saying the
4  opposite; yeah, of course, I would.
5        MR. NELSON:  I have no further questions.
6  BY THE WITNESS:
7  A.   I wouldn't go find him.  I don't understand
8  that.  I don't recall ever saying "finding."
9        MR. NELSON:  Okay.  I have no further
10  questions, Your Honor.
11        THE COURT:  Redirect.
12                REDIRECT EXAMINATION
13  BY MS. POLLOCK:
14  Q.   From 2013 to 2017, Mr. Nelson just asked you if
15  you saw Brendt in person.  Do you remember that?
16  A.   Yes.
17  Q.   And you did not see him in person very often at
18  all after he got married, right?
19  A.   No.
20  Q.   Why not?
21  A.   He lived about eight hours away or more.  For me
22  to go down to see him, at the time I'm living in the
23  woods.  I live on $500 or less a month.  It would
24  take almost a month's worth of wages to go see him.
25  I couldn't do that.  I wanted to.  I was hoping he

1 would come up to see me.  He had his own life, I
2 understood that.
3 Q.   So how did you get here, to Peoria?
4 A.   Had to take my old car down here.
5 Q.   And was it running before you came?
6 A.   No.  I had to repair it first because I can't
7 afford a garage so I repaired it myself.
8 Q.   What was wrong with the car?
9 A.   Oh, the brake line was going -- I thought it was
10 the brake line.  It ended up being a brake caliper.
11 I replaced it.  I have another one now.
12 Q.   How old is that vehicle?
13 A.   It is a 2001.
14 Q.   Minivan?
15 A.   Yea, minivan.
16 Q.   Does it run well, would you say?
17 A.   Yeah, except for the brake now are starting to
18 go.  I probably have to repair it before I go home.
19 Q.   How long did it sit before you repaired it?
20 A.   That's the problem.  It sat for three years.
21 That's going to cause problems.  I spent a thousand
22 dollars just getting it going.
23 Q.   Okay.  When you were living in Michigan on $500
24 a month, because if I heard you correctly -- when
25 were you remarried?

1  A.   That was two years ago.

2  Q.   Right around the time that Brendt was arrested?

3  A.   It was afterwards.

4  Q.   Before you repaired and starting splitting time,

5  meaning Michigan and Minnesota, did you just live in

6  Michigan?

7  A.   Year round.

8  Q.   That's in your cabin sort of?

9  A.   Work camp.

10 Q.   Six miles off the road with a car that hadn't

11 run in three years?

12 A.   Yes.

13 Q.   On how much a month?

14 A.   I could live on about 500 a month easily and

15 still have money to do things.

16 Q.   Okay.  Now, with regards to the phone calls or

17 messages or whatever it was that Mr. Nelson was

18 talking about when I asked him to provide the date,

19 he said July 4th of 2017.

20        Do you know how long after Brendt was

21 arrested that that was?

22 A.   No.

23 Q.   He was arrested on June 30, 2017.

24 A.   Yes.

25 Q.   That would be five days later?

 1  A.   Five days later, okay.

 2  Q.   Now, during the phone conversations and other

 3  conversations that you had with him in the first

 4  several months that he was in custody, did he admit

 5  to you on the phone that he was guilty of the crime?

 6  A.   I don't believe so, no.  We were monitored.

 7  Q.   Since have you learned from reviewing certain

 8  evidence and sitting in the trial and everything

 9  else, have you learned that he is in fact guilty?

10  A.   Yes.

11  Q.   Has he protested his innocence to you at all in

12  the last year and a half?

13  A.   No.

14       MS. POLLOCK:  Thank you.  Nothing further.

15       THE COURT:  Anything?

16       MR. NELSON:  No, Your Honor.  Thank you.

17       THE COURT:  All right.  You may step down.

18       Thank you.

19       Next witness.

20       MS. POLLOCK:  Your Honor, it seems we are

21  having a slight technical problem with Ms. Brain's

22  computer.  Can we have just two minutes?

23       THE COURT:  Yes.

24       MS. POLLOCK:  The defense calls Mark

25  Christensen.

1          THE COURT:  Sir, do you want to come forward

2   please and as you approach if you will raise your

3   right hand now.  Stop and raise your right hand,

4   please.

5          (Witness sworn.)

6          THE COURT:  Okay.  Ms. Brain, whenever

7   you're ready.

8          MS.  BRAIN:  Thank you, Your Honor.

9                  MARK CHRISTENSEN,

10  after having been duly sworn, testified as follows:

11                  DIRECT EXAMINATION

12  BY MS. BRAIN:

13  Q.   Good morning.

14  A.   Good morning.

15  Q.   Can you please tell us your name and spell your

16  last name for the record?

17  A.   Mark Christensen, C-h-r-i-s-t-e-n-s-e-n.

18  Q.   And are you related to Brendt Christensen?

19  A.   I am; I'm his uncle.

20  Q.   And are you related to Mike Christensen?

21  A.   He's my brother.

22  Q.   I'll ask you to tell us a little bit about

23  yourself if you would.  What town do you live in

24  right now?

25  A.   I live in Elk River, Minnesota.

SENTENCING -- July 10, 2019 (Morning)        93

1  Q.   How long have you lived there?

2  A.   Well, probably, almost 50 years in Minnesota.

3  Q.   And are you employed currently?

4  A.   I have a trucking company.  I just run one truck

5  myself, and I'm kind of semi-retired now.  I just do

6  two, three short little jaunts around town.

7  Q.   How is your health?

8  A.   Excuse me?

9  Q.   How is your health these days?  Your health?

10 Your medical condition?  Do you have medical

11 conditions.

12 A.   Do I have what?

13 Q.   My bad.  It's my voice.  Nobody can hear me.

14 It's not just you.

15        Do you have medical conditions?

16 A.   I do.  I have arthrosclerosis, and I had a heart

17 attack a couple years ago.

18 Q.   Are you married?

19 A.   Yes, I am.

20 Q.   What's your wife's name?

21 A.   Barbara.

22 Q.   And how long have you been married?

23 A.   47 years.

24 Q.   Do you have any children?

25 A.   I do.  I have four children.

```
 1  Q.   And what are their names?
 2  A.   Tina, Tara, Sean, and Kayla.
 3  Q.   Did you say the names in the order that they
 4  were born?
 5  A.   Yes.
 6  Q.   Are they all grown?
 7  A.   Excuse me?
 8  Q.   Are they all grown up?
 9  A.   Oh, yes.  My youngest daughter is 37.
10  Q.   I was going to ask you that.  Good.
11            How about grandkids?  Do you have any
12  grandkids?
13  A.   I have 13 grandkids, and one great grandson.
14  Q.   And how old are they?  What's the age range?
15  A.   From 24 to 2 years or 3 years old.
16  Q.   Who were your parents?
17  A.   Georgia and Christian Christensen.
18  Q.   Are either of them still living?
19  A.   No, neither.
20  Q.   How many brothers and sisters do you have?
21  A.   I have two brothers, Michael and Charlie.
22  Q.   And where do you fall in the order?
23  A.   I'm the oldest.
24  Q.   And who is the middle one?
25  A.   Who is what?
```

```
 1  Q.   Who is the middle child?
 2  A.   The bigger child?
 3  Q.   The middle child, I'm sorry.
 4  A.   Middle child, that would be Michael.
 5  Q.   And Charlie is the youngest?
 6  A.   Charles is the youngest, yes.
 7  Q.   How far apart in age are you three?
 8  A.   Michael is four years younger than me, and
 9  Charles is almost ten years younger than me.
10  Q.   Where were you born?
11  A.   I was born in Minneapolis, Minnesota.
12  Q.   Where was Mike and Charlie born?
13  A.   They were born in Anchorage, Alaska.
14  Q.   Did you know your grandparents?
15  A.   I did in my later years.  As a child, not so
16  much.  I met them a couple of times but the distance
17  of living in Alaska was kind of difficult for
18  anybody to stop by and visit.  So once in a while on
19  a vacation they would come and visit, but I think
20  maybe once or twice, as long as we lived there.  And
21  I think we lived there 15, 16 years.
22  Q.   What were the names of your grandparents on your
23  mom's side?
24  A.   My mom's side, Stancy and David Barkland.
25  Q.   And on your dad's side?
```

1 A.   Rosa Christensen, and I never met my

2 grandfather.  He passed away before we ever had a

3 chance to meet.  So....

4 Q.   Okay.  You mention you were born in Minnesota.

5 Do you have any memories of Minnesota when you first

6 lived there?

7 A.   No.  Not -- I was six months old when they moved

8 to Anchorage, so I was real young.

9 Q.   Do you know why your family moved up to Alaska?

10 A.   No, just opportunity I guess.  It was the last

11 frontier, whatever you can say.

12 Q.   Where did you live when you first got there?

13 A.   We lived out of town quite a ways, kind of in

14 the woods.

15 Q.   What kind of -- did you have a home or --

16 A.   There was a trailer house.

17 Q.   How big was the trailer house?

18 A.   Geez, probably, guess it out at maybe 40 feet

19 long.  I was the only child at the time.  So....

20 Q.   And when did you move to -- where did you move

21 to next from the trailer house?

22 A.   We moved to a town call Spenard, which is a

23 suburb of Anchorage on the outskirts of Anchorage.

24 Q.   Why did you move there?

25 A.   Well, it was time for me to start going to

1  school and decided I need some social elements and

2  other kids to play with and stuff.  So....

3  Q.   Very good.  Were Mike or Charlie born by the

4  time you moved to Spenard?

5  A.   Michael had just been born just prior to us

6  moving to Spenard.  Charlie was born in Spenard,

7  actually Anchorage hospital, but we were living in

8  Spenard.  We never lived anywhere else after that.

9  Q.   Just the one house?

10  A.   Yes.

11  Q.   What did your dad do for work when you were

12  growing up?

13  A.   He was a construction worker.  He had a

14  construction company and they would do government

15  jobs and put roads in small communities and run

16  throughout Alaska, and they would go out and do --

17  what do they call it -- cutting geophysical trails

18  where they would run power lines up the mountains

19  for radar ranges and missile bases, military stuff,

20  so -- and sometimes just to power-up small

21  communities.

22  Q.   Was he gone a lot when you were growing up?

23  A.   Yeah.  Mostly all summer.  The winter time he

24  was mostly home.

25  Q.   How well off was your family financially?

1  A.  We weren't real well off.  Moderate.
2  Q.  How would you describe your father's
3  personality?
4  A.  My father's?
5  Q.  Yeah.
6  A.  He was pretty much an old school person from --
7  he grew up during the depression and stuff and he
8  didn't have much tolerance for laziness.  If you
9  want something, you worked for it.  That's all there
10  was to it.  There is not much sense in asking him.
11  He'll just tell you how you were going to have to do
12  it.  If you wanted it, you worked for it.  That's
13  all there was to it.  There was nothing given to
14  you.
15  Q.  Did he have any favorite phrases that he used to
16  say all the time?
17  A.  Yeah.  He had a couple.  "Tough shit" and
18  "That's too bad."
19  Q.  Was he an affectionate type father?
20  A.  No, not so much.  He didn't express affection in
21  a way that you might think.  He had his ways, but
22  you had to understand that's how he is, that's just
23  the way it was; and I think that's the way he was
24  raised, and he lost his father at a very young age
25  and had to provide for himself and that was pretty

1  much what he expected of anybody else.

2  Q.   Did he spend time with you and do things with

3  you and your brother when you were growing up?

4  A.   Well, in the summer time not so much.  My mom

5  was pretty much the disciplinarian and took care of

6  everything.  In the winter time, we used to go

7  skiing a lot and that was kind of a big thing for us

8  kids because it was kind of a family deal, and we

9  really liked it, so....

10  Q.   Did he drink a lot, your father?

11  A.   Yeah.

12  Q.   Would you say he was an alcoholic?

13  A.   Yeah.

14  Q.   How often did he drink?

15  A.   Well, every day.  I mean, I wouldn't say to the

16  point of drunkenness every day, but he enjoyed his

17  beer and he thought that was a necessity of life.

18  Q.   And did his personality change when he had been

19  drinking?

20  A.   It was probably one of the few times where he

21  actually would express emotions or any kind of

22  loving nature towards us boys, but....

23  Q.   Did he have a bad temper?

24  A.   Excuse me?

25  Q.   Did he have a temper, your father?

SENTENCING -- July 10, 2019 (Morning)          100

 1  A.   Not so much when he was drinking as when he was
 2  sober.  Like I say, he was a no-nonsense guy; you
 3  didn't give him any lip or back talk or anything
 4  like that if you knew what was going to be good for
 5  you.  That was pretty much -- like I said that's the
 6  way he was.
 7  Q.   Could you tell when he was mad at you?
 8  A.   He was what?
 9  Q.   Could you tell when he was mad at you?
10  A.   There was no mistake.
11  Q.   How could you tell?
12  A.   Well, you know, he had a real deep voice and all
13  he had to pretty much do was give you the word or
14  give you the look, you knew you better be quiet.
15  Q.   Did he ever physically discipline you?
16  A.   Not so much.  On occasion, you know, he'd get
17  the old belt out.  You know, he didn't tolerate much
18  of that, but not so much it was just the threat of
19  it kind of pretty much put you in your place.  You
20  knew to -- *that's enough; you better knock it off*.
21  Q.   Do you recall a particular instance with Mike
22  involving cake?
23  A.   Yeah.  Well, one time he had been drinking, and
24  like I said, that's when he was more prone to be of
25  a loving nature.  It seemed, at least in his mind,

1  it kind of scared me, but I knew enough to go along

2  with it and Michael had been asking for some of that

3  cake.  He wasn't getting the answer he wanted, so he

4  kept asking, and then my dad slammed his face in the

5  cake.  And that was -- my mom was kind of outraged.

6  Q.   How did you feel?

7  A.   Hurt.

8  Q.   Had you tried to prevent what was happening?

9  A.   Excuse me?

10  Q.   Had you tried to prevent that happening?

11  A.   Yeah, you know, Michael wasn't taking the hint.

12  Michael was of a somewhat stubborn nature as a boy.

13  He was persistent.

14  Q.   How were you trying to give him the hint?

15  A.   Just trying to wave him off and trying to get

16  him to just go away.  You know, he wasn't paying

17  attention and my dad was trying to tell me some of

18  the things that he was going to do for us and

19  whatnot.  Like most alcoholics, they say a lot of

20  things when they've been drinking but tomorrow there

21  is not going to be a mention of it.  That's not

22  going to happen, you know, and you, after a while,

23  get to understand that these things you're hearing

24  they are real nice, but they're not going to happen.

25  Q.   How did Mike react after his face was pushed in

1  the cake?

2  A.   Yeah, I don't know.  I was worried about my

3  brother and I felt bad that my dad did something

4  like that.

5  Q.   Did it make Mike cry?

6  A.   I believe he did.  He was just a young boy, you

7  know.

8  Q.   About how old was he, do you remember?

9  A.   Maybe four or five maybe, just a little kid.

10  Q.   How was your -- how was your father towards your

11  mom?  How did he treat her?

12  A.   You know, it was -- it's hard for me to judge

13  what goes on in somebody else's relationship, but I

14  was pretty close to it.  I wouldn't -- I would say

15  that my dad wasn't real good about showing

16  affection, and I think that my mom actually needed

17  that and so that was hard for her.  She did a lot as

18  far as raising us boys and stuff by herself most of

19  the time.  And you can imagine three boys in Alaska

20  with very little -- you're pretty much left free to

21  do what you wanted as long as you weren't getting in

22  trouble or hurting anybody or, you know, stuff like

23  that.  But as far as being able to be out and about,

24  you know, the sun is up 24 hours a day in the summer

25  and, you know, you had to get called home at 9:00 or

 1  10:00.  You would forget to get home.
 2  Q.   I'd forgotten about the daylight.
 3  A.   We had a good time.
 4  Q.   What was it like when it was daylight all the
 5  time?
 6  A.   Well, we never knew anything different, so it
 7  was, you know, normal scenario.  Normal type summer
 8  that we looked forward to because you could go
 9  fishing at any hour of the day or night or you
10  could, you know, do whatever.  You weren't in the
11  darkness like in the winter, but winter time you had
12  a lot of darkness and not much time to do things in
13  the daylight.  So....
14  Q.   Right.
15  A.   Like I say, when you've never known anything
16  different, you're adapted and it's what you know.
17  It's not something that you have to get used to.
18  Q.   What about your mom, how would you describe your
19  mom's personality?
20  A.   What was that?
21  Q.   How would you describe your mom's personality?
22  A.   She was just a real wonderful person.  Never
23  really -- never had anything bad to say about
24  anybody.  And if you had something bad to say about
25  somebody, she would remind you, you're not so

1  perfect yourself.  But she was an excellent role

2  model.  You know, we didn't always follow it, but if

3  you need a good example of a real good person, she

4  was it.

5  Q.  Did she spend time in a children's home growing

6  up?

7  A.  She did.  She did.  Her parents -- when I say it

8  was -- they grew up during the depression and they

9  didn't have the money to provide for all of the

10 kids, so she went to a group home for girls and

11 that's where she grew up.

12 Q.  Did your family eventually move from Alaska back

13 to Minnesota?

14 A.  Yes.

15 Q.  How old were you when that happened?

16 A.  About 15 when we finally made the complete

17 transition.  We had been cycling back and forth for

18 about three years as my dad sold off his business

19 and they sold their house and stuff of that nature.

20 Q.  And why did your family move away from Alaska?

21 A.  Well, they had a real tremendous earthquake in

22 the '60s at -- pretty devastating.  It frightened my

23 mom and she wanted to move back home.

24 Q.  Were you -- do you remember the earthquake?

25 A.  Oh, yes, vividly.  I was out skiing and my dad

1   had picked us up and brought us home, and he was
2   going to a restaurant to get burgers and stuff for
3   everybody.  And I was --  my room was downstairs and
4   the house started shaking and everything and I
5   thought the furnace was blowing up because it was
6   rumbling so bad, and I thought the house is going to
7   blow up.  So I was trying to get up the stairs and
8   they were moving around for -- I didn't know why,
9   but I had a hard time getting up the stairs.  And
10  when I got up there, the walls were moving and
11  everything was flying out of the cupboards and all
12  over the place.  And we, finally, got out of the
13  house and got outside and my dad had a dump truck in
14  the driveway, and it kept going up and down the
15  driveway by itself, and the trees were flopping back
16  and forth and telephone phone poles were whipping.
17  I guess that once we were outside, I wasn't really
18  scared anymore because I realized it wasn't the
19  house blowing up.  To a person that probably, you
20  know -- I was probably at an age I didn't quite
21  realize the danger.  So it was kind of a neat thing
22  when I thought -- but the aftermath of the tsunami
23  and everything else was much more concerning to
24  somebody that was more knowledgeable than I was at
25  the young age.

1  Q.   Did your father get involved in the cleanup

2  efforts after?

3  A.   He did.  He had a construction company so he

4  volunteered his equipment and his manpower to clean

5  up.  Downtown had pretty much collapsed.  And the

6  tsunami came and washed homes out in the inlet and

7  stuff of that nature.  And they were -- it was

8  pretty tragic, because, you know, they were picking

9  up parts of only real high rise department stores,

10 the cement walls had fallen off the side of the

11 building and crushed a lot of people that were

12 downtown at the time, and he had to see all of that.

13 Q.   All right.  Did you graduate from high school?

14 A.   Actually, I did not.  I went to 12th grade.  I

15 took a GED test when I was 28.  Surprisingly, they

16 said *they never tested anybody that high before,*

17 *especially being out of school for ten years and you*

18 *retained all of this knowledge.*  And I said, *Well,*

19 *that wasn't really ever an issue.*

20 Q.   Did you ever -- when did you first meet Mike's

21 wife, Brendt's mom, Ellen?

22 A.   When they got married.

23 Q.   And how much contact did you have with them over

24 the years that followed them getting married?

25 A.   Not so much because I was drinking quite a bit

1  at that time and stuff.
2  Q.   Let me ask you about that.  You talked about
3  your father had struggled with addiction to alcohol.
4  Did you have a similar experience?
5  A.   Oh, yes.  I was an alcoholic.  I still am, but I
6  quit drinking about 36 years ago, but up to the time
7  I quit drinking, there was, a lot of problems in my
8  life were caused by drinking.
9  Q.   What kind of problems?  Did it cause problems
10  with your family?
11  A.   You know, I had DWIs.  I had assault charge on a
12  police officer twice.
13  Q.   What made you or led to you quitting drinking 36
14  years ago?
15  A.   Well, it was really tough.  The last time there
16  was an incident with the police officer and I just
17  said, "I can't do this anymore.  I can't live like
18  this.  I can't take it."
19  Q.   Where were you physically when you had that
20  thought, that realization?
21  A.   I was laying on the floor of a jail cell looking
22  at the ceiling wondering where I was.
23  Q.   Did you ever drink again after that?
24  A.   Excuse me?
25  Q.   Did you ever drink again after that?

SENTENCING -- July 10, 2019 (Morning)        108

1   A.   No.  It scared me.  I suffered blackouts, and I
2   would snap and I wouldn't remember anything.   I
3   wouldn't remember what happened.  I wouldn't know
4   why I was laying on the floor looking at the ceiling
5   but there I was.
6   Q.   Did you have physical health problems after you
7   quit drinking?
8   A.   Yes.  Actually went to the doctor because I
9   hadn't been drinking for over six months and I lost
10  coordination.  I would be walking down the hallway
11  and just slammed into the wall, just for no reason,
12  just left turn, bang.
13  Q.   Did you see a doctor about it?
14  A.   I did, because I was having, actually, problems
15  with my back and the doctor checked me out said,
16  "Well" -- he said, "Well, first of all," he said,
17  "your problem is that your brain is so used to it
18  compensating for your drinking that," he said, "you
19  probably don't have much difficulty walking."  He
20  said, "You're not stumbling around when you've been
21  drinking, are you?"  I said," "No.  He said that's
22  "because your brain has adjusted for that constant
23  influx of alcohol and it's been going on for so
24  long.  It is adjusting and now your body is reacting
25  much faster because you don't drink.  So that's why

 1 it's miss-anticipating your steps so" -- and he
 2 says, "as far as your back was, it's not your back;
 3 it's your liver."  He said, "You're starting -- you
 4 have liver damage, you have jaundice, your eyes are
 5 starting to yellow, your skin is yellowing, and
 6 you're ruining your liver.  So if you don't quit."
 7 I said, "Well, I have quit, but that's the problem
 8 it didn't go away."  He said, "It will, but it's
 9 going to take a while.  It took a long time for your
10 brain to start reacting."
11 Q.   Is your son, Sean, had problems with alcohol
12 also?
13 A.   Yeah, my son is also an alcoholic.  And as much
14 as you try to warn your loved ones away from the
15 effects of alcohol, especially when it's so
16 hereditary and so engrained in our family, but he
17 didn't listen, of course, but....
18 Q.   Has Sean been hospitalized in connection with
19 his drinking?
20 A.   Yes, twice.
21 Q.   When was the first time?
22 A.   He was suicidal both times.  And we had him
23 taken to detox and the last time he finally realized
24 that he needed help and he went to an inpatient
25 facility.  And then he was there for, I believe,

SENTENCING -- July 10, 2019 (Morning)          110

 1  about 45 days, and then he continued outpatient

 2  treatment for another two months.  And now he

 3  attends AA.

 4  Q.   Can you tell us how the circumstances that he

 5  went to the hospital the first time or got to the

 6  hospital the first time?

 7  A.   Well, he would drink a quart of Vodka in

 8  probably two hours, and he had alcohol poisoning and

 9  he wanted to kill himself.

10  Q.   What did he say?

11  A.   He said, he can't do this anymore.  He wants to

12  die.

13  Q.   How did you react?

14  A.   I called the police.

15  Q.   And what about the second time that he went to

16  the hospital, how did that come about?

17  A.   I came home from working and his sister was

18  there and her husband and his wife.  And he said

19  that he needs to go to detox, again, and he was

20  threatening himself and the police took him to the

21  hospital.

22  Q.   He was suicidal again?

23  A.   Yes.  And I went to the hospital and he wasn't

24  there, so just kind of disappeared.

25  Q.   What did you think had happened?

SENTENCING -- July 10, 2019 (Morning)      111

 1  A.   Well, they wouldn't give me any information.
 2  They just said that he had been discharged and he
 3  was not there.  I said, "Well, he has no car; he has
 4  no jacket; he has no coat.  How can that be?"  And
 5  they said, "We don't know."
 6  Q.   How long was it before you found him?
 7  A.   Well, I was more worried.  The Mississippi runs
 8  right behind that hospital within three blocks.  A
 9  lot of people drown themselves in that river, and I
10  was concerned that's what he intended.
11  Q.   Did you try to look for him?
12  A.   I looked everywhere for him.  I took his picture
13  around to any business that were open:  gas
14  stations, stores, bars, bowling alleys, any place
15  that I could possibly think of that he might have
16  went to, but he wasn't there.
17  Q.   How long was it before you found out where he
18  was?
19  A.   I suppose it was almost five or six hours.  The
20  police that actually came to the house to pick him
21  up finally demanded that the hospital respond with
22  an answer of more than *he's been discharged, and he*
23  *is no longer here.*  They found out that they took
24  him downtown Minneapolis to a detox facility there.
25  Q.   What did you think that you heard that he was in

1  Minneapolis detox facility?

2  A.   I was relieved.  I mean --

3  Q.   You had also had an aunt that was an alcoholic

4  for many years, did you not?

5  A.   Uh-huh.

6  Q.   Your Aunt Jeanette?

7  A.   Yes.

8  Q.   And did she have health problems as a result of

9  her drinking?

10  A.   Yeah.  She had the same or similar condition

11  that I have.  It's arthrosclerosis.  It just means

12  that all of your arteries and blood vessels, veins

13  are clogging up and they told her that she needed to

14  quit drinking and smoking.

15  Q.   Did she quit?

16  A.   No.  As a result they had to amputate one of her

17  legs, and they told her if she didn't quit drinking,

18  they would have to take off her other leg, but

19  alcoholism is a powerful thing and she decided that

20  she wasn't going to quit drinking or smoking.  And

21  then she wasn't going to let them take off her other

22  leg so she died in complications of gangrene and

23  lack of circulation.

24  Q.   Are there any of your grandchildren that have

25  had problems with alcohol?

1  A.   My oldest grandson and my second oldest
2  grandson.  One of them, I mean, he is not to the
3  point of alcoholism, but he considers it -- he needs
4  to have a beer after work and usually three or four,
5  and I know how it starts because that's how it
6  started for me.
7  Q.   Have any members of your extended family
8  suffered with mental illness?
9  A.   Who?
10  Q.   Have any members of your family suffered with
11  mental illness?
12  A.   Yes, my Aunt Mae was in an institution in
13  Washington.
14  Q.   How is she related to you, your Aunt Mae?  Is
15  that your mom's sister?
16  A.   That's my mom's sister, Mae; yes.  She was in
17  the home with my mom.
18  Q.   How long was Mae in the institution for, do you
19  know?
20  A.   Until she passed away.
21  Q.   Do you know what her diagnoses was?
22  A.   I think it was schizophrenia.
23  Q.   Did you ever go see her in the hospital?
24  A.   I did.  She would -- she actually came and
25  visited us a couple of times in Anchorage, and we

1  had visited her at her home in Washington.  And when

2  we were moving, we came down to Washington and we

3  went to the institution and visited her and....

4  Q.   What was she like?  What do you remember about

5  her?

6       MR. MILLER:  Judge, we have gone a long way

7  here, but it's really hard to see the relevance at

8  this point of this testimony.

9       MS. BRAIN:  Here's a direct blood relative

10 who was diagnosed with schizophrenia, Your Honor.

11      THE COURT:  Go ahead.  You may proceed.

12 BY MS. BRAIN:

13 Q.   What was she like?

14 A.   When we visited her at the institution, it was

15 really sad.  I would say, I never actually saw the

16 spark go out of somebody's life and left them just a

17 shell what they were.

18 Q.   Has your grandson, Travis, had mental health

19 difficulties?

20 A.   He went to treatment for marijuana smoking and

21 stuff.

22 Q.   Was he in therapy?

23 A.   Yes.

24 Q.   And Travis is your daughter Tara's son; is that

25 right?

 1  A.    Yes.

 2  Q.    And Tara had therapy or mental health treatment

 3  also?

 4  A.    She did.  I was unaware of it until recently but

 5  she had thyroid cancer and breast cancer that caused

 6  a lot of depression, so -- and she had a dissolution

 7  of her marriage and things of that nature.

 8  Q.    What do you remember about Brendt growing up?

 9  What kind of a kid was he?

10  A.    He was a happy-go-lucky kid, always had a smile

11  on his face.  He was like any normal young boy that

12  was just a real nice kid.

13  Q.    When was it -- how old was he the last time that

14  you saw him?

15  A.    I think that he was about 12 years old.

16  Q.    Okay.  Did you know -- did you follow what was

17  happening with him after that?

18  A.    Oh, yeah.  I always kept track of him and his

19  brother and his sister on Facebook and this and that

20  and things that other people told me, his grandpa,

21  and stuff like that.  I was pretty proud of, pretty

22  proud of him.  He was simply on the right track and

23  not a kid that ever got in trouble.  He excelled in

24  academics.  He was just an all around good kid.

25  Q.    How do you feel about the crime that Brendt's

1 been convicted of?

2 A.   It's horrendous.  It's a travesty.  I have no

3 idea.  I feel terrible for her family.  It's

4 just....

5 Q.   How do you reconcile Brendt had committed that

6 crime with the kid that you remember?

7 A.   Never.  It's unimaginable.  Unimaginable.  It's

8 not Brendt.  I don't know what happened.  It's just

9 unimaginable.  I can't -- I would never, ever have

10 thought.

11       MS.  BRAIN:  Thank you.  That's all my

12 questions.  Thanks.

13       THE COURT:  Mr. Miller.

14             CROSS-EXAMINATION

15 BY MR. MILLER:

16 Q.   If I heard correctly, the last time you saw the

17 defendant, I guess before today, was when he was 12

18 years old?

19 A.   Yes, sir.

20 Q.   So your testimony is based on that 12-year-old

21 boy; you wouldn't have expected him to commit the

22 crime that he's been convicted of?

23 A.   Correct.  It's his pleasant, his demeanor, his

24 personality.

25 Q.   Fair to say that there is not a 12-year-old boy

1  that you would know that you would expect to commit
2  a horrendous crime like that; is that fair to say?
3  A.   No, absolutely not.
4  Q.   You discussed in some detail, we've heard about
5  an incident with the cake that took place?
6  A.   Uh-huh.
7  Q.   What, and I believe the defendant's father was
8  four or five years old at that time?
9  A.   Yes.
10  Q.   Would that have been in the 1950s?
11  A.   Yeah, it would have been in the late '50s, '58,
12  '57, '58.
13  Q.   So that was approximately 30 years before the
14  defendant was born?
15  A.   Yes, sir.
16  Q.   And then you testified, I think, at some length
17  about the earthquake that happened in Alaska?
18  A.   Yes, sir.
19  Q.   When did that take place?
20  A.   I believe it was 1965 or '66.  It was worldwide
21  news at the time.  It was devastating damage.
22  Q.   So that's about 23 or 24 years before the
23  defendant was born?
24  A.   Yes, sir.
25  Q.   You don't have any history of mental illness, do

1  you?

2  A.    Myself?

3  Q.    Yeah.

4  A.    When I was drinking, I was suicidal.

5  Q.    Did you seek help for that?

6  A.    I did to the extent but like all good

7  alcoholics, you try to cover things up and pretend

8  like they are not going on; you don't want anybody

9  to know, especially at that time.  It's been 36

10 years or 37 years since I have drank, but at that

11 time it wasn't really all that acceptable to be an

12 alcoholic.

13 Q.    So you were trying to cover it up?

14 A.    Yes, you mask it.

15 Q.    And you quit drinking in 1983?  Is that about

16 right?

17 A.    That would be about right, '82 or '83.

18 Q.    So you quit drinking maybe six years before the

19 defendant was even born?

20 A.    Yes, sir.

21 Q.    And you noted that you were concerned when you

22 couldn't find your son?

23 A.    Yes.

24 Q.    And seems like you got a little emotional.  You

25 thought that he might have been in the Mississippi

1  River?

2  A.   Well, I thought he might have made good on his

3  threats or his statements that he wanted to kill

4  himself.

5  Q.   And you were looking for him for five or six

6  hours?

7  A.   Yes.

8  Q.   So fair to say when you don't know where your

9  child is, it's very distressing?

10 A.   Yes, sir.

11        MR. MILLER:  I have no further questions,

12 Your Honor.

13        MS.  BRAIN:  No redirect, Your Honor.

14        You can come down, Mark.

15        THE COURT:  You may step down.  Thank you.

16 Thank you, sir.

17        10 to 12:00.  Shall we take our break now

18 and not start another witness?  Do you have one

19 prepared for after the lunch hour?

20        MS. POLLOCK:  Several, Your Honor.

21        THE COURT:  Why don't we take our lunch and

22 resume at 1:15.

23        Please do not discuss this matter with

24 anybody, including yourselves.  We will see you at

25 1:15.

SENTENCING -- July 10, 2019 (Morning)          120

1            (Jury absent, 11:51 a.m.)

2            THE COURT:  Anything before we break?

3            See you at 1:15.  What do you expect the

4    afternoon to look like?

5            MS. POLLOCK:  So, Your Honor, next is Robert

6    Lahmann, who is a relative of the defendant's

7    mother.  Then we have two witnesses:  Deb and Tom

8    Mitchell, who will be briefer, who are the

9    defendant's mother's friend.  And we have his first

10   grade teacher and his best friend from preschool and

11   that's it for the day.

12           THE COURT:  Okay.  Very good.

13           We will see you at 1:15.

14           (Recess, 11:51 a.m.)

15                      *****

16

17

18

19

20

21

22

23

24

25