SENTENCING -- July 10, 2019 (Afternoon)

```
 1                 UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF ILLINOIS.
 2


 3

   UNITED STATES OF AMERICA,
 4                                  Docket No. 17-20037
                   Plaintiff,
 5
      vs.                           Peoria, Illinois
 6                                  July 10, 2019
                                    1:17 p.m.
 7   BRENDT A. CHRISTENSEN,

 8                 Defendant.

 9


10


11         SENTENCING -- July 10, 2019 (Afternoon)

12


13


14         BEFORE THE HONORABLE JAMES E. SHADID

15              UNITED STATES DISTRICT JUDGE

16


17


18


19


20
                LISA KNIGHT COSIMINI, RMR-CRR
21                 U.S. District Court
                     201 South Vine
22              Urbana, Illinois 61802
                     217-355-4227
23


24
   Proceedings recorded by mechanical stenography;
25   transcript produced by computer.
```

SENTENCING -- July 10, 2019 (Afternoon)

1 | A P P E A R A N C E S :

2 | For the Plaintiff:        EUGENE L. MILLER, ESQUIRE
                             BRYAN D. FRERES, ESQUIRE
3 |                          Assistant United States Attorneys
                             201 South Vine Street
4 |                          Urbana, Illinois 61802
                             217-373-5875
5 |
                             JAMES B. NELSON, ESQUIRE
6 |                          U.S. DEPARTMENT OF JUSTICE
                             Capital Case Section
7 |                          1331 F Street NW, Suite 625
                             Washington, DC 20004
8 |                          202-598-2872

9 |
   | For the Defendant:        GEORGE F. TASEFF, ESQUIRE
10 |                         Assistant Federal publish Defender
                             401 Main Street, Suite 1500
11 |                         Peoria, Illinois 61602
                             309-671-7891
12 |
                             ELISABETH R. POLLOCK, ESQUIRE
13 |                         Assistant Federal publish Defender
                             300 West Main Street
14 |                         Urbana, Illinois 61801
                             217-373-0666
15 |
                             ROBERT L. TUCKER, ESQUIRE
16 |                         Robert L. Tucker, Esq
                             7114 Washington Avenue
17 |                         St. Louis, Missouri 63130
                             703-527-1622
18 |
                             JULIE C. BRAIN, ESQUIRE
19 |                         Attorney at Law
                             916 South 2nd Street
20 |                         Philadelphia, Pennsylvania 19147
                             267-639-0417
21 |

22 |

23 |

24 |

25 |

SENTENCING -- July 10, 2019 (Afternoon)

I N D E X

Page

DEFENSE WITNESSES IN MITIGATION:

ROBERT LAHMANN
    Direct Examination by Ms. Brain ................. 124
    Cross-Examination by Mr. Miller ................. 145

JEANETTE HANDRICH
    Direct Examination by Ms. Pollock .............. 147
    Cross-Examination by Mr. Freres ................ 157

DEBRA MITCHELL
    Direct Examination by Mr. Taseff ............... 158
    Cross-Examination by Mr. Freres ................ 225

THOMAS JOSEPH MITCHELL
    Direct Examination by Ms. Brain ................. 231
    Cross-Examination by Mr. Miller ................. 247

ANDREW KIEPER
    Direct Examination by Mr. Taseff ............... 250
    Cross-Examination by Mr. Miller ................. 284
    Redirect Examination by Mr. Taseff ............. 287

SENTENCING -- July 10, 2019 (Afternoon)

```
 1                    (In open court; jury absent; 1:17 p.m.)
 2              THE COURT:  All right.  Anything to address
 3   before we bring the jury in?
 4              MS. POLLOCK:  No, Your Honor.
 5              MR. MILLER:  No, Your Honor.
 6              THE COURT:  Okay.  We're ready for the next
 7   witness; we finished Mr. Mark Christensen, right?
 8              MS. POLLOCK:  Correct.
 9              (Brief pause in proceedings.)
10              (Jury present, 1:18 p.m.)
11              THE COURT:  All right, thank you.  Please be
12   seated.
13              Next witness.
14              MS. BRAIN:  Yes, Your Honor.  The defense will
15   call Mr. Bob Lahmann, Robert Lahmann.  I will be right
16   back; I'll go get him.
17              (Brief pause in proceedings.)
18              THE COURT:  If you'll come forward please, sir,
19   all the way up.  And at that point, sir, please raise
20   your right hand.
21               ROBERT LAHMANN, sworn, 1:20 p.m.
22              THE COURT:  Whenever you're ready, Ms. Brain.
23              MS. BRAIN:  Thank you.
24              DIRECT EXAMINATION BY MS. BRAIN:
25      Q    Could you state your name and spell your last
```

SENTENCING -- July 10, 2019 (Afternoon)

1   name for the court reporter?

2        A    Robert Lahmann, L-a-h-m-a-n-n.

3        Q    And are you related to Brendt Christensen?

4        A    I'm his uncle.

5        Q    On which side of the family?

6        A    My sister is his mom.

7        Q    What town do you live in currently?

8        A    I'm sorry?

9        Q    What down do you live in currently?

10       A    I live in Cincinnati.

11       Q    And how long have you lived there?

12       A    Five years.

13       Q    Are you employed?

14       A    I am.

15       Q    Where do you work?

16       A    I work at Waffle House Restaurants, and I'm a

17  part-time real estate agent at Comey & Shepherd.

18       Q    What do you do for Waffle House?

19       A    Manager.

20       Q    Are you married?

21       A    I am.

22       Q    What's your wife's name?

23       A    Elizabeth Deanne Lahmann.

24       Q    And how long have you been married?

25       A    36 years.

SENTENCING -- July 10, 2019 (Afternoon)

1       Q     Do you have children of your own?

2       A     I do.  We have three daughters.

3       Q     How old are they?

4       A     35, 30, and 29, I think it is; Sarah, Veronica

5    and Abigail.

6       Q     Sarah, Veronica, and Abigail?

7       A     Yes.

8       Q     Thank you.

9             How about grandkids?  Do you have any

10   grandkids?

11      A     Five grandkids.

12      Q     What kind of ages are they?

13      A     Range from 11 to 17, all -- one boy and four,

14   four girls.

15      Q     Four girls.

16            Where were you born?

17      A     Milwaukee, Wisconsin.

18      Q     And who were your parents?

19      A     Robert and Lorraine Lahmann.

20      Q     Did you know your grandparents?

21      A     I did.

22      Q     On your mother's side, who were your

23   grandparents?

24      A     Casmer and Stella Jurgilanis.

25      Q     Where did you live when you were growing up?

1      A    Oconto Falls, Wisconsin.  It's a little town

2   right outside of Green Bay.

3      Q    Are either of them still living?

4      A    I'm sorry?

5      Q    Are either of them still living?

6      A    They are not.

7      Q    What about your grandparents on your father's

8   side?  Who are they?

9      A    Oscar and Edna.

10     Q    Lahmann?

11     A    Lahmann.  I'm sorry, yes.

12     Q    No, no.  My fault.

13          Let me show you a picture right quick.

14          MS. BRAIN:  If I could approach, Your Honor?

15          THE COURT:  You may.

16          MS. BRAIN:  I'm showing you what is marked as

17   Defense Exhibit 107.

18   BY MS. BRAIN:

19     Q    Can you tell us who those folks are in that

20   picture?

21     A    My father's on the right; my grandfather's in

22   the middle, and my grandmother's on the left.

23          MS. BRAIN:  Permission to admit the photo and

24   publish it, Your Honor?

25          THE COURT:  Any objection?

SENTENCING -- July 10, 2019 (Afternoon)

```
 1            MR. MILLER:  No objection, Your Honor.

 2            THE COURT:  You may.

 3                 (Brief pause in proceedings; defense

 4                 counsel conferring.)

 5            MS. BRAIN:  No problem.  I'll keep going, and

 6   we'll put it up in a minute.

 7   BY MS. BRAIN:

 8       Q    Where did they live?  By "them," I mean your

 9   grandparents on your father's side when you were growing

10   up.

11       A    They were separated as long as I can remember.

12   My, my grandmother lived with my father's sister, Aunt

13   Jean, Auntie Jean.  And my grandfather lived somewhere in

14   Northern Wisconsin, as far as I can remember.

15       Q    When did your grandfather pass away?

16       A    I don't remember the exact year.  It was in the

17   '90s sometime.

18       Q    Could it have been 1973?

19       A    That early?  Okay.  It might have been.

20       Q    Yeah.  How did he die?

21       A    He killed himself.

22       Q    How did he do that?

23       A    Shot himself.

24       Q    Did you know -- how old were you when he died?

25       A    In '73, I would have been a sophomore in high
```

SENTENCING -- July 10, 2019 (Afternoon)

1   school.

2       Q    Were you told about how he had died at the

3   time?

4       A    Not at the time.

5       Q    Did you --

6       A    Found out later, probably.

7       Q    How many brothers and sisters do you have?

8       A    I'm the eldest; Ellen is next in line; Pete;

9   and then Emily is the youngest.

10      Q    And Ellen is Brendt's mom?

11      A    Yes.  That's correct.

12      Q    Were you born in the order that you just said,

13  you, Ellen, --

14      A    Yes.  That's correct.

15      Q    -- Pete, and Emily?

16           And how far apart are you in age?

17      A    The first three were within 11 months; '58,

18  '59, and '60 were the years of being born.  And then my

19  sister, Emily, was born in 1968.

20      Q    What's the first place you remember living?

21      A    The first place was in Delafield, and I very --

22  remember very little about that.  I just remember

23  basically being told we had to move, and then we moved to

24  a house in Monches, Wisconsin.

25      Q    Do you know why -- well, how old were you when

SENTENCING -- July 10, 2019 (Afternoon)

1   you moved?

2        A    Three or four, maybe.

3        Q    Was the move a step up in terms of standard of

4   living?

5        A    It was not.  It was not.  It was a step down.

6        Q    Were you told why your family moved?

7        A    We were not told.

8        Q    How did your family afford to actually make the

9   move?

10       A    I had heard a story that my grandfather loaned

11  my father money to get the place.

12       Q    And that's your grandfather Oscar?

13       A    Yes.  That's correct.

14            (Defense counsel conferring.)

15       Q    Oh, okay; let's look at the picture you

16  identified and admitted, if we could publish 107.  There

17  we go.

18            Can you tell us again who that is?

19       A    Robert is on the right, my father.  Oscar's in

20  the middle.  And Edna, we called her -- everybody called

21  her "August" -- is on the left.

22       Q    Okay, thank you.

23            What do you remember about that house in

24  Monches, Wisconsin?

25       A    It was really cold during the winter.  It was,

SENTENCING -- July 10, 2019 (Afternoon)

1    it was -- it was not a very nice house.  When the wind

2    would blow, the, you'd see the drapes blowing; very

3    poorly insulated.  I remember having coal delivered and

4    then, after that, oil delivered to heat the house.

5         Q    Was it in a town or a village?

6         A    It was in the middle of the country.

7         Q    How many bedrooms did it have?

8         A    Three.

9         Q    What did -- what was your father's vocation, if

10   you will?  What did -- how did he want to make a living?

11        A    He wanted to be an artist.  He wanted to be a

12   painter.  But I remember sitting in art shows in the

13   communities around us on weekends where he would -- we

14   would sit all day, and he wouldn't sell anything.

15        Q    If, after he failed to make a living as an

16   artist, what did -- did your father work somewhere else?

17        A    He worked for a company called Milwaukee

18   Electric Tool as a machinist.  I think he got that when I

19   was in grade school, later grade school.

20        Q    Where did he work before that?  Do you know?

21        A    I had heard that he had worked for Miller and

22   then Pabst, in the brewery companies around Milwaukee.

23        Q    How well off was your family financially?

24        A    It was, it was rough.  I mean, looking back

25   right now, we didn't have a lot of money.

SENTENCING -- July 10, 2019 (Afternoon)

1       Q      Were there times when you were growing up that
2    you knew that money was short?
3       A      We -- you know, I remember thinking once,
4    going, "Are we poor?"
5              And just, kind of -- well, you know, we were
6    told, "No, we're not.  We are struggling.  We're not
7    poor.  It's just a little difficult right now."
8       Q      Were there things about the -- things that you
9    had compared to other kids that were different?
10      A      They weren't as nice.
11      Q      Did you have new clothes though?
12      A      We always went to Goodwill for our clothes.
13      Q      When your father was working at Milwaukee
14   Electric Tool, what kind of hours did he work?
15      A      He worked second shifts.  He'd go in about 2:00
16   in the afternoon, and he'd get home after 11:00.
17      Q      Why did he work that shift?
18      A      He wanted to paint; so he would take the
19   mornings when the kids were at school, and he would take
20   that opportunity to go out and paint.  He'd wait until we
21   got up in the morning -- went to school in the morning.
22   Then he'd get up, work right up to the time that he'd
23   have to go to work; we'd come home, and we wouldn't see
24   him at all throughout the week.
25      Q      What about on weekends?  Did he --

SENTENCING -- July 10, 2019 (Afternoon)

1     A     He kept himself pretty busy, usually with his

2  art or working around the house.

3     Q     Would you say your father was a happy man?

4     A     No.

5     Q     Would you say he was depressed a lot of the

6  time?

7     A     Yes.

8     Q     How could you tell when he was depressed?

9     A     He would either get very loud and angry at you,

10  or he would pull what we always called "the silent

11  treatment," where he just would not respond to you at

12  all.

13     Q     Did his mood ever change?

14     A     He was -- it, it was.  He would go up and down.

15  Sometimes he would be just a lot of fun to be with; and

16  other times, we would just not want to be around the

17  house.  We would make ourselves scarce.

18     Q     What kind of things would he do with you when

19  he was in an up phase?

20     A     Oh, we would play baseball.  He built us a

21  treehouse.  He built a baseball backstop for us because

22  we were always playing basketball, baseball.

23     Q     Did any of the things he, he did with you when

24  he was in an up phase involve your sister, Ellen?

25     A     No.  Never.

SENTENCING -- July 10, 2019 (Afternoon)

```
 1       Q     Was he mostly up or mostly down?

 2       A     Mostly down.

 3       Q     Down.

 4             Did your father ever get mental health

 5  treatment that you know of?

 6       A     Not that I'm aware of.

 7       Q     Was he affectionate towards you --

 8       A     No.

 9       Q     -- and Ellen?

10             Did he have a temper?

11       A     Yes.

12       Q     Was he physically aggressive with you?

13       A     Yes.

14       Q     Do you remember particular times when he was

15  aggressive with you?

16       A     I remember being hit.

17       Q     How did his temper affect you as a child

18  growing up?

19       A     We never had friends over to the house.

20       Q     Why not?

21       A     We were embarrassed.

22       Q     Because what would they have -- what were you

23  afraid they would see?

24       A     They would -- I would -- I was afraid that they

25  would see his temper and how he treated us.
```

SENTENCING -- July 10, 2019 (Afternoon)

1      Q      Did you spend a lot of time in the house

2  yourself when he was there?

3      A      I did not.  We would, we would get as far away

4  until it got dark; and when it got dark, then we knew it

5  was time, and it was probably okay to come home.

6      Q      How did your father treat your mother?

7      A      Verbal and physical abuse.

8      Q      When your father wasn't working, how did he

9  spend his time?

10     A      He was always involved doing something with his

11 art.

12     Q      How many paintings do you think he painted over

13 the years?

14     A      Over 10,000.  I mean, it's just incredible the

15 amount of work that he did.

16     Q      Do any of those paintings still exist?

17     A      Yes.  We've got a number of them in our house.

18     Q      And do other family members have them?

19     A      Uh-huh.

20     Q      A lot of family members?

21     A      All of the family members, as far as I know,

22 have some, at least one work of theirs in his house.

23     Q      What kind of things did he paint?

24     A      He ran the gambit.  It was either portraits,

25 religious works, still lifes.  He did watercolors, oils.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    What were his religious works like?

2    A    They were kind of scary in a way, almost

3    demonic, I felt, in looking at them.  I remember showing

4    to my -- one of them to my wife, and she goes, "Well,

5    we're not going to take that one.  This is too weird."

6    Q    Did he ever ask you to pose for him so he could

7    paint you?

8    A    Yes.

9    Q    What was that like?

10   A    For a six-year-old kid, it was -- it was a long

11   time standing still not being able to do anything.

12   Q    Do you remember any paintings in particular

13   that you sat for?

14   A    I remember, yes, a couple.  I think I was a

15   David in one portrait.  That's the one that sticks out

16   the most.

17   Q    Were you ever depicted on a cross?

18   A    Yes, I was.

19   Q    And what -- do you remember the picture with

20   the arrows in it?

21   A    I'm sorry?

22   Q    Do you remember a picture with arrows in it?

23   A    Yes.

24   Q    Can you describe that one?

25   A    I was just standing there with a whole bunch of

SENTENCING -- July 10, 2019 (Afternoon)

1  arrows stuck in me.  It was kind of weird to look at.

2      Q    Yeah.  How did you feel when you looked at

3  them?

4      A    I just didn't -- I remember I didn't like

5  posing for them.

6      Q    Did your father have a particular room in the

7  house where he painted?

8      A    Yes.

9      Q    Where was that?

10     A    We called it "the back room."

11     Q    And what did it look like?

12     A    It was quite eclectic.  We had -- he had, like,

13  baby dolls that my sister would play with hanging from

14  the ceilings in order to pic-- *This is what an angel is*

15  *going to look like, and this is where I'm going to place*

16  *it in my portrait.*

17          It had a distinctive smell of turpentine.

18     Q    Was it orderly and --

19     A    It was not.  It was very unorganized.

20     Q    You mentioned your father's not still living.

21  When did he pass away?

22     A    I think it was 2012.

23     Q    And how, how did he die?

24     A    He stopped eating.

25     Q    Was it deliberate or --

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        A     Yes.  He didn't want to do it anymore.

 2        Q     And did he -- did you find medications after

 3   that?

 4        A     Uh-huh.  There was a number of medications that

 5   were found, that he should have taken, that were rolled

 6   up in his sleeves.

 7        Q     How would you describe your sister Ellen's

 8   relationship with your father?

 9        A     Ellen is not a strong person.  She had an

10   overbearing father that didn't really show her a lot of

11   attention.

12        Q     And what about her relationship with your

13   mother?

14        A     Mom was great.

15        Q     Tell us about your mom.

16        A     She was a, she was a great lady.  She was

17   always there for us, picking up the slack for, for her

18   husband.  It was like she was a single mom.

19        Q     Did your parents have a social life?

20        A     They did not.

21        Q     Did either of them have friends around?

22        A     We never saw any -- we -- the only time we went

23   to visit people was his sister, Jean, and her daughters,

24   Leslie and Jackie.

25        Q     Where did they live when you were growing up?
```

SENTENCING -- July 10, 2019 (Afternoon)

1        A     South Side of Milwaukee -- or New Berlin.  I

2   think that's Waukesha County.

3        Q     How far away was that from --

4        A     It seemed like it took forever.  It was

5   probably -- back then before the interstates, it was

6   probably at least a half hour or 45-minute trip.

7        Q     And what were those visits like for you when

8   you went to your Auntie Jean's house?

9        A     Oh, I loved going -- I loved going there.  I

10  remember thinking *Why can't our house be like this?*  You

11  know, it was a nice, well, orderly house.  It had nice

12  things in it.  It was in the city.  If they wanted to go

13  somewhere, it was like three minutes away.  It wasn't --

14  in Monches where we lived, everything was a trip.

15       Q     And your Auntie Jean, did she live alone, or

16  did she have a family?

17       A     She had a family.  She had -- had two husbands,

18  Uncle Jack and then she divorced -- they divorced, and

19  then she got married a couple years later to Jim Jacobs,

20  and then they moved down to Illinois.

21       Q     And did she have children?

22       A     Uh-huh, Leslie and Jackie.

23       Q     And those are your cousins you played with when

24  you went there?

25       A     Yes.

SENTENCING -- July 10, 2019 (Afternoon)

1     Q    Were your father and Auntie Jean close?

2     A    They were, and then they broke up.  They had a,

3  some kind of an argument, and it took years and years for

4  them to, to reconcile.

5     Q    Uh-huh.

6     A    Not really knowing what had happened; but

7  knowing the personalities, I'm sure it's something that

8  my dad just got mad at her about and just refused to talk

9  about it.

10    Q    For how many years?

11    A    Over 20.

12    Q    Did you ever spend time with family on your

13  mother's side?

14    A    Very seldom.  I remember going up once to visit

15  Stella and Casmer on their farm, but I only have one

16  memory of that.

17    Q    Why did you spend so little time with them?  Do

18  you know?

19    A    I think it's because Dad didn't want to spend

20  time with them.  He wanted to spend time with Jean.  If

21  he was going to spend any time, he wanted to be somewhere

22  where he felt comfortable.

23    Q    When did you first leave home?

24    A    When did I leave home?

25    Q    Yeah.

SENTENCING -- July 10, 2019 (Afternoon)

1    A    17.

2    Q    Where did you go?

3    A    I went to College, University of Wisconsin-Eau

4    Claire.

5    Q    Seventeen is pretty young to graduate high

6    school.  Were you --

7    A    Well, we didn't -- it was a small grade school.

8    It didn't have a kindergarten.  It was a two-room

9    schoolhouse.  I mean, it was a small town, so we went

10   immediately into first grade.

11   Q    So how old were you when you started school?

12   A    I think I was about probably five.

13   Q    Why were you sent to school at such a young

14   age?

15   A    I'm sure that I wanted -- I was wanted to get

16   out of the house; they wanted me out of the house.

17   Q    Who did?

18   A    Dad.

19   Q    Well, did you -- what was your principal

20   motivation for leaving Monches when you left for college?

21   A    I just wanted to get out and get on my own.  I

22   just didn't want to have to deal with it anymore.

23   Q    What did you study in college?

24   A    Music education.

25   Q    Did you graduate with a degree?

SENTENCING -- July 10, 2019 (Afternoon)

1       A    I did not.

2       Q    You say "music."  You were a musician?

3       A    I tried to be.

4       Q    What --

5       A    Voice and viola.

6       Q    When you left for college, was Ellen still home

7   at the time?

8       A    Yes.  She was a year behind me at high school.

9       Q    And when did she leave home?

10      A    She graduated in 1977.  I think she left after

11  a couple of years.  I'm not -- I don't remember.

12      Q    Do you know which college she went to?

13      A    She went to University of Wisconsin-Stevens

14  Point.

15      Q    And what did she study?

16      A    Music.  I think she was performance.  She was a

17  cellist.

18      Q    So in the first few years after you guys left

19  home, how often did you see Ellen?

20      A    Not a lot.  Holidays, basically, when I'd come

21  home for Christmas and Thanksgiving.

22      Q    When did you first meet her husband, Mike?

23      A    Early '80s, I think; maybe '79/'80.

24      Q    And did Ellen seem different to you after she

25  got married?

SENTENCING -- July 10, 2019 (Afternoon)

1        A    We didn't really see a lot of her.  But, you

2   know, being a big brother, you want the best for your

3   little sister, and I'm not sure she was entirely happy

4   all the way through.

5        Q    How often did you see Ellen and her family

6   after they had children?

7        A    Just holidays.

8        Q    Were you aware that when Brendt and his

9   siblings were growing up Ellen was ill with severe

10  depression?

11       A    I was not aware of that.

12       Q    Were you aware that after she got sick she

13  developed a dependence on alcohol?

14       A    I was not -- I was not aware of that, until

15  recently.

16       Q    Are there any other members of your family who

17  struggle with mental illness?

18       A    Um --

19       Q    Your -- we talked about your father.

20       A    Yeah.  My father, obviously, had some kind of

21  issues.

22       Q    Uh-huh.

23       A    I'm sure -- I have had issues with it as well.

24  You know, looking back, I probably should have looked for

25  help --

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    Uh-huh.

2    A    -- with the -- because I have the tendency to

3  do the, react the way that he did with long silences.

4  And it's not healthy.  I've been working on that, and I

5  probably should have seeked assistance for that earlier.

6    Q    Are there other members of your family who

7  struggled with drug or alcohol dependence that you know

8  of?

9    A    Not that I'm aware of.

10    Q    How well did you know Brendt when he was a kid?

11    A    Not really.  Didn't know a lot of him.  I mean,

12  we saw him.  He was very polite, nice young man.  Very

13  quiet.

14    Q    When was the last time you saw him?

15    A    It was at a holiday at my sister's, maybe six

16  or seven years ago.  He was there.  I don't remember

17  which exact holiday it was, but I remember him being

18  there with his wife.  They were sitting on the couch, and

19  they were very nice, but they were very quiet.

20    Q    Just kind of off by themselves?

21    A    Uh-huh.  They looked -- you know, they were

22  just, just being quiet.  They didn't really interact a

23  lot.

24    Q    How do you feel about the crime that Brendt has

25  been convicted of?

SENTENCING -- July 10, 2019 (Afternoon)

1    A    It's awful.  Heart-breaking.

2    Q    How do you reconcile the kid that you knew

3  growing up with the person that --

4    A    I can't --

5    Q    -- committed this crime?

6    A    I can't reconcile it.  There's -- you know, for

7  that to occur, there had to have been something that,

8  that was wrong.  People just don't do this.

9    Q    If Brendt were to be executed, how would it

10  affect his mom, your sister, Ellen?

11    A    It would just destroy her.  She's not a strong

12  person.  She came out of the marriage -- you know, first

13  a relationship with her, her father that wasn't good;

14  then the relationship with her husband that didn't end

15  well.  For something like this to happen to her son, it

16  would just absolutely devastate her.

17        MS. BRAIN:  Thank you, sir.  That's all the

18  questions I have.

19        THE COURT:  Cross-examination.

20        CROSS-EXAMINATION BY MR. MILLER:

21    Q    You talked about the punishment devastating

22  her.  Does it -- wouldn't it devastate her to know that

23  her son was a murderer?

24    A    [No response.]

25    Q    That would devastate her, too, right?

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        A     Uh-huh [nodding head up and down].

 2        Q     So she's devastated by this?

 3        A     Yes, sir.

 4        Q     How old was your grandfather in 1973?

 5        A     I don't know.  I don't know the year of his

 6   birth.  Probably in his 70s.

 7        Q     So he was in his 70s then.

 8              And how old was your dad in 2012?

 9        A     He was 92, I think.

10        Q     So these incidents you had talked about with

11   your dad and your father were when they were well into

12   old age?

13        A     I don't understand the question.  I'm sorry.

14        Q     Yeah.

15              In 1973, you said your grandfather was in his

16   70s, so he was an elderly person?

17        A     Yes, yes.  That's correct.

18        Q     And with your father in 2012, he was in his

19   90s?

20        A     Yes.

21        Q     So he was an elderly person at that point?

22        A     Yes, sir.

23        Q     Now, you noted that you were not aware of your

24   sister's alcoholism until recently?

25        A     Yes.  That's correct.
```

SENTENCING -- July 10, 2019 (Afternoon)

1      Q    And you said you weren't aware of her

2  depression until recently?

3      A    That's correct.

4      Q    And what would "recently" be?  Like in the last

5  six months?

6      A    No.  Five years, maybe.  I think mom told me

7  about it.

8          MR. MILLER:  Okay.  I have no further

9  questions, Your Honor.

10         MS. BRAIN:  You can step down, Mr. Lahmann.

11         THE COURT:  You may step down.  Thank you, sir.

12             (Witness Lahmann excused, 1:43 p.m.)

13         THE COURT:  Next witness.

14         MS. POLLOCK:  Defense calls Jeanette Handrich.

15             (Brief pause in proceedings.)

16          JEANETTE HANDRICH, sworn, 1:44 p.m.

17          DIRECT EXAMINATION BY MS. POLLOCK:

18     Q    Could you please state your full name and spell

19  both for the court reporter?

20     A    My name is Jeanette Handrich.  J-e-a-n-e-t-t-e.

21  Last name, H-a-n-d-r-i-c-h.

22     Q    Thank you.

23          And where do you live?

24     A    I currently live in Surprise, Arizona.

25     Q    And how long have you lived there?

SENTENCING -- July 10, 2019 (Afternoon)

1        A     Three years.

2        Q     Prior to moving to Surprise, where did you

3    live?

4        A     I lived in Waupaca, Wisconsin, which is about

5    30 miles from Stevens Point.

6        Q     Okay.  And while you lived in Waupaca, where

7    did you work?

8        A     I taught in Stevens Point Public School

9    District.

10       Q     Okay.  What grades in particular did you teach

11   over your career?

12       A     I've taught everything from preschool,

13   educational research, kindergarten, first grade, third

14   grade, fourth grade, fifth grade, sixth grade, and parent

15   education.

16       Q     So you missed second is what you're saying?

17       A     I missed second.

18       Q     Thank you.

19       A     They skipped me to third.

20       Q     So how long were you a teacher?

21       A     Almost 40 years.

22       Q     And are you now retired?

23       A     I am.

24       Q     When did you retire?

25       A     I retired in 2011.

1      Q      And was there a particular reason why you

2  retired?

3      A      Yes.  Our program lost its funds after 25 years

4  of teaching the gifted program, so I left.

5      Q      Okay.  Now, you said you taught the gifted

6  program.  Did that program have a name?

7      A      Yes.  It was called the NOVA Program.

8      Q      And do you recall how the NOVA Program came to

9  exist?

10      A      Yes.  In 1987, Emory Babcock, the curriculum

11  director for the district, decided, along with parents

12  who were kind of promoting the idea, that the district

13  needed something more than just a pull-out program for

14  gifted students.  So he found three teachers in the

15  district who had a little gifted background, and he asked

16  us if we would go ahead and begin writing curriculum; and

17  once the curriculum was started, they went ahead and

18  tested children in the district.

19            Those children were tested for IQ, creativity.

20  Parents were, had to give their permission for all of

21  this.  The school psychologist did the testing.  If the

22  children were at least 130 IQ, then they were put on kind

23  of a continuum of needs; and the students were then

24  invited into the program.

25            At the beginning, there was quite a waiting

SENTENCING -- July 10, 2019 (Afternoon)

1   list, and our rooms were rather large.

2        Q    How long did you teach in the NOVA Program?

3        A    25 years.

4        Q    Okay.  And so 25 years, and no jobs after that?

5        A    Correct.  Other than just a little part-time

6   here and there.

7        Q    Okay, gotcha.

8             Now, you came here today from Surprise,

9   Arizona, correct?

10       A    I did.

11       Q    And did you bring something with you on the

12  plane when you came?

13       A    I did.

14       Q    I'm going to hold this up for you.  Is this

15  what you brought?

16       A    That is what I brought.

17       Q    Can you tell everybody what it is?

18       A    It is one of three scrapbooks that I put

19  together at -- excuse me -- at the end of my career.

20       Q    Okay.  Now, at the end of your career, you had

21  been teaching for 25 years and had had classes filled

22  with kids that whole time?

23       A    Oh, yes.  I had been teaching for almost

24  40 years by then, but 25 with the NOVA Program.

25       Q    Okay.  And anywhere inside of this book did you

```
1   find pictures of Brendt Christensen?

2       A    I sure did.

3       Q    Okay.  Now, do you remember the Christensen

4   family?

5       A    I do.

6       Q    And had you met Brendt's parents, Ellen and

7   Mike?

8       A    Yes, I have.

9       Q    And do you remember what grades you taught

10  Brendt in?

11      A    I taught Brendt in third grade and in fourth

12  grade.

13      Q    Did you also teach his brother, Matt?

14      A    I taught Matt prior to Brendt.  Yes.

15      Q    Okay.  What --

16      A    Third and fourth.

17      Q    What is your recollection of Mike and Ellen

18  Christensen?

19      A    Mike was a very loving and determined father

20  that his children would get the best education possible,

21  and his mother was more quiet; but I felt that the

22  parents, as a couple, definitely wanted the best.

23      Q    Okay.  What do you remember about Matt

24  Christensen?

25      A    I remember Matt being more of, more assertive.
```

SENTENCING -- July 10, 2019 (Afternoon)

1   I remember him being the typical eldest in the three

2   children.  He was definitely a good student and a leader

3   with his friends.

4        Q    And how does that compare to your memories of

5   Brendt?

6        A    Brendt came up as the middle child, but he

7   definitely was a force of his own.  In other words, he

8   was his own person.  He loved math.  We had an

9   individualized math program, and he excelled at that.  He

10  was a good reader.  He asked good questions.  He was

11  great at recess; loved to play outside.  We had a

12  wonderful field to play in.

13       Q    What about his personality?

14       A    Brendt was, I would say, one that I could count

15  on.  He was a person that, if you gave him an idea, he

16  would run with it.  He would put his heart into it.

17            MS. POLLOCK:  Your Honor, may I approach?

18            THE COURT:  You may.

19            (Brief pause in proceedings.)

20  BY MS. POLLOCK:

21       Q    I've just handed you what's been pre-marked as

22  Defendant's Exhibits 108 through 111.  Could you take

23  just a quick look at those?

24            (Brief pause in proceedings.)

25       A    Yes.

SENTENCING -- July 10, 2019 (Afternoon)

```
1        Q    And do you recognize those photos?

2        A    I certainly do.

3        Q    And are those the photographs that we took over

4   lunch today?

5        A    Yes.

6        Q    Okay.

7        A    Yes, yes.

8        Q    Okay.

9        A    From the scrapbook.

10            MS. POLLOCK:  Your Honor, move to admit and

11   publish Defendant's 108 through '11.

12            MR. FRERES:  No objection.

13            THE COURT:  They'll be admitted.  You may

14   publish.

15   BY MS. POLLOCK:

16        Q    If you'll look at the screen in front of you,

17   you'll see Defendant's 108.  Can you tell the jury what

18   that is?

19        A    This is something that I wrote up to put at the

20   beginning of the scrapbook, and it explains a little bit

21   of the history of the NOVA Program, its inception in

22   1987 -- pretty much what I told you -- to its conclusion

23   in 2011.

24        Q    And is this just a little introduction that you

25   wrote for your scrapbook?
```

SENTENCING -- July 10, 2019 (Afternoon)

1      A    Yes.

2      Q    What about Defendant's 109?

3      A    This is one of the pictures of Brendt and two

4  of his classmates, Christian and Zach.  We did a lot of

5  pretend, play acting, to learn more about history and to

6  learn about other cultures.  This would be one of the

7  projects.

8      Q    Okay.  What were they pretending to be, if you

9  remember?

10     A    I was thinking that they were presenting to be

11  immigrants in early Wisconsin.

12     Q    And what about this photo?  This is --

13     A    One of --

14     Q    -- Defendant's 109.

15     A    One of my favorites.  This would be Brendt with

16  Tristan and Adam and Tyler.  Brendt is in the kimono.

17  Brendt wasn't afraid to try new things, and that was

18  good.  I mean, they -- the students enjoy our -- learn

19  about different cultures, different people.  And here he

20  is, --

21     Q    Thank you, Mr. Kelly.

22     A    -- a happy young man.

23     Q    And so that kimono, is there a story associated

24  with that?

25     A    Yes.  We had a university student from Japan.

1    She came in, and I was teaching Asia at the time.  My

2    parents had lived in Korea, so I had a little bit of

3    background.  And I had lived in Hawaii, so I knew a lot

4    of Asian people.  And she came in to tell us about her

5    country.

6              I grew up as a military brat, so I lived over

7    half the world by the time I was 14; and I felt it was

8    very important that my students know more about the

9    world, not just Stevens Point, Wisconsin.  So I would

10   introduce and try to get as many people from different

11   places as I could to add to our education in the

12   classroom.  We didn't just read from books.  We wanted to

13   really learn about the food, the clothing, the people,

14   the history of different places.

15       Q    And in that last photograph, was it offered to

16   the students to try on the kimono?

17       A    Yes.

18       Q    And was Brendt the first one to do so?

19       A    Miss Morikami [phonetic] asked if anyone wanted

20   to try, and he very bravely said yes.

21       Q    So, how many of your students do you keep in

22   touch with now that you're retired?

23       A    Thanks to Facebook, I have grand-students.  I

24   have students whose -- who have had children.  Probably

25   30 to 40 --

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        Q      Okay.

 2        A      -- out of the over 200.

 3        Q      And you were contacted by Mr. Christensen's

 4   attorneys about this case, correct?

 5        A      Yes.

 6        Q      And when you were contacted, what was your

 7   reaction?

 8        A      Disbelief.

 9        Q      And can you describe that a little bit?

10        A      The young man I knew was brought up well.  He

11   had his head on straight for a third and fourth grader.

12   He had passion.  He had the world open to him.  He was

13   taking the bull by the horn, so to speak, to get the best

14   education he could.

15               And I just couldn't understand what had

16   happened.

17        Q      Now, you taught hundreds of children over your

18   career.  Of all of the children that you taught, would

19   you have believed that Brendt could be convicted of this

20   crime?

21        A      Never.

22        Q      And how do you feel about him now?

23        A      I wish I could give him a hug now.

24               MS. POLLOCK:  Okay, thank you.

25               Nothing further.
```

SENTENCING -- July 10, 2019 (Afternoon)

```
 1              THE COURT:  Mr. Freres.

 2                 CROSS-EXAMINATION BY MR. FRERES:

 3       Q    When was the last time you had any sort of

 4   personal contact with the defendant?

 5       A    Probably in fifth grade.

 6       Q    When he was approximately ten years old?

 7       A    Uh-huh [nodding head up and down].

 8       Q    And no contact with him after that?

 9       A    No.

10       Q    You taught a lot of gifted kids, it sounds

11   like?

12       A    Uh-huh.

13       Q    Would you have thought any of them capable of

14   what happened in this case?

15       A    I'm having a hard time grasping it myself.  I

16   had students that I had to take in for guidance.  I

17   worked with parents as we tried to help the children

18   realize their potentials in more positive ways.  But

19   never, never with Brendt.

20       Q    You'd have never imagined this?

21       A    No.

22       Q    And would you have imagined any of your

23   students to grow up and murder someone?

24       A    Not really.

25              MR. FRERES:  Thank you, ma'am.
```

SENTENCING -- July 10, 2019 (Afternoon)

1              No further questions.

2              MS. POLLOCK:  No redirect.

3              THE COURT:  Thank you.  You may step down.

4                  (Witness Handrich excused, 1:58 p.m.)

5              THE COURT:  Next witness.

6              MR. TASEFF:  Your Honor, the defense calls

7    Debra Mitchell, who will be in the courtroom shortly.

8                  (Brief pause in proceedings.)

9              THE COURT:  You want to come forward, please,

10   and raise your right hand, please.

11              DEBRA MITCHELL, sworn, 1:59 p.m.

12              DIRECT EXAMINATION BY MR. TASEFF:

13        Q    Could you please tell us your name and spell

14   your last name for the court reporter?

15        A    My name is Debra Mitchell, M-i-t-c-h-e-l-l.

16        Q    Ms. Mitchell, may I ask you how old you are?

17        A    I am 59.

18        Q    Where do you live?

19        A    I live in Stevens Point, Wisconsin, Central

20   Wisconsin.

21        Q    For those of us here in Illinois, could you

22   just describe where Stevens Point is in the state of

23   Wisconsin?

24        A    It's exactly in the middle.  It's along the

25   Wisconsin River.

SENTENCING -- July 10, 2019 (Afternoon)

1        Q      Is it north or south or -- where in relation to

2    Madison, Wisconsin?

3        A      It's north of Madison, about an hour and a

4    half.

5        Q      What is the population of Stevens Point?

6        A      I think it's about 20,000 -- without the

7    college kids.

8        Q      Okay.  Is there a state university there?

9        A      Yes, there is.

10       Q      And the name of the university is?

11       A      University of Wisconsin-Stevens Point, UWSP.

12       Q      And is UWSP part of the Wisconsin State

13   University system?

14       A      It is.

15       Q      With the main campus in Madison?

16       A      Yes.

17       Q      And branch campuses throughout the state?

18       A      Yes, sir.

19       Q      Are you married, ma'am?

20       A      I am married.

21       Q      Your husband's name?

22       A      Mike Mitchell.

23       Q      How long have you and Mike been married?

24       A      38 years, 4th of July.

25       Q      What do you do for a living?

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        A    I am a secretary in the school district, the

 2   Stevens Point School District.  I work with the school

 3   psychologists.  I do their paperwork.

 4        Q    And is there a particular division within the

 5   school psychologists' office that you do paperwork for?

 6        A    Well, it's the Special Education Department.

 7        Q    Okay.  How long have you been so employed?

 8        A    In that capacity, since 2000; in the School

 9   District, since 1995.

10        Q    Does the school system in Stevens Point have a

11   high school, a senior high?

12        A    It does.

13        Q    And its name is?

14        A    SPASH.  It's the Stephens Point Area Senior

15   High.

16        Q    So, SPASH, --

17        A    Yes.

18        Q    -- S-P-A-S-H?

19        A    Yes, sir.

20        Q    Stevens Point Area Senior High?

21        A    Senior High.

22        Q    Is there a middle school in Stevens Point?

23        A    Yes.  There are two.

24        Q    And those two schools are?

25        A    P.J. Jacobs Junior High and Ben Franklin Junior
```

SENTENCING -- July 10, 2019 (Afternoon)

1   High.

2       Q     And is there an elementary school?

3       A     There are -- nine? -- nine elementary schools.

4       Q     And do you have children?

5       A     I do.

6       Q     Your husband, Mike Sr., how is he employed?

7       A     He is a piano tuner.

8       Q     And self-employed?

9       A     Yes.

10      Q     He tunes pianos for a living?

11      A     Tunes pianos for a living.

12      Q     And is he a musician?

13      A     He is.

14      Q     And how long has he done that?

15      A     Since I've known him.

16      Q     For at least the time of your marriage?

17      A     Yes.

18      Q     And he's been gainfully employed as a piano

19  tuner?

20      A     Yes.

21      Q     And does he work throughout the state of

22  Wisconsin?

23      A     Mostly locally.  He would drive, you know, an

24  hour/hour and a half, if he had to; but, otherwise,

25  mostly just locally.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    Do you and Mike, your husband, have children?

2    A    We do.  We have --

3    Q    Please tell us their names and ages.

4    A    We have two sons.  Michael is 33; and Tom is,

5    just turned 30.

6    Q    Your older son, Michael, what does he do for a

7    living?

8    A    He is a pilot for United Airlines and the Air

9    Force Reserve.

10   Q    Was he formerly active Air Force?

11   A    He was active Air Force Band.  He played piano

12   for the Air Force Band for four years.

13   Q    Is he a graduate of the Stevens Point --

14   A    He is.

15   Q    -- Community School System?

16   A    He is, and he is a graduate of UWSP as well.

17   Q    Is he married?

18   A    No.

19   Q    Does he have children?

20   A    No.

21   Q    He's a commercial airplane pilot now?

22   A    Yes.

23   Q    For what airline?

24   A    For United.  He flies for Air Wisconsin, which

25   is the regional for the -- the regional plane for United.

SENTENCING -- July 10, 2019 (Afternoon)

1       Q     And your younger son, Tom, --

2       A     Tom.

3       Q     -- how old is he?

4       A     He is 30.

5       Q     And where does he live?

6       A     He lives in Mankato, North Mankato, Minnesota.

7       Q     Where is that in relation to Stevens Point?

8       A     It's a long drive.  It's four and a half hours

9    west -- southwest.  So, it is an hour and 15 minutes west

10   of Rochester, Minnesota.

11      Q     Is Tom married?

12      A     Tom is married.

13      Q     And his wife's name?

14      A     Laura Mitchell.

15      Q     And do Tom and Laura have children?

16      A     They do.

17      Q     Their names and ages?

18      A     Their names are Sam, who is just about two and

19   a half; and Kate is almost three months.

20      Q     And what does your younger son, Tom, do for a

21   living?

22      A     He is a school counselor at an elementary

23   school.

24      Q     Do you know the defendant in this case, Brendt

25   Allen Christensen?

SENTENCING -- July 10, 2019 (Afternoon)

1      A      I do.

2      Q      Do you see him here in the courtroom today?

3      A      I do.

4      Q      Could you point to him, please?

5      A      I see him sitting at the table with counsel.

6      Q      When is the last time that you have seen Brendt

7   Christensen in person before today?

8      A      When he was in college in Stevens Point, his

9   mother and I stopped by his upstairs apartment in a home

10  to drop off some food that she had, leftovers.

11     Q      And that was in what year?

12     A      Oh, boy.  I couldn't tell you.

13     Q      When Brendt was in college at Stevens Point?

14     A      Probably in 2009 or '10.

15     Q      And that's the last time you saw him in person?

16     A      That's the last time I saw him in person.  Yes.

17     Q      Have you kept in touch with him by other means

18  though?

19     A      I have, --

20     Q      How so?

21     A      -- every now and then.

22            Facebook Messenger.

23     Q      Now, have you, over the course of your life,

24  developed a relationship with the Christensen family?

25     A      Oh, yes.

SENTENCING -- July 10, 2019 (Afternoon)

```
1        Q    How did that come about?
2        A    We met in a park at a concert when the boys
3   were one, Tom and my son -- Tom and Brendt.
4        Q    Your younger son, Tom, when was he born?
5        A    He was born on June 30th, the same day as
6   Brendt.
7        Q    And when did you learn that your younger son,
8   Tom, had the same date of birth as Brendt Christensen?
9        A    When we met at the park.  We --
10       Q    Who is it -- tell us about this meeting at the
11  park.
12       A    We were sitting on blankets watching a concert,
13  and the kids were jumping around and dancing and, and --
14  well, at one, they were kind of standing up.  But, and we
15  got to talking and asked each other how old they were and
16  found out that they had the same birth date.
17       Q    Now, you and your husband, Mike, are at the
18  park with your two sons, --
19       A    Uh-huh.
20       Q    -- Michael Jr. and Thomas, correct?
21       A    Yes.
22       Q    And your sons at that time are what ages?
23       A    Tom was one, so Michael would have been four.
24  They're three years apart.
25       Q    And at this meeting at the park, you met
```

SENTENCING -- July 10, 2019 (Afternoon)

1   Brendt's parents?

2       A    Mike and Ellen, yes.

3       Q    Mike and Ellen.

4            And did Mike and Ellen have their children

5   there?

6       A    They did.

7       Q    And at that time who were those children?

8       A    Matt and Brendt.

9       Q    Matt being the older brother?

10      A    Yes.

11      Q    And approximately how old would he have been on

12  that occasion?

13      A    Matt, I believe, was a year younger than

14  Michael, so he would have been two.

15      Q    And young Brendt --

16      A    Close to three, somewhere in there.  I don't

17  remember.  His birthday's in March, so he probably was

18  three then.  Yep, three.

19      Q    And young Brendt would have been a

20  one-year-old --

21      A    Uh-huh.

22      Q    -- at the meeting at the park?

23      A    Yes.

24      Q    So through this conversation at the park, did

25  you learn that your son Tom and Brendt had the same birth

SENTENCING -- July 10, 2019 (Afternoon)

```
 1   date?

 2        A    We did.

 3        Q    And did you learn where each of the boys were

 4   born?

 5        A    Yes.

 6        Q    Where did you learn that Brendt was born?

 7        A    He was born at Saint Michael's.

 8        Q    At the same hospital --

 9        A    At the same hospital that Tom was born.

10        Q    -- where you bore yours?

11        A    But we did not know each other at that time.

12        Q    Okay.  So same day?

13        A    Right.

14        Q    You're at the same delivery room?

15        A    Uh-huh.

16        Q    Delivering your prospective sons?

17        A    Yes.

18        Q    And you meet about a year later?

19        A    Right.

20        Q    Now, where were you living at the time?

21        A    In Stevens Point, 901 Second Street, where we

22   live now.

23        Q    And how long have you lived at that address?

24        A    33 years.

25             MR. TASEFF:  May I approach, Judge?
```

SENTENCING -- July 10, 2019 (Afternoon)

```
 1              THE COURT:  You may.

 2    BY MR. TASEFF:

 3         Q    Allow me to show you Defense Exhibit 112.  Do

 4    you recognize the object depicted in 112?

 5         A    I do.  It's my home.

 6         Q    And your home located where?

 7         A    901 Second Street in Stevens Point, Wisconsin.

 8         Q    And does Exhibit 112 fairly and accurately

 9    depict the condition of your home?

10         A    It does.

11              MR. TASEFF:  We move admission of 112, Judge,

12    and permission to publish.

13              MR. MILLER:  No objection.

14              THE COURT:  You may.

15    BY MR. TASEFF:

16         Q    Now, over the course of your meeting with the

17    Christensens on that date, a year or so after your son's

18    birth, did you develop a relationship with them?

19         A    I did.

20         Q    With the parents, the Christensens?

21         A    Yes.

22         Q    And over time, did that relationship become a

23    friendship?

24         A    It became a very close friendship.

25         Q    And is that a relationship and a friendship
```

SENTENCING -- July 10, 2019 (Afternoon)

1  that exists to this day?

2      A    It does.

3      Q    Did you know where the Christensens lived in

4  Stevens Point?

5      A    I did.

6      Q    And where did they live?

7      A    They lived about six blocks from my house.

8      Q    Do you know the address?

9      A    It's either 524 or 525 Fourth Avenue.  I don't

10  remember the house number because I just knew where it

11  was.

12          MR. TASEFF:  May I approach, Judge?

13          THE COURT:  You may.

14  BY MR. TASEFF:

15      Q    I'm showing you what's been marked as Defense

16  Exhibit 113.

17      A    Yes.

18      Q    Do you recognize that, what is depicted in 113?

19      A    I do.  That is the Christensen home.

20      Q    And where is this home in relation to your

21  home?

22      A    It is northwest of my home, six blocks, about

23  three blocks north and then about three blocks over.

24      Q    A residential neighborhood?

25      A    Yes.

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        Q    A five-minute walk?

 2        A    Yes.

 3        Q    Or a bike ride?

 4        A    Uh-huh.

 5        Q    Now, were you employed at SPASH during this

 6   time back --

 7        A    No.

 8        Q    -- in the late '80s or early '90s?

 9        A    I was not.

10        Q    Were you employed outside the home?

11        A    I was not.

12        Q    Was your husband tuning pianos at the time?

13        A    He was.

14        Q    And was Mike Christensen, Brendt's dad,

15   employed, do you recall, --

16        A    He was.

17        Q    -- in his early years?

18        A    Yes, he was.

19        Q    And was Ellen a stay-at-home mom at that time?

20        A    Ellen was a stay-at-home mom.

21        Q    Do you recall Brendt Christensen in those early

22   years as a little boy?

23        A    I do.

24             MR. TASEFF:  I'm going to -- may I approach,

25   Judge?
```

SENTENCING -- July 10, 2019 (Afternoon)

```
1              THE COURT:  You may.

2              MR. TASEFF:  I'm going to show you Defense

3    Exhibit 114, 115, and 116.

4              And before I ask any further questions, I'd

5    move to admit, if I have not already.

6              MR. FRERES:  I have no objection, Your Honor.

7              THE COURT:  You did.

8              MR. TASEFF:  And permission to publish?

9              THE COURT:  And I don't think there's any

10   objection to 114 through '16, Mr. Taseff, so those will

11   be admitted.  You can get right to those.

12             MR. TASEFF:  Very good.

13   BY MR. TASEFF:

14        Q    Does 115 -- 113 is on the monitor.  Does that

15   fairly and accurately depict the Christensen residence?

16        A    I'm sorry?  What number was that?

17        Q    On the monitor, the photograph?

18        A    Oh, okay, thank you.

19             Yes.  That is.

20             MR. TASEFF:  And, Judge, may we move to publish

21   Defense Exhibit 114?

22             THE COURT:  Yes, and right on through to 116.

23             MR. TASEFF:  Very good.

24   BY MR. TASEFF:

25        Q    Let's see 114, please.
```

SENTENCING -- July 10, 2019 (Afternoon)

1          I'm showing you 114.  Do you recognize the

2    little boy depicted in that photograph?

3          A    I do.

4          Q    What --

5          A    That's Brendt.

6          Q    Okay.  At about what age?

7          A    First grade, maybe.  Missing -- the teeth are

8    coming in.  I would guess.

9          Q    May we see Exhibit 115, please, on the monitor.

10         And this 115, who is the little boy depicted in

11   that photograph?

12         A    That's Brendt as well.

13         Q    He appears to be wearing a certain kind of

14   uniform.  Do you recognize that?

15         A    I do.

16         Q    Tell us --

17         A    He was a Cub Scout.

18         Q    What connection, if any, did you have with the

19   Cub Scouts of America back in the mid-to-late 1990s?

20         A    I was a Cub Scout leader for eight years.  I

21   was their den mother, as well as my older son's.

22         Q    Now, as a Cub Scout leader for those eight

23   years, did you have occasion to have Brendt and your son

24   Tom in the same troop?

25         A    I did.

SENTENCING -- July 10, 2019 (Afternoon)

1      Q    Describe for us the activities that you would

2  lead with this group of boys.  How many boys were in the

3  troop that you led?

4      A    Typically, from six to ten.  They would come

5  and go, you know, as their interests kind of.

6           And there were a few of us that were

7  co-leaders.  We met every week at their, their elementary

8  school, Jackson School, and did crafts.

9           We had a friend who was a -- he had majored in

10 forestry, so we would take them into the woods and -- you

11 know, just things to earn their badges.

12     Q    If we may see Exhibit 116 on the monitor,

13 please.

14          MS. POLLOCK:  That one is not going to come

15 through, George.

16          MR. TASEFF:  Pardon?

17          MS. POLLOCK:  That is not going to come

18 through.

19          MR. TASEFF:  Okay.

20 BY MR. TASEFF:

21     Q    Let talk further about the Boy Scout

22 experience.  You're saying your son and Brendt.  How many

23 other boys were involved in the troop that you led?

24          MR. MILLER:  Your Honor -- I'm sorry -- we've

25 heard "Cub Scouts" and "Boy Scouts," and we've heard

SENTENCING -- July 10, 2019 (Afternoon)

1    "Troop," but I -- again, I just wanted to -- maybe they

2    could clarify.

3                THE COURT:  You just want to know what it is?

4                WITNESS DEBRA MITCHELL:  I can help out.  It

5    was Troop 292, but I was their den mother.  We did have a

6    scout master that was overall.

7                THE COURT:  Was it Cub Scouts or Boy Scouts?

8                WITNESS DEBRA MITCHELL:  It was Cub Scouts and

9    the first year of Boy Scouts.

10               THE COURT:  All right.

11   BY MR. TASEFF:

12        Q    And what ages did those activities encompass?

13        A    First grade through sixth grade.

14        Q    Okay.  And then upon sixth grade, one would

15   graduate, then, if one continued --

16        A    They were --

17        Q    -- from Cub Scouts to Boy Scouts?

18        A    -- through first year Boy Scouts.  Right.  And

19   then Tom was done, and I believe Brendt was done as well

20   then after their first year of Boy Scouts.

21        Q    So during that period of time in your son's

22   life and Brendt's life, between ages six and ten or so,

23   were the boys -- were your boys -- were your son -- was

24   your son and Brendt actively involved?

25        A    They were.

SENTENCING -- July 10, 2019 (Afternoon)

1      Q      You mentioned that there would be weekly den

2  meetings?

3      A      Yes.  And then a once-a-month meeting with the

4  whole troop.  So the Boy Scouts and Cub Scouts got

5  together, and that was --

6      Q      Twice a month?

7      A      No, once a month.

8      Q      Once a month.

9             And those activities would be at a local

10  school?

11     A      They were actually -- we were sponsored by a

12  Presbyterian Church, and we had our monthly meetings in

13  their basement.  And that was where, you know, we had --

14  like, the Pinewood Derby, things like that -- the bigger

15  events, the Christmas party, you know, just depending on

16  the month.

17     Q      Now, would the Cub Scout den -- is it a den?

18  Is that --

19     A      It's a den when they're Cub Scouts.  Yes.

20     Q      And a troop when they're Boy Scouts?

21     A      Yes.

22     Q      Okay.  The Cub Scout den, did that activity

23  involve a camping experience?

24     A      It did, every summer.  The Cub Scouts would go

25  to Rhinelander, Wisconsin, and that was -- Akela's World

SENTENCING -- July 10, 2019 (Afternoon)

1   was the Cub Scout camp, and then Camp Tesomas was for the

2   Boy Scouts.  So we went every year to Akela's World for a

3   week in the summer, and I and my co-leaders went with the

4   kids and slept in tents and did activities all day long.

5           And then first year Boy Scouts, we went to

6   Tesomas, which was just a bigger version.  I had to take

7   a swim test in order to go out on the boats with the

8   kids; but they wanted me to, so we did.

9           And it was, it was a wonderful time in my life,

10  and I missed it after I quit, but --

11      Q    May I ask, ma'am:  How many other women leaders

12  were in the Cub Scout den?

13      A    There was one other -- well, actually two that

14  kind of helped out, and then we had a male as well.

15      Q    And there are how many members of the Cub Scout

16  den?

17      A    There was only ten.

18      Q    So the three of you would supervise these ten

19  boys?

20      A    Uh-huh [nodding head up and down].

21      Q    Who were mostly in grade school?

22      A    Uh-huh [nodding head up and down].

23      Q    Ages 6 through 10?

24      A    Yes.

25      Q    And you would go on a week-long camping trip --

SENTENCING -- July 10, 2019 (Afternoon)

1    A    Yes.

2    Q    -- with the boys?

3         Tell us about these camping trips.  How were

4    they conducted?  Where would the boys sleep?  What --

5    A    It was --

6    Q    -- were the conditions?

7    A    They would sleep in tents on platforms,

8    probably four to a tent; and we each had a bunk partner,

9    the adults did.

10        And the kids had structured things that they

11   could go to, arts and crafts.  We did a lot of music.  We

12   had -- they had built -- the Boy Scouts had built an,

13   what looked like a ship, but the back side was empty; and

14   we would go up, and then it was the kids versus the

15   adults with water balloon fights.  There was just

16   something to do all day long.

17        And then we would, you know, sing at dinner or

18   sing at lunch, dinner and take them outside to see the

19   Northern Lights if they were out.  Just trying to --

20   there were, you know, like leather craft.  The bigger

21   kids would work with the younger ones.  The actual staff

22   at the camp would work.  We were with them all day, but

23   they led the activities.

24   Q    I take it there would be a rather close degree

25   of parental or adult supervision --

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        A     Oh, absolutely.

 2        Q     -- for young boys --

 3        A     Absolutely.

 4        Q     -- away on a campsite --

 5        A     Uh-huh.

 6        Q     -- far from home --

 7        A     An hour and a half.

 8        Q     -- for the week that they're living in the

 9   tents --

10        A     Right.

11        Q     -- in the woods?

12              So did you have occasion to see Brendt interact

13   with your son --

14        A     I did.

15        Q     -- and with the other boys in the den during

16   those camping --

17        A     I did.

18        Q     -- activities?

19              Tell us about how -- tell us what you recall of

20   Brendt's interaction during those camping experiences

21   during those years of his life and yours.

22        A     He was -- he was a good kid.  He did everything

23   he was asked to and didn't cause any problems.  We had a

24   very good group of kids; very good group of kids.

25        Q     Did Brendt get along with the other --
```

SENTENCING -- July 10, 2019 (Afternoon)

1        A      He got along with --

2        Q      -- Scouts?

3        A      -- everyone.

4               Yes, he did.

5        Q      Did he obey the orders as given --

6        A      He did --

7        Q      -- by you and the other leaders?

8        A      He did.

9        Q      Did he follow up and complete the

10   responsibilities that he was assigned --

11       A      He --

12       Q      -- for the camping experience?

13       A      He did.  They all earned their badges; and, and

14   they all behaved, and they all went where they were told

15   and did what they were told and were respectful.  Or I

16   would not have taken them.

17       Q      To your knowledge, was Brendt ever disciplined

18   or in any way reprimanded for misconduct on any kind of

19   camping trip or scout activity?

20       A      No.  He was not.

21       Q      Did he advance in his rank?

22       A      He did.

23       Q      Did he eventually become a Boy Scout?

24       A      He did.

25       Q      And did he, did he serve further in the Boy

SENTENCING -- July 10, 2019 (Afternoon)

```
 1    Scouts?
 2         A    I know he went to Tesomas with me that first
 3    year.  I don't remember if he stayed in after that
 4    because I left.
 5         Q    Now, is the Boy Scout camping experience a more
 6    intensive experience --
 7         A    It is.
 8         Q    -- than the Cub Scout?
 9         A    It is.  They do things like building couches
10    out of rope, tying knots.  It's a lot of hands-on, get
11    out in the wilderness stuff.
12         Q    And you participated --
13         A    I did.
14         Q    -- in that camping experience, the Boy Scout --
15         A    I did.
16         Q    -- with Brendt and his den, his troop --
17         A    I did.
18         Q    -- and your son, correct?
19         A    Yes, I did.
20         Q    Now, through the Boy Scout activities, did your
21    son and Brendt become -- your son Tom become good
22    friends?
23         A    They did.  They were good friends before that.
24         Q    And did they attend school together?
25         A    They did.
```

SENTENCING -- July 10, 2019 (Afternoon)

```
1        Q     And did your sons -- did your son Thomas and

2   Brendt socialize together outside of scouting activities?

3        A     They did.

4        Q     Was he a guest in your home?

5        A     He was a guest in my home frequently.

6        Q     Was your son Tom a guest in the Christensen

7   home?

8        A     He was.  If Brendt wasn't at our house, Tom was

9   usually there.

10       Q     Did your son ever go on trips with the

11  Christensen family?

12       A     He did.

13       Q     Where to?

14       A     He went camping.  He went to the -- their

15  property in north -- in the UP, the Upper Peninsula of

16  Michigan; went there with them.

17             They also took him on a camping trip when he --

18  when Brendt's older brother, Matt, was at Camp Tesomas

19  for Boy Scouts, they went up and camped at a nearby

20  campground for the week, and they took Tommy.

21       Q     Now, during this period in your son's life and

22  Brendt's life, did the families -- did the Christensen

23  family and your family -- become close?

24       A     We did.

25       Q     Did you celebrate family occasions together?
```

SENTENCING -- July 10, 2019 (Afternoon)

1      A      We did.

2      Q      Such as?

3      A      Such as birthdays especially.  Because their

4   birthdays being on the same day, it was kind of, kind of

5   special.

6      Q      And what kind of activities or things did you

7   do on your son's birthday?

8      A      It was usually Shakey's.

9      Q      Shakey's, what is that?

10     A      Shakey's was a buffet restaurant, and it had an

11  arcade as well.  So we would go up and get pizza and

12  chicken and soda and just celebrate the boys and let them

13  play some games, and then we would just go home.

14     Q      Did there come a time that your son Tom and

15  Brendt basically parted ways through the school system?

16     A      They did.  They did.

17     Q      And when was that?

18     A      It was in junior high.  I don't remember

19  exactly when.  But they just developed different circles

20  of friends, and it was a different -- because in

21  elementary school, you were in the one elementary.  And

22  the junior highs, the nine -- at that time, there were

23  ten elementaries, and they were divided out between the

24  two junior highs.  And so the kids came in from both

25  schools, and, and they had different sets of friends.

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        Q     Did you maintain a relationship with Brendt's
 2   parents, --
 3        A     I did.
 4        Q     -- Mike and Ellen?
 5        A     I did.
 6        Q     And with respect to your relationship with
 7   Ellen, Brendt's mom, did that become a very close
 8   friendship, --
 9        A     It was --
10        Q     -- too?
11        A     -- very close.
12        Q     Would you describe her as one of your best
13   friends?
14        A     She was my best friend.
15              MR. TASEFF:  Now, allow me -- Judge, we want
16   to -- may I approach?
17              THE COURT:  You may.
18   BY MR. TASEFF:
19        Q     I'm showing you Defense 117.
20              Do you recognize the people shown in 117?
21        A     I do.  I recognize the Christensen family.
22        Q     Can you tell us who's depicted in that
23   photograph?
24        A     Sure.  From left to right is Andrea, Michelle,
25   Brendt, Ellen, Mike, and Matt.
```

SENTENCING -- July 10, 2019 (Afternoon)

1      Q      And this would appear to be at a stage where

2  Brendt is about what age?

3      A      Twenty-- I don't know.  What age do you get out

4  of college?  22?

5             MR. TASEFF:  Judge, we move the admission of

6  117 and permission to publish?

7             THE COURT:  Any objection?

8             MR. FRERES:  No, Your Honor.

9             THE COURT:  You may.

10 BY MR. TASEFF:

11     Q      117 is now on the monitor.  The young woman to

12 the left, who is that?

13     A      Pardon?

14     Q      Who is the young woman on the left side of

15 that --

16     A      That is Andrea, Brendt's sister.

17     Q      Okay.  And is that his older sister or younger

18 sister?

19     A      Younger sister.

20     Q      And do you happen to know how much younger

21 Andrea is than Brendt?

22     A      Five or six years.

23     Q      Okay.  So Brendt was born in '89?

24     A      Uh-huh.

25     Q      And --

SENTENCING -- July 10, 2019 (Afternoon)

1    A    Oh, and Andrea was born in '94, so --

2    Q    Okay, so Brendt -- about five years' --

3    A    Five years, --

4    Q    -- age difference --

5    A    -- yep.

6    Q    -- younger?

7         And the woman whose arm is linked with Brendt

8    to the left, to the, to the -- second from the left, who

9    is that person?  Do you know that?

10   A    That's Michelle.  That's Brendt's wife.

11   Q    And then the woman whose arm is linked wearing

12   the purple blouse, who is that?

13   A    That's Brendt's mother, Ellen.

14   Q    And the gentleman to her left?

15   A    Is Brendt, to the left.

16   Q    To her --

17   A    The left.

18   Q    To her left would be?

19   A    My left.

20   Q    Okay.

21   A    Sorry.  Otherwise, --

22   Q    The gentleman with the blue shirt and the

23   beard?

24   A    That's her husband, Mike.

25   Q    Mike?

SENTENCING -- July 10, 2019 (Afternoon)

1        A     Mike.  Sorry, yes.

2        Q     And then who is the gentleman with the black

3   shirt on the right of the photograph?

4        A     That's Matt.

5        Q     The older brother?

6        A     Uh-huh.

7        Q     Who's about, what, two years older than Brendt?

8        A     Two, yes.

9        Q     Okay.  Can we take that down, please.

10             During the time that you were close with the

11   Christensen family, did you ever see Brendt interact with

12   his older brother Matt during their formative years?

13       A     I did.

14       Q     What did you notice and recall about that?

15       A     They were siblings, and they poked at each

16   other.

17       Q     They both?

18       A     No.  I said they kind of poked -- Matt poked

19   more.

20       Q     Matt poked his younger brother?

21       A     More.  Yeah, yeah.  It was just sibling stuff

22   and -- yeah.  Matt got away with it if he could.

23       Q     Okay.  And did you ever witness Brendt fight

24   back?

25       A     No, I didn't.

SENTENCING -- July 10, 2019 (Afternoon)

1      Q    Or punch his brother?

2      A    I did not.

3      Q    Or in any way retaliate physically against his

4  older brother --

5      A    No.

6      Q    -- when he was poked like that?

7      A    No, I didn't.

8      Q    What do you recall about Brendt's relationship

9  with his younger sister, Andrea?

10     A    They were close.

11     Q    More close than, say, Brendt's relationship to

12  his older brother, Matt?

13     A    Absolutely.

14     Q    Did there come a time -- is it fair to say that

15  in the early years of your relationship with the

16  Christensens it was a, it was -- how would you

17  characterize the relationship you had with the

18  Christensens those early years?

19     A    We were close family friends.

20     Q    Did you see each other frequently?

21     A    We did.

22     Q    You socialized and --

23     A    Several times a week.

24     Q    -- celebrated together?

25     A    Uh-huh.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    Do you recall -- do you recall when Ellen, your

2    friend, gave birth to her third child, her daughter,

3    Andrea?

4    A    I remember very well.  I was called to come

5    over and watch the boys while she went to the hospital.

6    Q    And when Andrea was born, did you maintain your

7    relationship with the Christensens as she was growing up

8    as well?

9    A    I did.  Yes.

10    Q    And did you continue your contacts and

11    discussions and friendship with Mother, Ellen?

12    A    Yes, I did.

13    Q    And by this time, Brendt is in junior high and

14    high school, and he and his friends are going one

15    direction; your son, Tom, is going a different direction.

16    Are you maintaining your relationship with Ellen?

17    A    Ellen and I continued to be close.

18    Q    Did you notice at that stage in your

19    relationship anything different about your friend, Ellen,

20    Brendt's mom, after she gave birth to her daughter,

21    Andrea?

22    A    I did.

23    Q    What did you notice?

24    A    I noticed signs of what I got the impression

25    was postpartum depression.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    Explain, please.

2    A    She was sad.  She was clingy with Andrea, much

3  more so than with the boys; not -- I really didn't get to

4  hold her often.  And she just was off, seemed off.

5    Q    Did you approach your friend, Ellen, as you

6  were noticing this --

7    A    I did.

8    Q    -- behavior of hers, to suggest, "How can I

9  help?"

10   A    I did.  And eventually she went to the doctor.

11        I didn't realize that her main issue was that

12 she hadn't been sleeping, and --

13   Q    Did you talk to her about her going to a

14 doctor?

15   A    I did.

16   Q    Did she advise whether she was prescribed any

17 medication?

18   A    She told me she was referred to a psychiatrist

19 and that he had prescribed medications.

20   Q    And following her telling you that, did you

21 notice whether her condition improved?

22   A    I know she was struggling with the medications

23 because there were an antianxiety drug and at least one

24 antidepressant, I believe.  It was for sure two

25 medications, if not three.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    And what did you notice about her demeanor and

2  her behavior --

3    A    She --

4    Q    -- as those medications were prescribed and

5  changed?

6    A    She was, she was struggling with the dosages

7  and the way they made her feel.

8    Q    Would you check on her during the day to see

9  how she was doing?

10   A    I did.

11   Q    And what, if anything, did you see or learn as

12 the situation continued?

13   A    As the situation continued, it came to my

14 attention that she was also using alcohol.

15   Q    How did that come to your attention?

16   A    I believe the -- at the beginning, it was more

17 I could smell it.  Ellen was not a drinker prior, at all.

18 Very rarely a wine cooler.  So this was not typical

19 behavior.

20   Q    And to put some context to this, your son and

21 Brendt were born in '89.

22   A    Uh-huh.

23   Q    So at the time you began noticing that Ellen

24 was drinking, how old was your son then?

25   A    Let's see, Andrea was little.  So six years, so

SENTENCING -- July 10, 2019 (Afternoon)

```
 1  probably eight or nine.
 2      Q    So this would be the late '90s --
 3      A    Yes.
 4      Q    -- late 1990s when you began noticing Ellen was
 5  drinking?
 6      A    Yes.
 7      Q    And did you approach her and talk to her about
 8  that?
 9      A    I did.
10      Q    And what did she say to you?
11      A    She -- I don't remember exactly what she said.
12  She struggled.  She struggled to -- I think it just made
13  her feel better, and so I don't think she realized how
14  much of a problem it would be with the medications.
15      Q    Did her condition improve in any way after
16  these medications were prescribed?  Or did you notice --
17      A    No.
18      Q    -- anything about her that alarmed you?
19      A    I did.  It spiraled, and she was having
20  problems with alcohol.
21      Q    Did you see evidence of that?
22      A    I did.
23      Q    What evidence did you see?
24      A    I would see her euphoric at times, and other
25  times I would see her crashed out on the couch.
```

SENTENCING -- July 10, 2019 (Afternoon)

```
 1      Q    Crashed out on the couch at what time of day?

 2      A    Any time of the day.

 3      Q    Morning?

 4      A    Sometimes.

 5      Q    Afternoon?

 6      A    Yes.

 7      Q    Early evening?

 8      A    Yes.

 9      Q    Crashed out?

10      A    Uh-huh.

11      Q    Did you ever smell alcohol --

12      A    I did.

13      Q    -- on her breath?

14      A    I did.

15      Q    How often?

16      A    Most times.

17      Q    Was there any tone of voice or mannerism --

18      A    Yes.

19      Q    -- that she would exhibit that would tip you

20 off that she was drinking?

21      A    Yes.  She would --

22      Q    Tell us about that.

23      A    She would be, like I said, euphoric, very, very

24 happy; but, also, she would say "hello" in kind of a

25 British accent, and then I knew.
```

SENTENCING -- July 10, 2019 (Afternoon)

1       Q       That was a tip-off to you --

2       A       Uh-huh.

3       Q       -- that she had been drinking?

4       A       It was -- it became that, but then I knew.

5       Q       Did you talk to her husband, Mike, about this?

6       A       I did.  I did.  Yes.

7       Q       How many times?

8       A       Several times.

9       Q       What period of time are we talking about here

10 in terms of duration where Ellen is exhibiting this

11 behavior --

12      A       A few years.

13      Q       -- and causing you concern?

14      A       Years.

15      Q       A few years?

16      A       Yes.

17      Q       Encompassing the late 1990s?

18      A       Yes.

19      Q       Did there come a time in, in or about October

20 of 1999 where you took it upon yourself to notify Ellen's

21 doctors?

22      A       I did.

23      Q       Tell us about that.

24      A       I called the doctor.  I called the psychiatrist

25 and said -- because I work in special education, the

SENTENCING -- July 10, 2019 (Afternoon)

1  HIPAA laws are real familiar to me.  I called him.  I

2  said, "I know you can't tell me anything, but I want to

3  tell you that you are prescribing these medications, and

4  she is drinking a lot."

5          And I was told that there wasn't really

6  anything he could do.

7          And I said, "Well, maybe not prescribe all the

8  medications."

9          And I --

10     Q    What -- did you talk to another doctor?

11     A    I did.  I talked to our family practitioner.

12  They went to the same family practitioner.  And I did

13  tell him -- again, knowing that -- you know, I said, "You

14  don't have to say anything.  Just listen."  So I did make

15  him aware as well.

16     Q    Did there come a time at about that period, in

17  late 1999, where you went and talked to Mike --

18     A    I did.

19     Q    -- about this?

20     A    I did.

21     Q    Tell us about that meeting.  Where did it

22  occur?

23     A    There was several meetings.  We -- yeah.  Mike

24  and I were good friends, and I usually would wait until I

25  knew Ellen would be asleep and I would go.  And if the

SENTENCING -- July 10, 2019 (Afternoon)

```
 1   kids were up, he and I would just talk on the front
 2   porch.
 3         Q     Front porch of whose home?
 4         A     Of their home.
 5         Q     And what did you and Mike discuss --
 6         A     We discussed --
 7         Q     -- during those meetings on the porch?
 8         A     We discussed her drinking and that it was a
 9   critical issue.
10         Q     Did you make any recommendation to Mike as to
11   what should be done with Ellen?
12         A     I just said, "We have to do something."
13         Q     Was the topic of treatment ever discussed with
14   Mike?
15         A     I believe I did.  Yes.
16         Q     And did he indicate that he was willing to
17   assist you in getting her into treatment?
18         A     I don't remember exactly how all that happened.
19   I, I -- I think he was at a loss for what to do, you
20   know, and manage the house and the kids and all of this.
21   I think it was hard, but absolutely he cared.
22         Q     Did Ellen's condition, following your
23   expressing your concerns to Mike, did it -- did it
24   improve in any way?
25         A     It did not.
```

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        Q     Or did it continue to decline?

 2        A     It continued to deteriorate.

 3        Q     Did you continue to see signs of her drinking?

 4        A     I did.  And I confronted her several times.

 5        Q     And what was her response when you confronted

 6   her?

 7        A     She would get upset.

 8        Q     Would she deny drinking?

 9        A     No.

10        Q     Would she say it was under control?

11        A     No.  She just didn't know --

12        Q     Did you --

13        A     -- how to change it.

14        Q     -- broach the subject of treatment with her?

15        A     I did.  And I told her that I stood ready

16   anytime to take her.

17        Q     Were you aware that she had exhibited driving

18   behavior --

19        A     I did.

20        Q     -- that was brought to the attention of

21   certain -- tell us about that.

22        A     Well, there were two incidents that stick out.

23   One was when she went to pick up her daughter at the Y,

24   and the Y would not release her.

25        Q     Her daughter, Andrea?
```

SENTENCING -- July 10, 2019 (Afternoon)

1      A      Uh-huh.

2      Q      What was Andrea doing at the Y?

3             Was it the YMCA?

4      A      She was at daycare.

5      Q      At daycare in Stevens Point?

6      A      Yes.

7      Q      And you went there -- did you go there to pick

8   her, Andrea, up?

9      A      I did not.  No.  I believe they called Mike.

10     Q      They called Mike.

11            And Mike informed you that the Y would not let

12   Ellen drive?

13     A      I think Ellen told me.

14     Q      Okay.  And was there another episode?

15     A      There was another.  My brother-in-law called me

16   and said, "I just saw Ellen.  She blew the stop sign and

17   almost hit me; and if I see it again, I'm calling the

18   police."

19            And I said, "Call the police."

20     Q      Did you ever see Ellen passed out on the

21   couch --

22     A      I did.

23     Q      -- in the presence of her children?

24     A      I don't -- yeah.  I'm sure I did.  Not -- I

25   don't have the vision in my head, but --

SENTENCING -- July 10, 2019 (Afternoon)

1      Q      Did there come a time in early 2000, in March

2    of 2000, where Ellen decided she was going to get

3    treatment?

4      A      She called me and said, "I'm --

5      Q      Tell us about, tell us about that episode and

6    what happened.

7      A      She called me crying and said, "I'm ready to

8    go," so I went and picked her up.

9      Q      Was that the first time -- and we're talking a

10   period of, what, three or four years here --

11     A      Yes.

12     Q      -- of your concerns over her drinking and your

13   attempts to get her to go?

14     A      Yes.

15     Q      So in March of 2000 --

16     A      I had gone over before that, and she was

17   sleeping on the couch; and she woke up, and that was -- I

18   just said, "I'm done.  I can't do it anymore."  And I

19   went home.

20            And she called a couple of days later;

21   apologized.

22            And I said, "I don't want apologies."

23            And then that was probably mid-week.  And that

24   weekend she called me and said she was ready to go.  It

25   was a Sunday morning.

SENTENCING -- July 10, 2019 (Afternoon)

1     Q    And what did you do that Sunday morning?

2     A    I picked her up and took her to St. Michael's

3  Hospital.

4     Q    And where's St. Michael's?

5     A    It's in Stevens Point.  It's not far, half a

6  mile from our houses.

7     Q    And did you help her check in --

8     A    I did.

9     Q    -- the treatment facility?

10    A    I did.  And then I went home.

11    Q    And what happened then?

12    A    Then the next thing I knew was she was home the

13  next day, or two days later.

14    Q    What -- you checked her in --

15    A    I checked her in, --

16    Q    -- on a Sunday?

17    A    -- and I went home.

18    Q    And you learned when that she was back home?

19    A    The next day or the day after that.  I don't

20  remember.

21    Q    Did you talk to her why her treatment period

22  lasted less than a day or two?

23    A    I did.  She said that Mike came with the kids

24  and stayed.

25    Q    Stayed where?

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        A     Stayed -- I don't know -- in her, in the

 2   waiting room or her room.  I don't know.  I don't

 3   remember.  It was so long ago.

 4              And then the next day came again, and so we

 5   just went home.

 6        Q     What was your reaction?

 7        A     I was angry.

 8        Q     And did you express that anger to her?

 9        A     Uh-huh.

10        Q     And what did you say?

11        A     Well, she was upset.  And, and I got it.  I did

12   get it.  Because if you're not there alone getting your

13   treatment, then you're not getting your treatment.

14        Q     Following that episode, did you continue to see

15   evidence of her drinking?

16        A     I did.

17        Q     And did that continue for some time?

18        A     It did.  And she struggled, and she struggled.

19   And she tried different things, and she got a doctor to

20   give her medicine that would make her extremely ill if

21   she did drink.  So that would help.

22        Q     Now, in -- during this whole period in your

23   life and Ellen's life, did this affect her marriage to

24   Mike?

25        A     It did.
```

SENTENCING -- July 10, 2019 (Afternoon)

1      Q      And did there come a time where -- did you ever

2   approach Mike and say, "This is a real problem"?

3      A      Oh, I did.  And Mike knew it was a problem.

4   Yes.

5      Q      And did there come a time where the two of them

6   divorced?

7      A      Yes, there was.

8      Q      And that was approximately when?

9      A      I don't know.  2013, '12, somewhere in there.

10      Q      During all this time, your son graduates from

11   high school; Tom graduates from High School, SPASH, in

12   2007, correct?

13      A      Yes.

14      Q      Same year --

15      A      Yes.

16      Q      -- that Brendt graduated from SPASH?

17      A      Same year that Brendt graduated.

18      Q      And despite Ellen's problems and all that was

19   going on, did you maintain your friendship with Ellen?

20      A      I did.

21      Q      And did you maintain your friendship with Mike?

22      A      I did.

23      Q      And did you keep in touch through them about

24   Brendt?

25      A      Yeah.  I would ask how things were going with

SENTENCING -- July 10, 2019 (Afternoon)

```
1   him.
2        Q    Did Brendt Christensen -- especially from those
3   years in Scouts and when your son and him were good
4   friends -- elementary, junior high era --
5        A    Uh-huh.
6        Q    -- did Brendt Christensen occupy a special
7   place in your heart?
8        A    Oh, he absolutely did.  He was like another
9   kid.
10       Q    He was like what?
11       A    He was like another kid of mine.
12       Q    Did you --
13       A    They were always together.
14       Q    Did you come to love him --
15       A    Oh, I loved him.
16       Q    -- as your own child?
17       A    Yes.  I absolutely did.
18       Q    Did it pain you that, to see his parents'
19   marriage end in divorce?
20       A    It did.  It did.
21       Q    And when that happened, your relationship with
22   Brendt, he had gone his way; your son had gone his?
23       A    Well, right.  And as people do, you know, they
24   don't usually hang out with their parents when they're in
25   their 20s; so, you know, it was -- yeah, I --
```

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    Let's talk about that time you mentioned.  The

2  last time you saw Brendt in person --

3    A    Uh-huh.

4    Q    -- was when he was a student at Stevens Point.

5    A    Yes.

6    Q    And you mentioned that was approximately when?

7    A    I'm guessing 2009 or '10 because he graduated

8  in 2007 -- I'm just working it out -- and then he went to

9  the Tech, and then he went to UWSP.  So it was in those

10  years.

11    Q    And you went to see him that day with Ellen?

12    A    I did.

13    Q    Who brought him some food?

14    A    Uh-huh.

15    Q    And you had occasion to talk to him in person?

16    A    Yes.  Yep.

17    Q    And you discussed how he's doing in school?

18    A    Yeah.  Usually whenever -- you know, I had seen

19  him on a couple of occasions but that was the last time,

20  and asked how school was going and -- you know, it was

21  the *Hi, how are you?*

22            *I'm fine.  And I'm in my 20s, and you're in my*

23  *house.*

24            And so, you know, I mean, it was just -- it was

25  just pleasant.

SENTENCING -- July 10, 2019 (Afternoon)

1      Q     And through Ellen, then, did you maintain word

2  about Brendt's progress in school, --

3      A     I did.

4      Q     -- in college?

5      A     I did.

6      Q     Did you learn that he was doing quite well?

7      A     I absolutely did.

8      Q     And that he had gotten married --

9      A     I did.

10     Q     -- to Michelle?

11           And that he graduated from the University of

12  Wisconsin in Madison?

13     A     I did.  And that was a big deal.

14     Q     And that was approximately May of 2013?

15     A     Yes.

16     Q     And did you learn that he was accepted to a

17  graduate program?

18     A     I did.

19     Q     Where?

20     A     In Champaign-Urbana.

21     Q     University of Illinois?

22     A     Uh-huh.

23     Q     For what program?

24     A     The Physics Doctoral Program.

25     Q     And were you pleased --

1      A    I was --

2      Q    -- to hear of that?

3      A    -- extremely pleased.  Very proud.

4      Q    Now, on or about May 8th of 2013, and

5   continuing for some time thereafter, did you communicate

6   with Brendt Christensen via Facebook Messenger?

7      A    I did.

8           MR. TASEFF:  May I approach, Judge?

9           THE COURT:  You may.

10          (Brief pause in proceedings.)

11          MR. TASEFF:  May I approach, Judge?

12          THE COURT:  You may.

13          MR. TASEFF:  I'm showing you what's been marked

14   Defense Exhibit 118.

15   BY MR. TASEFF:

16     Q    Do you recognize 118?

17     A    I do.

18     Q    Can you tell us what it is?

19     A    It's a conversation, or several conversations,

20   that I had with Brendt.

21     Q    And in meeting with you in the last day or so,

22   have I had occasion to show -- have you reviewed these

23   text messages?

24     A    I did.

25     Q    Did you --

SENTENCING -- July 10, 2019 (Afternoon)

1      A     They are not texts.  I didn't have a cell

2   phone, so I kept track of friends with Facebook

3   Messenger.

4      Q     Okay.  So you're using a social media messaging

5   to communicate with him?

6      A     I did.

7      Q     Now, you've reviewed those?

8      A     Uh-huh.

9      Q     Are these fair and accurate --

10     A     They are accurate.  Yes.

11     Q     -- records of your conversation via Facebook

12   Messenger with Brendt, --

13     A     They absolutely are.

14     Q     -- starting on May 8, 2013, and proceeding

15   through messages as recent as June -- January 6, 2016?

16     A     Yes.

17           MR. TASEFF:  Judge, we move the admission and

18   move to publish.

19           MR. FRERES:  No objection, Your Honor.

20           THE COURT:  They may be admitted.  You may.

21   BY MR. TASEFF:

22     Q     And, Ms. Pollock, if we could start at page 7.

23           Ms. Mitchell, showing you page 7 of

24   Exhibit 118, do you see a series of messages between you

25   and Brendt?

SENTENCING -- July 10, 2019 (Afternoon)

1    A    I do.

2    Q    And in the right-hand portion of each message,

3  is there a date and time stamp?

4    A    There is a date and time stamp.

5    Q    So starting with page 7 and the message

6  Wednesday, May 8, 2013, at 9:45 p.m., could you please

7  read the message that you sent Brendt on that date and

8  time?

9    A    Yes.

10      "Hi, Brendt.  I just wanted to touch base with

11  you regarding your mom.  She is settling in okay but

12  hasn't heard a word from Andrea, and Matt never talks to

13  her.  With Mother's Day coming on Sunday, I thought if

14  you could call her or send her a card, it would mean a

15  great deal to her, especially now.  Her address is 46

16  East Jackson Street, Apartment 5, Hartford, Wisconsin,

17  53027.  I'm not telling her about this message.  She

18  always talks about you after she talks to you on the

19  phone, and I know how much she'd appreciate the contact.

20  I'm so glad you're doing so well, and I'm sure you're

21  looking forward to the move.  I'm very proud of the man

22  you've become, but you'll always be the special little

23  boy that we all loved so much.  Have a great life.  Mike

24  says to say hi.  Deb."

25    Q    Now, in the body of that message that you sent

SENTENCING -- July 10, 2019 (Afternoon)

1  to Brendt, you state in the last, next-to-last line -- I

2  quote -- "And I'm sure you're looking forward to the

3  move."  What are you referring to there?

4       A    To when he was going to Champaign-Urbana.

5       Q    To begin his doctoral program?

6       A    Yes.

7       Q    Now, did Brendt respond to your message of

8  May 8?

9       A    He did.

10      Q    And the next message up from the one you just

11  read is date-stamped Thursday, May 9, 2013, at 8:22 a.m.,

12  presumably the very next morning.

13      A    Uh-huh.

14      Q    And could you read what Brendt messaged you

15  back?

16      A    "Thanks for reminding me about Mother's Day.

17  It's something I never remember until the last minute.

18  I'll mail a card out later today.  I'm not sure if it

19  will get there in time, but I'll be sure to call her as

20  well.  Thanks.  I can't wait to get this next phase of my

21  life started.  It took me long enough, but it's finally

22  happening."

23      Q    Did you respond --

24      A    I did.

25      Q    -- to Brendt's message?

1       A    I did.

2       Q    Can you read the next message, Thursday, May 9,

3  2013, at 12:46 p.m.?

4       A    "It doesn't matter how you got there or how

5  long it took.  What matters is that you got there."

6       Q    What are you referring to when you say, "It

7  doesn't matter how you got there or how long it took"?

8       A    Because he struggled for a time in high school

9  and then had -- his GPA had dropped, so he had to go to

10  Midstate to bring his GPA up enough to go to the

11  University in Stevens Point and then got accepted to

12  Madison.  So it was a long road for him, --

13      Q    And -- with undergrad?

14      A    -- but he got there.

15           With his undergrad, yes.

16      Q    And then acceptance to graduate school?

17      A    Absolutely.

18      Q    As of May -- as of May, 2013?

19      A    Uh-huh [nodding head up and down].

20      Q    Ms. Pollock, may we go to page 6 of

21  Exhibit 118.

22           And, Ms. Mitchell, with reference to the

23  message Sunday, June 30, 2013, at 8:20 p.m., the message

24  at the lower portion of that message page, can you read

25  that, what you messaged Brendt on that?

SENTENCING -- July 10, 2019 (Afternoon)

1    A    "Happy Birthday, Brendt.  I hope your day was

2    really fun and relaxing.  I have some really good

3    memories of birthdays at Shakey's in Rib Mountain and

4    can't believe how quickly the years have gone by.  Good

5    luck with your upcoming move and new adventures.  Love,

6    Deb."

7    Q    Now, June 30th of 2013, what date -- what

8    significance does that date have with respect to you and

9    Brendt?

10    A    Well, that was his birthday.  It was my son

11    Tom's birthday, so it was easy for me to remember every

12    year.

13    Q    So your own son's birthday --

14    A    Yes.

15    Q    -- triggered your --

16    A    Yep.

17    Q    -- knowledge of Brendt's birthday?

18    A    Right.

19    Q    Did he respond to that?

20    A    I don't think so.

21    Q    The next message, Sunday, November 24, 2013,

22    9:30 a.m., did you message him then?

23    A    I did.

24    Q    Please read what you messaged him.

25    A    "Hi, Brendt.  Just talked to your mom, and she

SENTENCING -- July 10, 2019 (Afternoon)

1  told me things are going really well for you.  I'm so

2  glad.  I hope you two have a wonderful Thanksgiving.  It

3  sounds like you have a lot to be thankful for, but you've

4  worked really hard for it, so you deserve all good

5  things.  Love, Debbie."

6       Q    Why was it you messaged him on November 24,

7  2013?

8       A    For Thanksgiving.

9       Q    Did he respond?

10      A    No.

11      Q    Next message, page 6, Thursday, April 17, 2014,

12  9:47, did you and he then have an exchange of messages

13  April 17th of 2014?

14      A    We did.

15      Q    So let's, let's start with that first message.

16  You, you messaged him at 9:47.  Please read that message.

17      A    "Hi, I was just talking to your sister.  How's

18  life treating you?"

19      Q    And did he respond?

20      A    He did, a few minutes later.

21      Q    And what did he say?

22      A    "Hi."

23      Q    What further did he say?

24      A    He said, "Things are going well for me.  I like

25  grad school so far."

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    And then if we may go to the bottom -- or the

2    top of page 6, we see, "You've almost made it through

3    your first year -- yay."

4    A    Uh-huh.

5    Q    And, Ms. Pollock, if we could go to the bottom

6    of page 5, we see, "Deb Mitchell, Thursday, April 17,

7    2014, at 10:00 p.m."   That would have been your

8    response --

9    A    Yes.

10    Q    -- to Brendt's message that he was enjoying

11    grad school --

12    A    Uh-huh [nodding head up and down].

13    Q    -- grad school at the University of Illinois?

14    A    Yes.

15    Q    So did you respond, then, at --

16    A    I did.

17    Q    -- 10:00 p.m.?

18    A    I did.

19         I said, "Your mom says you're really happy, and

20    I'm so glad to hear it.  How is Michelle?"

21    Q    And what did he say at 10:01 p.m.?

22    A    He said, "She's good, too.  She's in school for

23    accounting right now.  One more year left."

24    Q    And did you respond?

25    A    I did.

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        Q     10:02, please read.
 2        A     "Oh, my gosh, in a couple of years, you'll be
 3   old working stiffs like us.  I'm really proud of you,
 4   Brendt.  You've worked really hard, and it seems like all
 5   the right things are happening for you now.  That's the
 6   way it's supposed to be.  Do you ever talk to Tom?"
 7        Q     Tom, being your son, correct?
 8        A     My son, yes.
 9        Q     And what did he say --
10        A     He said, "Thank --
11        Q     -- at 10:05 p.m.?
12        A     He said, "Thank you.  It's been a while since
13   I've talked to Tom.  How's everything going with him?"
14        Q     And your response at 10:07?
15        A     "He's good.  He's going to get out of corporate
16   and either go back to school or hopefully go to work for
17   a nonprofit in Minneapolis.  He and Laura are getting
18   married in July, so him living in Phoenix and her living
19   in Mankato, Minnesota, won't work out so well."
20        Q     And your further communication at 10:07 p.m.?
21        A     "It would be better if they lived together."
22        Q     And then some more communication from you?
23        A     "Laura's awesome, by the way."
24        Q     And further?
25        A     "She teaches ESL to Somalians at Mankato High
```

SENTENCING -- July 10, 2019 (Afternoon)

1  School."

2      Q     "ESL" refers to?

3      A     English as a Second Language.

4      Q     So this is Tom's wife?

5      A     Right, my daughter-in-law.

6      Q     Who's teaching Somalis at a high school in

7  Mankato --

8      A     Yes.

9      Q     -- English as a Second Language?

10     A     At that time, she was.  Yes.

11     Q     Okay.  Can we go to page 4, Ms. Pollock.

12           And does the conversation continue, --

13     A     It does.

14     Q     -- Ms. Mitchell?

15           And now it says at 10:10 p.m. -- please read.

16     A     "They've been together for four years, so it's

17  time."

18     Q     And what did Brendt respond at 10:11 p.m.?

19     A     He said, "Yeah.  That's definitely long enough,

20  I'd think."

21     Q     What did you say at 10:11 p.m.?

22     A     "He's like his dad.  Mike and I dated for four

23  and a half years before we got married."

24     Q     And at 10:12, what did you say?

25     A     "I talked with Matt the other day.  He sure is

SENTENCING -- July 10, 2019 (Afternoon)

1  having a great experience."

2      Q    Matt is his brother, correct?

3      A    Matt is his brother.

4      Q    His older brother?

5      A    Uh-huh.

6      Q    With whom he would have these occasional pokes,

7  correct, --

8      A    Yes.

9      Q    -- that you mentioned?

10     A    Uh-huh.

11     Q    And what did Brendt say in response at

12  10:12 p.m.?

13     A    He said, "His statuses are the most interesting

14  thing on my Facebook feed by far.  Ha ha."

15     Q    What did you say at 10:13 p.m.?

16     A    "Mine, too.  I'm really glad he put himself out

17  there and is doing all that.  I know it wasn't his

18  comfort zone."

19     Q    And did you respond -- or did you express

20  further?

21     A    I did.  "But now it seems to be.  Good for

22  him."

23     Q    And Brendt's response at 10:14 p.m.?

24     A    "Yes.  It was very surprising to me when I

25  heard he was leaving the country to teach kids English."

SENTENCING -- July 10, 2019 (Afternoon)

1       Q    Do you know what country he was leaving to,

2   Matt, to teach?

3       A    Taiwan.

4       Q    Taiwan.

5            And then Brendt, at 10:14, further said?

6       A    "Seemed like it was out of left field."

7       Q    Ms. Pollock, may we go to page 3.

8            And then April 17, 2014, 10:15 p.m. at the

9   bottom of that page, you said?

10      A    "People change apparently.  I never expected it

11  either; but after his trip out west, he seemed like a

12  whole different person.  His life will be much better now

13  that he realizes that being social is a good thing."

14      Q    And at 10:16 p.m., did you add further?

15      A    "I really like who he has become."

16      Q    What did Brendt say then at 10:17 p.m.?

17      A    "Yeah.  He has done a complete 180 compared to

18  who he used to be.  It looks like he's met more people in

19  the past year than he has the rest of his life."

20      Q    And what did Brendt say further at 10:21 p.m.?

21      A    "Anyway, I'm going to log off.  I have to wake

22  up at 5:00 tomorrow morning to get to campus early, so I

23  need to sleep."

24      Q    And by "get to campus early," what did you take

25  that to mean?

SENTENCING -- July 10, 2019 (Afternoon)

1    A    That he was going to his physics program.

2    Q    At the University of Illinois?

3    A    At the University of Illinois, yes.

4    Q    In April of 2014?

5    A    Uh-huh.

6    Q    On April 17th, then, at 10:22 p.m., did you

7    respond?

8    A    I did.

9    Q    And what did you say?

10   A    I said, "Yep.  I think he now realizes that

11   alone is not the way to go.  I'm so glad you have

12   Michelle.  You two seem to be such a good pairing.  I

13   know Tom told me that he really liked Michelle in high

14   school, that she was a nice person.  Your life is going

15   to be so great, and I couldn't be happier.  You've always

16   been my sweet little Brendt.  We had some really

17   wonderful times, and it's so fun to see the awesome man

18   you've become.  I knew you had it in you.  I'm going to

19   take a shower and crawl into bed, so I'll talk to you

20   another time."

21   Q    Sunday, May 11, 2014, 3:02 p.m., did you

22   message Brendt on that date?

23   A    I did.

24   Q    What did you say?

25   A    I said, "Did you call your mom for Mother's

SENTENCING -- July 10, 2019 (Afternoon)

1   Day?"

2        Q    Seems like this is the second time you remind

3   him --

4        A    Uh-huh.

5        Q    -- to call Mom?

6        A    Yep.

7        Q    Because were you and Ellen still good friends?

8        A    We were.  I do that with other people's kids,

9   too, though.

10        Q    And you knew at this time that Ellen and Mike

11   were divorced, correct?

12        A    I did.

13        Q    And Ellen was living in Hartford, Wisconsin?

14        A    Uh-huh.

15        Q    Did you think it appropriate and important for

16   Brendt to call her --

17        A    I did.

18        Q    -- to lift her spirits?

19        A    I think it's important every year.

20        Q    And let's go to the next message, Monday

21   June 30, 2014.  What does that one say that you messaged?

22        A    "Happy birthday, Brendt.  I hope you're having

23   a wonderful day today.  Too bad we can't all go to

24   Shakey's and play video games and eat pizza like the old

25   days.  Good memories though."

SENTENCING -- July 10, 2019 (Afternoon)

1      Q    And, Ms. Pollock, if we could go to the next

2  page, page 1.

3           Monday, June 30, 2014, 6:30 p.m., did Brendt

4  respond to your "happy birthday" wishes and reference

5  Shakey's pizza?

6      A    He did.

7      Q    And what did he say?

8      A    He said, "Thank you.  I remember doing that.

9  It was always fun."

10     Q    And did you respond at 6:31 p.m.?

11     A    I did.  "It was fun to celebrate the birthdays

12 together.  I had a lot of fun hauling you and Tom around

13 to different places, Bay Beach, et cetera.  Did you and

14 Michelle celebrate?"

15     Q    June 30th, then, at 6:33.  Did you further --

16     A    I did.  "We'll be thinking of you next week at

17 his wedding.  He really wanted you two there but knew it

18 was way too far for you to travel.  It would have been

19 much easier to have the wedding in Point; but it's the

20 bride's deal, and I totally get it."

21     Q    What is that about?

22     A    What was that about?  As far as "the bride's

23 deal"?

24     Q    Yes.

25     A    Well, usually you have the wedding where the

SENTENCING -- July 10, 2019 (Afternoon)

```
 1   bride is from.  So we couldn't have it where it would

 2   have been cheaper, and we could have had more people.

 3   But -- and it would have been closer for everybody.  But

 4   we had it in Minneapolis, which was fine.

 5        Q    Ms. Pollock, do these messages continue?

 6             (Brief pause in proceedings.)

 7        Q    Friday, August 21, 2015, 4:02 p.m., did Brendt

 8   respond to an earlier message?

 9        A    He did.  "Pretty good.  Still doing research

10   like always.  Not much has changed there.  Ha ha."

11        Q    And then?

12        A    "Teaching again starting next week."

13        Q    And your response?

14        A    "Glad you're doing well.  Tom starts school on

15   Monday."

16        Q    And this is your younger son, Tom, --

17        A    Yes.

18        Q    -- who's beginning his new teaching career --

19        A    Yes.

20        Q    -- as a counselor --

21        A    As a school counselor.

22        Q    -- in Mankato?

23        A    Uh-huh.

24        Q    And your further message is?

25        A    "Your mom left a little while ago.  We had a
```

SENTENCING -- July 10, 2019 (Afternoon)

1    really nice, though brief, time."

2         Q    Now, finally, Ms. Mitchell, I'm going to direct

3    your attention to the very top of this page, Wednesday,

4    January 6, 2016, 9:10 p.m.  You message Brendt.  Please

5    read that last message on this exhibit.

6         A    "Did you have a wonderful Christmas?  How come

7    you didn't stop here?  You should next time you're in

8    town.  I would love to give you a hug."

9         Q    You're referencing his not coming to see you.

10        A    Yeah.  I just --

11        Q    Did you learn that he was in town?

12        A    I had learned, through his mother, that he had

13   been in town to see Michelle's mother, and they were

14   always welcome in our home.

15        Q    Okay.  And to your recollection, ma'am, is that

16   the last message or communication you had with Brendt

17   Christensen before learning of his arrest in this case?

18        A    Yes.  I believe I sent him a Facebook message

19   wishing him a happy birthday.

20        Q    As is your habit?

21        A    Uh-huh, as is my habit.

22             THE COURT:  Mr. Taseff, if you're getting

23   close, we'll keep finishing here until you get your

24   direct in.  Otherwise, we'll take a break.

25             MR. TASEFF:  I'm getting close, Judge.

SENTENCING -- July 10, 2019 (Afternoon)

1          THE COURT:  All right.

2          MR. TASEFF:  I'm getting close.

3          THE COURT:  Go ahead.  Let's finish up direct

4    then.

5    BY MR. TASEFF:

6       Q    Ms. Mitchell, what do you want the ladies and

7    gentlemen of the jury to know about the Brendt

8    Christensen that you knew during those years in Stevens

9    Point and all the activities that you and your family

10   shared with him and his parents and his siblings?

11      A    That Brendt was a kind and gentle little boy

12   who had a typical childhood, spent much time in my home

13   and in my car and in my presence, and that was all

14   through the elementary years.  And then -- I would see

15   him occasionally after that when I would still stay in

16   touch with Ellen and he would be in, you know, in the

17   home.

18          But he was just a very sweet little boy that I

19   loved, like my own.

20      Q    Do you maintain your friendship with his

21   mother, Ellen?

22      A    I do.

23      Q    Are you still close personal friends?

24      A    Yes, we are.

25      Q    Is Ellen remarried?

SENTENCING -- July 10, 2019 (Afternoon)

1     A     Yes, she is.

2     Q     Her husband is Kurt?

3     A     Her husband is Kurt Williams.

4     Q     Has she conquered her demon with alcohol?

5     A     She has.

6     Q     And she's clean and sober?

7     A     She is.

8     Q     And is she more like the old Ellen you knew --

9     A     Yes, she is.

10    Q     -- before --

11    A     She's strong Ellen.

12    Q     -- she was depressed and became an alcoholic?

13    A     Uh-huh.

14    Q     Have you had any contact with Brendt

15   Christensen since his arrest on June 30th of --

16    A     I have not.

17    Q     -- 2017?

18          And, again, is this the first time you've seen

19   him in person --

20    A     It is the first time.

21    Q     -- since that date in Stevens Point some

22   nine/ten years ago?

23    A     Yes.

24    Q     Do you love this man, Brendt Christensen?

25    A     I do.

SENTENCING -- July 10, 2019 (Afternoon)

1      Q    You said you've loved him as your own son?

2      A    I did.

3      Q    And does that love for you -- the love you have

4    for him continue to this day?

5      A    That doesn't go away.

6      Q    Knowing what he has been convicted of --

7      A    I do.  I mean, I -- yes.  I love the boy that

8    he was.  I don't know what else -- that doesn't stop.

9           MR. TASEFF:  Your Honor, those are my

10   questions.

11          THE COURT:  All right.  Let's take 15 minutes,

12   and then we'll resume with cross-examination.

13          Please do not discuss the matter with anybody,

14   including yourselves.

15               (Jury absent, 3:07 p.m.)

16          THE COURT:  All right, 15.

17               (Recess, 3:07 p.m. to 3:28 p.m.)

18          THE COURT:  All right.  Anything before we

19   bring the jury in?

20          MS. POLLOCK:  Just the witness.  Hold on.

21          THE COURT:  All right.

22          And we'll have cross, and then refresh me again

23   how many more?

24          MS. POLLOCK:  Two more.

25               (Brief pause in proceedings.)

SENTENCING -- July 10, 2019 (Afternoon)

```
 1                  (Jury present, 3:29 p.m.)

 2              THE COURT:  Thank you.  Please be seated.

 3         All right.  Cross-examination, Mr. Freres.

 4              MR. FRERES:  Thank you, Your Honor.

 5              CROSS-EXAMINATION BY MR. FRERES:

 6      Q    Good afternoon, ma'am.

 7      A    Good afternoon.

 8      Q    When we left off there, we were discussing

 9  Defendant's Exhibit 118, a series of messages you had

10  between, with the defendant.

11      A    Yes.

12      Q    Do you recall that?

13      A    I do.

14              MR. FRERES:  Your Honor, may I approach the

15  witness?

16              THE COURT:  You may.

17              MR. FRERES:  I don't have access to this, so

18  I'm just going to hand you the physical copy and just ask

19  you to take a look at it, please.

20              WITNESS DEBRA MITCHELL:  Sure.  That's fine.

21  BY MR. FRERES:

22      Q    On that series of messages there, it looks like

23  that first page, between August 22nd of 2015 and

24  January 6th of 2016, that there were some messages that

25  had been redacted?
```

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        A    Oh, really?

 2        Q    Does it -- do you see the large space there?

 3        A    I see the space.  I don't know how that's --

 4        Q    You don't recall any messages between that time

 5   period?

 6        A    No.

 7        Q    Okay.  And can we go to the second page of

 8   that, ma'am?

 9        A    Yes.

10        Q    And it looks like there, the same thing.  Do

11   you see a gap between --

12        A    I do.  I see a gap.

13        Q    -- between that --

14        A    I don't know how this stuff prints out.

15        Q    I understand, ma'am.  I'm just asking if you

16   see --

17        A    Uh-huh.

18        Q    -- what you see there on the exhibit.

19             And I understand you had no involvement in

20   preparing that, correct?

21        A    No.

22        Q    And is there a gap there between June 30th of

23   2014 and August 21st of 2015?

24        A    Yes.

25        Q    And then there, near the end, is there also a
```

SENTENCING -- July 10, 2019 (Afternoon)

1    gap between May 9th of 2013 and June 30th of 2013?

2       A    Yes.

3       Q    Now, you -- thank you.

4       A    Uh-huh.

5       Q    You've -- you testified that you've known the

6    defendant a long time, correct?

7       A    Yes.

8       Q    Since he was a boy?

9       A    Since he was one.

10      Q    Since he was one?

11      A    Yes.

12      Q    And that he is essentially a member of your

13   family, correct?

14      A    Yes.

15      Q    And you also knew his mom?

16      A    Very well.

17      Q    And she's one of your best friends in the

18   world?

19      A    Yes.

20      Q    And would it be fair to say you know them both

21   very well?

22      A    It would be fair to say that I know her very

23   well.

24      Q    Certainly.

25           And in this context, in May of 2013, you felt

SENTENCING -- July 10, 2019 (Afternoon)

1    like you needed to contact the defendant and remind him

2    to contact his mother --

3        A    Yes.

4        Q    -- about Mother's Day.

5             And within that message, you also had to remind

6    him of what her address is?

7        A    That was because she moved right at that time,

8    and I didn't know if they had -- they called each other

9    via phone.  I didn't have a cell phone.  And so I didn't

10   know what the dynamic was.

11            But I want-- since she had been divorced and

12   moved, I thought it was important that Brendt -- and I

13   knew that Brendt would if I reminded him, because for

14   some reason Mother's Day is a hard one for kids to

15   remember if nobody tells them.  I don't know why, but it

16   is.

17       Q    And, in fact, you -- the following year, you

18   messaged him again during --

19       A    I did.

20       Q    -- May to "get in contact with your mom"?

21            And, of course, you got no response to that

22   message, correct?

23       A    I guess not.  I did-- I don't pay attention.  I

24   just let them know.

25       Q    I'm sorry?

SENTENCING -- July 10, 2019 (Afternoon)

1      A    I said:  I don't pay attention.  I just let

2  them know, and then I move on.

3      Q    Now, you were -- you were also the defendant's

4  den mother --

5      A    I was.

6      Q    -- in Scouts, correct?

7      A    Yes.

8      Q    And that's a, a role that helps -- you're

9  trying to help the boys, correct?

10      A    Yes.

11      Q    And --

12      A    Help them earn their badges --

13      Q    Correct.

14      A    -- is the whole --

15      Q    Of course.

16           And part of Scouts is -- part of Scouts is

17  teaching them to strive by, to live by certain laws and

18  mottos; is that correct?

19      A    Yes, it is.

20      Q    And it's fair to say that a Scout is

21  trustworthy?

22      A    Yes.

23      Q    And loyal?

24      A    Yes.

25      Q    And helpful?

SENTENCING -- July 10, 2019 (Afternoon)

1    A    Uh-huh, and brave.

2    Q    Friendly?

3    A    Friendly and brave, yes.

4    Q    Courteous?

5    A    Uh-huh [nodding head up and down].

6    Q    Kind?

7    A    Yes.

8    Q    Obedient?

9    A    Yes.

10   Q    Cheerful?

11   A    Yes.

12   Q    Thrifty?

13   A    Yes.

14   Q    I believe you already mentioned brave?

15   A    I did.

16   Q    And clean?

17   A    Yes.

18   Q    And reverent?

19   A    Yes.

20   Q    And part of the Scout motto is to help others

21   at all times, correct?

22   A    Yes.  I've been out of it for a long time; but,

23   yes, that was what we tried to get the kids to model.

24   Q    Absolutely.

25        And these are things that, of course, when

SENTENCING -- July 10, 2019 (Afternoon)

1   you're doing this, you hope will stick with them and

2   they'll carry them --

3       A    Correct.

4       Q    -- throughout their life, correct?

5            MR. FRERES:  Thank you.  I have no further

6   questions, Your Honor.

7            MR. TASEFF:  I have nothing further, Judge.

8            THE COURT:  All right.  Thank you.  You may

9   step down.

10           WITNESS DEBRA MITCHELL:  Thank you so much.

11           Thank you.

12           Thank you.

13               (Witness Debra Mitchell excused, 3:34 p.m.)

14           THE COURT:  Next witness.

15           MS. BRAIN:  Yes, Your Honor.  We'd call Tom

16   Mitchell.  I'll take this witness out and get him.

17               (Brief pause in proceedings.)

18           THE COURT:  Would you raise your right hand.

19           THOMAS JOSEPH MITCHELL, sworn, 3:35 p.m.

20               DIRECT EXAMINATION BY MS. BRAIN:

21       Q    Good afternoon.  Can you state your full name

22   and spell your last name for the court reporter?

23       A    Yep.  Thomas Joseph Mitchell, M-i-t-c-h-e-l-l.

24       Q    Do you know Brendt Christensen?

25       A    I do.

1      Q     How do you know him?

2      A     He was a childhood friend; from ages one till

3  about ten, I would say, we were close.

4      Q     What town did you grow up together?

5      A     Stevens Point, Wisconsin.

6      Q     Where do you currently live?

7      A     I live in North Mankato, Minnesota.

8      Q     Are you married?

9      A     I am.

10      Q     What's your wife's name?

11      A     Laura.

12      Q     Do you have any children?

13      A     I do.  I have two.  I have a son who's a little

14  bit over two, and I have a three-month old -- well, not

15  even quite three-month old daughter at home.

16      Q     What's your occupation?

17      A     I'm a school counselor.

18      Q     And what, what do you do as a school counselor?

19  What are your duties?

20      A     Yeah.  So I work at an elementary school; and I

21  support the social, emotional, academic, and career needs

22  of our students.  So working proactively to help provide

23  early interventions on the social-emotional needs; help

24  them with academic support; as well as get them thinking

25  about careers.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    Even in elementary school?

2    A    Even in elementary school.  Not too early to

3  start ever.

4    Q    How long have you been a school counselor?

5    A    I'm coming into my third year now.

6    Q    Do you like it?

7    A    I love it.  Yeah, the career prior to it, I

8  wasn't satisfied in it; so I went back for my master's in

9  school counseling.

10    Q    What do you like about it?

11    A    It's very rewarding work.  I feel like every

12  morning when I wake up I have a purpose going in, knowing

13  that I'm going to help students who wouldn't otherwise be

14  able to get the help that they need in the community or

15  from family.

16         Students at the elementary level -- I didn't

17  know when I first started -- have a lot of needs.  We

18  think of mental health needs being something that high

19  school and older are the kids that are dealing with, but

20  it's very prevalent in the elementary schools as well.

21  So I feel it's very rewarding work.  Plus, I get summers

22  off.

23    Q    You mentioned your master's.  Do you have a

24  college degree?

25    A    I do.  I have an undergraduate degree in

SENTENCING -- July 10, 2019 (Afternoon)

1  business from the University of Minnesota and then a

2  master's in school counseling.

3       Q    Where did you get your master's?

4       A    At the University -- at Minnesota State

5  University, Mankato.

6       Q    Where were you born?

7       A    I was born in Stevens Point, Wisconsin.

8       Q    And what date were you born?

9       A    June 30, 1989.

10      Q    Do you know what date Brendt was born?

11      A    I do.  June 30, 1989.  We were born on the same

12  day.

13      Q    And in what hospital were you born?

14      A    The same hospital as Brendt, St. Michael's

15  Hospital in Stevens Point.

16      Q    Did your moms know each other at that time?

17      A    Not at that time, no.

18      Q    When did they meet?

19      A    They met when we were approximately one, at a

20  park by the river in Stevens Point, Wisconsin.  We were

21  playing, and they sat on a bench next to each other, is

22  what I've learned.

23      Q    And I should be clear.  What's your mom's name?

24      A    My mother is Debra Mitchell.

25      Q    And what's Brendt's mom's name?

SENTENCING -- July 10, 2019 (Afternoon)

1    A    Ellen Lahmann.  Ellen Christensen when I knew

2  her.

3    Q    Did you live near each other?

4    A    We did.  Yeah.  We lived within walking or

5  biking distance to each other, approximately a half mile.

6  I'm very bad at guessing, so I'm sure Mapquest would

7  prove me wrong, but --

8    Q    What's your earliest memory of Brendt?

9    A    Playing.  Playing in a park -- probably the

10 same park that we were, or that we met at -- going down

11 slides, that kind of thing.

12   Q    When you both started school, did you go to the

13 same elementary school?

14   A    We did.  We both attended Jackson Elementary in

15 Stevens Point.  Brendt was in -- well, he might not have

16 started there, but that's at least the majority of where

17 he was.  But we were in different programs.  He was in

18 the gifted and talented program.

19   Q    So did you -- were you in any of the same

20 classes?

21   A    I do not believe so.

22   Q    After school and on weekends, how much time did

23 you spend with Brendt?

24   A    A significant amount of time, especially during

25 summer.  If I had to sum it up -- again, trying to think

SENTENCING -- July 10, 2019 (Afternoon)

1    back to childhood.  I would say we probably spent about

2    10 to 20 percent of our childhood together which, again,

3    doesn't sound like a significant percentage; but if you

4    total up time -- I mean, that was, like, in hours -- we

5    spent a lot of time together.

6        Q    And what kinds of things did you do together

7    during those years?

8        A    So, as I mentioned before, when we were really

9    young, we'd play together on playgrounds.  We'd play Big

10   Wheel on his driveway and on the street.  We'd go

11   trick-or-treating together.  As we got older, more and

12   more video games, as a kid in the '90s would.

13            I'd try to encourage Brendt to come out and

14   play basketball more often.  Things like that.

15       Q    How do you, how do you guys spend your

16   birthdays.  Did you have a special tradition?

17       A    We did.  We had a tradition.  Our families

18   would go to a buffet called Shakey's up in Wausau; and

19   that happened for many, many years -- probably up until

20   about the junior high kind of time frame.

21       Q    When you were playing with Brendt, when he was

22   small, did he ever seem to have difficulty anticipating

23   consequences?

24       A    Yes.  Absolutely.

25       Q    Tell us about that.

SENTENCING -- July 10, 2019 (Afternoon)

1    A    Some of my early memories -- probably from
2    about that four-/five-year-old time frame -- were Brendt
3    breaking my things, where he would be very interested in
4    the mechanics of toys.  And by that, he would then take
5    them apart and not know how to put them back together;
6    and that would result in a very upset me.

7          And as the school counselor, it's hard to admit
8    I would hit Brendt then and not know how to handle that.
9    So Brendt was very kind to me and never hit me back.  I
10   was always at least a head shorter than him, but he was
11   always a gentle giant and would never lay a finger on me.

12         So, yeah, Brendt's -- pretty frequently did not
13   anticipate consequences when taking apart my stuff.

14   Q    But he never hit you back?

15   A    Never.  I could never recall him hitting me
16   back.  No.

17   Q    Did he ever roughhouse with you or --

18   A    No.  He would roughhouse with his brother
19   frequently.  I remember both of them participating in
20   Taekwondo growing up and having sparring matches in the
21   living room and just -- his older brother, Matt, out of
22   nowhere, would almost attack him seemingly.  But I was
23   never involved in that.  I was just always a witness to
24   it.

25   Q    Were you and Brendt in Boy Scouts together?

SENTENCING -- July 10, 2019 (Afternoon)

1    A    We were.

2    Q    Was your mom involved in Boy Scouts?

3    A    Yes.  My mom was a den leader, or something to

4  that effect.  So we would go to Camp Tesomas, which was a

5  Scouting camp up in Wisconsin, together for long

6  weekends, if not a week at a time; and we'd do the

7  popcorn sales and all the things -- Pinewood Derby --

8  that Boy Scouts do, Cub Scouts.

9    Q    Did you ever sleep at each other's houses?

10   A    Yeah, absolutely.  I think I've slept more at

11  Brendt's house than he slept at mine, but he would also

12  come up to my grandmother's frequently for long trips and

13  stay then.

14   Q    Where did your grandmother live?

15   A    My grandma lives in Hatley, Wisconsin.  It was

16  about 40 minutes north of our hometown of Stevens Point.

17   Q    How often did you and Brendt go visit her when

18  you were --

19   A    I would say it would happen probably at least

20  once a summer, if not multiple times a summer; maybe not

21  to stay, but at least to go up there and play in the

22  creek and hang out.

23   Q    When you had sleepovers, did you ever observe

24  Brendt having night terrors?

25   A    I did.

SENTENCING -- July 10, 2019 (Afternoon)

1      Q    Can you tell us what you saw?

2      A    I would remember waking up in the middle of the

3   night to Brendt making noises, jolting out of bed; every

4   once in a while even getting out of bed, walking around.

5      Q    Was he awake when he was walking around?

6      A    That's a hard question to answer.  I mean, I

7   felt like he was awake and that he was moving and he was

8   up; but I don't think he was coherent, per se.  I don't

9   think he was truly awake.

10     Q    And did he tell you about sleepwalking?  About

11  waking up in one place --

12     A    Yes, yeah.

13     Q    -- where he didn't go to sleep?

14     A    Yeah, exactly.  And almost -- I mean, it seemed

15  like his brother would joke with him about it and say,

16  "Where did you wake up?"  Things like that.

17     Q    You mentioned your grandma's.  Did you go on

18  other kinds of trips together?

19     A    Yes.  We went to the Christensens' property up

20  in the Upper Peninsula of Michigan at least once for

21  about a week.

22     Q    What was it like up there?  What kind of

23  property is it?

24     A    It's remote, very remote.  You drive three or

25  four hours north to get to a patch of woods where you

SENTENCING -- July 10, 2019 (Afternoon)

1    would leave the car and pack up onto ATVs and navigate

2    through the woods on a journey with a six-wheeler and

3    maybe a three-wheeler, or a couple of devices, for about

4    an hour to get to an even more remote part of the woods;

5    or even traverse down, kind of in a zigzag pattern, to

6    get to this clearing that was cleared out where Brendt's

7    father and family had a pop-up camper that was set up

8    when I was there.  And it was along a river.

9        Q    And where did you guys sleep?

10       A    We all slept in the pop-up camper together, and

11   that was quite a few of us.  It would be his entire

12   family; so Mike, Ellen, Matt, Brendt, Andrea, plus me --

13   six of us in a pop-up camper, very close quarters.

14       Q    What did you do during the day?

15       A    Various activities, mostly centered around work

16   is what I recall.  I remember projects in the river,

17   trying to divert some of the water, kind of, for energy

18   purposes.  Playing -- playing in the river as much as it

19   was working in it at times, but it seemed like a lot of

20   labor-intensive work that my tiny little body probably

21   wasn't used to.  So I remember working a significant

22   amount of the time that I was up there.

23       Q    Did your mom organize trips for you guys, you

24   and Brendt?

25       A    Yes.  Very frequently, during summers mostly I

1  would say because my mother worked in the schools, so she

2  had summers off -- so devoted a lot of time to taking us

3  swimming, to Waupaca, a town about 30 minutes away.  That

4  was a very frequent thing that we did.  Going to arcades

5  in town.  We spent a lot of time together.

6      Q    Did Brendt's mom ever organize trips like that?

7      A    She would sometimes attend the trips that my

8  mom was kind of championing and leading, but I don't

9  recall any trips that Ellen initiated.

10     Q    What kind of a father did you observe Brendt's

11 father to be in those years?

12     A    He would be present during activities, things

13 like watching movies together at night that generally I

14 was scared of and would be too afraid to watch the entire

15 way through at times.  He would take the kids to

16 Taekwondo.  I remember going to the YMCA with him, things

17 like that.

18          But during an average, routine day, he wasn't

19 present very much.  He was frequently in his office

20 working on his computers and things like that.

21     Q    Did he have projects that he did, that he got

22 interested in?

23     A    Yeah, at times.  I'd go into the office and see

24 what he was working on; and he kind of told me a little

25 bit about what coding was and things like that.  Later on

SENTENCING -- July 10, 2019 (Afternoon)

1  in life when he ran the vending business, I'd frequently

2  find him in the garage working on things related to that

3  and would talk to him occasionally out there.

4      Q    And what kind of a mother was Brendt's mother,

5  Ellen?

6      A    [No response.]

7      Q    Let me ask you this.  That was sort of a broad

8  question.

9           Did you observe, even at that age, signs of

10  depression in her?

11      A    Absolutely.

12      Q    Uh-huh.

13      A    Absolutely.

14      Q    What did you see?

15      A    I saw a really lonely woman.  I remember being

16  in elementary school and coming over to her house, to

17  their house, and at times would find her in the kitchen

18  by herself just kind of standing.  And it seemed like

19  nobody had talked to her all day, and she was just hungry

20  to talk to me, hungry for attention.  And I'd obviously

21  come over with the intent of playing with Brendt, and

22  there were times where I'd stand in the kitchen and talk

23  to her an hour before even going and seeing my friend.

24      Q    What kinds of things did you talk about?

25      A    We had some similar interests growing up.  I

SENTENCING -- July 10, 2019 (Afternoon)

1   was a violinist, and she had played the cello.  And I

2   remember even -- you know, what, fourth grade, so

3   probably like nine years old, something like that --

4   trying to encourage her to play again; and that was

5   always something that I had kind of dreamed of was

6   getting her to play the cello again.

7        Q    Were there times when Ellen didn't get dressed

8   until late in the day, if at all?

9        A    Regularly, I would go to their house and find

10  her napping on the couch in the middle of the afternoon,

11  say, 3:00, something like that.

12       Q    Did you know at that age that Ellen had begun

13  to develop a problem with alcoholism?

14       A    Yes.  Yep.

15       Q    Did your mom ever give you instructions about,

16  in regard to that?

17       A    Absolutely.  My mom was very clear with me in

18  elementary school that I would need to observe how she

19  was walking and how she was speaking prior to getting in

20  a car with her, to look for signs of drinking.

21       Q    And if, and if she was -- if there was any

22  difference in how she was walking or speaking, what were

23  you to do?

24       A    I was to come up with an excuse to go inside

25  and give her a phone call -- give my mom a phone call.

SENTENCING -- July 10, 2019 (Afternoon)

1      Q    Did you feel like your parents were supportive

2  to you when you were growing up?

3      A    Very much.  As I feel like his parents were,

4  too.  They were supportive of me very much.

5      Q    Do you think that Brendt had the same kind of

6  support?

7      A    They supported Brendt, I think, in a different

8  way.

9      Q    Do you know -- did you know Matt's -- Matt's

10  brother Brendt -- Brendt's brother Matt?

11      A    Yes.  Of course, I knew Matt.

12      Q    What was Matt's personality like?

13      A    It's hard to sum it up.  Just give me a second.

14           (Brief pause in proceedings.)

15      A    Matt was a very private and kind of a -- he

16  would isolate himself pretty regularly.  I didn't -- in

17  the entirety of knowing him, as an example, I didn't -- I

18  never saw him with a friend.  I have no idea who a friend

19  of Matt's was throughout my entire childhood.

20      Q    Did you see him -- I think you mentioned this

21  earlier -- fighting with Brendt?

22      A    With, like, the Taekwondo?  Yes.  Absolutely.

23  But it -- it, it frequently would be fights as well.

24  Matt was -- he had a short fuse when it came to all

25  things Brendt, it seemed like, and would frequently hit

SENTENCING -- July 10, 2019 (Afternoon)

1    Brendt over the head and, with things and would tackle

2    him out of nowhere when walking, things like that.

3        Q    Did you ever see him choking Brendt?

4        A    I have, yeah.  In kind of the context of play

5    wrestling that would get too far, I would -- I've seen

6    him choking Brendt.  Yeah.

7        Q    Did there come a time when you and Brendt

8    started spending less time together?

9        A    Could you repeat that question?

10       Q    Yes, of course.

11            Did there come a time when you and Brendt

12   started spending less time together?

13       A    Yeah.  I would say junior high age, so around

14   age 11 would have been when our paths just started to

15   diverge, when we started to have different social circles

16   and different friend groups.  And we would start seeing

17   each other less and less frequently.  I'd still go to his

18   house occasionally; but at school and things like that,

19   we didn't really hang in the same circles.

20       Q    Did you have a falling-out?

21       A    No.  It was never anything like that.  It

22   was -- there was no animosity to it.  It just seemed to

23   be kind of a natural split of interests.

24       Q    And when was the last time you saw Brendt?

25       A    I kind of figured this question would come, and

SENTENCING -- July 10, 2019 (Afternoon)

1  I can't say with precision; but it would have been

2  about -- shortly after graduation from high school.

3      Q     Looking back in hindsight, with your training

4  and experience as a school counselor, are there services

5  that you provide your students that you think Brendt

6  might have benefitted --

7           MR. MILLER:  I'm going to object to that, Your

8  Honor.

9           THE COURT:  Ms. Brain, where are you going with

10  this?

11           MS. BRAIN:  I would just -- trying to elicit

12  his recollections of Brendt and how Brendt was, was as a

13  kid from the lens of an adult with --

14           THE COURT:  But the question I'm hearing is:

15  In his expert -- or in his field as a high school

16  counselor, are there services that he thinks Brendt would

17  have benefitted from?  Where are you going with that?

18           MS. BRAIN:  Just on its face, just simply that

19  one question.

20           MR. MILLER:  Your Honor, that question's

21  improper.  That calls for expert testimony, and they've

22  withdrawn any --

23           THE COURT:  How does, how does that not call

24  for some expert testimony?

25           MS. BRAIN:  I think it's based -- I don't

SENTENCING -- July 10, 2019 (Afternoon)

1  believe it's an expert opinion.  I believe it's based on

2  his opinion and knowledge of Brendt, but I can withdraw

3  it.

4          THE COURT:  Well, I think the objection is well

5  taken.  It should be withdrawn, or the objection will be

6  sustained.

7          MS. BRAIN:  Very good.

8          THE COURT:  All right.

9          MS. BRAIN:  That's all my questions.  Thank

10  you, Tom.

11          THE COURT:  All right.  Mr. Miller.

12              CROSS-EXAMINATION BY MR. MILLER:

13      Q    Was -- and I apologize -- was 2009, is that

14  when you graduated from high school?

15      A    2007.

16      Q    2007.

17              And you think that would be the last time you

18  would have had contact with the defendant?

19      A    Not contact.

20      Q    Okay.

21      A    We've been in contact since then, --

22      Q    Okay.

23      A    -- but I think her direct question was last

24  time I saw him.

25      Q    Very good.

SENTENCING -- July 10, 2019 (Afternoon)

1              And you weren't able to attend his wedding?

2       A    I was not.

3       Q    Were you invited to his wedding?

4       A    I was not.

5       Q    Okay.  And he --

6       A    I don't believe many people were.

7       Q    Okay.  And he didn't attend your wedding?

8       A    No.  He did not attend my wedding.

9       Q    Okay.  Now, you noted that you -- I think you

10   said you spent a lot of nights at his -- you slept at his

11   house more than he slept at your house?

12      A    Correct.

13      Q    And your mom had told you about, if the

14   defendant's mom drove, how you should be careful,

15   correct?

16      A    Correct.

17      Q    But there was nothing about at least your mom's

18   knowledge of the defendant's mom that kept you from

19   spending nights over at his house?

20      A    Correct.  She was comfortable having me stay

21   there.

22      Q    Okay.  You also mentioned, I guess, what you

23   kind of referred to as the night terrors?

24      A    Correct.

25      Q    I don't know if you're aware that those are

1  fairly common in younger kids?

2      A    I wouldn't say "fairly common," --

3      Q    Okay.

4      A    -- personally, again, with my expertise, which

5  we're not discussing.

6      Q    Okay, okay.  So you -- fair enough, fair

7  enough.

8           Did -- and, again, I'm asking:  Do you remember

9  you indicated about the brothers who were fighting with

10  each other?

11      A    Uh-huh, I remember.

12      Q    And on your -- not on your expertise, on your

13  personal experience growing up, do you see brothers fight

14  from time to time?

15      A    I never fought with my brother the way that his

16  brother -- he and his brother fought.

17      Q    Fair enough.

18           You also mentioned that -- I think the way the

19  question was phrased for you was the defendant had

20  trouble anticipating consequences?

21      A    I believe that's how it was phrased.  Yes.

22      Q    And so he would take apart certain things of

23  yours sometimes and couldn't get them back together?

24      A    Yes, he would.

25      Q    Another way you could phrase that would be,

SENTENCING -- July 10, 2019 (Afternoon)

1   maybe, he wouldn't care about the consequences?

2       A    I don't believe so.

3       Q    Okay.  Another thing you could -- were there

4   any consequences when he did that?

5       A    Absolutely.

6       Q    Okay.

7       A    And when I would hit him, there were also

8   consequences for me.

9           MR. MILLER:  Very good.

10          No questions, Your Honor.

11          THE COURT:  Anything further?

12          MS. BRAIN:  No, Your Honor.

13          THE COURT:  Thank you.  You may step down.

14          WITNESS THOMAS MITCHELL:  Thank you.

15              (Witness Thomas Mitchell excused, 3:56 p.m.)

16          THE COURT:  Next witness.

17          MR. TASEFF:  Judge, the defense calls Andrew

18  Kieper.  That's K-i-e-p-e-r.

19          THE COURT:  And I understand this is the last

20  witness for the day?

21          MS. POLLOCK:  Yes, Your Honor.

22              (Brief pause in proceedings.)

23          ANDREW KIEPER, sworn, 3:57 p.m.

24          DIRECT EXAMINATION BY MR. TASEFF:

25      Q    Sir, please tell us your name and spell your

SENTENCING -- July 10, 2019 (Afternoon)

1    last name for the court reporter.

2         A    My name is Andrew Kieper, K-i-e-p-e-r.

3         Q    Mr. Kieper, how old are you?

4         A    30.

5         Q    Where do you live?

6         A    Steven-- Madison.

7         Q    Madison, Wisconsin?

8         A    Yes.

9         Q    What do you do for a living?

10        A    I'm a terminal operator, U.S. Venture,

11   Incorporated.

12        Q    How long have you been so employed?

13        A    Approximately five years.

14        Q    Tell us about your educational history.

15        A    Went to school in Stevens Point for the vast

16   majority of my education; during that time frame, went

17   to --

18        Q    Could you speak up a little bit?

19        A    Yes.

20             Went to SPASH for high school and Universal

21   Technical Institute there following, after high school.

22        Q    So SPASH refers to what?

23        A    Stevens Point Area Senior High School.

24        Q    And did you graduate from high school in

25   Stevens Point?

SENTENCING -- July 10, 2019 (Afternoon)

1      A      Yes.

2      Q      In what year?

3      A      2007.

4      Q      And upon graduating from high school at Stevens

5  Point in 2007, did you continue your education?

6      A      Yes.

7      Q      And where did you continue your education?

8      A      Universal Technical Institute in Chicago.

9      Q      And what kind of program is Universal Technical

10  Institute?

11      A      Automotive.

12      Q      And what did that entail?

13      A      Just repair, diagnostics, and that sort of

14  thing.

15      Q      How long was the program?

16      A      Approximately two years.

17      Q      Did you reside in the Chicagoland area while

18  attending that institute?

19      A      Yes.

20      Q      Did you achieve a degree?

21      A      Yes.

22      Q      And upon achieving your degree, what did you do

23  to further your professional or your career ambitions?

24      A      I moved back to the Madison area and began

25  working for a dealership, Smart Motors Toyota.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    How long did you work there?

2    A    Until 2012, I believe.

3    Q    And did you then pursue a different job?

4    A    Yes.

5    Q    The present job you have?

6    A    The same company, but that was employed under a

7  different position.  I began as a driver.

8    Q    How long did you serve in that capacity?

9    A    About a year and a half.

10    Q    And what did you do then?

11    A    I was transferred to the division I work for

12  now.

13    Q    And that division is?

14    A    U.S. Oil, Terminal Operations.

15    Q    And what are your duties?

16    A    Just managing, maintaining, and repairing the

17  facility; making sure that everything is on the

18  up-and-up -- there's no problems; and any problems that

19  do arise, we take care of immediately -- monthly

20  inspections; just the thorough and constant maintenance

21  of the facility.

22    Q    Okay.  How many people do you work with?

23    A    Five others.

24    Q    Do you know the defendant in this case, Brendt

25  Allen Christensen?

SENTENCING -- July 10, 2019 (Afternoon)

1      A     I do.

2      Q     Do you see him here in court?

3      A     Yes.

4      Q     Could you please point him out?

5      A     [Complying with counsel's request.]

6            MR. TASEFF:  May the record reflect the witness

7   has identified Mr. Christensen?

8            THE COURT:  It will.

9   BY MR. TASEFF:

10     Q     How is it you know Brendt?

11     A     I met him in elementary school and knew him

12  well throughout middle school and high school and into

13  our college years.

14     Q     When was the last time, sir, that you saw

15  Brendt Christensen before coming to court to testify here

16  today?

17     A     The last time that I interacted with him would

18  be when we went to a restaurant in Madison -- Umami -- to

19  celebrate his departure for graduate school.

20     Q     Tell us about that occasion.

21     A     It was, you know, a celebratory dinner, you

22  know, "job well done."  We all kind of -- him and his

23  wife had been to the restaurant prior; I had not.  And so

24  it was an opportunity for Nichole and I to see something

25  new and the last time we would get an opportunity to see

SENTENCING -- July 10, 2019 (Afternoon)

1    him before he departed.

2         Q    Now, this was in Madison, Wisconsin, you said?

3         A    That is correct.

4         Q    And approximately when was it?  What date?

5         A    I cannot recall.

6         Q    Do you know what year?

7         A    2013, I believe.

8         Q    And what was your understanding back in 2013 at

9    the time of this occasion about Brendt's status in his

10   college career?

11        A    It was on the rise.  As far as I knew,

12   throughout UW-Madison he had also done very, very well

13   and was academically very promising, a strong student and

14   everything.  I never talked to him about -- I mean,

15   throughout our life, I always knew he would be good at

16   whatever he dedicated himself to.

17        Q    Was it your understanding that he was accepted

18   to a doctoral program at a different university?

19        A    Yes.

20        Q    And what university was that?

21        A    University of Champaign, I believe.

22        Q    Okay.  Here in Illinois?

23        A    Yes.

24        Q    And he had graduated from the University of

25   Madison -- University at Wisconsin at Madison prior to

SENTENCING -- July 10, 2019 (Afternoon)

1    that dinner occasion, correct?

2         A    Yes.

3         Q    So you mentioned Nichole.  Who is Nichole?

4         A    Nichole's my better half.

5         Q    Okay.  She's your long-time companion?

6         A    Yes.

7         Q    And the two of you, along with Brendt and his

8    wife, Michelle, went to dinner in Madison at a

9    restaurant --

10        A    Correct.

11        Q    -- called Umami?

12        A    Yes.

13        Q    Now, whose idea was it to go to Umami for this

14   occasion?

15        A    Brendt and Michelle.

16        Q    Okay.  They picked it?

17        A    Yes.

18        Q    And it was a favorite of theirs?

19        A    Yes.

20        Q    And the four of you, then, went to dinner

21   together to celebrate his graduation from Madison and his

22   departure from Wisconsin to begin his doctoral program at

23   the U of I?

24        A    Yes.

25        Q    Tell us about that occasion, the dinner.

SENTENCING -- July 10, 2019 (Afternoon)

1      A      [No response.]

2      Q      Did you have a good time?

3      A      Yeah.  Just, you know, typical, very jovial

4  meeting.  Everybody's happy, you know.  He's moving on,

5  doing greater things.

6      Q      And that was the last time you ever saw him in

7  person until today?

8      A      That is correct.

9      Q      Here in Federal Court in Peoria, Illinois?

10     A      Yes.

11     Q      How did you meet Brendt Christensen?

12     A      When we were in elementary school, sixth grade,

13  approximately, just throughout the day-to-day operations

14  of school; became friends.

15     Q      You're 30 years old?

16     A      Yes.

17     Q      Born in what year?

18     A      1989.

19     Q      Where were you born?

20     A      Marshfield, --

21     Q      Marshfield, --

22     A      -- Wisconsin.

23     Q      -- Wisconsin?

24     A      Sorry.

25     Q      Are your parents still alive?

SENTENCING -- July 10, 2019 (Afternoon)

1     A     Yes.

2     Q     And what do they do for a living?  Where do

3   they live?

4     A     Both of them are located in Madison.  My mother

5   owns her own business; it's a restoration company.  And

6   my father works for the State of Wisconsin, City of

7   Madison.

8     Q     Do you have siblings?

9     A     I do.

10    Q     And their names?

11    A     Heather and Nicole Kieper.

12    Q     And what do they do?

13    A     Heather works as a manager for Hobby Lobby and

14  Nicole is deceased.

15    Q     Your younger sister is deceased?

16    A     Yes.

17    Q     Okay.  Now, did your family move to Stevens

18  Point at some time in your early childhood?

19    A     I grew up in Stevens Point, so they were always

20  there so far as I was aware.

21    Q     Okay.  And you met Brendt at what grade?

22    A     Sixth grade.

23    Q     And what elementary school did you and he

24  attend?

25    A     Jackson Elementary.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    And upon meeting Brendt at Jackson Elementary,
2  did you and he become good friends?
3    A    Yes.
4    Q    Did you socialize?
5    A    Yes.
6    Q    Did you go to each other's homes after school?
7    A    Not at that time.
8    Q    Pardon?
9    A    Not in that time.
10   Q    But did you engage in activities with him?
11   A    Yes.
12   Q    Is one of the activities sports?
13   A    Yes.
14   Q    And when did you engage in sports with Brendt?
15   A    Throughout high school.
16   Q    What sports did you participate in with Brendt?
17   A    Football and track.
18   Q    How many years did you -- what years of your
19  education did you play football at Stevens Point?
20   A    It would have been my freshman and junior year,
21  I believe.
22   Q    And you ran track?
23   A    Yes.
24   Q    And what years of your schooling did you run
25  track?

SENTENCING -- July 10, 2019 (Afternoon)

1      A      Freshman and junior as well, I believe.

2      Q      What events did you run in track?

3      A      Whatever I was asked to.  Most commonly,

4  100-dash, occasionally a 400, things like that.

5      Q      Did Brendt run track as well?

6      A      Yes.

7      Q      And what were his events?

8      A      Largely the same, 50, 100.  I know he ran

9  relays as well.

10      Q      Did you play football?

11      A      Yes.

12      Q      Two years?

13      A      Just one year for football.

14      Q      Freshman football?

15      A      Yes.

16      Q      And what position did you play?

17      A      Fullback and linebacker.

18      Q      And what position did Brendt play?

19      A      Linebacker was his defense position, and I

20  cannot recall what he played on offense.

21      Q      Running track together in middle school, what

22  was that experience like for you?

23      A      Very, you know, difficult for me.  I was not

24  the top performing athlete at that time of my life.

25      Q      And did your training sessions involve a lot of

SENTENCING -- July 10, 2019 (Afternoon)

1  running?

2       A    Yes.

3       Q    What kind of running?

4       A    The typical -- you know, we would do wind

5  sprints, stuff like that.  Initially, on arriving to

6  practice, we needed to get to the practice field; so as a

7  warmup, the coach would tell us, you know, "Run to the

8  field, and we'll see you guys there."

9       Q    How far was the field from the school?

10      A    It couldn't have been much more than a mile,

11  maybe two.

12      Q    And you'd run out there for the practice

13  session and then run back?

14      A    Yes.

15      Q    Would it be tiring?

16      A    Yes.

17      Q    How many boys would be running?

18      A    30, maybe.

19      Q    Did they all run at the same pace?

20      A    No.

21      Q    Faster ones went faster?

22      A    Yes.

23      Q    The guys at the back of the pack just tried to

24  hang on?

25      A    Pretty much.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    Okay.  Were you, were you a front runner or a

2    back-of-the-packer?

3    A    Very much so, back of the pack.

4    Q    Was Brendt faster or had more endurance than

5    you as a runner?

6    A    Yes.

7    Q    Would he be a front runner and leave you at the

8    back of the pack during these training runs?

9    A    No.  Brendt stuck back with me and always ran

10   alongside me, so --

11   Q    Why would he do that?

12   A    To be a good friend, to not leave me alone by

13   myself, trying to chug my way to the field.

14   Q    Because if he weren't with you, would you

15   normally be the last one to practice?

16   A    Most likely.

17   Q    Okay.  But your friend stuck with you, --

18   A    Yes.

19   Q    -- correct?

20        And made sure you weren't the one last behind?

21   A    Yes.

22   Q    Going to and from practice every session?

23   A    Yes.

24   Q    Did you have classes with Brendt?

25   A    Yes.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    Did you have a German class with him in high

2    school?

3    A    Yes.

4    Q    Was there a particular episode one day in

5    German class in high school that you remember?

6    A    Yeah.  There was one day where he, Andrew

7    Tolsteadt, a friend of ours, and another friend, Travis

8    Letsky put together a lightsaber duel in the middle of

9    German class, and I was given the honorary position of

10   cameraman.

11   Q    So you videotaped this, this lightsaber duel?

12   A    Yes.

13   Q    Was that something out of Star Wars?

14   A    Yes.

15   Q    So you, you created this, this performance and

16   you videotaped it, correct?

17   A    Yes.

18   Q    How did that go with your German professor?

19   A    Not tremendously pleased, but she took it very

20   well, I would say.

21   Q    Okay.  What kind of guy was Brendt in high

22   school?

23   A    Just your typical goofy, fun-loving teenager,

24   you know; nothing outside of the unusual what any of us

25   would have done at that time.

SENTENCING -- July 10, 2019 (Afternoon)

1     Q    Did you and he grow closer after middle school

2  and into your high school years?

3     A    Very much so.

4     Q    How would you describe that relationship as you

5  progressed through high school?

6     A    I would call him my best friend.

7     Q    Did you and he continue in sports throughout

8  high school?

9     A    I believe he continued on longer than I did.  I

10  dropped out to pursue work and other avenues of --

11     Q    Did Brendt eventually join you working --

12     A    Yes.

13     Q    -- outside of school?

14     A    Yes, he did.

15     Q    Did the two of you secure a job together?

16     A    Yes, at Kmart.

17     Q    At Kmart in Stevens Point?

18     A    That is correct.

19     Q    And what year of school were you when both of

20  you got jobs at Kmart?

21     A    I believe that was our -- that was either our

22  junior or senior year.

23     Q    So you're going to school by day, correct?

24     A    Yep.

25     Q    And going to work at Kmart after school?

SENTENCING -- July 10, 2019 (Afternoon)

```
 1        A     That is correct.

 2        Q     And working how many hours a week?

 3        A     Approximately 40.

 4        Q     So 40 hours a week, on top of going to high

 5   school?

 6        A     Yes.  Maybe -- I would guess probably 30 to 40.

 7        Q     Okay.  Did the two of you graduate together?

 8        A     Yes.

 9        Q     And what year was that?

10        A     2007.

11        Q     And now, while working at Kmart with Brendt,

12   did you meet someone in particular who was also working

13   at Kmart who would eventually play a major role in

14   Brendt's life?

15        A     Yes.

16        Q     Who was that?

17        A     Michelle.

18        Q     And did you know Michelle before meeting her at

19   Kmart?

20        A     I did not.

21        Q     But you met her through your employment at

22   Kmart, correct?

23        A     Yes.

24        Q     And did it appear to you, as you were working

25   with her and Brendt, that there was a relationship
```

1   building between Brendt and Michelle?

2       A    At that time, no.

3       Q    That would come later?

4       A    Yes.

5       Q    Okay.  So upon graduation from high school in

6   2007, Brendt was your best friend, correct?

7       A    Correct.

8       Q    You and he would hang out together -- what

9   amount of time?

10      A    After high school, not very much.  I left

11  immediately after high school in 2007.  We graduated; two

12  weeks later, I was living in Chicago, attending school.

13      Q    So the two of you grew apart, to a sense.

14      A    Yes.

15      Q    In a sense.

16           And you went to Chicago for two years and then

17  returned to the Madison area, correct, to begin your

18  employment?

19      A    Yes.

20      Q    Did you, did you later reunite with Brendt

21  then?

22      A    Yes.  We reconnected when I found out he lived

23  in Madison.  He contacted me.  I'm trying to remember

24  what year that was, but I can't recall.

25      Q    And by that time, he had graduated from high

SENTENCING -- July 10, 2019 (Afternoon)

1    school, had secured a year or two of college, correct?

2        A    Correct.

3        Q    And he was now attending University of

4    Wisconsin at Madison?

5        A    Yes.

6        Q    And was he, was he with Michelle at the time

7    that you reconnected with him in Madison?

8        A    Yes.  He and Michelle were dating at that time.

9        Q    And what would you do post-high school in

10   seeing your, your friend from high school in Madison?

11       A    We would just meet up at his, his apartment,

12   The Regent, and hang out, play video games, talk.

13   Occasionally, we'd go down to the local pub to have a few

14   beers, a burger -- just hang out.  Just reconnecting,

15   basically, as we had always done.

16           MR. TASEFF:  May I approach, Judge?

17           THE COURT:  You may.

18           (Brief pause in proceedings.)

19   BY MR. TASEFF:

20       Q    I'm showing you what we've marked as Defense

21   Exhibit 121.

22           Do you recognize the persons who appear in that

23   photograph?

24       A    Yes.

25       Q    Who are they?

1      A     Brendt and then Daniel Carlson [phonetic].

2      Q     Approximately when was that photograph taken,

3  if you know?

4      A     If I had to guess, I'd say this was our senior

5  year.

6      Q     In high school?

7      A     I think so.

8      Q     Now, Mr. Carlson is seated while Brendt is

9  standing.  Do you know why he's seated?

10     A     He sustained an injury in an accident and was

11  paralyzed from the neck down at the time.

12     Q     And where did he live at that time?

13     A     Mad-- or, I'm sorry, Stevens Point.

14     Q     Okay.  So we see Brendt here with Mr. Carlson.

15  Did you understand them to be friends?

16     A     Yes.

17     Q     Did you understand that Brendt supported his

18  friend who was then paralyzed as a result of this

19  accident?

20     A     Yes.

21     Q     Now, did Brendt and Michelle's relationship

22  come to the point where they got married?

23     A     Yes.

24           MR. TASEFF:  I'm showing you what we've marked

25  Defense 119 and 120, and we'd move to publish -- I

SENTENCING -- July 10, 2019 (Afternoon)

1    believe it's 121, the Carlson picture.

2            THE COURT:  Any objection to the admission of

3    any of these photos?

4            MR. MILLER:  No, Your Honor.

5            THE COURT:  They'll all be admitted.  You can

6    publish them all.

7    BY MR. TASEFF:

8        Q    Sir, what we see on the monitor is Brendt and

9    Daniel Carlson?

10       A    Yes.

11       Q    And we can see a neck brace by the chair that

12   he's sitting in, correct?

13       A    Yes.

14       Q    I'm showing you these other two photographs,

15   120 and 121, I believe.

16            Can we see the next photograph, Ms. Pollock.

17            MS. POLLOCK:  Give me just a second.

18            (Brief pause in proceedings.)

19       Q    Sir, on the monitor is a picture of three

20   gentlemen.  Could you tell us who's in that picture?

21       A    Yes.  Myself, Brendt Christensen, and Andrew

22   Tolsteadt.

23       Q    Where's Brendt?

24       A    In the middle.

25       Q    And to his left, who is that gentleman sitting

SENTENCING -- July 10, 2019 (Afternoon)

1  there with the suit?

2       A    That would be me.

3       Q    And who is the gentleman sitting to Brendt's

4  right?

5       A    Andrew Tolsteadt.

6       Q    What is the -- what is the occasion that the

7  three of you are attending on that date?

8       A    This was the day of his wedding.

9       Q    And what position did you have in the wedding

10  party?

11      A    We both served as best men for him.

12      Q    Okay.  You and Mr. Tolsteadt --

13      A    Yes.

14      Q    -- were best men?

15           Did Brendt ask you to be his best man at his

16  wedding?

17      A    Yes.  He asked me to be there.

18      Q    And did you -- do you recall what date that

19  was?

20      A    I do not.

21      Q    Do you know what year?

22      A    I do not.

23      Q    Okay.  Where did that wedding occur?

24      A    At a hotel in Madison.

25      Q    Okay.  Can we have the next photograph on the

SENTENCING -- July 10, 2019 (Afternoon)

```
1   monitor published, please.
2            And this photograph shows six individuals.  We
3   see you and Mr. Tolsteadt along with Brendt?
4        A    Yes.
5        Q    And is that Michelle to his right?
6        A    That is.
7        Q    Do you know the other two individuals who are
8   standing there?
9        A    I do not.
10       Q    Okay.  But were they in the wedding party along
11  with Michelle and her family?
12       A    Yes.
13       Q    Did you consider it an honor to be Brendt's
14  best man?
15       A    Absolutely.
16       Q    Even though your relationship with him was not
17  as frequent as it was in high school, did you still
18  maintain contact with him?
19       A    Yes.
20       Q    Did you consider him a good friend?
21       A    Absolutely.
22       Q    And you stood with him on the day he was
23  married?
24       A    Yes.
25       Q    Now, did -- we mentioned this, this dinner
```

SENTENCING -- July 10, 2019 (Afternoon)

1  occasion in Madison, at Umami -- U-m-a-m-i -- correct?

2      A    I believe so.

3      Q    And this is a restaurant that Brendt and

4  Michelle picked to have the celebratory going-away dinner

5  before they moved to Illinois for Brendt to begin his

6  doctoral studies, correct?

7      A    Yes.

8      Q    Now, following that occasion, did you have any

9  contacts with Brendt in person, by phone, or by messenger

10 service?

11     A    Not in person.  We spoke rarely via Facebook or

12 a text message or over the phone.

13     Q    Did it concern you in, in any way from, say,

14 summer of 2013 up through 2016/2017 that this close

15 friend of yours -- he no longer had many contacts?

16     A    Not very much.  I always assumed he was just

17 working hard, getting his doctorate.

18     Q    And you were beginning your career?

19     A    Yes.

20     Q    And working hard?

21     A    Yes.

22          (Brief pause in proceedings.)

23     Q    Sir, showing you 122.

24          Do you recognize 122?

25     A    Yes.  This is a conversation he and I had, I

SENTENCING -- July 10, 2019 (Afternoon)

1  believe, via Facebook Messenger.

2      Q    And did you review that prior to testifying

3  here today?

4      A    I did.

5      Q    And does this fairly and accurately show us the

6  communication that you had with Brendt Christensen via

7  Facebook Messenger service --

8      A    Yes.

9      Q    -- for October 2, 2015?

10     A    Yes.

11          MR. TASEFF:  Judge, we move for admission and

12  to publish.

13          MR. MILLER:  No objection, Your Honor.

14          THE COURT:  It will be admitted.  You may

15  publish.

16          MR. TASEFF:  Ms. Pollock, can we go to the

17  second page of this exhibit.

18  BY MR. TASEFF:

19     Q    And, Mr. Kieper, I direct your attention to the

20  bottom of the page, Friday, October 2, 2015, 10:08 a.m.

21  This is the date stamp.  Did you message him that day and

22  that time?

23     A    Yes.

24     Q    And please read for the jury what it was you

25  messaged him.

SENTENCING -- July 10, 2019 (Afternoon)

1      A    "Hey, man, are you still alive?"

2      Q    Why would you message him in that way?

3      A    I'd reached out to him a few times via Facebook

4  or calling or text message and hadn't heard from him, so

5  sort of just --

6      Q    And what was his response?

7      A    "Hey, yeah.  LOL.  How's life?"

8      Q    And what did you respond?

9      A    "Oh, good.  I've tried getting ahold of you

10  periodically and got nothing back, so I was starting to

11  wonder.  Things are decent.  Just sticking to my old ways

12  of working far too much.  How's it going for you?  Close

13  to getting your Ph.D.?"

14      Q    And did Brendt respond?

15      A    Yes.

16      Q    Please read.

17      A    "Sorry.  I'm sure me not going to Toast's

18  wedding made that worse."

19      Q    Let's just stop right there.  Who's, who's this

20  Mr. Toast -- who's this Toast person?

21      A    Toast is the nickname we gave to Andrew

22  Tolsteadt.

23      Q    The other best man at Brendt's wedding,

24  correct?

25      A    That is correct.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    Did you attend Mr. Tolsteadt's wedding?

2    A    I did.

3    Q    Did Brendt?

4    A    He was not there.

5    Q    So Brendt references his not going to Toast's

6  wedding --

7    A    Correct.

8    Q    -- in reply to your email, or your message?

9    A    [Nodding head up and down.]

10    Q    Please read, resume reading.

11    A    "You're still working three jobs then?  Things

12  have been okay for me, just working on my Ph.D. and

13  teaching.  Getting into a rhythm here took me a while,

14  but I think I have the hang of it."

15    Q    And what did you state in response?

16    A    "I was actually starting to worry a little.

17  I'm down to two jobs, which has been nice.  Thinking

18  about going down to just one fairly soon here.  I'd

19  really like to go back to school before my 30s.  You've

20  got quite a bit to do if you're attending grad school and

21  teaching on the side, so I can imagine that took some

22  adaptation.  I'm glad to hear that's working out for you

23  though.  Do you have an idea as to when you will be

24  graduating?"

25    Q    Ms. Pollock, if you can just move the text down

SENTENCING -- July 10, 2019 (Afternoon)

1  a little bit so we can see the top there.

2           Did Brendt reply to your, your statement?

3  A    Yes.

4  Q    And please read that at the top of the page.

5  A    "I was in a bit of a bad place for a while,

6  really depressed, gained a lot of weight, and didn't

7  really want to be seen by anyone.  That wasn't the reason

8  I wasn't at Toast's wedding though.  I had to go to a

9  conference and couldn't find a way out of it.  It's still

10  crazy that you can even work that much.  I'm not -- I'm

11  sure you won't even know what to do with yourself if you

12  only work one job.  I'll probably graduate in two to

13  four years the way things are going.  Hard to tell, but

14  there's a rough timeline sketched out."

15  Q    Ms. Pollock, can we go to the first page, then,

16  of this exhibit.

17           And then Friday, October 2, 2:15, what do you

18  say in response to that?

19  A    "I'm sorry to hear that, man.  Hopefully you're

20  feeling a little better now.  Yeah, honestly, when I went

21  down to two jobs, I just about lost it.  But I need to

22  learn how to rebalance my life.  There are more important

23  things than working.  Nichole and I will probably be

24  heading to Tennessee for the last week in October.  We

25  could stop by and do dinner and hang out for a bit or

SENTENCING -- July 10, 2019 (Afternoon)

1    something.  That's really not too far off.  You'll have

2    to let me know when there's a more definitive date.  I'd

3    be happy to see that."

4          Q    Now, did Brendt respond to your message?

5          A    He did.

6          Q    And under the date stamp Monday, October 5,

7    2015, at 8:10 a.m., what did he say?

8          A    "Yeah, for sure.  Just get in touch with me

9    before you pass through, and we'll set something up."

10         Q    Did you get in touch with him?

11         A    No.

12         Q    Did he get in touch with you?

13         A    No.

14         Q    Up through this time, 2015, did you have any

15   reason to know, other than what you learned from the

16   texts, that Brendt was having troubles in school?

17         A    No.

18         Q    Troubles with his marriage?

19         A    We had one conversation -- I cannot recall

20   exactly when -- where he mentioned there was a little

21   strain in the marriage but that they had largely worked

22   through it.

23         Q    It was a phone call?

24         A    I believe so.  Yes.

25         Q    Do you know when?

SENTENCING -- July 10, 2019 (Afternoon)

1      A      I can't recall.

2      Q      Would it have been before or after that message

3  exchange that you've just read, --

4      A      After, --

5      Q      -- if you know?

6      A      -- I believe.

7      Q      Sometime thereafter.

8             Sir, directing your attention to on or about

9  July 2, 2017, had you learned a day or so before then

10  that a major event -- that Brendt was in serious legal

11  trouble?

12     A      Nichole, my better half, woke me from sleep

13  and -- kind of batted me awake -- said, "You're not going

14  to believe this.  You need to check your phone.  You need

15  to read some messages.  Brendt got arrested."

16     Q      Did you check your message?

17     A      Yes.

18     Q      Did you learn that he had been charged in

19  Federal Court with kidnapping resulting in death?

20     A      Yeah.

21     Q      What were your first thoughts upon reading what

22  your best friend from high school was now being charged

23  with?

24     A      Completely and absolutely taken aback,

25  100 percent shock.

SENTENCING -- July 10, 2019 (Afternoon)

1    Q    Why is that?

2    A    There was never an indicator anywhere in my

3    life.  In the time I had known him, I'd never seen

4    anything that would have ever said that this was even a

5    possibility.

6    Q    Okay.

7    A    I honestly thought it was something that was

8    going to pass.  They were going to find something else.

9    It couldn't possibly be correct.

10   Q    On July 2, 2017, did you have occasion to

11   receive a telephone call from Brendt Christensen from a

12   correctional facility, or jail, here in Illinois?

13   A    Yes.

14   Q    Tell us about that.

15   A    I received a call.  I didn't recognize the

16   number; answered it.  A prompt said that they had a short

17   window in which to communicate with me and that it was a

18   call from Brendt Christensen; announced --

19   Q    Where he was placing the call from?

20   A    Yes.

21   Q    Where?

22   A    Macon County Jail, I believe it was.

23   Q    Okay.  Where is Macon County Jail, if you know?

24   A    Illinois.

25   Q    Okay.  So were you surprised to receive a phone

SENTENCING -- July 10, 2019 (Afternoon)

1  call from Brendt Christensen a day or so after learning

2  of his arrest and charge in Federal Court?

3      A    Yes.

4      Q    And was it a collect call?

5      A    Yes.

6      Q    And did you accept that call?

7      A    I did.

8      Q    And you mentioned there was a prompt that it

9  would be a very short call, if that?

10     A    Yes.

11     Q    And what did Brendt say to you, and what did

12  you say to him during that very short phone call on July

13  2?

14     A    He mentioned that he was really under the

15  clock; that he only had, like, 30 seconds to get the

16  information across.  So I didn't respond with much.  I

17  wanted to make sure I took in what he had to say.

18          He mentioned that there was a website to go to

19  where I could find him, and I would be able to put money

20  on an account so that he would be able to make phone

21  calls, because at the time he was not able to make

22  anything outgoing because he had no money to utilize for

23  that.

24     Q    Was anything else discussed during that very

25  brief call?

SENTENCING -- July 10, 2019 (Afternoon)

1     A     At that time, no.

2     Q     Now, upon the call terminating, what did you

3  do?

4     A     I immediately set to work, finding out where he

5  was and what I needed to do to get money into his

6  account.

7     Q     Did you look up Macon County Jail?

8     A     Yes.

9     Q     Did you call someone there?

10    A     I did make one call; and they told me what, you

11  know, where I would need to look to find the information,

12  so --

13    Q     And did you find that information?

14    A     I did.

15    Q     And did you place any sum of money on his jail

16  account at that jail?

17    A     Yes.  I provided $50.

18    Q     Within a short period of time of your receipt

19  of his call?

20    A     I would guess within 20 to 30 minutes, at most.

21    Q     Okay.  So you put 50 bucks on his account?

22    A     Yes.

23    Q     On or about July 3rd, the next day, did you

24  also receive another phone call from Brendt?

25    A     Yes.

1    Q    And during that July 3rd phone call, 2017, did

2  Brendt thank you for putting the money on his book?

3    A    Yes, he did.

4    Q    Did he explain to you how it was that he called

5  you and knew your number, even though you hadn't talked

6  for some time?

7    A    Yeah.

8    Q    What did he say?

9    A    He said, "Figured you were probably the only

10  one who had gone that long without changing your phone

11  number."

12    Q    Okay.  And had you maintained the same phone

13  number for some time?

14    A    Yes.

15    Q    And was it your impression that that's why

16  Brendt called you on July 2, that he may have remembered

17  your number?

18    A    Yes.

19    Q    And just assumed you hadn't changed it?

20    A    Yes.

21    Q    Why did you put 50 bucks on his book after

22  receiving that call on July 2?

23    A    Because he's my friend, and he needed me.

24    Q    Okay.  Now, on July 3, when he called you the

25  next day, did he say something to you about him being

1    innocent and that this was all going to blow over?

2       A    He did.

3       Q    And did you say in response, "Well, it just

4    doesn't add up to me"?

5       A    Yes.

6       Q    Why didn't it add up to you?

7       A    Because it just didn't make sense.  It wasn't

8    Brendt.

9       Q    Did Brendt promise you that he would pay you

10   back for the $50?

11      A    He did.

12      Q    And what did you say?

13      A    Not to be concerned about it; didn't have to

14   worry about it.  This is what friends do.

15      Q    Do you -- you still consider -- you consider

16   yourself his friend; you call him your friend?

17      A    Yes.

18      Q    Knowing what he has been charged with and

19   convicted of in this case?

20      A    Yes.

21      Q    Do you love him as a friend?

22      A    Yes.

23      Q    Will you continue to love him as a friend?

24      A    Yeah.

25      Q    Are there many memories you have of him from

SENTENCING -- July 10, 2019 (Afternoon)

1    your early days in grade school and middle school and

2    high school and college that you treasure?

3          A    Yes.

4               MR. TASEFF:  Those are my questions, Judge.

5               THE COURT:  Cross-examination.

6               CROSS-EXAMINATION BY MR. MILLER:

7          Q    Regarding Defendant's Exhibit 122, emails, you

8    indicated that Brendt didn't get back in touch with you

9    after this October 5th text; is that correct?

10         A    Yes.

11         Q    Do you have any idea about these texts that are

12   redacted from here that are missing?  Do you know what

13   those are?

14         A    I cannot recall.

15         Q    So there could be other texts between the two

16   of you that have just been removed from this?

17         A    Yes.

18         Q    Now, you testified, I believe, that Brendt is

19   good at whatever he dedicated himself to; is that fair to

20   say?

21         A    Absolutely.

22         Q    And so if he didn't succeed at something, it

23   would be because he's dedicating himself to something

24   else; would that be fair to say?

25         A    Yes.

1    Q    Now, you noted that the reason you put money on

2  his books is because you would always be there for him,

3  right?

4    A    Yes.

5    Q    In fact, you spoke with him a few times after

6  you had last seen him in 2013 before he got arrested?

7    A    Yes.

8    Q    And you discussed with him about his marriage?

9    A    Yes.

10   Q    And he told you during that time that his wife

11 was a little overbearing, right?

12   A    Yes.

13   Q    But he didn't tell you that he was having

14 marital problems that were going to result in divorce?

15   A    No.  I had not been under the impression that

16 it would go that far.

17   Q    Right.

18        And if he would have told you that, you would

19 have done what you could to help him?

20   A    Yes.

21   Q    And he didn't tell you -- in fact, he didn't

22 tell you about any alcohol problems, did he?

23   A    No.

24   Q    In fact, you never saw him drink alcohol to

25 excess, did you?

1      A      No.

2      Q      And if he had told you about those problems,

3  you would have done your best to help him out?

4      A      Yes.

5      Q      You also talked to him about his -- his parents

6  split up after high school?

7      A      That is correct.

8      Q      But fair to say that didn't seem to be an issue

9  to him when he talked to you about it?

10     A      No.  Seemed to --

11     Q      And you would have -- if it had been, you would

12  have done what you could to help him out?

13     A      Yes.

14     Q      So you noted that after he called you -- I

15  mean, one reason he called you, because you were the only

16  person that, whose telephone number that he could at

17  least remember at that time?

18     A      Yes.

19     Q      But he also called you because he wanted you to

20  put money on his books so he could make other phone

21  calls?

22     A      Yes.

23     Q      And as you indicated, when you talked to him

24  within just a couple of days later he told you he was

25  innocent, right?

SENTENCING -- July 10, 2019 (Afternoon)

1    A    He did.

2    Q    Fair to say you now know that he lied to you

3    when he told you that?

4    A    Yes.

5    Q    And after you put the money on his books for

6    phone calls, how many phone calls did you have with him

7    after that?

8    A    Just the one.

9    Q    So in, like, July 3rd of 2017?

10   A    Yes.

11   Q    So you didn't have any phone calls with him

12   from July 3, 2017, until today?

13   A    No.

14        MR. MILLER:  I have no further questions, Your

15   Honor.

16        REDIRECT EXAMINATION BY MR. TASEFF:

17   Q    Mr. Kieper, have you had any communications

18   whatsoever with Brendt Christensen from July 3, 2017, to

19   today's date?

20   A    No.

21   Q    The fact that Brendt said he was innocent to

22   you and, by Mr. Miller's question, he lied to you, does

23   that affect the status of your friendship with him?

24   A    It hurts deeply.

25   Q    Because you now know the truth that he's

288

SENTENCING -- July 10, 2019 (Afternoon)

1   guilty?

2       A    Yes.

3       Q    But is he still your -- you still consider him

4   a friend?

5       A    Yes.

6       Q    And love him as a brother?

7       A    Yeah.

8            MR. TASEFF:  Nothing further.

9            THE COURT:  Anything?

10           MR. MILLER:  No, Your Honor.

11           THE COURT:  Thank you, sir.  You may step down.

12           WITNESS KIEPER:  Thank you.

13                (Witness Kieper excused, 4:35 p.m.)

14           THE COURT:  Does that do it for today?

15           MS. POLLOCK:  Yes, Your Honor.

16           THE COURT:  We'll start at 9:00 tomorrow

17   morning.

18           All right, ladies and gentlemen, 9:00 tomorrow

19   morning.  Please do not discuss this matter with anybody,

20   including yourselves.  I can't continue to tell you how

21   much I appreciate you following my admonishments, but I

22   fully expected that you would.  So thank you.

23           See you in the morning.  Be safe.

24                (Jury dismissed for the day, 4:36 p.m.)

25           THE COURT:  Okay.  Anything?

SENTENCING -- July 10, 2019 (Afternoon)

1          MS. POLLOCK:  No, Your Honor.

2          THE COURT:  All right.  See you tomorrow

3   morning.

4          What should we expect tomorrow?

5          MS. POLLOCK:  People coming to testify.

6          MR. MILLER:  We would like to know who's going

7   to come.

8          MS. POLLOCK:  If you can give me a minute, I'll

9   give you a list.

10          MR. MILLER:  Okay.

11          MR. NELSON:  And also, Your Honor, we've been

12   waiting for some sort of -- if we could get the evidence

13   further in advance than as they're walking up with it --

14   we had, sort of, an agreement that we would exchange

15   exhibits in advance.

16          MS. POLLOCK:  Our exhibit list has everything

17   we're using on it, and it's all -- we didn't get any of

18   this stuff ourselves.  It's all from them.  They have it

19   all.

20          MR. MILLER:  Well, we'll --

21          THE COURT:  You guys can work it out.  All

22   right?

23              (Counsel conferring.)

24          THE COURT:  All right.  We'll see you tomorrow.

25   You can work it out.

SENTENCING -- July 10, 2019 (Afternoon)

1              (Counsel conferring.)

2              THE COURT:  All I'll say is:  The day goes a

3    lot smoother if we know what's coming.  So let's just

4    leave it at that.  Thank you.

5              COURTROOM DEPUTY:  Court is adjourned.

6              (Hearing concludes, 4:37 p.m.)

7

8                   *  *  *  *  *  *  *  *  *  *

9

10                   REPORTER'S CERTIFICATE

11         I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

12    that the foregoing is a correct transcript from the

13    record of proceedings in the above-entitled matter.

14         Dated this 10th day of September, 2019.

15

16

17    _____   s/Lisa Knight Cosimini_____
                Lisa Knight Cosimini, RMR-CRR
18              Illinois License # 084-002998

19

20

21

22

23

24

25